IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. JKB-23-0278 |
| CHRISTOPHER BENDANN | * | |
| Defendant | * | |

\*\*\*

## ORDER

Upon consideration of Mr. Bendann's Motion to Continue (ECF No. 31) it is ORDERED that the Hearing set in for September 8, 2023, at 1:00 P.M. is POSTPONED until Thursday, September 14, 2023, at 2:15 P.M. in Courtroom 5A. The Defendant is required to be present.

Dated this __8__ day of September, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge