**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                     *

     **v.**                                             *            **Criminal No.: JKB-23-0278**

**CHRISTOPHER BENDANN**                        *

                                *    *    *    *    *

## ENTRY OF APPEARANCE

The undersigned attorney, having been appointed as CJA Panel counsel for the

Defendant, Christopher Bendann, and being duly certified to practice before the Court,

respectfully requests that his appearance as the attorney of record in the present matter be

entered.

                           _____/s/_____
                           Christopher C. Nieto, Esq, #30031
                           Law Office of Christopher Nieto, LLC.
                           1 North Charles Street, Suite 1301
                           Baltimore, MD 21201
                           Office: 443-863-8189
                           Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th of September, 2023, a copy of the foregoing Entry of Appearance was electronically filed with the Clerk of the United States District Court using CM/ECF, and a notice of said filing to Colleen McGuinn, Anatoly Smolkin and Kim Hagen, Assistant United States Attorneys.

_____/s/_____
Christopher C. Nieto, Esq.
Attorney for Mr. Bendann