**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
**BRENDAN A. HURSON**
UNITED STATES MAGISTRATE JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
MDD_BAHChambers@mdd.uscourts.gov

September 21, 2023

**LETTER ORDER**

RE:   _United States v. Christopher Kenji Bendann_
      Case No.:  23-278-JKB

Dear Counsel:

This matter was referred to me by Chief Judge Bredar for an attorney inquiry hearing, which I held this afternoon.  For the reasons stated on the record during the sealed hearing, Defendant Christopher Bendann's request for the appointment of new counsel is GRANTED and the Motion to Withdraw as Counsel (ECF 41) filed by Kobie Flowers and Michael Abrams is also GRANTED.  Christopher Nieto has entered his appearance as counsel of record in this case and is to be noticed on all filings.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely,

/s/

Brendan A. Hurson
United States Magistrate Judge