**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | * | |
| **v.** | * | **CRIMINAL NO. JKB-23-00278** |
| **CHRISTOPHER KENJI BENDANN,** | * | |
| **Defendant.** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## SUPPLEMENTAL SCHEDULING ORDER

Pursuant to a status conference held on September 22, 2023, the Court VACATES its previous Scheduling Order (ECF No. 38) and now sets the following dates and deadlines for further proceedings in this case:

November 22, 2023                    Deadline for Defendant's pretrial motions.

November 29, 2023, 4:30 p.m.    Scheduling Conference.  Counsel for the Government is directed to arrange for and distribute conference call information to counsel and Judge Bredar's chambers.

DATED this 22 day of September, 2023

BY THE COURT:

James K. Bredar
Chief Judge