IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA      *

v.      *     Case. No. JKB-23-0278

CHRISTOPHER KENJI BENDANN
           *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

On September 8, 2023, former defense counsel in this matter Kobie Flowers sent the Court a letter alleging that the FBI provided sealed information to members of the press. The Court provided Mr. Flowers's letter to the Government and requested a prompt response. United States Attorney Erek Barron responded on October 12, 2023 and the Court requested a further update on or before November 10, 2023. As of this date, no update has been provided.

The Court's informal inquiry into this matter having produced de minimus results, the Court will now undertake a more formal inquiry. On or before December 6, 2023, the Government shall FILE a report with the Court, wherein it shall STATE with clarity whether its representatives, officers, and/or agents shared sealed information in any manner consistent with the description in Mr. Flowers's letter. The report shall DETAIL the steps the Government and its constituent agencies have taken to learn whether sealed information was inappropriately shared.

DATED this 20 day of November, 2023.

BY THE COURT:

_____
James K. Bredar
Chief Judge

1