IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | **Case No. 1:23-CR-00278-1-JKB** |
| **CHRISTOPHER KENJI BENDANN** | * | |

******

### ORDER APPOINTING COUNSEL

The above entitled individual having been found to be financially unable to obtain counsel and may be entitled to appointment of counsel under the Criminal Justice Act,

**IT IS HEREBY ORDERED**, this 20th day of September, 2023, that Christopher C Nieto is hereby appointed to represent the individual.

/s/
_____

James K Bredar
UNITED STATES DISTRICT JUDGE