✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

2:47 pm, May 09 2024

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | * | CRIMINAL NO. JKB-23-00278 |
| --- | --- | --- |
| v. | * | |
| CHRISTOPHER KENJI BENDANN, | * | |
| Defendant. | * | |

*******

## GOVERNMENT'S EXHIBIT LIST

| Exhibit No. | Description | Identification | Admitted |
| --- | --- | --- | --- |
| 1 | Baltimore County Search Warrant signed by Judge Pilarski | 5/9/2024 | 5/9/2024 |
| 2 | Federal Search Warrant signed by Judge Gesner | 5/9/2024 | 5/9/2024 |
| 3 | Baltimore County Body Worn Camera Footage | 5/9/2024 | 5/9/2024 |
| 4 | Search Warrant - Operations Plan | 5/9/2024 | 5/9/2024 |
| 5 | | | |

1