UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KENJI BENDANN,<br><br>**Defendant.** | CASE NO:   JKB-23-278 |

**GOVERNMENT'S RESPONSE TO DEFENSE MOTION *IN LIMINE* OBJECTING TO IMAGES BEING INTRODUCED ABSENT AN ADMISSIBLE CHAIN OF CUSTODY (ECF 112)**

The government will provide a tentative witness list and exhibit list to defense counsel by the pre-trial conference scheduled for Friday, August 9, 2024.  The government believes that the Motion *in Limine* (ECF 112) will be moot.

Respectfully submitted,

Erek L. Barron
United States Attorney


By: _____
Colleen E. McGuinn
Kim Y. Hagan
Assistant United States Attorneys

2