United States of America

vs.

Christopher Kenji Bendann

*Filed by Clerk on AUG 2 1 2024*

Criminal No. JKB-23-0278      Defendant's Exhibits re: Motion for Competency Evaluation

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 08/21/2024 | 08/21/2024 | Audio recording between Defendant and Father rec. by Defense Counsel 8/21/2024 |

Exhibit List (Rev. 3/1999)