IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | |
|---|---|
| v. | Criminal No. JKB-23-278 |
| CHRISTOPHER BENDANN | |
| Defendant. | |

USDC- BALTIMORE
'24 AUG 28 PM 6:33

## GOVERNMENT'S EXHIBIT LIST

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| Amy Furlong Exhibits | | | | |
| 1 | Photo: MV and def | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 2 | Photo: def with 8th gr boys | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 3 | Photo: MV contact photo/def phone | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 4 | Yearbook photos | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 5 | Nashville ticket email 2.9.19 | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 6 | Furlong bathroom from video (IMG_6976) | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 7 | Furlong bathroom known | A. Furlong | AUG 23 2024 | AUG 23 2024 |
| 8-10 | **Intentionally Left Blank** | | | |
| Sean Furlong Exhibits | | | | |
| 11 | Verizon subscriber info – MV's phone | S. Furlong | | |
| 12 | T-Mobile subscriber info – MV's phone | S. Furlong | | |
| 13 | Campus Map | S. Furlong | AUG 23 2024 | AUG 23 2024 |
| 14-15 | **Intentionally Left Blank** | | | |
| Henry Smyth Exhibits | | | | |
| 16 | January 2023 calendar | Smyth | AUG 23 2024 | AUG 23 2024 |
| 17 | **Intentionally Left Blank** | | | |
| Christopher Feiss Exhibits | | | | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 18 | December 2018 – January 19 calendar (2 pages) | Feiss | AUG 2 6 2024 | AUG 2 6 2024 |
| 19a | Photo: bathroom floor (still/video) | Feiss | AUG 2 6 2024 | AUG 2 6 2024 |
| 19b | Photo: bathroom wall (still/video) | Feiss | AUG 2 6 2024 | AUG 2 6 2024 |
| 19c | Photo: known bathroom floor | Feiss | AUG 2 6 2024 | AUG 2 6 2024 |
| 19d | Photo: known bathroom wall | Feiss | AUG 2 6 2024 | AUG 2 6 2024 |
| 20 | List of venmo transactions to defendant | Feiss | AUG 2 6 2024 | AUG 2 6 2024 |
| 21-25 | *Intentionally Left Blank* | | | |
| **Stacey Halpert Exhibits** | | | | |
| 26 | February 2018 calendar | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 27 | Text messages with Defendant, February 2018 | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 28 | August 2018 calendar | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 29 | Text messages with Bendann 8.24.18 wknd | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 30a | Photo: bathroom floor from video | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 30b | Photo: bathroom with framed photo (from images) | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 30c | Photo: bathroom shower (from images) | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 30d | Photo: Halpert flooring and leg (from images) | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 30e | Photo: shower with floor (known) | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 30f | Photo: base of tub (known) | Halpert | AUG 2 6 2024 | AUG 2 6 2024 |
| 31-35 | *Intentionally Left Blank* | | | |
| **Det. Shannon Markel Exhibits** | | | | |
| 36 | Photo: 054601 Front Door of Residence | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 37 | Photo: 054703 Living Room facing door | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 38 | Photo: 054642 Living Room from view of door | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 39 | Photo: 060807 Desk in living room | Markel | AUG 2 6 2024 | AUG 2 6 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 40 | Photo: 060819 Dell laptop on desk (1B4) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 41 | Photo: 054735 Dining Room | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 42 | Photo: 075257 Kitchen | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 43 | Photo: 055043 Stairs to second level/bedrooms | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 44 | Photo: 055109 Hallway outside of Room I | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 45 | Photo: 055142 Inside of Room I/defendant's | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 46 | Photo: 055724 Close-up cellphone (1B1) on table | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 47 | Photo: 061041 Plastic bin under bed | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 48 | Photo: 061049 Plastic bin with phones | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 49 | Photo: 061105 Close-up of phones (1B2) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 50 | Photo: 055221 Second bedroom Room J | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 51 | Photo: 055259 Entrance to office Room K | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 52 | Photo:055310 Office | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 53 | Photo:063756 Office bookshelves | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 54 | Photo: 063804 Close-up of bottom shelf | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 55 | Photo: 063821 Close-up of calendars | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 56 | Photo: 060044 Storage space under stairs | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 57 | Photo:060059 Sony Vaio laptop on shelf (1B8) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 58 | Photo: 062257 Framed photo including MV | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 59 | Photo: 061805 Framed photos including MV | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 60 | Photo: 060221 Framed photo including MV | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 61 | Photo: 060234 Framed photo including MV | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 62 | Photo: 065808 Honda CRV parked at residence | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 63 | Photo: 065821 Close-up of tag | Markel | AUG 2 6 2024 | AUG 2 6 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 64 | Photo: 065849 Front view of car at residence | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 65 | Photo: 065908 Passenger side door open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 66 | Photo: 065942 Trunk open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 67 | Photo:9227 Front of Honda in Garage Bay | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 68 | Photo: 9230 Driver's side angle | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 69 | Photo: 9236 Driver's side door open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 70 | Photo: 9237 Driver's side door open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 71 | Photo:9238 Driver's side door open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 72 | Photo: 9240 Dashboard area | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 73 | Photo: 9242 Center console area | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 74 | Photo: 9245 Rear passenger area | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 75 | Photo: 9246 Passenger side door open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 76 | Photo:9247 Passenger side door | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 77 | Photo: 9248 Passenger side door open | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 78 | Photo: 9250 Front passenger seat | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 79 | Photo: 9251 Glovebox | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 80 | Photo: 9252 Rear passenger door | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 81 | Photo: 9255 Trunk | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 82 | iPhone 11 (1B1) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 83 | iPhone 6 (1B2) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 84 | iPhone XS (1B3) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 85 | Dell Inspiron 15 laptop (1B4) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 86 | Sony Vaio laptop (1B8) | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 87 | Def's calendar: 2015-16 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 88 | Def's calendar: 2016-17 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 89 | Def's calendar: 2017-18 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 90 | Def's calendar 2018-2019 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 91 | Def's calendar 2019-20 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 92 | Def's calendar 2020-21 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 93 | Def's calendar 2021-22 | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 94 | BCPD Andrew Carns 902(14) certification iPad | Markel/self auth | | |
| 95 | BCPD Andrew Carns 902(14) certification iPhone | Markel/self auth | | |
| 96 | Joint Stipulation #1 re: Examination and Extraction of Cell Phone and Tablet (put in exhibit binder) *(Joint Exhibit #1)* | Markel | AUG 2 6 2024 | AUG 2 6 2024 |
| 97-99 | *Intentionally Left Blank* | | | |
| DeAnna Komber Exhibits | | | | |
| 100 | Screenshot: iCloud open – expunged folder | Komber | AUG 2 6 2024 | AUG 2 6 2024 |
| 101-104 | *Intentionally Left Blank* | | | |
| Agt. Eric Oberly Exhibits | | | | |
| 105 | List of devices | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 106 | STXU cert for iCloud | Oberly/self auth | | |
| 107 | Summary ex: IMG_6966.6967.6968 EXIF (Count 2) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 108 | Summary ex: IMG_6974.6975 EXIF (Count 3) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 109 | Summary ex: IMG_6969 EXIF (Count 4) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 110 | Summary ex: IMG_6976 EXIF (Count 5) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 111 | Summary ex: iPhone 11 (1B1) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 112 | Summary ex: iPhone 6 (1B2) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 113 | Summary ex: iPhone XS (1B3) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 114 | Summary ex: info on Dell Inspiron (1B4) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 115 | Summary ex: info on Sony Vaio (1B8) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 116 | Summary ex: mobile sync backup of iPhone | | AUG 2 6 2024 | AUG 2 6 2024 |
| 117 | Image from allocated space/subtitle | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 118 | Summary ex: mobile backup Dell Inspiron (1B4) of duplicate of 7 videos from Counts 2 through 5 with iCloud | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 119 | Summary ex: 2.11.18 images EXIF (1B4) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 120 | Summary ex: Mobile Sync Backups from 1B8 | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 121 | Summary ex: Naked run IMG_1888 EXIF (1B8) | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 122 | Chat exhibit: 2015 MV and def from iPhone 7 backup in Sony Vaio (1B8) | Oberly/T. Furlong | AUG 2 3 2024 | AUG 2 3 2024 |
| 123 | Summary ex: Count 1 iCloud.1B4.1B8 comparison | Oberly | AUG 2 6 2024 | AUG 2 6 2024 |
| 124 | *Intentionally Left Blank* | | | |
| Agt. Calista Walker Exhibits (part 1) | | | | |
| 125 | Exhibit: defendant's Apple subscriber/device info | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 126 | **CSAM – IMG_6965 (full) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 127 | Transcript IMG_6965 | Walker | AUG 2 6 2024 | |
| 128 | Still shot IMG_6965: polo shirt | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 129 | Still shot img_6965: lit up dashboard | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 130 | Exhibit: side by side of dashboard from video/SW | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 131 | Still shot: interior door | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 132a | **CSAM – IMG_6966 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 132b | **CSAM – IMG_6967 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 132c | **CSAM – IMG_6968 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 133a | **CSAM – IMG_6966 (trimmed) (published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |

6

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 133b | **CSAM – IMG_6967 (trimmed) (published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 134 | Transcript of IMG_6966, 6967 and 6968 | Walker | AUG 2 6 2024 | |
| 135 | Still shot: polo | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 136 | Still shot: sticker on passenger side window | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 137 | Still shot: pop socket on cell phone | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 138 | Exhibit: side by side door pop socket polo | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 139a | **CSAM – IMG_6974 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 139b | **CSAM – IMG_ 6975 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 140a | **CSAM – IMG_6974 (trim) (published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 140b | **CSAM – IMG_ 6975 (trim) (published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 141 | Still shot: reflection of def/shower glass (redacted) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 142 | Still shot: reflection of def/shower glass/arms crossed (redacted) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 143 | Still shot: reflection of defendant in metal frame/blue shorts (redacted) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 144 | Exhibit: side by side IMG_6974 video and Halpert bathroom | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 145 | **CSAM – IMG_6969 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 146 | **CSAM – IMG_6969 (trimmed) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 147 | Transcript of IMG_6969 audio | Walker | AUG 2 6 2024 | |
| 148 | Still shot: MV bracelet | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 149 | Exhibit: side by side Feiss shower tile video/known | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 150 | **CSAM IMG_6976 (full) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 151 | **CSAM – IMG_6976 (trimmed) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 152 | Transcript of IMG_6976 audio | Walker | AUG 2 6 2024 | |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 153 | Exhibit: side by side shower shelf video/known | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 154 | Exhibit: side by side of bracelet from Halpert/Furlong videos | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 155 | Photos: Apple iPhone 11 (1B1)/MV | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 156 | Photos: Apple iPhone 6 (1B2)/MV | Walker | AUG 2 3 2024 | AUG 2 3 2024 |
| 157a | **CSAM – image of MV (face) from Dell Inspiron (1B4) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 157b | **CSAM – image of MV (front) from Dell Inspiron (1B4) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 157c | **CSAM – image of MV (backside) from Dell Inspiron (1B4) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 157d | **CSAM – image of MV (midsection/hallway) from Dell Inspiron (1B4) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158a | **CSAM – duplicate of Count 1 (IMG_6965) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158b | **CSAM – duplicate of Count 2 (IMG_6966) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158c | **CSAM – duplicate of Count 2 (IMG_6967) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158d | **CSAM – duplicate of Count 2 (IMG_6968) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158e | **CSAM – duplicate of Count 3 (IMG_6974) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158f | **CSAM – duplicate of Count 3 (IMG_6975) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158g | **CSAM – duplicate of Count 4 (IMG_6969) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 158h | **CSAM – duplicate of Count 5 (IMG_6976) (1B4) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 159 | Photos: Dell Inspiron/1B4 of MV | Walker | AUG 2 6 2024 | AUG 2 6 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 160 | Video: MV lying in bed at Halperts | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 161 | **CSAM – duplicate of Count 1/trimmed from Sony (1B8) (not published) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 162 | **CSAM – "naked lap" at Stuzin from Sony (1B8) (publish) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 163 | Photos: Sony Vaio (1B8) | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 164 | Photos: Sony Vaio (1B8) mobile sync backup | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 165 | Summary Exhibit: Google subscriber info | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 166 | Summary Exhibit: Google searches for both accounts | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 167 | Sbs exhibit Halpert bathroom from 1B4 – framed photo | Walker | AUG 2 6 2024 | AUG 2 6 2024 |
| 168-169 | *Intentionally Left Blank* | | | |
| Wallace Halpert Exhibits | | | | |
| 170 | Text messages with defendant February 2018 | Halpert | AUG 2 7 2024 | AUG 2 7 2024 |
| 171 | Text messages with defendant August 2018 | Halpert | AUG 2 7 2024 | AUG 2 7 2024 |
| 172-174 | *Intentionally Left Blank* | | | |
| Jack Stuzin Exhibits | | | | |
| 175 | Google map of Meadowood | Stuzin | AUG 2 6 2024 | AUG 2 6 2024 |
| 176-179 | *Intentionally Left Blank* | Stuzin | | |
| Will Godine Exhibits | | | | |
| 180-189 | *Intentionally Left Blank* | Godine | | |
| Charlotte Hoffberger Exhibits | | | | |
| 190 | McDonald's on York Road map | Hoffberger | AUG 2 7 2024 | AUG 2 7 2024 |
| 191-194 | *Intentionally Left Blank* | Hoffberger | | |
| Minor Victim exhibits | | | | |
| 195 | 3.3.19 voicemail (12.amr) – MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 196 | 11.6.21 voicemail (17.amr) -MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 197 | 11.23.22 voicemail (45.amr) – MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 198 | 11.24.22 voicemail (47.amr) - MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 199 | 11.27.22 voicemail (49.amr) – MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 200 | 11.27.22 voicemail (50.amr) -MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 201 | 11.27.22 voicemail (52.amr) – MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 202 | 1.16.23 voicemail (64.amr) – MV's phone | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 203 | Transcript of voicemail calls | Minor Victim | AUG 2 3 2024 | |
| 204 | ss IMG_6965 Count 1 | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 205 | ss IMG_6967 Count 2 | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 206 | ss IMG_6974 Count 3 | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 207 | ss IMG_6969 Count 4 | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 208 | ss IMG_6976 Count 5 | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 209 | Screenshots of text between MV and def | Minor Victim | AUG 2 3 2024 | AUG 2 3 2024 |
| 210 | *Intentionally Left Blank* | | | |
| **James Schloeder Exhibits** | | | | |
| 211 | Chat exhibit: MV, JS and def from JS phone (full) | Schloeder | AUG 2 3 2024 | AUG 2 3 2024 |
| 212-214 | *Intentionally Left Blank* | Schloeder | | |
| **Riley Seelert Exhibits** | | | | |
| 215 | Screenshots from MV's iPad | Seelert | AUG 2 7 2024 | AUG 2 7 2024 |
| 216-219 | *Intentionally Left Blank* | Seelert | | |
| **Calista Walker Exhibits (part 2)** | | | | |
| 220 | Verizon subscriber exhibit – defendant's phone | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 221 | Chat exhibit: MV and Def taken from MV's iPad (May 2022) | Walker | AUG 2 3 2024 | AUG 2 3 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 222 | Selected chat exhibit: MV and Def taken from MV's iPad (May 2022) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 223 | Selected chat exhibit: MV, Def and James Schloeder | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 224 | Chat exhibit: MV and Def taken from Def's iCloud (Nov. 2022) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 225 | Exhibit: Fd_utch IG account emails from (1B1) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 226 | Exhibit: side by side of fd_tch IG email and text message of public/private | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 227 | Exhibit: Defendant's snapchat subscriber info | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 228 | Venmo records exhibit | Walker | AUG 2 3 2024 | AUG 2 3 2024 |
| 229 | Exhibit: venmo records/MV transactions and Feiss, etc. | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 230 | **EXPLICIT – IMG_2917 (6/7/22) full (not published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 231 | **EXPLICIT – IMG_2917 (6/7/22) trimmed (published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 232 | **EXPLICIT – IMG_2918 (6/7/22) full (not published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 233 | **EXPLICIT- IMG_2918 (6/7/22) trimmed (published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 234 | **EXPLICIT -IMG_3040 (6/14/22) (published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 235 | **EXPLICIT – IMG_3090 (6/14/2022) full (not published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 236 | **EXPLICIT -IMG_3090 (6/14/22) trimmed (published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 237 | **EXPLICIT – IMG_3107 (6/14/22) (not published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 237a | **EXPLICIT – IMG_3107 (6/14/22) redacted (published) | | AUG 2 7 2024 | AUG 2 7 2024 |

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 238 | **EXPLICIT-IMG_3819 (8/17/22) (not published) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 238a | **EXPLICIT – IMG_3819 (8/17/22) redacted (published) | | AUG 2 7 2024 | AUG 2 7 2024 |
| 239 | IMG 2575 Me and Dutchy snap screenshot (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 240 | IMG 3008 MV and R.S. selfie screenshot (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 241 | IMG 3021 MV and R.S. Yankees screenshot (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 242 | IMG 3029 Dutchy location NYC (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 243 | IMG 3210 M.V. identification card (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 244 | IMG 3392 M.V. and W.H. location U of Ul (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 245 | IMG 3393 M.V. and W.H. location snap Acorn (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 246 | IMG 3454 M.V. location (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 247 | IMG 3653 M.V. location in Maine (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 248 | IMG 4374 Straitbait69 screenshot 11/12/2022 (icloud) | Walker | AUG 2 3 2024 | AUG 2 3 2024 |
| 249 | IMG 4386 more Straitbait69 screenshot 11/12/2022 (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 250 | IMG 4410 MV job announcement (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 251 | IMG 4652 MV location in CT (icloud) | Walker | AUG 2 7 2024 | AUG 2 7 2024 |
| 252 | IMG 0988 Group photo with MV (icloud) | Walker | | |

12