United States of America

vs.

Christopher Kenji Bendann

Criminal No. JKB-23-0278          Defendant's Trial Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 08/23/2024 | 08/23/2024 | Photo of J. Furlong Playing Card Game |
| 2 | 08/23/2024 | 08/23/2024 | Photo of J. Furlong Holding Beer Bottle |
| 3 | | | Text Message Communication |
| 4 | 08/26/2024 | 08/26/2024 | Venmo from Feiss – Total Prior to March 2019 and Total Post March 2019 |
| 5 | 08/26/2024 | | Series of Texts Between Stuzin and Schloeder |
| 6 | 08/26/2024 | 08/26/2024 | Still Shot from Video of Defendant Walking in Bedroom Away from Camera – Date Stamped 12/30/2018 |
| 7 | 08/26/2024 | 08/26/2024 | Still Shot from Video with Bed and Bedding at Base of Bed – Date Stamped 3/27/2017 |
| 8 | 08/27/2024 | | Text Messages Between Wallace Halpert and James Schloeder |