USDC - BALTIMORE
24 AUG 28 PM 6:33

United States of America

vs.

Christopher Kenji Bendann

**Criminal No. JKB-23-0278**             **Joint Trial Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | AUG 2 6 2024 | AUG 2 6 2024 | Joint Stipulation #1 |

Exhibit List (Rev. 3/1999)