United States of America

vs.

Christopher Kenji Bendann



Criminal No. JKB-23-0278                                   Court's Trial Exhibits

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 08/27/2024 | 08/27/2024 | Jury Note #1 |
| 2 | 08/27/2024 | 08/27/2024 | Jury Note #2: **UNDER SEAL** |
| 3 | 08/27/2024 | 08/27/2024 | Court's Response to Jury Note #2 |
| 4 | 08/28/2024 | 08/28/2024 | Affidavit of Undersigned Clerk |
| 5 | 08/28/2024 | 08/28/2024 | Jury Note #3 |

Exhibit List (Rev. 3/1999)