I Need to be excused for Restroom! Please ASAP!

Jury #9

USDC- BALTIMORE
'24 AUG 28 PM6:33

COURT'S EXHIBIT NO. __1__
CASE NO.: __JKB-23-0278__
IDENTIFICATION: __AUG 27 2024__
ADMITTED: __AUG 27 2024__