I, Rebecca Maldeis, the undersigned Courtroom Deputy Clerk handling the jury trial in Criminal Docket No.: JKB-23-0278: USA v. Christopher Kenji Bendann, do hereby offer my affidavit as to the following statement of facts:

1. After the Court had finished delivering the entirety of its instructions to the jury empaneled in this matter at approximately 3:03 p.m., the Court Security Officer sworn as jury bailiff, Mr. Peter Mongelli, escorted the jury into the jury deliberation room. At that time, the jury deliberation room door leading into the vestibule area outside of Courtroom 5A had not yet been armed.

2. Between 3:03 p.m. and 3:08 p.m. – i.e., the time at which I went into the jury deliberation room to drop off all admitted exhibits, the verdict form, the Court's jury instructions, and the Superseding Indictment to the jurors – Juror #4 had departed the jury deliberation room and went to the Jury Assembly Room on the 4th floor to acquire a work note for today's jury service.

3. While I was in the jury deliberation room with the remaining jurors, no juror present indicated that one of their number had left the room entirely; however, I was aware that there were a couple of jurors utilizing both restrooms attached to the jury deliberation room.

4. After dropping off all materials to the jurors, the Court recessed at 3:13 p.m. at which point I, with the assistance of the CSO, armed the jury room door.

5. Between 3:15 p.m. and 3:19 p.m., I was advised by the CSO that Juror #4, who, unbeknownst to us all, had left the jury deliberation room between 3:03 p.m. and 3:08 p.m., had returned and was requesting readmittance to the jury deliberation room.

6. I subsequently contacted Chambers for guidance. After speaking to the Court, I unarmed the jury deliberation room door, readmitted Juror #4, and directed the jury that they may now commence deliberations with the understanding that they are now sequestered and are not permitted to leave the room until excused by the Court.

Date: 8/28/2024 3:48pm        Signed: Rebecca Maldeis

COURT'S EXHIBIT NO. 4
CASE NO.: JKB-23-0278
IDENTIFICATION: AUG 28 2024
ADMITTED: AUG 28 2024