

USDC- BALTIMORE
'24 AUG 28 PM6:34

CASE NUMBER: JKB-23-0278
CASE NAME: USA v. Christopher Kenji Bendann

we've reached a verdict!
on all 9 counts

JUROR NUMBER: 3

DATE:
TIME:

**For Court Use Only:**
Recv'd by: h. Maideis   DATE: 8/28/2024   TIME: 4:07 pm
Court Exhibit #: 5

Jury Note (Rev. 2/2009)

COURT'S EXHIBIT NO. 5
CASE NO.: JKB-23-0278
IDENTIFICATION: AUG 2 8 2024
ADMITTED: AUG 2 8 2024

CLERK, UNITED STATES DISTRICT COURT
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201-2691
www.mdd.uscourts.gov

OFFICIAL BUSINESS

CSO: BLAND

Time: 1607 HRS.

Date: 8/28/24