

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER KENJI BENDANN,<br><br>Defendant. | CASE NO: JKB-23-278 |

## VERDICT FORM

1. How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT ONE** – Sexual Exploitation of a Child, on or about September 16, 2017?

   Not Guilty _____      Guilty __*guilty*__

2. How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT TWO** – Sexual Exploitation of a Child, on or about June 21, 2018?

   Not Guilty _____      Guilty __*guilty*__

3. How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT THREE** – Sexual Exploitation of a Child on or about August 26, 2018?

   Not Guilty _____      Guilty __*guilty*__

4. How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT FOUR** – Sexual Exploitation of a Child on or about January 2, 2019?

   Not Guilty _____      Guilty __*guilty*__

5. How do you find defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT FIVE** – Sexual Exploitation of a Child on or about February 9, 2019?

   Not Guilty _____      Guilty __*guilty*__

6. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT SIX** – Possession of Child Pornography (iCloud account), on or about September 1, 2017, through on or about January 23, 2023?

    Not Guilty _____          Guilty __guilty__

7. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT SEVEN** – Possession of Child Pornography (Dell Inspiron laptop), on or about February 3, 2023?

    Not Guilty _____          Guilty __guilty__

8. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT EIGHT** – Possession of Child Pornography (Sony Vaio laptop), on or about February 3, 2023?

    Not Guilty _____          Guilty __guilty__

9. How do you find the defendant **CHRISTOPHER KENJI BENDANN** as to **COUNT NINE** – Cyberstalking, from May 2022 through December 2022?

    Not Guilty _____          Guilty __guilty__

The foregoing constitutes the unanimous verdict of the jury.

__8/28/24__
DATE

**REDACTED**

2