IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America<br>Plaintiff | * | |
| vs. | * | Case No.: JKB-23-0278 |
| Christopher Kenji Bendann<br>Defendant | * | |
| | * | |

\*\*\*\*\*\*

## Stipulation Regarding Return of Exhibits

The parties hereby **STIPULATE** that the below listed physical exhibits be returned to the custody of and retained by counsel who offered them, pending appeal.

**GOVERNMENT'S EXHIBITS**
#82-84 (iPhones)
#87-93 (Defendant's planners)
#160, #195-202 (on USB drive
#1-7; #13; #16; #18-20; #26-30f; #36-81;
#96-125; #128-131; #135-138; #141-144;
#148-149; #153-156; #159-160; #163-167;
#170-171; #175; #190; #204-209; #211; #215;
#220-229; #239-#251 (in exhibit binder(s))

*#85-86 (the laptops) and #126, #132a-133b;
#139a-140b; #145-146; #150-151; 157a-158h;
#161-162; #230-238a (sexually explicit images)
were not provided to the Clerk or to the jury;
#11, #12, #94-95; #106; #127; #134; #147;
#152; #203; and #252 were either offered for
identification only or not offered at all. These
were *not* provided to the jury and returned to
counsel prior to the jury commencing deliberations.
*#8-10; #14-15; #17, #21-25; #31-35; #97-99;
#101-104; #124; #168-169; #172-174; #176-
179; #180-189; #191-194; #210; #212-214;
#216-219 were placeholder exhibit markers

**DEFENDANT'S EXHIBITS**
#1-2; #4; #6-7 (in exhibit binder)
*#3 #5, and #8 were either not offered or
offered for identification only. These were
not provided to the jury or to the
undersigned clerk.

All Government's exhibits returned: 8/28/2024

All Defendant's exhibits returned: 08/28/2024

Received the above listed exhibits this date:

Counsel for Government:

_____
Colleen McGuinn, AUSA

_____
Kim Hagan, AUSA

Counsel for Defendant:

_____
Christopher Nieto, CJA

_____
Gary Proctor, CJA

Date: August 28, 2024