IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Crim No. JKB-23-278 |
| CHRISTOPHER KENJI BENDANN | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

The Court having considered the Government's Motion to Seal the attachments, Government's Exhibits A, B, and C filed with the Government's Sentencing Memorandum, and good cause having been shown, it is this __7__ day of January, 2025, HEREBY ORDERED, that the motion is GRANTED. The Clerk is directed to place the Government's Attachments, Exhibit A, B, and C, filed with the Government's Sentencing Memorandum, under seal.

HONORABLE JAMES K. BREDAR
United States Magistrate Judge