**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Northern Division)**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | Criminal No. JKB-23-0278 |
| | * | |
| **CHRISTOPHER BENDANN** | | |

************

## MOTION TO SEAL EXHIBITS

Defendant Christopher Bendann, through his attorney, Christopher C. Nieto, respectfully moves for an order of this Court sealing Exhibits 1a through 1d, and states:

1. Defense filed a sentencing letter with these redacted exhibits on January 13, 2025.

2. Defense counsel seeks to file these exhibits with the Court in an unredacted format. However, Exhibits 1a-1d contain names of various minor children and should not be publicly disseminated.

WHEREFORE, Mr. Bendann requests that the accompanying unredacted exhibits, Exhibits 1a-1d, be placed under seal.

Respectfully submitted,

_____/s/_____
Christopher C. Nieto, #30031
Nieto Law Office
233 East Redwood Street, Suite 1000C
Baltimore, Maryland 21202
Tel: (443) 863-8189
Fax: (443) 378-5723
Email: cnieto@nietolawoffice.com