# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
## OFFICE OF THE CLERK
1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

February 12, 2025

_____

TRANSCRIPT ORDER ACKNOWLEDGMENT

_____

No. 25-4033,    US v. Christopher Bendann
1:23-cr-00278-JKB-1

This acknowledgment establishes a deadline for filing all transcript ordered from this court reporter. Please notify the court if arrangements are made for expedited filing of the transcript.

**Court Reporter:** Camille Powell
**Current Deadline:** 03/21/2025
**Proceedings:** Bail hearing 8/21/2023, initial appearance on 8/18/2023 and 8/9/2024; attorney inquiry hearing 9/20/2023.
**Ordering Party(ies):** Christopher Bendann

Counsel may request the transcript in either electronic or paper form. In multi-defendant CJA cases, electronic or paper copies of necessary transcript prepared for one defendant must be provided to co-defendants by the court reporter, co-counsel, or the district court clerk. Payment for transcript copies is claimed on a **CJA 24 voucher** and is limited to commercially competitive rates not to exceed $.15 per page. For assistance in obtaining electronic copies of the transcript, see **Record Access for New Appellate Counsel** or contact the Fourth Circuit appointments deputy, Marcy Beall.

Seven days have been added to the court reporter deadlines to permit appropriate financial arrangements to be completed. If the district court has not yet acted on a request for transcript under the Criminal Justice Act, counsel should confirm that

the CJA 24 application has been filed with the district court for approval by the judge.

If the transcript order is deficient or the CJA 24 application is not approved within 7 days of this acknowledgment, the court reporter must complete and file a **Transcript Order Deficiency Notice** with this court within 14 days of this acknowledgment. If the court reporter has grounds for an extension of time, a request for extension may be sought using the **Transcript Extension Request** form.

This court is notified of the filing of the **Appeal Transcript** in the district court through the district court's CM/ECF system. If the transcript is not filed by the due date, a transcript sanction takes effect, as provided in the **Guidelines for Preparation of Appellate Transcripts in the Fourth Circuit**. If a transcript sanction is in effect, the court reporter must file a **Certification of filing of transcript/sanctions form** with this court at the time the transcript is filed with the district court, certifying that the appropriate sanction has been deducted from the transcript fee. Court forms are available for completion as links from this notice and at the court's web site, **www.ca4.uscourts.gov**.

Shari A Batchleor, Deputy Clerk
804-916-2702

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT ORDER DEFICIENCY NOTICE

No. 25-4033,    <u>US v. Christopher Bendann</u>
1:23-cr-00278-JKB-1

**To permit confirmation of financial arrangements, including approval by the district court of the CJA 24 form, 7 days have been added to the period established by the transcript guidelines for filing of appellate transcript. If financial arrangements are not confirmed within 7 days or if there are other problems with the transcript order, the court reporter should, within 14 days of issuance of the transcript order acknowledgment, file a transcript order deficiency notice with the Court of Appeals identifying the problem. Copies of the deficiency notice will be sent via CM/ECF to the parties and the district court.**

[ ]    **Transcript has previously been filed with district court. (specify)**
[ ]    **Not all requests on CJA 24 application were granted by district court. (specify)**
[ ]    **Motion for transcript at government expense has not been granted (28 U.S.C. § 753(f)).**
[ ]    **Satisfactory financial arrangements have not been made. (specify)**
[ ]    **Transcript order is unclear. (specify)**
[ ]    **Other (specify):**

Relief Requested:            [ ] Rescission of filing deadline
[ ] Extension of filing deadline to _____

**Court Reporter:**
**Signature:**
**Date:**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

## TRANSCRIPT EXTENSION REQUEST

No. 25-4033,    <u>US v. Christopher Bendann</u>
                1:23-cr-00278-JKB-1

**If an extension of time is needed to complete the transcript, the court reporter may file a Transcript Extension Request with the Court of Appeals at least 10 days in advance of the deadline, setting forth specific information in support of the request. Copies of the request shall be served on the parties to the case and the district court Reporter Coordinator. The granting of an extension also constitutes a waiver of sanctions through the date of the extension.**

**Court Reporter: Camille Powell**
**Current Deadline: 03/21/2025**
**Extension Requested to:**

**As of this date, approximately    pages have been completed and    pages are yet to be transcribed. Justification is as follows:**

1. **Outstanding District Court transcripts ordered within 90 days of this request: Any pending appellate transcripts will be taken into consideration in deciding this request.**

2. **In-Court Time: (give total days/hours by month)**

3. **Travel: (give hours spent traveling to and from Court by month)**

4. **Other: (please provide information you would like the Court to consider when reviewing your request. Please be aware that this information will be posted on the public docket.)**

**Signature:**
**Date:**

FOURTH CIRCUIT TRANSCRIPT ORDER FORM

Case Style  USA v. Christopher Kenji Bendann
Dist. Ct. No.  1:23-cr-00278-JKB-1     District  Maryland
Date Notice of Appeal filed _____02/09/25_____ Court of Appeals No.  25-4033
Name of Court Reporter/Electronic Rec. (use separate form for each reporter)  FTR-Gold
Address of Reporter  U.S.Courthouse,101 West Lombard Street, Baltimore, MD 21201

Appellant must order any necessary transcript within 14 days of noting the appeal by completing a separate transcript order form for each reporter and a single order form for all electronic recordings requested, submitting the orders to the court reporters and the district court, and attaching copies to the docketing statement filed in the court of appeals.  The transcript order form should not include requests for transcripts that are on file or are on order.  The completed order form must show that necessary financial arrangements have been made.  In CJA cases, counsel must certify that AUTH-24 requests have been submitted through the **district court's eVoucher system** for approval by the district judge. Once the transcript has been prepared, counsel also submits the CJA-24 voucher for payment in the district eVoucher system. For assistance, see District eVoucher Contacts for Transcript Authorization and Payment.

In sentencing appeals, a transcript of the sentencing hearing must be ordered.  In Anders appeals, plea (or trial) and sentencing transcript must be ordered, along with any necessary hearing transcripts (e.g., suppression hearings). In multi-defendant cases involving CJA defendants, only one original trial transcript should be purchased from the court reporter on behalf of CJA defendants, and copies should thereafter be made at commercially competitive rates not to exceed $.15 per page.  Co-defendants may obtain paper or electronic copies of prepared transcript from the court reporter, co-counsel, or the district court.

If appellee finds other parts of the proceedings necessary, appellee must designate the additional parts within 14 days after service of the transcript order.  If appellant has not ordered the additional parts within 14 days, appellee may, within the following 14 days, order the additional parts or move in the district court for an order requiring appellant to do so.

Counsel must review transcript and notify the district court of any intention to direct redaction of personal data identifiers within 7 days of filing of the transcript, and thereafter submit a statement of redactions to the court reporter within 21 days of filing of the transcript, as required by the Judicial Conference Policy on Privacy and Public Access to Electronic Case Files.  Counsel should obtain full-size transcript from the court reporter, since condensed transcript may not be used in the appendix.  Counsel should verify that the witness name and type of examination appear in the top margin of each page of testimony, as required for inclusion in the appendix on appeal.  Local Rule 30(b).

A.  This constitutes an order of the transcript of the following proceedings.  Check appropriate box(es), provide date of hearing, and indicate total number of estimated pages.  Specific CJA authorization is required for opening and closing statements, voir dire, and instructions.

| PROCEEDING | HEARING DATE(S) |
|---|---|
| ☐  Voir Dire | |
| ☐  Opening Statement (Plaintiff) | |
| ☐  Opening Statement (Defendant) | |
| ☐  Closing Argument (Plaintiff) | |
| ☐  Closing Argument (Defendant) | |
| ☐  Opinion of Court | |
| ☐  Jury Instructions | |
| ☐  Sentencing | |
| ☑  Bail Hearing | 8/21/23 |
| ☐  Pre-Trial Proceedings (specify) | |
| ☐  Testimony (specify) | |
| ☑  Other (specify) | Initial Appearance on 8/18/23 & 8/9/24; Atty. Inquiry Hrg. 9/20/23 |
| **TOTAL ESTIMATED PAGES** ____TBD____ | |

B.  ☐ Expedited transcript completion requested within ☐ 14 days ☐ 7 days ☐ 3 days.

C.  I certify that I have contacted the court reporter (or court reporter coordinator if electronic recording) and satisfactory financial arrangements for payment of the transcript have been made as follows:
☐  Private funds. (Deposit of $_____ enclosed with court reporter's copy. Check No. _____.)
☑  CJA AUTH-24 request submitted in district eVoucher system.
☐  Government expense (civil case--IFP).  Motion for transcript at government expense is pending with district judge.
☐  Advance payment waived by court reporter.  Payment in full is due upon receipt of transcript.
☐  Federal Public Defender - no CJA 24 authorization necessary.
☐  United States appeal.

D.  Transcript is requested in ☐  paper format    ☑  electronic format

Signature  _Allen H. Orenberg (signature)_     Typed Name  Allen H. Orenberg
Address  200-A Monroe Street, Suite 233, Rockville, MD 20850
Email  aorenberg@orenberglaw.com     Telephone No.  (301) 807-3847
Date Sent to Reporter _____02/11/25_____

11/25/2019 CAD