IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| v.      : | Case No. 23-cr-00278-JKB |
| : | |
| **CHRISTOPHER KENJI BENDANN,** : | |
| **Defendant.** : | |

## NOTICE OF APPEARANCE

COMES NOW, Allen H. Orenberg and, pursuant to the Criminal Justice Act, hereby enters his appearance on behalf of the Defendant, Christopher Kenji Bendann, in the above-captioned criminal cause, *Nunc Pro Tunc* to February 11, 2025. This appearance is lodged in connection with undersigned counsel representing Defendant Bendann in the U.S. Court of Appeals for the Fourth Circuit, Appeal No. 25-4033.

Respectfully Submitted,

_____
Allen H. Orenberg, # 06278
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20854
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

Dated: February 19, 2025

1