**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **v.** | : | **Case No. 23-cr-00278-JKB** |
| | : | |
| **CHRISTOPHER KENJI BENDANN,** | : | |
| **Defendant.** | : | |

**MOTION TO UNSEAL TRANSCRIPT FROM**
**COURT PROCEEDINGS CONDUCTED ON SEPTEMBER 20, 2023**

COMES NOW, Allen H. Orenberg, counsel for the Defendant Christopher Kenji Bendann, and hereby respectfully requests the entry of an order unsealing the transcript of proceedings conducted on September 20, 2023. As grounds, the following is stated:

1.      Undersigned counsel is representing the Defendant in the U.S. Court of Appeals for the Fourth Circuit, Appeal No. 25-4033. This appeal is from proceedings in District Court Case No. 23-cr-00278-JKB.

2.      The subject requested transcript is from an attorney-inquiry hearing conducted on September 20, 2023, held before U.S. Magistrate Judge Brendan Abell Hurson. This particular transcript was requested eVoucher / CJA-24 on February 11, 2024.

3.      Disclosure of this transcript is necessary to the proper review and preparation of the Defendant's appeal.

1

4.      The government takes no position on this motion, per AUSA David Bornstein.

WHEREFORE, for the foregoing reasons and such other reasons which may appear just and proper, Defendant Christopher Kenji Bendann, hereby respectfully requests the entry of an order unsealing the transcript of proceedings conducted on September 20, 2023.

Respectfully Submitted,

_____
Allen H. Orenberg, # 06278
The Orenberg Law Firm, LLC
200-A Monroe Street, Suite 233
Rockville, Maryland 20854
Tel. No. 301-807-3847
Fax No. 240-238-6701
aorenberg@orenberglaw.com

Dated: February 20, 2025

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Unseal Transcript from Court Proceedings Conducted on September 20, 2023, and a proposed Order, was served by CM/ECF to all case registered parties.

_____
Allen H. Orenberg, # 06278