IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | Case No. 23-cr-00278-JKB |
| | : | |
| CHRISTOPHER KENJI BENDANN, | : | |
| Defendant. | : | |

### ORDER

Upon Consideration of the Motion filed by Defendant Christopher Kenji Bendann, and the entire record in this case, it is hereby this __20__ day of _____Feb._____, 2025, ORDERED, the Motion is granted.

The transcript of proceedings conducted on September 20, 2023, is hereby unsealed.

Judge, U.S. District Court
For the District of Maryland