```
1              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MARYLAND
2                       NORTHERN DIVISION
   _____
3                               )
   UNITED STATES OF AMERICA,     )
4                               )
        Plaintiff,               )
5                               )Criminal No. 23-cr-0278-JKB
   vs.                          )
6                               )
   CHRISTOPHER KENJI BENDANN,    )
7                               )
        Defendant.               )
8  _____)

9

10

11        TRANSCRIPT OF PROCEEDINGS - JURY TRIAL DAY 2
             BEFORE THE HONORABLE JAMES K. BREDAR
12               AUGUST 26, 2024 AT 9:56 a.m.

13

14  APPEARANCES:

15      ON BEHALF OF THE PLAINTIFF:
           COLLEEN E. MCGUINN, ESQUIRE
16         KIM Y. HAGAN, ESQUIRE

17      ON BEHALF OF THE DEFENDANT:
           CHRISTOPHER C. NIETO, ESQUIRE
18         GARY E. PROCTOR, ESQUIRE

19      ALSO PRESENT:
           CALISTA WALKER, SPECIAL AGENT FBI
20         RACHEL CORN, SPECIAL AGENT FBI
           VICTORIA LIU, PARALEGAL

21

22

23

24      (Computer-aided transcription of stenotype notes)

25                    Reported by:
                 Ronda J. Thomas, RMR, CRR
```

<u>**INDEX**</u>

<u>**August 26, 2024**</u>

<u>PLAINTIFF'S WITNESSES:</u>                         <u>PAGE:</u>

Stacy Halpert
        Direct by Ms. McGuinn                        9
        Cross by Mr. Nieto                          20

Christopher Feiss
        Direct by Ms. Hagan                         24
        Cross by Mr. Proctor                        31

Jack Stuzin
        Direct by Ms. Hagan                         36
        Cross by Mr. Nieto                          45
        Redirect by Ms. Hagan                       51

Tyler Witherspoon
        Direct by Ms. Hagan                         53
        Cross by Mr. Proctor                        62
        Redirect by Ms. Hagan                       67

DeAnna Komber-Hoyle
        Direct by Ms. McGuinn                       69
        Cross by Mr. Proctor                        81

Detective Shannon Markel
        Direct by Ms. Hagan                         84
        Cross by Mr. Nieto                         104

Agent Eric J. Oberly
        Direct by Ms. McGuinn                      114

Agent Calista Walker
        Direct by Ms. McGuinn                      177
        Cross by Mr. Nieto                         234
        Redirect by Ms. McGuinn                    248

3

1    (9:56 a.m.)

2         THE COURT:  Good morning, be seated, please.

3         Counsel, before the jury comes in, it's my understanding

4    that during the course of today's proceedings the Government

5    expects to present images of a more explicit nature than were

6    presented last week and, accordingly, the special procedures

7    that I directed will be implemented when those exhibits are

8    displayed.

9         To refresh your memories, the way that's going to work is

10   that the deputy clerk will cut off access to the large screen,

11   which displays in the gallery.  My understanding is that

12   Government counsel and their supporting team will close their

13   computers, shut off their images, and so forth, and will make

14   sure that the podium monitor is also black.  And that on the

15   defense side you and your client will move to the other table.

16        You'll maintain the ability to view the images at that

17   position.  And so there's no compromise of the Defendant's

18   ability to see the evidence as it is presented against him.

19        Ms. McGuinn, have I got the procedure -- well, actually, I

20   know I've got it right.

21        MS. MCGUINN:  That is the Government's understanding.

22   (Laughter.)

23        THE COURT:  Do you understand what I'm going to do?

24   (Laughter.)

25        MS. MCGUINN:  That is the Government's understanding

1    of your correct procedure, yes, Your Honor.

2          THE COURT:  Thank you.  Mr. Nieto?

3          MR. NIETO:  Yes, Your Honor.  That's our understanding

4    as well.

5          THE COURT:  All right.  So one thought, Mr. Nieto,

6    think this over, and that is, you and your client and your

7    colleague could move to the side table for the day.  And then

8    it would make any transition in the middle of the day less --

9    less apparent, let obvious, whatever.  It wouldn't really be

10   explained to the jury, but, you know, they might sit there and

11   infer, oh, they just wanted to have a better view of jury so

12   they decided to look at the jury all day directly.

13       And then, to me then there's the least likelihood that

14   they would correlate the move to the notion that there's

15   something particularly prejudicial about these images because

16   we're otherwise trying to conceal from the jury that we're

17   taking any special steps.

18         MR. NIETO:  Absolutely, Your Honor.  If I may just

19   confer with Mr. Proctor?

20         THE COURT:  Yeah, yes.

21       (Counsel conferring.)

22         MR. NIETO:  If it pleases the Court.

23         THE COURT:  Counsel.

24         MS. MCGUINN:  I was going to say, just for planning,

25   we expect our third or fourth witness this morning for -- it's

 1    a short, three to four-second video.  The victim was

 2    purportedly 16, which is why we're being sensitive about that.

 3    But that is the only one this morning.

 4        The vast majority of the morning is going to be police

 5    search warrant photos and that sort of thing.  So I just advise

 6    that when we get to Agent Walker, maybe afternoon, that's when

 7    the vast majority of things come in.

 8        So I don't know if counsel would prefer to sit here when

 9    Detective Markel, who's a long witness, and others and

10    simply --

11            THE COURT:  Move in the afternoon after the lunch

12    break?

13            MS. MCGUINN:  Right.  Because the first video is

14    really a handful, a couple seconds.  Maybe they can --

15            THE COURT:  Well, can you assure us that's not til

16    after lunch?

17            MS. MCGUINN:  That first one, the handful of seconds,

18    will be before lunch.  But I can assure you that the vast

19    majority of Agent Walker will be after lunch.  There is one

20    witness who was present --

21            THE COURT:  Well, the problem is they're going to want

22    to view that --

23            MS. MCGUINN:  I understand.  I just make that comment

24    in case they don't want to sit there the whole morning for what

25    is essentially a handful of seconds.  I just wanted to make

6

```
 1   that --
 2           THE COURT:  Your choice.  What do you want to do?
 3           MR. NIETO:  Your Honor, I think we'll make the shift
 4   over now for the optics of it.  Thank you.
 5           THE COURT:  Check your lines of sight to the witness
 6   stand.
 7       And that monitor is going black, Ms. McGuinn?
 8           MS. MCGUINN:  It is, Your Honor.
 9           THE COURT:  Okay.  Last thing.  Now, Ms. McGuinn,
10   we're going to do our very best to comply with the procedures
11   that I outlined, but obviously the court and court staff are
12   dependent upon the Government to give us a heads-up --
13           MS. MCGUINN:  Yep.
14           THE COURT:  -- as to when we need to very seamlessly
15   and hopefully sort of undetectably move to the other procedure.
16   So at that moment I would say you would just ask to go on the
17   private channel.
18           MS. MCGUINN:  Yes, sir.
19           THE COURT:  And that's how we'll make sure that we
20   don't have any glitches.
21           MS. MCGUINN:  Yes, Your Honor.  I indicated to
22   Ms. Maldeis I'll just give her a nod when the witness is coming
23   in that she can turn off that TV for this morning.  And then
24   the afternoon will be much easier because it'll be one very
25   large witness and that'll be much easier to manage.
```

1           THE COURT:  And the entire time it will be shut down?

2           MS. MCGUINN:  It should be because it's too

3    intermittent.

4           THE COURT:  Right.  And your staff, perhaps, will also

5    be monitoring to make sure that we've got all of those monitors

6    darkened at the appropriate moment.

7           MS. MCGUINN:  Yes, yes.  Absolutely, yes.

8           THE COURT:  Are we otherwise ready for the jury?

9           MS. MCGUINN:  Yes.

10          THE COURT:  Who's the next witness?

11          MS. MCGUINN:  Ms. Stacy Halpert.

12          THE COURT:  Okay.  We can get her headed in this

13   direction.

14       Anything else from the defense before we bring the jury

15   in?

16          MR. NIETO:  No, Your Honor.  Thank you.

17          THE COURT:  Bring the jury in.

18       Please come forward, ma'am, up here to this witness box

19   and just stand beside it while we wait for the jury to enter

20   the courtroom.  Stand right there.  Thank you, ma'am.

21          THE CLERK:  All rise for the jury.

22       (Jury enters at 10:04 a.m.)

23          THE COURT:  All rise.  Be seated, please.

24       Good morning, ladies and gentlemen.

25       (Jurors - "Good morning.")

1          **THE COURT:**  Thank you for arriving at court once again
2    right on time.  Unfortunately, the court wasn't ready to start
3    right on time.  We had a rather catastrophic power failure in
4    the building over the weekend.  They got things sorted out
5    yesterday afternoon and got the power turned back on but in
6    these modern times when you have that sort of power collapse,
7    it affects every computer and every electronic system in the
8    building.  And our terrific staff are still scrambling this
9    morning to get all of our computers and other electronic
10   systems up and operating.

11        We believe that we're at a point now where we're able to
12   go forward and be functional.  It's not going to shock me if we
13   have a computer glitch or two today in light of what happened.
14   But I think we are in good shape.  Although 35 minutes late,
15   for which I apologize, we're now ready to begin.

16        Government, call your next witness.

17          **MS. MCGUINN:**  Your Honor, the Government would next
18   call Ms. Stacy Halpert.

19          **THE COURT:**  Ms. Halpert, please raise your right hand
20   and face our clerk.

21        (Witness sworn.)

22          **THE CLERK:**  Thank you, ma'am.  You may take a seat in
23   the witness box.  Ma'am, for the record, speaking directly into
24   that microphone, can you please state and spell your first and
25   last name.

1              **THE WITNESS:**  Stacy Halpert.

2  S-T-A-C-E-Y-H-A-L-P-E-R-T.

3              **THE CLERK:**  Thank you.

4              **THE COURT:**  Your witness, ma'am.

5              **MS. MCGUINN:**  Thank you, Your Honor.

6                      **DIRECT EXAMINATION**

7  BY MS. MCGUINN:

8  Q.   Good morning, Ms. Halpert.

9  A.   Good morning.

10 Q.   Ms. Halpert, how old are you?

11 A.   Fifty-seven.

12 Q.   Are you married?

13 A.   Yes.

14 Q.   What is your husband's name?

15 A.   Harry Halpert.

16 Q.   Do you have children?

17 A.   Yes.

18 Q.   Can you tell us their names and ages?

19 A.   Jack is 28, Charlie is 25, and Wallace is 23.

20 Q.   Three boys?

21 A.   Yes.

22 Q.   Okay.  And where did your boys attend school, grade school

23 and middle school, high school?

24 A.   The Gilman School.

25 Q.   And during their school years at Gilman, at what address

1   were you living then?

2   A.   1501 Malvern Avenue, Towson, Maryland.

3   Q.   Thank you.  Did your boys attend Lower, Middle, and Upper

4   School at Gilman?

5   A.   Yes.

6   Q.   When did each boy graduate from Gilman, if you can tell

7   us?

8   A.   So my oldest Jack graduated in 2017, Charlie 2015, and

9   Wallace 2020.

10  Q.   Did your boys play sports at Gilman?

11  A.   Yes.

12  Q.   And what sport did they primarily play?

13  A.   They played lacrosse.  They played volleyball and

14  baseball.

15  Q.   Starting with your son Jack, did he attend college?

16  A.   Yes.

17  Q.   Where did he go?

18  A.   The University of North Carolina.

19  Q.   Did he play sports there?

20  A.   Yes, he played lacrosse there.

21  Q.   What about your son Charlie?

22  A.   He went to the University of Richmond.

23  Q.   Did he play lacrosse there?

24  A.   No.

25          THE COURT:  Let's get our dates straightened out.  You

1  testified that Jack was the oldest and graduated in 2017.

2  Charlie was next, he graduated in 2015; is that correct?

3          **THE WITNESS:**  I mixed those, yeah.  Sorry.  So Jack

4  was 2015, Charlie 2017.

5          **MS. MCGUINN:**  Yes, ma'am.

6          **THE COURT:**  Thank you.  You may continue.

7          **MS. MCGUINN:**  Thank you.

8  **BY MS. MCGUINN:**

9  **Q.**   And your youngest son Wallace, where did he attend

10  college?

11  **A.**   Georgetown.

12  **Q.**   Did he play sports there?

13  **A.**   He played lacrosse there.

14  **Q.**   When your oldest son began middle school, your oldest son

15  Jack began middle school at Gilman, did you come to know a

16  person by the name of Christopher Bendann?

17  **A.**   Yes.

18  **Q.**   How did you come to know him?

19  **A.**   He was a teacher in the school.

20  **Q.**   Okay.  Do you know if he was actually a teacher for any of

21  your boys in any history classes?

22  **A.**   He taught Charlie, my middle son, history.

23  **Q.**   Was he ever an advisor for any of your sons?

24  **A.**   He was Wallace's advisor.

25  **Q.**   Okay.  And specifically to Wallace, to your knowledge, did

1  Wallace ever socialize with the Defendant Christopher Bendann?

2  By socialize, I mean going outside the Gilman walls and

3  attending movies or dinner, things of that nature?

4  A.   Yes, Chris would take the advisory group to do -- maybe go

5  out to a restaurant for a meal or -- yes.

6  Q.   And do you know the        family?

7  A.   Yes, I do.

8  Q.   How long have you known the        family?

9  A.   I'm not -- I'm not sure how long.  I guess when Wallace

10 and their son went to school together at Gilman in pre-first,

11 yeah.

12 Q.   So if your son is 23 --

13 A.   Yes.

14 Q.   -- fifteen plus years?

15 A.   Yes, yes.

16 Q.   Okay.  And did there come a point in time when you and

17 your husband employed the Defendant Christopher Bendann to

18 babysit or house-sit for you?

19 A.   Yes.

20 Q.   Can you explain how that relationship, that business

21 relationship, I guess it were, how that started?

22 A.   So we were traveling to see our older son play lacrosse,

23 and even before that maybe a business trip, and would need

24 someone to stay at home with the boys.  And I'm guessing I

25 heard that he did this for other families as well, dog sit,

1   house-sat, you know, stayed with boys at their homes or boys

2   and girls, babysit.  And I just knew him from the school and

3   that's how --

4   Q.   How that started?

5   A.   -- that came about, yeah.

6   Q.   Okay.  Did he, in fact, babysit and house-sit for you?

7   A.   Yes.

8   Q.   And when he would babysit or house-sit, would he stay at

9   your home?  By stay I mean overnight inside your home?

10  A.   Yes.

11  Q.   And would he be in charge of your children?

12  A.   Yes.

13  Q.   Can you describe the level of trust that you had in

14  Christopher Bendann in terms of staying in your home and

15  babysitting your children?

16  A.   Yeah, I had great trust in him.  Yes, very much.

17  Q.   How did you communicate with him in terms of arranging

18  dates and times when you might need him to be in your home?

19  A.   Either email or texting and then mostly texting it became,

20  yeah, mostly texting.

21  Q.   Would you compensate him for his time to babysit your kids

22  and house-sit?

23  A.   Yes.

24  Q.   How would you pay him?

25  A.   I paid him cash.

 1  Q.    Specifically when Wallace was the only bird in your nest

 2  as it were, did you have the Defendant come and house-sit or

 3  babysit your son Wallace?

 4  A.    Yes.

 5  Q.    What sports did Wallace specifically play in high school?

 6  A.    He played volleyball, and he played lacrosse.

 7  Q.    For those who may not know, what season is volleyball?

 8  A.    Volleyball is in the fall.

 9  Q.    What about lacrosse?

10  A.    Is in the spring.

11  Q.    Okay.  Government's Exhibit 26.

12        Ma'am, do you recognize this to be an accurate

13  February 2018 calendar?

14  A.    Yes.

15  Q.    If we can bring up Government's 27.

16        I'm showing you Government's 27, do you recognize this?

17  A.    Yes.

18  Q.    And what is this?

19  A.    That's a text with me communicating with Chris about

20  staying with the boys.

21  Q.    And this is in February of 2018?

22  A.    Yes.

23  Q.    If you can take a minute and orient yourself, are you the

24  blue bubbles or the gray bubbles?

25  A.    I am the blue bubbles.

1  Q.    If we could go to Page 2.  Okay.

2        Specifically as to February 12th, what did you communicate

3  to the Defendant, Mr. Bendann?

4  A.    Yes, I was thanking him for staying at our house the

5  weekend, that weekend.

6  Q.    Okay.

7  A.    And then confirming that he was, you know, set to come the

8  following weekend.

9  Q.    If we could go back to Government's 26, that February

10 calendar.

11       So you sent that text on February 12th.  Based on that

12 text, do you understand he stayed at your house the weekend of

13 February 9th, 10th, 11th?

14 A.    Correct.

15 Q.    Do you know where you went on that weekend in February of

16 2018?

17 A.    To Chapel Hill, North Carolina.

18 Q.    To see your son play?

19 A.    Yes.

20 Q.    Who went with you?

21 A.    My husband Harry.

22 Q.    And if this was 2018, was your son, Charlie, also at

23 Richmond at that point in school?

24 A.    Yes.

25 Q.    So Wallace was the only one home?

 1  A.   Correct.

 2  Q.   When Wallace would be home alone with the Defendant

 3  babysitting, was he allowed to have friends over?

 4  A.   Yes.

 5  Q.   Was that done with your permission?

 6  A.   Yes.

 7  Q.   Did you communicate or did the Defendant somehow know it

 8  was okay for Wallace to have friends over?

 9  A.   Yes.

10  Q.   If we can go to Government's 28, please.

11       Ma'am, do you recognize this as an August of 2018

12  calendar?

13  A.   Yes.

14  Q.   And if we can go to Government's 29.

15       Ma'am, do you recognize this text, the beginning of which

16  starts on July 24th of 2018?

17  A.   Yes.

18  Q.   And can you, again, just take a second to orient yourself,

19  which color bubbles are you and which color bubbles is the

20  person you're communicating with?

21  A.   Okay, yes.  I am the blue bubbles.

22  Q.   Who are these text messages between?

23  A.   Me and Chris Bendann.

24  Q.   And if we could go to the next part of that text message,

25  please.

1          Towards the bottom there, August 24th of 2018, you're

2    writing, "Good morning, I am already in Virginia."

3          Do you recall traveling to Virginia that weekend?

4    A.    Yes, I do.

5    Q.    And if you can just -- what's in Virginia and why were you

6    there?

7    A.    So I was in Water View, Virginia which is on the

8    Rappahannock River where my cousin and her husband have a

9    vacation home.

10   Q.    So it says, "Good morning, I am already in Virginia and

11   Harry will be leaving in the morning, Wallace, and Saturday the

12   25th if that works," and his response was, "Perfect yes"?

13   A.    Yes.

14   Q.    Or, "Great, thanks."  Sorry, I read the wrong gray bubble.

15   I apologize.

16   A.    Yes.

17   Q.    And Wallace had volleyball that day?

18   A.    Yes.

19   Q.    Okay.  Can we go back to that August 2018 calendar,

20   Government's 28, please.

21          So the 24th is that Friday, 25th, 26th, is that what you

22   recall being in Virginia that weekend?

23   A.    Yes.

24   Q.    And which of your children was home?

25   A.    Wallace.

1  Q.    You can clear that.  Thank you so much.

2        Can you describe your home as it existed on Malvern Avenue

3  in 2018?

4  A.    So it's a ground level, a basement rec-room level, and

5  then a second-floor level with bedrooms, and a third-floor

6  level with bedrooms.

7  Q.    So it's a single-family home?

8  A.    Yes.

9  Q.    And on that top floor, whose bedrooms were on the top

10 floor?

11 A.    The top floor was Wallace and Jack.

12 Q.    What about that -- under that third floor, the

13 second-floor bedrooms?

14 A.    Is my bedroom and Charlie's bedroom.

15 Q.    Do you have any other bedrooms available on that second

16 floor, like a guestroom?

17 A.    Yeah, there's one guestroom on that second floor as well.

18 Q.    What about any bathrooms on the top level or that second

19 level?

20 A.    So the third floor, the top level, has one bathroom; the

21 second level has a hall -- had a hall bathroom and a bathroom

22 in the master bedroom.

23 Q.    Okay.  When the Defendant would sleep over when he was

24 babysitting, what room would he primarily be sleeping in?

25 A.    In my -- in my room.

1   Q.   In your room, okay.  If we could bring up Government's

2   30A.

3        Ms. Halpert, do you recognize this?

4   A.   Yes.

5   Q.   What is that?

6   A.   That's the second floor hall bathroom in my house.

7   Q.   Whose bedroom is that closest to?

8   A.   Charlie's bedroom.

9   Q.   If we can go to 30B.  What about this?

10  A.   That's the same bathroom.

11  Q.   Directing your attention to the kind of framed photo

12  that's above a towel rack, do you know what that is?

13  A.   Yeah, that's a photograph of my family's grocery store

14  business that my grandfather started in Roanoke, Virginia.

15  Q.   Government's 30C.  Do you recognize this?

16  A.   Yes.

17  Q.   What is this?

18  A.   That's the shower in that same bathroom.

19  Q.   Government's 30D.  Do you recognize this area?

20  A.   Yes.  That is in -- taken from inside Charlie's bedroom,

21  and I can see across the hallway that same bathroom.

22  Q.   Looking kind of beyond that one leg, you're able to see

23  that tiling?

24  A.   Yes --

25  Q.   Is that that exact same bathroom?

```
 1   A.    -- yes.
 2   Q.    -- kind of with a framed picture and everything?
 3   A.    Yes.
 4   Q.    And that gray hardwood floor, that's Charlie's room?
 5   A.    Yes.
 6   Q.    30E.  What is this?
 7   A.    The same bathroom.
 8   Q.    Do you recall when law enforcement came and actually took
 9   photos of your bathroom?
10   A.    Yes.
11   Q.    What about 30F.  Same?
12   A.    Yes, same bathroom.
13         MS. MCGUINN:  Your Honor, Court's indulgence one
14   moment, please.
15         THE COURT:  Yes.
16         MS. MCGUINN:  Your Honor, I have no other questions
17   for Ms. Halpert.
18         THE COURT:  Cross-examination.
19         MR. NIETO:  Thank you, Your Honor.
20                     CROSS-EXAMINATION
21   BY MR. NIETO:
22   Q.    Good morning, Ms. Halpert.
23   A.    Good morning.
24   Q.    All right.  So, ma'am, you entrusted Mr. Bendann to not
25   only take care of your house while you're away but also tend to
```

1   your children?

2   A.    Yes.

3   Q.    And you hadn't had any problems with him throughout the

4   time that you had him under your employ, did you?

5   A.    No.

6   Q.    All right.  Now, you provided text messages to the

7   Government in relationship to the weekend of August 26, 2018.

8   Do you remember that, ma'am?

9   A.    Yes.

10  Q.    I think we had actually looked at those just a few moments

11  ago?

12  A.    Yes.

13  Q.    And of course that wasn't the only time that Mr. Bendann

14  housesat at your house, was it?

15  A.    Correct.

16  Q.    In fact, I think you had said that your son, Jack, was at

17  the University of North Carolina?

18  A.    Yes.

19  Q.    And he graduated in 2019, correct?

20  A.    Yes.

21  Q.    So that spring session of 2019, that was his senior year

22  of lacrosse?

23  A.    Correct.

24  Q.    And so you made obviously every effort you could, I'm

25  sure, to attend those matches --

```
 1  A.    Yes.

 2  Q.    -- when you could?

 3  A.    Yes.

 4  Q.    So the spring of 2019, is it safe to say that you and your

 5  family took trips to North Carolina pretty regularly?

 6  A.    Yes.

 7  Q.    But on the weekend of August 28 of 2018, your son,

 8  Wallace, was staying home that weekend, correct?

 9  A.    Yes.

10  Q.    And people were coming over that weekend, if you remember?

11  A.    I don't remember specifically.

12  Q.    All right.  But it wouldn't be unusual?

13  A.    No, no, no.

14  Q.    And of course the house not being empty, that wasn't

15  surprising?

16  A.    No.

17  Q.    And, additionally, as well as you can recall, ma'am, in

18  February of 2019, specifically February 9th of 2019,

19  Mr. Bendann housesat for your family on that weekend as well,

20  right?

21  A.    2018 or 2019?

22  Q.    2019, ma'am?

23  A.    I would have to look to be sure, but . . .

24  Q.    But that doesn't sound out of place?

25  A.    No, no.
```

 1              MR. NIETO:  Thank you so much.  Nothing further, Your

 2     Honor.

 3              THE COURT:  Redirect?

 4              MS. MCGUINN:  None, Your Honor.  Thank you.

 5              THE COURT:  May the witness be excused, Ms. McGuinn?

 6              MS. MCGUINN:  Yes, Your Honor.  Thank you.

 7              THE COURT:  Mr. Nieto?

 8              MR. NIETO:  Yes, Your Honor.

 9              THE COURT:  Ma'am, you are excused and you may depart.

10        Next witness.

11              MS. HAGAN:  Next witness, Your Honor, is Christopher

12     Feiss.

13              THE COURT:  Christopher Feiss.  Please come forward,

14     sir, all the way up here to the witness box just to my left.

15     Once you arrive there, stop, turn to your left, face our clerk,

16     raise your right hand.

17              THE CLERK:  Sir, please raise your right hand.

18        (Witness sworn.)

19              THE CLERK:  Thank you, sir.  You may take a seat in

20     the witness box.  And for the record, sir, speaking directly

21     into that microphone, can you please state and spell your first

22     and last name.

23              THE WITNESS:  Christopher Feiss,

24     C-H-R-I-S-T-O-P-H-E-R.  Feiss, F-E-I-S-S.

25              THE COURT:  Your witness, ma'am.

| | |
|---|---|
| 1 | **DIRECT EXAMINATION** |
| 2 | **BY MS. HAGAN:** |
| 3 | **Q.**   Good morning, Mr. Feiss. |
| 4 | **A.**   Good morning. |
| 5 | **Q.**   Mr. Feiss, how old are you, sir? |
| 6 | **A.**   Sixty-two. |
| 7 | **Q.**   Do you currently reside in Maryland? |
| 8 | **A.**   I do. |
| 9 | **Q.**   How long have you lived in Maryland? |
| 10 | **A.**   That's an interesting question.  Fifty-nine of those 62 |
| 11 | years. |
| 12 | **Q.**   I'm going to direct your attention specifically to |
| 13 | December of 2018.  Where were you residing at the time? |
| 14 | **A.**   7318 Brightside Road. |
| 15 | **THE COURT:**  7318. |
| 16 | **THE WITNESS:**  Brightside Road. |
| 17 | **THE COURT:**  Thank you.  Next question. |
| 18 | **BY MS. HAGAN:** |
| 19 | **Q.**   What town is that located? |
| 20 | **A.**   Towson area. |
| 21 | **Q.**   And with whom did you live at that address? |
| 22 | **A.**   My wife. |
| 23 | **Q.**   And what is your wife's name? |
| 24 | **A.**   Hadley.  H-A-D-L-E-Y. |
| 25 | **Q.**   Do you have children? |

```
 1  A.   We do, three.

 2  Q.   Were they living with you at that address at the time?

 3  A.   My son was, yes.

 4  Q.   And what is your son's name?

 5  A.   Carter.  C-A-R-T-E-R.

 6  Q.   Where did your son attend school?

 7  A.   He attended Gilman until eighth grade and Friends School

 8  from eighth grade on.

 9  Q.   What grade would Carter have been in in December of 2018?

10  A.   Senior.

11  Q.   So he would have been a senior at the Friends School?

12  A.   Correct.

13  Q.   Do you know an individual named Christopher Bendann?

14  A.   I do.

15  Q.   And how do you know Mr. Bendann?

16  A.   He housesat for us several times.

17  Q.   And do you recall how you met Mr. Bendann?

18  A.   I don't.  It was through friends and references.

19  Q.   Okay.  At some points you hired Mr. Bendann to house-sit

20  for your residence?

21  A.   We did.

22  Q.   And was it the residence on Brightside Road that you

23  mentioned previously?

24  A.   It was.

25  Q.   And between you or your wife, do you recall who would
```

1  arrange the housesitting with Mr. Bendann for certain dates?

2  A.   Mostly my wife.

3  Q.   And to the best of your recollection, what year would you

4  estimate that your family began using Mr. Bendann to house-sit?

5  A.   It was two periods.  One commenced in approximately 2012.

6  So 2012, '13, '14.

7  Q.   Okay.

8  A.   And then a pause, we had other folks helping us with the

9  house.  And then again sort of 2017 onward.

10  Q.   When you needed Mr. Bendann to house-sit at your

11  residence, was he expected to stay overnight?

12  A.   He stayed overnight for the most part.  There were times

13  when he did not.

14  Q.   And the times when he would not spend the night, was he

15  just checking in on the house?

16  A.   He was.  Frequently watching our dogs, sometimes staying

17  at someone else's house at the same time.  We understand

18  sometimes going back to his house.

19  Q.   And when he was housesitting for you, were there times

20  when he was also babysitting or was it strictly housesitting?

21  A.   There are two times when it overlapped with my son.  One

22  time in middle school and one time briefly in upper school.

23  Q.   And if you know the times when Mr. Bendann stayed at your

24  house, whether to house-sit or babysit, where did he sleep?

25  A.   Don't know that.  I don't think it was in my bedroom in

 1  the master.  I do think it was in my son's bedroom.

 2  Q.    Describe your house on Brightside Road, was it a

 3  single-family home?

 4  A.    Single family, three stories.

 5  Q.    How many bedrooms?

 6  A.    Four.

 7  Q.    Do you recall how many bathrooms?

 8  A.    Four.

 9  Q.    Do you recall the year that your family purchased the home

10  on Brightside?

11  A.    2010.

12  Q.    When it was purchased, did you do any remodeling of that

13  home?

14  A.    We did.

15  Q.    And what year did you do the remodeling?

16  A.    2010 we did one phase of remodeling and then subsequent to

17  that we did another phase.

18  Q.    All in 2010?

19  A.    In 2010 we did one phase.

20  Q.    Okay.

21  A.    And then somewhat later we did a second phase.

22  Q.    What rooms did you remodel?

23  A.    Third floor bathroom, two second-floor bathrooms, third

24  floor bedroom, three second-floor bedrooms.

25  Q.    Were you involved in the selection of designs for the

1  remodeling?

2  **A.**    Involved is a good word.  I was involved.  My wife led the

3  charge with the designer.

4  **Q.**    But did you have an opportunity to see or approve of --

5  **A.**    I was kind of on the committee that got to vote last.

6  **Q.**    Okay.  Mr. Feiss, I'm going to direct your attention to

7  the week of Christmas in December of 2018.  Did your family

8  take a trip out of town that week?

9  **A.**    We did.

10 **Q.**    And where did your family go?

11 **A.**    Wyoming.

12 **Q.**    I'm going to show you Government's Exhibit 18.  I'm going

13 to ask you to take a look at Government's Exhibit 18.

14     Do you recall what date your family left for this trip?

15 **A.**    26th.

16 **Q.**    December 26th?

17 **A.**    Of December, yep.

18 **Q.**    And then I'm going to go to Page 2 of this exhibit.

19     And do you recall the date that your family returned from

20 this trip?

21 **A.**    The 2nd.

22 **Q.**    And was there any family member that stayed behind, or did

23 everyone go on this trip?

24 **A.**    My family was on this trip with me.

25 **Q.**    Did anybody house-sit at your Brightside residence?

1  A.    Bendann.

2  Q.    And do you recall whether it was for the duration of this

3  trip?

4  A.    Yes.

5  Q.    And was he compensated?

6  A.    Yes.

7  Q.    Do you recall how he was compensated?

8  A.    Venmo.

9  Q.    I'm going to show you Government's Exhibit 20, and I'm

10 going to direct your attention to entry January 2nd, 2019.

11      Does that appear to be the amounts that was Venmo'd to

12 Mr. Bendann for housesitting this weekend?

13 A.    It does.

14 Q.    Would it have been your Venmo account that was used to pay

15 Mr. Bendann?

16 A.    Hadley's.

17 Q.    Do you know whether or not her account was in the last

18 name of Feiss or her maiden name?

19 A.    I don't.  Good question.  She uses both.

20 Q.    What is her maiden name?

21 A.    Hubbard.  H-U-B-B-A-R-D.

22 Q.    Mr. Feiss, I'm going to now show you Government's

23 Exhibit 19A.

24      Do you recall what is depicted in this photo?

25 A.    That's the shower in our bedroom.

1  Q.    Would that be considered the master bathroom shower?

2  A.    Yes.

3  Q.    How is it that you recognize it?

4  A.    I've been in that shower off and on over 15 years.

5  Q.    And was that shower or that bathroom part of the

6  remodeling?

7  A.    It was.  It's a pretty specific tile type that's in the

8  top right corner there.

9  Q.    Directing your attention to June of 2023, Mr. Feiss, did

10  you permit FBI agents to take certain pictures of the inside of

11  the residence at Brightside Road?

12  A.    We did.

13  Q.    And I'm going to show you Government's Exhibit 19C.

14       What is depicted in Government's Exhibit 19C?

15  A.    Same.

16  Q.    Is that the same --

17  A.    That's the same shower and the same bathroom.

18  Q.    That was depicted in the previous Exhibit 19A?

19  A.    Correct.

20  Q.    Okay.  I'm now going to show you Government's Exhibit 19B.

21       Do you recognize what is depicted in 19B?

22  A.    I do.

23  Q.    What is that?

24  A.    That's the same shower.  That's the tile work I referred

25  to.

1  **Q.**    Okay.  Now showing you Exhibit 19(d).

2  **A.**    Same.

3  **Q.**    Same shower and bathroom?

4  **A.**    Same shower, same bathroom.

5  **Q.**    And how is it that you recognize 19D?

6  **A.**    Those tiles are called subway tiles.  Again, I've been in

7  that shower off and on for almost 15 years.

8          **MS. HAGAN:**  Court's indulgence.

9      Nothing further for Mr. Feiss, Your Honor.

10          **THE COURT:**  Cross-examination, Mr. Proctor.

11          **PROSPECTIVE JUROR:**  Thank you, sir.

12                        **CROSS-EXAMINATION**

13  BY MR. PROCTOR:

14  **Q.**    Good morning, sir.

15  **A.**    Good morning.

16  **Q.**    I just have a few questions for you.

17      You know                        , right?

18  **A.**    I do.

19  **Q.**    Friends with them?

20  **A.**    Yes.

21  **Q.**    Social acquaintances?

22  **A.**    Yes.

23  **Q.**    Probably known them a long time, fair to say?

24  **A.**    Fair to say.

25  **Q.**    And you know their children?

```
 1  A.    Yeah.

 2  Q.    And one of the children, I'll call him    , you've met

 3  him?

 4  A.    I've met their son.

 5  Q.    Okay.  Do you know his date of birth?

 6  A.    I do not.

 7  Q.    If I said March 2001, would you have any reason to quarrel

 8  with that?

 9  A.    I do not.

10          MR. PROCTOR:  Your Honor, I've just got to set up the

11  ELMO.  Give me a second.

12          THE COURT:  Yep.

13  BY MR. PROCTOR:

14  Q.    I'm showing you what's already in evidence as the Venmo

15  receipts.  Do you recognize that?

16  A.    I do.

17  Q.    And that's -- is that your handwriting or your wife's?

18  A.    That's my writing.

19  Q.    And it lists the date in which you paid Mr. Bendann; is

20  that correct?

21  A.    Yes.

22  Q.    And the amount?

23  A.    Also correct.

24  Q.    Okay.  So I'm now putting up what's Defendant's Exhibit 4.

25  Let me just check that the Government has had a chance to look
```

1    at it.

2        Do you see that on your screen, sir?

3    A.    I do.

4    Q.    And does that appear to be the same -- I'm happy to

5    switcharoosy, I promise I'm not --

6    A.    You'd have to put them side-by-side.

7    Q.    Yeah.  I can do that.  It's a good point.

8        So, for example, let's pick one.  The 10th, 1/9/20, $330.

9    Then if I go over here 1/9/20, $330.  Do you see that?

10   A.    Yep.

11   Q.    So going back to my little spreadsheet I wrote.  Prior to

12   March 2019, would you agree with me that you paid via Venmo

13   Mr. Bendann $1,400?  The sum of these four numbers is $1,400.

14   A.    I see that.

15   Q.    Do you have any reason to fault my math?

16   A.    I don't.  I don't know if you -- I literally don't know if

17   you included all of the ones that we included.

18   Q.    Okay.  So -- and by the way, did you pay Mr. Bendann by

19   the day?  How did that work?

20   A.    Yeah, it was a per day price.

21   Q.    Okay.  And did the price, did it fluctuate, or was it kind

22   of always more or less the same?

23   A.    The same so far as I know.

24   Q.    Okay.  So, again, I'm not asking you to pull out a

25   calculator and calculate it but assuming this is correct, prior

1  to     's 18th birthday you paid Mr. Bendann $1,400.  Would you

2  agree with that?

3  **A.**   No, because we also paid by check in previous years.

4  **Q.**   Do you have copies of any of those checks?

5  **A.**   Yeah, we can get them.

6  **Q.**   Well, let me ask a different question.  Once you started

7  paying him by Venmo, was that the way going forward?

8  **A.**   So far as I know.

9  **Q.**   So you might have paid in 2017 or 2016 by a check?

10  **A.**   Correct.

11  **Q.**   But September 2018 on, it was always Venmo, right?

12  **A.**   So far as I know, yes.

13  **Q.**   And after     's 18th birthday, you paid him $8,287,

14  right?

15  **A.**   Okay.

16  **Q.**   Some of these dates, for example, let's pick July 3rd,

17  2022 and July 9, 2021.  Typically, whether you're in school or

18  university, you're out for the summer, right?

19  **A.**   I don't -- I have no idea what you're talking about?

20        **THE COURT:**  Rephrase your question.

21        **MR. PROCTOR:**  I get that a lot.

22  **BY MR. PROCTOR:**

23  **Q.**   Your children in early July of any given summer, when they

24  were in school or college, they were home, right?

25  **A.**   Often not.  Sometimes working.  Sometimes away.  Sometimes

```
 1   travel.
 2   Q.   Okay.  But they weren't in class?
 3   A.   They were not in class.
 4   Q.   Could I have a second, please, judge?
 5           THE COURT:  Yeah.
 6           MR. PROCTOR:  That's all I have.  Thank you.
 7           THE COURT:  Redirect?
 8           MS. HAGAN:  No redirect, Your Honor.
 9           THE COURT:  May the witness be excused, Ms. Hagan?
10           MS. HAGAN:  Yes, Your Honor.
11           THE COURT:  Mr. Proctor, may the witness be excused?
12           MR. PROCTOR:  Oh, yes, sir.
13           THE COURT:  Sir, you may depart.  Thank you.
14       Next witness.
15           MS. HAGAN:  Next witness, Your Honor, is Jack Stuzin.
16           THE COURT:  Jack Stuzin.
17       Please come forward, sir, up here to the front of the
18   courtroom.  Right up here to this witness box.  Stop right
19   there.  Turn to your left.  Face our clerk over here.  Raise
20   your right hand.
21       (Witness sworn.)
22           THE CLERK:  Thank you, sir.  You may take a seat in
23   the witness box.  For the record, sir, speaking directly into
24   that microphone, can you please state and spell your first and
25   last name.
```

```
 1              THE WITNESS:  Jack Stuzin.  J-A-C-K.  S-T-U-Z-I-N.

 2              THE CLERK:  Thank you.

 3              THE COURT:  Your witness, ma'am.

 4              MS. HAGAN:  Thank you.

 5                         DIRECT EXAMINATION

 6    BY MS. HAGAN:

 7    Q.   Good morning, Mr. Stuzin.

 8    A.   Good morning.

 9    Q.   Mr. Stuzin, how old are you?

10    A.   22 years old.

11    Q.   Are you currently in school?

12    A.   Yes.

13    Q.   Where do you attend school?

14    A.   I attend Yale University.

15    Q.   What year are you at Yale University?

16    A.   I'm a senior.

17    Q.   Where are you from originally, Mr. Stuzin?

18    A.   Baltimore, Maryland.

19    Q.   Prior to attending Yale, where did you attend school?

20    A.   Gilman School.

21    Q.   What year did you graduate from the Gilman School?

22    A.   2020.

23    Q.   What grade did you begin at the Gilman School?

24    A.   First grade.

25    Q.   While you were attended school at Gilman, did you
```

```
 1  participate in any sports?

 2  A.   Yes.

 3  Q.   What sports?

 4  A.   Soccer and lacrosse.

 5  Q.   Do you know                  , also known as            ?

 6  A.   I do.

 7  Q.   How do you know him?

 8  A.   He was a close friend of mine.  He is a close friend of

 9  mine.

10  Q.   How long have you been close friends with            ?

11  A.   I'd say since like fifth or sixth grade.

12  Q.   Did you both graduate from Gilman in 2020?

13  A.   We did.

14  Q.   Did you play sports together?

15  A.   We did.

16  Q.   Do you know Christopher Bendann?

17  A.   I do.

18  Q.   How do you know Mr. Bendann?

19  A.   He was a Gilman teacher, and he frequently babysat me.

20  Q.   Do you see Mr. Bendann in the courtroom today?

21  A.   I do.

22  Q.   Could you point to him and identify an article of clothing

23  that he's wearing?

24  A.   Khaki suit.

25       MS. HAGAN:  Your Honor, for the record he's identified
```

1  Mr. Bendann.

2          **THE COURT:**  Without objection?

3          **MR. NIETO:**  No objection.

4          **THE COURT:**  The record will reflect the witness has

5  identified the Defendant.  You may proceed.

6  **BY MS. HAGAN:**

7  **Q.**  Did you ever have Mr. Bendann as a teacher?

8  **A.**  I don't think so.

9  **Q.**  Did you have him as an advisor?

10 **A.**  No.

11 **Q.**  How is it that you came to know Mr. Bendann then while a

12 student at Gilman?

13 **A.**  He was a pretty, like, prominent member I would say in the

14 Gilman community.  And as I said earlier, he babysat me on many

15 occasions.

16 **Q.**  If you recall, what years did he babysit for your family?

17 **A.**  I'd say probably between around like 2014 to 2018, 2019.

18 **Q.**  And what grades would that have covered while you were a

19 student?

20 **A.**  I believe it's around sixth grade to around tenth or

21 eleventh grade.

22 **Q.**  Did Mr. Bendann have rapport with your family?  Is that

23 how he started as a babysitter?

24 **A.**  Yes.

25 **Q.**  And how often would you say that he babysat for your

1  family?

2  A.    It was a handful of times.  Definitely more than 10, but

3  it wasn't necessarily on, like, a consistent schedule.

4  Q.    And where was your family residing at the time when he

5  babysit?

6  A.    Like the address?

7  Q.    You can just give me the town.

8  A.    Roland Park.

9  Q.    Okay.  Did you have social media contact with Mr. Bendann?

10  A.    I did.

11  Q.    And what type of social media contact?

12  A.    Instagram and Snapchat primarily.

13  Q.    And what grade did that start with Mr. Bendann?

14  A.    Ninth grade.

15  Q.    How often did Mr. Bendann message you over Snapchat?

16  A.    Pretty regularly.

17  Q.    Did you participate in streaks with Mr. Bendann on

18  Snapchat?

19  A.    Yes.

20  Q.    Can you briefly explain what that means?

21  A.    Yeah.  I mean, I think just within the software of

22  Snapchat if you consistently message somebody every day then

23  you would have a streak with them.  So if you talked to them

24  for 10 straight days, it would say a streak of 10 days.

25  Q.    And you and Mr. Bendann had streaks on Snapchat?

1  A.   Yes.

2  Q.   What other type of contact outside of the Gilman School

3  did you have with Mr. Bendann, other than social media contact?

4  A.   Well, he babysat me.  We would get lunch, breakfast,

5  dinner together.

6  Q.   And when you went out for breakfast, lunch or dinner,

7  would it just be you and Mr. Bendann?

8  A.   It varied.  Sometimes just me, sometimes other friends

9  were there.

10  Q.   How about            , was he there at these meals as

11  well?

12  A.   He was.

13  Q.   Were you ever at house parties where Mr. Bendann was

14  present?

15  A.   Yes.

16  Q.   Where did these house parties occur?

17  A.   I can remember a few at my house.  I can remember many

18  more at the Halperts' house.

19  Q.   Was there a student by the last name of Halpert that you

20  were friends with?

21  A.   Yes.

22  Q.   Who was that?

23  A.   Wallace Halpert.

24  Q.   And Mr. Bendann was present at these house parties?

25  A.   He was.

1  Q.    Any other adults present at the house parties?

2  A.    No.

3  Q.    How is it that Mr. Bendann was at these house parties with

4  you and your friends?

5  A.    He was babysitting the Halperts or whoever the house we

6  were at the time.

7         MS. HAGAN:  Your Honor, at this time the Government

8  requests to publish Government's Exhibit 162.  Court's

9  indulgence.

10        THE COURT:  Private channel.

11     (Whereupon, the following conference was held at the

12  bench:)

13        THE COURT:  Okay.  Is this the exhibit we need to

14  obscure from the public?

15        MS. MCGUINN:  Yes, Your Honor, it is.  I believe all

16  of the precautions have been taken.

17        THE COURT:  Okay.  Are we ready?  You may proceed.

18     (Whereupon, the bench conference was concluded.)

19        THE COURT:  What's the exhibit number?

20        MS. HAGAN:  162.

21        THE COURT:  Thank you.

22     (Video playing.)

23  BY MS. HAGAN:

24  Q.    Mr. Stuzin, did you recognize Government's Exhibit 162?

25  A.    Yes.

1  Q.    First let me ask you, do you recognize where that took

2  place?

3  A.    Yes.

4  Q.    Where?

5  A.    My house at 206 Ridgewood Road in Baltimore, Roland Park.

6  Q.    Are you in that video?

7  A.    I am.

8  Q.    And which person are you in that video?

9  A.    I'm the one by the door wearing a football jersey.

10  Q.    What year or grade do you recall this video being taken?

11  A.    I don't remember.

12  Q.    Did you recognize the person running in the video?

13  A.    I did.

14  Q.    Who was that?

15  A.    That was                    .

16  Q.    Who recorded that video?

17  A.    Presumably Chris Bendann.

18  Q.    Do you know who recorded the video?

19  A.    No, but I can hear the voice behind the phone.

20  Q.    Is it a voice that you recognize?

21  A.    Yes.

22  Q.    Who do you recognize the voice as?

23  A.    Chris Bendann.

24  Q.    Do you recall whether or not Mr. Bendann had a nickname

25  for                    ?

```
 1   A.   He did.

 2   Q.   What was it?

 3   A.   Pup.

 4   Q.   And did you hear Mr. Bendann use that nickname in

 5   Government's Exhibit 162?

 6   A.   Yes.

 7   Q.   Did you ever participate in a naked run while a student at

 8   Gilman, Mr. Stuzin?

 9   A.   On one occasion.

10   Q.   On that occasion, what grade were you in?

11   A.   Eighth or ninth grade.

12   Q.   And where did this naked run occur?

13   A.   At Meadowood Regional Park.

14   Q.   And what town is that located?

15   A.   Timonium.

16   Q.   Do you recall what time of day it was?

17   A.   It was a night, probably after 9:00.

18   Q.   And who else ran with you?

19   A.   I think that it was Tyler Witherspoon.  Potentially Will

20   Godine.  That's all that I remember.

21   Q.   Was                 present?

22   A.   I think so.

23   Q.   How did you get to the Meadowood Regional Park?

24   A.   Chris Bendann drove us.

25   Q.   Do you know why you were driven to Meadowood Regional Park
```

1  to do a naked run?

2  A.   It had kind of been a thing that people did before.

3  Typically you would do it in exchange for something.  In this

4  scenario I think that it was we all wanted to go to McDonald's,

5  so if we had ran he would have taken us to McDonald's.

6  Q.   When you say "he," who are you referring to?

7  A.   Chris Bendann.

8  Q.   I'm going to show you Government's Exhibit 175.

9       Do you recognize Government's Exhibit 175?

10  A.   I do.

11  Q.   And what is it?

12  A.   That's Meadowood Regional Park.

13  Q.   Can you, using your finger to touch the screen,

14  Mr. Stuzin, can you mark where Mr. Bendann parked his car when

15  you participated in the naked run?

16  A.   Somewhere in this parking lot.

17  Q.   What happened after the car was parked?

18  A.   We would walk up here, over this path.  And then I

19  remember we went to the left.  I was familiar with the park

20  because I grew up playing soccer there when I was a little kid.

21  And I think we ran around here and then back.

22  Q.   At what point did you take your clothes off?

23  A.   I think when we got over the bridge and kind of like in

24  the park.

25  Q.   Where was Mr. Bendann when you ran?

 1  A.    I think he waited somewhere around here (indicating).

 2  Q.    And approximately how long were you out running?

 3  A.    I'd say anywhere from five to seven minutes.

 4  Q.    Do you recall afterwards whether or not you were then

 5  driven to McDonald's by Mr. Bendann?

 6  A.    I believe we were.

 7  Q.    Were there times when Mr. Bendann asked you about

 8         's whereabouts?

 9  A.    Yes.

10  Q.    Can you explain that?

11  A.    It would seem kind of just a reasonable text of "Have you

12  heard from      ?  Do you know where      is?  He hasn't

13  responded to my text.  He's not responding to my phone calls."

14  Q.    What time period are we talking?  Is this high school?

15  Post high school?

16  A.    Primarily during high school.  There could have been an

17  occasion during maybe my freshman year of college when it

18  was -- we were home for winter break or Thanksgiving break and

19  he hadn't heard from      .

20          MS. HAGAN:  Court's indulgence.  Nothing further for

21  Mr. Stuzin, Your Honor.

22          THE COURT:  Cross-examination?

23                    CROSS-EXAMINATION

24  BY MR. NIETO:

25  Q.    Mr. Stuzin, were you a student of Mr. Bendann's in middle

1  school?

2  A.  In middle school?

3  Q.  Yes, sir.

4  A.  I don't believe so.

5  Q.  But he did have a rule about being Snapchat friends only

6  once you got into high school, right?

7  A.  Correct.

8  Q.  So you were aware when the school, that being the Gilman

9  School, had suspended and then fired Mr. Bendann?

10  A.  I was.

11  Q.  And as I'm sure anyone can imagine, right, this was a

12  topic of conversation between you and your friends?

13  A.  It was.

14  Q.  Specifically, all of those from Gilman, the Gilman alumni,

15  right?

16  A.  Yes.

17  Q.  And so throughout these discussions, right, there were

18  text messages, phone calls, conversations back and forth,

19  right?

20  A.  Yes.

21  Q.  And, again, everybody just wanted to be helpful, right?

22  A.  Yes.

23  Q.  Do anything that they could to be helpful specifically to

24  your friend who you believed to be the victim, correct?

25  A.  Yes.

1  Q.   All right.  Now, James Schroeder, he's a friend of yours?

2  A.   He is.

3  Q.   So he had sort of initiated a group chat, a group text

4  thread amongst a variety of Gilman graduates.  Do you know the

5  text about which I'm speaking?

6  A.   I do.

7  Q.   This was just to sort of like generate some additional

8  energy to tell people, you've got to come forward, right?

9  There's more accusations out there, you have to bring it

10  forward, right?

11  A.   Yep.

12  Q.   And, in fact, he had said -- you were on this text -- but

13  he had said, we've got to, quote, "We've got to bury this sick

14  fuck."  Do you remember that text?

15  A.   Yup.

16  Q.   Right.  Obviously -- are you still at Yale?

17  A.   I am.

18  Q.   Okay.  So you're living in Connecticut?

19  A.   Yes.

20  Q.   So not being here in Maryland, I'm sure you're staying in

21  contact with those who are in Maryland, right?

22  A.   On the occasion.

23  Q.   About this case, is that fair?

24  A.   Sure.

25  Q.   Right.  I mean, again, it's a point of interest, right?

1  It's a teacher that you had, that you had known previously,

2  right?  It's one of your friends who's involved?

3  **A.**   Yeah.

4  **Q.**   So everyone has been keeping everybody up-to-date.  Well,

5  I heard this, or I heard that, stories like that.  Is that fair

6  to say?  Yes, sir?

7  **A.**   Yes.

8  **Q.**   And comparing notes about, oh, I heard this story, or

9  actually I heard this?  Texts and communications like that,

10  right?

11  **A.**   Yep.

12  **Q.**   Now, but in addition to these group chats, right, you

13  obviously have, for example, you've been communicating with

14  Mr. Schloeder via text message throughout this ordeal; is that

15  fair?

16  **A.**   On the occasion.

17  **Q.**   On the occasion, right.  And so specifically with regards

18  to this case, you guys have been texting about that, right?

19  **A.**   Yes.

20  **Q.**   And you had been talking about whether or not anyone was

21  going to sue the school, do you remember that?

22  **A.**   I do.

23  **Q.**   And, again, to be sure -- you were like, you had no

24  interest in suing the school, did you?

25  **A.**   Nope.

1  Q.    But Mr. Schloeder did, do you remember receiving that
2  text?
3  A.    I do.
4  Q.    I think so he said, "I mean, 20 or 30K in hush money would
5  sit pretty."  Do you remember him texting you that?
6  A.    I do.
7  Q.    And you had actually said, "You could sue the school and
8  get a fuck ton."  Do you remember saying that to him?
9  A.    Sure.
10  Q.    But you had followed up by saying that you didn't want to
11  do that to Gilman, did you?
12  A.    Correct.
13  Q.    Gilman is an important place for you, is it not?
14  A.    Yeah.
15  Q.    And Mr. Schloeder feels similarly, right?
16  A.    He does.
17  Q.    And, additionally, in sort of the context of the
18  discussions regarding Mr. Bendann, do you remember
19  Mr. Schloeder texting you about making up stories?
20  A.    I do not.
21  Q.    Do you remember him in -- again, going back aways.  In
22  February of 2023, were you texting with him at that time?
23  A.    Probably.
24  Q.    Right.  Do you remember him texting saying "We need other
25  people," right?

1  A.    Yes.

2  Q.    And you had responded "Yeah."  Do you remember that --

3  A.    Yep.

4  Q.    -- portion of the text?

5       And then Mr. Schloeder said to you that "You may just need

6  to say that you got got."  Do you remember him saying that to

7  you?

8  A.    Vaguely.

9  Q.    Of course that's a strange terminology, but what was your

10 sense as to what he meant by that?

11 A.    That I was implicated in the case in certain ways.

12 Q.    Right.  In fact, he followed up but saying, "Just tell the

13 courts he tied you up like a starfish."  Do you remember

14 Mr. Schloeder texting that to you?

15 A.    I do not actually.

16 Q.    You don't.  All right.  Would looking at something help

17 refresh your recollection, sir?

18 A.    Sure.

19       MR. NIETO:  Court's indulgence.  Your Honor, just for

20 identification purposes this would be marked as Defense Exhibit

21 5.

22       THE COURT:  Defense Exhibit 5 for identification only.

23 You may approach.

24       Take a look at whatever has been handed to you there, sir,

25 and then when you're finished, look up, and Mr. Nieto will

1  recover that item from you.

2      Are you finished?

3          THE WITNESS:  Yes.

4          THE COURT:  You may recover it, Mr. Nieto?

5          MR. NIETO:  Sorry.  All right.

6  BY MR. NIETO:

7  Q.   So do you remember Mr. Schloeder texted you to make up a

8  story to tell the courts about your interactions with

9  Mr. Bendann?

10 A.   I do.

11 Q.   And you followed up by saying, "They're reading this right

12 now, brother"?

13 A.   Yes.

14 Q.   Now, prior to testifying here in court you had met with

15 law enforcement and the prosecutors in relation to this

16 investigation.  Do you remember that?

17 A.   I did.

18 Q.   And you remember telling them that you had participated in

19 multiple naked runs and not just the one or two that you

20 described today?  Do you remember telling them that?

21 A.   I don't but . . .

22 Q.   You don't.  All right.

23          MR. NIETO:  Nothing further, Your Honor.  Thank you.

24          THE COURT:  Redirect?

25                   REDIRECT EXAMINATION

1  BY MS. HAGAN:

2  Q.    Mr. Stuzin, do you recall the text message that you were

3  just asked about in which Mr. Schloeder said, "We need other

4  people" to which you responded "Yeah"?

5  A.    Yes.

6  Q.    Do you recall what you were actually talking about?

7  A.    Yes.  I believe it was showing support for our friend and

8  when news broke of Mr. Bendann's termination from the Gilman

9  School we knew that there were many people who were involved

10 with things that he did.  So it was telling people and

11 encouraging people to come forward with those stories and not

12 put it to the wayside.

13 Q.    And the texts that you were asked about with respect to,

14 quote, "hush money" or money, were you being serious with

15 Mr. Schloeder?

16 A.    No.

17 Q.    And did you interpret his text messages as being serious?

18 A.    No.

19 Q.    Did you make up your story that you've told the jury here

20 today?

21 A.    I did not.

22 Q.    Is your testimony here today based on your own

23 recollection and experience, or based on what others have told

24 you about their experiences?

25 A.    My experience.

1          MS. HAGAN:  Nothing further, Your Honor.

2          THE COURT:  May the witness be excused, ma'am?

3          MS. HAGAN:  Yes, Your Honor.

4          MR. NIETO:  Yes, Your Honor.

5          THE COURT:  Sir, you may be excused.  You may depart.

6      Next witness.

7          MS. HAGAN:  Next witness, Your Honor, is Tyler

8  Witherspoon.

9          THE COURT:  Tyler Witherspoon.  Please come forward,

10 sir, all the way up here.  Walk up to the flag that you see.

11 Stop there and turn to your left.  Face our clerk over here.

12 Raise your right hand.

13         THE CLERK:  Sir, please raise your right hand.

14     (Witness sworn.)

15         THE CLERK:  For the record, sir, can you please state

16 and spell your first and last name.

17         THE WITNESS:  Tyler Witherspoon.  T-Y-L-E-R,

18 W-I-T-H-E-R-S-P-O-O-N.

19         THE CLERK:  Thank you, sir.

20         THE COURT:  Your witness, ma'am.

21         MS. HAGAN:  Thank you.

22                      DIRECT EXAMINATION

23 BY MS. HAGAN:

24 Q.  Good morning, Mr. Witherspoon.

25 A.  Good morning.

```
 1  Q.   How old are you, sir?

 2  A.   Twenty-four.

 3  Q.   And are you currently employed?

 4  A.   Yes.

 5  Q.   Can you tell us what type of work you do?

 6  A.   I work in finance.

 7  Q.   And where did you attend college, Mr. Witherspoon?

 8  A.   Dartmouth College.

 9  Q.   What year did you graduate?

10  A.   2023.

11  Q.   And where are you originally from?

12  A.   Baltimore.

13  Q.   Before going to college at Dartmouth, where did you attend

14  school?

15  A.   Gilman School.

16  Q.   And what grade did you start at Gilman?

17  A.   I started in pre-first.

18  Q.   And did you continue at Gilman through graduation?

19  A.   Yes.

20  Q.   What year did you graduate from Gilman?

21  A.   2019.

22  Q.   What, if any, sports did you play there?

23  A.   I played volleyball, hockey, and lacrosse.

24  Q.   Did you attend Gilman with                    ?

25  A.   Yes.
```

1  Q.   Were you friends with him?

2  A.   Yes.

3  Q.   Were you in the same grade?

4  A.   Yes, until seventh grade.

5  Q.   And then what happened during seventh grade?

6  A.   So we finished seventh grade.  He left to go to Calvert

7  school.  And then when he came back we were going into ninth

8  grade and he was in eighth grade.

9  Q.   Did you remain friends with him then through the duration

10  of your time at Gilman?

11  A.   Yes.

12  Q.   Do you know an individual named Christopher Bendann?

13  A.   Yes.

14  Q.   How do you know Mr. Bendann?

15  A.   He was my teacher in sixth grade and eighth grade.

16  Q.   And do you recall what classes he taught?

17  A.   He taught geography in sixth grade and ancient history in

18  eighth grade.

19  Q.   In addition to him being your teacher, was he an advisor

20  at any point in time for you?

21  A.   Not for me, no.

22  Q.   Did you come to know Mr. Bendann outside of the Gilman

23  School?

24  A.   Yes.

25  Q.   How did that start?

1  A.    Well, we were pretty close with him in school, and then

2  outside of school he would house-sit for people we knew.  So we

3  would -- started hanging out at those houses.  And then I'd say

4  that started in like eighth grade.  And then we would get

5  dinner with him and then see him a bunch outside of school.

6  Q.    How would you, if you were going to go to dinner with

7  Mr. Bendann, how would you get there?

8  A.    He would drive us.

9  Q.    And when you say "us," who do you recall going out to

10 dinner with you and Mr. Bendann?

11 A.    I mean, there was a bunch of people.  James Schloeder was

12 typically there.

13 Q.    Okay.

14 A.    And       was typically there.

15 Q.    Is that                  ?

16 A.    Yes.

17 Q.    Okay.  And when you would go out to dinner with

18 Mr. Bendann, were there any other adults present?

19 A.    No.

20 Q.    And when you would get together at the places where he was

21 housesitting, were there any other adults present other than

22 Mr. Bendann?

23 A.    No.

24 Q.    How about social media, did you have social media contact

25 with Mr. Bendann?

1  A.   Yes.  He wouldn't let us have contact with him until we

2  graduated middle school though.  So after that I did.

3  Q.   And what type of social media contact did you have with

4  Mr. Bendann?

5  A.   Instagram, Snapchat, his phone number.

6  Q.   How often would Mr. Bendann Snapchat with you?

7  A.   Like every day.

8  Q.   And did you have Snapchat streaks with Mr. Bendann?

9  A.   Yes.

10  Q.   What time of day would Mr. Bendann Snapchat you typically?

11  A.   Normally I don't -- like, any time of the day.  I don't

12  think there was like a specific time.

13  Q.   So there were times when he would Snapchat you during the

14  daytime hours?

15  A.   Yes.

16  Q.   How about at night, did you receive Snapchat messages from

17  him at night?

18  A.   Yes.

19  Q.   Was there a difference in the types of messages that you

20  received from Mr. Bendann during the day than the types you

21  would receive from him at night?

22  A.   Yes.

23  Q.   Can you explain that?

24  A.   Occasionally there would be -- I don't remember the exact

25  language, there would be references to like why I have like a

 1   shirt on or something like that along those lines.

 2   Q.   And would you respond to messages like that?

 3   A.   No.

 4   Q.   Did you ever participate in a naked run?

 5   A.   Yes.

 6   Q.   Approximately how many times?

 7   A.   I think two.

 8   Q.   Do you recall what grade you were in when you participated

 9   in them?

10   A.   No, not specifically.

11   Q.   Okay.  Do you recall whether it was high school or middle

12   school?

13   A.   Oh, it was high school.

14   Q.   And do you recall where you participated in the naked

15   runs?

16   A.   Meadowood and St. Paul's.

17   Q.   And what is Meadowood?

18   A.   It's a park near St. Paul's in, like, Lutherville.

19   Q.   What is St. Paul's?

20   A.   It's another private school.

21   Q.   Is it near Gilman?

22   A.   Not really.  It's in, like, Lutherville.

23   Q.   Okay.  Do you recall who else was present during the naked

24   runs?

25   A.   For the ones I partook in, not completely.  Yeah.  I think

1  James was there.

2  **Q.**    James Schloeder?

3  **A.**    James Schloeder.

4  **Q.**    Okay.

5  **A.**    I think Grant Matthews was there.  But I think other than

6  that I can't completely say for certain.

7  **Q.**    Okay.  How about                , do you recall him being

8  there?

9  **A.**    Not for the ones I partook in, but I'm not sure.

10  **Q.**    Okay.  How did you get there to Meadowood and St. Paul's?

11  **A.**    Mr. Bendann drove us.

12  **Q.**    And whose idea was it to go to each of those locations and

13  run naked?

14  **A.**    It was his.

15  **Q.**    And do you recall, like, specifically how he would bring

16  it up?  Or what he would say?

17  **A.**    Typically, if he had, like, picked us up from somewhere it

18  was kind of like a, I did for you so like this is, like, what

19  you have to do back, I guess.

20  **Q.**    What time of day or night do you recall participating in

21  these naked runs?

22  **A.**    It was at night like -- like at least past 10:00 p.m.

23  definitely.

24  **Q.**    Anyone else around at the two locations when the naked

25  runs were done?

1  A.    No.

2  Q.    Could you see what Mr. Bendann was doing while you were

3  actually running?

4  A.    No.

5  Q.    Was he there while you were running?

6  A.    Yes.

7  Q.    Approximately how long would you be running at those

8  locations?

9  A.    Not that long those times.  It was like maximum, like, 30

10  seconds.

11  Q.    Okay.  Once you got to each of those locations to run, do

12  you recall at what point you and your friends took your clothes

13  off?

14  A.    I think we would just get out of the car and then kind of

15  just like throw your clothes and then run.

16  Q.    And then what happened after the run?

17  A.    He would just drive us to wherever we were supposed to --

18  we were going I guess.

19  Q.    And when you got back to the car, were you permitted to

20  get dressed?

21  A.    Yes.

22  Q.    Do you recall a particular occasion during one of those

23  runs where one of the other friends who was present went to get

24  his clothes on in the car?

25  A.    No.

1  Q.    Okay.  For both of the occasions that you ran, were they

2  both for rides from Mr. Bendann, do you recall?

3  A.    I think so.

4  Q.    And you mentioned that it was typically for a ride home,

5  from where would you and your friends typically need a ride

6  home from?

7  A.    Sometimes, like, a party or something.  Then I think just,

8  like, if we go to dinner or something they would drive us.

9  Q.    And so the ride home from the party, Mr. Bendann would

10 pick you and your friends up from a party?

11 A.    Yes.

12 Q.    And drive each of you home?

13 A.    Yes, or wherever we were staying.

14 Q.    Did you ever hear from Mr. Bendann when he could not get

15 in touch with              ?

16 A.    Yes.

17 Q.    Can you tell us about that?

18 A.    There was multiple occasions where Mr. Bendann would text

19 me and say, like, "Where's      ," or "      isn't answering.

20 Tell him to answer me."  And so I would text      , and he

21 wouldn't answer all the time.  But I basically was, like, kind

22 of the middleman.

23 Q.    Do you recall whether this was in high school or after

24 high school?

25 A.    This was in high school.

 1  Q.   Do you recall whether Mr. Bendann had a nickname for

 2       ?

 3  A.   Yes.

 4  Q.   What was it?

 5  A.   He would call him      or   .

 6            MS. HAGAN:  Court's indulgence.  Your Honor, I have

 7  nothing further for Mr. Witherspoon, thank you.

 8            THE COURT:  Cross-examination?

 9            MR. PROCTOR:  Can I have one second, please, Judge?

10            THE COURT:  Yep.

11       (Counsel conferring.)

12                        CROSS-EXAMINATION

13  BY MR. PROCTOR:

14  Q.   Good morning, sir.

15  A.   Good morning.

16  Q.   So you finished by saying that Mr. Bendann's nickname for

17       was     , right?

18  A.   (No response.)

19  Q.   You need to answer --

20  A.   Yes, sorry.

21  Q.   What nickname did you have for Mr. Bendann?

22  A.   I -- there was a few.

23  Q.   Rice eater spring to mind?

24  A.   Yes.

25  Q.   And that was a comment, it wasn't like every time you went

 1  out to eat he ordered fried rice, right?  That was a comment on

 2  his Asian heritage, wasn't it?

 3  A.   Yes.

 4  Q.   And, in fact, you were at Gilman for a while, 12 years?

 5  A.   Thirteen.

 6  Q.   And you played sports?

 7  A.   Yes.

 8  Q.   What sports did you play?

 9  A.   Volleyball, hockey, and lacrosse.

10  Q.   And within Gilman in general, and Gilman sports in

11  particular, it wasn't a place to be openly gay, was it?

12  A.   No.

13  Q.   It wasn't a place where someone would be comfortable

14  sharing that they were in a same-sex relationship, was it?

15          MS. HAGAN:  Objection.

16          THE COURT:  Private channel.  Ladies and gentlemen, if

17  you want to take a stretch, feel free to stand up and stretch

18  your legs for a second while we have this discussion outside

19  your hearing and then you can resume your seats.

20      (Whereupon, the following conference was held at the

21  bench:)

22          THE COURT:  Ms. Hagan.

23          MS. HAGAN:  Your Honor, it calls for speculation for

24  Mr. Witherspoon to testify about what someone would think or

25  feel.  Secondly, Your Honor, I don't know if the someone that

1  counsel is referring to is Mr. Bendann or          .  If he's

2  referring to            , I think that once again that question

3  is not permissible in light of the court's ruling regarding the

4  Rule 412 issue.

5           THE COURT:  Overruled.

6       I take the question as being directed in context at the

7  sexual preference of the Defendant, not the alleged victim, so

8  accordingly 412 is not applicable.  And, it is a theme that has

9  been sufficiently established by other evidence and by the

10  direction that the defense has indicated that they're going,

11  and not to mention just their entitlement with respect to this

12  given the number of witnesses affiliated with the Gilman School

13  who are adverse to the Defendant, that there was a

14  collaboration among people affiliated with the school to --

15  against the Defendant.  And I think the defense is entitled to

16  explore the possible motivations for the bias that they are

17  contending existed and that they're going to try to persuade

18  the jury of.  And, the fact that it might be rooted in the

19  Defendant's race or sexual preference.

20       (Whereupon, the bench conference was concluded.)

21           MR. PROCTOR:  While I'm here, can I have one minute to

22  talk with Mr. Nieto?

23           THE COURT:  Yes.

24       (Counsel conferring.)

25           THE COURT:  Overruled.  You may inquire.

1   BY MR. PROCTOR:

2   Q.   Do you remember the question before we left off?

3   A.   Something about being comfortable being openly gay, yes.

4   Q.   Right.  And the question was, that sort of thing didn't

5   happen at Gilman, did it?

6   A.   There were openly gay students.

7   Q.   Did they tend to play sports?

8   A.   No.

9   Q.   And you, yourself -- well, are you aware that

10  Mr. Schloeder provided to the Government a series of text

11  messages in which he participated?

12  A.   Yes.

13  Q.   And one of those was with you, wasn't it?

14  A.   There was a group chat, I believe.

15  Q.   Does your phone number end in --

16  A.   7801 --

17         THE COURT:  Private channel.

18         (Whereupon, the following conference was held at the

19  bench:)

20         THE COURT:  Mr. Proctor, the Government didn't object

21  but I'm not happy.  I ruled very specifically on the 412 issue

22  that the context of your earlier question was an inquiry in

23  relation to your client and his sexual preference.  You then

24  very smoothly proceeded on with the questioning and directed

25  the witness to the comfort level of students with respect to

1  their sexual preference, elicited from the witness an answer

2  that there were openly gay students at the school.  And then

3  your next question was, yeah, but they didn't participate in

4  sports, right?  To which the -- with which the witness agreed.

5       The Government didn't object.  I would have sustained it

6  in a heartbeat if they had.  But I also think that it was your

7  straying into the zone that 412 clearly precluded you from

8  entering, and that is the sexual preference of the victim in

9  this case.  The background and testimony here is that he is

10  involved in sports, and I believe that that was your purpose.

11  Don't do it again.  Next question.

12       (Whereupon, the bench conference was concluded.)

13           THE COURT:  Next question, Mr. Proctor.

14           MR. PROCTOR:  Thank you.

15  BY MR. PROCTOR:

16  Q.   The naked running that you testified to, do you remember

17  that a few moments ago?

18  A.   Yes.

19  Q.   Was anyone inebriated during these naked runs?

20  A.   Yes.  Yes.

21  Q.   All of the kids?  Some of them?

22  A.   I don't think all of them were on the two times I referred

23  to.

24  Q.   Okay.  And I been to Meadowood at night, it's dark, right?

25  A.   Yes.

1  Q.   I been to St. Paul's at night, it's dark too; isn't it?

2  A.   Yes.

3  Q.   And it was your testimony, was it not, that you didn't

4  even know where Mr. Bendann was standing, did you?

5  A.   No.

6  Q.   You don't know if he could see or what he could see, do

7  you?

8  A.   No.

9        MR. PROCTOR:  One more second, please, Judge.

10        THE COURT:  Yes.

11  (Counsel conferring.)

12        MR. PROCTOR:  Nothing further, thank you.

13        THE COURT:  Redirect.

14                  REDIRECT EXAMINATION

15  BY MS. HAGAN:

16  Q.   Mr. Witherspoon, the nickname that you were asked about

17  with respect to Mr. Bendann, would he use that as well when you

18  went out to eat?

19  A.   No.

20  Q.   Was that something that was said in his presence?

21  A.   Yes.

22  Q.   As a joke?

23  A.   Yes.

24  Q.   So it was something he knew?

25  A.   Yes.

1  Q.   And with respect to the runs, would Mr. Bendann stay in

2  his car?

3  A.   I don't remember.

4  Q.   Okay.  Both times did Mr. Bendann drive you and your

5  friends there for the runs?

6  A.   Yes.

7  Q.   And you were asked about whether or not you or any of your

8  friends were inebriated, do you recall whether or not any of

9  these runs occurred after being picked up from parties?

10 A.   One of them I'm not sure.  I think the other one, yes.

11        MS. HAGAN:  Nothing further, Your Honor.

12        THE COURT:  May the witness be excused, ma'am?

13        MS. HAGAN:  Yes.  I'm sorry, Your Honor.

14        THE COURT:  Mr. Proctor, may he be excused?

15        MR. PROCTOR:  Yes, Your Honor.

16        THE COURT:  Thank you, sir.  You may depart.  Next

17 witness.

18        MS. MCGUINN:  Government would next call DeAnna

19 Komber.

20        THE COURT:  DeAnna Komber.

21     Please come forward, ma'am.  Walk all the way up to this

22 flagpole, stop there, stop at the flagpole.  Sorry.  There you

23 go.  Turn to your left.  That's right.  Face our clerk right

24 here, and raise your right hand.

25        (Witness sworn.)

```
 1          THE CLERK:  Thank you, ma'am.  You may take a seat in
 2   the witness box.  And for the record, ma'am, speaking directing
 3   into that microphone, can you please state and spell your first
 4   and last name.
 5          THE WITNESS:  DeAnna Komber-Hoyle, D-E-A-N-N-A.
 6   K-O-M-B-E-R-H-O-Y-L-E.
 7          THE COURT:  Spell your last name for me again, ma'am.
 8   Komber-Hoyle.
 9          THE WITNESS:  K-O-M-B-E-R-H-O-Y-L-E.
10          THE COURT:  Thank you, ma'am.  Your witness.
11                        DIRECT EXAMINATION
12   BY MS. MCGUINN:
13   Q.   Good morning, ma'am.  Ma'am, what is your business
14   address, please?
15   A.   825 Dulaney Valley Road, Towson, Maryland 21204.
16   Q.   And what business is located at that address?
17   A.   Apple.
18   Q.   And you work for Apple?
19   A.   I do, yes.
20   Q.   What is your job title?
21   A.   I'm store manager.
22   Q.   And how long have you worked for Apple?
23   A.   Almost 10 years.
24   Q.   Have you always worked at the store in Towson?
25   A.   I have, yes.
```

1  Q.   Can you tell us a little bit about how one becomes a sales

2  manager at Apple?

3  A.   Well, you go through some intense training.  You have to

4  have experience in order to be a manager.  And I oversee, you

5  know, hundreds of people.

6  Q.   Okay.  And specifically as to that training, can you walk

7  us through some of the training that you went through and when

8  that was?

9  A.   Uh-huh.  I actually, when I started with the company in

10 January of 2015 you go through a couple weeks of intense

11 training learning product, learning how the systems work.  And

12 then I was sent away for another few weeks in Miami to actually

13 do managerial training to understand, you know, proper policies

14 and procedures.

15 Q.   Okay.  And what are some of your job responsibilities as a

16 store manager at Apple?

17 A.   I oversee the daily operations of the entire store.

18 Taking care of the customers, taking care of the team as well

19 as directly I oversee the Genius Bar and trouble shooting the

20 devices.

21 Q.   For those of us who may not be familiar with that term,

22 can you explain what is the Genius Bar in terms of Apple?

23 A.   So when a customer has an issue with the device they

24 actually come to the store and we actually, you know, do

25 diagnostics on the devices and actually, you know, try to find

1  out what's going on with it in order for them to leave with a

2  better device.

3  Q.    So you handle queries from customers regarding their Apple

4  devices?

5  A.    Yes.

6  Q.    Are some of those devices such as an iWatch or an Apple

7  watch?

8  A.    The Apple watch, yes.

9  Q.    Yes, ma'am.  And Apple phone?

10  A.    Yes.

11  Q.    And iPad?

12  A.    IPad, Mac.

13  Q.    Mac, okay.  And in these almost 10 years that you've been

14  with Apple, have you become familiar with these devices and how

15  they function?

16  A.    Yes.

17  Q.    Did you undergo or do you undergo specific training for

18  new devices as they come out from Apple?

19  A.    We do, yes.

20  Q.    What about operating system or IOS, the internal operating

21  system of Apple devices?

22  A.    Yes, we do.

23  Q.    How would you describe Apple's policy or standard in terms

24  of their concerns with privacy for their customers?

25  A.    We're very much about privacy, you know, about devices and

 1  protecting our customers.

 2  Q.   When you are working with a customer that comes into your

 3  store, are you able to access their entire iCloud and all of

 4  their files when you're working within their device?

 5  A.   I can only do that if they actually sign in on the device

 6  or sign into iCloud.

 7  Q.   Okay.  Speaking of that, I'm going to ask you a couple of

 8  Apple vocabulary words, okay?

 9  A.   Sure.

10  Q.   What is an Apple ID?

11  A.   That's actually their email address that actually

12  distinguishes them and gives them the rights to be able to sign

13  in in a secure way.

14  Q.   Does it have to be an icloud.com type of email?

15  A.   No.  It does not.  It just has to be an email address.

16  Q.   What is iMessage?

17  A.   IMessage is when a customer wants to speak to another

18  Apple customer, it actually goes through an iMessage.

19  Q.   What is DSID?

20  A.   So that typically is your displayed server ID.  It

21  actually distinguishes the actual user on the device.

22  Q.   Is a DSID unique to each user of Apple products?

23  A.   It is, yes.  It's assigned automatically.

24  Q.   And you mentioned this, what is the iCloud?

25  A.   The iCloud is actually a temporary storage system.

Q.   And I realize it's somewhat obvious in this day and age,
but when you see a storage system, can you explain a little bit
about what you mean?

A.   Yeah, you can actually temporarily, you know, save things
on your devices such as photos, notes, messages, reminders,
calendar.

Q.   Okay.  And what is the difference between saving them in
your iCloud versus saving them on your iPhone?

A.   So iCloud is just a temporary storage for them so that way
you can back up your device.  If for some reason something
should happen to your device, you'd be able to pull that
information back to your device.

Q.   What does it mean to back up your Apple device, as you
mentioned?

A.   So that means that you actually go into your device, you
set it up in settings to actually back it up.  Meaning, it's
going to put whatever information you would specify from your
device into the iCloud.

Q.   So if I came to your store with my old iPhone and wanted
to buy one of the new versions, how does backing up my phone or
how does that work so that my new phone functions like my old
phone?

A.   Typically your phone, once you have it set to backup it'll
automatically back up, or you can force that backup and you can
do that in your settings.  So if you want to carry that

1  information onto a new device, you either would sign into the

2  new device and actually use your Apple ID along with your

3  private password and you would actually bring the contents over

4  in that way, or you can transfer it wirelessly from one device

5  to another.

6  Q.   The key here is the Apple ID accesses your information

7  from the cloud so you can go from one device to the next

8  device?

9  A.   Correct.

10  Q.   What does it mean to sync an Apple device, to like sync

11  your iPhone with your iPad?

12  A.   So syncing is very similar to backing it up.  It's

13  actually -- you know, most the things that sync are going to be

14  like your photos and your contacts.  Meaning it'll show up on

15  one device and then show up on the other device as well.  But

16  it has to be signed in under the same Apple ID and password in

17  order for that information to sync.

18  Q.   Is a sync and a backup the same thing?

19  A.   Technically, no.  Syncing means you're putting information

20  on the one device.  And backing it up means that you're saving

21  it, you know, for temporary purposes.  So technically when you

22  sync an item you need to back it up as well.

23  Q.   Is it possible to back up or sync an iPhone to a non-Apple

24  device such as laptop or a Dell or Hewlett Packard or some

25  other non-Apple brand?

A.    Yes, you can because you can pull up iTunes on a non-Apple brand and actually back up your phone, for example, to a computer that is not an Apple computer.

Q.    Is that called a mobile backup?

A.    It would be partially a mobile backup, yes.

Q.    Are you familiar with the photo library on Apple iPhones?

A.    Yes.

Q.    And as part of your role in customer service, do you often deal with customers who have questions about their photo library and accessing their images and videos?

A.    Absolutely, every day.

Q.    When a person takes a photograph, with their iPhone I should say, where does it go in the phone?

A.    It actually goes into their photo library, into their recent album.

Q.    Let's say, for example, as I stand here I took a photo of Judge Bredar, where would that photo go in my iPhone?

A.    It would go into your recent photos.

Q.    Let's say I realize that was probably not smart on my behalf, and I decided I wanted to delete that photo out of the recent album, where would that photo go?

A.    Then it would go into the deleted album.

Q.    Is there a way to then remove it from that deleted album? For example, I realized that was a real bad idea and I want it off my device completely?

1   **A.**   Yeah, so you can delete the deleted album.

2   **Q.**   So tell me what that looks like, and what do you mean by

3   delete the deleted?

4   **A.**   So there's an album called deleted album.  You would

5   actually go into that album, you can either recover the photo

6   at that point or you can delete the photo again and it would

7   permanently delete it off of the device.

8   **Q.**   Let's say it's sitting in the deleted photos, but I never

9   went back in to get rid of it real quickly, would it stay there

10  forever?

11  **A.**   No, it actually will remove itself within 30 days

12  typically.

13  **Q.**   Okay.  And then it would be gone permanently?

14  **A.**   Then it actually, yes, it would delete off of the phone,

15  but it also will delete it out of the iCloud.

16  **Q.**   Okay.  In that 30-day period while it's sitting in the

17  deleted folder and I don't do anything else, can I access it

18  through my iCloud, through the storage?

19  **A.**   You cannot, no.

20  **Q.**   Can I recover that photo within the iPhone device itself

21  ever after I double deleted it?  Meaning, I deleted it, it's in

22  the deleted folder, and I went in and manually deleted it

23  again?

24  **A.**   No, you would not be able to.

25  **Q.**   If I came to you in customer service and explained that,

1  what I just did, that I took a photo of Judge Bredar, I deleted

2  it, and I deleted it the second time, would you be able to

3  access it?

4  A.   I personally would not be able to, no.

5  Q.   How does Apple clean or erase the media that's set to be

6  deleted within a device or in the iCloud?

7  A.   Everything is done by coding.  So typically if you delete

8  something from your device and it moves into a deleted file,

9  and then you delete it again, it could move into another coded

10 file temporarily.  And it does that in order to move the data

11 around to make room, you know, for what's going on your device

12 or what's leaving.

13 Q.   To make room for, like, your new photos or your new

14 videos --

15 A.   Correct.

16 Q.   -- or whatever else you might want to put on your phone?

17 A.   Correct.

18 Q.   Okay.  Can we pull up Government's 100, please.

19      Ma'am, you've seen this actual screenshot, this has been

20 shown to you before?

21 A.   Uh-huh.  Yes.

22 Q.   And that blue-boxed folder that says "expunged," what is

23 the expunged for?

24 A.   So that is a temporary file.  So any time you delete

25 something it actually will move it into the expunged file.

```
 1    That is actually set up automatically through Apple through

 2    coding processes.  And then the expunged file will auto-delete

 3    itself typically up through 40 days or until you actually back

 4    up your device again and it gets rid of any of that data.

 5    Q.   This expunged folder as it's called, is this something

 6    that is within the iPhone device itself?

 7    A.   No.

 8    Q.   Where is an expunged folder found?

 9    A.   It's actually in iCloud but, like, I could not get to it

10    because it's actually a special coding.

11    Q.   Okay.

12    A.   That the only way to get to that would be through a data

13    recovery process.

14    Q.   A data recovery process?

15    A.   Uh-huh.

16    Q.   Okay.  And I think you said this, but is this something,

17    the expunged folder, is this something that the user sets up

18    within the iCloud?

19    A.   No, it's automatically assigned.

20    Q.   Can a user go into their iCloud and see this expunged

21    folder there?

22    A.   No.

23    Q.   What is the significance of media that's sitting in the

24    expunged folder when it's on the user's iCloud, like as

25    demonstrated in this screenshot here?
```

1  A.    Well, it moves out of the deleted file into there as a

2  temporary hub until it actually deletes permanently.

3  Q.    Would you expect to find anything that's in that expunged

4  folder, old photos or apps or videos files, would you expect to

5  find those on the Apple device that created them once they're

6  in that expunged folder?

7  A.    It would not be on the Apple device, no, because it would

8  have been deleted off of the device.  That's how it gets to the

9  expunged.

10  Q.    I think you said this, but what happens ultimately once

11  the media or photos or apps or whatever in the expunged folders

12  are moved out and deleted, where do they go?

13  A.    So the expunged folder typically lasts no more than 40

14  days.  But typically, when you back up your devices again,

15  backups are layers so they just layer on top of each other.

16  And eventually, based on the storage capacity that you have in

17  your iCloud, you can only hold so much data so that expunged

18  file empties as you're deleting things.

19      And as you continue to backup, you know, that's where it

20  actually purges everything.

21  Q.    So I'm going to use my example.  I take my photo of Judge

22  Bredar, it's on my iPhone and I delete it, and then I go in my

23  deleted folders and I delete it again.

24  A.    Correct.

25  Q.    Where is it now in my iCloud now that I've deleted it off

 1  of my iPhone device entirely?

 2  A.   It actually moves into your expunged file.

 3  Q.   Let's say I don't back up or sync that iPhone at all, how

 4  long will that now, I'll call the double-deleted photo of Judge

 5  Bredar, sit in the expunged folder?

 6  A.   It could stay there typically up to 40 days.

 7  Q.   What if I back up my phone or sync it a day, two days, a

 8  week after I've now double-deleted this photo?

 9  A.   Depending on your storage space it could still stay there

10  and/or move out completely deleting it forever.

11  Q.   After that approximate 40-day time, that window that you

12  said it could be up to 40 days, after that time comes up, where

13  does the photo go?

14  A.   It is gone.  It deletes.

15  Q.   Gone forever?

16  A.   Yes.

17       THE COURT:  Why does it matter that you are updating

18  the telephone or the smartphone given that the files are in the

19  expunged -- that the items are in the expunged file?  I thought

20  they had left the phone.

21       THE WITNESS:  Well, no, because as you update your

22  devices you have storage space, so you can save multiple

23  backups.  So you can have more than one backup that is saved.

24  Typically when you're setting up your phone, it'll give you a

25  choice of backups that you have actually made that you can

 1  actually, you know, previously restore your device to.  And it

 2  may have some of that information that was deleted.  It

 3  actually houses it for a short period of time.

 4          **THE COURT:**  Next question.

 5          **MS. MCGUINN:**  Court's indulgence, Your Honor.

 6      Your Honor, I have no other questions.

 7          **THE COURT:**  Cross?

 8          **MR. PROCTOR:**  Thank you, sir.

 9                          **CROSS-EXAMINATION**

10  BY MR. PROCTOR:

11  Q.   Good morning, ma'am.

12  A.   Good morning.

13  Q.   I just want to make sure I understand something correctly.

14  I take a photo today, okay, then I'm looking through my photo

15  album and I think, that wasn't a good photo, and I hit delete.

16  While I'm in my photo album I'm looking back and I find one

17  from 2015 because I -- I'm on, like, my sixth version of

18  iPhone, and I delete that.  And then another one from, say,

19  2019 where I think I've got bad hair and I think I don't ever

20  want to see that again.

21      As I delete those, they all go into the deleted folder,

22  right?

23  A.   Correct.

24  Q.   And that will typically be there for 30 days or so, right?

25  A.   Correct.

1  Q.   I go into my deleted folders and I think, time to go; or

2  I'm running out of space, I'm getting that message, you're at

3  94 percent storage full.  So I delete it again.  At that point,

4  all three would go to the expunged folder, right?

5  A.   Correct.

6  Q.   And they might sit there for 40 days or so is your

7  testimony?

8  A.   Uh-huh.

9  Q.   So my question is, what's in the expunged folder, the

10 clock starts ticking from when it was expunged not from when

11 the photo was taken, fair to say?

12 A.   Correct.

13       MR. PROCTOR:  That's all I have.

14       THE COURT:  Redirect?

15       MS. MCGUINN:  Nothing, Your Honor.

16       THE COURT:  May the witness be excused?

17       MS. MCGUINN:  She is, Your Honor.

18       THE COURT:  May she be excused?

19       MR. PROCTOR:  Yes, sir.

20       THE COURT:  Ma'am, you are excused, and you may

21 depart.

22       Ladies and gentlemen of the jury, it's time for our

23 morning recess.  During this recess do not discuss the case

24 with anyone.  Do not discuss it even among yourselves.  Do not

25 allow yourselves to be exposed to any news articles or reports

 1  that touch about the case or the issues that it presents, or
 2  any articles or reports that relate to any of the participants
 3  in the case.  Avoid all contact with any of the participants in
 4  the trial.  Do not make any independent investigation of the
 5  law or the facts of the case.  Do not look up anything related
 6  to the case or its participants on the internet.  Do not
 7  consult an encyclopedia or a dictionary.  We will resume at
 8  11:50.  Ten minutes before noon.  Take the jury out.
 9          THE CLERK:  All rise for the jury.
10      (Jury exits at 11:37 a.m.)
11          THE COURT:  Who's next?
12          MS. HAGAN:  Detective Shannon Markel.
13          THE COURT:  11:50.
14          THE CLERK:  All rise.  This Honorable Court now stands
15  in recess.
16      (A recess was taken from 11:38 a.m. to 11:55 a.m.)
17          THE COURT:  Are we ready for the jury, Ms. McGuinn?
18          MS. MCGUINN:  Yes, Your Honor.
19          THE COURT:  Bring them in.
20      And our witness.
21          MS. HAGAN:  Detective Shannon Markel, Your Honor.
22          THE COURT:  How long will she be on direct?
23          MS. HAGAN:  Approximately 40 minutes.
24      (Jury enters at 11:56 a.m.)
25          THE COURT:  Please come forward, ma'am.  All the way

```
 1   up here by the flagpole.  You can stop there.  Be seated,

 2   please.

 3        The Government will call their next witness.

 4            MS. HAGAN:  The Government's next witness is Detective

 5   Shannon Markel.

 6            THE COURT:  Shannon Markel.  Please stand and raise

 7   your right hand.

 8        (Witness sworn.)

 9            THE CLERK:  You may be seated.  And speaking directly

10   into that microphone, can you please state and spell your first

11   and last name.

12            THE WITNESS:  Yes.  It's Corporal Shannon Markel.

13   First name S-H-A-N-N-O-N.  Last name is Markel, M-A-R-K-E-L.

14            THE CLERK:  Thank you.

15            THE COURT:  Your witness.

16                          DIRECT EXAMINATION

17   BY MS. HAGAN:

18   Q.   Good afternoon, Detective Markel?

19   A.   Good afternoon.

20   Q.   Detective Markel, how are you employed?

21   A.   Currently with Baltimore County Police Department.

22   Q.   How long have you been with the Baltimore County Police

23   Department?

24   A.   Seventeen years.

25   Q.   Can you tell us what your current assignment is with the
```

1  Baltimore County Police Department?

2  **A.**   Sure.  Currently I am a corporal in the Patrol Division

3  Precinct 6, Towson.

4  **Q.**   Can you walk us through your current assignment, your

5  responsibilities, and then what your previous assignments have

6  been while a detective at the Baltimore County Police

7  Department?

8  **A.**   Sure.  So currently I am a corporal, so I am a supervisor

9  on the Patrol Division.  Previously -- so I was promoted in

10  January 2024 to the rank of corporal.

11      Previously I was assigned as a detective to the Criminal

12  Investigations Bureau.  I worked at the Crimes Against Children

13  Unit between 2019 to 2024.

14      Prior to that I was assigned to the Violate Crimes Unit,

15  also in the Criminal Investigations Bureau, and that was

16  between 2015 to 2019.

17      And then prior to that I was assigned to patrol-level

18  investigations.  And then basic patrol after my graduation from

19  the academy.

20  **Q.**   Okay.  I'm going to direct your attention, Detective

21  Markel, to January 21st, 2023, did you become aware of a report

22  that was made to the Baltimore County Department of Social

23  Services regarding a teacher at the Gilman School in Baltimore?

24  **A.**   Yes.

25  **Q.**   And in response, to whom did the Baltimore County

1  Department of Social Services report this information?

2  **A.**   To the Baltimore County Police Department.

3  **Q.**   And were you assigned as primary detective on this

4  particular case?

5  **A.**   Yes.

6  **Q.**   As part of the investigation and follow-up, was a forensic

7  interview conducted with a former student?

8  **A.**   Yes.

9  **Q.**   Where was that interview conducted?

10 **A.**   It was at the Baltimore County Child Advocacy Center.

11 **Q.**   When was it conducted?

12 **A.**   It was conducted on January 30th, 2023.

13 **Q.**   And while at the Child Advocacy Center for this forensic

14 interview, did the former student provide his cell phone and

15 iPad to the detectives and consent to an extraction of these

16 devices?

17 **A.**   Yes.

18 **Q.**   And who conducted the extraction of the cell phone and

19 iPad?

20 **A.**   Detective Andrew Carns with the Baltimore County Police.

21       **MS. HAGAN:**   Your Honor, at this time the Government

22 would move into evidence a stipulation, a Government

23 Exhibit Number 96, pertaining to the extraction that was

24 performed of those two devices by Detective Andrew Carns of the

25 Baltimore County Police Department.

1          **THE COURT:**  Do you have a written copy of it?

2          **MS. HAGAN:**  I do, Your Honor.

3          **THE COURT:**  Hand it to the clerk.

4      And, Mr. Proctor, is this your stipulation?

5          **MR. PROCTOR:**  Yes, sir; it is.

6          **THE COURT:**  And, Ms. Hagan, are you requesting that

7  this stipulation be read at this time?

8          **MS. HAGAN:**  No, Your Honor.  Given its length, I can

9  either read it after Detective Markel's testimony or at another

10  opportunity.

11          **THE COURT:**  All right.  That's fine.  This will be

12  received as stipulation number one.  The clerk will so mark it.

13      Ladies and gentlemen, a stipulation is an agreement

14  between the two sides in the case, between the Government and

15  the Defendant, that something is true.  Anything that's the

16  subject of a stipulation you are to take as having been proven

17  it's true, both sides agree that it's true.

18      And it's up to the proponent at the moment to determine

19  when they want the stipulation read or whether they want it

20  read.  Ms. Hagan has indicated her preference that it be read

21  later, so we're not going to read the stipulation to you now.

22      But you heard us referring to a stipulation.  It's the

23  first time that's happened during this trial.  I wanted to

24  explain to you what a stipulation is.

25      Next question.

 1          **MS. HAGAN:**  Thank you.

 2   **BY MS. HAGAN:**

 3   **Q.**   Detective Markel, did you have an opportunity to review

 4   the contents of the extractions that were performed on the cell

 5   phone and the iPad that were turned over after this interview?

 6   **A.**   Yes.

 7   **Q.**   Based on your review of the materials, did you seek a

 8   search warrant for certain locations and a person?

 9   **A.**   Yes, based on the review of the contents as well as the

10   observation of the interview.

11   **Q.**   Can you identify the person and the locations for which

12   you obtained a search warrant?

13   **A.**   Sure.  The search warrant was obtained for the person of

14   Christopher Kenji Bendann as well the address of 115 Stanmore

15   Road, Baltimore, Maryland, 21212, as well as a 2009 Honda CRV

16   bearing Maryland tag 1AK6146 which was registered to

17   Mr. Bendann.

18   **Q.**   And the 115 Stanmore Road address, was that the

19   then-current MVA address for Mr. Bendann?

20   **A.**   Yes.

21   **Q.**   And did the search warrants that you obtained also

22   authorize the search and seizure of additional electronic

23   devices?

24   **A.**   Yes.

25   **Q.**   And were you, in fact, granted search warrants for the

 1  person of Mr. Bendann, his residence, and his vehicle?

 2  A.    Yes.

 3  Q.    When was the search warrant executed?

 4  A.    On February 3rd, 2023.

 5  Q.    And approximately what time February 3rd, 2023 were the

 6  search warrants executed?

 7  A.    5:20 a.m.

 8  Q.    Who, if anyone, was present at the residence when the

 9  search warrant was executed?

10  A.    Members of the Baltimore County Police Department as well

11  as the FBI and one canine officer from Frederick County.

12  Q.    How about non-law-enforcement individuals, any residents

13  of the home?

14  A.    Yes, Mr. Christopher Bendann.

15  Q.    Can you please describe the type of residence?

16  A.    Sure.  It was a three-story, brick townhome.

17  Q.    How many levels?

18  A.    Three stories.

19  Q.    And did it appear that anyone other than Mr. Bendann lived

20  at that residence?

21  A.    No.

22  Q.    I'm going to show you Government Exhibit 36.

23        Can you identify Government Exhibit 36?

24  A.    Yes.  That's the front door of the residence.

25  Q.    Now, you indicated that Baltimore County law enforcement

1   was present and also FBI.  Why did you have the FBI present?

2   A.   So, various reasons.  One being that we had indication

3   that there could be destruction of evidence and the FBI has

4   tools available to them that can extract those evidence onsite.

5   And we also believed that this would be a multi-jurisdictional

6   investigation, so they were also present for that regard.

7   Q.   And during the search warrant's execution, are

8   investigators assigned roles and certain tasks?

9   A.   Yes.

10  Q.   Can you describe them?

11  A.   Sure.  So we will have a searching officer -- so and

12  usually multiple people will be assigned that role for

13  searching and seizing.  We will have a recording officer who

14  writes down all items that are seized.  We will have a

15  photographer who takes entry and exit photographs of the

16  residence and photographs any evidence that's located.  And

17  then we also have a sketch -- someone who is assigned to sketch

18  essentially the layout of the residence.  It's a not-to-scale

19  sketch of the house.

20  Q.   What was your role on this occasion?

21  A.   I was a seizing officer.

22  Q.   Can you walk us through the procedure as to how the search

23  warrant was executed on this particular occasion?

24  A.   Sure.  This search warrant was a knock and announce search

25  warrant.  Upon entry to the home, the residence was -- a

1  protective sweep was done and essentially what that means is

2  that we will go throughout the house and try to locate any

3  other occupants or any other threats that might be in the house.

4  Anybody who's located will be brought to a common area of the

5  house.  Once --

6  **Q.**   That was Mr. Bendann?

7  **A.**   Mr. Bendann in this occasion, yes, was brought to a common

8  area of the home.

9       After the location is secure, we will letter, we will

10 have -- essentially, like, the rooms are going to be lettered

11 in alphabetical order so we have printouts of alphabets.  We

12 will tape them to each room to indicate which room is which,

13 and then photographs are taken upon entry just to depict the

14 state of the home prior to searching.  And then a thorough

15 search is conducted.  Any items that are located are

16 photographed in place, and then they're taken to the recording

17 officer who records those items, and then they're placed in

18 sealed envelopes.

19      After a thorough search is conducted we will take exit

20 photographs again to depict the way that the residence is left

21 upon our exit.

22 **Q.**   Okay.  I'm going to show you Government's Exhibit 37.

23      Can you describe what Government Exhibit 37 depicts?

24 **A.**   Sure.  That's the living room of the residence.

25 **Q.**   And the door that was depicted in Government's Exhibit 36

```
 1  from the outside, is that the same door?
 2  A.   Yes.
 3  Q.   Showing you Government's Exhibit 38.
 4  A.   Yes.
 5  Q.   What's depicted in 38?
 6  A.   That's the living room and then the background in the
 7  dining room and to the left that entryway is to the kitchen.
 8  Q.   And so the front door to the residence would be off of
 9  Government's Exhibit 38 to the left corner; is that a fair --
10  A.   Yeah, to the rear left corner.
11  Q.   Okay.  And showing you Government's Exhibit 39.
12  A.   Yeah, so that was a desk that was located in the corner of
13  the living room to the right corner of the living room.
14  Q.   So I'm just going to go back to Government Exhibit 38.  Is
15  part of that desk visible in Government's Exhibit 38?
16  A.   Yes, ma'am.  Over to the right-hand side just prior to the
17  dining room.
18  Q.   Okay.  Moving on to Government Exhibit 40.
19       What is that?
20  A.   That's a Dell laptop that was located on that desk.
21  Q.   And was that Dell laptop seized?
22  A.   Yes.
23  Q.   What was done with it?
24  A.   It was turned over to the FBI for further analysis.
25  Q.   I'm going to show you a physical item, Government's
```

1  Exhibit 85.

2      You can take a look at the contents and outer markings of

3  Government's Exhibit 85 and tell us if you recognize it?

4  A.   Yes, this is that item.

5  Q.   When you say "that item," is it the item that's depicted

6  in photo Government's Exhibit 40?

7  A.   Yes, ma'am.

8  Q.   And that was seized on that particular date and turned

9  over to the FBI?

10 A.   Yes.

11 Q.   Showing you Government's Exhibit 42 -- I'm sorry, 41, 41.

12     What's depicted in Government's Exhibit 41.

13 A.   This is the dining room of the residence and you can also

14 see that it's labeled as room B.

15 Q.   Is that label, the letter B, is that what you were

16 describing previously how each room in the home is labeled?

17 A.   Yes.

18 Q.   And why is that done?

19 A.   So we label the rooms in that fashion so that there's no

20 confusion as to which room an item is located in.  Most homes

21 have multiple bedrooms so it's just easier to identify the room

22 with the letter.

23 Q.   And the entryway to go back into the living room, the

24 archway, is that depicted at all in Government Exhibit 41, just

25 to orient us to where this room is in relation to the living

 1  room?

 2  A.    Sure, yes, it's to the right side of the picture there.

 3  Q.    So that would take us back to the living room where the

 4  desk was located?

 5  A.    Correct.

 6  Q.    Showing you Government's Exhibit 42.

 7         What is depicted in Government's Exhibit 42.

 8  A.    It's the kitchen of the residence and again it's labeled

 9  room -- letter C.

10  Q.    Where is the kitchen in relation to the dining room that

11  we just looked at?

12  A.    It's right next to it.

13  Q.    Showing you Government's Exhibit 43.

14         What's depicted in Government's Exhibit 43?

15  A.    This is the stairway leading to the upper level of the

16  residence.

17  Q.    Is this a stairway that one would encounter as you first

18  walk into the front door of the residence?

19  A.    Yes.

20  Q.    Is the living room to the right?

21  A.    Yes.

22  Q.    Showing you Government's Exhibit 44.

23         What's depicted in Government's Exhibit 44?

24  A.    So this is the landing at the upper level, the hallway

25  area that is labeled as G.  And then in the background on the

1  right side this doorway is going to be the master bedroom which

2  we labeled as I.  And then to the left is another bedroom that

3  the letter is not indicated in this photo.

4  Q.   Okay.  So G is the actual foyer hallway area; is that

5  right?

6  A.   Correct.

7  Q.   And then I is the room to the right?

8  A.   That's correct.

9  Q.   Is that the one that you described as the master bedroom?

10 A.   That's correct.

11 Q.   Is that Mr. Bendann's room to your knowledge?

12 A.   Yes.

13 Q.   And then the room to the left that has the colorful

14 comforter, that was another bedroom?

15 A.   That's correct.

16 Q.   Showing you Government's Exhibit 45.

17      What does Government's Exhibit 45 depict?

18 A.   The master bedroom, again, lettered I that we identified

19 Mr. Bendann's bedroom.

20 Q.   Showing you Government's Exhibit 46.

21      What is depicted in Government's 46?

22 A.   It's an Apple iPhone on the nightstand next to the bed.

23 Q.   So going back to Government's Exhibit 45 momentarily.

24      Is that phone depicted in Government's Exhibit 45?

25 A.   Yes.

1  Q.   Can you circle it for us on the screen?

2  A.   (Witness complies.)

3  Q.   Okay.  Thank you.

4       Going back to Government's Exhibit 46, and what was done

5  with Government's Exhibit 46?

6  A.   So once it was located it was photographed in place, and

7  then it was seized by me and it was brought to the common area

8  to be recorded on the inventory sheet.  After it was

9  inventoried it was turned over to the FBI.

10 Q.   I'm going to show you Government's Exhibit 82.

11      If you could take a look at the outer envelope of

12 Government's Exhibit 82 and its contents and tell us if you

13 recognize it?

14 A.   Yes, this is that phone.

15 Q.   And that phone meaning the one that is depicted in

16 Government's Exhibit 46?

17 A.   That is correct.

18 Q.   And what was done with that item?

19 A.   It was turned over to the FBI.

20 Q.   Pulling up Government's Exhibit 47.

21      What is depicted in Government's Exhibit 47?

22 A.   So this is a tote that was located underneath the bed in

23 the master bedroom and it is a phone that was inside the tote.

24 Q.   And so we're still in the same bedroom that was labeled

25 I --

1    A.    Correct.

2    Q.    -- of Mr. Bendann's room?

3          And you were describing it as a tote.  Was this

4    photographed as it was found or --

5    A.    Yes.

6    Q.    Okay.  Just like that?

7    A.    Yes.

8    Q.    And showing you Government's Exhibit 48.

9          What does that depict?

10   A.    Two cell phones in that tote.

11   Q.    And Government's Exhibit 49?

12   A.    Yes, that's those phones.  Both -- looks like both

13   iPhones.

14   Q.    And both of them were in the plastic tote or bin that's

15   also depicted there?

16   A.    Correct.

17   Q.    I'm going to show you Government's Exhibit 83 and 84.

18         Can you first start with Government's Exhibit 83 and tell

19   us what that item is?

20   A.    It's a white Apple iPhone.

21   Q.    Is that one of the iPhones that's depicted in Government's

22   Exhibit 49?

23   A.    Yes, the one on the left.

24   Q.    What was done with that item once it was seized?

25   A.    It was turned over to the FBI.

1  Q.    Then how about Government's Exhibit 84?

2  A.    Yes, it is also the other phone that's depicted in the

3  image there.

4  Q.    And what was done with that particular cell phone?

5  A.    It was also turned over to the FBI.

6  Q.    Again, that's Government's Exhibit 84?  Is that

7  Government's Exhibit 84, Detective Markel?

8  A.    I'm sorry, yes.  Yes, it was.  It is.

9  Q.    Moving on to Government's Exhibit 50.

10        Can you please explain what's depicted in Government's

11  Exhibit 50?

12  A.    Yes.  That's the other bedroom to the left of the master

13  bedroom.  It's labeled as room J.

14  Q.    How about Government Exhibit 51?

15  A.    This is an office room that was adjacent to that bedroom

16  that you just saw.  And this is -- the office was labeled as K,

17  room K.

18  Q.    Showing you Government Exhibit 52.

19  A.    Yes.  Again, that is the office, that is going to be the

20  back wall, the other angle from the desk.

21  Q.    Showing you Government Exhibit 53.

22  A.    Yes, that's the lower portion of the bookshelf.

23  Q.    Same room, room K?

24  A.    Same room.

25  Q.    In the office that you've been describing?

1   A.   Yes.

2   Q.   Government Exhibit 54.

3   A.   Yes, to the right side of that same bookshelf you can see

4   several journals.  They were located in that room there, room

5   K.

6   Q.   Showing you Government Exhibit 55.

7   A.   Those are the journals.

8   Q.   Were those seized?

9   A.   Yes.

10  Q.   I'm going to show you Government Exhibits 87 through 93.

11       Showing you first Government's Exhibit 87.  Can you

12  identify that, please?

13  A.   Yes, it's a journal from the year 2015 to 2016.

14  Q.   Is that one of the journals that was seized that you've

15  identified in the prior photograph?

16  A.   Yes.

17  Q.   Showing you Government's Exhibit 88.

18  A.   Yes, again this is a journal from the year 2016 to 2017

19  and again it was seized from that office.

20  Q.   And depicted in the photograph?

21  A.   Yes.

22  Q.   Showing you Government's Exhibit 89.

23  A.   That is the journal from 2017 to 2018.  It was located in

24  room K and it was seized, it's located in that photograph.

25  Q.   Showing you Exhibit 90.

 1  A.    This is a journal from 2018 to 2019, and again it is

 2  located in the photograph and was seized from room K.

 3  Q.    Government Exhibit 91.

 4  A.    A journal from 2019 to 2020.  Again, it is located in this

 5  photograph here, and it was located in room K and seized.

 6  Q.    Government Exhibit 92.

 7  A.    So journal from 2020 to 2021.  It is located in the

 8  photograph.  It was located in the office room K, and it was

 9  seized.

10  Q.    And Government Exhibit 93.

11  A.    So this is a journal from 2021 to 2022 with an attached

12  class schedule.  And it was photographed in this photo here

13  located in the office in room K.

14  Q.    You've described them as journals, are they monthly day

15  planners?

16  A.    Yes.

17  Q.    Showing you Government Exhibit 56.

18        What's depicted in Government's Exhibit 56?

19  A.    Sure.  So this is a storage area that was located in the

20  basement underneath the basement steps.

21  Q.    Showing you Government Exhibit 57.

22  A.    Yes.

23  Q.    What's depicted here?

24  A.    So on the right there's a black Sony, I think it's Vaio

25  laptop, that was located, was photographed in place and seized.

1   Q.   I'm going to show you Government Exhibit 86.

2        Can you take a look at the outer box, its markings and the

3   inside, and tell me what Government's Exhibit 86 is?

4   A.   Yes.  This is the Sony Vaio laptop that was located

5   underneath the steps and seized.

6   Q.   And what was done with that item?

7   A.   It was turned over to the FBI.

8   Q.   Other than the electronic devices that you've identified

9   here, were there additional devices that were seized from the

10  residence?

11  A.   Yes.

12  Q.   Was anything of evidentiary value located on them?

13  A.   No.

14  Q.   Showing you Government's Exhibit 58.

15       Can you please identify Government's Exhibit 58?

16  A.   Sure.  This was a photograph that was located inside the

17  home.

18  Q.   Government's 59.

19  A.   These were also photographs located inside the home.

20  Q.   Government's 60?

21  A.   This was a photograph located inside the home.

22  Q.   And Government's 61?

23  A.   Another photograph located inside the home.

24  Q.   What, if any, vehicles did you locate on the date of the

25  search warrant execution?

1  A.    Mr. Bendann's Honda CRV was parked in the rear of the

2  residence on the parking pad.

3  Q.    Was that the vehicle for which you had a search warrant?

4  A.    Yes.

5  Q.    And was it photographed in the location that it was found?

6  A.    Yes.

7  Q.    Showing you Government's Exhibit 62.  Can you describe

8  what is depicted in Government's Exhibit 62?

9  A.    Yes.  That's Mr. Bendann's silver Honda CRV with that

10 Maryland tag 1AK6146 parked in the rear of the residence on the

11 parked pad.

12 Q.    Government's Exhibit 63.

13 A.    It's a close up of the rear of the vehicle depicting the

14 tag.

15 Q.    Government's Exhibit 64.

16 A.    That's the front of the vehicle, also depicting the

17 registration.

18 Q.    Government's Exhibit 65.

19 A.    That's the interior of the front of the vehicle.

20 Q.    Government's Exhibit 66.

21 A.    That's the trunk of the vehicle.

22 Q.    Government's Exhibit 67.

23 A.    This is an image of the vehicle, the front of the vehicle

24 after it was towed to our headquarters facility.

25 Q.    Other than photographing the outside and inside of the

 1  vehicle while it was still at the residence, was there anything

 2  else that was done before it was transported here to the bay?

 3  A.    No.

 4  Q.    Showing you Government's Exhibit 68.

 5  A.    That's the driver's side of the vehicle.

 6  Q.    Again this is inside the bay area of the police

 7  department?

 8  A.    Police headquarters, correct.

 9  Q.    Government's Exhibit 69.

10  A.    That the interior driver's side door.

11  Q.    Government's Exhibit 70.

12  A.    That's the interior driver's side.

13  Q.    Government's Exhibit 71.

14  A.    Again, that's the interior driver's side.

15  Q.    Government's Exhibit 72.

16  A.    That's going to be the center console.

17  Q.    Government's Exhibit 73.

18  A.    That's the center console of the vehicle.  The other one

19  was the, like, entertainment.

20  Q.    Government's Exhibit 74.

21  A.    This is the rear interior.

22  Q.    Government's Exhibit 75.

23  A.    This is the interior passenger's side door.

24  Q.    Government's Exhibit's 76.

25  A.    Close up of the interior passenger's side door.

1  Q.   Government's Exhibit 77.

2  A.   This is the interior passenger's side.

3  Q.   Government's Exhibit 78.

4  A.   Again, this is the interior passenger's seat.

5  Q.   Government's Exhibit 79.

6  A.   This is the glove box.

7  Q.   Government's Exhibit 80.

8  A.   This is the rear interior passenger's door.

9  Q.   Government's Exhibit 81.

10  A.   This is the trunk area.

11  Q.   After the photos were taken of the Honda CRV, what else

12  was done to the vehicle?

13  A.   Swabs were taken as well as portions of the fabric from

14  inside the vehicle.

15  Q.   And was that part of the investigation then turned over to

16  the FBI?

17  A.   Yes.

18          MS. HAGAN:   Court's indulgence.

19      Nothing further, Your Honor.

20          THE COURT:   Thank you.  Cross-examination.

21                          CROSS-EXAMINATION

22  BY MR. NIETO:

23  Q.   Forgive me, is it detective, sergeant detective?  What is

24  the preferred title?

25  A.   Detective is fine.

 1  Q.   All right.  Detective Markel.  Okay.

 2       Court's indulgence, if I may.  All right.

 3       I'd like to draw your attention to Government's

 4  Exhibit 66.  I think we had just talked about this, right?

 5  A.   Yes.

 6  Q.   This is what the rear of the -- what the trunk area of

 7  this vehicle looked like that morning?

 8  A.   Yes, sir.

 9  Q.   So the shoes were stacked neatly in that fashion?

10  A.   That's correct.

11  Q.   Alongside with that bag on the right, correct?

12  A.   That's correct.

13  Q.   And this is Government's Exhibit 38.  We had talked about

14  this a little bit earlier today as well, yes?

15  A.   Correct.

16  Q.   All right.  So this was the interior of the home on the

17  morning that it was raided; is that correct?

18  A.   That's correct.

19  Q.   All right.  So, and this is the home where you -- there

20  was no one else living there, right?

21  A.   That's correct.

22  Q.   So as far as you know, there's just one, single male was

23  living in this home?

24  A.   That's correct.

25  Q.   But it's fairly well organized, would you say?

```
 1   A.    Yes.

 2   Q.    And decorated?

 3   A.    Yeah.

 4   Q.    And I think we had looked at some of the other rooms.  I

 5   mean, there's a plastic tote underneath the bed for

 6   organization, right?

 7   A.    Correct.

 8   Q.    I'm sure many of the houses that you've participated in

 9   the execution of a search and seizure warrant were not as tidy

10   as this; is that fair to say?

11   A.    It is fair, yes.

12   Q.    So, ma'am, when -- well, during the execution of the

13   search warrant, law enforcement knocks on the door, right?

14   A.    Correct.

15   Q.    And they say, law enforcement, search warrant, police?

16   Something to that effect, right?

17   A.    Correct.

18   Q.    And it is -- well, maybe not brightline policy, but it is

19   preferred for law enforcement to execute these search warrants

20   fairly early in the morning, right?

21   A.    Yes.

22   Q.    And that can be done for a variety of strategic reasons,

23   but one of them is that people are apt to be asleep and

24   therefore minimizes the risk to law enforcement, right?

25   A.    That's correct.  Yep.
```

1  Q.   But you didn't have any issues like that during the
2  execution of this search warrant, did you?
3  A.   No, we did not.
4  Q.   Now, again, and forgive me, Detective, but you were
5  obviously not the only police officer or law enforcement
6  involved in this warrant?
7  A.   No.
8  Q.   In fact, there were maybe a dozen people that entered the
9  house at this time?
10 A.   That is correct.
11 Q.   Many of whom were the SWAT team?
12 A.   Yes, correct.
13 Q.   So a SWAT team may not be dressed the way in which you and
14 I are dressed today; is that fair?
15 A.   That's correct.
16 Q.   Wearing military fatigues and possessing fairly large
17 firearms?
18 A.   Of course.
19 Q.   Right.  And of course they don't know what's awaiting them
20 when they open that door, do they?
21 A.   No.
22 Q.   Right.  And so their approach appropriately is to come in
23 and assume that there's danger around every corner, right?
24 A.   That's correct.
25 Q.   And that's done for self-preservation?

1  A.    Yes, for safety.

2  Q.    And so again, in that process with gentlemen with guns --

3  I'm assuming yelling throughout the house?

4  A.    Yes.

5  Q.    There was nothing bad happened or anything like that, did

6  it?

7  A.    No.

8  Q.    And, in fact, Mr. Bendann was polite, right?

9  A.    Correct.

10  Q.    And answered your questions?

11  A.    Yes.

12  Q.    And I think there was one portion too where you needed to

13  be able to enter into his cell phone, do you remember that?

14  A.    Yes.

15  Q.    And he was willing to enter in his passcode to allow

16  access to that cell phone, right?

17  A.    Correct.

18  Q.    Now, there had also been -- I think we had talked about

19  some of the calendars --

20  A.    Yes.

21  Q.    -- or the journals, as they were, that you had recovered

22  from the house?

23  A.    Yes, sir.

24  Q.    Now, forgive me, let me take a step back.  We have looked

25  at a few photos, a few framed photos that the Government has

 1  introduced into evidence.  Do you remember those?

 2  A.    Yes.

 3  Q.    But of course those were not the only framed photos in the

 4  house, were there?

 5  A.    No.

 6  Q.    No.  In fact, I think we had seen an exhibit that showed

 7  sort of the home office area, do you remember that photo?

 8  A.    Yes.

 9  Q.    And of course there were photos of Mr. Bendann in his

10  capacity as a teacher all over the house, right?

11  A.    Uh-huh.

12  Q.    Including that room as well?

13  A.    Yes.

14  Q.    So those three or four framed photos, that was not the sum

15  and total of every photograph contained within that house, was

16  it?

17  A.    No, there was a large majority of them, yes.

18  Q.    A large majority of them, right.  And many of which

19  stemming from his employ as a teacher at Gilman per your

20  recollection; is that fair?

21  A.    Correct.

22  Q.    But in the calendars that you had seen, specifically, I

23  think you had seen there was a 2019 calendar, do you remember

24  that?

25  A.    Correct.

 1              **MR. NIETO:**  Court's indulgence, if I may.

 2              **THE COURT:**  Yep.

 3  BY MR. NIETO:

 4  Q.   Government's Exhibit 90, do you remember that?

 5  A.   Yes.

 6  Q.   And you had an opportunity to look at the contents of the

 7  calendar?

 8  A.   Yes.

 9  Q.   And it's fairly well organized; is that fair to say?

10  A.   It is.

11  Q.   And it looked like on every day or days they might have

12  the last name or a name put at the bottom, right?

13  A.   Yes.

14  Q.   Court's indulgence.

15       So to draw your attention to, for example, April of 2019,

16  right?

17  A.   Yes.

18  Q.   Can you see this?

19  A.   Yes.

20  Q.   So this is what I'm referencing, right.  So if we were

21  just to pick, for example, Easter weekend, which would be the

22  weekend of April 19th to April 2022.  Do you see where we are

23  in this the calendar?

24  A.   I do, yes.

25  Q.   So you can see on the bottom right-hand corner of those

 1  dates the name Halpert, do you see that?

 2  **A.**   I see it.

 3  **Q.**   If we were to look at the following week of the 26th and

 4  the 27th, again, we see that name repeated, do we not?

 5  **A.**   We do.

 6  **Q.**   We also see other names such as Witherspoon, other dates

 7  in this calendar?

 8  **A.**   Correct.

 9  **Q.**   And this is a fair and accurate representation of what

10  these calendars contained, correct?

11  **A.**   Correct.

12  **Q.**   So we had organized dates and lines through it indicating

13  that the time had passed?

14  **A.**   Yes.

15  **Q.**   As well as individualized notes, presumably to help one

16  remember what was scheduled for that day maybe?

17  **A.**   Sure, right, yes.

18  **Q.**   All right.

19          **MR. NIETO:**  Nothing further.  Thank you.

20          **THE COURT:**  Redirect?

21          **MS. HAGAN:**  No redirect, Your Honor.

22          **THE COURT:**  Thank you.  May the witness be excused?

23          **MS. HAGAN:**  Yes, Your Honor.

24          **THE COURT:**  Mr. Nieto?

25          **MR. NIETO:**  Yes, Your Honor.  Thank you.

 1          **THE COURT:**  You are excused, and you may depart.

 2          **THE WITNESS:**  Thank you, Your Honor.

 3          **THE COURT:**  Private channel.

 4      (Whereupon, the following conference was held at the

 5  bench:)

 6          **THE COURT:**  Who's next?

 7          **MS. MCGUINN:**  The next witness is our long witness for

 8  who's the forensic expert who I expect to be probably hour and

 9  a half at least for Government.

10          **THE COURT:**  I think we'll go to lunch first.

11          **MS. MCGUINN:**  Yes, sir.  Makes sense.

12          **THE COURT:**  And then come back.

13      (Whereupon, the bench conference was concluded.)

14          **THE COURT:**  Ladies and gentlemen, it's time for us to

15  take our lunch break.  During this during break do not discuss

16  the case with anyone.  Do not discuss it among yourselves.  Do

17  not allow yourselves to be exposed to any news articles or

18  reports that touch upon the case or the issues that it presents

19  or any articles or reports that relate to any of the

20  participants in the case.  Avoid all contact with any of the

21  participants in the trial.  Do not make any independent

22  investigation of the law or the facts of the case.  Do not look

23  up anything pertaining to the case or its participants on the

24  internet.  Do not consult an encyclopedia or a dictionary.

25      It's 25 minutes before 1:00.  So we'll be in recess for an

1  hour and 10 minutes.  So please return at 1:45 or 15 minutes

2  before 2:00.  Take the jury out.

3          THE CLERK:  All rise for the jury.

4      (Jury exits at 12:36 a.m.)

5          THE COURT:  1:45.

6          THE CLERK:  All rise.  This Honorable Court now stands

7  in recess.

8      (A recess was taken from 12:36 p.m. to 1:54 p.m.)

9          THE COURT:  Change in the order of witnesses?

10         MS. MCGUINN:  No.

11         THE COURT:  Something got lost in translation.  In

12 terms of your preparation for this afternoon something was

13 different.

14         MS. MCGUINN:  Oh, sure.  The first witness there's no

15 explicit images being shown but the second witness, who I think

16 we should get to both, they're lengthy, which will be Agent

17 Walker, that's -- maybe after our first witness there will be a

18 natural break after his testimony so that we can make sure that

19 the equipment is working for Agent Walker who is the next

20 witness and that's when the images would be shown.

21         THE COURT:  Got it.  Are you ready for the jury?

22         MS. MCGUINN:  Yes, sir.

23         MR. NIETO:  Yes, Your Honor.

24         THE COURT:  Bring them in.

25         THE CLERK:  All rise for the jury.

```
 1        (Jury enters at 1:55 p.m.)

 2            THE COURT:  Witness?

 3            MS. MCGUINN:  Agent Eric Oberly.

 4            THE COURT:  Be seated, please.  Good afternoon, ladies

 5   and gentlemen.  We are ready to resume testimony.

 6        The Government will call their next witness.

 7            MS. MCGUINN:  Thank you, Your Honor.  The Government

 8   calls Agent Eric J. Oberly.

 9            THE COURT:  What was the last name?

10            MS. MCGUINN:  Oberly.

11            THE COURT:  Agent Oberly, please face our clerk and

12   raise your right hand.

13        (Witness sworn.)

14            THE CLERK:  Thank you.  You may be seated.  Speaking

15   directly into the microphone next to you, can you please state

16   and spell your first and last name.

17            THE WITNESS:  Sure.  It's Eric, E-R-I-C.  Middle

18   initial J.  Last name Oberly, O-B-E-R-L-Y.

19            THE COURT:  Your witness.

20            MS. MCGUINN:  Thank you, Your Honor.

21                      DIRECT EXAMINATION

22   BY MS. MCGUINN:

23   Q.   Good afternoon, Agent Oberly.

24   A.   Good afternoon.

25   Q.   Agent Oberly, where are you employed?
```

1  A.    The Federal Bureau of Investigation, Baltimore Field

2  Office.

3  Q.    And what is your assignment within the FBI Baltimore?

4  A.    I'm a digital forensic examiner.

5  Q.    And are you also a special agent?

6  A.    I am.

7  Q.    How long have you worked with the FBI?

8  A.    Over 18 years.

9  Q.    Can you discuss the roles you've had beginning with when

10  you graduated from the academy for the FBI?

11  A.    Sure.  I was an investigator out in the field and some of

12  the crimes that I investigated primarily were computer

13  intrusion, both national security and criminal, as well as

14  internet fraud, internet extortion, crimes against children,

15  and other forms of extortion or threats used over the internet.

16  Q.    Okay.  And you indicated you are currently a digital

17  forensic examiner?

18  A.    Yes.

19  Q.    How long have you been a digital forensic examiner with

20  the FBI?

21  A.    Almost 10 years.

22  Q.    What are some of the job responsibilities you have as a

23  digital forensic examiner for the FBI?

24  A.    So when items are brought to us, typically seized on

25  search warrant, we basically preserve the data so that

1  everything can be forensically sound, so that no dates and

2  times can be changed or manipulated.  We have different methods

3  by which we extract that data.  And once that data is properly

4  extracted and we're able to verify that the data matches the

5  item that we pulled out of evidence, at that point then we use

6  various tools to better make the data human readable.

7       When the data comes out of the computers or cell phones,

8  it's basically a series of ones and zeros.  And the tools that

9  we use basically make that data human readable.

10 **Q.**  Before we get to that part, do you also do some research,

11 conduct some research and develop some training materials to

12 use with the agents that you work with?

13 **A.**  I do, yes.  This job requires constantly keeping up.  I

14 could take a class today that actually could have already been

15 outdated six months ago.  Technology changes so rapidly that

16 we're constantly reevaluating and using test devices to see how

17 data could have been laid down onto a hard drive or a cell

18 phone.

19 **Q.**  And you are speaking of some of the tools that you use to

20 make data human readable, can you discuss some of the tools

21 that you have some proficiency with?

22 **A.**  Sure.  The FBI sends us through a rigorous, almost a

23 year's worth of training specific to tools that the FBI likes

24 to use, one of which is AccessData FTK, or we also have a

25 version of it call AD Lab.

1    Other tools that I've used and have proficiency in are

2  X-Ways Forensics, Axiom, Cellebrite.  Cellebrite has various

3  tools.  And some even open source tools such as CAPE and the

4  EXIF tool.

5  **Q.**   How do these tools assist you in performing your job

6  responsibilities?

7  **A.**   It let's us look at things from a different angle.  We see

8  what the user of the device has and then we get to dig in under

9  the hood.  We get to see various dates and times, how that data

10  was actually -- possibly how that data was put on that device,

11  whether that data was accessed on that device.  And it

12  basically gives us a better picture of how the device itself

13  was used.

14  **Q.**   Can you describe the education that you received that led

15  up to you becoming a digital forensic examiner?

16  **A.**   Sure.  It was about a year of intense FBI-led classes.

17  And then we had some outside organizations such as SANS, CIS

18  admin network and security.  It's a well-known organization

19  that specializes in cyber forensics.  And I have certification

20  from those classes.

21    And then I'm also a member of the International

22  Association of Computer Investigative Specialists, and they

23  offer specific training more geared toward law enforcement and

24  our use of various tools and analysis of the data.  And I've

25  been a member with them for a couple of years now.

1        I've also had Cellebrite training directly from
2   Cellebrite.  Cellebrite has various forensic tools that we use
3   primarily for cell phones and mobile devices.  Then of course
4   X-Ways, AccessData's, AD Lab, and just a lot of tools that we
5   have in our toolbox that I've taken formal classes or webinars
6   to learn how to use them or how to interpret the data as it's
7   presented.
8   Q.   Did you attend college?
9   A.   I did.
10  Q.   When did you graduate, and what was your degree in?
11  A.   I graduated college in '91.  Bachelor of Science in
12  Business Administration.
13  Q.   And did you pursue your education after you received your
14  bachelor's degree?
15  A.   I did.  I had a master's degree in the late '90s, computer
16  information systems.
17  Q.   Approximately how many times have you provided forensic
18  examinations and analysis in order to assist with cases or
19  active investigations by the FBI?
20  A.   Specific examination requests and technical requests have
21  come through our office.  I've probably personally worked about
22  300 plus equating to well over a thousand devices.
23  Q.   And what types of cases or subject matter do you perform
24  your digital forensic examinations for?
25  A.   Any federal nexus that or police assist case that would

 1  come into our office based upon the duties of the FBI.

 2  Q.   Have you ever testified as an expert witness before in the

 3  area of digital forensics?

 4  A.   I have.

 5  Q.   When and where was that?

 6  A.   In 2021 I testified in Baltimore City court and also in

 7  2023 I testified in District of Maryland court.

 8  Q.   When you say the District of Maryland court, this exact

 9  courthouse; is that correct?

10  A.   Yes, it is.

11           MS. MCGUINN:  Your Honor, at this time the Government

12  would move Agent Oberly in as an expert in the field of digital

13  forensics and analysis of computer mobile devices.

14           MR. PROCTOR:  That would be without objection.

15           THE COURT:  Without objection.  Stand by.  I'll

16  instruct the jury.

17       Ladies and gentlemen, first of all, let me qualify the

18  expert as a field in digital forensics, and he may testify as

19  to his opinions in that regard.

20       Ladies and gentlemen, you're about to hear the testimony

21  of a so-called expert witness.  This hasn't happened previously

22  in this trial so I want to explain this to you.  Someone who

23  has been qualified to the court's satisfaction as an expert

24  witness is allowed to express his or her opinion on those

25  matters about which he or she has special knowledge and

1  training.  In this case, I found that this witness is an expert
2  in the area of digital forensics.

3      Expert testimony is presented to you on the theory that
4  someone who is experienced in the field can assist you in
5  understanding the evidence or in reaching an independent
6  decision on the facts.  In weighing an expert's testimony, you
7  may consider the expert's qualifications, his or her opinions,
8  his or her reasons for testifying as well as all of the other
9  considerations that ordinarily apply when you're deciding
10 whether or not to believe a witness's testimony.

11     You may give the expert testimony whatever weight, if any,
12 you find it deserves in light of all of the evidence in the
13 case.

14     You should not, however, accept the witness's testimony
15 merely because he or she is an expert.  Nor should you
16 substitute it for your own reason, judgment, and common sense.
17 The determination of the facts in this case rests solely with
18 you as I have now told you many times.

19     You may inquire.

20          MS. MCGUINN:  Thank you, Your Honor.

21 BY MS. MCGUINN:

22 Q.  Agent Oberly, can you describe the lab where you work?

23 A.  It's a secure facility within the Baltimore field office

24 itself.  And we have five civilian examiners, and I'm the only

25 special agent in that group.  And basically it has alarms and

1  sign-in sheets and formal process in order for people to be

2  admitted that are not authorized.

3  **Q.**   And do you all have a specific name or acronym that you

4  use to describe your division?

5  **A.**   The division is Baltimore field office.  We call it

6  BA-FBI.  The specific lab we commonly refer to it at CART,

7  computer analysis response team.

8  **Q.**   Thank you.  How many sworn agents or task force officers

9  do you serve or assist with digital forensics?

10 **A.**   I believe there's about 200 within the FBI's Baltimore

11 division.

12 **Q.**   So is it like CSI where you're able to do your analysis

13 within an hour or two upon receiving your device?

14 **A.**   I wish.  Basically, every single device could give us some

15 type of issue.  It's not uncommon for a device to take a day or

16 two to actually extract the data, and then for us to move on to

17 the next process which is verifying that the data that we've

18 got is the complete amount of data.  And we assign a hash value

19 to the extraction itself, and then move on with the processing,

20 which can also take several days or weeks.

21 **Q.**   Can that contribute to your delay of getting the official

22 findings of your analysis to the case agents that you're

23 working with?

24 **A.**   Yes.

25 **Q.**   What about just sheer numbers of how many devices you

 1  have?

 2  A.    Yes.  I mean, when you think about it, everybody

 3  predominantly has at least one cell phone.  It's not uncommon

 4  for people to have two or three.  And then you would put on

 5  computers and other digital devices that they may be

 6  communicating with and saving data to and that's a lot of

 7  digital devices to deal with it.

 8  Q.    Is there a queue or a waiting list within CART of devices

 9  that need to be analyzed?

10  A.    There are.

11  Q.    And it takes some time, as you've testified to?

12  A.    Correct, correct.

13  Q.    Because of that, do the investigating agents that you work

14  with, do they get a working copy of some of the downloads so

15  they can work with that while you do the official analysis?

16  A.    Yes.

17  Q.    What's the purpose of that?

18  A.    It's for them to be able to continue on with the case.

19  Specifically, certain cases need to be handled more priority

20  than what our analysis can wait for.  It allows them to serve

21  additional -- get knowledge so they can serve additional search

22  warrants for social media accounts or online email accounts or,

23  at a minimum, preserve that data while they build more probable

24  cause for the search warrants.

25  Q.    Are you familiar with the term "IMEI"?

1  A.    Yes, international mobile equipment identifier.

2  Q.    What is an IMEI in terms of a cell phone?

3  A.    It's basically an electronic serial number of the device

4  itself.  Every single phone is going to have a unique IMEI

5  number.

6  Q.    Are you familiar with the term of "hash value" or "hash"?

7  A.    Yes.

8  Q.    What is that?

9  A.    So hashing is basically doing a mathematical calculation

10 of data, of files, of hard drives.  The FBI, we tend to use

11 what's called the Message Digest 5 hasher, the MD5 hash.  And

12 it's a set algorithm that when we calculate that algorithm on a

13 piece of data and it provides a very long alphanumeric string

14 that is unique to that particular file or hard drive or

15 whatnot.  It's almost the equivalent of everybody has a unique

16 fingerprint.  And with that, if you were to cut your finger or

17 burn your finger, completely damage your finger, your finger

18 would change.

19      The hash algorithm or MD5 hash file or hard drive is

20 basically equivalent to the fingerprint of that file or hard

21 drive.

22 Q.    Okay.  Did there come a time when you became involved in

23 the investigation surrounding Christopher Kenji Bendann?

24 A.    Yes.

25 Q.    And your involvement, was it limited to digital forensics?

1  A.  It was.

2  Q.  Just to be clear, since you are a sworn agent, you didn't

3  do any investigation of witnesses?

4  A.  No.

5  Q.  You didn't meet with any potential victims in this case?

6  You didn't go to the Gilman School and do any investigation?

7  A.  No, no.

8  Q.  Okay.  And you did the analysis of the digital devices

9  that were seized in this particular case?

10  A.  I did.

11  Q.  And in August of 2023, did you begin your analysis of the

12  devices and of the iCloud?

13  A.  Yes.

14  Q.  And you were made aware that Agent Rachel Corn of the FBI

15  had gotten a search warrant for an iCloud?

16  A.  Yes.

17  Q.  Do you remember what the name associated with that iCloud

18  was?

19  A.  I want to say it was Chris Bendann.

20  Q.  Okay.  And did you do the analysis of that iCloud?

21  A.  I did.

22  Q.  In addition to the iCloud, were you given devices that

23  were seized ultimately by Baltimore County from the Defendant's

24  home for you to do an analysis?

25  A.  Yes.

1   Q.   If we can bring Government's 105.

2        First, the letters all the way over in the left column,

3   1B1, 1B2, can you explain what that nomenclature is or what

4   those, 1B1, what that means?

5   A.   Sure, sure.  Within our case management system we have a

6   specific module that tracks all evidence that is entered or

7   seized and used for that particular case.  The 1B number is

8   just the sequential next item of evidence seized for the case.

9   So 1B1 is the Apple iPhone 11, the second item seized is Apple

10  iPhone 6 and so on.

11  Q.   And that 1B1, 1B2 is unique to the FBI and that's how you

12  all keep track of what device is being looked at or analyzed by

13  you --

14  A.   Yes.

15  Q.   -- and ultimately put in the property room and preserved?

16  A.   Correct.

17  Q.   Did you conduct analysis of each and every one of these

18  devices?

19  A.   Yes.

20  Q.   If we could zoom in just on the 1B1 down to 1B8, please.

21       Agent Oberly, these four devices here, are these the

22  devices that you actually found derivative evidence on these

23  devices?

24  A.   Yes.

25  Q.   If we can pull out the 1B3 as well.  And this particular

 1  device, you looked at this device as well?

 2  **A.**    Yes.

 3  **Q.**    Prior to beginning your analysis of these devices and the

 4  iCould, were you given information about the general nature of

 5  this investigation and some key points or terms to sort of

 6  direct your attention to?

 7  **A.**    I was.

 8  **Q.**    Who provided that information to you?

 9  **A.**    Special Agent Corn.

10  **Q.**    And once you completed your analysis of the iCloud account

11  and these devices, who did you ultimately provide the results

12  of your analysis to?

13  **A.**    Special Agent Corn.

14  **Q.**    Agent Oberly, are you familiar with Apple iPhones and the

15  Apple iCloud as part of your work as a forensic examiner?

16  **A.**    I am.

17  **Q.**    And with regard to iClouds, can you describe a little bit

18  about how -- what iCloud is and where it is maintained?

19  **A.**    Sure.  Basically iCloud is part of the Apple ecosystem.

20  They -- they make it easy and for users of Apple devices such

21  as laptops, computers or cell phones, to be able to save their

22  data to a common repository and never really have to worry

23  about losing the data.  So if they were to lose a device,

24  switch devices, maybe run out of room on their device, that

25  data is actually stored in a data center somewhere, Apple

1  refers to it as the iCloud.

2  Q.   Do you know where the servers for Apple iCloud are located

3  geographically?

4  A.   I believe it's California, Nevada, North Carolina.  I know

5  they're building one in Iowa, and there are a couple overseas.

6  Q.   Is the iCloud that you just discussed the only way that

7  Apple devices can be backed up and preserved?

8  A.   No.

9  Q.   Can you describe another way that that can happen instead

10  of an iPhone linked to its iCloud?

11  A.   Sure.  An individual could use a software tool.  Commonly

12  it's iTunes, which is another software tool developed by Apple.

13  They connect their device to a computer and at that point they

14  can elect to have their device's data backed up to that

15  computer.

16  Q.   Okay.  And you had the opportunity to analyze the contents

17  of iCloud cbendann@gmail.com provided by Apple; is that

18  correct?

19  A.   Yes.

20  Q.   And when it was first received by the FBI, in general, was

21  it encrypted or protected in any way?

22  A.   So when the FBI receives data from Apple it is encrypted.

23  It goes directly to our facility in Quantico where they decrypt

24  it.  There's actually, it's my understanding, two forms of

25  encryption, the actual file itself comes in encrypted and then

1    there is Apple-specific encryption within the file.

2    Q.    And by the time you get it to do your analysis, is it now

3    unencrypted due to the work by the folks in Quantico?

4    A.    It is.

5    Q.    And in this specific case, did you provide a working copy

6    to Agents Corn and Agents Walker so that they could continue

7    their investigation and as you described do other work that

8    might need to be done in this case?

9    A.    Yes.

10   Q.    And your analysis, I assume, took much longer than just

11   receiving it and two hours later you had results; is that

12   right?

13   A.    Correct, correct.

14   Q.    And you received from Apple two versions of the iCloud

15   from cbendann@gmail.com; is that correct?

16   A.    Yes.  They're contained in one file but it's actually two

17   versions.

18   Q.    Can you describe what two versions of the same iCloud

19   account mean in this particular instance?

20   A.    Sure.  So through the course of the agent's investigation

21   it's not uncommon for them to actually preserve data.  Issue a

22   request to Apple, or some other internet service provider, to

23   preserve data prior to them having a probable cause to actually

24   do a search warrant for that particular account.

25         So when Apple sends that data to us, we will see almost

1  the same exact files but there are differences between them.

2  Because one of them is from the day of the preservation and

3  then the other one is when ultimately the warrant was actually

4  served on them.

5  Q.    And that occurred in this particular case; is that

6  correct?

7  A.    It did.

8  Q.    Given the nature of this case, that it involves

9  allegations of sexual exploitation of children, was there a

10  type of file that you were most interested in viewing first?

11  A.    The media files.

12  Q.    That includes photos and videos?

13  A.    Correct.

14  Q.    Did you locate a photo library associated with the

15  Defendant's iCloud from the Apple return that was given to the

16  FBI?

17  A.    Yes.

18  Q.    Upon viewing that library, were there any subfolders?

19  A.    Yes.

20  Q.    Was there any that caught your eye or was of interest to

21  you upon first viewing the iCloud return?

22  A.    Yes.

23  Q.    Which one?

24  A.    It was called expunged.  I hadn't seen that before in

25  previous analysis of iCloud so I found that very interesting.

1  Q.    At this point, are you familiar with what the expunged

2  folder is in terms of how it works within iCloud?

3  A.    Yes.  I actually reached out to Apple's law enforcement

4  desk to add some light to that to explain it.  Apple tends to

5  provide us the basic information along with the file.  But this

6  was definitely unusual so I wanted to understand more, how and

7  why the files would have been in that expunged folder.

8  Q.    Were you able to garner that information from iCloud?

9  A.    I was.

10  Q.    With regard to the expunged folder, what types of files

11  are contained in the expunged folder when you see that in the

12  iCloud?

13  A.    So based upon what Apple representatives sent back to me,

14  if a file is specifically deleted from a device it goes into

15  the expunged folder, and it stays there until either the

16  individual deletes it again from their device or another backup

17  occurs from -- by the user basically backing up their data.

18  Q.    And you're familiar with the Apple iPhone and the photo

19  library as part of your work as a digital forensic examiner?

20  A.    Yes.

21  Q.    Can you explain to the ladies and gentlemen of the jury

22  what is EXIF, E-X-I-F, data?

23  A.    Sure.  That's exchangeable image file format.  That's

24  actually data that is associated with a picture or video.  It's

25  actually written in there by the device that's taking that

 1  particular picture or video.  It's written into the file.

 2  **Q.**   What type of data is written into the file of such that

 3  you're describing this EXIF data?

 4  **A.**   So it generally will have the date and time of when the

 5  specific file or picture or video was taken as well as

 6  potentially GPS coordinates, if the device has that ability to

 7  have global positioning system.

 8        It'll also have the other information about the lenses of

 9  the device, the type of software that may be running on the

10  device, and a lot of -- a lot of data specifically that

11  describes more on the environment on how that picture or video

12  was taken.

13        Typically, from my research, I've learned that

14  professional photographers really rely on that because they're

15  always try to enhance and better their next picture.  So it's

16  going to have almost detail information as far as whether or

17  not the flash went off, what type of camera.  Specifically on

18  the iPhones was it the front camera or back camera.  Things

19  like that.

20  **Q.**   Can it describe which type of device was used to create

21  that file?

22  **A.**   It does.

23  **Q.**   Can EXIF data be changed or manipulated by the user of the

24  device?  In this case, I'm just going to refer to an iPhone

25  because that's what we're talking about in this case.

1   **A.**   Yes.

2   **Q.**   Can you describe any testing or research you did as part

3   of your analysis in this case as to how EXIF data can be

4   changed or manipulated on an iPhone?

5   **A.**   Sure.  So basically if you have a photo or video and you

6   go in and decide that you want to crop something out of that,

7   what you're actually doing is changing the photo.  So when you

8   change that photo you're actually changing the EXIF data

9   underneath that existing photo.

10  **Q.**   So, for example, if I took a photo of myself with

11  Ms. Jarman and Agent Corn, right now it would be dated

12  August 26 of 2024?

13  **A.**   Correct.

14  **Q.**   Tomorrow I decided I no longer wanted these two in the

15  photo, I just wanted me, and I cropped it tomorrow, the EXIF

16  data would be different?

17  **A.**   It would be.

18  **Q.**   What would you expect it to be then?

19  **A.**   Tomorrow's date.

20  **Q.**   Are you familiar with iPhones and Apple's internal

21  operating system or IOS in terms of your role as a digital

22  forensic examiner?

23  **A.**   Yes.

24  **Q.**   And how is the IOS named within the Apple universe?

25  **A.**   So they have basically release numbers for IOS.

1  Generally, once a year Apple will have a major release.  It's
2  usually in September.  It's a sequential number.  It keeps
3  moving up.
4  Q.   Those periodic updates, are users informed of it by Apple?
5  A.   Yes.
6  Q.   And how is it then implemented or uploaded into the
7  device?
8  A.   So, I mean, at a certain point the user is going to keep
9  get prompted to update for the latest version.  They can choose
10  to ignore it for as long as they possibly can.  But Apple is
11  very security conscious and they always want people to upgrade
12  to the latest as soon as possible to make sure that, you know,
13  their devices are not specifically vulnerable to outside.
14  Q.   Is there an IOS version that allows the manipulation of
15  EXIF data?
16  A.   Yes.
17  Q.   Could that have been done before the version 15 of IOS?
18  A.   Not through IOS itself, no.
19  Q.   Other than Apple IOS 15 and above, can EXIF data be
20  manipulated or changed by the device user using some other type
21  of method?
22  A.   Yes.
23  Q.   Can you describe that?
24  A.   So there are third-party applications that individuals can
25  load on their phone that would actually give the ability to do

1   that or, you know, very similar to the example with the photo

2   cropping.  They could have also used the native photos app and

3   actually cropped videos and pictures.  And that, too, would

4   change the EXIF data.

5   **Q.**   Would a person have to have knowledge of those particular

6   apps and how to use them?

7   **A.**   Yes.

8   **Q.**   Is EXIF data, you sort of touched on this, but is it

9   contained or embedded in the actual contents of the file.

10  Using for example the photo I take of the three of us today?

11  **A.**   It's actually embedded in the content.

12  **Q.**   And if a person did have knowledge of how to change it or

13  access to that photo or video, would the hashtag or that

14  fingerprint you talked about before, would that also change?

15  **A.**   Absolutely.

16  **Q.**   If I go to a photo or video, for example, of the three of

17  us, using that as an example, and let's say I call it or change

18  the title to Colleen in court, will that change the hash if I

19  change the title of that photo as it's saved?

20  **A.**   No, just the photo will not change the hash.

21  **Q.**   Is that analogous to anything in actual life you can

22  describe when you just change the title but not the hash?

23  **A.**   So it's kind of you look at -- you look at a package that

24  you may take to the post office.  So you may have an address

25  written on the outside and when you get to that post office

1  they may stamp it with different stamps of theirs, put extra

2  tape and stickers and whatnot on it, but it doesn't change the

3  content that is actually in that package.

4       So I like to think of the EXIF data as like a packing list

5  of the contents of the file.

6       So the post office is going to route that package where

7  ever it needs to go and they're going to write all over the

8  outside and stamp all over the outside, but the contents is not

9  going to change unless the post office actually opens the

10  package.

11      And then if they were to take something out, or simply go

12  in and change the packing list and make the packing list not

13  match the contents, then at that point the MD5 of the package

14  or the actual package itself is going to change.

15  **Q.**   Okay.  With regard to the iPhones in this particular case,

16  which we'll get to, did you observe any of them to have an

17  operating system above a 15?

18  **A.**   No.

19  **Q.**   In this particular case, within the iCloud were you able

20  to locate media files of                    , the victim in this

21  case, as well as the Defendant relative to the first five

22  charges in this particular case?

23  **A.**   Yes.

24  **Q.**   Where within the iCloud that you received from Apple that

25  result, where were those media files located?

1  A.    In the expunged folder.

2  Q.    Would you, therefore, have expected to find those five

3  counts, those five sets of media files on any of the actual

4  Apple devices themselves since it was in the expunged file in

5  the iCould?

6  A.    No.

7  Q.    Were you able to view these files?

8  A.    I was.

9  Q.    Were you able to extract EXIF data with those media files

10 for our first five counts?

11 A.    Yes.

12 Q.    And with regard to Count 1, the video file associated with

13 Count 1, we'll get to that, but you agree that there's some

14 differences to that one compared to the other four counts that

15 we're going to discuss in a moment?

16 A.    Yes.

17 Q.    So we'll get back to Count 1.

18 A.    Okay.

19 Q.    So if we can start with Government's 107.  And there are

20 three pages to this, Agent Oberly.

21      You recall analyzing this particular file with which is

22 Government's -- the actual media file is Government's 132A, B

23 and C.  But you recognize the information contained in this

24 chart here?

25 A.    Yes.

1  Q.   Who prepared the information contained in this chart?

2  A.   I did.

3  Q.   If you could scroll down very quickly to the next page,

4  6967 and 6968.  There are three media files associated with

5  this count; is that correct?

6  A.   Yes.

7  Q.   You can go back to the first page.  Thank you.  One more

8  page up.  Oh, that's the first one, I'm sorry, yes, thank you.

9       This EXIF data, can you describe what is a file path?

10 A.   Sure.  Within the iCloud or even within any device there

11 is a logical path on where the data specifically is.  And

12 specifically here in the iCloud the production that comes from

13 Apple is production_105474467.extracted.zip.  This is what

14 comes from Apple itself.  The rest of the path is provided as

15 it comes directly from Apple on how they're actually sorting

16 and saving that data.

17 Q.   So the very last portion of that file path is expunged,

18 such as you were talking about you found it in the expunged

19 folder within the iCloud?

20 A.   Yes.

21 Q.   With regard to the media create date and time.  The first

22 one says UTC?

23 A.   Correct.

24 Q.   For those who don't know, can you explain what UTC is?

25 A.   Sure.  The UTC is basically the equivalent of Greenwich

1    Mean Time.  It's zero degrees on the prime meridian of the

2    earth in longitude.  So from there is where basically the world

3    clock is set and then as you move certain degrees east or west

4    time zones will actually change.

5        So in this particular case, it's a four-hour difference

6    because the next row down is Eastern Time.  So during the

7    summertime we are four hours behind the Universal Time Code

8    versus Eastern Time, it's at 17 minutes past midnight.

9    Q.   So in layman's terms, this video, the EXIF data shows that

10   this video was made 12:17:51 a.m.?

11   A.   Correct.

12   Q.   And what make and model of the device was used to create

13   this particular media file?

14   A.   Apple iPhone 7.

15   Q.   And that software, is that the IOS that we were talking

16   about?

17   A.   It is.

18   Q.   And last column, MD5 hash.  You indicate the hash is that

19   fingerprint, is this what you're talking about?

20   A.   That's correct.

21   Q.   This is unique specifically to this file, IMG6966?

22   A.   Yes.

23   Q.   If I changed, again, this file and called it Government's

24   Exhibit instead of IMG6966, would you expect the hash to

25   change?

 1  A.   No.

 2  Q.   We can go to Page 2.  Again, same thing, the file path,

 3  you found this alongside --

 4  A.   Yes.

 5  Q.   -- that first media clip?

 6  A.   Yep.

 7  Q.   This was also at, using Eastern Standard Time,

 8  12:14:36 a.m. so a few seconds after the previous clip?

 9  A.   Correct.

10  Q.   And that's clearly the start time of when the video

11  started?

12  A.   Yes.

13  Q.   Okay.  And, again, what device was used to make this

14  particular file?

15  A.   The Apple iPhone 7 running IOS 11.4.

16  Q.   And again that hash value unique to this media file.

17  A.   Yes.

18  Q.   Page 3, please.  Same, this is the third media clip

19  associated with this file?

20  A.   Correct.

21  Q.   This was at 12:04:30 seconds a.m.?

22  A.   Yep.

23  Q.   In Eastern Time?

24  A.   Yep.

25  Q.   What device was used to create this?

1    **A.**    The Apple iPhone 7 running IOS 11.4.

2    **Q.**    Great.  And this was also unique MD hash ending in D36?

3    **A.**    Yes.

4    **Q.**    Government's 108.  I'm showing you Government's 108 which

5    is associated with Government's 139A and B.  This is for Count

6    3.

7        Do you recognize this particular chart?

8    **A.**    Yes.

9    **Q.**    And who gathered the information that's contained in this

10    chart?

11    **A.**    I did.

12    **Q.**    And there were two media files associated with this count;

13    is that correct?

14    **A.**    Yes.

15    **Q.**    If we can scroll to the next page.

16        Do you recognize this one as well?

17    **A.**    Yes.

18    **Q.**    Go to the first.  Thank you.

19        Similarly to the other one, this was also found using the

20    file path in the expunged folder of the iCloud?

21    **A.**    Yes.

22    **Q.**    Okay.  According to this, what was the date of this

23    particular Count 3 media files?

24    **A.**    It was August 26, 2018.

25    **Q.**    And what time of day?

1  A.    Eastern Time.  It was 1:07:55 seconds a.m.

2  Q.    What type of device was used to make this?

3  A.    Apple iPhone 7.

4  Q.    In this particular case, you were able to extract some GPS

5  information; is that correct?

6  A.    Yes.

7  Q.    You provided that information to the investigating agents,

8  Walker and Corn?

9  A.    Yes.

10  Q.    You can turn to the next page, please.

11        Similarly, the second related video clip, what time of day

12  was this one?

13  A.    Eastern Time it was 12:48 a.m. in the morning.

14  Q.    Similarly this was also found in the expunged folder?

15  A.    Yes.

16  Q.    Made with iPhone 7?

17  A.    Yes.

18  Q.    Again, you were able to extract GPS data from the EXIF

19  data and provide that to the investigators?

20  A.    Correct.

21  Q.    Government's 109.  This is for IMG6969, which is the

22  actual file of Government's 145, Count 4.  Do you recognize the

23  information in this chart?

24  A.    Yes.

25  Q.    Did you compile this?

 1  **A.**   I did.

 2  **Q.**   And, similarly, this media file was also found in the

 3  expunged folder?

 4  **A.**   Yes.

 5  **Q.**   What is the date and time of day this media file was

 6  created?

 7  **A.**   January 2nd, 2019, at 1:30:43 seconds of the morning.

 8  **Q.**   Like the media clips from before, this was also made with

 9  an iPhone 7?

10  **A.**   Yes.

11  **Q.**   You were able to have EXIF data associated with this

12  count, Count 4?

13  **A.**   Yes.

14  **Q.**   And you provided that to the investigators?

15  **A.**   Yes.

16  **Q.**   Government's 110, please.  This is Government's 110,

17  associated with Government's 150 which is IMG6976.  Do you

18  recognize the information in this chart?

19  **A.**   Yes.

20  **Q.**   And this is related to Count 5.  And what was the date and

21  time associated with this video file?

22  **A.**   It's February 9, 2019, at 10:54 a.m.

23  **Q.**   This particular media file was created with what type of

24  device?

25  **A.**   Apple iPhone XS running software 12.1.2.

1  Q.   Similarly, you were able to get GPS data associated with

2  this file?

3  A.   Yes.

4  Q.   You provided that to the investigators?

5  A.   I did.

6  Q.   Other than these four counts, the other one which we're

7  going to discuss in a moment, did you also turn over the rest

8  of the entire iCloud for analysis to the investigators?

9  A.   I did.

10 Q.   Thank you.

11      Can you explain, as to the iPhones themselves, can you

12 explain the process of extracting data off of iPhones.

13 A.   So we have a couple of tools that we'll connect to the

14 device and interrogate the device.  It makes the USB port

15 active to be able to allow data to extract.  And then we

16 extract the device.  Once that data is extracted, we then

17 provide the hashing algorithm to it and basically say, okay,

18 this is the best evidence that we have.  Likewise, the tool

19 when it extracts the data is also calculating that hash.  So we

20 compare the file that we got based upon what the tool says it

21 calculated it to.

22 Q.   You received the analysis for the extraction of 1B1, the

23 iPhone 11; is that correct?

24 A.   I did.

25 Q.   If we can pull up Government's 82, the actual phone.  If

 1  we can pull up Government's 111.

 2      Do you recognize this, Agent Oberly?

 3  A.   Yes.

 4  Q.   What does this chart depict?

 5  A.   So this is the basic information that was pulled from the

 6  device at the time of the extraction itself.

 7  Q.   Okay.  And what was the name of this particular device?

 8  A.   Chris iPhone.

 9  Q.   The software version, is that the same as the IOS?

10  A.   Correct.

11  Q.   What is that?

12  A.   16.2.

13  Q.   And the phone number associated with this device?

14  A.   (410)960-9562.

15  Q.   Okay.  And the third from the bottom, backup state.  When

16  was this device last backed up prior or at the time that you

17  had done the analysis, when was this iPhone last backed up?

18  A.   February 3rd, 2023.

19  Q.   Okay.  And who is the listed owner of this device?

20  A.   Chris Bendann.

21  Q.   What accounts were associated with this device?

22  A.   Cbendann@gmail.com, cbendann@gilman.edu.

23  Q.   The investigating agents in this case did a search warrant

24  for the iCloud on February 9, 2023; is that correct?

25  A.   I believe so.

1  Q.    Is that what you mean when you received two versions from

2  Apple iCloud?  One from the preservation time and one from the

3  time that the search and seizure was done of the iCloud?

4  A.    That's correct.

5  Q.    Using keywords given to you by the investigators, were you

6  able to locate any emails of interests with regard to Instagram

7  on this particular device?

8  A.    Yes.

9  Q.    Do you recall what that Instagram account was named or

10 something close to it?

11 A.    I wanted to say it started FD underbar -- I can't recall

12 specifically.  I know it was unique to a search term that I

13 couldn't understand why that search term was initially being

14 there until I found it.

15 Q.    Okay.  But you provided that information to the

16 investigators to take a look at when you located it?

17 A.    Yes.

18 Q.    Did you turn over the rest of the results from this phone

19 after you did your analysis to the investigators?

20 A.    I did.

21 Q.    With regard to 1B2, which is the Apple iPhone 6 -- I'm

22 holding up what is Government's Exhibit 38 -- did you do an

23 analysis of the extraction of this particular device?

24 A.    Yes.

25 Q.    If we can pull up Government's 112.

1        What was the name of this particular device iPhone 6, also

2   known as 1B2?

3   A.   Chris iPhone.

4   Q.   And this is an iPhone 6 model?

5   A.   Yes, it is.

6   Q.   Third from the bottom, when was this device last backed

7   up?

8   A.   September 1st, 2019.

9   Q.   And the owner name and accounts associated with it?

10  A.   Cbendann@gmail.com.

11  Q.   Lastly, 1B3, which is Government's Exhibit 84, IPhone XS,

12  did you have an opportunity to look at the analysis on this

13  particular device?

14  A.   Yes.

15  Q.   We can bring up Government's 113, please.

16       What was the name of this particular device?

17  A.   C bends iPhone.

18  Q.   That last bottom backup state, can you describe what that

19  says and what it means?

20  A.   ITunes backup, not encrypted.  Last backup date, never.

21  Q.   What does that mean to you?

22  A.   So there potentially was an iTunes backup of this

23  particular device and it was not in an encrypted state when it

24  backed it up, but it's also saying that it's also never been

25  backed up.  So a little confusing on how the tool actually

 1  explains that.

 2  **Q.**   Agent Oberly, did you also exam the contents or

 3  extractions of the two laptops at issue in this particular

 4  case?

 5  **A.**   I did.

 6  **Q.**   And I'm not going to necessarily take them out of the box,

 7  but I'll show you the labels, the 1B4, the Dell?

 8  **A.**   Yep.

 9  **Q.**   And 1B8, which is Government's 86, which is the Sony.  And

10  just for the record Government's 85 is the Dell.  You did the

11  analysis and the extractions from these two devices?

12  **A.**   I did.

13  **Q.**   Is the analysis done of laptops a different process than

14  the analysis you do for cell phones?

15  **A.**   It is.  The Windows devices basically -- the user has a

16  lot more interaction with them; whereas, with the mobile

17  devices the applications and the internet operating system or

18  IOS associated with the Apple iPhone tends to lock what the

19  user can do.

20      So with computers running Windows, the user can save files

21  wherever they typically want to.  They can, you know, have

22  freer availability to move things around.  Not necessarily have

23  to stick in the regimen of what IOS -- where it's going to

24  force things to be saved and how it's going to be saved.

25  **Q.**   Okay.  Can we review a couple terms associated with how

1  digital forensics works with laptops?

2  A.    Sure.

3  Q.    Can you explain, what is a physical image and what is a

4  forensic image?

5  A.    Okay.  A physical image, basically we look at a hard drive

6  and it could have various partitions on it.  A partition, you

7  would think of it as like your C drive, possibly your D drive.

8  So a physical image is going to take all of the data on that

9  hard drive, bring it together into one, what we call an expert

10  witness file, and that hash of that expert witness file should

11  match the hash of the hard drive itself.

12  Q.    Okay.  And do you use different tools than Cellebrite, for

13  example, to do your analysis of the forensic image that is

14  extracted from these laptops?

15  A.    Yes, yes.  So because computer forensics has been around a

16  lot longer, we actually have more tool sets available to us to

17  do this analysis.  So between AccessData's AD Lab, X-Ways

18  Axiom, those are some of the ones we primarily use.  We can

19  look at the data in different formats because each tool is

20  going to present the data slightly different and it helps with

21  the interpretation of that data itself.

22  Q.    What does the "term" allocated space mean?

23  A.    So allocated space is space on a hard drive that is

24  allocated to a specific file system.

25        So you may have your C drive on a 1-terabyte hard drive,

 1  the physical hardware can hold up to 1 terabyte but your C

 2  drive may only hold 250 gigabytes of data.

 3  **Q.**    What is unallocated space?

 4  **A.**    So unallocated space on a hard drive would be the residual

 5  750 gigabytes of data on the hard drive itself that basically

 6  it's not there to be able to be used by the computer.  It's

 7  kind of just sitting out there at some point in time you could

 8  create another drive or expand your C drive in order to take up

 9  that excess data.

10  **Q.**    Is that the same or different than the terminology "free

11  space"?

12  **A.**    So free space is actually data within an allocated

13  partition that has not been used yet.  So it could have been

14  used, and then if a series of files were deleted the operating

15  system sees that, hey, I can start overwriting files onto this

16  free space.  And it is different from unallocated space in that

17  unallocated space basically the computer doesn't realize it

18  exists until the user makes a partition.

19  **Q.**    If I were to create a document right now on Word that

20  said, "I love being in court," and I deleted it, where would

21  you expect that to be found on my approximate laptop?

22  **A.**    In free space of the allocated.

23  **Q.**    And what does it mean to use the term "carved out"?

24  **A.**    So in that free space, the file doesn't go away, it's

25  still sitting there.  So when we use our forensics tools to

1  carve, what we're actually doing is trying to bring pieces of

2  files that have been deleted back together.  Sometimes you can

3  get the entire file; sometimes you only get portions of the

4  file.

5  **Q.**   So I guess relatedly, if you delete, like I deleted "I

6  love court" document, and I deleted it, is it ever truly gone?

7  **A.**   Not until it's been overwritten.

8  **Q.**   Okay.  So is that what you're talking about that you could

9  go into that carved space with tools and try to find that

10  document that I've now deleted?

11  **A.**   Yes.

12  **Q.**   Is that true for media files such as videos and photos?

13  **A.**   Yes.

14  **Q.**   Government's Exhibit 117.  Have you had an opportunity to

15  see this before?

16  **A.**   Yes.

17  **Q.**   And the information that's in the lower left corner, do

18  you see that?

19  **A.**   I do.

20  **Q.**   Is that EXIF data?

21  **A.**   Well, it could be but what it actually is is it would

22  be -- what I would consider to be subtitles written over top of

23  the file.  So the data of March 27, 2017 is actually contained

24  within the file itself as opposed to being -- it's part of the

25  file.

1       So as opposed to being EXIF data which is describing how

2   that particular file was taken.

3   **Q.**   So someone who's perhaps older like me who remembers

4   camcorders --

5   **A.**   Yes.

6   **Q.**   -- and you're using a camcorder and you haven't set the

7   date, and it says January 1st, 2000 for, like, 10 years, is

8   that what you're talking about when you say subtitles?

9   **A.**   Exactly.

10  **Q.**   And have you seen this particular image before such that

11  you know where it came from?

12  **A.**   Yes.

13  **Q.**   Where did it come from?

14  **A.**   Item 1B4.

15  **Q.**   And 1B4 is our Dell laptop?

16  **A.**   Yes.

17  **Q.**   And where, within the Dell laptop, did this come from?

18  **A.**   So it was actually in free space on the Dell laptop.

19  **Q.**   And what does that tell you about its existence or to be

20  viewed if someone had just turned on the computer to try to

21  look at it?

22  **A.**   So the individual would not see it without forensics tools

23  going through the carving process.

24  **Q.**   Would you rely on that information in the lower left

25  corner as reliable EXIF data without doing any other digging on

1  this particular image?

2  A.   No.

3  Q.   In particular case, if you had come across explicit images

4  of the victim in this case and the Defendant, but that what

5  we're seeing here in the bottom left is the only indicator you

6  had of date and time, would that be reliable for you as EXIF

7  data as to when that image was created?

8  A.   No.

9  Q.   Government's Exhibit 114.  Do you recognize this, Agent

10 Oberly?

11 A.   I do.

12 Q.   Who prepared information on this chart?

13 A.   I did.

14 Q.   Is this information related to the Dell laptop commonly

15 known to the FBI as device 1B4?

16 A.   Yes.

17 Q.   And per this information, did you gather this doing your

18 analysis of the device?

19 A.   I did.

20 Q.   And the device indicated the registered owner was who?

21 A.   Cbendann@gmail.com.

22 Q.   And what operating system did the Dell laptop use?

23 A.   Windows 10 Home.

24 Q.   When was that installed?

25 A.   March 31 of 2021.

 1 | **Q.**   Did you locate any media files of                in this
 2 | case and the Defendant?
 3 | **A.**   Yes.
 4 | **Q.**   Who confirmed their identities for you?
 5 | **A.**   Special Agent Corn.
 6 | **Q.**   Were you able to obtain dates for the images that were
 7 | found on the Dell laptop in the -- let me rephrase that.  Were
 8 | you able to obtain dates for the images of minor victim
 9 |         and the Defendant that were found on the 1B4 Dell
10 | laptop, in all instances?
11 | **A.**   In all instances, no.
12 | **Q.**   So similar to that carved photo that we just looked at --
13 | **A.**   Right.
14 | **Q.**   -- why did you expect not to see EXIF data or information
15 | about those types of photos?
16 | **A.**   Because when you're carving a deleted item, the EXIF data
17 | tends to live in basically the header of the file itself.  So
18 | as an item is deleted and it's going to be one of the first
19 | things that gets deleted on a file.  So the rest of the content
20 | was there but the -- specifically that file is just not
21 | available for plain view.
22 | **Q.**   It deteriorates?
23 | **A.**   It is.
24 | **Q.**   Because it's been deleted?
25 | **A.**   Correct.

1  Q.   Did you locate a directory on this Dell laptop that had a
2  mobile backup?
3  A.   I did.
4  Q.   What is a, you touched on it a little before, but what is
5  a mobile backup?
6  A.   So that's where somebody would actually backup their
7  mobile device to a computer.
8  Q.   In this case, do you know the name or designation of the
9  mobile backup for the laptop directory in this case?
10  A.   So Apple tends to put everything into a directory called
11  MobileSync.
12  Q.   Okay.  If we can bring up Government's 116.
13       Who created this graph and the information in it?
14  A.   I did.
15  Q.   And can you describe a little bit about what we're looking
16  at, sort of orient the ladies and gentlemen of the jury what
17  we're looking at?
18  A.   Sure.  From the upper left-hand corner, that is the actual
19  directory structure within the computer itself.  In this
20  particular computer, under the user's directory under the cbend
21  user and under the directory called Apple, there is a directory
22  by itself called MobileSync and under that are backups.  It's
23  actually, looks like two devices are backed up there because of
24  the unique identifier listed.
25  Q.   With the graphic that's beneath that, what is the mobile

1  backups that you were able to locate?

2  A.   It's the one that ends in 877 -- I'm sorry.  One that ends

3  in 9802E.

4  Q.   And you're using the unique device identifier when you say

5  that?

6  A.   Correct.

7  Q.   In other words, this is an iPhone 11 back up?

8  A.   Yes.

9  Q.   Okay.  And per what you were able to get from this, when

10  was the last time the iPhone 11 was backed up on the Dell

11  laptop?

12  A.   The 23rd of July in 2020.

13  Q.   What operating system was used on the iPhone 11 at the

14  time it was backed up to this Dell laptop?

15  A.   IOS 13.5.1.

16  Q.   And I believe it's already been said, but what was the

17  phone number associated with the Apple iPhone 11?

18  A.   (410)960-9562.

19  Q.   Within this mobile backup for the iPhone 11, were you able

20  to locate any particular files relative to this case?

21  A.   Yes.

22  Q.   If we can pull up Government's 118.

23       Do you recognize this Agent Oberly?

24  A.   I do.

25  Q.   Who prepared the information in the charts on these seven

1  pages?

2  A.    I did.

3  Q.    Looking at the top, that's a duplicate of what we just

4  looked at a little bit ago related to Count 2 IMG6966 found in

5  the iCloud; is that correct?

6  A.    That's correct.

7  Q.    And below it in the green heading, is that a duplicate

8  file, or excuse me, a file that was found within the mobile

9  backup related to the iPhone 11?

10  A.    That is a file related to the backup of the iPhone 11,

11  correct.

12  Q.    And this was found it says 1B4 MobileSync, 1B4 being the

13  Dell?

14  A.    Yep.

15  Q.    And looking at the MD hash at the bottom of each chart,

16  were they the same?

17  A.    Yes.

18  Q.    And did you have an opportunity to view this specific MOV

19  file and see what it is?

20  A.    Yes.

21  Q.    And did it appear to be the same as the IMG6966 MOV Count

22  2 file?

23  A.    Yes.

24  Q.    In other words, a duplicate?

25  A.    Yes.

1  Q.   We can scroll to the next page.  Again, Count 2 had three

2  media clips associated with it; is that correct?

3  A.   Yes.

4  Q.   With regard to the green version that was found in the

5  mobile backup, did you note that the -- I keep saying Maryland,

6  I'm sorry -- the MD5 hash is the same between the two?

7  A.   Yes.

8  Q.   The iCloud and the Dell?

9  A.   Yes.

10  Q.   What about the EXIF data as to date and time?

11  A.   It's the same.

12  Q.   And you had an opportunity to view this clip from the

13  iCloud as well as the version that was in the mobile backup?

14  A.   That's correct.

15  Q.   Was it the same?

16  A.   Yes.

17  Q.   Page 3, please.  And this is the third clip for Count 2,

18  the blue one being what we just looked at for the iCloud; is

19  that correct?

20  A.   Yes.

21  Q.   And the green is the associated file found in the mobile

22  backup on the Dell?

23  A.   Yes.

24  Q.   And is the hash the same?

25  A.   Yes.

1  Q.   Was the EXIF data as to date and time of creation the

2  same?

3  A.   Yes.

4  Q.   And, in fact, even the make and model of the phone used to

5  create the --

6  A.   Correct.

7  Q.   -- video file was the same?

8  A.   Correct.

9  Q.   And you viewed both of these media files?

10  A.   Yes.

11  Q.   And they appeared to be the same?

12  A.   Yes.

13  Q.   Next page, please.  As to Count 3, which had two clips to

14  it.  The top one in blue, that's what we looked at from the

15  iCloud a little bit ago; is that correct?

16  A.   Yep.

17  Q.   And the green is the version you found on the mobile

18  backup for the iPhone 11 found on the Dell?

19  A.   Yes.

20  Q.   And again the hash is the same?

21  A.   Correct.

22  Q.   GPS?

23  A.   Same.

24  Q.   The make and model of the phone?

25  A.   The same.

1  Q.   And date and time of creation?

2  A.   The same.

3  Q.   Okay.  And you had an opportunity to view these two files?

4  A.   I did.

5  Q.   And did they appear visibly to be the same?

6  A.   Yes.

7  Q.   Next.  The second clip as related to Count 3, the top one

8  is the iCloud we just looked at for IMG6975.  Do you recognize

9  that?

10 A.   I do.

11 Q.   And the green at the bottom is the version that was found

12 in this mobile backup of the iPhone 11 on the Dell; is that

13 correct?

14 A.   Yes.

15 Q.   And what did you note in terms of the hash?

16 A.   It's the same.

17 Q.   What about the GPS?

18 A.   The same.

19 Q.   Date and time of creation?

20 A.   The same.

21 Q.   What about the device used to create?

22 A.   The exact same.

23 Q.   And did you have an opportunity to view IMG6975 as well as

24 the green version PVAsset?

25 A.   Yes.

 1  Q.   And did they appear to be the same?

 2  A.   Yes.

 3  Q.   Next page, please.  As to Count 4, the top blue which we

 4  looked at, related to what was found on the iCloud.  The green

 5  at the bottom was the hash -- did you find the hash to be the

 6  same?

 7  A.   Yes.

 8  Q.   What about the GPS?

 9  A.   Same.

10  Q.   Date and time of creation?

11  A.   The same.

12  Q.   And did you have an opportunity to view IMG6969 as well as

13  this version of it on the mobile backup?

14  A.   Yes.

15  Q.   Did they appear to be the same?

16  A.   They did.

17  Q.   Okay.  One more.  And lastly related to Count 5 which we

18  just -- we looked at a little bit ago, the Apple iCloud version

19  IMG6976, and then the green version found from the mobile

20  backup.  Same date and time?

21  A.   It is.

22  Q.   Same device?

23  A.   Yes.

24  Q.   Same hash?

25  A.   Yes.

1  Q.   Same GPS?

2  A.   Yes.

3        MS. MCGUINN:  Court's indulgence for just one moment,

4  Your Honor.

5        THE COURT:  Yes.

6        MS. MCGUINN:  Thank you.

7  BY MS. MCGUINN:

8  Q.   And were you also able to locate some image files or jpegs

9  of            in the mobile backup as well?

10  A.   Yes.

11  Q.   And if we can bring up Government's Exhibit 119.

12       And you recognize this as a chart that you compiled?

13  A.   Yes.

14  Q.   And is it related to images that are Government's Exhibit

15  157A, B, C and D of minor victim that were found on this

16  laptop?

17  A.   Yes.

18  Q.   And with regard to the EXIF data associated with these

19  four images, were you able to determine or extract that

20  information from these image files?

21  A.   I was.

22  Q.   And what was the date and time, we'll start with the first

23  one, of creation for this photo?

24  A.   February 11, 2018, the Eastern conversion was

25  9:43:14 seconds a.m.

1  Q.   Okay.  With regard to the device used to create it?

2  A.   Apple iPhone 7 running IOS 11.2.5.

3  Q.   Did you provide the GPS location to the investigating

4  agents?

5  A.   Yes.

6  Q.   We can go to page 2, please.

7       This second image file, did you extract, or were you able

8  to decipher the EXIF data associated with this?

9  A.   Yes.

10  Q.   What was the date and time of the creation?

11  A.   February 11, 2018, Eastern Time, 9:43:15 a.m.

12  Q.   And this was also the Apple iPhone 7, and you were able to

13  provide the GPS to the investigating agents?

14  A.   Correct.

15  Q.   Page 3, please.

16       And with regard to this image file, this was also created

17  on March 11th, 2018 per the EXIF data?

18  A.   February 11th.

19  Q.   Excuse me, February 11, 2018, for the EXIF data?

20  A.   Correct.

21  Q.   What was the time of creation?

22  A.   9:42:47 a.m.

23  Q.   In Eastern Standard Time?

24  A.   Yes.

25  Q.   What about the device used to create it?

1  **A.**    Apple iPhone 7, 11.2.5.

2  **Q.**    Were you able to provide that GPS information to the

3  investigators?

4  **A.**    Yes.

5  **Q.**    And the fourth file, please.

6       Similarly, this was created the same data as the other

7  three, February 11th of 2018?

8  **A.**    Yes.

9  **Q.**    What was the time of creation?

10  **A.**    1:50:43 a.m. Eastern.

11  **Q.**    And again, the Apple iPhone 7?

12  **A.**    Correct.

13  **Q.**    And you provided the GPS information to the investigators?

14  **A.**    That's correct.

15  **Q.**    Agent Oberly, you did an analysis of what you know to be

16  1B8, Government's Exhibit 86, which is the Sony laptop; is that

17  correct?

18  **A.**    Right.  That's correct.

19  **Q.**    Can we bring up Government's Exhibit 115, please?

20       Agent Oberly, who prepared the information in this chart?

21  **A.**    I did.

22  **Q.**    This is related to the Sony laptop?

23  **A.**    Correct.

24  **Q.**    What information did you learn in terms of computer name

25  and operating system for this device?

1  A.   So the computer name is Chris VAIO, of course the laptop

2  name is VAIO.  Operating system is Windows 10 Home.  Specific

3  release 1803.  Installed on July 12th, 2018.

4  Q.   Were you able to locate a mobile sync backup file or

5  directory on this device?

6  A.   Yes.

7  Q.   Can we go to Government's Exhibit 120.  Do you recognize

8  this?

9  A.   I do.

10  Q.   And can you describe what we're looking at?

11  A.   Sure.

12  Q.   Can you describe what we're looking at?

13  A.   This is, specifically starting in the left-hand corners,

14  Windows.old.  When a major upgrade is done to the Windows

15  operating system, the Windows operating system that is already

16  there will archive and create a folder for Windows.old in case

17  it has to revert back to the old system.

18       Under Windows.old, under the user's data, under the

19  administrator user is a subfolder called app data and then a

20  subfolder called roaming.  And then under there is the Apple

21  computer specific folder in which a lot of things associated

22  with Apple are located.  Under there is the MobileSync backup

23  for multiple devices.

24  Q.   It appears based on the backup, as you just said, there

25  were multiple types of Apple devices that were backed up to

```
 1   this Sony?

 2   A.   Correct.

 3   Q.   Was one of those an Apple iPhone 7?

 4   A.   Yes.

 5   Q.   Were you able to recover any text messages off of that

 6   mobile backup of an iPhone 7?

 7   A.   Yes.

 8   Q.   Between                    and the Defendant?

 9   A.   Yes.

10   Q.   Did you turn that over to the investigators?

11   A.   I did.

12   Q.   It's already in evidence but if we could just bring up

13   Government's 122.

14        Do you recognize this, Agent Oberly?

15   A.   I do.

16   Q.   And is this, where it says:  Local user, Chris's iPhone,

17   MobileSync backup located on the Sony VAIO.  That's where this

18   particular chat was saved?

19   A.   That's correct.

20   Q.   And the times of the chat, if you look at just taking the

21   first blue bubble, it says -- to your knowledge is this in UTC

22   time?

23   A.   The blue bubble or the upper --

24   Q.   Well, I guess I should say the entire thing looking at the

25   heading where it says, case time zone.  Is this entire chat in
```

 1  UTC time?

 2  A.   Yes.

 3  Q.   So if a person is reading this chat and it's 12/8/15 at

 4  12:30 p.m. UTC time, Eastern Standard Time can you tell us what

 5  time this portion of the chat began?

 6  A.   At that time of the year it would be five hours behind.

 7  Q.   Why not four hours like you said before, if you could just

 8  explain that?

 9  A.   Sure.  Daylight savings time.

10  Q.   So if it's daylight savings time, in other words the

11  summer we're four hours --

12  A.   Right.

13  Q.   -- and if it's late fall/winter we're five hours under

14  UTC?

15  A.   Correct.

16  Q.   So in reading this, a person should know that it was

17  actually five hours in advance so around 7:30 a.m., or back,

18  sorry, backwards?

19  A.   Yeah.  It would be -- so it's 12:30 p.m. so it would be

20  7:30 a.m., yeah.

21  Q.   Okay.  Thank you.  Was there an Apple iPhone 7 seized for

22  you to do an analysis on in this case, a physical device?

23  A.   No.

24  Q.   Was there a mobile backup for the iPhone 6 found on the

25  Sony?

 1  A.    Yes.

 2  Q.    And was there a mobile backup for that newest model, the

 3  iPhone 11, similar to what was seen on the Dell on the Sony?

 4  A.    Yes.

 5  Q.    Did you locate any other videos of            when the

 6  EXIF data showed he was under the age of 18?

 7  A.    Yes.

 8  Q.    We can bring up Government's 121.

 9        Do you recognize this chart?

10  A.    Yes.

11  Q.    Is this related to what's already in evidence,

12  Government's 162, commonly -- the jury has seen it -- commonly

13  called the naked lap video.

14        Do you recognize this data?

15  A.    I do.

16  Q.    What was the EXIF data for this particular video?

17  A.    So Eastern Time it was created June 15th at 2017 at

18  basically 18 minutes past midnight by the Apple iPhone 7.

19  Q.    And you provided the GPS data to the investigators?

20  A.    Yes.

21  Q.    Agent Oberly, I'd like to get back to Count 1, which we

22  sort of skipped over when we were first doing the iCloud, if

23  that's okay.

24  A.    Right.

25  Q.    So the actual video for Count 1 you testified you did see

1  that video within the iCloud?

2  A.    Yes.

3  Q.    And did you see other versions or seemingly duplicate

4  versions of Count 1's video across any other devices?

5  A.    Yes.

6  Q.    Which devices?

7  A.    The 1B4, and I believe there's 1B8 as well.

8  Q.    Did you view all three of those videos, the version that

9  existed in the iCloud, the one on 1B4 a/k/a the Dell, and the

10  one on the Sony?

11  A.    Yes.

12  Q.    And did they appear to be the same?

13  A.    Yes.

14  Q.    Can we bring up Government's 123.

15        So similar to what we just did before, the blue, do you

16  agree that's IMG6965 from the iCloud.  Does that -- the

17  information in that chart, was that compiled by you?

18  A.    Yes.

19  Q.    And does that reflect the EXIF data you were able to

20  extract from that particular video?

21  A.    Yes.

22  Q.    The green version, where it says 1B4 MobileSync, is that

23  from the MobileSync backup on the Dell laptop?

24  A.    It is.

25  Q.    And again, just quickly directing to the hash at the

1  bottom of each chart, were they the same?

2  A.   Yes.

3  Q.   If we can scroll one more page.

4       The orange from the Sony VAIO, this also, was that hash

5  the same as the previous chart we just looked at?

6  A.   Yes.

7  Q.   With regard to the first page, please, I'm sorry, of 123.

8       With regard to the EXIF data as to date of creation and

9  time, what did you notice?

10 A.   So the UTC version of the EXIF data on this is two days

11 after the EXIF data indication for when it was actually written

12 to disk.  I thought that was really unusual.

13 Q.   Okay.  So let's just start.  The first version you saw was

14 in the iCloud; is that fair?

15 A.   That's correct.

16 Q.   And you saw the second line of the chart, media create

17 date/time UTC, September 18th of 2017 at 4:15 a.m.?

18 A.   Right.

19 Q.   And then when you looked at the media create date/time

20 Eastern, it jumped back two days, 9/16/17?

21 A.   Correct.

22 Q.   You said that that was unusual?

23 A.   Yes.

24 Q.   What did you then endeavor to do about that?

25 A.   So I did some research and testing with an actual mobile

1  device and basically I tried to recreate how this particular

2  anomaly could occur.

3      Ultimately, what I was able to do is, is if you set the

4  mobile device backwards, it's going to take -- the actual date

5  of the device itself.  So you're telling it it's not this

6  particular date, it's actually two days earlier or two days

7  even in the future, it's the UTC time that writes.  It's going

8  to go ahead and put that on there.  And also the media create

9  time is going to follow suit with it as well as it writes to

10  the actual disk itself.

11  **Q.**   So, in other words, what does that mean in terms of why

12  there are two different dates associated with this file?

13  **A.**   So the file itself is, in my opinion, based upon my

14  research and the evidence that I'm seeing here, this is not

15  actually the original file.

16  **Q.**   Okay.  And when you looked at all three of these, the

17  version from the iCloud, IMG6965; the version from the Dell

18  laptop that begins with PVAsset; the then third one, IMG3208

19  trim, did that word "trim" trigger anything to you leading to

20  your hypothesis in this case?

21  **A.**   Yes, the fact that the name specifically says "trim" in

22  it, absent the fact that it's named two other different things

23  as well, is an indication to me that there's some type of

24  software had to have actually trimmed the original file and

25  that this trim is actually the original and then the other two

Direct of Agent Oberly by McGuinn
Case 1:23-cr-00278-JKB   Document 226   Filed 03/19/25   Page 171 of 315
171

 1   are most likely copies.

 2   Q.   Okay.  And with regard to still all three, did the EXIF

 3   data associated with all three versions match?

 4   A.   Yes, it was consistent across all three.

 5   Q.   And you watched all three?

 6   A.   Yes.

 7   Q.   And did the videos, were they consistent in that they

 8   appeared to be the same video on all three devices?

 9   A.   It was.  They were.

10   Q.   For the EXIF data to have been altered, would a user had

11   to have access to the device that created it?

12   A.   They would have had to have access to a device to change

13   the EXIF and then ultimately save it to all three.

14   Q.   So it would have had to have been the iPhone 7 itself that

15   created?

16   A.   Right.

17   Q.   The Dell laptop or the Sony where it was saved?

18   A.   Correct.  So one of those three they would have had to

19   have access, and then get it saved to all of the other devices.

20   Q.   If you wanted to verify the EXIF data for this video, is

21   there a device that you wanted to analyze to prove the exact

22   EXIF data that should have been associated with this file?

23   A.   The actual Apple iPhone 7.

24   Q.   Did we have that in this case?

25   A.   We did not.

 1  Q.   As part of your analysis in this case, did you know or do

 2  research as to the origin of the devices in this case?

 3  A.   Yes.

 4  Q.   With regard to the Apple iCloud, I believe you already

 5  said this, but where are Apple servers located?

 6  A.   California, Nevada, North Carolina, some are from

 7  overseas.  And I think I may have missed Washington and Oregon

 8  were also some places where they had it.

 9  Q.   Do you know how those servers work in terms a person

10  standing here in Maryland using their iPhone and saving

11  information to their iCloud on the servers out in California or

12  those other states you listed?

13  A.   So once the iPhone can make some type of internet

14  connection, whether it be via cell phone or whether it be on

15  Wi-Fi, and if it's set to backup, it's going to go through the

16  backup phase as long as it's set to actually back up.

17  Q.   What about iPhones themselves?  In this case an iPhone 6,

18  and iPhone 7, an iPhone 11, an iPhone XS, to your knowledge are

19  they manufactured in the state of Maryland?

20  A.   They are not.

21  Q.   Are they manufactured in the United States?

22  A.   No.

23  Q.   With regard to Dell Inspirion laptop, do you know where

24  that was manufactured?  And that's again Government's

25  Exhibit 85.

1  A.   That particular one I believe is actually stamped on the

2  back that it is made in -- I want to say Malaysia.  I can't

3  remember it.

4  Q.   But you understand that it's stamped on the back?

5  A.   I thought that one -- one of the two laptops has it stamp

6  on the back, the other does not.

7  Q.   Can you see it there?

8  A.   Yes, it says made in China.

9  Q.   Government's Exhibit 86, which is the Sony laptop, to your

10 knowledge where was this laptop manufactured?

11 A.   So if this is the one I recall, it says compiled in the

12 United States with foreign parts, if I recall directly.  Over

13 to the left if you can move it a little bit more.

14 Q.   I'll try.  The computer is a little big.

15 A.   Opposite way.  My left so probably your right.

16 Q.   That's okay.

17 A.   The opposite way.

18 Q.   I'm going to do it sideways.

19 A.   There we go.  Perfect.

20 Q.   Sorry about that.  The computer is a little big.

21 A.   Right above the yellow sticker I believe it says

22 manufactured in U.S. with foreign components.

23 Q.   Right here (indicating).

24 A.   Yep, you see it right there.  So I looked at the battery

25 on this.  I looked at the power supply.  And I also looked at

 1  the hard drive where the data is contained.  And one is made in

 2  Japan, one is made in China, and the other I believe was made

 3  in Thailand.

 4          MS. MCGUINN:  May I have the Court's indulgence for a

 5  moment?

 6          THE COURT:  Yes.

 7          MS. MCGUINN:  Thank you.

 8      Your Honor, I have no further questions for Agent Oberly.

 9          MR. PROCTOR:  Can we have a moment, please, sir?

10          THE COURT:  Yep.

11      (Counsel conferring.)

12          THE COURT:  Yes, sir.

13          MR. PROCTOR:  We have no questions of this witness.

14          THE COURT:  May the witness be excused?

15          MS. MCGUINN:  Yes, Your Honor.

16          THE COURT:  As far as you're concerned he may be

17  excused, Mr. Proctor?

18          MR. PROCTOR:  Yes, sir.

19          THE COURT:  You are excused, sir.  You may depart.

20      We'll take the afternoon recess.

21          MS. MCGUINN:  Thank you, Your Honor.

22          THE COURT:  Ladies and gentlemen, during this recess

23  do not discuss this case with anyone.  Do not discuss it even

24  among yourselves.  Do not allow yourselves to be exposed to any

25  news articles or reports that touch about the case or the

1    issues it presents or any articles or reports related to

2    participants in the case.  Avoid all contact with any of the

3    participants in the trial.  Do not make any independent

4    investigation of the law or the facts of the case.  Do not look

5    up anything pertaining to the case or its participants on the

6    internet.  Do not consult an encyclopedia or a dictionary.

7        We'll go out until 25 minutes before 4:00, 15 minutes.

8    Take them out.

9            THE CLERK:  All rise for the jury.

10       (Jury exits at 3:19 p.m.)

11           THE COURT:  I take it Ms. Walker is next?

12           MS. MCGUINN:  Yes, Your Honor.

13           THE COURT:  How long do you project for the direct?

14           MS. MCGUINN:  Probably another about hour and a half.

15   All of the videos will be shown for her so it should take some

16   time.

17           THE COURT:  Okay.  We're out for 15.

18           THE CLERK:  All rise.  This Honorable Court now stands

19   in recess.

20       (A recess was taken from 3:20 p.m. to 3:46 p.m.)

21           THE COURT:  Are we ready for the jury?

22           MS. MCGUINN:  Yes, Your Honor.

23           THE COURT:  Are we?

24           MR. NIETO:  Yes, Your Honor.

25           THE COURT:  Ms. Walker, next witness?

1           MS. MCGUINN:  Yes, Your Honor.

2           THE COURT:  You may step up by the flagpole, ma'am.

3           THE CLERK:  All rise for the jury.

4       (Jury enters at 3:47 p.m.)

5           THE COURT:  Be seated, please.  Government will call

6   their next witness.

7           MS. MCGUINN:  Government calls Special Agent Calista

8   Walker.

9           THE CLERK:  Ma'am, please raise your right hand.

10      (Witness sworn.)

11          THE CLERK:  Thank you.  You may take a seat in the

12  witness box.  For the record, ma'am, speaking directly into the

13  microphone, can you please state and spell your first and last

14  name?

15          THE WITNESS:  Yes, it's Calista.  C-A-L-I-S-T-A.

16  Walker, W-A-L-K-E-R.

17          THE CLERK:  Thank you.

18          THE COURT:  Private channel.

19      (Whereupon, the following conference was held at the

20  bench:)

21          THE COURT:  Let the record reflect that this witness

22  has been seated in the courtroom throughout the testimony of

23  other persons.  There's a sequestration order in effect.  While

24  it was not made explicit, I think it was implicit, that

25  Ms. Walker was appearing in this proceeding as the so-called

 1  case agent, and accordingly falls under the typical exception

 2  that we accord the Government with respect to that person.

 3  They're not barred from the courtroom, despite the

 4  sequestration order.

 5       Agreed, Mr. Nieto?

 6          MR. NIETO:  Yes, Your Honor.

 7          THE COURT:  Thank you.

 8       (Whereupon, the bench conference was concluded.)

 9          THE COURT:  You're witness, ma'am.

10          MS. MCGUINN:  Thank you, Your Honor.

11                    DIRECT EXAMINATION

12  BY MS. MCGUINN:

13  Q.   Good afternoon, Agent Walker.

14  A.   Good afternoon.

15  Q.   Agent Walker, how long have you been with the FBI?

16  A.   Just under 14 years.

17  Q.   What is your current assignment?

18  A.   I'm a special agent out of our Baltimore division working

19  on our Crimes Against Children squad.

20  Q.   Although it may be self-evident, what types of cases do

21  you investigate?

22  A.   Child exploitation cases.  Cases that involved child

23  pornography and possession of child pornography.

24  Q.   Prior to your work with the FBI, do you have any prior law

25  enforcement or military experience?

1  A.    Yes, I was in the military.

2  Q.    Can you describe that time and what you did?

3  A.    From 2005 to 2010 I was in the Army, and I was an

4  interrogator.

5  Q.    And what division of the Army did you serve in?

6  A.    I was with the military intelligence.

7  Q.    And did you serve overseas?

8  A.    I did.

9  Q.    And where did you serve?

10  A.    I went to Iraq and Afghanistan.

11  Q.    Thank you.

12       As part of your current job, do you work with other law

13  enforcement agencies or task forces?

14  A.    Yes.

15  Q.    Can you describe that?

16  A.    Yeah, we have individuals that work in different counties

17  throughout Baltimore that are with the police force who then

18  become sworn officers with the FBI, and we work closely with

19  them on cases.

20  Q.    And in January of 2023, when the Defendant was arrested by

21  Baltimore County Police, did the FBI begin jointly working that

22  investigation with them?

23  A.    Yes, we did.

24  Q.    Is that common for you all to work jointly with local law

25  enforcement?

1  A.    Yes.

2  Q.    In the spring and summer of 2023, did you become involved

3  in the FBI's investigation into Christopher Bendann?

4  A.    Yes.

5  Q.    Who was your partner in that case?

6  A.    Special Agent Rachel Corn.

7  Q.    Just for the record, the individual sitting here next to

8  Ms. Hagan?

9  A.    Yes.

10 Q.    And can you tell me some of the initial review you did in

11 this case?

12 A.    Yeah, I reviewed the interviews that have been conducted

13 with the witnesses and with the victim,                 .  I

14 reviewed the search warrants that had already been conducted

15 through Baltimore County and through the FBI.  And I reviewed

16 the evidence that was seized from the location during the

17 search warrant and also the forensics that SA Oberly talked

18 about.

19 Q.    As part of your casework, touching on Agent Oberly, did

20 you work closely with him in this particular investigation?

21 A.    Yes.

22 Q.    Did the FBI obtain subscriber information for the Apple

23 iCloud account cbendann@gmail.com?

24 A.    Yes, we did.

25 Q.    Was an exhibit created to display the information that was

1   learned from those records?

2   A.   Yes.

3   Q.   Can we have Government's Exhibit 125.

4        Ma'am, do you recognize this?

5   A.   Yes, I do.

6   Q.   Who prepared this chart for us?

7   A.   Rachel Corn and I did.

8   Q.   What information did you learn from Apple regarding

9   cbendann@gmail.com?

10  A.   So the subscriber information for the DSID that we spoke

11  of earlier, we got cbendann@gmail.com and then we got the

12  information that is listed here.

13  Q.   And did you recognize that address of 115 Stanmore Road?

14  A.   Yes.

15  Q.   Is that the same address for the search warrant that

16  Detective Markel talked about earlier today was served?

17  A.   That's correct.

18  Q.   What about the day phone number associated with this

19  account?

20  A.   Yep, the phone number ending in 9562.

21  Q.   If we can go to the next page, please.

22       In this series of information, what kind of information is

23  contained in the three charts on this page of the document?

24  A.   This one has the device registration and the dates that

25  they were registered.

1  Q.   If we can highlight the first paragraph.  Thank you,
2  Ms. Jarman.
3       With regard to that paragraph, did the Defendant own an
4  iPhone 7, according to Apple?
5  A.   Yes, according to Apple.
6  Q.   When was that device registered?
7  A.   11/26 of 2016.
8  Q.   Was an iPhone 7 actually recovered in this case?
9  A.   No.
10  Q.   With regard to an iPhone XS, was that device listed and
11  provided by Apple?
12  A.   Yes.
13  Q.   And, in fact, can you see the IMEI number associated with
14  the Apple iPhone XS?
15  A.   Yes.
16  Q.   And is that the same IME number that is associated with
17  the physical iPhone XS that was seized from the Defendant's
18  home?
19  A.   Yes, it is.
20  Q.   When was that device registered with Apple?
21  A.   1/17/2019.
22  Q.   That's, just using FBI's nomenclature, that's device 1B3
23  in this particular case?
24  A.   Correct.
25  Q.   With regard to an iPhone 6, according to the Apple

 1  records, did the Defendant own an iPhone 6?

 2  A.    Yes.

 3  Q.    Did you see the IMEI associated with this device provided

 4  by Apple?

 5  A.    Yes.

 6  Q.    And is it, in fact, the same IMEI number associated with

 7  1B2 which is the iPhone 6 seized in this case?

 8  A.    That's correct.

 9  Q.    When was that device registered?

10  A.    The iPhone 6 was 11/25 of 2014.

11  Q.    So if we sort of went in order of registration, the iPhone

12  6 came first, followed by an iPhone 7, followed by an iPhone XS

13  in terms of registration dates?

14  A.    Correct.

15  Q.    What about the iPhone 11, which was the one seized off of

16  his nightstand in his bedroom?  Do you see that device listed?

17  A.    Yes.

18  Q.    Is that IMEI number in the chart actually the exact same

19  as the IMEI for the 1B1 actual iPhone device seized in this

20  case?

21  A.    That's correct.

22  Q.    When was that device registered?

23  A.    The iPhone 11 was 6/19/2020.

24  Q.    So, in fact, that device then comes sequentially after the

25  iPhone XS?

1  A.    Yes.

2  Q.    Is that the pattern and behavior consistent with a person

3  re-upping or getting a new device as a new device is introduced

4  by Apple?

5  A.    Yes.

6  Q.    And you were present during the previous testimony that

7  the Defendant was suspended from Gilman on January 16th of

8  2023; is that correct?

9  A.    Yes.

10  Q.    And you were present when we heard testimony that he was

11  actually then fired over a Zoom meeting on January 20th of

12  2023; is that correct?

13  A.    Yes.

14  Q.    If we can have what's already in evidence Government's 16.

15        Agent Walker, do you recognize that?

16  A.    Yes.

17  Q.    If you can, can you mark the date when the Defendant was

18  suspended from Gilman?  You can touch the screen.  Right.

19  A.    (Witness complies.)

20  Q.    Thank you.  What about January 20th when he was ultimately

21  fired from Gilman?

22  A.    (Witness complies.)

23  Q.    When did the FBI learn about the existence of

24        and the possibility of video or digital evidence?

25  A.    On January 23rd.

1  **Q.**  So can you mark that date?

2  **A.**  (Witness complies.)

3  **Q.**  Is that a week after the first allegations causing a

4  suspension were triggered at Gilman?

5  **A.**  Yes.

6  **Q.**  What is a preservation letter?

7  **A.**  A preservation letter is a letter we send to a service

8  provider, like Apple or Google, we ask them to preserve all of

9  the contents related to a specific account, and we're asking

10  them to preserve it until we can get legal process.

11  **Q.**  Does a preservation letter, in this case to Apple, does it

12  produce the contents of the device or the iCloud account that

13  you're interested in?

14  **A.**  No, it doesn't.

15  **Q.**  What does it do?

16  **A.**  It just freezes the contents so it cannot be deleted or

17  destroyed.

18  **Q.**  And upon learning about                   and potential

19  evidence through an iCloud account, was a preservation letter

20  sent?

21  **A.**  Yes.

22  **Q.**  To who?

23  **A.**  To Apple.

24  **Q.**  What day was it sent?

25  **A.**  January 23rd of 2023.

1  Q.   What did that letter essentially do?

2  A.   It froze all of the content referring to the account that

3  we asked to preserve so that it couldn't be altered or deleted

4  further.

5  Q.   To be fair, the iCloud account we're talking about is

6  cbendann@gmail.com that Agent Oberly just testified about a

7  little earlier; is that correct?

8  A.   That is correct.

9  Q.   Did the FBI, in fact, do a formal search warrant on

10  February 9th of 2023 for the contents of that Apple iCloud

11  account cbendann@gmail.com?

12  A.   Yes, we did.

13  Q.   And did you, did the FBI receive results from Apple

14  pertaining to that account?

15  A.   We did.

16  Q.   Once the evidence was processed by Agent Oberly and the

17  forensics team, did you have an opportunity to review it?

18  A.   I did.

19  Q.   I'm showing you what's already in evidence as Government's

20  100.  You were here when Ms. Komber testified about this

21  screenshot before?

22  A.   Yes.

23  Q.   Can you tell the ladies and gentlemen of the jury what

24  actually this screenshot is from and how you know what it is?

25  A.   So this is from the Apple return.  This is what it would

1  look like when I would go into the return to the personal
2  library.
3  Q.   That folder that's kind of shaded in blue, expunged, have
4  you seen that before?
5  A.   Yes.
6  Q.   Is that folder familiar to you in terms of where the media
7  about our five charged counts comes from?
8  A.   Yes.
9  Q.   That's the same expunged folder that Agent Oberly
10 testified about just a little bit ago?
11 A.   That's correct.
12 Q.   If we can begin first with Count 1.  Can we bring up
13 Government's 123 first.  Thank you.
14      Looking at the top of that, Agent Walker, do you recognize
15 that information that Agent Oberly just testified to about
16 IMG6965?
17 A.   I do.
18 Q.   Is that video file the charged video in Count 1 of this
19 indictment?
20 A.   Yes, it is.
21 Q.   Is the EXIF data, as you understood it from Agent Oberly,
22 is that this occurred on September 16th of 2017?
23 A.   Correct.
24 Q.   How old was                   on that date?
25 A.   16 years old.

1  Q.   Where was this video found?

2  A.   In the expunged folder of the iCloud account

3  cbendann@gmail.com.

4  Q.   And you had an opportunity to view this file?

5  A.   I did.

6  Q.   And in its totality how long is it?

7  A.   This video is approximately four minutes and 49 seconds.

8  Q.   And can you just tell us a brief description of what is

9  seen in this video just to orient the ladies and gentlemen of

10 the jury what they're about to see?

11 A.   Sure.                    is seated in the passenger's seat of

12 a moving vehicle.  He is naked from the waist down.  He is

13 holding a cell phone watching pornography and masturbating.

14 Q.   Is there background noise in this particular video?

15 A.   Yes, there is.

16 Q.   What is that background sound or audio that we can hear in

17 playing kind of in the background?

18 A.   You can hear the pornography being played.

19 Q.   Just so we're clear, the adult pornography --

20 A.   Correct.

21 Q.   -- that                has on his phone that he's holding?

22           MR. NIETO:  Objection, Your Honor.

23           THE COURT:  Basis?

24           MR. NIETO:  Basis of knowledge.

25           THE COURT:  Back up.  Don't lead.  Establish

 1  foundation.  Sustained.  You may proceed.

 2  **BY MS. MCGUINN:**

 3  **Q.**   You were present when                    testified that he

 4  would hold a phone in his hand; is that correct?

 5  **A.**   Correct.

 6  **Q.**   Do you recall him testifying that he would view adult

 7  pornography?

 8  **A.**   Yes.

 9  **Q.**   Is the background noise that you hear when you view this

10  video consistent with what                    described when he

11  testified?

12  **A.**   Yes, it is.

13  **Q.**   Is there audio or speaking between the parties who are in

14  this the video?

15  **A.**   Yes.

16  **Q.**   Was there a transcript prepared of the audio or the

17  speaking parts that you can hear that captured

18  and the Defendant?

19  **A.**   Yes, there was.

20          **MS. MCGUINN:**  Your Honor, at this time the Government

21  has a transcript which is Government's Number 127.

22          **THE COURT:**  In the binder?

23          **MS. MCGUINN:**  Yes, sir.

24          **THE COURT:**  Without objection?

25          **MR. NIETO:**  Correct, Your Honor.

1          **THE COURT:**  Hand them out.

2      What tab?

3          **MS. MCGUINN:**  I need to see it for a moment.  It's

4  going to be tab number 1.

5          **THE COURT:**  Tab 1.

6          **MS. MCGUINN:**  And there will be subsequent ones.  So

7  they can close the binder when they're done, Your Honor, if

8  that makes sense.

9          **THE COURT:**  Yep.

10     Ladies and gentlemen, you may open your binders to tab 1

11  and tab 1 only, please.  You know the procedure from the other

12  day.  We'll follow the same procedure here.

13     Are you ready to proceed, Ms. McGuinn?

14         **MS. MCGUINN:**  Yes, Your Honor.  Your Honor, at this

15  time the Government would publish Government's Number 126 which

16  is IMG6965.

17         **THE COURT:**  A video file, correct?

18         **MS. MCGUINN:**  Yes, it is a video file, Your Honor.

19         **THE COURT:**  Let's play it.

20         **MS. MCGUINN:**  Yes, Your Honor.  Just give me a moment.

21         **THE COURT:**  Yes.

22         **MS. MCGUINN:**  Jurors, can you see the -- okay.  Thank

23  you.

24      (Video playing.)

25         **THE COURT:**  You can close your binders.

1  BY MS. MCGUINN:

2  Q.    Agent Walker, were you able to capture or create some

3  still images based on the video that we just saw?

4  A.    Yes.

5  Q.    If we can bring up Government's 128.

6        Do you recognize this still image?

7  A.    I do.

8  Q.    What is this taken from?

9  A.    This is a still taken from the video that you just

10 watched.

11 Q.    Is this, in fact, the duplicate of Government's 204 which

12              viewed the other day in court?

13 A.    Yes.

14 Q.    Government's 129.

15       And what is this image of?

16 A.    This is also a screenshot taken from the video that you

17 just saw.

18 Q.    What does it depict?

19 A.    The console or dash of the vehicle.

20 Q.    Did you make any side-by-side exhibits to compare some of

21 the still shots with known images taken of the Defendant's car?

22 A.    Yes, we did.

23 Q.    Government's 130.

24       And what is this exhibit of?

25 A.    On the left is the still from the video that we just

 1  watched, and then on the right is an image that was taken

 2  during the search warrant photos of Christopher Bendann's

 3  vehicle.

 4  Q.    And Government's 131?

 5  A.    Yep, this is just another screenshot.

 6  Q.    I think I have it labeled.  It's a still shot -- I'm

 7  sorry, what do you see about the interior of the door on this

 8  one?

 9  A.    Yep.  You can just see the interior of the door and the

10  handle and the side of the door panel.

11  Q.    Thank you.  If we can bring up Government's 107, please.

12  Agent Walker, do you recognize this exhibit that Agent Oberly

13  testified to a little earlier?

14  A.    Yes.

15  Q.    And is this the EXIF data pertaining to one of the video

16  clips for Count 2?

17  A.    Yes.

18  Q.    How many video clips are actually involved in Count 2?

19  A.    There are three videos.

20  Q.    And what, according to the EXIF data, when did this, these

21  three video clips occur?

22  A.    6/21 of 2018.

23  Q.    How old would                      have been on that date?

24  A.    He would be 17 years old.

25  Q.    Where did you find these three video clips?

```
1   A.   These were in the expunged folder of the iCloud account

2   belonging to cbendann@gmail.com.

3   Q.   What device was used to create these?

4   A.   An iPhone 7.

5   Q.   Can you provide a description as to how long each video

6   clip is in actuality and those are the full videos are found at

7   Government's Exhibits 132A, 132B and 132C?

8   A.   The first video is five minutes and 45 seconds; the second

9   video is 3 minutes and 11 seconds; and the third video is 16

10  seconds.

11  Q.   For purposes of publishing these videos to the jury, did

12  you and Agent Corn endeavor to trim or shorten some of them to

13  what was necessary to be seen?

14  A.   Yes, we did.

15  Q.   And with regard to 132A, which is 6966, what did you trim

16  that down to that we would be seeing here in court today?

17  A.   Approximately 1 minute and 4 seconds.

18  Q.   That's Government's 133A.  And what about the second video

19  clip?

20  A.   We trimmed it down to 35 seconds.

21  Q.   And the third clip, did we need to trim that one down at

22  all?

23  A.   We did not.

24  Q.   And can you, again, to orient the jurors what they're

25  going to be seeing in these three videos clips, can you tell
```

1  them what they can expect to see?

2  A.   Sure.  In the first two videos,              is in the

3  passenger's seat of a vehicle.  This time the vehicle is

4  parked.  He is naked in these two videos.  Again, holding a

5  cell phone and masturbating.

6  Q.   And what about the third related clip?

7  A.   The third video,              is in the passenger's

8  seat, again, of a parked vehicle, and he is naked from the

9  waist down and holding a cell phone.

10  Q.   Again, is there background noise in this particular video?

11  A.   Yes.

12  Q.   What does that voice sound like?

13  A.   It sounds like adult pornography being played over the

14  phone.

15  Q.   Is there audio or speaking between the Defendant and

16              in this video?

17  A.   Yes.

18  Q.   Was a transcript prepared for this -- for these three

19  video clips that reflects the audio or the conversation that

20  can be heard?

21  A.   Yes.

22  Q.   That's Government's transcript is number 134, again for ID

23  only, which I believe is tab number 2.  With the Court's

24  permission for the jury to open that tab?

25          THE COURT:  Open to tab 2.  And tab 2 covers all of

 1  the exhibits or just one?

 2          MS. MCGUINN:  Yes, all three videos clips.

 3          THE COURT:  All three video clips, the transcripts

 4  that correlate the Government proffers are behind tab number 2.

 5      Jurors, you may open your transcript book now to tab 2,

 6  only tab 2.

 7          MS. MCGUINN:  Thank you.  Your Honor, at this time if

 8  we can play the trimmed version of 132A which is actually found

 9  at Government's 133A.

10          THE COURT:  We're going to play them one at a time, is

11  that your plan?

12          MS. MCGUINN:  Yes, Your Honor, one at a time.

13          THE COURT:  All right.  Play the first one.

14          MS. MCGUINN:  Thank you.

15      (Video playing.)

16          MS. MCGUINN:  The Government will now play

17  Government's Exhibit 133B, which is a trimmed version of

18  Government's 132B.

19          THE COURT:  Tab number?

20          MS. MCGUINN:  Same tab.

21          THE COURT:  Still in Tab 2.

22          MS. MCGUINN:  Yes.

23          THE COURT:  Next page.

24          MS. MCGUINN:  Thank you.  If we can play that, Agent

25  Corn, 6967.

 1              **THE COURT:**  Play it.

 2        (Video playing.)

 3  **BY MS. MCGUINN:**

 4  **Q.**   Agent Walker, just in case it's not apparent, those sort

 5  of black spaces in these first two trimmed or shortened videos,

 6  can you explain what those are?

 7  **A.**   Yeah, they're just a break in it when we would trim it

 8  down so that we know that part has been trimmed.

 9  **Q.**   Thank you.  If we can play Government's 132C.  It is not

10  trimmed down.  Can you explain why that is?

11  **A.**   It's 16 seconds so we're just going to play all 16.

12  **Q.**   Thank you.

13              **THE COURT:**  Play it.

14        (Video playing.)

15  **BY MS. MCGUINN:**

16  **Q.**   Similarly, Agent Walker, did you create some still images

17  from these three videos created from the videos themselves?

18  **A.**   Yes.

19  **Q.**   If we can bring up Government's Exhibit 135.

20        Do you recognize this?

21  **A.**   Yes.

22  **Q.**   What is this?

23  **A.**   This is a still from the third video that you watched.

24  **Q.**   Of the polo shirt that's being worn?

25  **A.**   Yes, correct.

1  Q.   And Government's 136.  What's depicted in that?

2  A.   Yes, this is a screenshot to show the panel again, the

3  door, and also there's a reflection on the window where you can

4  see the back of the filming phone that has a PopSocket on the

5  back.

6  Q.   Can we go to 137 for that.

7       What do you see here?

8  A.   Yes, this is also a screen capture that, again, shows the

9  panel of the door and the PopSocket on the back of the filming

10 phone.

11 Q.   Did you create some side-by-side exhibits of these stills

12 that we were just looking at and some of the known photographs

13 of the Defendant's car, other evidence in this case?

14 A.   Yes.

15 Q.   If we can go to Government's 138.  Can you explain in this

16 exhibit on Page 1 what is on the left and what is on the right?

17 A.   On the left is a still from the movie 6966 that shows the

18 panel of the door and you can see the sticker also on the

19 window.  And then on the right is a search warrant photo that

20 was taken that shows the Defendant Christopher Bendann's

21 vehicle with the stickers in the window in the panel of the

22 door.

23 Q.   Go to Page 2, please.  Can you orient us, what image is on

24 the left?

25 A.   On the left is a screen capture from 6966 where you can

 1  see a reflection of the back of the filming phone.

 2  **Q.**   And that's a PopSocket that you called it?

 3  **A.**   Correct.

 4  **Q.**   What's the image on the right?

 5  **A.**   The right is evidence item 1B3 which had a PopSocket on

 6  the back of the phone.

 7  **Q.**   Do they appear to be similar or the same type of

 8  PopSocket?

 9  **A.**   Yes.

10  **Q.**   Page 3, please.  Can you tell us what this is?

11  **A.**   Yes, this is to show the doors from Count 1, the panel for

12  Count 1 which is on your left, which is 6965.  And then with

13  Count 2 that's on the top right, 6966, with the search warrant

14  photo that's in the middle of the Defendant's vehicle,

15  Christopher Bendann.

16  **Q.**   And lastly, Page 4, please.

17  **A.**   On the left side is a screen capture from Count 1.  And

18  then on the right side is a screen capture from Count 2 of 6968

19  to show that he,              , had the same polo on in both

20  videos.

21  **Q.**   Thank you.  Can we bring up Government's Exhibit 205.

22        Did you view this the other day when Mr.

23  testified, I think it was Friday?

24  **A.**   Yes.

25  **Q.**   What is this a screen capture from?

A.   This is a screen capture from the second video that you just watched.

Q.   Thank you.  If we can bring up Government's Exhibit 108.

     Agent Walker, do you recognize this exhibit that Agent Oberly testified about a little bit ago?

A.   Yes, I do.

Q.   Does this exhibit pertain to the EXIF data for our Count 3, specifically as to IMG6974?

A.   Yes.

Q.   And were there more than one video clip associated with Count 3?

A.   Yeah, there are two videos.

Q.   And can we scroll to the second page briefly.  Thank you. You can go back up.

     And as to these two video clips, what was the date provided by the EXIF data as to when they were created?

A.   Created on 8/26/2018.

Q.   How old was               at that time?

A.   He was 17 years old.

Q.   Where were these two video clips located?

A.   In the expunged folder, the iCloud account belonging to cbendann@gmail.com.

Q.   With regard to the GPS positioning that was provided, the EXIF data, did you have an opportunity to research that and locate what that latitude and longitude led you to?

1   A.   Yes, I did.

2   Q.   Where was that?

3   A.   At the Halpert's residence on Malvern Avenue in Towson.

4   Q.   Did you have an opportunity to view all of these calendars

5   that Detective Markel seized in this particular case?

6   A.   Yes.

7   Q.   Are you able to see the August 24, 25th weekend?

8        THE COURT:  Can you pull it out, please, so that we

9   can see the full exhibit.  Thank you.

10       MS. MCGUINN:  I'm sorry.  Sorry about that.

11  BY MS. MCGUINN:

12  Q.   Are you able to see that?

13  A.   I can see the 24th and 25th, yes.

14  Q.   And moving to the next page onto the 26th?

15  A.   Yes.

16  Q.   According to the Defendant's calendar, what name is listed

17  on the weekend of August 24th, 25th and 26th of 2018?

18  A.   The Halpert's is on 24th and 25th.

19  Q.   What was the time associated with this particular video

20  file?

21  A.   The length of the video?

22  Q.   The time of day?  I apologize.

23  A.   I'd have to see the exhibit again.  I'm sorry.

24  Q.   Just one moment.  Technical difficulties.  According to

25  this, the EXIF data, what time of day was this video captured,

1  these videos captured?

2  A.    01:07:55 seconds a.m.

3  Q.    So approximately right around 1:00 in the morning?

4  A.    Correct.

5  Q.    And the two video files that start with 6974, what is the

6  full length of that video?

7  A.    That video is three minutes and 30 seconds.

8  Q.    What about the second video?

9  A.    The second video is three minutes and 28 seconds.

10  Q.    In this video, is there background noise that can be heard

11  while the video is playing?

12  A.    Yes.

13  Q.    What is that?

14  A.    You can hear a shower running.

15  Q.    Is there any audio or talking associated with this file?

16  A.    There is not.

17  Q.    So there's no transcript related to these two video clips?

18  A.    That's correct.

19  Q.    And at this point did we -- or were you able to trim or

20  cut down 6974 and 6975 for purposes of publishing to the jury?

21  A.    Yes.

22  Q.    Can you explain what is the full videos, which is

23  Government 139A and 139B, what was the trimmed-down length of

24  what we're going to see published, which is Government's 140A

25  and 140B?

```
 1   A.    The first video was trimmed to one minute and 26 seconds;

 2   and the second video is trimmed to one minute and 38 seconds.

 3           MS. MCGUINN:  Your Honor, at this time the Government

 4   would move to publish the shortened versions of 140A and 140B

 5   one at the time.

 6           THE COURT:  There's no correlating transcript?

 7           MS. MCGUINN:  There is not.

 8           THE COURT:  You may.

 9           MS. MCGUINN:  Thank you.  If we can start with 140A,

10   please.

11       (Video playing.)

12           MS. MCGUINN:  I'll put up Government's 140B.

13       (Video playing.)

14   BY MS. MCGUINN:

15   Q.    Agent Walker, did you make any still images taking from

16   this particular count or these two movie clips for this count?

17   A.    Yes.

18   Q.    And if we can go to Government's 141.  Hold on one second.

19       Do you recognize this?

20   A.    Yes.

21   Q.    And if you could orient the ladies and gentlemen of the

22   jury just as to this image, what can you see in it?

23   A.    Yes.  In this image you can see               who is in

24   the shower, and you can also see a reflection on the shower

25   glass door of the Defendant Christopher Bendann.
```

 1  Q.    If we can go to the Government's 142.  And, again, if you
 2  can orient us to what we're looking at here?
 3  A.    Yes.  Again, this is a screenshot from the video and you
 4  can see                    in the shower and you can see a
 5  reflection on the shower glass door of the Defendant
 6  Christopher Bendann.
 7  Q.    And Government's 143?
 8  A.    Yes.  Here you see, excuse me,                   in the
 9  shower, and you can see in the metal part of the middle of the
10  door you can see blue shorts and a white T-shirt.
11  Q.    If we could bring up Government's 206 from Friday.  You
12  were here when             testified to this?
13  A.    Yes.
14  Q.    What is this taken from?
15  A.    It's -- sorry, it's a screen capture of the video.
16  Q.    Thank you.
17  A.    Yes.
18  Q.    We can bring up Government's 144.  Did you do any
19  side-by-side comparisons?
20  A.    Yes, we did.
21  Q.    If we can go to Page 1, what is on the left and what is on
22  the right?
23  A.    On the left side we have a screen capture from 6974, and
24  then on the right side is a photo that we took -- the FBI took
25  at the Halperts' residence on Malvern Ave.

1  Q.   Can you scroll down.  What about these, as to the photo to

2  the left?

3  A.   Sure.  On the left side is a screen capture from 6975.

4  And then on the right is a photo that the FBI took at the

5  Halperts' residence where you can see the floors.  And then

6  there's a sticker on the bottom of the left side of the tub.

7  Q.   And with regard to the photo on the left, are you able to

8  see any of the Defendant's clothing?

9  A.   Yes.  You can see the blue shorts.

10 Q.   Thank you.  If we can bring up Government's 109, please.

11      Agent Walker, as to IMG6969, which is Count 4, do you

12 recall Agent Oberly testifying to this exhibit and the EXIF

13 data associated with this video?

14 A.   Yes.

15 Q.   When was this video created?

16 A.   1/2 of 2019.

17 Q.   And where was it located?

18 A.   In the expunged folder of the iCloud account belonging to

19 cbendann@gmail.com.

20 Q.   Were you able, according to the EXIF data, was it able to

21 be determined what device was used to create this video file?

22 A.   Yes, it was an iPhone 7.

23 Q.   And how long is the full video file which is found at

24 Government's 145?

25 A.   Approximately 10 minutes and 37 seconds.

1  Q.   And were you able to trim it down to a length that we
2  would be publishing here today?
3  A.   Yes.
4  Q.   At Government's 146, what did you trim that down to?
5  A.   Approximately six minutes and three seconds.
6  Q.   Can you describe again just in general what the ladies and
7  gentlemen of the jury can expect to see in this video?
8  A.   In this video, you will see the midsection of
9        who is in the shower naked.  You will see the face of
10 the Defendant Christopher Bendann as he washes and touches
11        .
12 Q.   How old is                  as of January 2nd of 2019?
13 A.   He's 17 years old.
14 Q.   With regard to the GPS data that was provided in the EXIF
15 data, were you able to locate that latitude and longitude?
16 A.   Yes.
17 Q.   Where was that found to be?
18 A.   This was at the Feiss residence on Brightside Road in
19 Towson.
20 Q.   And I'm going to show you what is already in evidence as
21 Government's Exhibit 90.  Do you recognize this, the
22 Defendant's calendar from 2018 to 2019?
23 A.   Yes, I do.
24 Q.   And I'm going to show you -- are you able to see that?
25 A.   Yes.

1  Q.   According to the Defendant's calendar, where was he on

2  January 21st and 2nd of 2019?

3  A.   Feiss.

4  Q.   Thank you.

5       And is there background noise in this particular video?

6  A.   Yes.

7  Q.   What is that background noise?

8  A.   You can hear the shower running.

9  Q.   Is there some audio or talking between the Defendant and

10            ?

11 A.   Yes, there is.

12 Q.   Was a transcript prepared of that portion of the video

13 that we're about to watch?

14 A.   Yes.

15 Q.   Government's 147, I believe it is.  Let me double-check.

16 Tab 3.  It's Tab 3, please, Your Honor, is the transcript.

17 Government's 147.

18            **THE COURT:**  Tab 3?

19            **MS. MCGUINN:**  Yes, sir.

20            **THE COURT:**  Ladies and gentlemen, reopen your binders.

21 Find tab 3.  One clip, ma'am?

22            **MS. MCGUINN:**  Yes, Your Honor.

23            **THE COURT:**  You may play it.

24            **MS. MCGUINN:**  Thank you.  If we can play the trimmed

25 version which is found at Government's 146, please.

```
 1              THE COURT:  You still got the document camera.
 2              MS. MCGUINN:  Oh, I'm so sorry.  Thank you.  Thank
 3   you.
 4         (Video playing.)
 5              THE COURT:  You can close your binders.
 6   BY MS. MCGUINN:
 7   Q.    Agent Walker, were you able to capture some still images
 8   from Count 4 or IMG6969 as well?
 9   A.    Yes.
10   Q.    And if we can show Government's 148.
11         Do you recognize that?
12   A.    Yes.
13   Q.    And is that, in fact, a duplicate of Government's 207 that
14                 identified on Friday?
15   A.    Yes.
16   Q.    And what is depicted in this particular caption?
17   A.    This is a screen capture from the video where you can see
18   the face of the Defendant Christopher Bendann in the midsection
19   of              .
20   Q.    What is on              's wrist?
21   A.    A bracelet.
22   Q.    Did you do any side-by-sides for comparison of this video
23   with other known photographs?
24   A.    Yes.
25   Q.    If we can bring up Government's 149.
```

 1      What is this exhibit?  If you could orient us as to what's

 2  on the left and what's on the right?

 3  A.    On the left is a screen capture from video 6969.  And then

 4  on the right side is a photograph the FBI took at the Feiss

 5  residence.

 6  Q.    Can you bring up Government's 110.

 7      Agent Walker, you were present when Agent Oberly testified

 8  to the EXIF data as to Count 5 which is IMG6976; is that

 9  correct?

10  A.    Yes.

11  Q.    What was the date this video was created?

12  A.    2/9 of 2019.

13  Q.    How old was                 on that date?

14  A.    He's 17 years old.

15  Q.    Where was this video file found?

16  A.    In the expunged folder, the iCloud account belonging to

17  cbendann@gmail.com.

18  Q.    Which cellular device was used to create this particular

19  video file?

20  A.    An iPhone XS.

21  Q.    According to the EXIF data, you were provided with some

22  GPS positioning?

23  A.    Yes.

24  Q.    Were you able to determine where this video was created?

25  A.    Yes, it was at the          's residence on Overbrook Road

1  in Towson.

2  Q.   With regard to the full video, which is Government's

3  Exhibit 150, what is the full length of this video?

4  A.   Full length is 11 minutes and 51 seconds.

5  Q.   And were you able to trim it down or shorten it for

6  purposes of publication, which would be Government's Exhibit

7  151?

8  A.   Yes, to nine minutes and 28 seconds.

9  Q.   And with regard to the latitude and longitude, you again

10 looked at Government's Exhibit 90, which is the Defendant's

11 2018/2019 calendar?

12 A.   Yes.

13 Q.   Are you able to see that?

14       THE COURT:  Able to see what?

15       MS. MCGUINN:  The Government's Exhibit 90.

16       THE WITNESS:  Is that the right year?

17 BY MS. MCGUINN:

18 Q.   February 2019, yes.  The weekend of the 8th and 9th, where

19 was -- according to this calendar, where was the Defendant?

20 A.   On the 8th and 9th at the Halpert residence.

21 Q.   Do you recall              testifying that she was in

22 Nashville that weekend, yes?

23 A.   Correct.

24 Q.   Government's Exhibit 5, please.  Is that              --

25 sorry.  I apologize, Your Honor.

 1       Government's Exhibit 5, is that the exhibit Ms.

 2  testified to as to traveling to Nashville that weekend?

 3  A.    Yes, it is.

 4  Q.    And that her son remained home?

 5  A.    Correct.

 6  Q.    And in this particular video, is there background noise

 7  that the grand jury -- I keep saying, I apologize -- that the

 8  jury can expect to hear?

 9  A.    Yes.

10  Q.    What is that?

11  A.    You can hear the shower running and also an exhaust fan.

12  Q.    And, again, if you could provide a general description of

13  what the jury is going to see here?

14  A.    In this video you'll see                  naked in the

15  shower.  You'll see his face in this video.  You will also see

16  the Defendant Christopher Bendann's face in the video as he

17  washes and touches              .

18  Q.    Is there talking or audio between the Defendant and

19          in this video?

20  A.    Yes.

21  Q.    Was a transcript prepared of that?

22  A.    Yes.

23  Q.    Is that Government's 152 for identification only?

24        And in our binder, Your Honor, that's under Tab 4.

25              THE COURT:  Is that right, ma'am?

```
 1          THE WITNESS:  Yes, I'm sorry.

 2          THE COURT:  Tab 4.  You may open your binders to

 3  Tab 4.

 4          MS. MCGUINN:  If we can play Government's 151 which is

 5  the shortened version of Government's 150.  Thank you.

 6      (Video playing.)

 7          THE COURT:  You can stop the tape.

 8      Ladies and gentlemen, we'll take a recess.  During this

 9  recess do not discuss the case with anyone.  Do not discuss it

10  even among yourselves.  Do not allow yourself to be exposed to

11  any news article or reports that touche upon this case or the

12  issues that it presents or any articles that relate to any of

13  the participants in the case.  Avoid all contact with any of

14  the participants in the trial.  Do not make any independent

15  investigation of the law or the facts of the case.  Do not look

16  up at anything relating to the case or its participants on the

17  internet.  Do not consult an encyclopedia or a dictionary.

18      Leave your binders on your seats on top of your Redweld

19  folders.  Take the jury out.

20          THE CLERK:  All rise for the jury.

21      (Jury exits at 4:52 p.m.)

22          THE COURT:  Be seated, please.

23      At nine minutes in length, this clip looks cumulative to

24  me.  Why do we need to put such a large segment in?

25          MS. MCGUINN:  The only reason is there's conversation
```

 1  between the parties and in fairness to the Defendant the

 2  Government didn't feel it was appropriate for us to cut what

 3  was being said between them in the event that that was

 4  something that mattered to the defense in whatever argument

 5  they wanted to make.  That is the only reason that part, the

 6  video has only been trimmed as little as we could to still keep

 7  the conversation in tact and not alter it in some way that

 8  defense or anyone else would say that we were trying to present

 9  it in a certain way.  If that's the best way to see it.  I

10  didn't want to alter it so it wouldn't be perceived any way

11  than what it was.

12          THE COURT:  Where are we now?  Seven minutes?

13          MS. MCGUINN:  I believe that's correct, Your Honor.

14          THE COURT:  With how much left?

15          MS. MCGUINN:  I'm happy to end it here.

16          THE COURT:  Let me talk to the defense.  What's your

17  position, Mr. Nieto?  Continue to play it, or have you seen

18  enough?

19          MR. NIETO:  Your Honor, we still have the residual two

20  minutes.  In the interest of completeness we ask that the whole

21  video be shown.

22          THE COURT:  Private channel.

23      (Whereupon, the following conference was held at the

24  bench:)

25          THE COURT:  We remain on the record but we're now

 1  effectively in a bench conference on our private channel.  My

 2  concern is for the jury and their well-being, and I'm watching

 3  them very closely.  Some of the jurors are visibly impacted by

 4  the images that we are requiring them to watch.  And of course

 5  a balance has to be struck here, and to the extent that the

 6  playing of the full tape is the only fair way to put this

 7  evidence in front of the jury so that elements that perhaps

 8  support a defense position or theory are before the jury is a

 9  very important factor.

10      From where we are at this point, another few minutes I

11  take it there's going to be some dialogue, Mr. Nieto, that you

12  are aware of by virtue of having viewed the evidence

13  previously?

14          **MR. NIETO:**  Yes, Your Honor.

15          **THE COURT:**  And that's necessary to your defense?

16          **MR. NIETO:**  Yes, sir.  Your Honor, if I may very

17  briefly --

18          **THE COURT:**  Do you want to talk to your cocounsel?

19          **MR. NIETO:**  I do.

20          **THE COURT:**  Very well.

21      (Counsel conferring.)

22          **MR. NIETO:**  Thank you for your patience.  Mr. Proctor

23  had an idea --

24          **THE COURT:**  I'm having trouble hearing you.  If you

25  could speak -- that's better.

 1           **MR. NIETO:**  Yes, Your Honor.  Mr. Proctor had the

 2    idea, at least in relation to this particular exhibit since we

 3    do have the transcript, if the Court would consider allowing

 4    the transcript to go in as substantive evidence, I imagine we

 5    could stop the playing of the video at this point.

 6           **THE COURT:**  How about that as a compromise?  We'd

 7    bring the jurors back in.  We would have the prosecutor with

 8    the assistance of the agent properly locate the jurors on the

 9    transcript in terms of where we are at this point and advise

10    that we are not going to play the rest of the tape; but instead

11    the jurors are free to read the portion of the transcript that

12    relates to the final two minutes, showing them where they

13    should start and then allowing them sufficient time to read it.

14    And then we'll recover the transcripts.  And that's all with

15    the understanding that the portion of the transcript that

16    records the audio track beginning at minute and second, what,

17    seven minutes?  Where are we?

18           **MS. MCGUINN:**  7:27.

19           **THE COURT:**  Beginning at seven minutes and 27 seconds

20    and continuing until the end of the track is admitted as

21    substantive evidence in the case.  That's without objection,

22    Mr. Nieto?

23           **MR. PROCTOR:**  That would be our request, Your Honor.

24           **THE COURT:**  Okay.  Very good.  Mr. Proctor, on behalf

25    of the Defendant, I take that then as an agreement that that

 1  portion may come in as audio only.

 2      In general, the transcripts are not received in evidence

 3  in this case but that segment will be.  And before the jury

 4  retires to deliberate, of course, there will need to be an

 5  exhibit made of just that portion so that that exhibit can be

 6  received as substantive evidence in the case.

 7      You follow me, Ms. McGuinn?

 8          MS. MCGUINN:  Yes, Your Honor.

 9          THE COURT:  That's the compromise.  I appreciate the

10  cooperation of counsel on this.

11      Do you need a moment to confer with the agent to show her

12  where we are so that you can, through questioning, direct her

13  to the right spot on the transcript?

14          MS. MCGUINN:  Yes, Your Honor.  I don't believe the

15  agent even has a transcript in front of her so if I can just

16  orient her and me.

17          MR. NIETO:  My apologies.

18          THE COURT:  Ask your client to please compose himself.

19          MR. NIETO:  Absolutely, Your Honor.  That's our fault.

20      (Whereupon, the bench conference was concluded.)

21          THE COURT:  Thank you.  Let's go ahead and approach

22  the agent with a transcript.

23          MR. NIETO:  Your Honor, forgive me, I apologize.

24  Before we do, if we may go back onto --

25          THE COURT:  Yes, yes.

 1          MR. NIETO:  My apologies.

 2      (Whereupon, the following conference was held at the

 3  bench:)

 4          THE COURT:  We're back on the private channel, but

 5  still very much on the record.

 6      Mr. Nieto?

 7          MR. NIETO:  Yes, Your Honor.  And my apologies, again.

 8  Equally, I want to make sure that I'm communicating with my

 9  client throughout the trial.

10          THE COURT:  Sure.

11          MR. NIETO:  Having had a chance to speak with him a

12  little bit further our proposed compromise is, unfortunately,

13  from our perspective, insufficient for what it is we're

14  endeavoring to do here for our defense.  So although it was our

15  idea initially to reach that compromise, respectfully, Your

16  Honor --

17          THE COURT:  Well, I remind counsel that decisions

18  about tactics and strategy and how the evidence should be

19  handled are matter for counsel, not your client.

20          MR. NIETO:  Understood, Your Honor.  Understood.

21          THE COURT:  Nonetheless, this is your position?

22          MR. NIETO:  This is our position, Yes, Your Honor.  We

23  would request that the jurors watch the entirety of the video.

24          THE COURT:  All right.  Bring them back in.

25      (Whereupon, the bench conference was concluded.)

 1          THE COURT:  We'll resume where we were.  Bring the

 2   jury back in.

 3       Keep the jury out, thank you.  Resume your seats.

 4          THE COURT:  Private channel.

 5       (Whereupon, the following conference was held at the

 6   bench:)

 7          THE COURT:  Mr. Nieto, help me to understand what is

 8   going to be relative and probative from the Defendant's

 9   perspective if we play the additional segment?

10          MR. NIETO:  Absolutely, Your Honor.

11   had testified on direct examination about the genesis of the

12   alleged abuse, how it began at the age of 15 and escalating in

13   the manner that it did.  There are a variety of nonverbal

14   statements and cues that are being provided in the video that

15   it's our concern that if the jury does not see those aspects of

16   it there is a -- there's an argument that will be lost.

17          THE COURT:  What's that argument?

18          MR. NIETO:  Well, the argument, Your Honor, is most

19   specifically that, again,            's testimony was that this

20   started in a certain way, that he was not aware of the video

21   recording and was not a willing participant.  The context of

22   the statements that are made towards the latter stages of this

23   video belie that testimony.

24          THE COURT:  What's the significance of the Defendant's

25   consent to the alleged conduct, Ms. McGuinn?

1          MS. MCGUINN:  There is none.  I mean, as Your Honor

2   knows, the Government's position has always been consent is not

3   an issue.  The fact that this may have some nonverbal cues is

4   actually consistent with what minor victim said, which is he

5   wasn't aware of it being filmed.  It started in the car and

6   progressed the way that it did and it's never something that he

7   wanted to do.

8          THE COURT:  Even if he did --

9          MS. MCGUINN:  Even if he did, it doesn't matter,

10  exactly.  But I just mean that --

11         THE COURT:  So, Mr. Nieto, how is your theory in

12  support of the admission of the last portion of this helpful to

13  your client given the law?

14         MR. NIETO:  Again, Your Honor, it's our position that

15  the age of the participants in this video are over the age of

16  18.

17         THE COURT:  What's your basis for contending that?

18         MR. NIETO:  Our basis is that the -- the sufficiency

19  of the evidence to establish that he was under 18 in our

20  position is lacking and fallible.  Again, Your Honor, we also

21  anticipate Mr. Bendann taking the stand.  So I'm trying to --

22         THE COURT:  Well, we have to take great pains to

23  protect the Defendant's rights in these circumstances so,

24  Ms. McGuinn, I'm having a better understanding of why it is

25  that you attempted to play the full nine minutes --

 1            MS. MCGUINN:  Thank you, Your Honor.

 2            THE COURT:  -- of this tape.  I'm deeply distressed at

 3   the potential collateral consequences of all of this for 12

 4   citizens who have been brought here and who are doing their

 5   best, I believe, to discharge their duties as jurors, but the

 6   Court has some responsibility to protect them.  And I find that

 7   some of what is being portrayed here is extreme.  That said,

 8   we'll play the additional two minutes for them.

 9        (Whereupon, the bench conference was concluded.)

10            THE COURT:  Bring the jury in.

11            THE CLERK:  All rise for the jury.

12        (Jury enters at 5:04 p.m.)

13            THE COURT:  Be seated, please.  Please open your

14   binders to Tab 4.  The segment being played for the jury is

15   approximately nine minutes and some seconds in length.  Some

16   seven minutes and 27 seconds have been played.  You may play

17   the remainder of the exhibit, Ms. McGuinn.

18            MS. MCGUINN:  Thank you, Your Honor.

19        (Video playing.)

20            MS. MCGUINN:  Can you bring up Government's 110 one

21   more time, please.

22   BY MS. MCGUINN:

23   Q.   Agent Walker, according to the EXIF data, what was the

24   approximate, again, Eastern Standard Time of this particular

25   video?

1  A.   At 10:54:27 a.m.

2  Q.   You just heard              say in this video, ask what

3  time it was and the Defendant answered 11:00 a.m.?

4  A.   Correct.

5  Q.   Did you take some still shots, again, as you've done with

6  the others, to help us see certain aspects of this particular

7  video?

8  A.   Yes.

9  Q.   If we can go to -- did you specifically do side-by-sides

10  to compare some of the stills from this video with others that

11  we've seen?

12  A.   Yes.

13  Q.   Can we go to Government's 153, please.  Can you orient the

14  jury as to what's on the left and what's on the right?

15  A.   On the left side is the screen capture from the video

16  6976.  And then on the right side is a photo taken by the FBI

17  at the        's residence.

18  Q.   And Government's Exhibit 154, please.

19  A.   Yes.  On the left side is a screen capture from video

20  6969, which was Count 4, you can see the bracelet.  And then on

21  the right side of your screen is a screen capture from 6976 of

22  the video that we just watched and you see the same bracelet.

23  Q.   Thank you.  Clear that, thank you.

24       In addition to these images that were charged in the

25  indictment, did you observe other explicit video or media of

1               and the Defendant?

2   A.   Yes.

3   Q.   Where were all of these explicit video found?

4   A.   In the expunged folder of the iCloud account.

5   Q.   What did you note about them consistent with what Agent

6   Oberly testified to them about EXIF data being available for

7   some of these?

8   A.   Some of them did not have EXIF data available and those

9   that did the victim,              , it was after his 18th

10  birthday making him legally an adult.

11         MS. MCGUINN:  Your Honor, noting the time this might

12  be a logical break.  If you would like me to keep going, I can.

13         THE COURT:  Private channel.

14      (Whereupon, the following conference was held at the

15  bench:)

16         THE COURT:  All right.  How much more do you have on

17  direct?

18         MS. MCGUINN:  We're going to go through the other

19  devices, there are some images that constitute child

20  pornography, but they would be very quick, not like a video

21  file.  But we do still have to go through the other devices, so

22  I would imagine another half an hour.  But I can go if you

23  would like me to.

24      Mr. Nieto, how much cross?

25         MR. NIETO:  Five to 10 minutes.

```
 1            THE COURT:  Let's go off the record for a minute.
 2       (There was a discussion held off the record.)
 3            THE COURT:  Private channel.
 4       Let's try to finish this witness tonight.
 5            MS. MCGUINN:  Yes, sir.
 6       (Whereupon, the bench conference was concluded.)
 7            THE COURT:  Ladies and gentlemen, we're going to go a
 8  little bit longer tonight than has been our practice.  But I
 9  think that's in the best interest of the efficiency of this
10  trial.  And so I think we may keep you for as long as another
11  45 or 50 minutes.
12       You may proceed.
13            MS. MCGUINN:  Thank you.
14  BY MS. MCGUINN:
15  Q.   Agent Walker, did you receive the other analysis from
16  Agent Oberly with regard to the other devices that he examined?
17  A.   Yes, I did.
18  Q.   Specifically, let's start with what the FBI calls 1B1 or
19  the iPhone 11.  Were there any chats at all located on that
20  device between              and the Defendant?
21  A.   There were none.
22  Q.   Was there any child pornography-related videos found on
23  the Apple iPhone 11?
24  A.   There were not.
25  Q.   Were there any images of              found that would,
```

 1  I'm going to use the word "normal," in other words not explicit

 2  images of him on 1B1?

 3  A.   Yes.

 4  Q.   If we could have Government's Exhibit 155.  Are we on the

 5  laptop?  Can you see that Agent Walker?  I just want to make

 6  sure I'm on the right computer.

 7  A.   Yes.

 8  Q.   Thank you.  That's Page 1.  Can we scroll to the next

 9  page.  Next page.  And who do you recognize the person in these

10  images?

11  A.   On the top left is              .

12  Q.   12 again, who's that?

13  A.                 .

14  Q.   Who's that?

15  A.   That's the learner's permit for              .

16       And the driver's license for            .

17  Q.   With regard to the device the FBI calls 1B2 or the iPhone

18  6, did Agent Oberly turn over the analysis of that device to

19  you?

20  A.   That's correct.

21  Q.   And of                , was there any child pornography or

22  explicit images found of              found on that device?

23  A.   No.

24  Q.   What about any normal or non-explicit images of minor

25  victim?

1  A.    Yes.

2  Q.    If we can bring up Government's 156.  This was already in

3  evidence and testified to by                but do you

4  recognize this as the images that were found on the iPhone 6?

5  A.    Yes.

6  Q.    You can scroll through them.  Thank you.

7        With regard to the device 1B4, which is the Dell laptop,

8  did Agent Oberly provide you with the analysis he did of that

9  particular device?

10  A.    Yes, he did.

11  Q.    In the Windows files of that device, were there any images

12  of                found when he was a minor?

13  A.    No.

14  Q.    And you heard Agent Oberly discuss the mobile backup file

15  that he was able to find, and were there images of

16         found there?

17  A.    Yes.

18  Q.    And were there any of them explicit or alleged child

19  pornography found on that Dell device?

20  A.    Yes, there were.

21  Q.    If we can go to Government's 118.

22        Do you recognize this exhibit that Agent Oberly just

23  testified to?

24  A.    Yes, I do.

25  Q.    And, in fact, the top is the Count 2 EXIF data from the

1  iCould and the green is from the Dell; is that correct?

2  **A.**   That is correct.

3  **Q.**   In fact, we're not going to play it again, but it was a

4  duplicate of that Count 2 video, the three clips from the car,

5  6966, 67 and 68; is that correct?

6  **A.**   Yes.

7  **Q.**   In fact, they were duplicates at the Halpert's, Count 4 at

8  the Feiss', and Count 5 from the          's bathroom, all of

9  which we just saw?

10  **A.**   That is correct.

11          **MS. MCGUINN:**  Your Honor, we're not going to publish

12  them but for purposes of the record the Government would move

13  into evidence Government's 158A, B, C, D, E, F, and G which are

14  duplicates of the videos that we just saw.

15          **THE COURT:**  Received.

16          **MS. MCGUINN:**  Thank you.

17  BY MS. MCGUINN:

18  **Q.**   And you viewed all of those video files that I just said

19  aloud and moved into evidence; is that correct?

20  **A.**   Correct.

21  **Q.**   Did they, in fact, appear to be identical to Counts 1

22  through 5?

23  **A.**   Yes, they were.

24  **Q.**   Did you locate any other child pornography image, not

25  movie files?

1  **A.**    Yes, we did.

2  **Q.**    We can bring up Government's 119.

3      Do you recognize this as what Agent Oberly testified to,

4  the charts he made?  There are four pages for four images taken

5  on February 11th of 2018; is that correct?

6  **A.**    That is correct.

7  **Q.**    And with regard to the GPS data, were you able to locate

8  where these images were created?

9  **A.**    Yes.  This was at the Halpert's residence on Malvern

10 Avenue in Towson.

11 **Q.**    Again, going to Government's Exhibit 90.  Give me a minute

12 to flip my camera.

13      On February 11th of 2018, and February 8th, 9th, 10th,

14 11th weekend --

15          **THE COURT:**  Of what year?

16          **MS. MCGUINN:**  I'm sorry, that's '19.  I apologize.  I

17 grabbed the wrong one.  Just a minute.  That's my fault.  Thank

18 you, Ms. Jarman.  Sorry.

19      February 2018, this is Government's Exhibit 89, I

20 apologize.  On the weekend of February 9th and 10th, according

21 to the Defendant's calendar, where was he on the 10th?

22 **A.**    At the Halpert's residence.

23 **Q.**    And Government's 167, did you do any side-by-side

24 comparisons from the images that we're going to see compared to

25 known images of the Halpert's bathroom?

 1  **A.**   That is correct, yes.

 2  **Q.**   Just orient us as to what's on the left and what can be

 3  seen on the right?

 4          **THE COURT:**  Document camera.

 5          **MS. MCGUINN:**  I'm sorry.  Thank you.

 6          **THE WITNESS:**  Yes.  On the left side is an image that

 7  we were just talking about that is a bathroom floor and you can

 8  see the wall.  And then on the right side is a photo that was

 9  taken by the FBI at the Halpert's residence.

10  **BY MS. MCGUINN:**

11  **Q.**   Just because we're going to go through the images a little

12  bit quickly, in the one to the left can you see a portion of

13  the minor victim,              , in that?

14  **A.**   Yes, you can.

15  **Q.**   Under the white box what can you see?

16  **A.**   You can see the backside of              .

17  **Q.**   If we can -- now Government would move to publish

18  Government 157A, B, C, D which are four image files.

19      We can do those relatively quickly, Agent Corn.

20          **THE COURT:**  Without objection?

21          **MR. NIETO:**  Correct, Your Honor.

22          **THE COURT:**  Received.  Publish.

23  **BY MS. MCGUINN:**

24  **Q.**   Thank you.  The last one do you recall -- I can't believe

25  it's the same name -- Ms. Halpert testifying to that flooring

 1  looking into her bathroom being in Charlie's room?

 2  A.    Yes, I do.

 3  Q.    Was there any non-child-pornography images of

 4        found on the 1B4 or the Dell laptop device?

 5  A.    Yes.

 6  Q.    We can bring up Government's Exhibit 159, please.  If we

 7  switch to the left.  If we can just scroll through these

 8  images.

 9        Do you recognize the person in these?

10  A.    Yes, I do.

11  Q.    Who is the younger person in these images?

12  A.                    .

13  Q.    And, Agent Walker, are you familiar with Snapchat?

14  A.    Yes.

15  Q.    Are you familiar with what           testified to that

16  Snapchat images disappear when they're sent to each other?

17  A.    That's correct.

18  Q.    In your experience as an agent, is there a way to

19  circumvent that to capture images sent to you?

20  A.    You can use another device to record like the image that's

21  on the phone that has the SnapChat running.

22  Q.    And that's way it's not a screenshot and the person

23  doesn't get notified?

24  A.    That's correct.

25  Q.    If we can bring up Government's Exhibit 160.  Before we

 1   play it -- we're about to show Government's Exhibit 160.  Have

 2   you viewed this video which was taken from the Halpert's?

 3   A.    Yes.

 4   Q.    And it is not explicit in the sense that there's no

 5   genitalia or -- of                    shown; is that correct?

 6   A.    That is correct.

 7   Q.    And do you know the EXIF data or the date associated with

 8   this particular video?

 9   A.    Yes, the date on this video is the same date as Count 3

10   when it was also at the Halpert's residence in August.

11   Q.    And that's August 26th of 2018?

12   A.    That's correct.

13   Q.    If we can show Government's Exhibit 160, please.

14         (Video playing.)

15   Q.    Thank you.  That's sufficient.  Do you know how old -- if

16   this was in August of 2018, how old was                    in this

17   video?

18   A.    In August of 2018?

19   Q.    Yes, August of 2018.

20   A.    Seventeen.

21   Q.    Thank you.  And in the video, were you able to see any

22   clothing of the person who was filming?

23   A.    Yes.

24   Q.    What was that?

25   A.    Can I -- I'm sorry, I want to make sure I get the right

 1 | description.

 2 | **Q.**   That's fine.

 3 |      (Video playing.)

 4 | **Q.**   Thank you.

 5 |      With regard to device which FBI calls 1B8, which is the

 6 | Sony VAIO notebook, did you review the analysis provided by

 7 | Agent Oberly?

 8 | **A.**   Yes, I did.

 9 | **Q.**   Were there any explicit images of              found on

10 | the Sony laptop?

11 | **A.**   Yes.

12 | **Q.**   And in fact if the Government can enter into evidence

13 | Government's Exhibit 161.

14 |      Did you recognize Government's Exhibit 161 as that trimmed

15 | image that Agent Oberly talked about that had the orange

16 | heading in his exhibit?

17 | **A.**   Yes.

18 | **Q.**   If we can bring that up, Government's 123, Page 3.

19 |      Do you recognize that?

20 | **A.**   I do.

21 | **Q.**   In fact, that's the same video as Count 1 is the moving

22 | car video taken in September of 2017; is that correct?

23 | **A.**   That is correct.

24 |      **MS. MCGUINN:**   Your Honor, the Government would move to

25 | admit 161 but we will not publish it to the jury.

 1            THE COURT:  Without objection it's received.

 2            MR. NIETO:  Correct.

 3   BY MS. MCGUINN:

 4   Q.   You had an opportunity to see earlier Government's

 5   Exhibit 162, when Mr. Jack Stuzin testified, do you recall?

 6   A.   I do.

 7   Q.   I'm not going to publish that again, but do you recall

 8   that being the naked lap video?

 9   A.   Yes.

10   Q.   What was the EXIF data associated with that video?  Can

11   you bring up Government's Exhibit 121, please?

12   A.   Yep, this was June 15th, 2017.

13   Q.   And                  would have been how old?

14   A.   16 years old.

15   Q.   I'll show you Government's Exhibit 88, which is the

16   Defendant's calendar from 2016 to 2017.  Is it on in front of

17   you?

18   A.   Yes, it is.

19   Q.   And if I can orient you to the weekend or the day of

20   June 15th, June 16th, June 17?

21   A.   Yep, on 16 and 17 it says, "Stuzin."

22   Q.   Thank you.  Were there any non-explicit images of the

23   minor victim found on the Sony laptop?

24   A.   Yes.

25   Q.   We can bring up Government's Exhibit 63.  Hold on one

 1  second.  I'll get it one day.  Thank you.

 2      Do you recognize the persons in these pictures?

 3  A.   Yes.

 4  Q.   Who are they?

 5  A.   The Defendant Christopher Bendann and              .

 6  Q.   And what about Government's 164, which is from the mobile

 7  backup within the Sony Vaio, have you reviewed these images?

 8  A.   Yes.

 9  Q.   You can publish those.  Thank you.

10      Agent Walker, did the FBI do a search warrant for the

11  Defendant's Google account?

12  A.   Yes.

13  Q.   And how many Google accounts did the FBI determine that

14  the Defendant had?

15  A.   Two.

16  Q.   We can bring up Government's 165.  Do you recognize that

17  exhibit?

18  A.   Yes, I do.

19  Q.   And as to this first page, what was the Google subscriber

20  information for cbendann@gmail.com?

21  A.   Yep, the name was Chris Bendann and the recovery email is

22  cbendann@gilman.edu and the recovery phone number is that

23  number you see that ends in 9562.

24  Q.   Thank you.  And page 2, please.

25      Is this a second Google account?

 1  **A.**   Correct.

 2  **Q.**   When was that one created?

 3  **A.**   This one was created 5/3 of 2019.

 4  **Q.**   And what is the email address associated with this second

 5  Google account?

 6  **A.**   Ckbendann@gmail.com.

 7  **Q.**   Thank you.  And were you able to see the Google searches

 8  under these two particular accounts?

 9  **A.**   Yes.

10  **Q.**   And I'm going to show you Government's Exhibit 166.

11      Did you help prepare this exhibit?

12  **A.**   Yes, I did.

13  **Q.**   And obviously this is not every Google search used -- done

14  by these accounts; is that fair to say?

15  **A.**   That is fair, yes.

16  **Q.**   With regard to these searches, if we can highlight maybe

17  the first half, please, Ms. Jarman.  Thank you.

18      Can you orient the jury as to some of the search terms

19  that were utilized?  Let's start with January 9th of 2016.

20  **A.**   "Naked blonde boys."

21  **Q.**   How old would            have been in January of 2016?

22  **A.**   Fourteen.

23  **Q.**   "Lovely blonde boy is naked."  What about "

24         ," that was March 17th of 2016, how old would

25         been then?

1  A.    Fourteen.

2  Q.    And the bottom line, "boys naked outdoors," October 17th

3  of 2016?

4  A.                    would be 15.

5  Q.    Thank you.  We can do the bottom half.  Thank you.

6      With regard to sort of the bottom half, do you recognize

7  some searches for some particular types of cameras?

8  A.    I do, yes.

9  Q.    And the third one from the top, whose birthday is

10  March 20th?

11  A.                    .

12  Q.    With regard to the sort of quarter of the way down,

13  searched for "time in London right now," July 5th, 2022.  Do

14  you recall                testifying that he had been in London in

15  July of 2022?

16  A.    Yes, I do.

17  Q.    Do you know what a ghost trail is on Snapchat?

18  A.    I'm not super familiar with it.

19  Q.    Thank you.  You can clear the exhibit.

20          MS. MCGUINN:  Your Honor, just for purposes of

21  clarity, the Government will move into evidence 132A, 132B,

22  139A, 139B.

23          THE COURT:  Hold on, the clerk has got to keep up.

24          MS. MCGUINN:  I'm sorry about that.

25          THE COURT:  Try again.

1        MS. MCGUINN:  132A, 132B, 139A, 139B, 145 and 150.

2  And for the purpose of the record, Your Honor, all of those are

3  the non-trimmed full versions of all of the videos we just

4  watched.  Should the jury need to see those they're entered

5  into evidence.  We only published the shortened versions.

6        THE COURT:  Without objection those are received.

7        MR. NIETO:  No objection, Your Honor.

8        MS. MCGUINN:  Court's indulgence for one moment, Your

9  Honor.

10        THE COURT:  Yes.

11        MS. MCGUINN:  Your Honor, I have no other questions

12  for Agent Walker.

13        THE COURT:  Cross-examination.

14                    CROSS-EXAMINATION

15  BY MR. NIETO:

16  Q.   Good evening.  Special Agent, yes?

17  A.   Yes, thank you.

18  Q.   All right, Special Agent.  I just want to draw your

19  attention to a few things about which you had testified on

20  direct.

21      With regards to Count 1, we had watched a video

22  purportedly filmed in September of 2017.  Do you remember

23  seeing that, the first video?

24  A.   Yes.

25  Q.   Okay.  Now, you sat here and you had listened to

 1           testify last week, do you remember that?

 2    A.   I do.

 3    Q.   And do you remember when he was talking about sort of the

 4    evolution of this alleged abuse and how it started and how it

 5    continued to develop?

 6    A.   Yes.

 7    Q.   And he also said that he was unaware of any recordings

 8    that were going on, do you remember that?

 9    A.   I do.

10    Q.   Right.  And so when we watched the Count 1 video, the

11    Count 1 video, right, and then the transcript, you can clearly

12    hear          say, "Oh, we live," right?

13    A.   I did hear that.

14    Q.   Presumably in relation to the fact that he was then being

15    recorded, right?

16    A.   I don't know if that's the case.

17    Q.   Well, surely you asked him about it, right?

18    A.   He also was not in service.  So I think at some point he

19    got "we live," meaning he got service and could watch the

20    pornography on his phone.

21    Q.   Oh, I see.  So it wasn't because he was being videotaped?

22    A.   I can't answer that with accuracy.  I don't know.

23    Q.   Right.  You don't know, right?

24    A.   That's what I said, yes.

25    Q.   Right.  But you investigated it, right, to double-check to

1   find out what he really meant when he said that?

2   A.   I'm not sure I understand the question?

3   Q.   It's okay, I'll keep going.  With regards to the second

4   video, August of 2018, do you remember watching that video?

5   A.   I do.

6   Q.   Now, that video that was at -- the GPS coordinates put it

7   at a particular house, did it not?

8   A.   Not video 2 or Count 2, it was in a vehicle.

9   Q.   You're right.  I'm sorry that was my mistake.  I'm not

10  trying to catch you in -- Count 3, that would be the August 26,

11  2018, alleged recording date for that video.  Do you remember

12  that?

13  A.   Yes.

14  Q.   And that was at the -- based on the GPS that was at the

15  Halpert residence in Towson, right?

16  A.   Correct.

17  Q.   And then the Government had shown you the calendar

18  purportedly representing that that was a weekend in which

19  Mr. Bendann housesat, right?

20  A.   Correct.

21  Q.   So those dates matched up?

22  A.   I'd like to see it again before I would say yes.

23  Q.   Absolutely.

24       Court's indulgence if I may briefly?

25       **THE COURT:**  Yep.

1  BY MR. NIETO:

2  Q.    Can you see the calendar in front of you?

3          THE COURT:  Exhibit?

4          THE WITNESS:  Ninety.

5          MR. NIETO:  This is Exhibit Number Government 90?

6          THE COURT:  Government's Exhibit 90 opened to the page

7  for August, and I can't see the year.  Maybe we could move it

8  slightly.  For August of 2018.

9          MR. NIETO:  I'm so sorry, Your Honor.  I think it's my

10  technological ignorance.  We disconnected something for the

11  last exhibit.  Okay.

12          THE COURT:  All right.  Government's Exhibit 90.  Pull

13  it down so we can see in the upper right-hand corner the year.

14  August of 2018.  You may proceed, counsel.

15  BY MR. NIETO:

16  Q.    So, again, the significance of this was that on

17  August 23rd to the 26th, right, Mr. Bendann was purportedly at

18  the Halpert's, correct?

19  A.    Yes.

20  Q.    But if we look at Government's Exhibit 91, which would be

21  the calendar from 2019 and 2020, you reviewed that as well,

22  correct?

23  A.    Correct.

24  Q.    All right.  So then again, ma'am, if we look at the same

25  month but a year later and on this particular date, right,

1        would have been over the age of 18 in August of 2019?

2   A.   Yes.

3   Q.   So then if we look at those same dates but for a different

4   year, right.  Again, Mr. Bendann is purportedly at the

5   Halpert's, correct?

6   A.   Correct.

7   Q.   It carries through even then over to the 25th and the

8   26th, right?

9   A.   Yes.

10  Q.   And then with regards to the video purportedly taken on

11  January 2nd of 2019, that was purportedly at the Feiss house.

12  Do you remember that, ma'am?

13  A.   Yes.

14  Q.   And, again, we had looked at some calendars to suggest

15  that that -- that he was house-sitting that weekend as well.

16  Do you remember that, ma'am?

17  A.   I do.

18  Q.   And did you happen to look then at the same dates for the

19  following year in January of 2020?

20  A.   I looked through them but if you would like to show that

21  date, that would be great.

22  Q.   All right.  Going back to Government's Exhibit 91.  Right.

23  Here we have January of 2020, correct, ma'am?

24  A.   That is correct.

25  Q.   And again based on your investigation in this case, at

 1  this point in time,            would have been over the age of
 2  18, correct?
 3  A.    Correct.
 4  Q.    And so, then again, for the same days in question, do you
 5  see any notations on this calendar as to where Mr. Bendann may
 6  have been?
 7  A.    Feiss.
 8  Q.    And then again, ma'am, we had watched I guess the last
 9  video that was purportedly taken in February 9th of 2019, that
10  one was at the            home for the GPS coordinates, right?
11  A.    That is correct.
12  Q.    For that particular weekend Mr. Bendann was not
13  housesitting or staying at that house, was he?
14  A.    Not overnight, no.
15  Q.    No, exactly.
16        So he was staying at the Halpert house at that time,
17  correct?
18  A.    That is correct.
19  Q.    Now, ma'am, you had done a review of Google searches from
20  Mr. Bendann's computer, correct?
21  A.    That is correct.
22  Q.    All right.  I want to say that was Government's
23  Exhibit 106.
24        Court's indulgence, please.
25        Do you see this, ma'am?

```
 1              THE COURT:  166 for the record.
 2   BY MR. NIETO:
 3   Q.    All right.  The first portion, right, up to March 20th
 4   astrological sign.  Do you see that?
 5   A.    Yes.
 6   Q.    March 20th astrological sign.  Did you do this Google
 7   search review?
 8   A.    Yes.
 9   Q.    So the data in here is accurate and correct?
10   A.    Yes.
11   Q.    And you did that and did Special Agent Corn doublecheck
12   your work?
13   A.    Yes, we worked together, yes.
14   Q.    So two special agents reviewed this and made sure the
15   information was accurate, right?
16   A.    Yes.
17   Q.    So March 20th astrological sign, that search was done in
18   April of 2019, right?
19   A.    Yes.
20   Q.    Again, at that particular age          would have been
21   over the age of 18, right?
22   A.    Correct.
23   Q.    Okay.  So then when we look at the initial, the searches
24   that precede it, I think Government counsel asked you about the
25   first search for naked blonde boys, that was on January 9th,
```

1   2016, right?

2   A.   Yes.

3   Q.   Do you remember that question, ma'am?

4   A.   I do; yes, sir.

5   Q.   Then the follow-up question, right, was how old was

6        at that time?  Do you remember the Government asking

7   that question?

8   A.   Yes.

9   Q.   All right.  Now, have you looked at this website to

10  determine if there was any photos of          posted on that

11  website?

12  A.   No.

13  Q.   You did not check the website?

14  A.   Correct.

15  Q.   Okay.  As far as you know, do you have any reason to

16  believe that any photos of          were to be found on that

17  website?

18  A.   I don't believe so.

19  Q.   Right.  If you did think so, we might be having a

20  different conversation, right?

21       If I scroll down back, so if we scroll a little further

22  then, here we have --

23           THE COURT:  Was that a question?

24           MR. NIETO:  I'm sorry, Your Honor.  Withdrawn.

25           THE COURT:  Next question.

1  BY MR. NIETO:

2  Q.   The part that says sort of in the middle of the page,

3  "visited, 10 best spy cameras." Do you see that, ma'am?

4  A.   Yes.

5  Q.   All right. We can see that search was conducted on --

6  well, when was that search conducted?

7  A.   January 24th of 2022. Sorry, of 2020.

8  Q.   2020. Okay. And yet the Google search that was conducted

9  was the 10 best spy cameras you can buy in 2023, correct?

10 A.   Yes.

11 Q.   All right. And then if we look at the site that was

12 visited after that, again, that was a search on January 24th,

13 2020; is that correct, ma'am?

14 A.   Correct, yes.

15 Q.   Okay. Again, those are the seven best nanny cams of what

16 year?

17 A.   2023.

18 Q.   2023. That's 2:43 a.m. UTC time, correct?

19 A.   Yes.

20 Q.   But UTC we're not moving forward four years, are we?

21 That's just a four-hour or five-hour adjustment?

22 A.   Correct. Four or five hours.

23 Q.   Four or five hours. Okay.

24      Now, during Mr. Oberly's testimony -- strike that.

25      Mr. Proctor and I had done an evidence review at the FBI

1  headquarters in anticipation of trial.  Do you remember that,

2  ma'am?

3  A.   At Baltimore's office, not headquarters.

4  Q.   My apologies.  At the Baltimore office, yes, ma'am.

5  A.   Yes.

6  Q.   All right.  And after visiting there, we had identified a

7  variety of still shots that we wanted to be reproduced.  Do you

8  remember that?

9  A.   I do.

10  Q.   All right.  And one of those reproduced photos, the

11  Government actually included as one of their exhibits.  Do you

12  remember that, ma'am?

13  A.   Yes.

14  Q.   All right.  Court's indulgence.

15       All right.  This is Government's Exhibit 117.  Do you

16  recognize this?

17  A.   Yes.

18  Q.   Now, this is a still shot taken from a video of this

19  particular bedroom.  Do you remember that, ma'am?

20  A.   That's my understanding, yes.

21  Q.   I mean, you reviewed all of these materials, did you not?

22  A.   Yes.

23  Q.   Okay.  And so this is just one camera angle of the same

24  room.  Is that your recollection?

25  A.   Yes.

 1  Q.    All right.  And if I were to show you what's been now

 2  marked as Defense Exhibit 5.

 3        Court's indulgence.

 4        Do you recognize that photo, ma'am?

 5  A.    I do.

 6  Q.    That's from the same room, is it not?

 7  A.    Yes.

 8  Q.    And that's from the same day, is it not?

 9  A.    I can't be certain.

10  Q.    Okay.  Well, let's take a look here, right.  So in this

11  particular photo, that's purportedly dated to be December 30th,

12  2018, at about 5:11 in the afternoon, right, here we have this

13  bed on the right, and we have Mr. Bendann on the left.

14        Do you see that, ma'am?

15  A.    I do, yes.

16  Q.    And we can see on the headboard, we see that pillow on

17  top.  Do you see that in the plaid style?

18  A.    I do.  Yep.

19  Q.    And then we have another plaid pillow with two other

20  pillows on the bed with comforters messed at the foot.

21        Do you see that, ma'am?

22  A.    Yes, sir.

23  Q.    All right.  Now, I'd like to show you what's been marked

24  as --

25            THE COURT:  I think that that might have been

1  Defendant's 6, not 5.

2          MS. MCGUINN:  Forgive me, Your Honor.  Defendant's 6.

3  BY MS. MCGUINN:

4  Q.   I'd like to show you what's been marked as Defense Exhibit

5  7.  All right.

6      So again, ma'am, this is another screenshot from that same

7  video of Mr. Bendann seated at the foot of the bed, right?

8  A.   Yes.

9  Q.   All right.  And now in this photo, right, again we can see

10 that same pillow on top of the headboard.

11      Do you see that, ma'am?

12 A.   I do.

13 Q.   And you see those three pillows at the head of the bed as

14 well, correct?

15 A.   Yes, sir.

16 Q.   And you can see the comforter at the base of the bed sort

17 of falling off the bed, right?

18 A.   Yes.

19 Q.   Then to the left right above a date that purportedly says

20 "March 27 of 2017," you can see what is another pillow and a

21 comfortable on top.

22      Do you see that, ma'am?

23 A.   Yes.

24 Q.   And if I were to bring back Defense Exhibit 6, lo and

25 behold, do you see the same thing there?

1  A.    Yes.

2  Q.    Right.  So these two exhibits are of the same day, right,

3  in the same room?  Does that make sense to you, ma'am?

4  A.    Yes.

5  Q.    However, however, we can see that the dates on them do not

6  match up?

7  A.    Correct.  Agent Oberly discussed that, that we wouldn't

8  use that reliability of just those dates.

9  Q.    Absolutely.  Now, these particular videos that were

10  recorded, right, there's two cameras that are recording.

11      And, ma'am, do you use an iPhone?

12  A.    I do.

13  Q.    All right.  And so you're familiar then on recording with

14  an iPhone?

15  A.    Not really.

16  Q.    All right.  Let me show you these, ma'am.

17      Is it, as far as you can understand based on your training

18  and experience, when one records a video on their iPhone does

19  it have a time and date listed in the corner?

20  A.    I don't believe so.

21  Q.    That would be inconsistent with an iPhone video camera,

22  wouldn't it?

23  A.    Correct.

24  Q.    But these are hidden cameras?

25  A.    I can't say for certain.

1  Q.   You can't say.  Do you remember this video?

2  A.   Yes.

3  Q.   Okay.  And so do you remember then what the recording

4  device was that was put at the foot of the bed?

5  A.   No.

6  Q.   Are you certain, ma'am?  I mean, you know it's not a

7  phone, right?

8  A.   I don't believe so, no.

9  Q.   Right.  Do you remember looking at that video and seeing a

10  camera or tripod set up?

11  A.   At the foot of the bed, no.

12  Q.   Right.  It was a secretive camera to record what was going

13  on in that room; isn't that true?

14  A.   Correct.

15  Q.   Right.  So if we were to go back then to your Google

16  search -- I think that was Exhibit 166, perhaps.  166, right.

17  Here we have Mr. Bendann Googling spy cameras and nanny cams,

18  right?

19  A.   Yes.

20  Q.   What year were those searches made?

21  A.   2020.

22  Q.   2020, right.  How old was            on January 24th,

23  2020?

24  A.   Eighteen.

25  Q.   And so, again, those Google searches are not on

1   December 20th, 2018 or March 27th, 2017, were they?

2   A.   No.

3        MR. NIETO:  Thank you.  Nothing further, Your Honor.

4        THE COURT:  Redirect?

5                    REDIRECT EXAMINATION

6   BY MS. MCGUINN:

7   Q.   Agent Walker, those dates that were just shown to you from

8   the defense exhibits dated in 2017 or 2018, if that was

9   reliable EXIF data showing that             would have been

10  16 and 17 years old would we have charged those?

11  A.   We would have charged those if we relied on those dates

12  alone.

13  Q.   And why didn't we rely on those dates?

14  A.   Because we can't tell if they're accurate or not.

15       MS. MCGUINN:  Thank you.  I have nothing further, Your

16  Honor.

17       THE COURT:  May the witness be excused from the stand

18  to rejoin you at the Government table?

19       MS. MCGUINN:  Yes.  I'm sorry.  Yes, Your Honor.

20       THE COURT:  And may she be excused as a witness as far

21  as the defense is concerned?

22       MR. NIETO:  Yes, Your Honor.

23       MS. MCGUINN:  She'll be recalled for the second

24  portion of this case.

25       THE COURT:  Oh, I forgot.  That's right.  We do have

 1  that procedure in place.  All right, ma'am, you may step down.

 2          **MS. MCGUINN:**  Thank you.

 3          **THE COURT:**  Ladies and gentlemen, if you would grab

 4  your transcript books and hand them to the clerks who will be

 5  collecting them.

 6          Ladies and gentlemen, it is time for us to recess for the

 7  day.  During this recess and overnight, please follow these

 8  instructions:  Do not discuss this case with anyone.  Do not

 9  discuss with your fellow jurors.  Do not discuss with any of

10  your friends or family.  Do not allow yourselves to be exposed

11  to any news articles or reports that touch about the case or

12  the issues that it presents or the participants in the trial;

13  that includes social media.  Avoid all contact of any kind with

14  any of the participants in the trial.  Do not make any

15  independent investigation of the law or the facts relevant to

16  the case.  Do not conduct internet searches with respect to the

17  issues presented or the persons participating in the trial.  Do

18  not consult external sources such as encyclopedias or

19  dictionaries in reference to the issues and terms that have

20  been presented to you here.

21          You are excused to return tomorrow 9:30.  Again, I

22  appreciate your efforts to be here by that time.  Shoot for

23  9:15.

24          Take the jury out.

25          (Jury exits at 5:49 p.m.)

1          **THE COURT:**  Be seated, please.  How much more you got,

2   Ms. McGuinn?

3          **MS. MCGUINN:**  Your Honor, the Government has about

4   five civilian witnesses tomorrow, all of whom will be

5   relatively short, the way Mr. Stuzin and Mr. Witherspoon were,

6   I would imagine.  Then recalling Agent Walker for the

7   cyberstalking portion of the investigation.

8          **THE COURT:**  And then is she the final witness?

9          **MS. MCGUINN:**  She will be the final witness.

10          **THE COURT:**  Okay.  Does the Government anticipate

11   resting tomorrow?

12          **MS. MCGUINN:**  Yes, Your Honor.

13          **THE COURT:**  Okay.  Hard to predict but at what point

14   in the day, sounds like in the afternoon?

15          **MS. MCGUINN:**  I think, yes, in the early part of the

16   afternoon I would think.

17          **THE COURT:**  Okay.  You're not required to tell me

18   anything, Mr. Nieto, but if you wish to you can tell me about

19   your case and its anticipated length.

20          **MR. NIETO:**  Your Honor, we don't anticipate calling

21   more than one defense witness, if any.

22          **THE COURT:**  Okay.

23          **MR. NIETO:**  The length of that case I would hazard to

24   guess to suggest between an hour to an hour and a half perhaps.

25          **THE COURT:**  Right.  Okay.  We still need to conduct an

1  instructions conference in this case.  I expect that we'll do

2  that at the close of the court day tomorrow.  So we'll sort of

3  see where we end up, but I would expect to end, even if the

4  testimony is running long, we'll probably still stop at say

5  4:30 or so, so that we have enough time for our instructions

6  conference without going late into the night.

7      And that puts us in a position where we may be arguing

8  this case and instructing on Wednesday.  That's how it's

9  starting to look to me.

10     Ms. McGuinn.

11         MS. MCGUINN:  Tomorrow's Tuesday.

12         THE COURT:  It's still only Monday, Ms. Hagan.

13     (Laughter.)

14         MS. MCGUINN:  Correct.  It's been a day, Your Honor.

15 Yes, based on that, that tomorrow is in fact Tuesday, yes, I

16 would agree with you Wednesday.

17         THE COURT:  All right.  What does defense counsel

18 think?  Does that sound like a reasonable estimate of where we

19 are and how this schedule is probably going to proceed?

20         MR. NIETO:  It does, Your Honor.

21         THE COURT:  Okay.  Well, let's all operate on that

22 premise.  We'll see how things develop.  But please do plan to

23 be ready for the jury instructions conference at or near the

24 end of the court day tomorrow.

25     Anything else we can productively address before we

1   adjourn for the evening, Ms. McGuinn?

2          MS. MCGUINN:  Not from the Government, Your Honor.

3          THE COURT:  Mr. Nieto?

4          MR. NIETO:  No, Your Honor.  Thank you.

5          THE COURT:  The Defendant is remanded to the custody

6   of the marshal.  Counsel are excused.  Court's adjourned until

7   tomorrow at 9:30.

8          THE CLERK:  All rise.  This honorable court now stands

9   adjourned.

10       (Court adjourned at 5:53 p.m.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CERTIFICATE OF OFFICIAL REPORTER

    I, Ronda J. Thomas, Registered Merit Reporter, Certified Realtime Reporter, in and for the United States District Court for the District of Maryland, do hereby certify, pursuant to 28 U.S.C. § 753, that the foregoing is a true and correct transcript of the stenographically-reported proceedings held in the above-entitled matter and the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

    Dated this 17th day of February 2025.


_____
Ronda J. Thomas, RMR, CRR
Federal Official Reporter

111/23

251/11 251/14

69/10 80/17

215/17 215/21

MR. McGLINN

252/21

251/11 251/14

81 Page

216/1

**MR. NIETO:**
**[53]**  4/3 4/18
4/22 6/3 7/16
20/19 23/1
23/8 38/3
50/19 51/5
51/23 53/4
110/1 111/19
111/25 113/23
175/24 177/6
187/22 187/24
188/25 211/19
212/14 212/16
212/19 212/22
213/1 214/17
214/19 214/23
215/1 215/7
215/11 215/20
215/22 216/10
216/18 217/14
217/18 220/25
226/21 230/2
234/7 237/5
237/9 241/24
248/3 248/22
250/20 250/23
251/20 252/4

**MR. PROCTOR:**
**[19]**  32/19
34/21 35/6
35/12 62/9
64/21 66/14
67/9 67/12
68/15 81/8
82/13 82/19
87/5 119/14
174/9 174/13
174/18 213/23

**MS. HAGAN:**
**[30]**  23/11
31/8 35/8
35/10 35/15
36/4 37/25
41/7 41/20
45/20 53/1
53/3 53/7
53/21 62/6
63/15 63/23
68/11 68/13
83/12 83/21
83/23 84/4
86/21 87/2
87/8 88/1
104/18 111/21

**[115]**  3/21
3/25 4/24 5/13
5/17 5/23 6/8
6/13 6/18 6/21
7/2 7/7 7/9
7/11 8/17 9/5
11/5 11/7
20/13 20/16
23/4 23/6
41/15 68/18
81/5 82/15
82/17 83/18
112/7 112/11
113/10 113/14
113/22 114/3
114/7 114/10
114/20 119/11
120/20 161/3
161/6 174/4
174/7 174/15
174/21 175/12
175/14 175/22
176/1 176/7
177/10 188/20
188/23 189/3
189/6 189/14
189/18 189/20
189/22 194/2
194/7 194/12
194/14 194/16
194/20 194/22
194/24 199/10
201/3 201/7
201/9 201/12
205/19 205/22
205/24 206/2
208/15 210/4
210/25 211/13
211/15 213/18
214/8 214/14
217/1 217/9
218/1 218/18
218/20 220/11
220/18 221/5
221/13 224/11
224/16 225/16
226/5 229/24
233/20 233/24
234/1 234/8
234/11 245/2
248/15 248/19
248/23 249/2
250/3 250/9
250/12 250/15

PROSPECTIVE
JUROR: **[1]**
31/11
**THE CLERK:**
**[28]**  7/21
8/22 9/3 23/17
23/19 35/22
36/2 53/13
53/15 53/19
69/1 83/9
83/14 84/9
84/14 113/3
113/6 113/25
114/14 175/9
175/18 176/3
176/9 176/11
176/17 210/20
218/11 252/8
**THE COURT:**
**[247]**  3/2
3/23 4/2 4/5
4/20 4/23 5/11
5/15 5/21 6/2
6/5 6/9 6/14
6/19 7/1 7/4
7/8 7/10 7/12
7/17 7/23 8/1
8/19 9/4 10/25
11/6 20/15
20/18 23/3
23/5 23/7 23/9
23/13 23/25
24/15 24/17
31/10 32/12
34/20 35/5
35/7 35/9
35/11 35/13
35/16 36/3
38/2 38/4
41/10 41/13
41/17 41/19
41/21 45/22
50/22 51/4
51/24 53/2
53/5 53/9
53/20 62/8
62/10 63/16
63/22 64/5
64/23 64/25
65/17 65/20
66/13 67/10
67/13 68/12
68/14 68/16
68/20 69/7

69/10 80/17
82/14 82/16
82/18 82/20
83/11 83/13
83/17 83/19
83/22 83/25
84/6 84/15
87/1 87/3 87/6
87/11 104/20
110/2 111/20
111/22 111/24
112/1 112/3
112/6 112/10
112/12 112/14
113/5 113/9
113/11 113/21
113/24 114/2
114/4 114/9
114/11 114/19
119/15 161/5
174/6 174/10
174/12 174/14
174/16 174/19
174/22 175/11
175/13 175/17
175/21 175/23
175/25 176/2
176/5 176/18
176/21 177/7
177/9 187/23
187/25 188/22
188/24 189/1
189/5 189/9
189/17 189/19
189/21 189/25
193/25 194/3
194/10 194/13
194/19 194/21
194/23 195/1
195/13 199/8
201/6 201/8
205/18 205/20
205/23 206/1
206/5 208/14
209/25 210/2
210/7 210/22
211/12 211/14
211/16 211/22
211/25 212/15
212/18 212/20
212/24 213/6
213/19 213/24
214/9 214/18
214/21 214/25
215/4 215/10

215/17 215/21
216/4 216/7
216/17 216/24
217/8 217/11
217/17 217/22
218/2 218/10
218/13 220/13
220/16 221/1
221/3 221/7
224/15 225/15
226/4 226/20
226/22 230/1
233/23 233/25
234/6 234/10
234/13 236/25
237/3 237/6
237/12 240/1
241/23 244/25
244/25 248/4
248/17 248/20
248/25 249/3
250/1 250/8
250/10 250/13
250/17 250/22
250/25 251/12
251/17 251/21
252/3 252/5

**THE WITNESS:**
**[18]**  9/1 11/3
23/23 24/16
36/1 51/3
53/17 69/5
69/9 80/21
84/12 112/2
114/17 176/15
208/16 210/1
226/6 237/1

**$**

**$1,400 [3]**
33/13 33/13
34/1
**$330 [2]**  33/8
33/9
**$8,287 [1]**
34/13

**'**

**'13, [1]**  26/6
**'14 [1]**  26/6
**'19 [1]**  225/16
**'90s [1]**
118/15
**'91 [1]**  118/11
**'s [8]**  34/1

**'** 
**'s... [7]**
34/13 45/8
206/20 207/25
216/19 219/17
224/8

**0**

**01:07:55 [1]**
200/2

**1**

**1's [1]** 168/4
**1-terabyte [1]**
148/25
**1/17/2019 [1]**
181/21
**1/2 [1]** 203/16
**1/9/20 [2]**
33/8 33/9
**10 [14]** 39/2
39/24 39/24
69/23 71/13
113/1 115/21
151/7 152/23
164/2 203/25
220/25 242/3
242/9
**100 [2]** 77/18
185/20
**105 [1]** 125/1
**105474467.extra
cted.zip [1]**
137/13
**106 [1]** 239/23
**107 [2]** 136/19
191/11
**108 [3]** 140/4
140/4 198/3
**109 [2]** 141/21
203/10
**10:00 p.m [1]**
59/22
**10:04 [1]** 7/22
**10:54 a.m [1]**
142/22
**10:54:27 a.m
[1]** 219/1
**10th [5]** 15/13
33/8 225/13
225/20 225/21
**11 [22]** 125/9
143/23 155/7
155/10 155/13
155/17 155/19
156/9 156/10

158/18 159/12
162/19 167/3
162/19 167/3
172/18 182/15
182/23 192/9
208/4 221/19
221/23
**11.2.5 [2]**
162/2 163/1
**11.4 [2]**
139/15 140/1
**11/25 [1]**
182/10
**11/26 [1]**
181/7
**110 [4]** 142/16
142/16 207/6
218/20
**111 [1]** 144/1
**112 [1]** 145/25
**113 [1]** 146/15
**114 [1]** 152/9
**115 [4]** 88/14
88/18 163/19
180/13
**116 [1]** 154/12
**117 [2]** 150/14
243/15
**118 [2]** 155/22
223/21
**119 [2]** 161/11
225/2
**11:00 a.m [1]**
219/3
**11:37 [1]**
83/10
**11:38 [1]**
83/16
**11:50 [2]** 83/8
83/13
**11:55 [1]**
83/16
**11:56 [1]**
83/24
**11th [7]** 15/13
162/17 162/18
163/7 225/5
225/13 225/14
**12 [3]** 63/4
218/3 222/12
**12.1.2 [1]**
142/25
**12/8/15 [1]**
166/3
**120 [1]** 164/7
**121 [2]** 167/8

230/11
122/20 123/2
**123 [4]** 168/14
169/7 186/13
229/18
**125 [1]** 180/3
**126 [1]** 189/15
**127 [1]** 188/21
**128 [1]** 190/5
**129 [1]** 190/14
**12:04:30 [1]**
139/21
**12:14:36 a.m
[1]** 139/8
**12:17:51 a.m
[1]** 138/10
**12:30 p.m [2]**
166/4 166/19
**12:36 [1]**
113/4 113/8
**12:48 a.m [1]**
141/13
**12th [3]** 15/2
15/11 164/3
**13.5.1 [1]**
155/15
**130 [1]** 190/23
**131 [1]** 191/4
**132A [6]**
136/22 192/7
192/15 194/8
233/21 234/1
**132B [4]** 192/7
194/18 233/21
234/1
**132C [2]** 192/7
195/9
**133A [2]**
192/18 194/9
**133B [1]**
194/17
**134 [1]** 193/22
**135 [1]** 195/19
**136 [1]** 196/1
**137 [1]** 196/6
**138 [1]** 196/15
**139A [4]** 140/5
200/23 233/22
234/1
**139B [3]**
200/23 233/22
234/1
**14 [1]** 177/16
**140A [3]**
200/24 201/4
201/9

**140B [3]**
201/12
**141 [1]** 201/18
**142 [1]** 202/1
**143 [1]** 202/7
**144 [1]** 202/18
**145 [3]** 141/22
203/24 234/1
**146 [2]** 204/4
205/25
**147 [2]** 205/15
205/17
**148 [1]** 206/10
**149 [1]** 206/25
**15 [11]** 30/4
31/7 113/1
133/17 133/19
135/17 166/3
175/7 175/17
216/12 233/4
**150 [4]** 142/17
208/3 210/5
234/1
**1501 [1]** 10/2
**151 [2]** 208/7
210/4
**152 [1]** 209/23
**153 [1]** 219/13
**154 [1]** 219/18
**155 [1]** 222/4
**156 [1]** 223/2
**157A [2]**
161/15 226/18
**158A [1]**
224/13
**159 [1]** 227/6
**15th [3]**
167/17 230/12
230/20
**16 [9]** 5/2
183/14 186/25
192/9 195/11
195/11 230/14
230/21 248/10
**16.2 [1]**
144/12
**160 [3]** 227/25
228/1 228/13
**161 [3]** 229/13
229/14 229/25
**162 [6]** 41/8
41/20 41/24
43/5 167/12
230/5
**164 [1]** 231/6

**165 [1]** 231/16
**166 [4]** 232/10
240/1 247/16
247/16
**167 [1]** 225/23
**16th [3]** 183/7
186/22 230/20
**17 [9]** 138/8
169/20 191/24
198/19 204/13
207/14 230/20
230/21 248/10
**175 [2]** 44/8
44/9
**17th [3]**
232/24 233/2
253/12
**18 [10]** 28/12
28/13 115/8
167/6 167/18
217/16 217/19
238/1 239/2
240/21
**1803 [1]** 164/3
**18th [4]** 34/1
34/13 169/17
220/9
**19 [1]** 31/1
**19A [2]** 29/23
30/18
**19B [2]** 30/20
30/21
**19C [2]** 30/13
30/14
**19D [1]** 31/5
**19th [1]**
110/22
**1:00 [1]**
112/25
**1:00 in [1]**
200/3
**1:07:55 seconds
[1]** 141/1
**1:30:43 seconds
[1]** 142/7
**1:45 [1]** 113/5
**1:45 or [1]**
113/1
**1:50:43 a.m [1]**
163/10
**1:54 [1]** 113/8
**1:55 [1]** 114/1
**1AK6146 [2]**
88/16 102/10
**1B [1]** 125/7
**1B1 [9]** 125/3

**1**

**1B1... [8]**
125/4 125/9
125/11 125/20
143/22 182/19
221/18 222/2
**1B2 [6]** 125/3
125/11 145/21
146/2 182/7
222/17
**1B3 [4]** 125/25
146/11 181/22
197/5
**1B4 [12]** 147/7
151/14 151/15
152/15 153/9
156/12 156/12
168/7 168/9
168/22 223/7
227/4
**1B8 [5]** 125/20
147/9 163/16
168/7 229/5
**1st [2]** 146/8
151/7

**2**

**2/9 [1]** 207/12
**20 [4]** 29/9
33/8 33/9 49/4
**200 [1]** 121/10
**2000 [1]** 151/7
**2001 [1]** 32/7
**2005 [1]** 178/3
**2009 [1]** 88/15
**2010 [5]** 27/11
27/16 27/18
27/19 178/3
**2012 [1]** 26/5
**2012, '13, '14
[1]** 26/6
**2014 [2]** 38/17
182/10
**2015 [7]** 10/8
11/2 11/4
70/10 81/17
85/16 99/13
**2016 [10]** 34/9
99/13 99/18
181/7 230/16
232/19 232/21
232/24 233/3
241/1
**2017 [18]** 10/8
11/1 11/4 26/9

34/9 99/18
122/5 152/23
167/17 169/17
186/22 229/22
230/12 230/16
234/22 245/20
248/1 248/8
**2018 [44]**
14/13 14/21
15/16 15/22
16/11 16/16
17/1 17/19
18/3 21/7 22/7
22/21 24/13
25/9 28/7
34/11 38/17
99/23 100/1
140/24 161/24
162/11 162/17
162/19 163/7
164/3 191/22
198/17 199/17
204/22 225/5
225/13 225/19
228/11 228/16
228/18 228/19
236/4 236/11
237/8 237/14
244/12 248/1
248/8
**2018/2019 [1]**
208/11
**2019 [35]**
21/19 21/21
22/4 22/18
22/18 22/21
22/22 29/10
33/12 38/17
54/21 81/19
85/13 85/16
100/1 100/4
109/23 110/15
142/7 142/22
146/8 181/21
203/16 204/12
204/22 205/2
207/12 208/11
208/18 232/3
237/21 238/1
238/11 239/9
240/18
**2020 [16]** 10/9
36/22 37/12
100/4 100/7
155/12 182/23
237/21 238/19

238/23 242/7
242/12 242/19
247/21 247/22
247/23
**2021 [5]** 34/17
100/7 100/11
119/6 152/25
**2022 [6]** 34/17
100/11 110/22
233/13 233/15
242/7
**2023 [20]** 30/9
49/22 54/10
85/21 86/12
89/4 89/5
119/7 124/11
144/18 144/24
178/20 179/2
183/8 183/12
184/25 185/10
242/9 242/17
242/18
**2024 [5]** 1/12
2/2 85/10
85/13 132/12
**2025 [1]**
253/12
**204 [1]** 190/11
**205 [1]** 197/21
**206 [2]** 42/5
202/11
**207 [1]** 206/13
**20th [7]**
183/11 183/20
233/10 240/3
240/6 240/17
248/1
**21 [1]** 191/22
**21204 [1]**
69/15
**21212 [1]**
88/15
**21st [2]** 85/21
205/2
**22 [1]** 36/10
**23 [2]** 9/19
12/12
**23-cr-0278-JKB
[1]** 1/5
**23rd [4]**
155/12 183/25
184/25 237/17
**24 [1]** 199/7
**24th [9]** 16/16
17/1 17/21
199/13 199/17

199/18 242/7
**25 [4]** 9/19
112/25 175/7
182/10
**250 [1]** 149/2
**25th [7]** 17/12
17/21 199/7
199/13 199/17
199/18 238/7
**26 [10]** 1/12
2/2 14/11 15/9
21/7 132/12
140/24 181/7
201/1 236/10
**26th [9]** 17/21
28/15 28/16
111/3 199/14
199/17 228/11
237/17 238/8
**27 [6]** 14/15
14/16 150/23
213/19 218/16
245/20
**27th [2]** 111/4
248/1
**28 [7]** 9/19
16/10 17/20
22/7 200/9
208/8 253/6
**29 [1]** 16/14
**2:00 [1]** 113/2
**2:43 a.m [1]**
242/18
**2nd [6]** 28/21
29/10 142/7
204/2 205/2
238/11

**3**

**30 [4]** 60/9
76/11 81/24
200/7
**30-day [1]**
76/16
**300 [1]** 118/22
**30A [1]** 19/2
**30B [1]** 19/9
**30C [1]** 19/15
**30D [1]** 19/19
**30E [1]** 20/6
**30F [1]** 20/11
**30K [1]** 49/4
**30th [2]** 86/12
244/11
**31 [1]** 152/25

**35 [2]** 8/14
101/20
**36 [4]** 2/9
89/22 89/23
91/25
**37 [3]** 91/22
91/23 203/25
**38 [7]** 92/3
92/5 92/9
92/14 92/15
105/13 145/22
201/2
**39 [1]** 92/11
**3:19 [1]**
175/10
**3:20 [1]**
175/20
**3:46 [1]**
175/20
**3:47 [1]** 176/4
**3rd [4]** 34/16
89/4 89/5
144/18

**4**

**40 [8]** 78/3
79/13 80/6
80/12 82/6
83/23 92/18
93/6
**40-day [1]**
80/11
**41 [4]** 93/11
93/11 93/12
93/24
**410 [2]** 144/14
155/18
**412 [4]** 64/4
64/8 65/21
66/7
**42 [3]** 93/11
94/6 94/7
**43 [2]** 94/13
94/14
**44 [2]** 94/22
94/23
**45 [6]** 95/16
95/17 95/23
95/24 192/8
221/11
**46 [5]** 95/20
95/21 96/4
96/5 96/16
**47 [2]** 96/20
96/21
**48 [1]** 97/8

**4**

**49 [3]**    97/11
97/22 187/7
**4:00 [1]**    175/7
**4:15 a.m [1]**
169/17
**4:30 or [1]**
251/5
**4:52 [1]**
210/21

**5**

**5/3 [1]**    232/3
**50 [3]**    98/9
98/11 221/11
**51 [2]**    98/14
208/4
**52 [1]**    98/18
**53 [2]**    2/12
98/21
**54 [1]**    99/2
**55 [1]**    99/6
**56 [2]**    100/17
100/18
**57 [1]**    100/21
**58 [2]**    101/14
101/15
**59 [1]**    101/18
**5:04 [1]**
218/12
**5:11 in [1]**
244/12
**5:20 a.m [1]**
89/7
**5:49 [1]**
249/25
**5:53 [1]**
252/10
**5th [1]**    233/13

**6**

**6/19/2020 [1]**
182/23
**6/21 [1]**
191/22
**60 [1]**    101/20
**61 [1]**    101/22
**62 [3]**    24/10
102/7 102/8
**63 [2]**    102/12
230/25
**64 [1]**    102/15
**65 [1]**    102/18
**66 [2]**    102/20
105/4
**67 [2]**    102/22

224/5
99/11
224/5
**69 [1]**    103/9
**6965 [1]**
197/12
**6966 [5]**
192/15 196/17
196/25 197/13
224/5
**6967 [2]**    137/4
194/25
**6968 [2]**    137/4
197/18
**6969 [2]**    207/3
219/20
**6974 [3]**    200/5
200/20 202/23
**6975 [2]**
200/20 203/3
**6976 [2]**
219/16 219/21

**7**

**70 [1]**    103/11
**71 [1]**    103/13
**72 [1]**    103/15
**73 [1]**    103/17
**7318 [2]**    24/14
24/15
**74 [1]**    103/20
**75 [1]**    103/22
**750 [1]**    149/5
**753 [1]**    253/7
**76 [1]**    103/24
**77 [1]**    104/1
**78 [1]**    104/3
**7801 [1]**    65/16
**79 [1]**    104/5
**7:27 [1]**
213/18
**7:30 a.m [2]**
166/17 166/20

**8**

**8/26/2018 [1]**
198/17
**80 [1]**    104/7
**81 [1]**    104/9
**82 [3]**    96/10
96/12 143/25
**825 [1]**    69/15
**83 [2]**    97/17
97/18
**84 [5]**    97/17
98/1 98/6 98/7

146/11
93/3 147/10
172/25
**86 [5]**    101/1
101/3 147/9
163/16 173/9
**87 [2]**    99/10
99/11
**877 [1]**    155/2
**88 [2]**    99/17
230/15
**89 [2]**    99/22
225/19
**8th [3]**    208/18
208/20 225/13

**9**

**9/16/17 [1]**
169/20
**90 [9]**    99/25
110/4 204/21
208/10 208/15
225/11 237/5
237/6 237/12
**91 [3]**    100/3
237/20 238/22
**92 [1]**    100/6
**93 [2]**    99/10
100/10
**94 percent [1]**
82/3
**9562 [4]**
144/14 155/18
180/20 231/23
**96 [1]**    86/23
**960-9562 [2]**
144/14 155/18
**9802E [1]**
155/3
**9:00 [1]**    43/17
**9:15 [1]**
249/23
**9:30 [2]**
249/21 252/7
**9:42:47 a.m [1]**
162/22
**9:43:14 seconds
[1]**    161/25
**9:43:15 a.m [1]**
162/11
**9:56 [2]**    1/12
3/1
**9th [10]**    15/13
22/18 185/10
208/18 208/20

225/13 225/20
240/25

**A**

**a.m [26]**    1/12
3/1 7/22 83/10
83/16 83/16
83/24 89/7
113/4 138/10
139/8 139/21
141/1 141/13
142/22 161/25
162/11 162/22
163/10 166/17
166/20 169/17
200/2 219/1
219/3 242/18
**ability [4]**
3/16 3/18
131/6 133/25
**able [57]**    8/11
19/22 72/3
72/12 73/11
76/24 77/2
77/4 108/13
116/4 121/12
122/18 126/21
130/8 135/19
136/7 136/9
141/4 141/18
142/11 143/1
143/15 145/6
149/6 153/6
153/8 155/1
155/9 155/19
161/8 161/19
162/7 162/12
163/2 164/4
165/5 168/19
170/3 190/2
199/7 199/12
200/19 203/7
203/20 203/20
204/1 204/15
204/24 206/7
207/24 208/5
208/13 208/14
223/15 225/7
228/21 232/7
**about [119]**
4/15 5/2 10/21
13/5 14/9
14/19 18/12
18/18 19/9
20/11 34/19

40/10 45/7
47/5
47/23 48/8
48/18 48/20
49/19 51/8
52/3 52/6
52/13 52/24
56/24 57/16
59/7 61/17
63/24 65/3
67/16 68/7
70/1 71/20
71/25 71/25
73/3 75/9 83/1
89/12 98/1
98/14 105/4
105/13 108/18
117/16 118/21
119/20 119/25
121/10 121/25
122/2 126/4
126/18 126/23
131/8 131/25
134/14 137/18
138/16 138/19
150/8 151/8
151/19 153/15
154/15 157/10
159/17 159/21
160/8 162/25
169/24 172/17
173/20 174/25
175/14 179/18
180/16 180/18
182/15 183/20
183/23 184/18
185/5 185/6
185/20 186/7
186/10 186/15
187/10 191/7
192/18 193/6
198/5 199/10
200/8 203/1
205/13 213/6
215/18 216/11
220/5 220/6
222/24 226/7
228/1 229/15
231/6 232/23
233/24 234/19
235/3 235/17
240/24 244/12
249/11 250/3
250/18
**above [6]**
19/12 133/19

**A**

**above...** **[4]**
135/17 173/21
245/19 253/9

**above-entitled**
**[1]** 253/9

**absent [1]**
170/22

**Absolutely [8]**
4/18 7/7 75/11
134/15 214/19
216/10 236/23
246/9

**abuse [2]**
216/12 235/4

**academy [2]**
85/19 115/10

**accept [1]**
120/14

**access [9]**
3/10 72/3
76/17 77/3
108/16 134/13
171/11 171/12
171/19

**AccessData [1]**
116/24

**AccessData's**
**[2]** 118/4
148/17

**accessed [1]**
117/11

**accesses [1]**
74/6

**accessing [1]**
75/10

**accord [1]**
177/2

**according [13]**
140/22 181/4
181/5 181/25
191/20 199/16
199/24 203/20
205/1 207/21
208/19 218/23
225/20

**accordingly [3]**
3/6 64/8
177/1

**account [24]**
29/14 29/17
126/10 128/19
128/24 145/9
179/23 180/19
184/9 184/12

184/19 185/2
185/14 187/2
192/1 198/21
203/18 207/16
220/4 231/11
231/25 232/5

**accounts [7]**
122/22 122/22
144/21 146/9
231/13 232/8
232/14

**accuracy [1]**
235/22

**accurate [5]**
14/12 111/9
240/9 240/15
248/14

**accusations [1]**
47/9

**acquaintances**
**[1]** 31/21

**acronym [1]**
121/3

**across [4]**
19/21 152/3
168/4 171/4

**active [2]**
118/19 143/15

**actual [18]**
72/21 77/19
95/4 127/25
134/9 134/21
135/14 136/3
136/22 141/22
143/25 154/18
167/25 169/25
170/4 170/10
171/23 182/19

**actuality [1]**
192/6

**actually [89]**
3/19 11/20
20/8 21/10
48/9 49/7
50/15 52/6
60/3 70/9
70/12 70/24
70/24 70/25
72/5 72/11
72/11 72/18
72/21 72/25
73/4 73/15
73/16 74/2
74/3 74/13
75/2 75/14

76/5 76/11
78/1 78/3 78/9
78/10 79/2
79/20 80/2
80/25 81/1
81/3 116/14
117/10 121/16
125/22 126/25
127/24 128/16
128/21 128/23
129/3 130/3
130/24 130/25
132/7 132/8
133/25 134/3
134/11 135/3
135/9 137/15
138/4 146/25
148/16 149/12
150/1 150/21
150/23 151/18
154/6 154/23
166/17 169/11
170/6 170/15
170/24 170/25
172/16 173/1
181/8 182/18
183/11 185/24
191/18 194/8
217/4 243/11

**AD [3]** 116/25
118/4 148/17

**add [1]** 130/4

**addition [4]**
48/12 55/19
124/22 219/24

**additional [7]**
47/7 88/22
101/9 122/21
122/21 216/9
218/8

**additionally**
**[2]** 22/17
49/17

**address [16]**
9/25 24/21
25/2 39/6
69/14 69/16
72/11 72/15
88/14 88/18
88/19 134/24
180/13 180/15
232/4 251/25

**adjacent [1]**
98/15

**adjourn [1]**

252/1
252/6 252/9
252/10

**adjustment [1]**
242/21

**admin [1]**
117/18

**Administration**
**[1]** 118/12

**administrator**
**[1]** 164/19

**admission [1]**
217/12

**admit [1]**
229/25

**admitted [2]**
121/2 213/20

**adult [4]**
187/19 188/6
193/13 220/10

**adults [3]**
41/1 56/18
56/21

**advance [1]**
166/17

**adverse [1]**
64/13

**advise [2]** 5/5
213/9

**advisor [4]**
11/23 11/24
38/9 55/19

**advisory [1]**
12/4

**Advocacy [2]**
86/10 86/13

**affects [1]**
8/7

**affiliated [2]**
64/12 64/14

**Afghanistan [1]**
178/10

**after [33]**
5/11 5/16 5/19
34/13 43/17
44/17 57/2
60/16 61/23
68/9 76/21
80/8 80/11
80/12 85/18
87/9 88/5 91/9
91/19 96/8
102/24 104/11
113/17 113/18
118/13 139/8

145/19 169/11
183/24 184/3
220/9 242/12
243/6

**afternoon [16]**
5/6 5/11 6/24
8/5 84/18
84/19 113/12
114/4 114/23
114/24 174/20
177/13 177/14
244/12 250/14
250/16

**afterwards [1]**
45/4

**again [85]** 8/1
16/18 26/9
31/6 33/24
46/21 47/25
48/23 49/21
64/2 66/11
69/7 76/6
76/23 77/9
78/4 79/14
79/23 81/20
82/3 91/20
94/8 95/18
98/6 98/19
99/18 99/19
100/1 100/4
103/6 103/14
104/4 107/4
108/2 111/4
130/16 138/23
139/2 139/13
139/16 141/18
157/1 158/20
163/11 168/25
172/24 192/24
193/4 193/8
193/10 193/22
196/2 196/8
199/23 202/1
202/3 204/6
208/9 209/12
215/7 216/19
217/14 217/20
218/24 219/5
222/12 224/3
225/11 230/7
233/25 236/22
237/16 237/24
238/4 238/14
238/25 239/4
239/8 240/20
242/12 242/15

**A**

**again... [4]**
245/6 245/9
247/25 249/21

**against [5]**
3/18 64/15
85/12 115/14
177/19

**age [9]** 73/1
167/6 216/12
217/15 217/15
238/1 239/1
240/20 240/21

**agencies [1]**
178/13

**agent [91]**
1/19 1/20 2/18
2/19 5/6 5/19
113/16 113/19
114/3 114/8
114/11 114/23
114/25 115/5
119/12 120/22
120/25 124/2
124/14 125/21
126/9 126/13
126/14 132/11
136/20 144/2
147/2 152/9
153/5 155/23
163/15 163/20
165/14 167/21
174/8 176/7
177/1 177/13
177/15 177/18
179/6 179/19
183/15 185/6
185/16 186/9
186/14 186/15
186/21 190/2
191/12 191/12
192/12 194/24
195/4 195/16
198/4 198/4
201/15 203/11
203/12 206/7
207/7 207/7
213/8 214/11
214/15 214/22
218/23 220/5
221/15 221/16
222/5 222/18
223/8 223/14
223/22 225/3
226/19 227/13

227/18 229/7
234/1 234/15
234/12 234/16
234/18 240/11
246/7 248/7
250/6

**agent's [1]**
128/20

**agents [12]**
30/10 116/12
121/8 121/22
122/13 128/6
128/6 141/7
144/23 162/4
162/13 240/14

**ages [1]** 9/18

**ago [8]** 21/11
66/17 116/15
156/4 158/15
160/18 186/10
198/5

**agree [6]**
33/12 34/2
87/17 136/13
168/16 251/16

**agreed [2]**
66/4 177/5

**agreement [2]**
87/13 213/25

**ahead [2]**
170/8 214/21

**aided [1]** 1/24

**alarms [1]**
120/25

**album [10]**
75/15 75/21
75/22 75/23
76/1 76/4 76/4
76/5 81/15
81/16

**algorithm [4]**
123/12 123/12
123/19 143/17

**all [123]** 4/5
4/12 7/5 7/21
7/23 8/9 20/24
21/6 22/12
23/14 27/18
33/17 35/6
41/15 43/20
44/4 46/14
47/1 50/16
51/5 51/22
53/10 61/21
66/21 66/22
68/21 72/3

80/3 81/21
82/14 83/1
83/3 83/9
83/14 83/25
87/11 90/14
93/24 105/1
105/2 105/16
105/19 109/10
111/18 112/20
113/3 113/6
113/25 119/17
120/8 120/12
121/3 125/2
125/6 125/12
135/7 135/8
148/8 153/10
153/11 168/8
170/16 171/2
171/3 171/4
171/5 171/8
171/13 171/19
175/2 175/9
175/15 175/18
176/3 178/24
184/8 185/2
192/22 193/25
194/2 194/3
194/13 195/11
199/4 210/13
210/20 213/14
215/24 218/3
218/11 220/3
220/16 221/19
224/8 224/18
234/2 234/3
234/18 237/12
237/24 238/22
239/22 240/3
241/9 242/5
242/11 243/6
243/10 243/14
243/15 243/21
244/1 244/23
245/5 245/9
246/13 246/16
249/1 249/13
250/4 251/17
251/21 252/8

**allegations [2]**
129/9 184/3

**alleged [6]**
64/7 216/12
216/25 223/18
235/4 236/11

**allocated [5]**
148/22 148/23

148/24 149/12
149/18

**allow [7]**
82/25 108/15
112/17 143/15
174/24 210/10
249/10

**allowed [2]**
16/3 119/24

**allowing [2]**
213/3 213/13

**allows [2]**
122/20 133/14

**almost [8]**
31/7 69/23
71/13 115/21
116/22 123/15
128/25 131/16

**alone [2]** 16/2
248/12

**along [3]** 58/1
74/2 130/5

**alongside [2]**
105/11 139/3

**aloud [1]**
224/19

**alphabetical
[1]** 91/11

**alphabets [1]**
91/11

**alphanumeric
[1]** 123/13

**already [14]**
17/2 17/10
32/14 116/14
155/16 164/15
165/12 167/11
172/4 179/14
183/14 185/19
204/20 223/2

**also [66]** 1/19
3/14 7/4 15/22
20/25 26/20
32/23 34/3
37/5 66/6
76/15 85/15
88/21 90/1
90/5 90/6
90/17 93/13
97/15 98/2
98/5 101/19
102/16 108/18
111/6 115/5
116/10 116/24
117/21 118/1
119/6 121/20

131/8 134/2
135/14 139/7
140/2 140/19
141/14 142/2
142/8 143/7
143/19 146/1
146/24 146/24
147/2 161/8
162/12 162/16
169/4 170/8
172/8 173/25
179/17 190/16
196/3 196/8
196/18 201/24
209/11 209/15
217/20 228/10
235/7 235/18

**alter [2]**
211/7 211/10

**altered [2]**
171/10 185/3

**although [3]**
8/14 177/20
215/14

**alumni [1]**
46/11

**always [6]**
33/22 34/11
69/24 131/15
133/11 217/2

**am [11]** 14/25
16/21 17/2
17/10 42/7
47/17 85/2
85/8 85/8
115/6 126/16

**AMERICA [1]**
1/3

**among [5]**
64/14 82/24
112/16 174/24
210/10

**amongst [1]**
47/4

**amount [2]**
32/22 121/18

**amounts [1]**
29/11

**analogous [1]**
134/21

**analysis [40]**
92/24 117/24
118/18 119/13
121/7 121/12
121/22 122/15
122/20 124/8

## A

analysis...
**[30]** 124/11
124/20 124/24
125/17 126/3
126/10 126/12
128/2 128/10
129/25 132/3
143/8 143/22
144/17 145/19
145/23 146/12
147/11 147/13
147/14 148/13
148/17 152/18
163/15 166/22
172/1 221/15
222/18 223/8
229/6

**analyze [2]**
127/16 171/21

**analyzed [2]**
122/9 125/12

**analyzing [1]**
136/21

**ancient [1]**
55/17

**Andrew [2]**
86/20 86/24

**angle [3]**
98/20 117/7
243/23

**announce [1]**
90/24

**anomaly [1]**
170/2

**another [24]**
27/17 58/20
70/12 72/17
74/5 77/9
81/18 87/9
95/2 95/14
101/23 127/9
127/12 130/16
149/8 175/14
191/5 212/10
220/22 221/10
227/20 244/19
245/6 245/20

**answer [5]**
61/20 61/21
62/19 66/1
235/22

**answered [2]**
108/10 219/3

**answering [1]**

---

61/19
217/21 250/10
250/20

**anticipated [1]**
250/19

**anticipation
[1]** 243/1

**any [103]** 4/8
4/17 6/20
11/20 11/21
11/23 18/15
18/18 21/3
27/12 28/22
32/7 33/15
34/4 34/23
37/1 41/1
54/22 55/20
56/18 56/21
57/11 68/7
68/8 77/24
78/4 82/25
83/2 83/2 83/3
83/4 89/12
90/16 91/2
91/3 91/15
101/24 107/1
112/17 112/19
112/19 112/20
112/21 118/25
120/11 124/3
124/5 124/6
127/21 129/18
129/20 132/2
135/16 136/3
137/10 145/6
151/25 153/1
155/20 165/5
167/5 168/4
174/24 175/1
175/2 175/3
177/24 190/20
200/15 201/15
202/18 203/8
206/22 210/11
210/12 210/12
210/13 210/14
211/10 221/19
221/22 221/25
222/21 222/24
223/11 223/18
224/24 225/23
227/3 228/21
229/9 230/22
235/7 239/5
241/10 241/15

---

241/16 249/9
249/12 249/13
249/14 249/14
250/21

**anybody [2]**
28/25 91/4

**anyone [12]**
46/11 48/20
59/24 66/19
82/24 89/8
89/19 112/16
174/23 210/9
211/8 249/8

**anything [16]**
7/14 46/23
76/17 79/3
83/5 87/15
101/12 103/1
108/5 112/23
134/21 170/19
175/5 210/16
250/18 251/25

**anywhere [1]**
45/3

**apologies [4]**
214/17 215/1
215/7 243/4

**apologize [8]**
8/15 17/15
199/22 208/25
209/7 214/23
225/16 225/20

**app [2]** 134/2
164/19

**apparent [2]**
4/9 195/4

**appear [10]**
29/11 33/4
89/19 156/21
159/5 160/1
160/15 168/12
197/7 224/21

**APPEARANCES [1]**
1/14

**appeared [2]**
158/11 171/8

**appearing [1]**
176/25

**appears [1]**
164/24

**Apple [105]**
69/17 69/18
69/22 70/2
70/16 70/22
71/3 71/6 71/8
71/9 71/14

---

71/18 71/21
72/8 72/11
72/18 72/22
73/13 74/2
74/6 74/10
74/16 74/23
74/25 75/1
75/3 75/6 77/5
78/1 79/5 79/7
95/22 97/20
125/9 125/9
126/14 126/15
126/19 126/20
126/25 127/2
127/7 127/12
127/17 127/22
128/1 128/14
128/22 128/25
129/15 130/4
130/13 130/18
132/24 133/1
133/4 133/10
133/19 135/24
136/4 137/13
137/14 137/15
138/14 139/15
140/1 141/3
142/25 145/2
145/21 147/18
154/10 154/21
155/17 160/18
162/2 162/12
163/1 163/11
164/20 164/22
164/25 165/3
166/21 167/18
171/23 172/4
172/5 179/22
180/8 181/4
181/5 181/11
181/14 181/20
181/25 182/4
183/4 184/8
184/11 184/23
185/10 185/13
185/25 221/23

**Apple's [3]**
71/23 130/3
132/20

**Apple-specific
[1]** 128/1

**applicable [1]**
64/8

**applications
[2]** 133/24
147/17

---

**apply [1]**

**appreciate [2]**
214/9 249/22

**approach [3]**
50/23 107/22
214/21

**appropriate [2]**
7/6 211/2

**appropriately
[1]** 107/22

**approve [1]**
28/4

**approximate [3]**
80/11 149/21
218/24

**approximately
[13]** 26/5
45/2 58/6 60/7
83/23 89/5
118/17 187/7
192/17 200/3
203/25 204/5
218/15

**apps [3]** 79/4
79/11 134/6

**April [4]**
110/15 110/22
110/22 240/18

**April 19th [1]**
110/22

**April 2022 [1]**
110/22

**apt [1]** 106/23

**archive [1]**
164/16

**archway [1]**
93/24

**are [156]** 3/7
6/11 7/8 8/8
8/14 9/10 9/12
14/23 16/19
16/22 23/9
24/5 26/21
31/6 36/9
36/11 36/15
36/17 41/17
42/6 42/8 44/6
45/14 47/16
47/21 51/2
54/1 54/3
54/11 64/13
64/16 65/9
70/15 71/6
72/2 72/3
74/13 75/6

---

**260**

**A**

**are... [118]**
79/12 79/15
80/17 80/18
80/19 82/20
83/17 84/20
87/6 87/16
90/7 90/14
91/10 91/13
91/15 91/15
99/7 100/14
106/23 107/14
110/22 112/1
113/21 114/5
114/25 115/5
115/16 115/22
115/24 116/19
117/1 121/2
122/10 122/25
123/6 124/2
125/21 126/14
127/2 127/5
129/1 130/1
130/11 132/20
133/4 133/13
133/24 136/19
137/4 138/7
148/18 154/22
154/23 161/14
164/22 170/12
171/1 172/5
172/6 172/18
172/20 172/21
174/19 175/21
175/23 178/17
188/13 189/13
191/18 191/19
192/6 192/6
194/4 195/6
198/12 199/7
199/12 203/7
204/24 208/13
211/12 212/3
212/4 212/8
212/10 212/12
213/9 213/10
213/11 213/17
214/2 214/12
215/19 216/13
216/14 216/22
217/15 218/4
220/19 222/4
224/13 225/4
226/18 227/13
227/15 231/4

234/2 234/6
246/2 246/10
246/24 247/6
247/25 249/21
251/19 252/6
**area [14]**
19/19 24/20
91/4 91/8
94/25 95/4
96/7 100/19
103/6 104/10
105/6 109/7
119/3 120/2
**arguing [1]**
251/7
**argument [4]**
211/4 216/16
216/17 216/18
**Army [2]**   178/3
178/5
**around [12]**
38/17 38/20
38/20 44/21
45/1 59/24
77/11 107/23
147/22 148/15
166/17 200/3
**arrange [1]**
26/1
**arranging [1]**
13/17
**arrested [1]**
178/20
**arrive [1]**
23/15
**arriving [1]**
8/1
**article [2]**
37/22 210/11
**articles [8]**
82/25 83/2
112/17 112/19
174/25 175/1
210/12 249/11
**as [233]**   3/18
4/4 6/14 12/25
14/2 15/2
16/11 18/2
18/17 22/17
22/17 22/19
32/14 33/23
34/8 34/12
37/5 38/7 38/9
38/14 38/23
40/10 42/22

46/11 50/10
64/6 67/17
67/22 70/6
70/15 70/18
70/19 71/6
71/18 73/5
73/13 74/15
74/22 74/24
75/8 75/16
78/5 78/24
79/1 79/18
79/19 80/21
81/21 85/11
86/3 86/6
87/12 87/16
88/9 88/9
88/14 88/15
88/15 89/10
89/11 90/22
93/14 93/20
94/17 94/25
95/2 95/9 97/3
97/4 98/13
98/16 100/14
104/13 104/13
105/14 105/22
105/22 106/9
106/10 108/21
109/10 109/12
109/19 111/6
111/15 111/15
115/13 115/13
115/22 117/3
117/17 118/6
119/2 119/12
119/18 119/18
119/23 120/8
120/8 120/18
122/11 125/25
126/1 126/15
126/15 126/21
127/1 128/7
130/19 130/19
131/5 131/5
131/16 131/16
132/2 132/3
132/21 133/10
133/10 133/12
133/12 134/17
134/19 135/4
135/21 135/21
137/14 137/18
138/3 140/16
143/11 144/9
146/2 148/7

150/12 150/24
152/6 152/7
152/15 153/18
156/21 157/10
157/13 157/13
158/1 158/13
159/7 159/23
159/23 160/3
160/12 160/12
161/9 161/12
163/6 164/24
168/7 169/5
169/8 170/9
170/9 170/23
172/1 172/2
172/16 172/16
174/16 174/16
176/25 178/12
179/19 182/19
183/3 185/19
186/21 192/5
198/8 198/15
198/16 201/22
203/1 203/11
204/10 204/12
204/20 206/8
207/1 207/8
209/2 209/16
211/6 211/6
213/4 213/6
213/20 213/25
214/1 214/6
217/1 218/5
219/5 219/14
221/10 221/10
223/4 225/3
226/2 227/18
228/9 229/14
229/21 231/19
232/18 237/21
238/15 239/5
241/15 241/15
243/11 244/2
244/24 245/4
245/13 246/17
246/17 248/20
248/20 248/21
249/18
**Asian [1]**   63/2
**ask [9]**   6/16
28/13 34/6
42/1 72/7
184/8 211/20
214/18 219/2
**asked [8]**   45/7

52/3 52/13
66/16 68/7
185/3 235/17
240/24
**asking [3]**
33/24 184/9
241/6
**asleep [1]**
106/23
**aspects [2]**
216/15 219/6
**assign [1]**
121/18
**assigned [9]**
72/23 78/19
85/11 85/14
85/17 86/3
90/8 90/12
90/17
**assignment [4]**
84/25 85/4
115/3 177/17
**assignments [1]**
85/5
**assist [5]**
117/5 118/18
118/25 120/4
121/9
**assistance [1]**
213/8
**associated [38]**
124/17 129/14
130/24 136/12
137/4 139/19
140/5 140/12
142/11 142/17
142/21 143/1
144/13 144/21
146/9 147/18
147/25 155/17
157/2 157/21
161/18 162/8
164/21 170/12
171/3 171/22
180/18 181/13
181/16 182/3
182/6 198/10
199/19 200/15
203/13 228/7
230/10 232/4
**Association [1]**
117/22
**assume [2]**
107/23 128/10
**assuming [2]**
33/25 108/3

261

**A**

**assure [2]**
5/15 5/18
**astrological [3]** 240/4
240/6 240/17
**attached [1]**
100/11
**attempted [1]**
217/25
**attend [13]**
9/22 10/3
10/15 11/9
21/25 25/6
36/13 36/14
36/19 54/7
54/13 54/24
118/8
**attended [2]**
25/7 36/25
**attending [2]**
12/3 36/19
**attention [10]**
19/11 24/12
28/6 29/10
30/9 85/20
105/3 110/15
126/6 234/19
**audio [10]**
187/16 188/13
188/16 193/15
193/19 200/15
205/9 209/18
213/16 214/1
**AUGUST [24]**
1/12 2/2 16/11
17/1 17/19
21/7 22/7
124/11 132/12
140/24 199/7
199/17 228/10
228/11 228/16
228/18 228/19
236/4 236/10
237/7 237/8
237/14 237/17
238/1
**August 2018 [1]**
17/19
**August 23rd [1]**
237/17
**August 24 [1]**
199/7
**August 24th [2]**
17/1 199/17

**August 26 [4]**
12 236/11
140/24 236/10
**August 26th [1]**
228/11
**August 28 [1]**
22/7
**authorize [1]**
88/22
**authorized [1]**
121/2
**auto [1]** 78/2
**auto-delete [1]**
78/2
**automatically [4]** 72/23
73/24 78/1
78/19
**availability [1]** 147/22
**available [6]**
18/15 90/4
148/16 153/21
220/6 220/8
**Ave [1]** 202/25
**Avenue [4]**
10/2 18/2
199/3 225/10
**Avoid [5]** 83/3
112/20 175/2
210/13 249/13
**awaiting [1]**
107/19
**aware [7]** 46/8
65/9 85/21
124/14 212/12
216/20 217/5
**away [4]** 20/25
34/25 70/12
149/24
**aways [1]**
49/21
**Axiom [2]**
117/2 148/18

**B**

**BA [1]** 121/6
**BA-FBI [1]**
121/6
**babysat [4]**
37/19 38/14
38/25 40/4
**babysit [9]**
12/18 13/2
13/6 13/8
13/21 14/3

26/24 38/16
**babysitter [1]**
38/23
**babysitting [5]**
13/15 16/3
18/24 26/20
41/5
**Bachelor [1]**
118/11
**bachelor's [1]**
118/14
**back [63]** 8/5
15/9 17/19
26/18 33/11
44/21 46/18
49/21 55/7
59/19 60/19
73/10 73/12
73/13 73/16
73/24 74/22
74/23 75/2
76/9 78/3
79/14 80/3
80/7 81/16
92/14 93/23
94/3 95/23
96/4 98/20
108/24 112/12
130/13 131/18
136/17 137/7
150/2 155/7
164/17 166/17
167/21 169/20
172/16 173/2
173/4 173/6
187/25 196/4
196/5 196/9
197/1 197/6
198/14 213/7
214/24 215/4
215/24 216/2
238/22 241/21
245/24 247/15
**backed [11]**
127/7 127/14
144/16 144/17
146/6 146/24
146/25 154/23
155/10 155/14
164/25
**background [12]**
66/9 92/6
94/25 187/14
187/16 187/17
188/9 193/10

200/10 205/5
**backing [4]**
73/20 74/12
74/20 130/17
**backside [1]**
226/16
**backup [40]**
73/23 73/24
74/18 75/4
75/5 79/19
80/23 130/16
144/15 146/18
146/20 146/20
146/22 154/2
154/5 154/6
154/9 155/19
156/9 156/10
157/5 157/13
157/22 158/18
159/12 160/13
160/20 161/9
164/4 164/22
164/24 165/6
165/17 166/24
167/2 168/23
172/15 172/16
223/14 231/7
**backups [5]**
79/15 80/23
80/25 154/22
155/1
**backwards [2]**
166/18 170/4
**bad [3]** 75/24
81/19 108/5
**bag [1]** 105/11
**balance [1]**
212/5
**Baltimore [29]**
36/18 42/5
54/12 84/21
84/22 85/1
85/6 85/22
85/23 85/25
86/2 86/10
86/20 86/25
88/15 89/10
89/25 115/1
115/3 119/6
120/23 121/5
121/10 124/23
177/18 178/17
178/21 179/15
243/4
**Baltimore's [1]**
243/3

**Bar [2]** 70/19
71/22
**barred [1]**
177/3
**base [1]**
245/16
**baseball [1]**
10/14
**based [16]**
15/11 52/22
52/23 79/16
88/7 88/9
119/1 130/13
143/20 164/24
170/13 190/3
236/14 238/25
246/17 251/15
**basement [3]**
18/4 100/20
100/20
**basic [3]**
85/18 130/5
144/5
**basically [24]**
61/21 115/25
116/8 116/9
117/12 120/25
121/14 123/3
123/9 123/20
126/19 130/17
132/5 132/25
137/25 138/2
143/17 147/15
148/5 149/5
149/17 153/17
167/18 170/1
**basis [4]**
187/23 187/24
217/17 217/18
**bathroom [21]**
18/20 18/21
18/21 19/6
19/10 19/18
19/21 19/25
20/7 20/9
20/12 27/23
30/1 30/5
30/17 31/3
31/4 224/8
225/25 226/7
227/1
**bathrooms [3]**
18/18 27/7
27/23
**battery [1]**
173/24

**B**

**bay [2]** 103/2
103/6

**be [204]** 3/2
3/7 4/9 5/4
5/18 5/19 6/24
6/24 6/25 7/1
7/2 7/5 7/23
8/12 13/11
13/18 14/12
16/2 17/11
18/24 22/12
22/23 23/5
29/11 30/1
33/4 35/9
35/11 40/7
46/21 46/23
46/24 48/23
50/20 53/2
53/5 57/24
57/25 60/7
63/11 63/13
64/18 68/12
68/14 70/4
70/21 72/12
72/14 72/15
73/11 74/13
74/16 75/5
76/13 76/24
77/2 77/4 77/5
78/12 79/7
80/12 81/24
82/16 82/18
82/25 83/22
84/1 84/9 87/7
87/11 87/20
90/3 90/5
90/12 91/3
91/4 91/10
92/8 95/1 96/8
98/19 103/16
106/22 106/23
107/13 108/13
110/21 111/22
112/8 112/17
112/25 113/16
113/17 113/20
114/4 114/14
116/1 116/2
119/14 121/1
122/5 122/9
122/18 122/19
124/2 126/21
127/7 128/8
131/9 131/23

132/3 132/11
132/18 133/19
143/15 147/24
147/24 149/4
149/6 149/6
149/21 150/21
150/22 150/22
151/19 152/6
153/18 156/21
158/11 159/5
160/1 160/5
160/15 163/15
166/6 166/19
166/19 168/12
171/8 172/14
172/14 174/14
174/16 174/24
175/15 176/5
177/20 184/16
185/3 185/5
189/4 189/6
191/24 192/13
192/16 192/25
193/20 197/7
200/10 203/21
204/2 204/17
208/6 210/10
210/22 211/10
211/21 212/5
212/11 213/23
214/3 214/4
214/5 215/18
216/8 216/16
218/13 220/12
220/20 224/21
226/2 233/4
236/10 237/20
238/21 241/16
241/19 243/7
244/9 244/11
246/21 248/17
248/20 248/23
249/4 249/10
249/22 250/1
250/4 250/9
251/7 251/23

**bearing [1]**
88/16

**became [2]**
13/19 123/22

**because [25]**
4/15 5/13 6/24
7/2 34/3 44/20
75/1 78/10
79/7 80/21

81/17 120/15
131/14 131/25
138/6 148/15
148/19 153/16
153/24 154/23
226/11 235/21
248/14

**become [4]**
71/14 85/21
178/18 179/2

**becomes [1]**
70/1

**becoming [1]**
117/15

**bed [11]** 95/22
96/22 106/5
244/13 244/20
245/7 245/13
245/16 245/17
247/4 247/11

**bedroom [23]**
18/14 18/14
18/22 19/7
19/8 19/20
26/25 27/1
27/24 29/25
95/1 95/2 95/9
95/14 95/18
95/19 96/23
96/24 98/12
98/13 98/15
182/16 243/19

**bedrooms [8]**
18/5 18/6 18/9
18/13 18/15
27/5 27/24
93/21

**been [69]** 25/9
25/11 29/14
30/4 31/6
37/10 41/16
44/2 45/16
48/4 48/13
48/18 48/20
50/24 64/9
66/24 67/1
71/13 77/19
79/8 84/22
85/6 87/16
98/25 108/18
115/19 116/14
116/17 117/25
119/23 130/7
133/17 146/24
148/15 149/13

149/13 150/2
155/16 171/10
171/14 171/22
176/22 177/15
179/12 179/14
191/23 195/8
211/6 217/2
218/4 218/16
221/8 230/13
232/21 232/25
233/14 238/1
239/1 239/6
240/20 244/1
244/23 244/25
245/4 248/9
249/20 251/14

**before [33]**
1/11 3/3 5/18
7/14 12/23
44/2 54/13
65/2 77/20
83/8 103/2
112/25 113/2
116/10 119/2
129/24 133/17
134/14 142/8
150/15 151/10
154/4 166/7
168/15 175/7
185/21 186/4
212/8 214/3
214/24 227/25
236/22 251/25

**began [5]**
11/14 11/15
26/4 166/5
216/12

**begin [5]** 8/15
36/23 124/11
178/21 186/12

**beginning [5]**
16/15 115/9
126/3 213/16
213/19

**begins [1]**
170/18

**behalf [4]**
1/15 1/17
75/20 213/24

**behavior [1]**
183/2

**behind [5]**
28/22 42/19
138/7 166/6
194/4

**behold [1]**
223/25

**being [38]** 5/2
17/22 22/14
42/10 46/5
46/8 47/20
52/14 52/17
55/19 59/7
64/6 65/3 65/3
68/9 90/2
113/15 125/12
145/13 149/20
150/24 151/1
156/12 157/18
187/18 193/13
195/24 211/3
212/2 216/14
217/5 218/7
218/14 220/6
227/1 230/8
235/14 235/21

**belie [1]**
216/23

**believe [28]**
8/11 38/20
41/15 45/6
46/4 52/7
65/14 66/10
120/10 121/10
127/4 144/25
155/16 168/7
172/4 173/1
173/21 174/2
193/23 205/15
211/13 214/14
218/5 226/24
241/16 241/18
246/20 247/8

**believed [2]**
46/24 90/5

**belonging [4]**
192/2 198/21
203/18 207/16

**below [1]**
156/7

**bench [19]**
41/12 41/18
63/21 64/20
65/19 66/12
112/5 112/13
176/20 177/8
211/24 212/1
214/20 215/3
215/25 216/6
218/9 220/15
221/6

**B**

**BENDANN [111]**
1/6 11/16 12/1
12/17 13/14
15/3 16/23
20/24 21/13
22/19 25/13
25/15 25/17
25/19 26/1
26/4 26/10
26/23 29/1
29/12 29/15
32/19 33/13
33/18 34/1
37/16 37/18
37/20 38/1
38/7 38/11
38/22 39/9
39/13 39/15
39/17 39/25
40/3 40/7
40/13 40/24
41/3 42/17
42/23 42/24
43/4 43/24
44/7 44/14
44/25 45/5
45/7 46/9
49/18 51/9
55/12 55/14
55/22 56/7
56/10 56/18
56/22 56/25
57/4 57/6 57/8
57/10 57/20
59/11 60/2
61/2 61/9
61/14 61/18
62/1 62/21
64/1 67/4
67/17 68/1
68/4 88/14
88/17 88/19
89/1 89/14
89/19 91/6
91/7 108/8
109/9 123/23
124/19 144/20
179/3 197/15
201/15 202/6
204/10 206/18
217/21 231/5
231/21 236/19
237/17 238/4
239/5 239/12

**Bendann's [12]**
45/25 52/8
62/16 95/11
95/19 97/2
102/1 102/9
191/2 196/20
209/16 239/20

**bends [1]**
146/17

**beneath [1]**
154/25

**beside [1]**
7/19

**best [9]**    6/10
26/3 143/18
211/9 218/5
221/9 242/3
242/9 242/15

**better [7]**
4/11 71/2
116/6 117/12
131/15 212/25
217/24

**between [21]**
16/22 25/25
38/17 46/12
73/7 85/13
85/16 87/14
87/14 129/1
148/17 157/6
165/8 188/13
193/15 205/9
209/18 211/1
211/3 221/20
250/24

**beyond [1]**
19/22

**bias [1]**    64/16

**big [2]**    173/14
173/20

**bin [1]**    97/14

**binder [3]**
188/22 189/7
209/24

**binders [7]**
189/10 189/25
205/20 206/5
210/2 210/18
218/14

**bird [1]**    14/1

**birth [1]**    32/5

**birthday [4]**
34/1 34/13
220/10 233/9

**bit [14]**    70/1
126/23 125/24
126/17 154/15
156/4 158/15
160/18 173/13
186/10 198/5
215/12 221/8
226/12

**black [4]**    3/14
6/7 100/24
195/5

**blonde [3]**
232/20 232/23
240/25

**blue [13]**
14/24 14/25
16/21 77/22
157/18 158/14
160/3 165/21
165/23 168/15
186/3 202/10
203/9

**blue-boxed [1]**
77/22

**book [1]**    194/5

**books [1]**
249/4

**bookshelf [2]**
98/22 99/3

**both [13]**
29/19 37/12
61/1 61/2 68/4
87/17 97/12
97/12 97/14
113/16 115/13
158/9 197/19

**bottom [15]**
17/1 110/12
110/25 144/15
146/6 146/18
152/5 156/15
159/11 160/5
169/1 203/6
233/2 233/5
233/6

**box [12]**    7/18
8/23 23/14
23/20 35/18
35/23 69/2
101/2 104/6
147/6 176/12
226/15

**boxed [1]**
77/22

**boy [2]**    10/6
232/23

**boys [12]**    9/20
10/7 10/8
10/10 11/21
12/24 13/1
13/1 14/20
232/20 233/2
240/25

**bracelet [3]**
206/21 219/20
219/22

**brand [2]**
74/25 75/2

**break [8]**    5/12
45/18 45/18
112/15 112/15
113/18 195/7
220/12

**breakfast [2]**
40/4 40/6

**BREDAR [5]**
1/11 75/17
77/1 79/22
80/5

**brick [1]**
89/16

**bridge [1]**
44/23

**brief [1]**
187/8

**briefly [5]**
26/22 39/20
198/13 212/17
236/24

**brightline [1]**
106/18

**Brightside [8]**
24/14 24/16
25/22 27/2
27/10 28/25
30/11 204/18

**bring [44]**
7/14 7/17
14/15 19/1
47/9 59/15
74/3 83/19
113/24 125/1
146/15 148/9
150/1 154/12
161/11 163/19
165/12 167/8
168/14 186/12
190/5 191/11
195/19 197/21
198/3 202/11
202/18 203/10
206/25 207/6

213/7 215/24
216/1 218/10
218/20 223/2
225/2 227/6
227/25 229/18
230/11 230/25
231/16 245/24

**broke [1]**    52/8

**brother [1]**
51/12

**brought [5]**
91/4 91/7 96/7
115/24 218/4

**bubble [3]**
17/14 165/21
165/23

**bubbles [6]**
14/24 14/24
14/25 16/19
16/19 16/21

**build [1]**
122/23

**building [3]**
8/4 8/8 127/5

**bunch [2]**    56/5
56/11

**Bureau [3]**
85/12 85/15
115/1

**burn [1]**
123/17

**bury [1]**    47/13

**business [6]**
12/20 12/23
19/14 69/13
69/16 118/12

**buy [2]**    73/20
242/9

**C**

**C-A-L-I-S-T-A**
**[1]**    176/15

**C-A-R-T-E-R [1]**
25/5

**C-H-R-I-S-T-O-P**
**-H-E-R [1]**
23/24

**calculate [2]**
33/25 123/12

**calculated [1]**
143/21

**calculating [1]**
143/19

**calculation [1]**
123/9

**calculator [1]**

**C**

calculator...
[1] 33/25
calendar [20]
14/13 15/10
16/12 17/19
73/6 109/23
110/7 110/23
111/7 199/16
204/22 205/1
208/11 208/19
225/21 230/16
236/17 237/2
237/21 239/5
calendars [5]
108/19 109/22
111/10 199/4
238/14
California [3]
127/4 172/6
172/11
CALISTA [4]
1/19 2/19
176/7 176/15
call [13] 8/16
8/18 32/2 62/5
68/18 80/4
84/3 114/6
116/25 121/5
134/17 148/9
176/5
called [16]
31/6 75/4 76/4
78/5 119/21
123/11 129/24
138/23 154/10
154/21 154/22
164/19 164/20
167/3 176/25
197/2
calling [1]
250/20
calls [8]
45/13 46/18
63/23 114/8
176/7 221/18
222/17 229/5
Calvert [1]
55/6
camcorder [1]
151/6
camcorders [1]
151/14
came [8] 13/5
20/8 38/11

55/7 73/19
182/12
camera [10]
131/17 131/18
131/18 206/1
225/12 226/4
243/23 246/21
247/10 247/12
cameras [6]
233/7 242/3
242/9 246/10
246/24 247/17
cams [2]
242/15 247/17
can [307]
can't [10]
59/6 145/11
173/2 226/24
235/22 237/7
244/9 246/25
247/1 248/14
canine [1]
89/11
cannot [2]
76/19 184/16
capacity [2]
79/16 109/10
CAPE [1] 117/3
caption [1]
206/16
capture [17]
190/2 196/8
196/25 197/17
197/18 197/25
198/1 202/15
202/23 203/3
206/7 206/17
207/3 219/15
219/19 219/21
227/19
captured [3]
188/17 199/25
200/1
car [11] 44/14
44/17 60/14
60/19 60/24
68/2 190/21
196/13 217/5
224/4 229/22
care [3] 20/25
70/18 70/18
Carns [2]
86/20 86/24
Carolina [6]
10/18 15/17

21/17 22/5
carries [1]
238/7
carry [1]
73/25
CART [2] 121/6
122/8
Carter [2]
25/5 25/9
carve [1]
150/1
carved [3]
149/23 150/9
153/12
carving [2]
151/23 153/16
case [91] 5/24
47/23 48/18
50/11 66/9
82/23 83/1
83/3 83/5 83/6
86/4 87/14
112/16 112/18
112/20 112/22
112/23 118/25
120/1 120/13
120/17 121/22
122/18 124/5
124/9 125/5
125/7 125/8
128/5 128/8
129/5 129/8
131/24 131/25
132/3 135/15
135/19 135/21
135/22 138/5
141/4 144/23
147/4 152/3
152/4 153/2
154/8 154/9
155/20 164/16
165/25 166/22
170/20 171/24
172/1 172/2
172/17 174/23
174/25 175/2
175/4 175/5
177/1 179/5
179/11 181/8
181/23 182/7
182/20 184/11
195/4 196/13
199/5 210/9
210/11 210/13
210/15 210/16

213/21 214/3
238/25 248/24
249/8 249/11
249/16 250/19
250/23 251/1
251/8
cases [7]
118/18 118/23
122/19 177/20
177/22 177/22
178/19
casework [1]
179/19
cash [1] 13/25
catastrophic
[1] 8/3
catch [1]
236/10
caught [1]
129/20
cause [2]
122/24 128/23
causing [1]
184/3
cbend [1]
154/20
cbendann [18]
127/17 128/15
144/22 144/22
146/10 152/21
179/23 180/9
180/11 185/6
185/11 187/3
192/2 198/22
203/19 207/17
231/20 231/22
cell [18]
86/14 86/18
88/4 97/10
98/4 108/13
108/16 116/7
116/17 118/3
122/3 123/2
126/21 147/14
172/14 187/13
193/5 193/9
Cellebrite [6]
117/2 117/2
118/1 118/2
118/2 148/12
cellular [1]
207/18
center [5]
86/10 86/13
103/16 103/18

126/25
certain [15]
26/1 30/10
50/11 59/6
88/8 90/8
122/19 133/8
138/3 211/9
216/20 219/6
244/9 246/25
247/6
CERTIFICATE [1]
252/12
certification
[1] 117/19
Certified [1]
253/4
certify [1]
253/6
chance [2]
32/25 215/11
change [18]
113/9 123/18
132/8 134/4
134/12 134/14
134/17 134/18
134/19 134/20
134/22 135/2
135/9 135/12
135/14 138/4
138/25 171/12
changed [5]
116/2 131/23
132/4 133/20
138/23
changes [1]
116/15
changing [2]
132/7 132/8
channel [12]
6/17 41/10
63/16 65/17
112/3 176/18
211/22 212/1
215/4 216/4
220/13 221/3
Chapel [1]
15/17
charge [2]
13/11 28/3
charged [5]
186/7 186/18
219/24 248/10
248/11
charges [1]
135/22
Charlie [7]

**C**

Charlie... [7]
9/19 10/8
10/21 11/2
11/4 11/22
15/22

Charlie's [5]
18/14 19/8
19/20 20/4
227/1

chart [18]
136/24 137/1
140/7 140/10
141/23 142/18
144/4 152/12
156/15 161/12
163/20 167/9
168/17 169/1
169/5 169/16
180/6 182/18

charts [3]
155/25 180/23
225/4

chat [7]   47/3
65/14 165/18
165/20 165/25
166/3 166/5

chats [2]
48/12 221/19

check [7]   6/5
32/25 34/3
34/9 205/15
235/25 241/13

checking [1]
26/15

checks [1]
34/4

child [11]
86/10 86/13
177/22 177/22
177/23 220/19
221/22 222/21
223/18 224/24
227/3

children [13]
9/16 13/11
13/15 17/24
21/1 24/25
31/25 32/2
34/23 85/12
115/14 129/9
177/19

China [2]
173/8 174/2

choice [2]   6/2

80/25
133/9

Chris [13]
12/4 14/19
16/23 42/17
42/23 43/24
44/7 124/19
144/8 144/20
146/3 164/1
231/21

Chris's [1]
165/16

Christmas [1]
28/7

CHRISTOPHER
[26]   1/6 1/17
2/7 11/16 12/1
12/17 13/14
23/11 23/13
23/23 25/13
37/16 55/12
88/14 89/14
123/23 179/3
191/2 196/20
197/15 201/25
202/6 204/10
206/18 209/16
231/5

circle [1]
96/1

circumstances
[1]   217/23

circumvent [1]
227/19

CIS [1]   117/17

citizens [1]
218/4

City [1]   119/6

civilian [2]
120/24 250/4

Ckbendann [1]
232/6

clarity [1]
233/21

class [4]   35/2
35/3 100/12
116/14

classes [5]
11/21 55/16
117/16 117/20
118/5

clean [1]   77/5

clear [5]   18/1
124/2 187/19
219/23 233/19

clearly [3]
213/11
235/11

clerk [10]
3/10 8/20
23/15 35/19
53/11 68/23
87/3 87/12
114/11 233/23

clerks [1]
249/4

client [7]
3/15 4/6 65/23
214/18 215/9
215/19 217/13

clip [14]
139/5 139/8
139/18 141/11
157/12 157/17
159/7 192/6
192/19 192/21
193/6 198/10
205/21 210/23

clips [16]
142/8 157/2
158/13 191/16
191/18 191/21
191/25 192/25
193/19 194/2
194/3 198/15
198/20 200/17
201/16 224/4

clock [2]
82/10 138/3

close [12]
3/12 37/8 37/8
37/10 56/1
102/13 103/25
145/10 189/7
189/25 206/5
251/2

closely [3]
178/18 179/20
212/3

closest [1]
19/7

clothes [4]
44/22 60/12
60/15 60/24

clothing [3]
37/22 203/8
228/22

cloud [1]   74/7

cocounsel [1]
212/18

Code [1]   138/7

coded [1]   77/9
coding [1]
77/7 78/2
78/10

collaboration
[1]   64/14

collapse [1]
8/6

collateral [1]
218/3

colleague [1]
4/7

collecting [1]
249/5

COLLEEN [2]
1/15 134/18

college [9]
10/15 11/10
34/24 45/17
54/7 54/8
54/13 118/8
118/11

color [2]
16/19 16/19

colorful [1]
95/13

column [2]
125/2 138/18

come [26]   5/7
7/18 11/15
11/18 12/16
14/2 15/7
23/13 35/17
47/8 52/11
53/9 55/22
68/21 70/24
71/18 83/25
107/22 112/12
118/21 119/1
123/22 151/13
151/17 152/3
214/1

comes [10]   3/3
72/2 80/12
116/7 127/25
137/12 137/14
137/15 182/24
186/7

comfort [1]
65/25

comfortable [3]
63/13 65/3
245/21

comforter [2]
95/14 245/16

comforters [1]

244/20

coming [2]
6/22 22/10

commenced [1]
26/5

comment [3]
5/23 62/25
63/1

committee [1]
28/5

common [6]
91/4 91/7 96/7
120/16 126/22
178/24

commonly [5]
121/6 127/11
152/14 167/12
167/12

communicate [3]
13/17 15/2
16/7

communicating
[5]   14/19
16/20 48/13
122/6 215/8

communications
[1]   48/9

community [1]
38/14

company [1]
70/9

compare [3]
143/20 190/20
219/10

compared [2]
136/14 225/24

comparing [1]
48/8

comparison [1]
206/22

comparisons [2]
202/19 225/24

compensate [1]
13/21

compensated [2]
29/5 29/7

compile [1]
141/25

compiled [3]
161/12 168/17
173/11

complete [1]
121/18

completed [1]
126/10

completely [5]

# C

**completely...**
**[5]** 58/25
59/6 75/25
80/10 123/17

**completeness**
**[1]** 211/20

**complies [4]**
96/2 183/19
183/22 184/2

**comply [1]**
6/10

**components [1]**
173/22

**compose [1]**
214/18

**compromise [5]**
3/17 213/6
214/9 215/12
215/15

**computer [26]**
1/24 8/7 8/13
75/3 75/3
115/12 117/22
118/15 119/13
121/7 127/13
127/15 148/15
149/6 149/17
154/19 154/20
163/24 164/1
164/21 173/14
173/20 222/6
239/20

**Computer-aided**
**[1]** 1/24

**computers [6]**
3/13 8/9 116/7
122/5 126/21
147/20

**conceal [1]**
4/16

**concern [2]**
212/2 216/15

**concerned [2]**
174/16 248/21

**concerns [1]**
71/24

**concluded [9]**
41/18 64/20
66/12 112/13
177/8 214/20
215/25 218/9
221/6

**conduct [5]**
116/11 125/17
250/25

**conducted [12]**
86/7 86/9
86/11 86/12
86/18 91/15
91/19 179/12
179/14 242/5
242/6 242/8

**confer [2]**
4/19 214/11

**conference [23]**
41/11 41/18
63/20 64/20
65/18 66/12
112/4 112/13
176/19 177/8
211/23 212/1
214/20 215/2
215/25 216/5
218/9 220/14
221/6 251/1
251/6 251/23
253/10

**conferring [6]**
4/21 62/11
64/24 67/11
174/11 212/21

**confirmed [1]**
153/4

**confirming [1]**
15/7

**conformance [1]**
253/10

**confusing [1]**
146/25

**confusion [1]**
93/20

**connect [2]**
127/13 143/13

**Connecticut [1]**
47/18

**connection [1]**
172/14

**conscious [1]**
133/11

**consent [3]**
86/15 216/25
217/2

**consequences**
**[1]** 218/3

**consider [3]**
120/7 150/22
213/3

**considerations**
**[1]** 120/9

**considered [1]**
128/6 211/17

**consistent [7]**
39/3 171/4
171/7 183/2
188/10 217/4
220/5

**consistently**
**[1]** 39/22

**console [3]**
103/16 103/18
190/19

**constantly [2]**
116/13 116/16

**constitute [1]**
220/19

**consult [5]**
83/7 112/24
175/6 210/17
249/18

**contact [13]**
39/9 39/11
40/2 40/3
47/21 56/24
57/1 57/3 83/3
112/20 175/2
210/13 249/13

**contacts [1]**
74/14

**contained [11]**
109/15 111/10
128/16 130/11
134/9 136/23
137/1 140/9
150/23 174/1
180/23

**contending [2]**
64/17 217/17

**content [4]**
134/11 135/3
153/19 185/2

**contents [16]**
74/3 88/4 88/9
93/2 96/12
110/6 127/16
134/9 135/5
135/8 135/13
147/2 184/9
184/12 184/16
185/10

**context [4]**
49/17 64/6
65/22 216/21

**continue [6]**
11/6 54/18
79/19 122/18

**continued [1]**
235/5

**continuing [1]**
213/20

**contribute [1]**
121/21

**conversation**
**[5]** 46/12
193/19 210/25
211/7 241/20

**conversations**
**[1]** 46/18

**conversion [1]**
161/24

**cooperation [1]**
214/10

**coordinates [3]**
131/6 236/6
239/10

**copies [2]**
34/4 171/1

**copy [3]** 87/1
122/14 128/5

**CORN [14]** 1/20
124/14 126/9
126/13 128/6
132/11 141/8
153/5 179/6
180/7 192/12
194/25 226/19
240/11

**corner [12]**
30/8 92/9
92/10 92/12
92/13 107/23
110/25 150/17
151/25 154/18
237/13 246/19

**corners [1]**
164/13

**corporal [4]**
84/12 85/2
85/8 85/10

**correct [182]**
4/1 11/2 15/14
16/1 21/15
21/19 21/23
22/8 25/12
30/19 32/20
32/23 33/25
34/10 46/7
46/24 49/12
74/9 77/15
77/17 79/24
81/23 81/25

82/5 82/12
94/11 95/6 95/8
95/10 95/15
96/17 97/1
97/16 103/8
105/10 105/11
105/12 105/15
105/17 105/18
105/21 105/24
106/7 106/14
106/17 106/25
107/10 107/12
107/15 107/24
108/9 108/17
109/21 109/25
111/8 111/10
111/11 119/9
122/12 122/12
125/16 127/18
128/13 128/13
128/15 129/6
129/13 132/13
137/5 137/23
138/11 138/20
139/9 139/20
140/13 141/5
141/20 143/23
144/10 144/24
145/4 153/25
155/6 156/5
156/6 156/11
157/2 157/14
157/19 158/6
158/8 158/15
158/21 159/13
162/14 162/20
163/12 163/14
163/17 163/18
163/23 165/2
165/19 166/15
169/15 169/21
171/18 180/17
181/24 182/8
182/14 182/21
183/8 183/12
185/7 185/8
186/11 186/23
187/20 188/4
188/5 188/25
189/17 195/25
197/3 200/4
200/18 207/9
208/23 209/5
211/13 219/4
222/20 224/1
224/2 224/5

# C

**correct... [46]**
224/10 224/19
224/20 225/5
225/6 226/1
226/21 227/17
227/24 228/5
228/6 228/12
229/22 229/23
230/2 232/1
236/16 236/20
237/18 237/22
237/23 238/5
238/6 238/23
238/24 239/2
239/3 239/11
239/17 239/18
239/20 239/21
240/9 240/22
241/14 242/9
242/13 242/14
242/18 242/22
245/14 246/7
246/23 247/14
251/14 253/7

**correctly [1]**
81/13

**correlate [2]**
4/14 194/4

**correlating [1]**
201/6

**could [51]**   4/7
15/1 15/9
16/24 19/1
21/24 22/2
35/4 37/22
45/16 46/23
49/7 60/2
61/14 67/6
67/6 77/9 78/9
80/6 80/9
80/12 90/3
96/11 116/14
116/14 116/17
121/14 125/20
127/11 128/6
133/17 134/2
137/3 148/6
149/7 149/13
150/8 150/21
165/12 166/7
170/2 201/21
202/11 207/1
209/12 211/6
212/25 213/5

222/4 235/19

**couldn't [2]**
145/13 185/3

**counsel [18]**
3/3 3/12 4/21
4/23 5/8 62/11
64/1 64/24
67/11 174/11
212/21 214/10
215/17 215/19
237/14 240/24
251/17 252/6

**count [50]**
136/12 136/13
136/17 137/5
140/5 140/12
140/23 141/22
142/12 142/12
142/20 156/4
156/21 157/1
157/17 158/13
159/7 160/3
160/17 167/21
167/25 168/4
186/12 186/18
191/16 191/18
197/11 197/12
197/13 197/17
197/18 198/7
198/11 201/16
201/16 203/11
206/8 207/8
219/20 223/25
224/4 224/7
224/8 228/9
229/21 234/21
235/10 235/11
236/8 236/10

**counties [1]**
178/16

**counts [6]**
136/3 136/10
136/14 143/6
186/7 224/21

**County [16]**
84/21 84/22
85/1 85/6
85/22 85/25
86/2 86/10
86/20 86/25
89/10 89/11
89/25 124/23
178/21 179/15

**couple [7]**
5/14 70/10

72/7 117/25

147/25

**course [13]**
3/4 21/13
22/14 50/9
107/18 107/19
109/3 109/9
118/3 128/20
164/1 212/4
214/4

**court [25]**   1/1
4/22 6/11 6/11
8/1 8/2 51/14
83/14 113/6
119/6 119/7
119/8 134/18
149/20 150/6
175/18 190/12
192/16 213/3
218/6 251/2
251/24 252/8
252/10 253/5

**court's [22]**
20/13 31/8
41/8 45/20
50/19 62/6
64/3 81/5
104/18 105/2
110/1 110/14
119/23 161/3
174/4 193/23
234/8 236/24
239/24 243/14
244/3 252/6

**courthouse [1]**
119/9

**courtroom [5]**
7/20 35/18
37/20 176/22
177/3

**courts [2]**
50/13 51/8

**cousin [1]**
17/8

**covered [1]**
38/18

**covers [1]**
193/25

**cr [1]**   1/5

**create [20]**
131/20 137/21
138/12 139/25
149/8 149/19
158/5 159/21
162/1 162/25

164/16 169/16

190/2 192/3
195/16 196/11
203/21 207/18

**created [20]**
79/5 142/6
142/23 152/7
154/13 162/16
163/6 167/17
171/11 171/15
179/25 195/17
198/16 198/17
203/15 207/11
207/24 225/8
232/2 232/3

**creation [9]**
158/1 159/1
159/19 160/10
161/23 162/10
162/21 163/9
169/8

**crimes [5]**
85/12 85/14
115/12 115/14
177/19

**criminal [4]**
1/5 85/11
85/15 115/13

**crop [1]**   132/6

**cropped [2]**
132/15 134/3

**cropping [1]**
134/2

**cross [22]**   2/6
2/8 2/10 2/12
2/15 2/17 2/20
20/18 20/20
31/10 31/12
45/22 45/23
62/8 62/12
81/7 81/9
104/20 104/21
220/24 234/13
234/14

**Cross-examinati
on [13]**   20/18
20/20 31/10
31/12 45/22
45/23 62/8
62/12 81/9
104/20 104/21
234/13 234/14

**CRR [2]**   1/25
253/16

**CRV [4]**   88/15

102/1 102/9
115/11 115/11

**CSI [1]**   121/12

**cues [2]**
216/14 217/3

**cumulative [1]**
210/23

**current [5]**
84/25 85/4
88/19 177/17
178/12

**currently [7]**
24/7 36/11
54/3 84/21
85/2 85/8
115/16

**custody [1]**
252/5

**customer [6]**
70/23 72/2
72/17 72/18
75/8 76/25

**customers [5]**
70/18 71/3
71/24 72/1
75/9

**cut [4]**   3/10
123/16 200/20
211/2

**cyber [1]**
117/19

**cyberstalking
[1]**   250/7

# D

**D-E-A-N-N-A [1]**
69/5

**D36 [1]**   140/2

**daily [1]**
70/17

**damage [1]**
123/17

**danger [1]**
107/23

**dark [2]**   66/24
67/1

**darkened [1]**
7/6

**Dartmouth [2]**
54/8 54/13

**dash [1]**
190/19

**data [122]**
77/10 78/4
78/12 78/14
79/17 115/25

| **D** | | | | |
|---|---|---|---|---|
| **data... [116]** | 207/21 218/23 | 121/15 129/2 | **decrypt [1]** | **degrees [2]** |
| 116/3 116/3 | 223/25 225/7 | 142/5 180/18 | **deeply [1]** | 135/1 138/3 |
| 116/4 116/6 | 228/7 230/10 | 184/24 189/12 | 218/2 | **delay [1]** |
| 116/7 116/9 | 240/9 248/9 | 190/12 197/22 | **Defendant [43]** | 121/21 |
| 116/17 116/20 | **date [44]** | 199/22 199/25 | 1/7 1/17 12/1 | **delete [18]** |
| 117/9 117/10 | 28/14 28/19 | 230/19 231/1 | 12/17 14/2 | 75/20 76/1 |
| 117/11 117/24 | 32/5 32/19 | 244/8 246/2 | 15/3 16/2 16/7 | 76/3 76/6 76/7 |
| 118/6 121/16 | 48/4 93/8 | 249/7 250/14 | 18/23 38/5 | 76/14 76/15 |
| 121/17 121/18 | 101/24 131/4 | 251/2 251/14 | 64/7 64/13 | 77/7 77/9 |
| 122/6 122/23 | 132/19 137/21 | 251/24 253/12 | 64/15 87/15 | 77/24 78/2 |
| 123/10 123/13 | 140/22 142/5 | **daylight [2]** | 135/21 152/4 | 79/22 79/23 |
| 126/22 126/23 | 142/20 146/20 | 166/9 166/10 | 153/2 153/9 | 81/15 81/18 |
| 126/25 126/25 | 151/7 152/6 | **days [17]** | 165/8 178/20 | 81/21 82/3 |
| 127/14 127/22 | 157/10 158/1 | 39/24 39/24 | 181/3 182/1 | 150/5 |
| 128/21 128/23 | 159/1 159/19 | 76/11 78/3 | 183/7 183/17 | **deleted [38]** |
| 128/25 130/17 | 160/10 160/20 | 79/14 80/6 | 188/18 193/15 | 75/22 75/23 |
| 130/22 130/24 | 161/22 162/10 | 80/7 80/12 | 196/20 201/25 | 76/1 76/3 76/4 |
| 131/2 131/3 | 169/8 169/17 | 81/24 82/6 | 202/5 204/10 | 76/8 76/17 |
| 131/10 131/23 | 169/19 170/4 | 110/11 121/20 | 205/9 206/18 | 76/21 76/21 |
| 132/3 132/8 | 170/6 183/17 | 169/10 169/20 | 208/19 209/16 | 76/22 76/22 |
| 132/16 133/15 | 184/1 186/24 | 170/6 170/6 | 209/18 211/1 | 77/1 77/2 77/6 |
| 133/19 134/4 | 191/23 198/15 | 239/4 | 213/25 219/3 | 77/8 79/1 79/8 |
| 134/8 135/4 | 207/11 207/13 | **daytime [1]** | 220/1 221/20 | 79/12 79/23 |
| 136/9 137/9 | 228/7 228/9 | 57/14 | 231/5 231/14 | 79/25 80/4 |
| 137/11 137/16 | 228/9 236/11 | **deal [2]** 75/9 | 252/5 | 80/8 81/2 |
| 138/9 141/18 | 237/25 238/21 | 122/7 | **Defendant's** | 81/21 82/1 |
| 141/19 142/11 | 245/19 246/19 | **DeAnna [4]** | **[22]** 3/17 | 130/14 149/14 |
| 143/1 143/12 | **date/time [2]** | 2/14 68/18 | 32/24 64/19 | 149/20 150/2 |
| 143/15 143/16 | 169/17 169/19 | 68/20 69/5 | 124/23 129/15 | 150/5 150/6 |
| 143/19 148/8 | **dated [4]** | **December [7]** | 181/17 190/21 | 150/10 153/16 |
| 148/19 148/20 | 132/11 244/11 | 24/13 25/9 | 196/13 197/14 | 153/18 153/19 |
| 148/21 149/2 | 248/8 253/12 | 28/7 28/16 | 199/16 203/8 | 153/24 184/16 |
| 149/5 149/9 | **dates [22]** | 28/17 244/11 | 204/22 205/1 | 185/3 |
| 149/12 150/20 | 10/25 13/18 | 248/1 | 208/10 216/8 | **deletes [3]** |
| 150/23 151/1 | 26/1 34/16 | **December 20th** | 216/24 217/23 | 79/2 80/14 |
| 151/25 152/7 | 111/1 111/6 | **[1]** 248/1 | 225/21 230/16 | 130/16 |
| 153/14 153/16 | 111/12 116/1 | **December 26th** | 231/11 245/1 | **deleting [2]** |
| 157/10 158/1 | 117/9 153/6 | **[1]** 28/16 | 245/2 | 79/18 80/10 |
| 161/18 162/8 | 153/8 170/12 | **December 30th** | **defense [19]** | **deliberate [1]** |
| 162/17 162/19 | 180/24 182/13 | **[1]** 244/11 | 3/15 7/14 | 214/4 |
| 163/6 164/18 | 236/21 238/3 | **decide [1]** | 50/20 50/22 | **Dell [30]** |
| 164/19 167/6 | 238/18 246/5 | 132/6 | 64/10 64/15 | 74/24 92/20 |
| 167/14 167/16 | 246/8 248/7 | **decided [3]** | 211/4 211/8 | 92/21 147/7 |
| 167/19 168/19 | 248/11 248/13 | 4/12 75/20 | 211/16 212/8 | 147/10 151/15 |
| 169/8 169/10 | **day [44]** 1/11 | 132/14 | 212/15 215/14 | 151/17 151/18 |
| 169/11 171/3 | 4/7 4/8 4/12 | **deciding [1]** | 244/2 245/4 | 152/14 152/22 |
| 171/10 171/20 | 17/17 33/19 | 120/9 | 245/24 248/8 | 153/7 153/9 |
| 171/22 174/1 | 33/20 39/22 | **decipher [1]** | 248/21 250/21 | 154/1 155/10 |
| 186/21 191/15 | 43/16 57/7 | 162/8 | 251/17 | 155/14 156/13 |
| 191/20 198/7 | 57/10 57/11 | **decision [1]** | **definitely [3]** | 157/8 157/22 |
| 198/16 198/24 | 57/20 59/20 | 120/6 | 39/2 59/23 | 158/18 159/12 |
| 199/25 203/13 | 73/1 75/11 | **decisions [1]** | 130/6 | 167/3 168/9 |
| 203/20 204/14 | 76/16 80/7 | 215/17 | **degree [3]** | 168/23 170/17 |
| 204/15 207/8 | 80/11 100/14 | **decorated [1]** | 118/10 118/14 | 171/17 172/23 |
| | 110/11 111/16 | 106/2 | 118/15 | 223/7 223/19 |
| | | | | 224/1 227/4 |

**D**

**demonstrated
[1]** 78/25
**depart [7]**
23/9 35/13
53/5 68/16
82/21 112/1
174/19
**department [10]**
84/21 84/23
85/1 85/7
85/22 86/1
86/2 86/25
89/10 103/7
**dependent [1]**
6/12
**Depending [1]**
80/9
**depict [6]**
91/13 91/20
95/17 97/9
144/4 190/18
**depicted [26]**
29/24 30/14
30/18 30/21
91/25 92/5
93/5 93/12
93/24 94/7
94/14 94/23
95/21 95/24
96/15 96/21
97/15 97/21
98/2 98/10
99/20 100/18
100/23 102/8
196/1 206/16
**depicting [2]**
102/13 102/16
**depicts [1]**
91/23
**deputy [1]**
3/10
**derivative [1]**
125/22
**describe [26]**
13/13 18/2
27/2 71/23
89/15 90/10
91/23 102/7
117/14 120/22
121/4 126/17
127/9 128/18
131/20 132/2
133/23 134/22
137/9 146/18

**demonstrated**
178/15 204/6
**described [5]**
51/20 95/9
100/14 128/7
188/10
**describes [1]**
131/11
**describing [5]**
93/16 97/3
98/25 131/3
151/1
**description [4]**
187/8 192/5
209/12 229/1
**deserves [1]**
120/12
**designation [1]**
154/8
**designer [1]**
28/3
**designs [1]**
27/25
**desk [6]** 92/12
92/15 92/20
94/4 98/20
130/4
**despite [1]**
177/3
**destroyed [1]**
184/17
**destruction [1]**
90/3
**detail [1]**
131/16
**detective [23]**
2/16 5/9 83/12
83/21 84/4
84/18 84/20
85/6 85/11
85/20 86/3
86/20 86/24
87/9 88/3 98/7
104/23 104/23
104/25 105/1
107/4 180/16
199/5
**detectives [1]**
86/15
**deteriorates
[1]** 153/22
**determination
[1]** 120/17
**determine [5]**
87/18 161/19

154/15 164/10
178/8 224/24
178/15 204/6
**determined [1]**
203/21
**develop [3]**
116/11 235/5
251/22
**developed [1]**
127/12
**device [127]**
70/23 71/2
72/4 72/5
72/21 73/10
73/11 73/12
73/13 73/15
73/18 74/1
74/2 74/4 74/7
74/8 74/10
74/15 74/15
74/20 74/24
75/25 76/7
76/20 77/6
77/8 77/11
78/4 78/6 79/5
79/7 79/8 80/1
81/1 117/8
117/10 117/11
117/12 121/13
121/14 121/15
123/3 125/12
126/1 126/1
126/23 126/24
127/13 130/14
130/16 130/25
131/6 131/9
131/10 131/20
131/24 133/7
133/20 137/10
138/12 139/13
139/25 141/2
142/24 143/14
143/14 143/16
144/6 144/7
144/13 144/16
144/19 144/21
145/7 145/23
146/1 146/6
146/13 146/16
146/23 152/15
152/18 152/20
154/7 155/4
159/21 160/22
162/1 162/25
163/25 164/5
166/22 170/1
170/4 170/5

207/24 231/13
242/10
**determined [1]**
203/21
**develop [3]**
171/11 171/12
174/25 176/23
181/6 181/10
181/20 181/22
182/3 182/9
182/16 182/19
182/22 182/24
183/3 183/3
184/12 192/3
203/21 207/18
221/20 222/17
222/18 222/22
223/7 223/9
223/11 223/19
227/4 227/20
229/5 247/4
**device's [1]**
127/14
**devices [52]**
70/20 70/25
71/4 71/6
71/14 71/18
71/21 71/25
73/5 79/14
80/22 86/16
86/24 88/23
101/8 101/9
116/16 118/3
118/22 119/13
121/25 122/5
122/7 122/8
124/8 124/12
124/22 125/18
125/21 125/22
125/23 126/3
126/11 126/20
126/24 127/7
133/13 136/4
147/11 147/15
147/17 154/23
164/23 164/25
168/4 168/6
171/8 171/19
172/2 220/19
220/21 221/16
**diagnostics [1]**
70/25
**dialogue [1]**
212/11
**dictionaries
[1]** 249/19
**dictionary [4]**
83/7 112/24
175/6 210/17
**did [295]**
**didn't [13]**

49/10 65/4
65/13 65/20 66/3
66/5 67/3
107/1 124/2
124/5 124/6
211/2 211/10
248/13
**difference [3]**
57/19 73/7
138/5
**differences [2]**
129/1 136/14
**different [17]**
34/6 113/13
116/2 117/7
132/16 135/1
147/13 148/12
148/19 148/20
149/10 149/16
170/12 170/22
178/16 238/3
241/20
**difficulties
[1]** 199/24
**dig [1]** 117/8
**Digest [1]**
123/11
**digging [1]**
151/25
**digital [19]**
115/4 115/16
115/19 115/23
117/15 118/24
119/3 119/12
119/18 120/2
121/9 122/5
122/7 123/25
124/8 130/19
132/21 148/1
183/24
**dining [4]**
92/7 92/17
93/13 94/10
**dinner [8]**
12/3 40/5 40/6
56/5 56/6
56/10 56/17
61/8
**direct [27]**
2/5 2/7 2/9
2/12 2/14 2/16
2/18 2/20 9/6
24/1 24/12
28/6 29/10
36/5 53/22
69/11 83/22

## D

**direct... [10]**
84/16 85/20
114/21 126/6
175/13 177/11
214/12 216/11
220/17 234/20

**directed [3]**
3/7 64/6 65/24

**directing [4]**
19/11 30/9
69/2 168/25

**direction [2]**
7/13 64/10

**directly [12]**
4/12 8/23
23/20 35/23
70/19 84/9
114/15 118/1
127/23 137/15
173/12 176/12

**directory [8]**
154/1 154/9
154/10 154/19
154/20 154/21
154/21 164/5

**disappear [1]**
227/16

**discharge [1]**
218/5

**disconnected
[1]** 237/10

**discuss [16]**
82/23 82/24
112/15 112/16
115/9 116/20
136/15 143/7
174/23 174/23
210/9 210/9
223/14 249/8
249/9 249/9

**discussed [2]**
127/6 246/7

**discussion [2]**
63/18 221/2

**discussions [2]**
46/17 49/18

**disk [2]**
169/12 170/10

**display [1]**
179/25

**displayed [2]**
3/8 72/20

**displays [1]**
3/11

**distinguishes
[1]**
72/21

**distressed [1]**
218/2

**DISTRICT [6]**
1/1 1/1 119/7
119/8 253/5
253/6

**division [8]**
1/2 85/2 85/9
121/4 121/5
121/11 177/18
178/5

**do [361]**

**document [6]**
149/19 150/6
150/10 180/23
206/1 226/4

**does [41]**
29/11 29/13
33/4 49/16
65/15 72/14
72/15 73/13
73/20 73/21
74/10 75/13
77/5 77/10
80/13 80/17
95/17 97/9
131/22 144/4
146/21 148/22
149/23 151/19
168/16 168/19
170/11 173/6
184/11 184/11
184/15 190/18
193/12 198/7
216/15 246/3
246/18 250/10
251/17 251/18
251/20

**doesn't [7]**
22/24 135/2
149/17 149/24
184/14 217/9
227/23

**dog [1]** 12/25

**dogs [1]** 26/16

**doing [8]** 60/2
123/9 132/7
150/1 151/25
152/17 167/22
218/4

**don't [40]** 5/8
5/24 6/20
22/11 25/18

26/25 26/25
33/16 33/16
34/19 38/8
42/11 46/4
50/16 51/21
51/22 57/11
57/11 57/24
63/25 66/11
66/22 67/6
68/3 76/17
80/3 81/19
107/19 137/24
187/25 214/14
235/16 235/22
235/23 241/18
246/20 247/8
250/20

**done [27]** 16/5
59/25 77/7
91/1 92/23
93/18 96/4
96/18 97/24
98/4 101/6
103/2 104/12
106/22 107/25
128/8 133/17
144/17 145/3
147/13 164/14
189/7 219/5
232/13 239/19
240/17 242/25

**door [22]** 42/9
89/24 91/25
92/1 92/8
94/18 103/10
103/23 103/25
104/8 106/13
107/20 191/7
191/9 191/10
196/3 196/9
196/18 196/22
201/25 202/5
202/10

**doors [1]**
197/11

**doorway [1]**
95/1

**double [5]**
76/21 80/4
80/8 205/15
235/25

**double-check
[2]** 205/15
235/25

**double-deleted
[2]** 80/4 80/8

**doublecheck [1]**
80/8

**down [23]** 7/1
90/14 116/17
125/20 137/3
138/6 187/12
192/16 192/20
192/21 193/9
195/8 195/10
200/20 200/23
203/1 204/1
204/4 208/5
233/12 237/13
241/21 249/1

**downloads [1]**
122/14

**dozen [1]**
107/8

**draw [3]** 105/3
110/15 234/18

**dressed [3]**
60/20 107/13
107/14

**drive [23]**
56/8 60/17
61/8 61/12
68/4 116/17
123/14 123/19
123/21 148/5
148/7 148/7
148/9 148/11
148/23 148/25
148/25 149/2
149/4 149/5
149/8 149/8
174/1

**driven [2]**
43/25 45/5

**driver's [5]**
103/5 103/10
103/12 103/14
222/16

**drives [1]**
123/10

**drove [2]**
43/24 59/11

**DSID [3]** 72/19
72/22 180/10

**due [1]** 128/3

**Dulaney [1]**
69/15

**duplicate [7]**
156/3 156/7
156/24 168/3
190/11 206/13
224/4

**duplicates [2]**
224/7 224/14

**duration [2]**
29/2 55/9

**during [25]**
3/4 9/25 45/16
45/17 55/5
57/13 57/20
58/23 60/22
66/19 82/23
87/23 90/7
106/12 107/1
112/15 112/15
138/6 174/22
179/16 183/6
191/2 210/8
242/24 249/7

**duties [2]**
119/1 218/5

## E

**E-R-I-C [1]**
114/17

**E-X-I-F [1]**
130/22

**each [14]** 10/6
59/12 60/11
61/12 72/22
79/15 91/12
93/16 125/17
148/19 156/15
169/1 192/5
227/16

**earlier [9]**
38/14 65/22
105/14 170/6
180/11 180/16
185/7 191/13
230/4

**early [3]**
34/23 106/20
250/15

**earth [1]**
138/2

**easier [3]**
6/24 6/25
93/21

**east [1]** 138/3

**Easter [1]**
110/21

**Eastern [14]**
138/6 138/8
139/7 139/23
141/1 141/13
161/24 162/11
162/23 163/10

**E**

**Eastern... [4]**
166/4 167/17
169/20 218/24

**easy [1]**
126/20

**eat [2]** 63/1
67/18

**eater [1]**
62/23

**ecosystem [1]**
126/19

**education [2]**
117/14 118/13

**effect [2]**
106/16 176/23

**effectively [1]**
212/1

**efficiency [1]**
221/9

**effort [1]**
21/24

**efforts [1]**
249/22

**Eighteen [1]**
247/24

**eighth [7]**
25/7 25/8
43/11 55/8
55/15 55/18
56/4

**either [5]**
13/19 74/1
76/5 87/9
130/15

**elect [1]**
127/14

**electronic [5]**
8/7 8/9 88/22
101/8 123/3

**elements [1]**
212/7

**eleventh [1]**
38/21

**elicited [1]**
66/1

**ELMO [1]** 32/11

**else [11]** 7/14
43/18 58/23
59/24 76/17
77/16 103/2
104/11 105/20
211/8 251/25

**else's [1]**
26/17

**email [7]**
72/14 72/15
122/22 231/21
232/4

**emails [1]**
145/6

**embedded [2]**
134/9 134/11

**employ [2]**
21/4 109/19

**employed [4]**
12/17 54/3
84/20 114/25

**empties [1]**
79/18

**empty [1]**
22/14

**encounter [1]**
94/17

**encouraging [1]**
52/11

**encrypted [5]**
127/21 127/22
127/25 146/20
146/23

**encryption [2]**
127/25 128/1

**encyclopedia
[4]** 83/7
112/24 175/6
210/17

**encyclopedias
[1]** 249/18

**end [6]** 65/15
211/15 213/20
251/3 251/3
251/24

**endeavor [2]**
169/24 192/12

**endeavoring [1]**
215/14

**ending [2]**
140/2 180/20

**ends [3]** 155/2
155/2 231/23

**energy [1]**
47/8

**enforcement
[14]** 20/8
51/15 89/12
89/25 106/13
106/15 106/19
106/24 107/5
117/23 130/3
177/25 178/13

178/25
**email [1]**
131/15

**enough [2]**
211/18 251/5

**enter [4]** 7/19
108/13 108/15
229/12

**entered [3]**
107/8 125/6
234/4

**entering [1]**
66/8

**enters [5]**
7/22 83/24
114/1 176/4
218/14

**entertainment
[1]** 103/19

**entire [7]** 7/1
70/17 72/3
143/8 150/3
165/24 165/25

**entirely [1]**
80/1

**entirety [1]**
215/23

**entitled [2]**
64/15 253/9

**entitlement [1]**
64/11

**entrusted [1]**
20/24

**entry [4]**
29/10 90/15
90/25 91/13

**entryway [2]**
92/7 93/23

**envelope [1]**
96/11

**envelopes [1]**
91/18

**environment [1]**
131/11

**Equally [1]**
215/8

**equating [1]**
118/22

**equipment [2]**
113/19 123/1

**equivalent [3]**
123/15 123/20
137/25

**erase [1]** 77/5
**Eric [4]** 2/18
114/3 114/8

114/17
mean... [1]
216/12

**ESQUIRE [4]**
1/15 1/16 1/17
1/18

**essentially [5]**
5/25 90/18
91/1 91/10
185/1

**establish [2]**
187/25 217/19

**established [1]**
64/9

**estimate [2]**
26/4 251/18

**even [14]**
12/23 67/4
82/24 117/3
137/10 158/4
170/7 174/23
210/10 214/15
217/8 217/9
238/7 251/3

**evening [2]**
234/16 252/1

**event [1]**
211/3

**eventually [1]**
79/16

**ever [12]**
11/23 12/1
38/7 40/13
43/7 58/4
61/14 76/21
81/19 119/2
135/7 150/6

**every [14]** 8/7
8/7 21/24
39/22 57/7
62/25 75/11
107/23 109/15
110/11 121/14
123/4 125/17
232/13

**everybody [4]**
46/21 48/4
122/2 123/15

**everyone [2]**
28/23 48/4

**everything [5]**
20/2 77/7
79/20 116/1
154/10

**evidence [42]**
3/18 32/14

64/9 86/22
89/1 90/4
90/16 109/1
116/5 120/5
120/12 125/6
125/8 125/22
143/18 165/12
167/11 170/14
179/16 183/14
183/24 184/19
185/16 185/19
196/13 197/5
204/20 212/7
212/12 213/4
213/21 214/2
214/6 215/18
217/19 223/3
224/13 224/19
229/12 233/21
234/5 242/25

**evident [1]**
177/20

**evidentiary [1]**
101/12

**evolution [1]**
235/4

**exact [7]**
19/25 57/24
119/8 129/1
159/22 171/21
182/18

**exactly [3]**
151/9 217/10
239/15

**exam [1]** 147/2
**examination
[26]** 9/6
20/18 20/20
24/1 31/10
31/12 36/5
45/22 45/23
51/25 53/22
62/8 62/12
67/14 69/11
81/9 84/16
104/20 104/21
114/21 118/20
177/11 216/11
234/13 234/14
248/5

**examinations
[2]** 118/18
118/24

**examined [1]**
221/16

**examiner [8]**

**E**

examiner... **[8]**
115/4 115/17
115/19 115/23
117/15 126/15
130/19 132/22
examiners **[1]**
120/24
example **[15]**
33/8 34/16
48/13 75/2
75/16 75/24
79/21 110/15
110/21 132/10
134/1 134/10
134/16 134/17
148/13
exception **[1]**
177/1
excess **[1]**
149/9
exchange **[1]**
44/3
exchangeable
**[1]** 130/23
excuse **[3]**
156/1 162/19
202/8
excused **[20]**
23/5 23/9 35/9
35/11 53/2
53/5 68/12
68/14 82/16
82/18 82/20
111/22 112/1
174/14 174/17
174/19 248/17
248/20 249/21
252/6
execute **[1]**
106/19
executed **[4]**
89/3 89/6 89/9
90/23
execution **[5]**
90/7 101/25
106/9 106/12
107/2
exhaust **[1]**
209/11
exhibit **[182]**
14/11 28/12
28/13 28/18
29/9 29/23
30/13 30/14

30/18 30/20
41/8 41/13
41/19 41/24
43/5 44/8 44/9
50/20 50/22
86/23 89/22
89/23 91/22
91/23 91/25
92/3 92/9
92/11 92/14
92/15 92/18
93/1 93/3 93/6
93/11 93/12
93/24 94/6
94/7 94/13
94/14 94/22
94/23 95/16
95/17 95/20
95/23 95/24
96/4 96/5
96/10 96/12
96/16 96/20
96/21 97/8
97/11 97/17
97/18 97/22
98/1 98/6 98/7
98/9 98/11
98/14 98/18
98/21 99/2
99/6 99/11
99/17 99/22
99/25 100/3
100/6 100/10
100/17 100/18
100/21 101/1
101/3 101/14
101/15 102/7
102/8 102/12
102/15 102/18
102/20 102/22
103/4 103/9
103/11 103/13
103/15 103/17
103/20 103/22
104/1 104/3
104/5 104/7
104/9 105/4
105/13 109/6
110/4 138/24
145/22 146/11
150/14 152/9
161/11 161/14
163/16 163/19
164/7 172/25
173/9 179/25

180/3 190/24
191/5 194/17
195/19 196/16
197/21 198/3
198/4 198/7
199/9 199/23
203/12 204/21
207/1 208/3
208/6 208/10
208/15 208/24
209/1 209/1
213/2 214/5
214/5 218/17
219/18 222/4
223/22 225/11
225/19 227/6
227/25 228/1
228/13 229/13
229/14 229/16
230/5 230/11
230/15 230/25
231/17 232/10
232/11 233/19
237/3 237/5
237/6 237/11
237/12 237/20
238/22 239/23
243/15 244/2
245/4 245/24
247/16
Exhibit 106 **[1]**
239/23
Exhibit 108 **[1]**
198/3
Exhibit 114 **[1]**
152/9
Exhibit 115 **[1]**
163/19
Exhibit 117 **[2]**
150/14 243/15
Exhibit 119 **[1]**
161/11
Exhibit 120 **[1]**
164/7
Exhibit 121 **[1]**
230/11
Exhibit 125 **[1]**
180/3
Exhibit 133B
**[1]** 194/17
Exhibit 135 **[1]**
195/19
Exhibit 150 **[1]**
208/3
Exhibit 154 **[1]**
219/18

Exhibit 155 **[1]**
227/6
Exhibit 159 **[1]**
227/6
Exhibit 160 **[3]**
227/25 228/1
228/13
Exhibit 161 **[2]**
229/13 229/14
Exhibit 162 **[4]**
41/8 41/24
43/5 230/5
Exhibit 166 **[2]**
232/10 247/16
Exhibit 175 **[1]**
44/8 44/9
Exhibit 18 **[2]**
28/12 28/13
Exhibit 19 **[1]**
31/1
Exhibit 19A **[2]**
29/23 30/18
Exhibit 19B **[1]**
30/20
Exhibit 19C **[2]**
30/13 30/14
Exhibit 20 **[1]**
29/9
Exhibit 205 **[1]**
197/21
Exhibit 36 **[3]**
89/22 89/23
91/25
Exhibit 37 **[2]**
91/22 91/23
Exhibit 38 **[6]**
92/3 92/9
92/14 92/15
105/13 145/22
Exhibit 39 **[1]**
92/11
Exhibit 4 **[1]**
32/24
Exhibit 40 **[2]**
92/18 93/6
Exhibit 41 **[2]**
93/12 93/24
Exhibit 42 **[3]**
93/11 94/6
94/7
Exhibit 43 **[2]**
94/13 94/14
Exhibit 44 **[2]**
94/22 94/23
Exhibit 45 **[4]**
95/16 95/17

95/23 95/24
Exhibit 46 **[4]**
95/20 96/4
96/5 96/16
Exhibit 47 **[2]**
96/20 96/21
Exhibit 48 **[1]**
97/8
Exhibit 49 **[2]**
97/11 97/22
Exhibit 5 **[1]**
209/1
Exhibit 50 **[2]**
98/9 98/11
Exhibit 51 **[1]**
98/14
Exhibit 52 **[1]**
98/18
Exhibit 53 **[1]**
98/21
Exhibit 54 **[1]**
99/2
Exhibit 55 **[1]**
99/6
Exhibit 56 **[2]**
100/17 100/18
Exhibit 57 **[1]**
100/21
Exhibit 58 **[2]**
101/14 101/15
Exhibit 62 **[2]**
102/7 102/8
Exhibit 63 **[2]**
102/12 230/25
Exhibit 64 **[1]**
102/15
Exhibit 65 **[1]**
102/18
Exhibit 66 **[2]**
102/20 105/4
Exhibit 67 **[1]**
102/22
Exhibit 68 **[1]**
103/4
Exhibit 69 **[1]**
103/9
Exhibit 70 **[1]**
103/11
Exhibit 71 **[1]**
103/13
Exhibit 72 **[1]**
103/15
Exhibit 73 **[1]**
103/17
Exhibit 74 **[1]**
103/20

| E | EXIF [59] | 26/11 136/2 | 77/22 77/23 | F |
|---|---|---|---|---|

**E**

**Exhibit 75 [1]**
103/22

**Exhibit 77 [1]**
104/1

**Exhibit 78 [1]**
104/3

**Exhibit 79 [1]**
104/5

**Exhibit 80 [1]**
104/7

**Exhibit 81 [1]**
104/9

**Exhibit 82 [2]**
96/10 96/12

**Exhibit 83 [2]**
97/17 97/18

**Exhibit 84 [4]**
98/1 98/6 98/7
146/11

**Exhibit 85 [3]**
93/1 93/3
172/25

**Exhibit 86 [4]**
101/1 101/3
163/16 173/9

**Exhibit 87 [1]**
99/11

**Exhibit 88 [2]**
99/17 230/15

**Exhibit 89 [2]**
99/22 225/19

**Exhibit 90 [7]**
99/25 110/4
204/21 208/15
225/11 237/6
237/12

**Exhibit 91 [3]**
100/3 237/20
238/22

**Exhibit 92 [1]**
100/6

**Exhibit 93 [1]**
100/10

**Exhibit Number
[1]** 86/23

**Exhibit's [1]**
103/24

**exhibits [9]**
3/7 99/10
190/20 192/7
194/1 196/11
243/11 246/2
248/8

**Exhibits 87 [1]**
99/10

**EXIF [59]**
131/3 131/23
132/3 132/8
132/15 133/15
133/19 134/4
134/8 135/4
136/9 137/9
138/9 141/18
142/11 150/20
151/1 151/25
152/6 153/14
153/16 157/10
158/1 161/18
162/8 162/17
162/19 167/6
167/16 168/19
169/8 169/10
169/11 171/2
171/10 171/13
171/20 171/22
186/21 191/15
191/20 198/7
198/16 198/24
199/25 203/12
203/20 204/14
207/8 207/21
218/23 220/6
220/8 223/25
228/7 230/10
248/9

**existed [3]**
18/2 64/17
168/9

**existence [2]**
151/19 183/23

**existing [1]**
132/9

**exists [1]**
149/18

**exit [3]** 90/15
91/19 91/21

**exits [5]**
83/10 113/4
175/10 210/21
249/25

**expand [1]**
149/8

**expect [13]**
4/25 79/3 79/4
112/8 132/18
138/24 149/21
153/14 193/1
204/7 209/8
251/1 251/3

**expected [2]**

26/11 136/2
**expects [1]**
3/5

**experience [6]**
52/23 52/25
70/4 177/25
227/18 246/18

**experienced [1]**
120/4

**experiences [1]**
52/24

**expert [12]**
112/8 119/2
119/12 119/18
119/21 119/23
120/1 120/3
120/11 120/15
148/9 148/10

**expert's [2]**
120/6 120/7

**explain [21]**
12/20 39/20
45/10 57/23
70/22 73/2
87/24 98/10
119/22 125/3
130/4 130/21
137/24 143/11
143/12 148/3
166/8 195/6
195/10 196/15
200/22

**explained [2]**
4/10 76/25

**explains [1]**
147/1

**explicit [13]**
3/5 113/15
152/3 176/24
219/25 220/3
222/1 222/22
222/24 223/18
228/4 229/9
230/22

**exploitation
[2]** 129/9
177/22

**explore [1]**
64/16

**exposed [5]**
82/25 112/17
174/24 210/10
249/10

**express [1]**
119/24

**expunged [43]**

77/22 77/23
78/5 78/8
78/17 78/20
78/24 79/3
79/6 79/9
79/11 79/13
79/17 80/2
80/5 80/19
80/19 82/4
82/9 82/10
129/24 130/1
130/7 130/10
130/11 130/15
136/1 136/4
137/17 137/18
140/20 141/14
142/3 186/3
186/9 187/2
192/1 198/21
203/18 207/16
220/4

**extent [1]**
212/5

**external [1]**
249/18

**extortion [2]**
115/14 115/15

**extra [1]**
135/1

**extract [11]**
90/4 116/3
121/16 136/9
141/4 141/18
143/15 143/16
161/19 162/7
168/20

**extracted [3]**
116/4 143/16
148/14

**extracting [1]**
143/12

**extraction [7]**
86/15 86/18
86/23 121/19
143/22 144/6
145/23

**extractions [3]**
88/4 147/3
147/11

**extracts [1]**
143/19

**extreme [1]**
218/7

**eye [1]** 129/20

**F**

**F-E-I-S-S [1]**
23/24

**fabric [1]**
104/13

**face [10]** 8/20
23/15 35/19
53/11 68/23
114/11 204/10
206/18 209/15
209/16

**facility [3]**
102/24 120/23
127/23

**fact [28]** 13/6
21/16 47/12
50/12 63/4
64/18 88/25
107/8 108/8
109/6 158/4
170/21 170/22
181/13 182/6
182/24 185/9
190/1 206/13
217/3 223/25
224/3 224/7
224/21 229/12
229/21 235/14
251/15

**factor [1]**
212/9

**facts [7]** 83/5
112/22 120/6
120/17 175/4
210/15 249/15

**failure [1]**
8/3

**fair [18]**
31/23 31/24
47/23 48/5
48/15 82/11
92/9 106/10
106/11 107/14
109/20 110/9
111/9 169/14
185/5 212/6
232/14 232/15

**fairly [4]**
105/25 106/20
107/16 110/9

**fairness [1]**
211/1

**fall [2]** 14/8
166/13

**fall/winter [1]**
166/13

**F**

**fallible [1]**
217/20

**falling [1]**
245/17

**falls [1]**
177/1

**familiar [15]**
44/19 70/21
71/14 75/6
122/25 123/6
126/14 130/1
130/18 132/20
186/6 227/13
227/15 233/18
246/13

**families [1]**
12/25

**family [20]**
12/6 12/8 18/7
22/5 22/19
26/4 27/3 27/4
27/9 28/7
28/10 28/14
28/19 28/22
28/24 38/16
38/22 39/1
39/4 249/10

**family's [1]**
19/13

**fan [1]** 209/11

**far [9]** 33/23
34/8 34/12
105/22 131/16
174/16 241/15
246/17 248/20

**fashion [2]**
93/19 105/9

**fatigues [1]**
107/16

**fault [3]**
33/15 214/19
225/17

**FBI [53]** 1/19
1/20 30/10
89/11 90/1
90/1 90/3
92/24 93/9
96/9 96/19
97/25 98/5
101/7 104/16
115/3 115/7
115/10 115/20
115/23 116/22
116/23 117/16

118/19 119/1
124/14 125/11
127/20 127/22
129/16 152/15
177/15 177/24
178/18 178/21
179/15 179/22
183/23 185/9
185/13 202/24
203/4 207/4
219/16 221/18
222/17 226/9
229/5 231/10
231/13 242/25

**FBI's [3]**
121/10 179/3
181/22

**FBI-led [1]**
117/16

**FD [1]** 145/11

**February [29]**
14/13 14/21
15/2 15/9
15/11 15/13
15/15 22/18
22/18 49/22
89/4 89/5
142/22 144/18
144/24 161/24
162/11 162/18
162/19 163/7
185/10 208/18
225/5 225/13
225/13 225/19
225/20 239/9
253/12

**February 11 [2]**
161/24 162/11

**February 11th
[4]** 162/18
163/7 225/5
225/13

**February 12th
[2]** 15/2
15/11

**February 2018
[2]** 14/13
225/19

**February 2019
[1]** 208/18

**February 3rd
[3]** 89/4 89/5
144/18

**February 8th
[1]** 225/13

**February 9 [2]**

**February 9th
[5]** 15/13
22/18 185/10
225/20 239/9

**federal [3]**
115/1 118/25
253/16

**feel [3]** 63/17
63/25 211/2

**feels [1]**
49/15

**Feiss [17]** 2/7
23/12 23/13
23/23 23/24
24/3 24/5 28/6
29/18 29/22
30/9 31/9
204/18 205/3
207/4 238/11
239/7

**Feiss' [1]**
224/8

**fellow [1]**
249/9

**few [11]** 21/10
31/16 40/17
62/22 66/17
70/12 108/25
108/25 139/8
212/10 234/19

**Fi [1]** 172/15

**field [7]**
115/1 115/11
119/12 119/18
120/4 120/23
121/5

**fifteen [1]**
12/14

**fifth [1]**
37/11

**Fifty [2]** 9/11
24/10

**Fifty-nine [1]**
24/10

**Fifty-seven [1]**
9/11

**file [87]** 77/8
77/10 77/24
77/25 78/2
79/1 79/18
80/2 80/19
123/14 123/19
123/20 127/25
128/1 128/16

129/10 130/5
131/1 131/2
131/5 131/21
134/9 135/5
136/4 136/12
136/21 136/22
137/9 137/17
138/13 138/21
138/23 139/2
139/14 139/16
139/19 140/20
141/22 142/2
142/5 142/21
142/23 143/2
143/20 148/10
148/10 148/24
149/24 150/3
150/4 150/23
150/24 150/25
151/2 153/17
153/19 153/20
156/8 156/8
156/10 156/19
156/22 157/21
158/7 162/7
162/16 163/5
164/4 170/12
170/13 170/15
170/24 171/22
186/18 187/4
189/17 189/18
199/20 200/15
203/21 203/23
207/15 207/19
220/21 223/14

**files [32]**
72/4 79/4
80/18 123/10
129/1 129/11
130/7 130/10
135/20 135/25
136/3 136/7
136/9 137/4
140/12 140/23
147/20 149/14
149/15 150/2
150/12 153/1
155/20 158/9
159/3 161/8
161/20 200/5
223/11 224/18
224/25 226/18

**filmed [2]**
217/5 234/22

**filming [4]**

196/4 196/9
226/3 227/13
227/15 228/22

**final [3]**
213/12 250/8
250/9

**finance [1]**
54/6

**find [13]**
70/25 79/3
79/5 81/16
120/12 136/2
150/9 160/5
191/25 205/21
218/6 223/15
236/1

**findings [1]**
121/22

**fine [3]** 87/11
104/25 229/2

**finger [5]**
44/13 123/16
123/17 123/17
123/17

**fingerprint [4]**
123/16 123/20
134/14 138/19

**finish [1]**
221/4

**finished [4]**
50/25 51/2
55/6 62/16

**firearms [1]**
107/17

**fired [3]** 46/9
183/11 183/21

**first [55]**
5/13 5/17 8/24
12/10 23/21
35/24 36/24
42/1 53/16
54/17 69/3
84/10 84/13
87/23 94/17
97/18 99/11
112/10 113/14
113/17 114/16
119/17 125/2
127/20 129/10
129/21 135/21
136/10 137/7
137/8 137/21
139/5 140/18
153/18 161/22
165/21 167/22
169/7 169/13
176/13 181/1

**F**

first... [14] 45/3
182/12 184/3
186/12 186/13
192/8 193/2
194/13 195/5
201/1 231/19
232/17 234/23
240/3 240/25

five [16] 45/3
120/24 135/21
136/2 136/3
136/10 166/6
166/13 166/17
186/7 192/8
220/25 242/21
242/22 242/23
250/4

five-hour [1]
242/21

flag [1] 53/10

flagpole [4]
68/22 68/22
84/1 176/2

flash [1]
131/17

flip [1]
225/12

floor [17]
18/5 18/5 18/9
18/10 18/11
18/12 18/13
18/16 18/17
18/20 19/6
20/4 27/23
27/23 27/24
27/24 226/7

flooring [1]
226/25

floors [1]
203/5

fluctuate [1]
33/21

folder [36]
76/17 76/22
77/22 78/5
78/8 78/17
78/21 78/24
79/4 79/6
79/13 80/5
81/21 82/4
82/9 130/2
130/7 130/10
130/11 130/15
136/1 137/19

140/20 141/14
164/21 186/3
186/6 186/9
187/2 192/1
198/21 203/18
207/16 220/4

folders [4]
79/11 79/23
82/1 210/19

folks [2] 26/8
128/3

follow [6]
86/6 170/9
189/12 214/7
241/5 249/7

follow-up [2]
86/6 241/5

followed [5]
49/10 50/12
51/11 182/12
182/12

following [12]
15/8 41/11
63/20 65/18
111/3 112/4
176/19 211/23
215/2 216/5
220/14 238/19

foot [4]
244/20 245/7
247/4 247/11

football [1]
42/9

force [4]
73/24 121/8
147/24 178/17

forces [1]
178/13

foregoing [1]
253/7

foreign [2]
173/12 173/22

forensic [16]
86/6 86/13
112/8 115/4
115/17 115/19
115/23 117/15
118/2 118/17
118/24 126/15
130/19 132/22
148/4 148/13

forensically
[1] 116/1

forensics [14]
117/2 117/19

119/3 119/13
121/9 123/25
148/1 148/15
149/25 151/22
179/17 185/17

forever [3]
76/10 80/10
80/15

forgive [5]
104/23 107/4
108/24 214/23
245/2

forgot [1]
248/25

formal [3]
118/5 121/1
185/9

format [2]
130/23 253/9

formats [1]
148/19

former [2]
86/7 86/14

forms [2]
115/15 127/24

forth [2] 3/13
46/18

forward [12]
7/18 8/12
23/13 34/7
35/17 47/8
47/10 52/11
53/9 68/21
83/25 242/20

found [47]
78/8 97/4
102/5 120/1
125/22 129/25
137/18 139/3
140/19 141/14
142/2 145/14
149/21 153/7
153/9 156/4
156/8 156/12
157/4 157/21
158/17 158/18
159/11 160/4
160/19 161/15
166/24 187/1
192/6 194/8
203/23 204/17
205/25 207/15
220/3 221/22
221/25 222/22
222/22 223/4

223/12 223/16
229/9 230/23
241/16

foundation [1]
188/1

four [22] 5/1
27/6 27/8
33/13 54/2
109/14 125/21
136/14 138/5
138/7 143/6
161/19 166/7
166/11 187/7
225/4 225/4
226/18 242/20
242/21 242/22
242/23

four-hour [2]
138/5 242/21

four-second [1]
5/1

Fourteen [2]
232/22 233/1

fourth [2]
4/25 163/5

foyer [1] 95/4

framed [5]
19/11 20/2
108/25 109/3
109/14

fraud [1]
115/14

Frederick [1]
89/11

free [8] 63/17
149/10 149/12
149/16 149/22
149/24 151/18
213/11

freer [1]
147/22

freezes [1]
184/16

frequently [2]
26/16 37/19

freshman [1]
45/17

Friday [4]
17/21 197/23
202/11 206/14

fried [1] 63/1

friend [5]
37/8 37/8
46/24 47/1
52/7

friends [22]
16/18 16/8 25/7
25/11 25/18
31/19 37/10
40/8 40/20
41/4 46/5
46/12 48/2
55/1 55/9
60/12 60/23
61/5 61/10
68/5 68/8
249/10

front [12]
35/17 89/24
92/8 94/18
102/16 102/19
102/23 131/18
212/7 214/15
230/16 237/2

froze [1]
185/2

FTK [1] 116/24

fuck [2] 47/14
49/8

full [12] 82/3
192/6 199/9
200/6 200/22
203/23 208/2
208/3 208/4
212/6 217/25
234/3

function [1]
71/15

functional [1]
8/12

functions [1]
73/21

further [17]
23/1 31/9
45/20 51/23
53/1 62/7
67/12 68/11
92/24 104/19
111/19 174/8
185/4 215/12
241/21 248/3
248/15

future [1]
170/7

**G**

gallery [1]
3/11

garner [1]
130/8

GARY [1] 1/18

# G

**gather [1]**
152/17

**gathered [1]**
140/9

**gay [4]** 63/11
65/3 65/6 66/2

**geared [1]**
117/23

**general [6]**
63/10 126/4
127/20 204/6
209/12 214/2

**generally [2]**
131/4 133/1

**generate [1]**
47/7

**genesis [1]**
216/11

**genitalia [1]**
228/5

**Genius [2]**
70/19 70/22

**gentlemen [22]**
7/24 63/16
82/22 87/13
108/2 112/14
114/5 119/17
119/20 130/21
154/16 174/22
185/23 187/9
189/10 201/21
204/7 205/20
210/8 221/7
249/3 249/6

**geographically
[1]** 127/3

**geography [1]**
55/17

**Georgetown [1]**
11/11

**get [42]** 5/6
7/12 8/9 10/25
34/5 34/21
40/4 43/23
49/8 56/4 56/7
56/20 59/10
60/14 60/20
60/23 61/14
76/9 78/9
78/12 113/16
116/10 117/8
117/9 122/14
122/21 128/2
133/9 134/25

135/16 136/13
150/3 150/3
155/9 167/21
171/19 184/10
227/23 228/25
231/1

**gets [3]** 78/4
79/8 153/19

**getting [3]**
82/2 121/21
183/3

**ghost [1]**
233/17

**gigabytes [2]**
149/2 149/5

**Gilman [46]**
9/24 9/25 10/4
10/6 10/10
11/15 12/2
12/10 25/7
36/20 36/21
36/23 36/25
37/12 37/19
38/12 38/14
40/2 43/8 46/8
46/14 46/14
47/4 49/11
49/13 52/8
54/15 54/16
54/18 54/20
54/24 55/10
55/22 58/21
63/4 63/10
63/10 64/12
65/5 85/23
109/19 124/6
183/7 183/18
183/21 184/4

**gilman.edu [2]**
144/22 231/22

**girls [1]** 13/2

**give [10]** 6/12
6/22 32/11
39/7 80/24
120/11 121/14
133/25 189/20
225/11

**given [10]**
34/23 64/12
80/18 87/8
124/22 126/4
129/8 129/15
145/5 217/13

**gives [2]**
72/12 117/12

**glass [2]**
220/18 220/21

**glitch [1]**
8/13

**glitches [1]**
6/20

**global [1]**
131/7

**glove [1]**
104/6

**gmail.com [17]**
127/17 128/15
144/22 146/10
152/21 179/23
180/9 180/11
185/6 185/11
187/3 192/2
198/22 203/19
207/17 231/20
232/6

**go [82]** 6/16
8/12 10/17
12/4 15/1 15/9
16/10 16/14
16/24 17/19
19/9 28/10
28/18 28/23
33/9 44/4 55/6
56/6 56/17
59/12 61/8
68/23 70/3
70/10 73/15
74/7 75/13
75/17 75/18
75/21 75/22
76/5 78/20
79/12 79/22
80/13 81/21
82/1 82/1 82/4
91/2 92/14
93/23 112/10
124/6 132/6
134/16 135/7
135/11 137/7
139/2 140/18
149/24 150/9
162/6 164/7
170/8 172/15
173/19 175/7
180/21 186/1
196/6 196/15
196/23 198/14
201/18 202/1
202/21 213/4
214/21 214/24
219/9 219/13

220/18 220/21
221/7 223/21
226/11 247/15

**Godine [1]**
43/20

**goes [4]** 72/18
75/14 127/23
130/14

**going [104]**
3/9 3/23 4/24
5/4 5/21 6/7
6/10 8/12 12/2
24/12 26/18
28/6 28/12
28/12 28/18
29/9 29/10
29/22 30/13
30/20 33/11
34/7 44/8
48/21 49/21
54/13 55/7
56/6 56/9
60/18 64/10
64/17 71/1
72/7 73/17
74/13 77/11
79/21 85/20
87/21 89/22
91/10 91/22
92/14 92/25
95/1 95/23
96/4 96/10
97/17 98/19
99/10 101/1
103/16 123/4
131/16 131/24
133/8 135/6
135/7 135/9
135/14 136/15
143/7 147/6
147/23 147/24
148/8 148/20
151/23 153/18
170/4 170/7
170/9 172/15
173/18 189/4
192/25 194/10
195/11 200/24
204/20 204/24
209/13 212/11
213/10 216/8
220/12 220/18
221/7 222/1
224/3 224/11
225/11 225/24

226/11 230/7
231/10 235/8
236/3 238/22
247/12 251/6
251/19

**gone [4]** 76/13
80/14 80/15
150/6

**good [36]** 3/2
7/24 7/25 8/14
9/8 9/9 17/2
17/10 20/22
20/23 24/3
24/4 28/2
29/9 31/14
31/15 33/7
36/7 36/8
53/24 53/25
62/14 62/15
69/13 81/11
81/12 81/15
84/18 84/19
114/4 114/23
114/24 177/13
177/14 213/24
234/16

**Google [13]**
184/8 231/11
231/13 231/19
231/25 232/5
232/7 232/13
239/19 240/6
242/8 247/15
247/25

**Googling [1]**
247/17

**got [28]** 3/19
3/20 7/5 8/4
8/5 28/5 32/10
44/23 46/6
47/8 47/13
47/13 50/6
50/6 60/11
60/19 81/19
113/11 113/21
121/18 143/20
180/11 180/11
206/1 233/23
235/19 235/19
250/1

**gotten [1]**
124/15

**Government [64]**
3/4 3/12 6/12
8/16 8/17 21/7
32/25 41/7

**G**

**Government...**
**[56]** 65/10
65/20 66/5
68/18 84/3
86/21 86/22
87/14 89/22
89/23 91/23
92/14 92/18
93/24 98/14
98/18 98/21
99/2 99/6
99/10 100/3
100/6 100/10
100/17 100/21
101/1 108/25
112/9 114/6
114/7 119/11
176/5 176/7
177/2 188/20
189/15 194/4
194/16 200/23
201/3 211/2
224/12 226/17
226/18 229/12
229/24 233/21
236/17 237/5
240/24 241/6
243/11 248/18
250/3 250/10
252/2

**Government's**
**[219]** 3/21
3/25 14/11
14/15 14/16
15/9 16/10
16/14 17/20
19/1 19/15
19/19 28/12
28/13 29/9
29/22 30/13
30/14 30/20
41/8 41/24
43/5 44/8 44/9
77/18 84/4
91/22 91/25
92/3 92/9
92/11 92/15
92/25 93/3
93/6 93/11
93/12 94/6
94/7 94/13
94/14 94/22
94/23 95/16
95/17 95/20

95/21 95/23
96/5 96/10
96/12 96/16
96/20 96/21
97/8 97/11
97/17 97/18
97/21 98/1
98/6 98/7 98/9
98/10 99/11
99/17 99/22
100/18 101/3
101/14 101/15
101/18 101/20
101/22 102/7
102/8 102/12
102/15 102/18
102/20 102/22
103/4 103/9
103/11 103/13
103/15 103/17
103/20 103/22
103/24 104/1
104/3 104/5
104/7 104/9
105/3 105/13
110/4 125/1
136/19 136/22
136/22 138/23
140/4 140/4
140/5 141/21
141/22 142/16
142/16 142/17
143/25 144/1
145/22 145/25
146/11 146/15
147/9 147/10
150/14 152/9
154/12 155/22
161/11 161/14
163/16 163/19
164/7 165/13
167/8 167/12
168/14 172/24
173/9 180/3
183/14 185/19
186/13 188/21
189/15 190/5
190/11 190/14
190/23 191/4
191/11 192/7
192/18 193/22
194/9 194/17
194/18 195/9
195/19 196/1
196/15 197/21

198/3 200/24
201/22 202/4
202/1 202/7
202/11 202/18
203/10 203/24
204/4 204/21
205/15 205/17
205/25 206/10
206/13 206/25
207/6 208/2
208/6 208/10
208/15 208/24
209/1 209/23
210/4 210/5
217/2 218/20
219/13 219/18
222/4 223/2
223/21 224/13
225/2 225/11
225/19 225/23
227/6 227/25
228/1 228/13
229/13 229/14
229/18 230/4
230/11 230/15
230/25 231/6
231/16 232/10
237/6 237/12
237/20 238/22
239/22 243/15
**Government's**
**156 [1]** 223/2
**GPS [20]** 131/6
141/4 141/18
143/1 158/22
159/17 160/8
161/1 162/3
162/13 163/2
163/13 167/19
198/23 204/14
207/22 225/7
236/6 236/14
239/10
**grab [1]** 249/3
**grabbed [1]**
225/17
**grade [27]**
9/22 25/7 25/8
25/9 36/23
36/24 37/11
38/20 38/21
39/13 39/14
42/10 43/10
43/11 54/16
55/3 55/4 55/5
55/6 55/8 55/8

55/15 55/15
56/4 58/8
**grades [1]**
38/18
**graduate [6]**
10/6 36/21
37/12 54/9
54/20 118/10
**graduated [7]**
10/8 11/1 11/2
21/19 57/2
115/10 118/11
**graduates [1]**
47/4
**graduation [2]**
54/18 85/18
**grand [1]**
209/7
**grandfather [1]**
19/14
**Grant [1]** 59/5
**granted [1]**
88/25
**graph [1]**
154/13
**graphic [1]**
154/25
**gray [3]** 14/24
17/14 20/4
**great [5]**
13/16 17/14
140/2 217/22
238/21
**green [10]**
156/7 157/4
157/21 158/17
159/11 159/24
160/4 160/19
168/22 224/1
**Greenwich [1]**
137/25
**grew [1]** 44/20
**grocery [1]**
19/13
**ground [1]**
18/4
**group [6]** 12/4
47/3 47/3
48/12 65/14
120/25
**guess [8]** 12/9
12/21 59/19
60/18 150/5
165/24 239/8
250/24

**guessing [1]**
**guestroom [2]**
18/16 18/17
**guns [1]** 108/2
**guys [1]** 48/18

**H**

**H-A-D-L-E-Y [1]**
24/24
**H-U-B-B-A-R-D**
**[1]** 29/21
**had [90]** 8/3
13/13 13/16
17/17 18/21
21/3 21/4
21/10 21/16
26/8 32/25
39/25 42/24
44/2 44/5 46/9
47/3 47/12
47/13 48/1
48/1 48/20
48/23 49/7
49/10 50/2
51/14 51/18
59/17 62/1
66/6 80/20
90/2 102/3
105/4 105/13
106/14 108/18
108/18 108/21
109/6 109/22
109/23 110/6
111/12 111/13
115/9 117/17
118/1 118/15
124/15 127/16
128/11 144/17
150/14 151/20
152/3 152/6
154/1 157/1
157/12 158/13
159/3 170/24
171/10 171/12
171/14 171/18
172/8 179/14
187/4 197/5
197/19 212/23
213/1 215/11
216/11 229/15
230/4 231/14
233/14 234/19
234/21 234/25
236/17 238/14
239/8 239/19

**H**

**had... [2]**
242/25 243/6
**Hadley [1]**
24/24
**Hadley's [1]**
29/16
**hadn't [3]**
21/3 45/19
129/24
**HAGAN [13]**
1/16 2/7 2/9
2/10 2/12 2/13
2/16 35/9
63/22 87/6
87/20 179/8
251/12
**hair [1]** 81/19
**half [7]** 112/9
175/14 220/22
232/17 233/5
233/6 250/24
**hall [3]** 18/21
18/21 19/6
**hallway [3]**
19/21 94/24
95/4
**Halpert [18]**
2/5 7/11 8/18
8/19 9/1 9/8
9/10 9/15 19/3
20/17 20/22
40/19 40/23
111/1 208/20
226/25 236/15
239/16
**Halpert's [11]**
199/3 199/18
224/7 225/9
225/22 225/25
226/9 228/2
228/10 237/18
238/5
**Halperts [1]**
41/5
**Halperts' [3]**
40/18 202/25
203/5
**hand [19]** 8/19
23/16 23/17
35/20 53/12
53/13 68/24
84/7 87/3
92/16 110/25
114/12 154/18

164/13 176/9
237/13 249/4
**handed [1]**
50/24
**handful [4]**
5/14 5/17 5/25
39/2
**handle [2]**
71/3 191/10
**handled [2]**
122/19 215/19
**handwriting [1]**
32/17
**hanging [1]**
56/3
**happen [4]**
65/5 73/11
127/9 238/18
**happened [7]**
8/13 44/17
55/5 60/16
87/23 108/5
119/21
**happens [1]**
79/10
**happy [3]** 33/4
65/21 211/15
**hard [14]**
116/17 123/10
123/14 123/19
123/20 148/5
148/9 148/11
148/23 148/25
149/4 149/5
174/1 250/13
**hardware [1]**
149/1
**hardwood [1]**
20/4
**Harry [3]** 9/15
15/21 17/11
**has [46]** 18/20
18/21 32/25
38/4 48/4
50/24 64/8
64/10 70/23
72/15 74/16
77/19 87/20
90/3 95/13
108/25 117/2
117/8 118/2
119/23 119/25
120/25 122/3
123/15 131/6
147/15 148/15

149/13 164/17
176/10 176/17
176/22 180/24
187/21 188/21
195/8 196/4
211/6 212/5
214/15 217/2
218/6 221/8
227/21 233/23
250/3
**hash [27]**
121/18 123/6
123/6 123/11
123/19 123/19
134/18 134/20
134/22 138/18
138/18 138/24
139/16 140/2
143/19 148/10
148/11 156/15
157/6 157/24
158/20 159/15
160/5 160/5
160/24 168/25
169/4
**hasher [1]**
123/11
**hashing [2]**
123/9 143/17
**hashtag [1]**
134/13
**hasn't [2]**
45/12 119/21
**have [214]**
3/19 4/11 6/20
8/6 8/13 9/16
12/8 14/2 16/3
16/8 17/8
18/15 20/16
22/23 24/9
24/25 25/9
25/11 28/4
29/14 31/16
32/7 33/6
33/15 34/4
34/9 34/19
35/4 35/6
37/10 38/7
38/9 38/18
38/22 39/9
39/23 40/3
41/16 44/5
45/11 45/16
46/5 47/9
48/13 48/18
52/23 56/24

57/1 57/3 57/8
62/6 62/9
62/21 63/18
64/21 66/5
69/22 69/24
69/25 70/3
70/4 71/14
72/14 73/23
75/9 79/8
79/16 80/22
80/23 80/25
81/2 81/6
82/13 84/22
85/5 87/1 88/3
90/1 90/11
90/13 90/14
90/17 91/10
91/11 93/21
107/1 108/24
110/11 115/7
115/19 115/22
116/2 116/14
116/17 116/21
116/24 117/1
117/19 118/5
118/17 118/20
119/2 119/4
120/18 120/24
121/3 122/1
122/4 123/4
125/5 126/22
127/14 130/7
131/4 131/7
131/8 131/16
132/5 132/25
133/1 133/17
134/2 134/5
134/5 134/12
134/24 135/16
136/2 142/11
143/13 143/18
146/12 147/21
147/22 148/6
148/16 148/25
149/13 150/2
150/14 151/10
156/18 159/23
160/12 170/24
171/10 171/11
171/12 171/12
171/14 171/14
171/18 171/19
171/22 171/24
172/7 174/4
174/8 174/9

174/13 177/15
177/23 178/16
179/12 180/3
183/14 185/17
186/3 191/6
191/23 198/24
199/4 199/23
202/23 211/17
211/19 213/3
213/7 217/3
217/22 218/4
218/16 220/8
220/16 220/21
222/4 228/1
230/13 231/7
232/21 234/11
238/1 238/23
239/1 239/6
240/20 241/9
241/15 241/22
244/12 244/13
244/19 244/25
246/19 247/17
248/9 248/10
248/11 248/15
248/25 249/19
251/5
**haven't [1]**
151/6
**having [7]**
87/16 128/23
212/12 212/24
215/11 217/24
241/19
**hazard [1]**
250/23
**he [150]** 10/15
10/17 10/19
10/20 10/22
10/23 11/2
11/9 11/12
11/13 11/19
11/20 11/22
11/23 11/24
12/25 13/6
13/8 13/8
13/11 14/6
14/6 15/7
15/12 16/3
18/23 18/24
21/19 25/7
25/11 25/16
26/11 26/12
26/13 26/14
26/14 26/16
26/19 26/20

# H

**he... [111]**
26/24 29/5
29/7 37/8 37/8
37/19 37/19
38/13 38/14
38/16 38/23
38/25 39/4
40/4 40/10
40/12 40/25
41/5 43/1 44/5
44/6 45/1
45/12 45/19
46/5 47/2 47/3
47/12 47/13
49/4 49/16
50/10 50/12
50/13 52/10
55/6 55/7 55/8
55/15 55/16
55/17 55/19
56/2 56/8
56/20 57/1
57/13 59/15
59/16 59/17
60/5 60/17
61/14 61/20
62/5 63/1
65/11 66/9
67/6 67/6
67/17 67/24
68/14 108/15
119/18 119/25
120/15 167/6
174/16 183/10
183/20 187/12
187/12 188/3
188/6 188/10
191/24 193/4
193/8 197/19
198/19 204/10
205/1 209/16
216/20 217/4
217/6 217/8
217/9 217/19
221/16 223/8
223/10 223/12
223/15 225/4
225/21 233/14
235/3 235/7
235/7 235/14
235/18 235/18
235/19 235/21
236/1 236/1
238/15 239/13

239/16
002788 37/25
37/25 45/13
47/1 64/1
187/21 204/13
207/14
**head [1]**
245/13
**headboard [2]**
244/16 245/10
**headed [1]**
7/12
**header [1]**
153/17
**heading [3]**
156/7 165/25
229/16
**headquarters
[4]** 102/24
103/8 243/1
243/3
**heads [1]** 6/12
**heads-up [1]**
6/12
**hear [14]**
42/19 43/4
61/14 119/20
187/16 187/18
188/9 188/17
200/14 205/8
209/8 209/11
235/12 235/13
**heard [13]**
12/25 45/12
45/19 48/5
48/5 48/8 48/9
87/22 183/10
193/20 200/10
219/2 223/14
**hearing [2]**
63/19 212/24
**heartbeat [1]**
66/6
**held [11]**
41/11 63/20
65/18 112/4
176/19 211/23
215/2 216/5
220/14 221/2
253/8
**help [5]** 50/16
111/15 216/7
219/6 232/11
**helpful [3]**
46/21 46/23
217/12

**helping [1]**
148/20
**helps [1]**
148/20
**her [17]** 6/22
7/12 17/8
29/17 29/18
29/20 87/20
119/24 120/7
120/8 175/15
209/4 214/11
214/12 214/15
214/16 227/1
**here [60]** 5/8
7/18 23/14
33/9 35/17
35/18 35/19
44/18 44/21
45/1 47/20
51/14 52/19
52/22 53/10
53/11 64/21
66/9 68/24
74/6 75/16
78/25 84/1
100/5 100/12
100/23 101/9
103/2 125/21
136/24 137/12
152/5 170/14
172/10 173/23
179/7 180/12
185/20 189/12
192/16 196/7
202/2 202/8
202/12 204/2
209/13 211/15
212/5 215/14
218/4 218/7
234/25 238/23
240/9 241/22
244/10 244/12
247/17 249/20
249/22
**hereby [1]**
253/6
**heritage [1]**
63/2
**Hewlett [1]**
74/24
**hey [1]** 149/15
**hidden [1]**
246/24
**high [11]** 9/23
14/5 45/14
45/15 45/16

46/6 58/11
61/24 61/25
**highlight [2]**
181/1 232/16
**Hill [1]** 15/17
**him [43]** 3/18
11/18 13/2
13/16 13/17
13/18 13/21
13/24 13/25
15/4 21/3 21/4
32/2 32/3 34/7
34/13 37/7
37/22 38/9
49/5 49/8
49/21 49/22
49/24 50/6
55/1 55/9
55/19 56/1
56/5 56/5 57/1
57/17 57/21
59/7 61/20
62/5 179/20
188/6 215/11
220/10 222/2
235/17
**himself [1]**
214/18
**hired [1]**
25/19
**his [34]** 13/21
17/12 21/21
26/18 32/5
44/14 52/17
57/5 59/14
60/24 63/2
65/23 67/20
68/2 86/14
89/1 89/1
108/13 108/15
109/9 109/19
113/18 119/19
119/24 120/7
120/8 182/16
182/16 187/21
188/4 209/15
220/9 229/16
235/20
**history [3]**
11/21 11/22
55/17
**hit [1]** 81/15
**hockey [2]**
54/23 63/9
**hold [7]** 79/17

149/1 149/2
149/4 201/18
230/25 233/23
**holding [5]**
145/22 187/13
187/21 193/4
193/9
**home [41]**
12/24 13/9
13/9 13/14
13/18 15/25
16/2 17/9
17/24 18/2
18/7 22/8 27/3
27/9 27/13
34/24 45/18
61/4 61/6 61/9
61/12 89/13
90/25 91/3
91/8 91/14
93/16 101/17
101/19 101/21
101/23 105/16
105/19 105/23
109/7 124/24
152/23 164/2
181/18 209/4
239/10
**homes [2]** 13/1
93/20
**Honda [4]**
88/15 102/1
102/9 104/11
**Honor [126]**
4/1 4/3 4/18
6/3 6/8 6/21
7/16 8/17 9/5
20/13 20/16
20/19 23/2
23/4 23/6 23/8
23/11 31/9
32/10 35/8
35/10 35/15
37/25 41/7
41/15 45/21
50/19 51/23
53/1 53/3 53/4
53/7 62/6
63/23 63/25
68/11 68/13
68/15 81/5
81/6 82/15
82/17 83/18
83/21 86/21
87/2 87/8
104/19 111/21

# H

**Honor... [77]**
111/23 111/25
112/2 113/23
114/7 114/20
119/11 120/20
161/4 174/8
174/15 174/21
175/12 175/22
177/6 177/10
187/22 188/20
188/25 189/7
189/14 189/14
189/18 189/20
194/7 194/12
201/3 205/16
205/22 208/25
209/24 211/13
211/19 212/14
212/16 213/1
213/23 214/8
214/14 214/19
214/23 215/7
215/16 215/20
215/22 216/10
216/18 217/1
217/14 217/20
218/1 218/18
220/11 224/11
226/21 229/24
233/20 234/2
234/7 234/9
234/11 237/9
241/24 245/2
248/3 248/16
248/19 248/22
250/3 250/12
250/20 251/14
251/20 252/2
252/4

**honorable [5]**
1/11 83/14
113/6 175/18
252/8

**hood [1]**   117/9
**hopefully [1]**
6/15
**hour [10]**
112/8 113/1
121/13 138/5
175/14 220/22
242/21 242/21
250/24 250/24
**hours [10]**

57/14 128/11
133/6 155/6
166/7 166/11
166/13 166/17
242/22 242/23
**house [47]**
12/18 13/1
13/6 13/8
13/22 14/2
15/4 15/12
19/6 20/25
21/14 22/14
25/19 26/4
26/9 26/10
26/15 26/17
26/18 26/24
26/24 27/2
28/25 40/13
40/16 40/17
40/18 40/24
41/1 41/3 41/5
42/5 56/2
90/19 91/2
91/5 107/9
108/3 108/22
109/4 109/10
109/15 236/7
238/11 238/15
239/13 239/16
**house-sat [1]**
13/1
**house-sit [11]**
12/18 13/6
13/8 13/22
14/2 25/19
26/4 26/10
26/24 28/25
56/2
**house-sitting
[1]**  238/15
**houses [3]**
56/3 81/3
106/8
**housesat [4]**
21/14 22/19
25/16 236/19
**housesitting
[6]**  26/1
26/19 26/20
29/12 56/21
239/13
**how [127]**  6/19
9/10 11/18
12/8 12/9
12/20 12/21
13/3 13/4

13/17 13/24
24/25 25/9
25/15 25/17
27/5 27/7 29/7
30/3 31/5
33/19 36/9
37/7 37/10
37/18 38/11
38/23 38/25
39/15 40/10
41/3 43/23
45/2 54/1
55/14 55/25
56/6 56/7
56/24 57/6
57/16 58/6
59/7 59/10
59/15 60/7
69/22 70/1
70/11 71/14
71/23 73/20
73/21 77/5
79/8 80/3
83/22 84/20
84/22 89/12
89/17 90/22
93/16 98/1
98/14 115/7
115/19 116/16
117/5 117/9
117/10 117/12
118/6 118/6
118/17 121/8
121/25 125/11
126/18 130/2
130/6 131/11
132/3 132/24
133/6 134/6
134/12 137/15
146/25 147/24
147/25 151/1
170/1 172/9
175/13 177/15
185/24 186/24
187/6 191/18
191/23 192/5
198/18 203/23
204/12 207/13
211/14 213/6
215/18 216/12
217/11 220/16
220/24 228/15
228/16 230/13
231/13 232/21
232/24 235/4
235/4 241/5

247/22 250/1
251/22
**however [3]**
120/14 246/5
246/5
**Hoyle [3]**  2/14
69/5 69/8
**hub [1]**   79/2
**Hubbard [1]**
29/21
**huh [5]**   70/9
77/21 78/15
82/8 109/11
**human [3]**
116/6 116/9
116/20
**hundreds [1]**
70/5
**husband [3]**
12/17 15/21
17/8
**husband's [1]**
9/14
**hush [2]**   49/4
52/14
**hypothesis [1]**
170/20

# I

**I'd [10]**   37/11
38/17 45/3
56/3 105/3
167/21 199/23
236/22 244/23
245/4
**I'll [10]**   6/22
32/2 80/4
119/15 147/7
173/14 201/12
230/15 231/1
236/3
**I'm [99]**   3/23
12/9 12/9
12/24 14/16
21/24 24/12
28/6 28/12
28/12 28/18
29/9 29/9
29/22 30/13
30/20 32/14
32/24 33/4
33/5 33/24
36/16 42/9
44/8 46/11
47/5 47/20

59/9 64/21
65/21 68/10
68/13 69/21
72/7 79/21
81/14 81/16
81/16 81/17
82/2 82/2
85/20 89/22
91/22 92/14
92/25 93/11
96/10 97/17
98/8 99/10
101/1 106/8
108/3 110/20
115/4 117/21
120/24 131/24
137/8 140/4
145/21 147/6
155/2 157/6
169/7 170/14
173/18 177/18
185/19 191/6
199/10 199/23
204/20 204/24
206/2 210/1
211/15 212/2
212/24 215/8
217/21 217/24
218/2 222/1
222/6 225/16
226/5 228/25
230/7 232/10
233/18 233/24
236/2 236/9
236/9 237/9
241/24 248/19
**I've [15]**   3/20
30/4 31/6 32/4
32/10 79/25
80/8 81/19
117/1 117/24
118/1 118/5
118/21 131/13
150/10
**iCloud [75]**
72/3 72/6
72/24 72/25
73/8 73/9
73/18 76/15
76/18 77/6
78/9 78/18
78/20 78/24
79/17 79/25
124/12 124/15
124/17 124/20
124/22 126/10

**I**

**iCloud.... [53]**
126/15 126/18
126/19 127/1
127/2 127/6
127/10 127/17
128/14 128/18
129/15 129/21
129/25 130/2
130/8 130/12
135/19 135/24
137/10 137/12
137/19 140/20
143/8 144/24
145/2 145/3
156/5 157/8
157/13 157/18
158/15 159/8
160/4 160/18
167/22 168/1
168/9 168/16
169/14 170/17
172/4 172/11
179/23 184/12
184/19 185/5
185/10 187/2
192/1 198/21
203/18 207/16
220/4
**icloud.com [1]**
72/14
**iClouds [1]**
126/17
**iCould [3]**
126/4 136/5
224/1
**ID [6]**   72/10
72/20 74/2
74/6 74/16
193/22
**idea [6]**   34/19
59/12 75/24
212/23 213/2
215/15
**identical [1]**
224/21
**identification
[3]**   50/20
50/22 209/23
**identified [7]**
37/25 38/5
95/18 99/15
101/4 206/14
243/6
**identifier [3]**

123/1 154/24
126/15 126/18
**identify [6]**
37/22 88/11
89/23 93/21
99/12 101/15
**identities [1]**
153/4
**ignorance [1]**
237/10
**ignore [1]**
133/10
**image [27]**
98/3 102/23
130/23 148/3
148/4 148/5
148/8 148/13
151/10 152/1
152/7 161/8
161/20 162/7
162/16 190/6
190/15 191/1
196/23 197/4
201/22 201/23
224/24 226/6
226/18 227/20
229/15
**images [41]**
3/5 3/13 3/16
4/15 75/10
113/15 113/20
152/3 153/6
153/8 161/14
161/19 190/3
190/21 195/16
201/15 206/7
212/4 219/24
220/19 221/25
222/2 222/10
222/22 222/24
223/4 223/11
223/15 225/4
225/8 225/24
225/25 226/11
227/3 227/8
227/11 227/16
227/19 229/9
230/22 231/7
**imagine [4]**
46/11 213/4
220/22 250/6
**IME [1]**   181/16
**IMEI [8]**
122/25 123/2
123/4 181/13
182/3 182/6

182/18 182/19
**message [5]**
72/16 72/17
72/18
**IMG3208 [1]**
170/18
**IMG6965 [4]**
168/16 170/17
186/16 189/16
**IMG6966 [4]**
138/21 138/24
156/4 156/21
**IMG6969 [4]**
141/21 160/12
203/11 206/8
**IMG6974 [1]**
198/8
**IMG6975 [2]**
159/8 159/23
**IMG6976 [3]**
142/17 160/19
207/8
**impacted [1]**
212/3
**implemented [2]**
3/7 133/6
**implicated [1]**
50/11
**implicit [1]**
176/24
**important [2]**
49/13 212/9
**included [3]**
33/17 33/17
243/11
**includes [2]**
129/12 249/13
**Including [1]**
109/12
**inconsistent
[1]**   246/21
**independent [6]**
83/4 112/21
120/5 175/3
210/14 249/15
**INDEX [1]**   2/1
**indicate [2]**
91/12 138/18
**indicated [7]**
6/21 64/10
87/20 89/25
95/3 115/16
152/20
**indicating [3]**
45/1 111/12
173/23

**indication [3]**
170/23
**indicator [1]**
152/5
**indictment [2]**
186/19 219/25
**individual [6]**
25/13 55/12
127/11 130/16
151/22 179/7
**individualized
[1]**   111/15
**individuals [3]**
89/12 133/24
178/16
**indulgence [18]**
20/13 31/8
41/9 45/20
50/19 62/6
81/5 104/18
105/2 110/1
110/14 161/3
174/4 234/8
236/24 239/24
243/14 244/3
**inebriated [2]**
66/19 68/8
**infer [1]**   4/11
**information
[49]**   73/12
73/17 74/1
74/6 74/17
74/19 81/2
86/1 118/16
126/4 126/8
130/5 130/8
131/8 131/16
136/23 137/1
140/9 141/5
141/7 141/23
142/18 144/5
145/15 150/17
151/24 152/12
152/14 152/17
153/14 154/13
155/25 161/20
163/2 163/13
163/20 163/24
168/17 172/11
179/22 179/25
180/8 180/10
180/12 180/22
180/22 186/15
231/20 240/15
**informed [1]**

133/4
**initial [3]**
114/18 179/10
240/23
**initially [2]**
145/13 215/15
**initiated [1]**
47/3
**inquire [2]**
64/25 120/19
**inquiry [1]**
65/22
**inside [12]**
13/9 19/20
30/10 96/23
101/3 101/16
101/19 101/21
101/23 102/25
103/6 104/14
**Inspirion [1]**
172/23
**Instagram [4]**
39/12 57/5
145/6 145/9
**installed [2]**
152/24 164/3
**instance [1]**
128/19
**instances [2]**
153/10 153/11
**instead [3]**
127/9 138/24
213/10
**instruct [1]**
119/16
**instructing [1]**
251/8
**instructions
[4]**   249/8
251/1 251/5
251/23
**insufficient
[1]**   215/13
**intelligence
[1]**   178/6
**intense [3]**
70/3 70/10
117/16
**interaction [1]**
147/16
**interactions
[1]**   51/8
**interest [5]**
47/25 48/24
129/20 211/20
221/9

I

**interested [2]**
129/10 184/13
**interesting [2]**
24/10 129/25
**interests [1]**
145/6
**interior [13]**
102/19 103/10
103/12 103/14
103/21 103/23
103/25 104/2
104/4 104/8
105/16 191/7
191/9
**intermittent
[1]** 7/3
**internal [2]**
71/20 132/20
**international
[2]** 117/21
123/1
**internet [11]**
83/6 112/24
115/14 115/14
115/15 128/22
147/17 172/13
175/6 210/17
249/16
**interpret [2]**
52/17 118/6
**interpretation
[1]** 148/21
**interrogate [1]**
143/14
**interrogator
[1]** 178/4
**interview [5]**
86/7 86/9
86/14 88/5
88/10
**interviews [1]**
179/12
**introduced [2]**
109/1 183/3
**intrusion [1]**
115/13
**inventoried [1]**
96/9
**inventory [1]**
96/8
**investigate [1]**
177/21
**investigated
[2]** 115/12

235/25
**investigating
[5]** 122/13
141/7 144/23
162/3 162/13
**investigation
[21]** 51/16
83/4 86/6 90/6
104/15 112/22
115/1 123/23
124/3 124/6
126/5 128/7
128/20 175/4
178/22 179/3
179/20 210/15
238/25 249/15
250/7
**investigations
[4]** 85/12
85/15 85/18
118/19
**Investigative
[1]** 117/22
**investigator
[1]** 115/11
**investigators
[12]** 90/8
141/19 142/14
143/4 143/8
145/5 145/16
145/19 163/3
163/13 165/10
167/19
**involved [11]**
27/25 28/2
28/2 48/2 52/9
66/10 107/6
123/22 177/22
179/2 191/18
**involvement [1]**
123/25
**involves [1]**
129/8
**IOS [16]** 71/20
132/21 132/24
132/25 133/14
133/17 133/18
133/19 138/15
139/15 140/1
144/9 147/18
147/23 155/15
162/2
**Iowa [1]** 127/5
**iPad [6]** 71/11
71/12 74/11
86/15 86/19

88/5
98/2 204/20
73/8 73/19
74/11 74/23
75/12 75/17
76/20 78/6
79/22 80/1
80/3 81/18
95/22 97/20
125/9 125/10
127/10 130/18
131/24 132/4
138/14 139/15
140/1 141/3
141/16 142/9
142/25 143/23
144/8 144/17
145/21 146/1
146/3 146/4
146/11 146/17
147/18 155/7
155/10 155/13
155/17 155/19
156/9 156/10
158/18 159/12
162/2 162/12
163/1 163/11
165/3 165/6
165/16 166/21
166/24 167/3
167/18 171/14
171/23 172/10
172/13 172/17
172/18 172/18
172/18 181/4
181/8 181/10
181/14 181/17
181/25 182/1
182/7 182/10
182/11 182/12
182/12 182/15
182/19 182/23
182/25 192/4
203/22 207/20
221/19 221/23
222/17 223/4
246/11 246/14
246/18 246/21
**iPhones [10]**
75/6 97/13
97/21 126/14
131/18 132/20
135/15 143/11
143/12 172/17
**Iraq [1]**
178/10

**is [687]**
...
61/19 67/1
247/13
**issue [7]** 64/4
65/21 70/23
121/15 128/21
147/3 217/3
**issues [8]**
83/1 107/1
112/18 175/1
210/12 249/12
249/17 249/19
**it [510]**
**it'll [5]** 6/24
73/23 74/14
80/24 131/8
**it's [133]** 3/3
4/25 7/2 8/12
18/4 18/7 30/7
33/7 38/20
47/25 48/1
48/2 58/18
58/20 58/22
66/24 67/1
72/23 73/1
73/16 74/12
76/8 76/16
76/21 78/5
78/9 78/10
78/19 78/24
79/22 82/22
84/12 87/17
87/17 87/18
87/22 90/18
93/14 93/21
94/2 94/8 94/8
94/12 95/22
97/20 98/13
99/13 99/24
100/24 102/13
105/25 110/9
112/14 112/25
114/17 116/8
117/18 118/6
120/23 121/15
122/3 122/18
123/3 123/12
123/15 127/4
127/12 127/24
128/16 128/21
130/24 131/1
131/15 133/1
133/2 134/11
134/19 134/23
138/1 138/5

138/8 142/22
145/24 146/24
147/23 147/24
149/6 149/6
149/24 150/7
150/24 153/18
153/24 154/22
155/2 155/16
157/11 159/13
165/15 166/3
166/10 166/13
166/19 170/4
170/5 170/6
170/7 170/7
170/22 172/15
172/15 172/16
173/4 176/15
189/3 191/6
195/4 195/11
202/15 202/15
205/16 216/15
217/6 217/14
226/25 227/22
230/1 236/3
237/9 247/6
251/8 251/12
251/14
**item [18]** 51/1
74/22 92/25
93/4 93/5 93/5
93/20 96/18
97/19 97/24
101/6 116/5
125/8 125/9
151/14 153/16
153/18 197/5
**items [5]**
80/19 90/14
91/15 91/17
115/24
**its [11]** 83/6
87/8 96/12
101/2 112/23
127/10 151/19
175/5 187/6
210/16 250/19
**itself [24]**
76/11 76/20
78/3 78/6
117/12 120/24
121/19 123/4
127/25 133/18
135/14 137/14
144/6 148/11
148/21 149/5
150/24 153/17

**I**

itself... [6]
154/19 154/22
170/5 170/10
170/13 171/14
iTunes [4]
75/1 127/12
146/20 146/22
iWatch [1]
71/6

**J**

J-A-C-K [1]
36/1
Jack [13]    2/9
9/19 10/8
10/15 11/1
11/3 11/15
18/11 21/16
35/15 35/16
36/1 230/5
JAMES [6]    1/11
47/1 56/11
59/1 59/2 59/3
January [24]
29/10 70/10
85/10 85/21
86/12 142/7
151/7 178/20
183/7 183/11
183/20 183/25
184/25 204/12
205/2 232/19
232/21 238/11
238/19 238/23
240/25 242/7
242/12 247/22
January 16th
[1]    183/7
January 1st [1]
151/7
January 2024
[1]    85/10
January 20th
[2]    183/11
183/20
January 21st
[2]    85/21
205/2
January 23rd
[2]    183/25
184/25
January 24th
[3]    242/7
242/12 247/22

January 2nd [4]
204/12 238/11
January 30th
[1]    86/12
January 9th [1]
240/25
Japan [1]
174/2
Jarman [4]
132/11 181/2
225/18 232/17
jersey [1]
42/9
JKB [1]    1/5
job [6]    69/20
70/15 115/22
116/13 117/5
178/12
jointly [2]
178/21 178/24
joke [1]   67/22
journal [7]
99/13 99/18
99/23 100/1
100/4 100/7
100/11
journals [5]
99/4 99/7
99/14 100/14
108/21
jpegs [1]
161/8
judge [7]    35/4
62/9 67/9
75/17 77/1
79/21 80/4
judgment [1]
120/16
Judicial [1]
253/10
July [8]    16/16
34/16 34/17
34/23 155/12
164/23 233/13
233/15
July 12th [1]
164/3
July 24th [1]
16/16
July 3rd [1]
34/16
July 5th [1]
233/13
jumped [1]
169/20

June [6]    30/9
230/20 230/20
230/20
June 15th [3]
167/17 230/12
230/20
June 16th [1]
230/20
June 17 [1]
230/20
jurisdictional
[1]    90/5
jurors [11]
7/25 189/22
192/24 194/5
212/3 213/7
213/8 213/11
215/23 218/5
249/9
jury [66]    1/11
3/3 4/10 4/11
4/12 4/16 7/8
7/14 7/17 7/19
7/21 7/22
52/19 64/18
82/22 83/8
83/9 83/10
83/17 83/24
113/2 113/3
113/4 113/21
113/25 114/1
119/16 130/21
154/16 167/12
175/9 175/10
175/21 176/3
176/4 185/23
187/10 192/11
193/24 200/20
201/22 204/7
209/7 209/8
209/13 210/19
210/20 210/21
212/2 212/7
212/8 214/3
216/2 216/3
216/15 218/10
218/11 218/12
218/14 219/14
229/25 232/18
234/4 249/24
249/25 251/23
just [128]
4/11 4/18 4/24
5/5 5/23 5/25
6/16 6/22 7/19

13/2 16/18
23/14 26/15
31/16 32/10
32/25 39/7
39/21 40/7
40/8 45/11
46/21 47/7
50/5 50/12
50/19 51/19
52/3 60/14
60/15 60/17
61/7 64/11
72/15 73/9
77/1 79/15
81/13 91/13
92/14 92/16
93/21 93/24
94/11 97/6
98/16 105/4
105/22 110/21
118/4 121/25
124/2 125/8
125/20 127/6
128/10 131/24
132/15 134/20
134/22 147/10
149/7 151/20
153/12 153/20
156/3 157/18
159/8 160/18
161/3 164/24
165/12 165/20
166/7 168/15
168/25 169/5
169/13 177/16
179/7 181/22
184/16 185/6
186/10 186/15
187/8 187/9
187/19 189/20
190/3 190/9
190/17 190/25
191/5 191/9
194/1 195/4
195/7 195/11
196/12 198/2
199/24 201/22
204/6 214/5
214/15 217/10
219/2 219/22
222/5 223/22
224/9 224/14
224/18 225/17
226/2 226/7
226/11 227/7

233/20 234/3
239/18 242/21
243/23 246/8
248/7

**K**

K-O-M-B-E-R-H-O
-Y-L-E [2]
69/6 69/9
keep [10]
125/12 133/8
157/5 209/7
211/6 216/3
220/12 221/10
233/23 236/3
keeping [2]
48/4 116/13
keeps [1]
133/2
KENJI [3]    1/6
88/14 123/23
key [2]    74/6
126/5
keywords [1]
145/5
Khaki [1]
37/24
kid [1]    44/20
kids [2]    13/21
66/21
KIM [1]    1/16
kind [17]
19/11 19/22
20/2 28/5
33/21 44/2
44/23 45/11
59/18 60/14
61/21 134/23
149/7 180/22
186/3 187/17
249/13
kitchen [3]
92/7 94/8
94/10
knew [4]    13/2
52/9 56/2
67/24
knock [1]
90/24
knocks [1]
106/13
know [79]    3/20
4/10 5/8 11/15
11/18 11/20
12/6 13/1 14/7
15/7 15/15

**K**

**know... [68]**
16/7 19/12
25/13 25/15
26/23 26/25
29/17 31/17
31/25 32/5
33/16 33/16
33/23 34/8
34/12 37/5
37/7 37/16
37/18 38/11
42/18 43/25
45/12 47/4
55/12 55/14
55/22 63/25
67/4 67/6 70/5
70/13 70/24
70/25 71/25
73/4 74/13
74/21 77/11
79/19 81/1
105/22 107/19
127/2 127/4
133/12 134/1
137/24 145/12
147/21 151/11
154/8 163/15
166/16 172/1
172/9 172/23
185/24 189/11
195/8 228/7
228/15 233/17
235/16 235/22
235/23 241/15
247/6

**knowledge [10]**
11/25 95/11
119/25 122/21
134/5 134/12
165/21 172/18
173/10 187/24

**known [11]**
12/8 31/23
37/5 48/1
117/18 146/2
152/15 190/21
196/12 206/23
225/25

**knows [1]**
217/2

**Komber [6]**
2/14 68/19
68/20 69/5
69/8 185/20

**Komber-Hoyle**
[3]  69/6
69/8

**L**

**lab [5]**   116/25
118/4 120/22
121/6 148/17

**label [2]**
93/15 93/19

**labeled [9]**
93/14 93/16
94/8 94/25
95/2 96/24
98/13 98/16
191/6

**labels [1]**
147/7

**lacking [1]**
217/20

**lacrosse [11]**
10/13 10/20
10/23 11/13
12/22 14/6
14/9 21/22
37/4 54/23
63/9

**ladies [21]**
7/24 63/16
82/22 87/13
112/14 114/4
119/17 119/20
130/21 154/16
174/22 185/23
187/9 189/10
201/21 204/6
205/20 210/8
221/7 249/3
249/6

**laid [1]**
116/17

**landing [1]**
94/24

**language [1]**
57/25

**lap [2]**   167/13
230/8

**laptop [32]**
74/24 92/20
92/21 100/25
101/4 149/21
151/15 151/17
151/18 152/14
152/22 153/7
153/10 154/1
154/9 155/11

155/14 161/16
164/1 168/23
170/18 171/17
172/23 173/9
173/10 222/5
223/7 227/4
229/10 230/23

**laptops [6]**
126/21 147/3
147/13 148/1
148/14 173/5

**large [6]**   3/10
6/25 107/16
109/17 109/18
210/24

**last [31]**   3/6
6/9 8/25 23/22
28/5 29/17
35/25 40/19
53/16 69/4
69/7 84/11
84/13 110/12
114/9 114/16
114/18 137/17
138/18 144/16
144/17 146/6
146/18 146/20
155/10 176/13
217/12 226/24
235/1 237/11
239/8

**lastly [3]**
146/11 160/17
197/16

**lasts [1]**
79/13

**late [4]**   8/14
118/15 166/13
251/6

**later [4]**
27/21 87/21
128/11 237/25

**latest [2]**
133/9 133/12

**latitude [3]**
198/25 204/15
208/9

**latter [1]**
216/22

**Laughter [3]**
3/22 3/24
251/13

**law [20]**   20/8
51/15 83/5
89/12 89/25

106/13 106/15
107/5 112/22
117/23 130/3
175/4 177/24
178/12 178/24
210/15 217/13
249/15

**layer [1]**
79/15

**layers [1]**
79/15

**layman's [1]**
138/9

**layout [1]**
90/18

**lead [1]**
187/25

**leading [2]**
94/15 170/19

**learn [4]**
118/6 163/24
180/8 183/23

**learned [2]**
131/13 180/1

**learner's [1]**
222/15

**learning [3]**
70/11 70/11
184/18

**least [5]**   4/13
59/22 112/9
122/3 213/2

**leave [2]**   71/1
210/18

**leaving [2]**
17/11 77/12

**led [4]**   28/2
117/14 117/16
198/25

**left [52]**
23/14 23/15
28/14 35/19
44/19 53/11
55/6 65/2
68/23 80/20
91/20 92/7
92/9 92/10
95/2 95/13
97/23 98/12
125/2 150/17
151/24 152/5
154/18 164/13
173/13 173/15
190/25 196/16
196/17 196/24

196/25 197/12
201/17 202/17
202/23 203/2
203/3 203/6
203/7 207/2
207/3 211/14
219/14 219/15
219/19 222/11
226/2 226/6
226/12 227/7
244/13 245/19

**left-hand [2]**
154/18 164/13

**leg [1]**   19/22

**legal [1]**
184/10

**legally [1]**
220/10

**legs [1]**   63/18

**length [11]**
87/8 199/21
200/6 200/23
204/1 208/3
208/4 210/23
218/15 250/19
250/23

**lengthy [1]**
113/16

**lenses [1]**
131/8

**less [3]**   4/8
4/9 33/22

**let [12]**   4/9
32/5 34/6
42/1 57/1
108/24 119/17
153/7 176/21
205/15 211/16
246/16

**let's [18]**
10/25 33/8
34/16 75/16
75/19 76/8
80/3 117/7
134/17 169/13
189/19 214/21
221/1 221/4
221/18 232/19
244/10 251/21

**letter [11]**
91/9 93/15
93/22 94/9
95/3 184/6
184/7 184/7
184/11 184/19
185/1

**L**

**lettered [2]**
91/10 95/18
**letters [1]**
125/2
**level [13]**
13/13 18/4
18/4 18/5 18/6
18/18 18/19
18/20 18/21
65/25 85/17
94/15 94/24
**levels [1]**
89/17
**library [7]**
75/6 75/10
75/14 129/14
129/18 130/19
186/2
**license [1]**
222/16
**life [1]**
134/21
**light [4]** 8/13
64/3 120/12
130/4
**like [80]**
18/16 37/11
38/13 38/17
39/3 39/6
44/23 47/7
48/5 48/9
48/23 50/13
56/4 57/7
57/11 57/12
57/25 57/25
58/1 58/2
58/18 58/22
59/15 59/17
59/18 59/18
59/18 59/22
59/22 60/9
60/9 60/15
61/7 61/8
61/19 61/21
62/25 73/21
74/10 74/14
76/2 77/13
78/9 78/24
81/17 91/10
97/6 97/12
103/19 105/3
105/7 107/1
108/5 110/11
121/12 131/19

135/4 135/4
147/7 148/7
150/5 151/3
151/7 154/23
166/7 167/21
184/8 186/1
193/12 193/13
220/12 220/20
220/23 227/20
236/22 238/20
244/23 245/4
250/14 251/18
**likelihood [1]**
4/13
**likely [1]**
171/1
**likes [1]**
116/23
**Likewise [1]**
143/18
**limited [1]**
123/25
**line [2]**
169/16 233/2
**lines [3]** 6/5
58/1 111/12
**linked [1]**
127/10
**list [4]** 122/8
135/4 135/12
135/12
**listed [8]**
144/19 154/24
172/12 180/12
181/10 182/16
199/16 246/19
**listened [1]**
234/25
**lists [1]**
32/19
**literally [1]**
33/16
**little [24]**
33/11 44/20
70/1 73/2
105/14 126/17
146/25 154/4
154/15 156/4
158/15 160/18
173/13 173/14
173/20 185/7
186/10 191/13
198/5 211/6
215/12 221/8
226/11 241/21
**LIU [1]** 1/20

**live [4]** 24/21
235/19
**lived [2]** 24/9
89/19
**living [13]**
10/1 25/2
47/18 91/24
92/6 92/13
92/13 93/23
93/25 94/3
94/20 105/20
105/23
**lo [1]** 245/24
**load [1]**
133/25
**local [2]**
165/16 178/24
**locate [17]**
91/2 101/24
129/14 135/20
145/6 153/1
154/1 155/1
155/20 161/8
164/4 167/5
198/25 204/15
213/8 224/24
225/7
**located [38]**
24/19 43/14
69/16 90/16
91/4 91/15
92/12 92/20
93/20 94/4
96/6 96/22
99/4 99/23
99/24 100/2
100/4 100/5
100/7 100/8
100/13 100/19
100/25 101/4
101/12 101/16
101/19 101/21
101/23 127/2
135/25 145/16
164/22 165/17
172/5 198/20
203/17 221/19
**location [4]**
91/9 102/5
162/3 179/16
**locations [6]**
59/12 59/24
60/8 60/11
88/8 88/11
**lock [1]**

147/18
137/11 220/12
**London [2]**
233/13 233/14
**long [26]** 5/9
12/8 12/9 24/9
31/23 37/10
45/2 60/7 60/9
69/22 80/4
83/22 84/22
112/7 115/7
115/19 123/13
133/10 172/16
175/13 177/15
187/6 192/5
203/23 221/10
251/4
**longer [4]**
128/10 132/14
148/16 221/8
**longitude [4]**
138/2 198/25
204/15 208/9
**look [33]** 4/12
22/23 28/13
32/25 50/24
50/25 83/5
93/2 96/11
101/2 110/6
111/3 112/22
117/7 134/23
134/23 145/16
146/12 148/5
148/19 151/21
165/20 175/4
186/1 210/15
237/20 237/24
238/3 238/18
240/23 242/11
244/10 251/9
**looked [25]**
21/10 94/11
105/7 106/4
108/24 110/11
125/12 126/1
153/12 156/4
157/18 158/14
159/8 160/4
160/18 169/5
169/19 170/16
173/24 173/25
173/25 208/10
238/14 238/20
241/9
**looking [16]**

19/22 50/16
81/14 81/16
154/15 154/17
156/3 156/15
164/10 164/12
165/24 186/14
196/12 202/2
227/1 247/9
**looks [4]** 76/2
97/12 154/23
210/23
**lose [1]**
126/23
**losing [1]**
126/23
**lost [2]**
113/11 216/16
**lot [9]** 34/21
44/16 118/4
122/6 131/10
131/10 147/16
148/16 164/21
**love [2]**
149/20 150/6
**Lovely [1]**
232/23
**lower [4]** 10/3
98/22 150/17
151/24
**lunch [8]** 5/11
5/16 5/18 5/19
40/4 40/6
112/10 112/15
**Lutherville [2]**
58/18 58/22

**M**

**M-A-R-K-E-L [1]**
84/13
**ma'am [66]**
7/18 7/20 8/22
8/23 9/4 11/5
14/12 16/11
16/15 20/24
21/8 22/17
22/22 23/9
23/25 36/3
53/2 53/20
68/12 68/21
69/1 69/2 69/7
69/10 69/13
69/13 71/9
77/19 81/11
82/20 83/25
92/16 93/7
106/12 176/2

**M**

**ma'am... [31]**
176/9 176/12
177/9 180/4
205/21 209/25
237/24 238/12
238/16 238/23
239/8 239/19
239/25 241/3
242/3 242/13
243/2 243/4
243/12 243/19
244/4 244/14
244/21 245/6
245/11 245/22
246/3 246/11
246/16 247/6
249/1

**Mac [2]** 71/12
71/13

**made [18]**
21/24 80/25
85/22 124/14
138/10 141/16
142/8 173/2
173/8 174/1
174/2 174/2
176/24 214/5
216/22 225/4
240/14 247/20

**maiden [2]**
29/18 29/20

**maintain [1]**
3/16

**maintained [1]**
126/18

**major [2]**
133/1 164/14

**majority [5]**
5/4 5/7 5/19
109/17 109/18

**make [37]** 3/13
4/8 5/23 5/25
6/3 6/19 7/5
51/7 52/19
77/11 77/13
81/13 83/4
112/21 113/18
116/6 116/9
116/20 126/20
133/12 135/12
138/12 139/13
141/2 158/4
158/24 172/13
175/3 190/20

201/15 210/14
/8 /24
222/5 228/25
246/3 249/14

**makes [4]**
112/11 143/14
149/18 189/8

**making [2]**
49/19 220/10

**Malaysia [1]**
173/2

**Maldeis [1]**
6/22

**male [1]**
105/22

**Malvern [5]**
10/2 18/2
199/3 202/25
225/9

**manage [1]**
6/25

**management [1]**
125/5

**manager [4]**
69/21 70/2
70/4 70/16

**managerial [1]**
70/13

**manipulated [4]**
116/2 131/23
132/4 133/20

**manipulation
[1]** 133/14

**manner [1]**
216/13

**manually [1]**
76/22

**manufactured
[5]** 172/19
172/21 172/24
173/10 173/22

**many [16]** 27/5
27/7 38/14
40/17 52/9
58/6 89/17
106/8 107/11
109/18 118/17
120/18 121/8
121/25 191/18
231/13

**March [12]**
32/7 33/12
150/23 152/25
162/17 232/24
233/10 240/3
240/6 240/17

245/20 248/1
/8 /24
232/24

**March 2001 [1]**
32/7

**March 2019 [1]**
33/12

**March 20th [4]**
233/10 240/3
240/6 240/17

**March 27 [2]**
150/23 245/20

**March 27th [1]**
248/1

**March 31 [1]**
152/25

**mark [4]** 44/14
87/12 183/17
184/1

**marked [4]**
50/20 244/2
244/23 245/4

**Markel [16]**
2/16 5/9 83/12
83/21 84/5
84/6 84/12
84/13 84/18
84/20 85/21
88/3 98/7
105/1 180/16
199/5

**Markel's [1]**
87/9

**markings [2]**
93/2 101/2

**married [1]**
9/12

**marshal [1]**
252/6

**MARYLAND [17]**
1/1 10/2 24/7
24/9 36/18
47/20 47/21
69/15 88/15
88/16 102/10
119/7 119/8
157/5 172/10
172/19 253/6

**master [8]**
18/22 27/1
30/1 95/1 95/9
95/18 96/23
98/12

**master's [1]**
118/15

**masturbating
[2]** 187/13

193/5
/24
135/13 148/11
171/3 246/6

**matched [1]**
236/21

**matches [2]**
21/25 116/4

**materials [3]**
88/7 116/11
243/21

**math [1]** 33/15

**mathematical
[1]** 123/9

**matter [5]**
80/17 118/23
215/19 217/9
253/9

**mattered [1]**
211/4

**matters [1]**
119/25

**Matthews [1]**
59/5

**maximum [1]**
60/9

**may [75]** 4/18
8/22 11/6 14/7
23/5 23/9
23/19 35/9
35/11 35/13
35/22 38/5
41/17 50/5
50/23 51/4
53/2 53/5 53/5
64/25 68/12
68/14 68/16
69/1 70/21
81/2 82/16
82/18 82/20
84/9 105/2
107/13 110/1
111/22 112/1
114/14 119/18
120/7 120/11
120/19 122/5
131/9 134/24
134/24 135/1
148/25 149/2
172/7 174/4
174/14 174/16
174/19 176/2
176/11 177/20
188/1 189/10
194/5 201/8
205/23 210/2

212/16 214/1
/24 217/3
218/16 221/10
221/12 236/24
237/14 239/5
248/17 248/20
249/1 251/7

**maybe [12]** 5/6
5/14 12/4
12/23 45/17
106/18 107/8
111/16 113/17
126/24 232/16
237/7

**McDonald's [3]**
44/4 44/5 45/5

**MCGUINN [19]**
1/15 2/5 2/14
2/18 2/20 2/21
3/19 6/7 6/9
23/5 83/17
189/13 214/7
216/25 217/24
218/17 250/2
251/10 252/1

**MD [2]** 140/2
156/15

**MD5 [5]** 123/11
123/19 135/13
138/18 157/6

**me [52]** 4/13
8/12 14/19
16/23 28/24
32/11 32/25
33/12 34/6
37/19 38/14
39/7 40/4 40/8
42/1 55/21
61/19 61/20
69/7 76/2 96/7
101/3 104/23
107/4 108/24
108/24 119/17
130/13 132/15
151/3 153/7
156/8 162/19
170/23 179/10
189/20 202/8
205/15 210/24
211/16 214/7
214/16 214/23
216/7 220/12
220/23 225/11
245/2 246/16
250/17 250/18
251/9

**M**

**Meadowood [8]**
43/13 43/23
43/25 44/12
58/16 58/17
59/10 66/24
**meal [1]** 12/5
**meals [1]**
40/10
**mean [24]** 12/2
13/9 39/21
47/25 49/4
56/11 73/3
73/13 74/10
76/2 106/5
122/2 128/19
133/8 138/1
145/1 146/21
148/22 149/23
170/11 217/1
217/10 243/21
247/6
**meaning [5]**
73/16 74/14
76/21 96/15
235/19
**means [7]**
39/20 73/15
74/19 74/20
91/1 125/4
146/19
**meant [2]**
50/10 236/1
**media [38]**
39/9 39/11
40/3 56/24
56/24 57/3
77/5 78/23
79/11 122/22
129/11 135/20
135/25 136/3
136/9 136/22
137/4 137/21
138/13 139/5
139/16 139/18
140/12 140/23
142/2 142/5
142/8 142/23
150/12 153/1
157/2 158/9
169/16 169/19
170/8 186/6
219/25 249/13
**meet [1]** 124/5
**meeting [1]**

183/11
193/7
28/22 38/13
117/21 117/25
**Members [1]**
89/10
**memories [1]**
3/9
**mention [1]**
64/11
**mentioned [4]**
25/23 61/4
72/24 73/14
**merely [1]**
120/15
**meridian [1]**
138/1
**Merit [1]**
253/4
**message [7]**
16/24 39/15
39/22 48/14
52/2 82/2
123/11
**messages [10]**
16/22 21/6
46/18 52/17
57/16 57/19
58/2 65/11
73/5 165/5
**messed [1]**
244/20
**met [4]** 25/17
32/2 32/4
51/14
**metal [1]**
202/9
**method [1]**
133/21
**methods [1]**
116/2
**Miami [1]**
70/12
**microphone [7]**
8/24 23/21
35/24 69/3
84/10 114/15
176/13
**middle [15]**
4/8 9/23 10/3
11/14 11/15
11/22 26/22
45/25 46/2
57/2 58/11
114/17 197/14
202/9 242/2

**middleman [1]**
**midnight [2]**
138/8 167/16
**midsection [2]**
204/8 206/18
**might [12]**
4/10 13/18
34/9 64/18
77/16 82/6
91/3 110/11
128/8 220/11
241/19 244/25
**military [4]**
107/16 177/25
178/1 178/6
**mind [1]** 62/23
**mine [2]** 37/8
37/9
**minimizes [1]**
106/24
**minimum [1]**
122/23
**minor [7]**
153/8 161/15
217/4 222/24
223/12 226/13
230/23
**minute [9]**
14/23 64/21
192/17 201/1
201/2 213/16
221/1 225/11
225/17
**minutes [33]**
8/14 45/3 83/8
83/23 112/25
113/1 113/1
138/8 167/18
175/7 175/7
187/7 192/8
192/17 200/7
200/9 203/25
204/5 208/4
208/8 210/23
211/12 211/20
212/10 213/12
213/17 213/19
217/25 218/8
218/15 218/16
220/25 221/11
**missed [1]**
172/7
**mistake [1]**
236/9
**mixed [1]** 11/3

**mobile [29]**
118/3 119/13
123/1 147/16
154/2 154/5
154/7 154/9
154/25 155/19
156/8 157/5
157/13 157/21
158/17 159/12
160/13 160/19
161/9 164/4
165/6 166/24
167/2 169/25
170/4 223/14
231/6
**MobileSync [7]**
154/11 154/22
156/12 164/22
165/17 168/22
168/23
**model [5]**
138/12 146/4
158/4 158/24
167/2
**modern [1]** 8/6
**module [1]**
125/6
**moment [14]**
6/16 7/6 20/14
87/18 136/15
143/7 161/3
174/5 174/9
189/3 189/20
199/24 214/11
234/8
**momentarily [1]**
95/23
**moments [2]**
21/10 66/17
**Monday [1]**
251/12
**money [3]** 49/4
52/14 52/14
**monitor [2]**
3/14 6/7
**monitoring [1]**
7/5
**monitors [1]**
7/5
**month [1]**
237/25
**monthly [1]**
100/14
**months [1]**
116/15

**more [24]** 3/5
9/23 12/22 39/2
40/18 47/9
67/9 79/13
80/23 117/23
122/19 122/23
130/6 131/11
137/7 147/16
169/3 173/13
198/10 218/21
220/16 250/1
250/21
**morning [36]**
3/2 4/25 5/3
5/4 5/24 6/23
7/24 7/25 8/9
9/8 9/9 17/2
17/10 17/11
20/22 20/23
24/3 24/4
31/14 31/15
36/7 36/8
53/24 53/25
62/14 62/15
69/13 81/11
81/12 82/23
105/7 105/17
106/20 141/13
142/7 200/3
**most [6]** 26/12
74/13 93/20
129/10 171/1
216/18
**mostly [3]**
13/19 13/20
26/2
**motivations [1]**
64/16
**MOV [2]** 156/18
156/21
**move [22]** 3/15
4/7 4/14 5/11
6/15 77/9
77/10 77/25
80/10 86/22
119/12 121/16
121/19 138/3
147/22 173/13
201/4 224/12
226/17 229/24
233/21 237/7
**moved [2]**
79/12 224/19
**moves [3]** 77/8
79/1 80/2

**M**

**movie [3]**
196/17 201/16
224/25
**movies [1]**
12/3
**moving [7]**
92/18 98/9
133/3 187/12
199/14 229/21
242/20
**Mr [13]**  2/6
2/8 2/10 2/12
2/15 2/17 2/20
43/8 44/14
197/22 212/22
215/6 230/5
**Mr. [152]**  4/2
4/5 4/19 15/3
20/24 21/13
22/19 23/7
24/3 24/5
25/15 25/17
25/19 26/1
26/4 26/10
26/23 28/6
29/12 29/15
29/22 30/9
31/9 31/10
32/19 33/13
33/18 34/1
35/11 36/7
36/9 36/17
37/18 37/20
38/1 38/7
38/11 38/22
39/9 39/13
39/15 39/17
39/25 40/3
40/7 40/13
40/24 41/3
41/24 42/24
43/4 44/14
44/25 45/5
45/7 45/21
45/25 45/25
46/9 48/14
49/1 49/15
49/18 49/19
50/5 50/14
50/25 51/4
51/7 51/9 52/2
52/3 52/8
52/15 53/24
54/7 55/14

55/22 56/7
56/22 56/25
57/4 57/6 57/8
57/10 57/20
59/11 60/2
61/2 61/9
61/14 61/18
62/1 62/7
62/16 62/21
63/24 64/1
64/22 65/10
65/20 66/13
67/4 67/16
67/17 68/1
68/4 68/14
87/4 88/17
88/19 89/1
89/14 89/19
91/6 91/7
95/11 95/19
97/2 102/1
102/9 108/8
109/9 111/24
174/17 177/5
211/17 212/11
213/1 213/22
213/24 216/7
217/11 217/21
220/24 236/19
237/17 238/4
239/5 239/12
239/20 242/24
242/25 244/13
245/7 247/17
250/5 250/5
250/18 252/3
**Mr. Bendann**
**[84]**  15/3
20/24 21/13
22/19 25/15
25/17 25/19
26/1 26/4
26/10 26/23
29/12 29/15
32/19 33/13
33/18 34/1
37/18 37/20
38/1 38/7
38/11 38/22
39/9 39/13
39/15 39/17
39/25 40/3
40/7 40/13
40/24 41/3
42/24 43/4

44/14 44/25
49/18 51/9
55/14 55/22
56/7 56/10
56/18 56/22
56/25 57/4
57/6 57/8
57/10 57/20
59/11 60/2
61/2 61/9
61/14 61/18
62/1 62/21
64/1 67/4
67/17 68/1
68/4 88/17
88/19 89/1
89/19 91/6
91/7 108/8
109/9 217/21
236/19 237/17
238/4 239/5
239/12 244/13
245/7 247/17
**Mr. Bendann's**
**[9]**  45/25
52/8 62/16
95/11 95/19
97/2 102/1
102/9 239/20
**Mr. Christopher**
**[1]**  89/14
**Mr. Feiss [6]**
24/3 24/5 28/6
29/22 30/9
31/9
**Mr. Nieto [16]**
4/2 4/5 23/7
50/25 51/4
64/22 111/24
177/5 211/17
212/11 213/22
216/7 217/11
220/24 250/18
252/3
**Mr. Oberly's**
**[1]**  242/24
**Mr. Proctor**
**[11]**  4/19
31/10 35/11
65/20 66/13
68/14 87/4
174/17 213/1
213/24 242/25
**Mr. Schloeder**
**[10]**  48/14

49/1 49/15
50/14 51/7
52/3 52/15
65/10
**Mr. Stuzin [8]**
36/7 36/9
36/17 41/24
45/21 45/25
52/2 250/5
**Mr. Witherspoon**
**[6]**  53/24
54/7 62/7
63/24 67/16
250/5
**Ms [13]**  2/5
2/7 2/9 2/10
2/12 2/13 2/14
2/16 2/18 2/20
2/21 9/10
209/1
**Ms. [36]**  3/19
6/7 6/9 6/22
7/11 8/18 8/19
9/8 19/3 20/17
20/22 23/5
35/9 63/22
83/17 87/6
87/20 132/11
175/11 175/25
176/25 179/8
181/2 185/20
189/13 214/7
216/25 217/24
218/17 225/18
226/25 232/17
250/2 251/10
251/12 252/1
**Ms. Hagan [6]**
35/9 63/22
87/6 87/20
179/8 251/12
**Ms. Halpert [6]**
8/19 9/8 19/3
20/17 20/22
226/25
**Ms. Jarman [4]**
132/11 181/2
225/18 232/17
**Ms. Komber [1]**
185/20
**Ms. Maldeis [1]**
6/22
**Ms. McGuinn**
**[13]**  3/19 6/7
6/9 23/5 83/17

189/13 214/7
216/25 217/24
218/17 250/2
251/10 252/1
**Ms. Stacy [2]**
7/11 8/18
**Ms. Walker [3]**
175/11 175/25
176/25
**much [13]**  6/24
6/25 13/16
18/1 23/11
71/25 79/17
128/10 211/14
215/5 220/16
220/24 250/1
**multi [1]**  90/5
**multi-jurisdict**
**ional [1]**  90/5
**multiple [7]**
51/19 61/18
80/22 90/12
93/21 164/23
164/25
**MVA [1]**  88/19
**my [69]**  3/3
3/11 10/8
11/22 15/21
17/8 18/14
18/25 18/25
19/6 19/13
19/14 23/14
24/22 25/3
26/2 26/21
26/25 27/1
28/2 28/24
32/18 33/11
33/15 40/17
42/5 45/13
45/13 45/17
52/25 55/15
73/19 73/20
73/21 73/21
75/17 75/19
75/25 76/18
79/21 79/21
79/22 79/22
79/25 80/1
80/7 81/14
81/16 81/17
82/1 82/9
85/18 127/24
131/13 149/21
170/13 170/13
173/15 212/1
214/17 215/1

# M

**my... [8]**
215/7 215/8
225/12 225/17
236/9 237/9
243/4 243/20
**myself [1]**
132/10

# N

**naked [24]**
43/7 43/12
44/1 44/15
51/19 58/4
58/14 58/23
59/13 59/21
59/24 66/16
66/19 167/13
187/12 193/4
193/8 204/9
209/14 230/8
232/20 232/23
233/2 240/25
**name [39]** 8/25
9/14 11/16
23/22 24/23
25/4 29/18
29/18 29/20
35/25 40/19
53/16 69/4
69/7 84/11
84/13 84/13
110/12 110/12
111/1 111/4
114/9 114/16
114/18 121/3
124/17 144/7
146/1 146/9
146/16 154/8
163/24 164/1
164/2 170/21
176/14 199/16
226/25 231/21
**named [5]**
25/13 55/12
132/24 145/9
170/22
**names [2]** 9/18
111/6
**nanny [2]**
242/15 247/17
**Nashville [2]**
208/22 209/2
**national [1]**
115/13

**native [1]**
**natural [1]**
113/18
**nature [4]** 3/5
12/3 126/4
129/8
**near [3]** 58/18
58/21 251/23
**neatly [1]**
105/9
**necessarily [3]**
39/3 147/6
147/22
**necessary [2]**
192/13 212/15
**need [20]** 6/14
12/23 13/18
41/13 49/24
50/5 52/3 61/5
62/19 74/22
122/9 122/19
128/8 189/3
192/21 210/24
214/4 214/11
234/4 250/25
**needed [2]**
26/10 108/12
**needs [1]**
135/7
**nest [1]** 14/1
**network [1]**
117/18
**Nevada [2]**
127/4 172/6
**never [5]** 76/8
126/22 146/20
146/24 217/6
**new [9]** 71/18
73/20 73/21
74/1 74/2
77/13 77/13
183/3 183/3
**newest [1]**
167/2
**news [6]** 52/8
82/25 112/17
174/25 210/11
249/11
**next [51]** 7/10
8/16 8/17 11/2
16/24 23/10
23/11 24/17
35/14 35/15
53/6 53/7 66/3
66/11 66/13

68/16 68/18
78/24 83/1
83/11 84/3
84/4 87/25
94/12 95/22
112/6 112/7
113/19 114/6
114/15 121/17
125/8 131/15
137/3 138/6
140/15 141/10
157/1 158/13
159/7 160/3
175/11 175/25
176/6 179/7
180/21 194/23
199/14 222/8
222/9 241/25
**nexus [1]**
118/25
**nickname [6]**
42/24 43/4
62/1 62/6
62/21 67/16
**NIETO [22]**
1/17 2/6 2/10
2/17 2/20 4/2
4/5 23/7 50/25
51/4 64/22
111/24 177/5
211/17 212/11
213/22 215/6
216/7 217/11
220/24 250/18
252/3
**night [10]**
24/10 43/17
57/16 57/17
57/21 59/20
59/22 66/24
67/1 251/6
**nightstand [2]**
95/22 182/16
**nine [5]** 24/10
208/8 210/23
217/25 218/15
**Ninety [1]**
237/4
**ninth [3]**
39/14 43/11
55/7
**no [100]** 1/5
3/17 7/16
10/24 20/16
21/5 22/13
22/13 22/13

22/16 22/25
34/19 35/8
38/3 38/10
41/2 42/19
48/23 52/16
52/18 55/21
56/19 56/23
58/3 58/10
60/1 60/4
60/25 62/18
63/12 65/8
67/5 67/8
67/19 72/15
74/19 76/11
76/19 76/24
77/4 78/7
78/19 78/22
79/7 79/13
80/21 81/6
87/8 89/21
93/19 101/13
103/3 105/20
107/3 107/7
107/21 108/7
109/5 109/6
109/17 111/21
113/10 113/14
116/1 124/4
124/7 124/7
127/8 132/14
133/18 134/20
135/18 136/6
139/1 152/2
152/8 153/11
166/23 172/22
174/8 174/13
181/9 184/14
200/17 201/6
222/23 223/13
228/4 234/7
234/11 239/14
239/15 241/12
247/5 247/8
247/11 248/2
252/4
**nod [1]** 6/22
**noise [7]**
187/14 188/9
193/10 200/10
205/5 205/7
209/6
**nomenclature
[2]** 125/3
181/22
**non [8]** 74/23

74/25 75/1
221/12 222/24
227/3 230/22
234/3
**non-Apple [3]**
74/23 74/25
75/1
**non-child-porno
graphy [1]**
227/3
**non-explicit
[2]** 222/24
230/22
**non-law-enforce
ment [1]** 89/12
**non-trimmed [1]**
234/3
**none [3]** 23/4
217/1 221/21
**Nonetheless [1]**
215/21
**nonverbal [2]**
216/13 217/3
**noon [1]** 83/8
**Nope [1]** 48/25
**normal [2]**
222/1 222/24
**Normally [1]**
57/11
**North [6]**
10/18 15/17
21/17 22/5
127/4 172/6
**NORTHERN [1]**
1/2
**not [173]** 5/15
8/12 12/9 12/9
14/7 20/24
22/14 26/13
26/14 29/17
32/6 32/9 33/5
33/24 34/25
35/3 42/25
45/4 45/13
47/20 48/20
49/13 49/20
50/15 51/19
52/11 52/21
55/21 58/10
58/22 58/25
59/9 59/9 60/9
61/14 64/3
64/7 64/8
64/11 65/21
67/3 68/7 68/8
68/10 70/21

**N**

**not... [128]**
72/15 75/3
75/19 76/24
77/4 78/9 79/7
82/10 82/23
82/24 82/24
83/4 83/5 83/6
87/21 90/18
95/3 106/9
106/18 107/3
107/5 107/13
109/3 109/14
111/4 112/15
112/16 112/17
112/21 112/22
112/24 120/10
120/14 121/2
121/15 122/3
128/21 131/17
133/13 133/18
134/20 134/22
135/8 135/12
146/20 146/23
147/6 147/22
149/6 149/13
150/7 151/22
153/14 153/20
166/7 170/5
170/14 171/25
172/20 173/6
174/23 174/23
174/24 175/3
175/4 175/6
176/24 177/3
192/23 195/4
195/9 200/16
201/7 210/9
210/9 210/10
210/14 210/15
210/17 211/7
213/10 214/2
215/19 216/15
216/20 216/21
217/2 220/8
220/20 221/24
222/1 224/3
224/11 224/24
227/22 228/4
229/25 230/7
232/13 233/18
235/18 236/2
236/7 236/8
236/9 239/12
239/14 241/13

242/20 243/3
244/4 243/21
244/8 245/1
246/5 246/15
247/6 247/25
248/14 249/8
249/8 249/9
249/10 249/14
249/16 249/18
250/17 252/2
**notations [1]**
239/5
**note [3]** 157/5
159/15 220/5
**notebook [1]**
229/6
**notes [4]** 1/24
48/8 73/5
111/15
**nothing [14]**
23/1 31/9
45/20 51/23
53/1 62/7
67/12 68/11
82/15 104/19
108/5 111/19
248/3 248/15
**notice [1]**
169/9
**notified [1]**
227/23
**noting [1]**
220/11
**notion [1]**
4/14
**now [48]** 6/4
6/9 8/11 8/15
21/6 29/22
30/20 31/1
32/24 47/1
48/12 51/12
51/14 79/25
79/25 80/4
80/8 83/14
87/21 89/25
107/4 108/18
108/24 113/6
117/25 120/18
128/2 132/11
149/19 150/10
175/18 194/5
194/16 211/12
211/25 226/17
233/13 234/25
236/6 239/19
241/9 242/24

243/18 244/1
246/24 247/9
246/9 252/8
**number [28]**
41/19 57/5
64/12 65/15
86/23 87/12
123/3 123/5
125/7 133/2
144/13 155/17
180/18 180/20
181/13 181/16
182/6 182/18
188/21 189/4
189/15 193/22
193/23 194/4
194/19 231/22
231/23 237/5
**numbers [3]**
33/13 121/25
132/25

**O**

**O-B-E-R-L-Y [1]**
114/18
**Oberly [43]**
2/18 114/3
114/8 114/10
114/11 114/18
114/23 114/25
119/12 120/22
125/21 126/14
136/20 144/2
147/2 152/10
155/23 163/15
163/20 165/14
167/21 174/8
179/17 179/19
185/6 185/16
186/9 186/15
186/21 191/12
198/5 203/12
207/7 220/6
221/16 222/18
223/8 223/14
223/22 225/3
229/7 229/15
246/7
**Oberly's [1]**
242/24
**object [2]**
65/20 66/5
**objection [12]**
38/2 38/3
63/15 119/14
119/15 187/22

188/24 213/21
234/6 234/7
**obscure [1]**
41/14
**observation [1]**
88/10
**observe [2]**
135/16 219/25
**obtain [3]**
153/6 153/8
179/22
**obtained [3]**
88/12 88/13
88/21
**obvious [2]**
4/9 73/1
**obviously [6]**
6/11 21/24
47/16 48/13
107/5 232/13
**occasion [10]**
43/9 43/10
45/17 47/22
48/16 48/17
60/22 90/20
90/23 91/7
**Occasionally
[1]** 57/24
**occasions [3]**
38/15 61/1
61/18
**occupants [1]**
91/3
**occur [4]**
40/16 43/12
170/2 191/21
**occurred [3]**
68/9 129/5
186/22
**occurs [1]**
130/17
**October [1]**
233/2
**October 17th
[1]** 233/2
**off [21]** 3/10
3/13 6/23 30/4
31/7 44/22
60/13 65/2
75/25 76/7
76/14 79/8
79/25 92/8
131/17 143/12
165/5 182/15
221/1 221/2

245/17
**offer [1]**
117/23
**office [19]**
98/15 98/16
98/19 98/25
99/19 100/8
100/3 109/7
115/2 118/21
119/1 120/23
121/5 134/24
134/25 135/6
135/9 243/3
243/4
**officer [6]**
89/11 90/11
90/13 90/21
91/17 107/5
**officers [2]**
121/8 178/18
**official [4]**
121/21 122/15
253/1 253/16
**often [5]**
34/25 38/25
39/15 57/6
75/8
**oh [10]** 4/11
35/12 48/8
58/13 113/14
137/8 206/2
235/12 235/21
248/25
**okay [112]** 6/9
7/12 9/22
11/20 11/25
12/16 13/6
14/11 15/1
15/6 16/8
16/21 17/19
18/23 19/1
25/19 26/7
27/20 28/6
30/20 31/1
32/5 32/24
33/18 33/21
33/24 34/15
35/2 39/9
41/13 41/17
47/18 56/13
56/17 58/11
58/23 59/4
59/7 59/10
60/11 61/1
66/24 68/4
70/6 70/15

O

**okay... [67]**
71/13 72/7
72/8 73/7
76/13 76/16
77/18 78/11
78/16 81/14
85/20 91/22
92/11 92/18
95/4 96/3 97/6
105/1 115/16
123/22 124/8
124/20 127/16
135/15 136/18
139/13 140/22
143/17 144/7
144/15 144/19
145/15 147/25
148/5 148/12
150/8 154/12
155/9 159/3
160/17 162/1
166/21 167/23
169/13 170/16
171/2 173/16
175/17 189/22
213/24 234/25
236/3 237/11
240/23 241/15
242/8 242/15
242/23 243/23
244/10 247/3
250/10 250/13
250/17 250/22
250/25 251/21

**old [28]** 9/10
24/5 36/9
36/10 54/1
73/19 73/21
79/4 164/17
186/24 186/25
191/23 191/24
198/18 198/19
204/12 204/13
207/13 207/14
228/15 228/16
230/13 230/14
232/21 232/24
241/5 247/22
248/10

**older [2]**
12/22 151/3

**oldest [4]**
10/8 11/1
11/14 11/14

**once [18]** 8/1
46/6 60/11
64/2 73/23
79/5 79/10
91/5 96/6
97/24 116/3
126/10 133/1
143/16 172/13
185/16

**one [125]** 4/5
5/3 5/17 5/19
6/24 15/25
18/17 18/20
19/22 20/13
26/5 26/21
26/22 27/16
27/19 32/2
33/8 42/9 43/9
48/2 51/19
60/22 60/23
62/9 64/21
65/13 67/9
68/10 68/10
70/1 73/20
74/4 74/7
74/15 74/20
80/23 81/16
81/18 87/12
89/11 90/2
94/17 95/9
96/15 97/21
97/23 99/14
103/18 105/20
105/22 106/23
108/12 111/15
116/24 122/3
125/17 127/5
128/16 129/2
129/3 129/23
136/14 137/7
137/8 137/22
140/16 140/19
141/12 143/6
145/2 145/2
148/9 153/18
155/2 155/2
157/18 158/14
159/7 160/17
161/3 161/23
165/3 168/9
168/10 169/3
170/18 171/18
173/1 173/5
173/5 173/11
174/1 174/2

180/24 182/15
190/21 191/16
192/21 194/1
194/10 194/12
194/13 198/10
199/24 201/1
201/2 201/5
201/18 205/21
218/20 225/17
226/12 226/24
230/25 231/1
232/2 232/3
233/9 234/8
239/10 243/10
243/11 243/23
246/18 250/21

**ones [6]** 33/17
58/25 59/9
116/8 148/18
189/6

**online [1]**
122/22

**only [28]** 5/3
14/1 15/25
20/25 21/13
46/5 50/22
72/5 78/12
79/17 107/5
109/3 120/24
127/6 149/2
150/3 152/5
189/11 193/23
194/6 209/23
210/25 211/5
211/6 212/6
214/1 234/5
251/12

**onsite [1]**
90/4

**onward [1]**
26/9

**open [8]**
107/20 117/3
189/10 193/24
193/25 194/5
210/2 218/13

**opened [1]**
237/6

**openly [4]**
63/11 65/3
65/6 66/2

**opens [1]**
135/9

**operate [1]**
251/21

**operating [13]**

8/10 71/20
135/17 147/17
149/14 152/22
155/13 163/25
164/2 164/15
164/15

**operations [1]**
70/17

**opinion [2]**
119/24 170/13

**opinions [2]**
119/19 120/7

**opportunity
[17]** 28/4
87/10 88/3
110/6 127/16
146/12 150/14
156/18 157/12
159/3 159/23
160/12 185/17
187/4 198/24
199/4 230/4

**opposed [2]**
150/24 151/1

**opposite [2]**
173/15 173/17

**optics [1]** 6/4

**orange [2]**
169/4 229/15

**ordeal [1]**
48/14

**order [12]**
70/4 71/1
74/17 77/10
91/11 113/9
118/18 121/1
149/8 176/23
177/4 182/11

**ordered [1]**
63/1

**ordinarily [1]**
120/9

**Oregon [1]**
172/7

**organization
[2]** 106/6
117/18

**organizations
[1]** 117/17

**organized [3]**
105/25 110/9
111/12

**orient [15]**
14/23 16/18
93/25 154/16

187/9 192/24
196/23 201/21
202/2 207/1
214/16 219/13
226/2 230/19
232/18

**origin [1]**
172/2

**original [3]**
170/15 170/24
170/25

**originally [2]**
36/17 54/11

**other [82]**
3/15 6/15 8/9
12/25 18/15
20/16 26/8
40/2 40/3 40/8
41/1 49/24
52/3 56/18
56/21 56/21
59/5 60/23
64/9 68/10
74/15 74/25
79/15 81/6
89/19 91/3
91/3 98/2
98/12 98/20
101/8 102/25
103/18 106/4
111/6 111/6
115/15 117/1
120/8 122/5
128/7 128/22
129/3 131/8
133/19 133/20
136/14 140/19
143/6 143/6
151/25 155/7
156/24 163/6
166/10 167/5
168/3 168/4
170/11 170/22
170/25 171/19
172/12 173/6
174/2 176/23
178/12 189/11
190/12 196/13
197/22 206/23
219/25 220/18
220/21 221/15
221/16 222/1
224/24 227/16
234/11 244/19

**others [4]** 5/9
52/23 219/6

O

**others...** **[1]**
219/10

**otherwise [2]**
4/16 7/8

**our [54]** 4/3
4/25 6/10 8/8
8/9 8/20 10/25
12/22 15/4
23/15 26/16
29/25 35/19
52/7 53/11
68/23 72/1
82/22 83/20
91/21 102/24
112/7 112/15
113/17 114/11
117/24 118/5
118/21 119/1
122/20 125/5
127/23 136/10
149/25 151/15
177/18 177/19
186/7 198/7
209/24 212/1
213/23 214/19
215/12 215/13
215/14 215/14
215/22 216/15
217/14 217/18
217/19 221/8
251/5

**out [48]** 8/4
10/25 12/5
22/24 28/8
33/24 34/18
40/6 45/2 47/9
56/3 56/9
56/17 60/14
63/1 67/18
71/1 71/18
75/20 76/15
79/1 79/12
80/10 82/2
83/8 113/2
115/11 116/5
116/7 125/25
126/24 130/3
132/6 135/11
147/6 149/7
149/23 172/11
175/7 175/8
175/17 177/18
189/1 199/8
210/19 216/3

**236/1 249/24**
116/15

**outdoors [1]**
233/2

**outer [3]** 93/2
96/11 101/2

**outlined [1]**
6/11

**outside [13]**
12/2 40/2
55/22 56/2
56/5 63/18
92/1 102/25
117/17 133/13
134/25 135/8
135/8

**over [46]** 4/6
6/4 8/4 16/3
16/8 18/23
22/10 30/4
33/9 35/19
39/15 44/18
44/23 53/11
74/3 88/5
92/16 92/24
93/9 96/9
96/19 97/25
98/5 101/7
104/15 109/10
115/8 115/15
118/22 125/2
135/7 135/8
143/7 145/18
150/22 165/10
167/22 173/12
183/11 193/13
217/15 222/18
238/1 238/7
239/1 240/21

**Overbrook [1]**
207/25

**overlapped [1]**
26/21

**overnight [5]**
13/9 26/11
26/12 239/14
249/7

**Overruled [2]**
64/5 64/25

**overseas [3]**
127/5 172/7
178/7

**oversee [3]**
70/4 70/17
70/19

**overwriting [1]**
140/25

**overwritten [1]**
150/7

**own [4]** 52/22
120/16 181/3
182/1

**owner [3]**
144/19 146/9
152/20

P

**p.m [14]** 59/22
113/8 113/8
114/1 166/4
166/19 175/10
175/20 175/20
176/4 210/21
218/12 249/25
252/10

**package [6]**
134/23 135/3
135/6 135/10
135/13 135/14

**Packard [1]**
74/24

**packing [3]**
135/4 135/12
135/12

**pad [2]** 102/2
102/11

**page [37]** 2/4
15/1 28/18
137/3 137/7
137/8 139/2
139/18 140/15
141/10 157/1
157/17 158/13
160/3 162/6
162/15 169/3
169/7 180/21
180/23 194/23
196/16 196/23
197/10 197/16
198/13 199/14
202/21 222/8
222/9 222/9
229/18 231/19
231/24 237/6
242/2 253/9

**Page 1 [3]**
196/16 202/21
222/8

**page 2 [5]**
15/1 28/18
139/2 196/23

**231/24**

**139/18 157/17**
162/15 197/10
229/18

**Page 4 [1]**
197/16

**pages [3]**
136/20 156/1
225/4

**paid [7]** 13/25
32/19 33/12
34/1 34/3 34/9
34/13

**pains [1]**
217/22

**panel [6]**
191/10 196/2
196/9 196/18
196/21 197/11

**paragraph [2]**
181/1 181/3

**PARALEGAL [1]**
1/20

**park [9]** 39/8
42/5 43/13
43/23 43/25
44/12 44/19
44/24 58/18

**parked [7]**
44/14 44/17
102/1 102/10
102/11 193/4
193/8

**parking [2]**
44/16 102/2

**part [21]**
16/24 26/12
30/5 75/8 86/6
92/15 104/15
116/10 126/15
126/19 130/19
132/2 150/24
172/1 178/12
179/19 195/8
202/9 211/5
242/2 250/15

**partially [1]**
75/5

**participant [1]**
216/21

**participants
[15]** 83/2
83/3 83/6
112/20 112/21
112/23 175/2

**175/3 175/5**
175/13 210/14
210/16 217/15
249/12 249/14

**participate [5]**
37/1 39/17
43/7 58/4 66/3

**participated
[6]** 44/15
51/18 58/8
58/14 65/11
106/8

**participating
[2]** 59/20
249/17

**particular [71]**
60/22 63/11
86/4 90/23
93/8 98/4
123/14 124/9
125/7 125/25
128/19 128/24
129/5 131/1
134/5 135/15
135/19 135/22
136/21 138/5
138/13 139/14
140/7 140/23
141/4 142/23
144/7 145/7
145/23 146/1
146/13 146/16
146/23 147/3
151/2 151/10
152/1 152/3
154/20 155/20
165/18 167/16
168/20 170/1
170/6 173/1
179/20 181/23
187/14 193/10
199/5 199/19
201/16 205/5
206/16 207/18
209/6 213/2
218/24 219/6
223/9 228/8
232/8 233/7
236/7 237/25
239/12 240/20
243/19 244/11
246/9

**particularly
[1]** 4/15

**parties [8]**
40/13 40/16

**P**

**parties... [6]**
40/24 41/1
41/3 68/9
188/13 211/1
**partition [3]**
148/6 149/13
149/18
**partitions [1]**
148/6
**partner [1]**
179/5
**partook [2]**
58/25 59/9
**parts [2]**
173/12 188/17
**party [4]** 61/7
61/9 61/10
133/24
**passcode [1]**
108/15
**passed [1]**
111/13
**passenger's [8]**
103/23 103/25
104/2 104/4
104/8 187/11
193/3 193/7
**password [2]**
74/3 74/16
**past [3]** 59/22
138/8 167/18
**path [7]** 44/18
137/9 137/11
137/14 137/17
139/2 140/20
**patience [1]**
212/22
**patrol [4]**
85/2 85/9
85/17 85/18
**patrol-level**
**[1]** 85/17
**pattern [1]**
183/2
**Paul's [5]**
58/16 58/18
58/19 59/10
67/1
**pause [1]** 26/8
**pay [3]** 13/24
29/14 33/18
**paying [1]**
34/7
**people [18]**

22/10 44/2
52/1 52/5
52/4 52/9
52/10 52/11
56/2 56/11
64/14 70/5
90/12 106/23
107/8 121/1
122/4 133/11
**per [5]** 33/20
109/19 152/17
155/9 162/17
**perceived [1]**
211/10
**percent [1]**
82/3
**Perfect [2]**
17/12 173/19
**perform [1]**
118/23
**performed [2]**
86/24 88/4
**performing [1]**
117/5
**perhaps [5]**
7/4 151/3
212/7 247/16
250/24
**period [3]**
45/14 76/16
81/3
**periodic [1]**
133/4
**periods [1]**
26/5
**permanently [3]**
76/7 76/13
79/2
**permissible [1]**
64/3
**permission [2]**
16/5 193/24
**permit [2]**
30/10 222/15
**permitted [1]**
60/19
**person [21]**
11/16 16/20
42/8 42/12
75/12 88/8
88/11 88/13
89/1 134/5
134/12 166/3
166/16 172/9
177/2 183/2
222/9 227/9

227/11 227/22
228/11 236/5
**personal [1]**
186/1
**personally [2]**
77/4 118/21
**persons [3]**
176/23 231/2
249/17
**perspective [2]**
215/13 216/9
**persuade [1]**
64/17
**pertain [1]**
198/7
**pertaining [5]**
86/23 112/23
175/5 185/14
191/15
**phase [5]**
27/16 27/17
27/19 27/21
172/16
**phone [56]**
42/19 45/13
46/18 57/5
65/15 71/9
73/20 73/21
73/22 73/23
75/2 75/13
76/14 77/16
80/7 80/20
80/24 86/14
86/18 88/5
95/24 96/14
96/15 96/23
98/2 98/4
108/13 108/16
116/18 122/3
123/2 123/4
133/25 143/25
144/13 145/18
155/17 158/4
158/24 172/14
180/18 180/20
187/13 187/21
188/4 193/5
193/9 193/14
196/4 196/10
197/1 197/6
227/21 231/22
235/20 247/7
**phones [6]**
97/10 97/12
116/7 118/3
126/21 147/14

photo **[53]**
74/20 75/5
75/6 75/9
75/14 75/16
75/17 75/20
75/21 76/5
76/6 76/20
77/1 79/21
80/4 80/8
80/13 81/14
81/14 81/15
81/16 82/11
93/6 95/3
100/12 109/7
129/14 130/18
132/5 132/7
132/8 132/9
132/10 132/15
134/1 134/10
134/13 134/16
134/19 134/20
153/12 161/23
196/19 197/14
202/24 203/1
203/4 203/7
219/16 226/8
244/4 244/11
245/9
**photograph [13]**
19/13 75/12
99/15 99/20
99/24 100/2
100/5 100/8
101/16 101/21
101/23 109/15
207/4
**photographed**
**[6]** 91/16
96/6 97/4
100/12 100/25
102/5
**photographer**
**[1]** 90/15
**photographers**
**[1]** 131/14
**photographing**
**[1]** 102/25
**photographs [7]**
90/15 90/16
91/13 91/20
101/19 196/12
206/23
**photos [23]**
5/5 20/9 73/5
74/14 75/18
76/8 77/13

79/4 79/11
82/18 108/14
108/25 109/3
109/9 109/14
129/12 134/2
150/12 153/15
191/2 241/10
241/16 243/10
**physical [7]**
92/25 148/3
148/5 148/8
149/1 166/22
181/17
**pick [4]** 33/8
34/16 61/10
110/21
**picked [2]**
59/17 68/9
**picture [8]**
20/2 94/2
117/12 130/24
131/1 131/5
131/11 131/15
**pictures [3]**
30/10 134/3
231/2
**piece [1]**
123/13
**pieces [1]**
150/1
**pillow [4]**
244/16 244/19
245/10 245/20
**pillows [2]**
244/20 245/13
**place [9]**
22/24 42/2
49/13 63/11
63/13 91/16
96/6 100/25
249/1
**placed [1]**
91/17
**places [2]**
56/20 172/8
**plaid [2]**
244/17 244/19
**plain [1]**
153/21
**Plaintiff [2]**
1/4 1/15
**PLAINTIFF'S [1]**
2/4
**plan [2]**
194/11 251/22
**planners [1]**

**P**

**planners... [1]**
100/15

**planning [1]**
4/24

**plastic [2]**
97/14 106/5

**play [33]**
10/10 10/12
10/19 10/23
11/12 12/22
14/5 15/18
37/14 54/22
63/8 65/7
189/19 194/8
194/10 194/13
194/16 194/24
195/1 195/9
195/11 195/13
205/23 205/24
210/4 211/17
213/10 216/9
217/25 218/8
218/14 224/3
228/1

**played [12]**
10/13 10/13
10/20 11/13
14/6 14/6
54/23 63/6
187/18 193/13
218/14 218/16

**playing [17]**
41/22 44/20
187/17 189/24
194/15 195/2
195/14 200/11
201/11 201/13
206/4 210/6
212/6 213/5
218/19 228/14
229/3

**please [81]**
3/2 7/18 7/23
8/19 8/24
16/10 16/25
17/20 20/14
23/13 23/17
23/21 35/4
35/17 35/24
53/9 53/13
53/15 62/9
67/9 68/21
69/3 69/14
77/18 83/25

84/2 84/6
98/5 98/12
98/10 99/12
101/15 113/1
114/4 114/11
114/15 125/20
139/18 141/10
142/16 146/15
157/17 158/13
160/3 162/6
162/15 163/5
163/19 169/7
174/9 176/5
176/9 176/13
180/21 189/11
191/11 196/23
197/10 197/16
199/8 201/10
203/10 205/16
205/25 208/24
210/22 214/18
218/13 218/13
218/21 219/13
219/18 227/6
228/13 230/11
231/24 232/17
239/24 249/7
250/1 251/22

**pleases [1]**
4/22

**plus [2]** 12/14
118/22

**podium [1]**
3/14

**point [24]**
8/11 12/16
15/23 33/7
37/22 44/22
47/25 55/20
60/12 76/6
82/3 116/5
127/13 130/1
133/8 135/13
149/7 200/19
212/10 213/5
213/9 235/18
239/1 250/13

**points [2]**
25/19 126/5

**police [16]**
5/4 84/21
84/22 85/1
85/6 86/2
86/20 86/25
89/10 103/6
103/8 106/15

107/5 118/25
118/10 117/16
133/12

**policies [1]**
70/13

**policy [2]**
71/23 106/18

**polite [1]**
108/8

**polo [2]**
195/24 197/19

**PopSocket [5]**
196/4 196/9
197/2 197/5
197/8

**pornography
[14]** 177/23
177/23 187/13
187/18 187/19
188/7 193/13
220/20 221/22
222/21 223/19
224/24 227/3
235/20

**pornography-rel
ated [1]**
221/22

**port [1]**
143/14

**portion [15]**
50/4 98/22
108/12 137/17
166/5 205/12
213/11 213/15
214/1 214/5
217/12 226/12
240/3 248/24
250/7

**portions [2]**
104/13 150/3

**portrayed [1]**
218/7

**position [9]**
3/17 211/17
212/8 215/21
215/22 217/2
217/14 217/20
251/7

**positioning [3]**
131/7 198/23
207/22

**possessing [1]**
107/16

**possession [1]**
177/23

**possibility [1]**
183/24

**possible [3]**
133/10 134/17
133/12

**possibly [3]**
117/10 133/10
148/7

**post [5]** 45/15
134/24 134/25
135/6 135/9

**posted [1]**
241/10

**potential [3]**
124/5 184/18
218/3

**potentially [3]**
43/19 131/6
146/22

**power [4]** 8/3
8/5 8/6 173/25

**practice [1]**
221/8

**pre [2]** 12/10
54/17

**pre-first [2]**
12/10 54/17

**precautions [1]**
41/16

**precede [1]**
240/24

**Precinct [1]**
85/3

**precluded [1]**
66/7

**predict [1]**
250/13

**predominantly
[1]** 122/3

**prefer [1]** 5/8

**preference [6]**
64/7 64/19
65/23 66/1
66/8 87/20

**preferred [2]**
104/24 106/19

**prejudicial [1]**
4/15

**premise [1]**
251/22

**preparation [1]**
113/12

**prepare [1]**
232/11

**prepared [9]**
137/1 152/12
155/25 163/20
180/6 188/16

**presence [1]**
67/20

**present [21]**
1/19 3/5 5/20
40/14 40/24
41/1 43/21
56/18 56/21
58/23 60/23
89/8 90/1 90/1
90/6 148/20
183/6 183/10
188/3 207/7
211/8

**presented [6]**
3/6 3/18 118/7
120/3 249/17
249/20

**presents [5]**
83/1 112/18
175/1 210/12
249/12

**preservation
[7]** 107/25
129/2 145/2
184/6 184/7
184/11 184/19

**preserve [7]**
115/25 122/23
128/21 128/23
184/8 184/10
185/3

**preserved [2]**
125/15 127/7

**presumably [3]**
42/17 111/15
235/14

**pretty [6]**
22/5 30/7
38/13 39/16
49/5 56/1

**previous [7]**
30/18 34/3
85/5 129/25
139/8 169/5
183/6

**previously [8]**
25/23 48/1
81/1 85/9
85/11 93/16
119/21 212/13

**price [2]**
33/20 33/21

**primarily [7]**
10/12 18/24

# P

**primarily...
[5]**  39/12
45/16 115/12
118/3 148/18
**primary [1]**
86/3
**prime [1]**
138/1
**printouts [1]**
91/11
**prior [14]**
33/11 33/25
36/19 51/14
85/14 85/17
91/14 92/16
99/15 126/3
128/23 144/16
177/24 177/24
**priority [1]**
122/19
**privacy [2]**
71/24 71/25
**private [14]**
6/17 41/10
58/20 63/16
65/17 74/3
112/3 176/18
211/22 212/1
215/4 216/4
220/13 221/3
**probable [2]**
122/23 128/23
**probably [11]**
31/23 38/17
43/17 49/23
75/19 112/8
118/21 173/15
175/14 251/4
251/19
**probative [1]**
216/8
**problem [1]**
5/21
**problems [1]**
21/3
**procedure [7]**
3/19 4/1 6/15
90/22 189/11
189/12 249/1
**procedures [3]**
3/6 6/10 70/14
**proceed [7]**
38/5 41/17
188/1 189/13

221/12 237/14
253/20
**proceeded [1]**
65/24
**proceeding [1]**
176/25
**proceedings [3]**
1/11 3/4
253/8
**process [9]**
78/13 78/14
108/2 121/1
121/17 143/12
147/13 151/23
184/10
**processed [1]**
185/16
**processes [1]**
78/2
**processing [1]**
121/19
**PROCTOR [16]**
1/18 2/8 2/12
2/15 4/19
31/10 35/11
65/20 66/13
68/14 87/4
174/17 212/22
213/1 213/24
242/25
**produce [1]**
184/12
**product [1]**
70/11
**production [2]**
137/12 137/13
**productively
[1]**  251/25
**products [1]**
72/22
**professional
[1]**  131/14
**proffers [1]**
194/4
**proficiency [2]**
116/21 117/1
**progressed [1]**
217/6
**project [1]**
175/13
**prominent [1]**
38/13
**promise [1]**
33/5
**promoted [1]**
85/9

**prompted [1]**
141/19
**proper [1]**
70/13
**properly [2]**
116/3 213/8
**property [1]**
125/15
**proponent [1]**
87/18
**proposed [1]**
215/12
**prosecutor [1]**
213/7
**prosecutors [1]**
51/15
**protect [2]**
217/23 218/6
**protected [1]**
127/21
**protecting [1]**
72/1
**protective [1]**
91/1
**prove [1]**
171/21
**proven [1]**
87/16
**provide [12]**
86/14 126/11
128/5 130/5
141/19 143/17
162/3 162/13
163/2 192/5
209/12 223/8
**provided [20]**
21/6 65/10
118/17 126/8
127/17 137/14
141/7 142/14
143/4 145/15
163/13 167/19
181/11 182/3
198/16 198/23
204/14 207/21
216/14 229/6
**provider [2]**
128/22 184/8
**provides [1]**
123/13
**public [1]**
41/14
**publication [1]**
208/6
**publish [9]**
41/8 189/15

201/4 224/11
229/25 230/7
231/9
**published [2]**
200/24 234/5
**publishing [3]**
192/11 200/20
204/2
**pull [11]**
33/24 73/11
75/1 77/18
125/25 143/25
144/1 145/25
155/22 199/8
237/12
**pulled [2]**
116/5 144/5
**Pulling [1]**
96/20
**Pup [1]**  43/3
**purchased [2]**
27/9 27/12
**purges [1]**
79/20
**purportedly
[10]**  5/2
234/22 236/18
237/17 238/4
238/10 238/11
239/9 244/11
245/19
**purpose [3]**
66/10 122/17
234/2
**purposes [7]**
50/20 74/21
192/11 200/20
208/6 224/12
233/20
**pursuant [1]**
253/6
**pursue [1]**
118/13
**put [16]**  33/6
52/12 73/17
77/16 110/12
117/10 122/4
125/15 135/1
154/10 170/8
201/12 212/04
212/6 236/6
247/4
**puts [1]**  251/7
**putting [2]**
32/24 74/19

**PVAsset [2]**
151/24 170/18

# Q

**qualifications
[1]**  120/7
**qualified [1]**
119/23
**qualify [1]**
119/17
**Quantico [2]**
127/23 128/3
**quarrel [1]**
32/7
**quarter [1]**
233/12
**queries [1]**
71/3
**question [23]**
24/10 24/17
29/19 34/6
34/20 64/2
64/6 65/2 65/4
65/22 66/3
66/11 66/13
81/4 82/9
87/25 236/2
239/4 241/3
241/5 241/7
241/23 241/25
**questioning [2]**
65/24 214/12
**questions [8]**
20/16 31/16
75/9 81/6
108/10 174/8
174/13 234/11
**queue [1]**
122/8
**quick [1]**
220/20
**quickly [5]**
76/9 137/3
168/25 226/12
226/19
**quote [2]**
47/13 52/14

# R

**race [1]**  64/19
**RACHEL [4]**
1/20 124/14
179/6 180/7
**rack [1]**  19/12
**raided [1]**
105/17

# R

**raise [10]**
8/19 23/16
23/17 35/19
53/12 53/13
68/24 84/6
114/12 176/9
**ran [5]** 43/18
44/5 44/21
44/25 61/1
**rank [1]** 85/10
**rapidly [1]**
116/15
**Rappahannock
[1]** 17/8
**rapport [1]**
38/22
**rather [1]** 8/3
**re [1]** 183/3
**re-upping [1]**
183/3
**reach [1]**
215/15
**reached [1]**
130/3
**reaching [1]**
120/5
**read [9]** 17/14
87/7 87/9
87/19 87/20
87/20 87/21
213/11 213/13
**readable [3]**
116/6 116/9
116/20
**reading [3]**
51/11 166/3
166/16
**ready [10]** 7/8
8/2 8/15 41/17
83/17 113/21
114/5 175/21
189/13 251/23
**real [2]** 75/24
76/9
**realize [3]**
73/1 75/19
149/17
**realized [1]**
75/24
**really [8]** 4/9
5/14 58/22
126/22 131/14
169/12 236/1
246/15

**Realtime [1]** 92/10
**rear [7]** 92/10
102/1 102/10
102/13 103/21
104/8 105/6
**rear of [1]**
105/6
**reason [7]**
32/7 33/15
73/10 120/16
210/25 211/5
241/15
**reasonable [2]**
45/11 251/18
**reasons [3]**
90/2 106/22
120/8
**rec [1]** 18/4
**rec-room [1]**
18/4
**recall [47]**
17/3 17/22
20/8 22/17
25/17 25/25
27/7 27/9
28/14 28/19
29/2 29/7
29/24 38/16
42/10 42/24
43/16 45/4
52/2 52/6
55/16 56/9
58/8 58/11
58/14 58/23
59/7 59/15
59/20 60/12
60/22 61/2
61/23 62/1
68/8 136/21
145/9 145/11
173/11 173/12
188/6 203/12
208/21 226/24
230/5 230/7
233/14
**recalled [1]**
248/23
**recalling [1]**
250/6
**receipts [1]**
32/15
**receive [4]**
57/16 57/21
185/13 221/15
**received [15]**

57/20 87/12
120/22 115/24
127/20 128/14
135/24 143/22
145/1 214/2
214/6 224/15
226/22 230/1
234/6
**receives [1]**
127/22
**receiving [3]**
49/1 121/13
128/11
**recent [3]**
75/15 75/18
75/21
**recess [15]**
82/23 82/23
83/15 83/16
112/25 113/7
113/8 174/20
174/22 175/19
175/20 210/8
210/9 249/6
249/7
**recognize [56]**
14/12 14/16
16/11 16/15
19/3 19/15
19/19 30/3
30/21 31/5
32/15 41/24
42/1 42/12
42/20 42/22
44/9 93/3
96/13 136/23
140/7 140/16
141/22 142/18
144/2 152/9
155/23 159/8
161/12 164/7
165/14 167/9
167/14 180/4
180/13 183/15
186/14 190/6
191/12 195/20
198/4 201/19
204/20 206/11
222/9 223/4
223/22 225/3
227/9 229/14
229/19 231/2
231/16 233/6
243/16 244/4
**recollection
[5]** 26/3

50/17 52/23
25/18 57/25
**referencing [1]**
110/20
**referred [2]**
30/24 66/22
**referring [5]**
44/6 64/1 64/2
87/22 185/2
**refers [1]**
127/1
**reflect [3]**
38/4 168/19
176/21
**reflection [4]**
196/3 197/1
201/24 202/5
**reflects [1]**
193/19
**refresh [2]**
3/9 50/17
**regard [35]**
90/6 119/19
126/17 130/10
135/15 136/12
137/21 145/6
145/21 157/4
161/18 162/1
162/16 169/7
169/8 171/2
172/4 172/23
181/3 181/10
181/25 192/15
198/23 203/7
204/14 208/2
208/9 221/16
222/17 223/7
225/7 229/5
232/16 233/6
233/12
**regarding [5]**
49/18 64/3
71/3 85/23
180/8
**regards [4]**
48/17 234/21
236/3 238/10
**regimen [1]**
147/23
**Regional [4]**
43/13 43/23
43/25 44/12
**registered [8]**
88/16 152/20
180/25 181/6
181/20 182/9
182/22 253/4

**record [20]**
8/23 23/20
35/23 37/25
38/4 53/15
69/2 147/10
176/12 176/21
179/7 211/25
215/5 221/1
221/2 224/12
227/20 234/2
240/1 247/12
**recorded [5]**
42/16 42/18
96/8 235/15
246/10
**recording [7]**
90/13 91/16
216/21 236/11
246/10 246/13
247/3
**recordings [1]**
235/7
**records [5]**
91/17 180/1
182/1 213/16
246/18
**recover [6]**
51/1 51/4 76/5
76/20 165/5
213/14
**recovered [2]**
108/21 181/8
**recovery [4]**
78/13 78/14
231/21 231/22
**recreate [1]**
170/1
**redirect [15]**
2/10 2/13 2/21
23/3 35/7 35/8
51/24 51/25
67/13 67/14
82/14 111/20
111/21 248/4
248/5
**Redweld [1]**
210/18
**reevaluating
[1]** 116/16
**refer [2]**
121/6 131/24
**reference [1]**
249/19
**references [2]**

**R**

**registration [4]** 102/17 180/24 182/11 182/13

**regularly [2]** 22/5 39/16

**regulations [1]** 253/10

**rejoin [1]** 248/18

**relate [3]** 83/2 112/19 210/12

**related [18]** 83/5 141/11 142/20 152/14 156/4 156/9 156/10 159/7 160/4 160/17 161/14 163/22 167/11 175/1 184/9 193/6 200/17 221/22

**relatedly [1]** 150/5

**relates [1]** 213/12

**relating [1]** 210/16

**relation [6]** 51/15 65/23 93/25 94/10 213/2 235/14

**relationship [4]** 12/20 12/21 21/7 63/14

**relative [3]** 135/21 155/20 216/8

**relatively [2]** 226/19 250/5

**release [3]** 132/25 133/1 164/3

**relevant [1]** 249/15

**reliability [1]** 246/8

**reliable [3]** 151/25 152/6 248/9

**relied [1]** 248/11

**rely [3]** 248/13

**remain [2]** 55/9 211/25

**remainder [1]** 218/17

**remained [1]** 209/4

**remanded [1]** 252/5

**remember [52]** 21/8 22/10 22/11 40/17 40/17 42/11 43/20 44/19 47/14 48/21 49/1 49/5 49/8 49/18 49/21 49/24 50/2 50/6 50/13 51/7 51/16 51/18 51/20 57/24 65/2 66/16 68/3 108/13 109/1 109/7 109/23 110/4 111/16 124/17 173/3 234/22 235/1 235/3 235/8 236/4 236/11 238/12 238/16 241/3 241/6 243/1 243/8 243/12 243/19 247/1 247/3 247/9

**remembers [1]** 151/3

**remind [1]** 215/17

**reminders [1]** 73/5

**remodel [1]** 27/22

**remodeling [5]** 27/12 27/15 27/16 28/1 30/6

**remove [2]** 75/23 76/11

**reopen [1]** 205/20

**repeated [1]** 111/4

**rephrase [2]** 253/13

**report [2]** 85/21 86/1

**reported [2]** 1/25 253/8

**REPORTER [4]** 253/1 253/4 253/5 253/16

**reports [8]** 82/25 83/2 112/18 112/19 174/25 175/1 210/11 249/11

**repository [1]** 126/22

**representation [1]** 111/9

**representatives [1]** 130/13

**representing [1]** 236/18

**reproduced [2]** 243/7 243/10

**request [3]** 128/22 213/23 215/23

**requesting [1]** 87/6

**requests [3]** 41/8 118/20 118/20

**required [1]** 250/17

**requires [1]** 116/13

**requiring [1]** 212/4

**research [8]** 116/10 116/11 131/13 132/2 169/25 170/14 172/2 198/24

**reside [1]** 24/7

**residence [37]** 25/20 25/22 26/11 28/25 30/11 89/1 89/8 89/15 89/20 89/24 90/16 90/18 90/25 91/20 91/24 92/8 93/13 94/8 94/16 94/18

101/10 102/2 199/3 202/25 203/5 204/18 207/5 207/25 208/20 219/17 225/9 225/22 226/9 228/10 236/15

**residents [1]** 89/12

**residing [2]** 24/13 39/4

**residual [2]** 149/4 211/19

**respect [7]** 52/13 64/11 65/25 67/17 68/1 177/2 249/16

**respectfully [1]** 215/15

**respond [1]** 58/2

**responded [3]** 45/13 50/2 52/4

**responding [1]** 45/13

**response [4]** 17/12 62/18 85/25 121/7

**responsibilities [4]** 70/15 85/5 115/22 117/6

**responsibility [1]** 218/6

**rest [5]** 137/14 143/7 145/18 153/19 213/10

**restaurant [1]** 12/5

**resting [1]** 250/11

**restore [1]** 81/1

**rests [1]** 120/17

**result [1]** 135/25

**results [4]** 126/11 128/11 145/18 185/13

**resume [5]**

63/19 83/7 215/5 216/1 216/3

**retires [1]** 214/4

**return [6]** 113/1 129/15 129/21 185/25 186/1 249/21

**returned [1]** 28/19

**revert [1]** 164/17

**review [10]** 88/3 88/7 88/9 147/25 179/10 185/17 229/6 239/19 240/7 242/25

**reviewed [7]** 179/12 179/14 179/15 231/7 237/21 240/14 243/21

**rice [2]** 62/23 63/1

**Richmond [2]** 10/22 15/23

**rid [2]** 76/9 78/4

**ride [3]** 61/4 61/5 61/9

**rides [1]** 61/2

**Ridgewood [1]** 42/5

**right [209]** 3/20 4/5 5/13 7/4 7/20 8/2 8/3 8/19 20/24 21/6 22/12 22/20 23/16 23/17 30/8 31/17 34/11 34/14 34/18 34/24 35/18 35/18 35/20 46/6 46/11 46/15 46/17 46/19 46/21 47/1 47/8 47/10 47/16 47/21 47/25 47/25 48/2 48/10 48/12 48/17 48/18 49/15 49/24

**R**

**right...** **[166]**
49/25 50/12
50/16 51/5
51/11 51/22
53/12 53/13
62/17 63/1
65/4 66/4
66/24 68/23
68/23 68/24
81/22 81/24
82/4 84/7
87/11 92/13
92/16 94/2
94/12 94/20
95/1 95/5 95/7
99/3 100/24
105/1 105/2
105/4 105/11
105/16 105/19
105/20 106/6
106/13 106/16
106/20 106/24
107/19 107/22
107/23 108/8
108/16 109/10
109/18 110/12
110/16 110/20
110/25 111/17
111/18 114/12
128/12 132/11
149/19 153/13
163/18 166/12
167/24 169/18
171/16 173/15
173/21 173/23
173/24 176/9
183/18 191/1
194/13 196/16
196/19 197/4
197/5 197/13
197/18 200/3
202/22 202/24
203/4 207/2
207/4 208/16
209/25 214/13
215/24 219/14
219/16 219/21
220/16 222/6
226/3 226/8
228/25 233/13
234/18 235/10
235/11 235/12
235/15 235/17
235/23 235/23

235/25 235/25
236/19 237/12
237/13 237/17
237/24 237/25
238/4 238/8
238/22 238/22
239/10 239/22
240/3 240/3
240/15 240/18
240/21 241/1
241/5 241/9
241/19 241/20
242/5 242/11
243/6 243/10
243/14 243/15
244/1 244/10
244/12 244/13
244/23 245/5
245/7 245/9
245/9 245/17
245/19 246/2
246/2 246/10
246/13 246/16
247/7 247/9
247/12 247/15
247/16 247/18
247/22 248/25
249/1 250/25
251/17
**right-hand [3]**
92/16 110/25
237/13
**rights [2]**
72/12 217/23
**rigorous [1]**
116/22
**rise [13]** 7/21
7/23 83/9
83/14 113/3
113/6 113/25
175/9 175/18
176/3 210/20
218/11 252/8
**risk [1]**
106/24
**River [1]** 17/8
**RMR [2]** 1/25
253/16
**Road [12]**
24/14 24/16
25/22 27/2
30/11 42/5
69/15 88/15
88/18 180/13
204/18 207/25

235/25 235/25
**roaming [1]**
**Roanoke [1]**
19/14
**Roland [2]**
39/8 42/5
**role [4]** 75/8
90/12 90/20
132/21
**roles [2]** 90/8
115/9
**Ronda [3]** 1/25
253/4 253/16
**room [52]** 18/4
18/24 18/25
19/1 20/4
77/11 77/13
91/12 91/12
91/24 92/6
92/7 92/13
92/13 92/17
93/13 93/14
93/16 93/20
93/21 93/23
93/25 94/1
94/3 94/9
94/10 94/20
95/7 95/11
95/13 97/2
98/13 98/15
98/17 98/23
98/23 98/24
99/4 99/4
99/24 100/2
100/5 100/8
100/13 109/12
125/15 126/24
227/1 243/24
244/6 246/3
247/13
**rooms [4]**
27/22 91/10
93/19 106/4
**rooted [1]**
64/18
**route [1]**
135/6
**row [1]** 138/6
**rule [2]** 46/5
64/4
**ruled [1]**
65/21
**ruling [1]**
64/3
**run [10]** 43/7
43/12 44/1

44/15 58/4
60/15 60/16
126/24
**running [18]**
42/12 45/2
60/3 60/5 60/7
66/16 82/2
131/9 139/15
140/1 142/25
147/20 162/2
200/14 205/8
209/11 227/21
251/4
**runs [10]**
51/19 58/15
58/24 59/21
59/25 60/23
66/19 68/1
68/5 68/9

**S**

**S-H-A-N-N-O-N**
**[1]** 84/13
**S-T-A-C-E-Y-H-A**
**-L-P-E-R-R-T [1]**
9/2
**S-T-U-Z-I-N [1]**
36/1
**SA [1]** 179/17
**safe [1]** 22/4
**safety [1]**
108/1
**said [26]**
21/16 32/7
38/14 47/12
47/13 49/4
49/7 50/5 52/3
67/20 78/16
79/10 80/12
149/20 155/16
164/24 166/7
169/22 172/5
211/3 217/4
218/7 224/18
235/7 235/24
236/1
**sales [1]** 70/1
**same [92]**
19/10 19/18
19/21 19/25
20/7 20/11
20/12 26/17
30/15 30/16
30/17 30/17
30/24 31/2

31/3 31/4 31/4
31/13 33/22
33/23 55/3
63/14 74/16
74/18 92/1
96/24 98/23
98/24 99/3
128/18 129/1
139/2 139/18
144/9 149/10
156/16 156/21
157/6 157/11
157/15 157/24
158/2 158/7
158/11 158/20
158/23 158/25
159/2 159/5
159/16 159/18
159/20 159/22
160/1 160/6
160/9 160/11
160/15 160/20
160/22 160/24
161/1 163/6
168/12 169/1
169/5 171/8
180/15 181/16
182/6 182/18
186/9 189/12
194/20 197/7
197/19 219/22
226/25 228/9
229/21 237/24
238/3 238/18
239/4 243/23
244/6 244/8
245/6 245/10
245/25 246/2
246/3
**same-sex [1]**
63/14
**SANS [1]**
117/17
**sat [2]** 13/1
234/25
**satisfaction**
**[1]** 119/23
**Saturday [1]**
17/11
**save [5]** 73/4
80/22 126/21
147/20 171/13
**saved [7]**
80/23 134/19
147/24 147/24
165/18 171/17

**S**

saved... [1]
171/19

saving [6]
73/7 73/8
74/20 122/6
137/16 172/10

savings [2]
166/9 166/10

saw [7]   98/16
169/13 169/16
190/3 190/17
224/9 224/14

say [49]   4/24
6/16 22/4
31/23 31/24
37/11 38/13
38/17 38/25
39/24 44/6
45/3 48/6 50/6
56/3 56/9 59/6
59/16 61/19
75/13 75/16
75/19 76/8
80/3 81/18
82/11 93/5
105/25 106/10
106/15 110/9
119/8 124/19
134/17 143/17
145/11 151/8
155/4 165/24
173/2 211/8
219/2 232/14
235/12 236/22
239/22 246/25
247/1 251/4

saying [10]
49/8 49/10
49/24 50/6
50/12 51/11
62/16 146/24
157/5 209/7

says [18]
17/10 77/22
137/22 143/20
146/19 151/7
156/12 165/16
165/21 165/25
168/22 170/21
173/8 173/11
173/21 230/21
242/2 245/19

scale [1]
90/18

scenario [1]

schedule [3]
39/3 100/12
251/19

scheduled [1]
111/16

Schloeder [13]
48/14 49/1
49/15 49/19
50/5 50/14
51/7 52/3
52/15 56/11
59/2 59/3
65/10

school [61]
9/22 9/22 9/23
9/23 9/24 9/25
10/4 11/14
11/15 11/19
12/10 13/2
14/5 15/23
25/6 25/7
25/11 26/22
26/22 34/17
34/24 36/11
36/13 36/19
36/20 36/21
36/23 36/25
40/2 45/14
45/15 45/16
46/1 46/2 46/6
46/8 46/9
48/21 48/24
49/7 52/9
54/14 54/15
55/7 55/23
56/1 56/2 56/5
57/2 58/11
58/12 58/13
58/20 61/23
61/24 61/25
64/12 64/14
66/2 85/23
124/6

Schroeder [1]
47/1

Science [1]
118/11

scrambling [1]
8/8

screen [20]
3/10 33/2
44/13 96/1
183/18 196/8
196/25 197/17

197/18 197/25
198/19 202/16
202/23 203/3
206/17 207/3
219/15 219/19
219/21 219/21

screenshot [10]
77/19 78/25
185/21 185/24
190/16 191/5
196/2 202/3
227/22 245/6

scroll [11]
137/3 140/15
157/1 169/3
198/13 203/1
222/8 223/6
227/7 241/21
241/21

sealed [1]
91/18

seamlessly [1]
6/14

search [50]
5/5 88/8 88/12
88/13 88/21
88/22 88/25
89/3 89/6 89/9
90/7 90/22
90/24 90/24
91/15 91/19
101/25 102/3
106/9 106/13
106/15 106/19
107/2 115/25
122/21 122/24
124/15 128/24
144/23 145/3
145/12 145/13
179/14 179/17
180/15 185/9
191/2 196/19
197/13 231/10
232/13 232/18
240/7 240/17
240/25 242/5
242/6 242/8
242/12 247/16

searched [1]
233/13

searches [8]
232/7 232/16
233/7 239/19
240/23 247/20
247/25 249/16

searching [3]

90/11 90/13

season [1]
14/7

seat [9]   8/22
23/19 35/22
69/1 104/4
176/11 187/11
193/3 193/8

seated [13]
3/2 7/23 84/1
84/9 114/4
114/14 176/5
176/22 187/11
210/22 218/13
245/7 250/1

seats [3]
63/19 210/18
216/3

second [38]
5/1 16/18 18/5
18/13 18/15
18/17 18/18
18/21 19/6
27/21 27/23
27/24 32/11
35/4 62/9
63/18 67/9
77/2 113/15
125/9 141/11
159/7 162/7
169/16 192/8
192/18 198/1
198/13 200/8
200/9 201/2
201/18 213/16
231/1 231/25
232/4 236/3
248/23

second-floor
[4]   18/5
18/13 27/23
27/24

Secondly [1]
63/25

seconds [28]
5/14 5/17 5/25
60/10 139/8
139/21 141/1
142/7 161/25
187/7 192/8
192/9 192/10
192/17 192/20
195/11 200/2
200/7 200/9
201/1 201/2

203/25 204/5
207/5 208/8
213/19 218/15
218/16

secretive [1]
247/12

secure [3]
72/13 91/9
120/23

security [3]
115/13 117/18
133/11

see [123]   3/18
12/22 15/18
19/21 19/22
28/4 33/2 33/9
33/14 37/20
53/10 56/5
60/2 67/6 67/6
73/2 78/20
81/20 93/14
99/3 110/18
110/22 110/25
111/1 111/2
111/4 111/6
116/16 117/7
117/9 128/25
130/11 150/15
150/18 151/22
153/14 156/19
167/25 168/3
173/7 173/24
181/13 182/3
182/16 187/10
189/3 189/22
191/7 191/9
193/1 196/4
196/7 196/18
197/1 199/7
199/9 199/12
199/13 199/23
200/24 201/22
201/23 201/24
202/4 202/4
202/8 202/9
202/10 203/5
203/8 203/9
204/7 204/8
204/9 204/24
206/17 208/13
208/14 209/13
209/14 209/15
209/15 211/9
216/15 219/6
219/20 219/22
222/5 225/24

**S**

**see... [34]**
226/8 226/12
226/15 226/16
228/21 230/4
231/23 232/7
234/4 235/21
236/22 237/2
237/7 237/13
239/5 239/25
240/4 242/3
242/5 244/14
244/16 244/16
244/17 244/21
245/9 245/11
245/13 245/16
245/20 245/22
245/25 246/5
251/3 251/22

**seeing [6]**
152/5 170/14
192/16 192/25
234/23 247/9

**seek [1]** 88/7

**seem [1]** 45/11

**seemingly [1]**
168/3

**seen [14]**
77/19 109/6
109/22 109/23
129/24 151/10
167/3 167/12
186/4 187/9
192/13 211/17
219/11 226/3

**sees [1]**
149/15

**segment [4]**
210/24 214/3
216/9 218/14

**seized [28]**
90/14 92/21
93/8 96/7
97/24 99/8
99/14 99/19
99/24 100/2
100/5 100/9
100/25 101/5
101/9 115/24
124/9 124/23
125/7 125/8
125/9 166/21
179/16 181/17
182/7 182/15
182/19 199/5

**seizing [2]**
90/23 94/1

**seizure [3]**
88/12 106/9
145/3

**selection [1]**
27/25

**self [2]**
107/25 177/20

**self-evident
[1]** 177/20

**self-preservati
on [1]** 107/25

**send [1]** 184/7

**sends [2]**
116/22 128/25

**senior [4]**
21/21 25/10
25/11 36/16

**sense [6]**
50/10 112/11
120/16 189/8
228/4 246/3

**sensitive [1]**
5/2

**sent [7]** 15/11
70/12 130/13
184/20 184/24
227/16 227/19

**September [7]**
34/11 133/2
146/8 169/17
186/22 229/22
234/22

**September 16th
[1]** 186/22

**September 18th
[1]** 169/17

**September 1st
[1]** 146/8

**sequential [2]**
125/8 133/2

**sequentially
[1]** 182/24

**sequestration
[2]** 176/23
177/4

**sergeant [1]**
104/23

**serial [1]**
123/3

**series [4]**
65/10 116/8
149/14 180/22

**serious [2]**
52/14 52/17

**serve [6]**
122/21 178/5
178/7 178/9

**served [2]**
129/4 180/16

**server [1]**
72/20

**servers [4]**
127/2 172/5
172/9 172/11

**service [6]**
75/8 76/25
128/22 184/7
235/18 235/19

**Services [2]**
85/23 86/1

**session [1]**
21/21

**set [13]** 15/7
32/10 73/16
73/23 77/5
78/1 123/12
138/3 151/6
170/3 172/15
172/16 247/10

**sets [3]** 78/17
136/3 148/16

**setting [1]**
80/24

**settings [2]**
73/16 73/25

**seven [8]** 9/11
45/3 155/25
211/12 213/17
213/19 218/16
242/15

**Seventeen [2]**
84/24 228/20

**seventh [3]**
55/4 55/5 55/6

**several [3]**
25/16 99/4
121/20

**sex [1]** 63/14

**sexual [6]**
64/7 64/19
65/23 66/1
66/8 129/9

**shaded [1]**
186/3

**Shannon [6]**
2/16 83/12
83/21 84/5
84/6 84/12

**shape [1]** 8/14

**sharing [1]**
120/10

**she [11]** 6/23
29/19 82/17
82/18 83/22
119/25 120/15
208/21 248/20
250/8 250/9

**She'll [1]**
248/23

**sheer [1]**
121/25

**sheet [1]** 96/8

**sheets [1]**
121/1

**shift [1]** 6/3

**shirt [3]** 58/1
195/24 202/10

**shock [1]** 8/12

**shoes [1]**
105/9

**Shoot [1]**
249/22

**shooting [1]**
70/19

**short [3]** 5/1
81/3 250/5

**shorten [2]**
192/12 208/5

**shortened [4]**
195/5 201/4
210/5 234/5

**shorts [2]**
202/10 203/9

**shot [2]** 191/6
243/18

**shots [3]**
190/21 219/5
243/7

**should [14]**
7/2 73/11
75/13 113/16
120/14 120/15
148/10 165/24
166/16 171/22
175/15 213/13
215/18 234/4

**show [32]**
28/12 29/9
29/22 30/13
30/20 44/8
74/14 74/15
89/22 91/22
92/25 96/10
97/17 99/10
101/1 147/7

196/2 197/11
204/19 204/20
204/24 206/10
214/11 228/1
228/13 230/15
232/10 238/20
244/1 244/23
245/4 246/16

**showed [2]**
109/6 167/6

**shower [20]**
19/18 29/25
30/1 30/4 30/5
30/17 30/24
31/3 31/4 31/7
200/14 201/24
201/24 202/4
202/5 202/9
204/9 205/8
209/11 209/15

**showing [29]**
14/16 31/1
32/14 52/7
92/3 92/11
93/11 94/6
94/13 94/22
95/16 95/20
97/8 98/18
98/21 99/6
99/11 99/17
99/22 99/25
100/17 100/21
101/14 102/7
103/4 140/4
185/19 213/12
248/9

**shown [8]**
77/20 113/15
113/20 175/15
211/21 228/5
236/17 248/7

**shows [4]**
138/9 196/8
196/17 196/20

**shut [2]** 3/13
7/1

**sick [1]** 47/13

**side [39]** 3/15
4/7 33/6 33/6
92/16 94/2
95/1 99/3
103/5 103/10
103/12 103/14
103/23 103/25
104/2 190/20
190/20 191/10

**S**

**side... [21]**
196/11 196/11
197/17 197/18
202/19 202/19
202/23 202/24
203/3 203/6
206/22 207/4
219/9 219/15
219/16 219/19
219/21 225/23
225/23 226/6
226/8

**sides [4]**
87/14 87/17
206/22 219/9

**sideways [1]**
173/18

**sight [1]**   6/5

**sign [8]**   72/5
72/6 72/12
74/1 121/1
240/4 240/6
240/17

**sign-in [1]**
121/1

**signed [1]**
74/16

**significance
[3]**   78/23
216/24 237/16

**silver [1]**
102/9

**similar [6]**
74/12 134/1
153/12 167/3
168/15 197/7

**similarly [8]**
49/15 140/19
141/11 141/14
142/2 143/1
163/6 195/16

**simply [2]**
5/10 135/11

**since [4]**
37/11 124/2
136/4 213/2

**single [6]**
18/7 27/3 27/4
105/22 121/14
123/4

**single-family
[2]**   18/7 27/3

**sir [44]**   6/18
23/14 23/17

23/19 23/20
31/14 33/2
35/12 35/13
35/17 35/22
35/23 46/3
48/6 50/17
50/24 53/5
53/10 53/13
53/15 53/19
54/1 62/14
68/16 81/8
82/19 87/5
105/8 108/23
112/11 113/22
174/9 174/12
174/18 174/19
188/23 205/19
212/16 221/5
241/4 244/22
245/15

**sit [18]**   4/10
5/8 5/24 12/18
12/25 13/6
13/8 13/22
14/2 25/19
26/4 26/10
26/24 28/25
49/5 56/2 80/5
82/6

**site [1]**
242/11

**sitting [7]**
76/8 76/16
78/23 149/7
149/25 179/7
238/15

**six [2]**   116/15
204/5

**sixth [5]**
37/11 38/20
55/15 55/17
81/17

**Sixty [1]**   24/6

**Sixty-two [1]**
24/6

**sketch [3]**
90/17 90/17
90/19

**skipped [1]**
167/22

**sleep [2]**
18/23 26/24

**sleeping [1]**
18/24

**slightly [2]**

148/20 237/8
75/19

**smartphone [1]**
80/18

**smoothly [1]**
65/24

**Snapchat [16]**
39/12 39/15
39/18 39/22
39/25 46/5
57/5 57/6 57/8
57/10 57/13
57/16 227/13
227/16 227/21
233/17

**so [285]**

**so-called [2]**
119/21 176/25

**soccer [2]**
37/4 44/20

**social [11]**
31/21 39/9
39/11 40/3
56/24 56/24
57/3 85/22
86/1 122/22
249/13

**socialize [2]**
12/1 12/2

**software [8]**
39/21 127/11
127/12 131/9
138/15 142/25
144/9 170/24

**solely [1]**
120/17

**some [69]**
25/19 34/16
47/7 66/21
70/3 70/7
70/15 71/6
73/10 74/24
81/2 106/4
108/19 115/11
115/22 116/10
116/11 116/11
116/19 116/20
116/21 117/3
117/17 121/14
122/11 122/14
126/5 128/22
130/4 133/20
136/13 141/4
148/18 149/7
161/8 169/25

170/23 172/6
175/15 179/10
175/15 179/10
190/2 190/20
192/12 195/16
196/11 196/12
205/9 206/7
207/21 211/7
212/3 212/11
217/3 218/6
218/7 218/15
218/15 219/5
219/10 220/7
220/8 220/19
232/18 233/7
233/7 235/18
238/14

**somebody [2]**
39/22 154/6

**somehow [1]**
16/7

**someone [10]**
12/24 26/17
63/13 63/24
63/25 90/17
119/22 120/4
151/3 151/20

**something [26]**
4/15 44/3
50/16 58/1
61/7 61/8 65/3
67/20 67/24
73/10 77/8
77/25 78/5
78/16 78/17
81/13 87/15
106/16 113/11
113/12 132/6
135/11 145/10
211/4 217/6
237/10

**sometimes [10]**
26/16 26/18
34/25 34/25
34/25 40/8
40/8 61/7
150/2 150/3

**somewhat [2]**
27/21 73/1

**somewhere [4]**
44/16 45/1
59/17 126/25

**son [19]**   10/15
10/21 11/9
11/14 11/14
11/22 12/10

12/12 12/22
15/1 15/13 15/18
15/22 21/16
22/7 25/3 25/6
26/21 32/4
209/4

**son's [2]**   25/4
27/1

**sons [1]**   11/23

**Sony [17]**
100/24 101/4
147/9 163/16
163/22 165/1
165/17 166/25
167/3 168/10
169/4 171/17
173/9 229/6
229/10 230/23
231/7

**soon [1]**
133/12

**sorry [32]**
11/3 17/14
51/5 62/20
68/13 68/22
93/11 98/8
137/8 155/2
157/6 166/18
169/7 173/20
191/7 199/10
199/10 199/23
202/15 206/2
208/25 210/1
225/16 225/18
226/5 228/25
233/24 236/9
237/9 241/24
242/7 248/19

**sort [21]**   5/5
6/15 8/6 26/9
47/3 47/7
49/17 65/4
109/7 126/5
134/8 154/16
167/22 182/11
195/4 233/6
233/12 235/3
242/2 245/16
251/2

**sorted [1]**   8/4

**sorting [1]**
137/15

**sound [5]**
22/24 116/1
187/16 193/12
251/18

# S

**sounds [2]**
193/13 250/14
**source [1]**
117/3
**sources [1]**
249/18
**space [17]**
80/9 80/22
82/2 148/22
148/23 148/23
149/3 149/4
149/11 149/12
149/16 149/16
149/17 149/22
149/24 150/9
151/18
**spaces [1]**
195/5
**speak [3]**
72/17 212/25
215/11
**speaking [13]**
8/23 23/20
35/23 47/5
69/2 72/7 84/9
114/14 116/19
176/12 188/13
188/17 193/15
**special [18]**
1/19 1/20 3/6
4/17 78/10
115/5 119/25
120/25 126/9
126/13 153/5
176/7 177/18
179/6 234/16
234/18 240/11
240/14
**Specialists [1]**
117/22
**specializes [1]**
117/19
**specific [17]**
30/7 57/12
71/17 116/23
117/23 118/20
121/3 121/6
125/6 128/1
128/5 131/5
148/24 156/18
164/2 164/21
184/9
**specifically**
**[31]** 11/25

14/1 14/5 15/2
16/13 18/24
24/12 46/14
46/23 48/17
58/10 59/15
65/21 70/6
109/22 122/19
130/14 131/10
131/17 133/13
137/11 137/12
138/21 145/12
153/20 164/13
170/21 198/8
216/19 219/9
221/18
**specify [1]**
73/17
**speculation [1]**
63/23
**spell [9]** 8/24
23/21 35/24
53/16 69/3
69/7 84/10
114/16 176/13
**spend [1]**
26/14
**spoke [1]**
180/10
**sport [1]**
10/12
**sports [14]**
10/10 10/19
11/12 14/5
37/1 37/3
37/14 54/22
63/6 63/8
63/10 65/7
66/4 66/10
**spot [1]**
214/13
**spreadsheet [1]**
33/11
**spring [5]**
14/10 21/21
22/4 62/23
179/2
**spy [3]** 242/3
242/9 247/17
**squad [1]**
177/19
**St [5]** 58/16
58/18 58/19
59/10 67/1
**stacked [1]**
105/9
**Stacy [4]** 2/5

7/11 8/18 9/1
stuff 2/16
7/4 8/8
**stages [1]**
216/22
**stairway [2]**
94/15 94/17
**stamp [3]**
135/1 135/8
173/5
**stamped [2]**
173/1 173/4
**stamps [1]**
135/1
**stand [9]** 6/6
7/19 7/20
63/17 75/16
84/6 119/15
217/21 248/17
**standard [5]**
71/13 139/7
162/23 166/4
218/24
**standing [2]**
67/4 172/10
**stands [4]**
83/14 113/6
175/18 252/8
**Stanmore [3]**
88/14 88/18
180/13
**starfish [1]**
50/13
**start [15]** 8/2
39/13 54/16
55/25 97/18
136/19 139/10
149/15 161/22
169/13 200/5
201/9 213/13
221/18 232/19
**started [14]**
12/21 13/4
19/14 34/6
38/23 54/17
56/3 56/4 70/9
139/11 145/11
216/20 217/5
235/4
**starting [3]**
10/15 164/13
251/9
**starts [2]**
16/16 82/10
**state [13]**
8/24 23/21

35/24 53/15
88/19 91/4
91/14 114/15
144/15 146/18
146/23 172/19
176/13
**statements [2]**
216/14 216/22
**states [7]** 1/1
1/3 172/12
172/21 173/12
253/5 253/11
**stay [8]** 12/24
13/8 13/9
26/11 68/1
76/9 80/6 80/9
**stayed [5]**
13/1 15/12
26/12 26/23
28/22
**staying [9]**
13/14 14/20
15/4 22/8
26/16 47/20
61/13 239/13
239/16
**stays [1]**
130/15
**stemming [1]**
109/19
**stenographically**
**y [1]** 253/8
**stenographical**
**y-reported [1]**
253/8
**stenotype [1]**
1/24
**step [3]**
108/24 176/2
249/1
**steps [3]** 4/17
100/20 101/5
**stick [1]**
147/23
**sticker [3]**
173/21 196/18
203/6
**stickers [2]**
135/2 196/21
**still [30]** 8/8
47/16 80/9
96/24 103/1
149/25 171/2
190/3 190/6
190/9 190/21
190/25 191/6

194/21 195/16
196/4 196/17
201/15 206/1
206/7 211/6
211/19 215/5
219/5 220/21
243/7 243/18
250/25 251/4
251/12
**stills [2]**
196/11 219/10
**stipulation**
**[10]** 86/22
87/4 87/7
87/12 87/13
87/16 87/19
87/21 87/22
87/24
**stop [9]** 23/15
35/18 53/11
68/22 68/22
84/1 210/7
213/15 251/4
**storage [9]**
72/25 73/2
73/9 76/18
79/16 80/9
80/22 82/3
100/19
**store [8]**
19/13 69/21
69/24 70/16
70/17 70/24
72/3 73/19
**stored [1]**
126/25
**stories [5]**
27/4 48/5
49/19 52/11
89/18
**story [4]** 48/8
51/8 52/19
89/16
**straight [1]**
39/24
**straightened**
**[1]** 10/25
**strange [1]**
50/9
**strategic [1]**
106/22
**strategy [1]**
215/18
**straying [1]**
66/7
**streak [2]**

**S**

**streak... [2]**
39/23 39/24

**streaks [3]**
39/17 39/25
57/8

**stretch [2]**
63/17 63/17

**strictly [1]**
26/20

**strike [1]**
242/24

**string [1]**
123/13

**struck [1]**
212/5

**structure [1]**
154/19

**student [7]**
38/12 38/19
40/19 43/7
45/25 86/7
86/14

**students [3]**
65/6 65/25
66/2

**Stuzin [16]**
2/9 35/15
35/16 36/1
36/7 36/9
36/17 41/24
43/8 44/14
45/21 45/25
52/2 230/5
230/21 250/5

**style [1]**
244/17

**subfolder [2]**
164/19 164/20

**subfolders [1]**
129/18

**subject [2]**
87/16 118/23

**subscriber [3]**
179/22 180/10
231/19

**subsequent [2]**
27/16 189/6

**substantive [3]**
213/4 213/21
214/6

**substitute [1]**
120/16

**subtitles [2]**
150/22 151/8

**subway [1]**
106/8 111/17

**such [13]**    71/6
73/5 74/24
111/6 117/3
117/17 126/20
131/2 137/18
150/12 151/10
210/24 249/18

**sue [2]**    48/21
49/7

**sufficiency [1]**
217/18

**sufficient [2]**
213/13 228/15

**sufficiently
[1]**    64/9

**suggest [2]**
238/14 250/24

**suing [1]**
48/24

**suit [2]**    37/24
170/9

**sum [2]**    33/13
109/14

**summer [4]**
34/18 34/23
166/11 179/2

**summertime [1]**
138/7

**super [1]**
233/18

**supervisor [1]**
85/8

**supply [1]**
173/25

**support [3]**
52/7 212/8
217/12

**supporting [1]**
3/12

**supposed [1]**
60/17

**sure [57]**    3/14
6/19 7/5 12/9
21/25 22/23
46/11 47/20
47/24 48/23
49/9 50/18
59/9 68/10
72/9 81/13
85/2 85/8
88/13 89/16
90/11 90/24
91/24 94/2
100/19 101/16

**such [13]**    106/8 111/17
111/17 111/25
114/17 115/11
116/22 117/16
125/5 125/5
126/19 127/11
128/20 130/23
132/5 133/12
137/10 137/25
148/2 154/18
164/11 166/9
187/11 193/2
203/3 215/8
215/10 222/6
228/25 236/2
240/14

**surely [1]**
235/17

**surprising [1]**
22/15

**surrounding [1]**
123/23

**suspended [3]**
46/9 183/7
183/18

**suspension [1]**
184/4

**sustained [2]**
66/5 188/1

**Swabs [1]**
104/13

**SWAT [2]**
107/11 107/13

**sweep [1]**    91/1

**switch [2]**
126/24 227/7

**switcharoosy
[1]**    33/5

**sworn [11]**
8/21 23/18
35/21 53/14
68/25 84/8
114/13 121/8
124/2 176/10
178/18

**sync [10]**
74/10 74/10
74/13 74/17
74/18 74/22
74/23 80/3
80/7 164/4

**syncing [2]**
74/12 74/19

**system [19]**
8/7 71/20
71/21 72/25

73/2 125/5
126/17 134/25
135/17 147/17
148/24 149/15
152/22 155/13
163/25 164/2
164/15 164/15
164/17

**systems [3]**
8/10 70/11
118/16

**T**

**T-shirt [1]**
202/10

**T-Y-L-E-R [1]**
53/17

**tab [23]**    189/2
189/4 189/5
189/10 189/11
193/23 193/24
193/25 193/25
194/4 194/5
194/6 194/19
194/20 194/21
205/16 205/16
205/18 205/21
209/24 210/2
210/3 218/14

**tab 1 [2]**
189/10 189/11

**tab 2 [4]**
193/25 193/25
194/6 194/21

**Tab 3 [2]**
205/16 205/16

**Tab 4 [3]**
209/24 210/3
218/14

**table [3]**    3/15
4/7 248/18

**tact [1]**    211/7

**tactics [1]**
215/18

**tag [3]**    88/16
102/10 102/14

**take [51]**    8/22
12/4 14/23
16/18 20/25
23/19 28/8
28/13 30/10
35/22 44/22
50/24 63/17
64/6 69/1
79/21 81/14
83/8 87/16

91/19 93/2
93/11 93/25 96/11
101/2 108/24
112/15 113/2
116/14 121/15
121/20 134/10
134/24 135/11
145/16 147/6
148/8 149/8
170/4 174/20
175/8 175/11
175/15 176/11
210/8 210/19
212/11 213/25
217/22 219/5
244/10 249/24

**taken [31]**
19/20 41/16
42/10 44/5
82/11 83/16
91/13 91/16
104/11 104/13
113/8 118/5
131/5 131/12
151/2 175/20
190/8 190/9
190/16 190/21
191/1 196/20
202/14 219/16
225/4 226/9
228/2 229/22
238/10 239/9
243/18

**takes [3]**
75/12 90/15
122/11

**taking [7]**
4/17 70/18
70/18 130/25
165/20 201/15
217/21

**talk [3]**    64/22
211/16 212/18

**talked [8]**
39/23 105/4
105/13 108/18
134/14 179/17
180/16 229/15

**talking [16]**
34/19 45/14
48/20 52/6
131/25 137/18
138/15 138/19
150/8 151/8
185/5 200/15
205/9 209/18

Case 1:23-cr-00278-JKB Document 226 Filed 03/19/25 Page 305 of 315

**T**

**talking... [2]**
226/7 235/3

**tape [6]** 91/12
135/2 210/7
212/6 213/10
218/2

**task [2]** 121/8
178/13

**tasks [1]** 90/4

**taught [3]**
11/22 55/16
55/17

**teacher [10]**
11/19 11/20
37/19 38/7
48/1 55/15
55/19 85/23
109/10 109/19

**team [6]** 3/12
70/18 107/11
107/13 121/7
185/17

**technical [2]**
118/20 199/24

**technically [2]**
74/19 74/21

**technological
[1]** 237/10

**Technology [1]**
116/15

**telephone [1]**
80/18

**tell [25]** 9/18
10/6 47/8
50/12 51/8
54/5 61/17
61/20 70/1
76/2 84/25
93/3 96/12
97/18 101/3
151/19 166/4
179/10 185/23
187/8 192/25
197/10 248/14
250/17 250/18

**telling [4]**
51/18 51/20
52/10 170/5

**temporarily [2]**
73/4 77/10

**temporary [5]**
72/25 73/9
74/21 77/24
79/2

**Ten [1]** 83/8
65/7 123/10

**tends [4]**
130/4 147/18
153/17 154/10

**tenth [1]**
38/20

**terabyte [2]**
148/25 149/1

**term [7]** 70/21
122/25 123/6
145/12 145/13
148/22 149/23

**termination [1]**
52/8

**terminology [2]**
50/9 149/10

**terms [20]**
13/14 13/17
70/22 71/23
113/12 123/2
126/5 130/2
132/21 138/9
147/25 159/15
163/24 170/11
172/9 182/13
186/6 213/9
232/18 249/19

**terrific [1]**
8/8

**test [1]**
116/16

**testified [27]**
11/1 66/16
119/2 119/6
119/7 122/11
167/25 185/6
185/20 186/10
186/15 188/3
188/11 191/13
197/23 198/5
202/12 207/7
209/2 216/11
220/6 223/3
223/23 225/3
227/15 230/5
234/19

**testify [3]**
63/24 119/18
235/1

**testifying [7]**
51/14 120/8
188/6 203/12
208/21 226/25
233/14

**testimony [20]**
67/3 82/7 87/9
113/18 114/5
119/20 120/3
120/6 120/10
120/11 120/14
176/22 183/6
183/10 216/19
216/23 242/24
251/4

**testing [2]**
132/2 169/25

**text [23]**
14/19 15/11
15/12 16/15
16/22 16/24
21/6 45/11
45/13 46/18
47/3 47/5
47/12 47/14
48/1 49/2
50/4 52/2
52/17 61/18
61/20 65/10
165/5

**texted [1]**
51/7

**texting [9]**
13/19 13/19
13/20 48/18
49/5 49/19
49/22 49/24
50/14

**texts [2]** 48/9
52/13

**Thailand [1]**
174/3

**than [22]** 3/5
39/2 40/3
56/21 57/20
59/5 79/13
80/23 89/19
101/8 102/25
122/20 128/10
133/19 143/6
147/13 148/12
149/10 198/10
211/11 221/8
250/21

**thank [114]**
4/2 6/4 7/16
7/20 8/1 8/22
9/3 9/5 10/3
11/6 11/7 18/1
20/19 23/1

23/4 23/6
31/11 35/6
35/13 35/22
36/2 36/4
41/21 51/23
53/19 53/21
62/7 66/14
67/12 68/16
69/1 69/10
81/8 84/14
88/1 96/3
104/20 111/19
111/22 111/25
112/2 114/7
114/14 114/20
120/20 121/8
137/7 137/8
140/18 143/10
161/6 166/21
174/7 174/21
176/11 176/17
177/7 177/10
178/11 181/1
183/20 186/13
189/22 191/11
194/7 194/14
194/24 195/9
195/12 197/21
198/3 198/13
199/9 201/9
202/16 203/10
205/4 205/24
206/2 206/2
210/5 212/22
214/21 216/3
218/1 218/18
219/23 219/23
221/13 222/8
223/6 224/16
225/17 226/5
226/24 228/15
228/21 229/4
230/22 231/1
231/9 231/24
232/7 232/17
233/5 233/5
233/19 234/17
248/3 248/15
249/2 252/4

**thanking [1]**
15/4

**thanks [1]**
17/14

**Thanksgiving
[1]** 45/18

**that [1149]**

**that'll [1]**
6/25

**that's [148]**
3/9 4/3 5/6
5/15 6/19 13/3
14/19 19/6
19/10 19/12
19/13 19/18
20/4 24/10
29/25 30/7
30/17 30/24
30/24 32/17
32/18 35/6
43/20 44/12
50/9 68/23
72/11 77/5
78/23 79/3
79/8 79/19
82/13 87/11
87/15 87/23
89/24 90/16
91/24 92/6
92/20 93/5
95/8 95/10
95/15 97/12
97/14 97/21
98/2 98/6
98/12 98/22
102/9 102/16
102/19 102/21
103/5 103/12
103/14 103/16
103/18 105/10
105/12 105/18
105/21 105/24
106/25 107/15
107/24 107/25
113/17 113/20
122/6 125/11
130/23 130/23
130/25 131/25
137/8 138/20
139/10 140/9
145/4 150/17
154/6 154/25
156/3 156/6
157/14 158/14
163/14 163/18
165/17 165/19
167/23 168/16
169/15 172/24
173/16 180/17
181/22 181/22
182/8 182/21
186/3 186/9

**305**

T

**that's... [42]**
186/11 192/18
193/22 195/24
197/2 197/13
197/14 200/18
209/24 211/9
211/13 212/15
212/25 213/14
213/21 214/9
214/19 221/9
222/8 222/15
222/20 225/16
225/17 227/17
227/20 227/22
227/24 228/11
228/12 228/15
229/2 229/21
235/16 235/24
242/18 242/21
243/20 244/6
244/8 244/11
248/25 251/8

**their [48]**
3/12 3/12 3/13
9/18 9/25
12/10 13/1
31/25 32/4
52/24 64/11
66/1 71/3
71/24 71/24
72/3 72/4 72/4
72/11 75/9
75/10 75/12
75/14 75/14
78/20 84/3
107/22 114/6
126/21 126/24
127/13 127/14
128/7 130/16
130/17 131/15
133/13 133/25
153/4 154/6
172/10 172/11
176/6 212/2
218/4 218/5
243/11 246/18

**theirs [1]**
135/1

**them [71]**
31/19 31/23
33/6 34/5
39/23 39/23
51/18 51/20
58/9 66/21

66/22 68/10
72/12 73/7
73/8 73/9 79/5
83/19 90/4
90/10 91/12
97/14 100/14
101/12 106/23
107/19 109/17
109/18 113/24
117/25 118/6
122/18 122/20
128/21 128/23
129/1 129/2
129/4 134/6
135/16 147/6
147/16 175/8
178/19 178/22
184/8 184/10
189/1 192/12
193/1 194/10
211/3 212/3
212/4 213/12
213/13 215/24
218/6 218/8
220/5 220/6
220/8 223/6
223/18 224/12
238/20 246/5
249/4 249/5

**theme [1]**   64/8
**themselves [4]**
136/4 143/11
172/17 195/17

**then [132]**   4/7
4/13 4/13 6/23
10/1 13/19
15/7 18/5 26/8
26/9 27/16
27/21 28/18
33/9 38/11
39/22 44/18
44/21 45/4
46/9 50/5
50/25 55/5
55/7 55/9 56/1
56/3 56/4 56/5
60/14 60/15
60/16 61/7
63/19 65/23
66/2 70/12
74/15 75/22
75/23 76/13
76/14 77/9
78/2 79/22
81/14 81/18

85/5 85/17
88/17 88/18
90/7 91/13
91/14 91/16
91/17 92/6
94/25 95/2
95/7 95/13
96/7 98/1
104/15 112/12
116/5 117/8
117/17 117/21
118/3 121/16
121/19 122/4
127/25 129/3
132/18 133/6
135/11 135/13
138/3 143/15
143/16 149/14
160/19 164/19
164/20 169/19
169/24 170/18
170/25 171/13
171/19 178/17
180/11 182/24
183/11 191/1
196/19 197/12
197/18 202/24
203/4 203/5
207/3 213/13
213/14 213/25
219/16 219/20
226/8 232/25
235/11 235/14
236/17 237/24
238/3 238/7
238/10 238/18
239/4 239/8
240/23 241/5
241/22 242/11
244/19 245/19
246/13 247/3
247/15 250/6
250/8

**then-current**
**[1]**   88/19
**theory [3]**
120/3 212/8
217/11

**there [167]**
4/10 5/19 5/24
7/20 10/19
10/20 10/23
11/12 11/13
12/16 17/1
17/6 23/15
26/12 26/19

26/21 28/22
39/18 40/8
40/9 40/10
40/19 44/20
45/7 45/16
46/17 47/9
50/24 52/9
53/11 54/22
56/7 56/11
56/12 56/14
56/18 56/21
57/12 57/13
57/19 57/24
57/25 59/1
59/5 59/8
59/10 60/5
61/18 62/22
64/13 65/6
65/14 66/2
68/5 68/22
68/22 75/23
76/9 78/21
79/1 80/6 80/9
81/24 82/6
84/1 90/3 94/2
97/15 98/3
99/4 101/9
103/1 105/19
105/20 107/8
108/5 108/12
108/18 109/4
109/9 109/17
109/23 113/17
122/8 122/10
123/22 127/5
128/1 129/1
129/9 129/18
129/20 130/15
130/25 133/14
133/24 136/19
137/4 137/10
138/2 140/12
145/14 146/22
149/6 149/7
149/25 153/20
154/21 154/23
164/16 164/20
164/22 164/24
166/21 166/24
167/2 170/8
170/12 171/21
173/7 173/19
173/24 187/14
187/15 188/13
188/16 188/19
189/6 191/19

193/10 193/15
197/10 198/12
200/10 200/15
200/16 201/7
205/5 205/9
205/11 209/6
209/18 214/4
216/13 216/16
217/1 220/19
221/2 221/19
221/21 221/22
221/24 221/25
222/21 223/11
223/15 223/16
223/18 223/20
225/4 227/3
227/18 229/9
230/22 241/10
243/6 245/25

**there's [27]**
3/17 4/13 4/14
18/17 47/9
76/4 93/19
100/24 105/22
106/5 107/23
113/14 121/10
127/24 136/13
168/7 170/23
176/23 196/3
200/17 201/6
203/6 210/25
212/11 216/16
228/4 246/10

**therefore [2]**
106/24 136/2

**these [76]**
4/15 8/6 16/22
33/13 34/16
40/10 40/16
40/24 41/3
46/17 48/12
59/21 66/19
68/9 71/13
71/14 86/15
101/19 106/19
111/10 117/5
125/17 125/21
125/21 125/22
126/3 126/11
132/14 136/7
143/6 147/11
148/14 155/25
158/9 159/3
161/18 161/20
170/16 191/20
191/25 192/1

306

Case 1:23-cr-00278-JKB Document 226 Filed 03/19/25 Page 307 of 315

**these...** [35]
192/3 192/11
192/25 193/4
193/18 195/5
195/17 196/11
198/15 198/20
199/4 200/1
200/17 201/16
203/1 217/23
219/24 220/3
220/7 222/9
225/8 227/7
227/9 227/11
231/2 231/7
232/8 232/14
232/16 243/21
246/2 246/9
246/16 246/24
249/7

**they** [95]  4/10
4/11 4/12 4/14
5/14 5/24 8/4
10/12 10/13 25/2
34/23 34/24
35/2 35/3
46/23 61/1
61/8 63/14
64/16 65/7
66/3 66/6
70/23 71/15
71/18 72/5
79/12 79/15
80/20 81/21
82/6 87/19
87/19 90/6
99/4 100/14
106/15 107/19
107/20 107/20
108/21 110/11
117/22 122/5
122/14 122/15
122/21 122/23
126/20 126/20
126/23 127/13
127/13 127/23
128/6 132/25
133/9 133/10
133/11 134/2
135/1 135/11
147/21 147/21
156/16 158/11
159/5 160/1
160/15 160/16

168/12 169/1
169/7 170/25
171/9 171/12
171/18 172/8
172/19 172/20
172/21 180/25
189/7 193/1
197/7 198/16
211/5 213/12
220/20 224/7
224/21 224/23
231/4 248/1
**they're** [21]
5/21 51/11
64/10 64/17
79/5 91/16
91/17 113/16
127/5 128/16
131/14 135/7
137/15 177/3
187/10 189/7
192/24 195/7
227/16 234/4
248/14
**thing** [8]  5/5
6/9 44/2 65/4
74/18 139/2
165/24 245/25
**things** [16]
5/7 8/4 12/3
52/10 73/4
74/13 79/18
117/7 131/18
147/22 147/24
153/19 164/21
170/22 234/19
251/22
**think** [63]  4/6
6/3 8/14 21/10
21/16 26/25
27/1 38/8
39/21 43/19
43/22 44/4
44/21 44/23
45/1 49/4
57/12 58/7
58/25 59/5
59/5 60/14
61/3 61/7
63/24 64/2
64/15 66/6
66/22 68/10
78/16 79/10
81/15 81/19
81/19 82/1
100/24 105/4

106/4 108/12
107/16 108/12
109/23 112/10
113/15 122/2
135/4 148/7
172/7 176/24
191/6 197/23
221/9 221/10
235/18 237/9
240/24 241/19
244/25 247/16
250/15 250/16
251/18
**third** [18]
4/25 18/5
18/12 18/20
27/23 27/23
133/24 139/18
144/15 146/6
157/17 170/18
192/9 192/21
193/6 193/7
195/23 233/9
**third-floor** [1]
18/5
**third-party** [1]
133/24
**Thirteen** [1]
63/5
**this** [495]
Thomas [3]
1/25 253/4
253/16
**thorough** [2]
91/14 91/19
**those** [76]  3/7
7/5 11/3 14/7
21/10 21/25
24/10 31/6
34/4 46/14
47/21 52/11
56/3 58/1
59/12 60/7
60/9 60/11
60/22 65/13
70/21 71/6
79/5 81/21
86/24 90/4
91/17 97/12
99/7 99/8
109/1 109/3
109/14 110/25
117/20 119/24
125/4 133/4
134/5 135/25
136/2 136/3

136/9 137/24
165/3 168/8
171/18 172/9
172/12 180/1
192/6 195/4
195/6 216/15
220/8 224/18
226/19 231/9
234/2 234/4
234/6 236/21
238/3 242/15
243/10 245/13
246/8 247/20
247/25 248/7
248/10 248/11
248/11 248/13
**though** [1]
57/2
**thought** [4]
4/5 80/19
169/12 173/5
**thousand** [1]
118/22
**thread** [1]
47/4
**threats** [2]
91/3 115/15
**three** [39]  5/1
9/20 25/1 27/4
27/24 82/4
89/16 89/18
109/14 122/4
134/10 134/16
136/20 137/4
157/1 163/7
168/8 170/16
171/2 171/3
171/4 171/5
171/8 171/13
171/18 180/23
191/19 191/21
191/25 192/25
193/18 194/2
194/3 195/17
200/7 200/9
204/5 224/4
245/13
**three-story** [1]
89/16
**through** [37]
25/18 54/18
55/9 70/3 70/7
70/7 70/10
72/18 76/18
76/18 78/1

78/1 78/3
80/11 80/23
81/12 81/14
85/4 90/22
99/10 111/12
116/22 118/21
128/20 133/18
151/23 172/15
179/15 179/15
184/19 214/12
220/18 220/21
223/6 224/22
226/11 227/7
238/7 238/20
**throughout** [8]
21/3 46/17
48/14 91/2
108/3 176/22
178/17 215/9
**throw** [1]
60/15
**ticking** [1]
82/10
**tidy** [1]  106/9
**tied** [1]  50/13
**til** [1]  5/15
**tile** [2]  30/7
30/24
**tiles** [2]  31/6
31/6
**tiling** [1]
19/23
**time** [124]  7/1
8/2 8/3 12/16
13/21 21/4
21/13 24/13
25/2 26/17
26/22 26/22
31/5 39/4
41/6 41/7
43/16 45/14
49/22 55/10
55/20 57/10
57/11 57/12
59/20 61/21
62/25 77/2
77/24 80/11
80/12 81/3
82/1 82/22
86/21 87/7
87/23 89/5
107/9 111/13
112/14 119/11
122/11 123/22
128/2 131/4
137/21 138/1
138/4 138/6

**T**

**time... [74]**
138/7 138/8
139/7 139/10
139/23 140/25
141/1 141/11
141/13 142/5
142/21 144/6
144/16 145/2
145/3 149/7
152/6 155/10
155/14 157/10
158/1 159/1
159/19 160/10
160/20 161/22
162/10 162/11
162/21 162/23
163/9 165/22
165/25 166/1
166/4 166/4
166/5 166/6
166/9 166/10
167/17 169/9
169/17 169/19
170/7 170/9
175/16 178/2
188/20 189/15
193/3 194/7
194/10 194/12
198/18 199/19
199/22 199/25
201/3 201/5
213/13 218/21
218/24 219/3
220/11 233/13
239/1 239/16
241/6 242/18
246/19 249/6
249/22 251/5

**times [20]**   8/6
13/18 25/16
26/12 26/14
26/19 26/21
26/23 39/2
45/7 57/13
58/6 60/9
66/22 68/4
116/2 117/9
118/17 120/18
165/20

**Timonium [1]**
43/15

**title [5]**
69/20 104/24
134/18 134/19

134/22

**today [18]**
8/13 37/20
51/20 52/20
52/22 81/14
105/14 107/14
116/14 134/10
180/16 192/16
204/2

**today's [1]**
3/4

**together [7]**
12/10 37/14
40/5 56/20
148/9 150/2
240/13

**told [3]**   52/19
52/23 120/18

**tomorrow [9]**
132/14 132/15
249/21 250/4
250/11 251/2
251/15 251/24
252/7

**Tomorrow's [2]**
132/19 251/11

**ton [1]**   49/8

**tonight [2]**
221/4 221/8

**too [4]**   7/2
67/1 108/12
134/3

**took [12]**   20/8
22/5 42/1
60/12 75/16
77/1 128/10
132/10 202/24
202/24 203/4
207/4

**tool [8]**   117/4
127/11 127/12
143/18 143/20
146/25 148/16
148/19

**toolbox [1]**
118/5

**tools [18]**
90/4 116/6
116/8 116/19
116/20 116/23
117/1 117/3
117/3 117/5
117/24 118/2
118/4 143/13
148/12 149/25
150/9 151/22

**top [21]**   18/9
18/18 18/20
30/8 79/15
150/22 156/3
158/14 159/7
160/3 186/14
197/13 210/18
222/11 223/25
233/9 244/17
245/10 245/21

**topic [1]**
46/12

**total [1]**
109/15

**totality [1]**
187/6

**tote [6]**   96/22
96/23 97/3
97/10 97/14
106/5

**touch [7]**
44/13 61/15
83/1 112/18
174/25 183/18
249/11

**touche [1]**
210/11

**touched [2]**
134/8 154/4

**touches [2]**
204/10 209/17

**touching [1]**
179/19

**toward [1]**
117/23

**towards [2]**
17/1 216/22

**towed [1]**
102/24

**towel [1]**
19/12

**town [4]**   24/19
28/8 39/7
43/14

**townhome [1]**
89/16

**Towson [10]**
10/2 24/20
69/15 69/24
85/3 199/3
204/19 208/1
225/10 236/15

**track [3]**
125/12 213/16
213/20

**tracks [1]**
213/16

**trail [1]**
233/17

**training [12]**
70/3 70/6 70/7
70/11 70/13
71/17 116/11
116/23 117/23
118/1 120/1
246/17

**transcript [23]**
1/11 188/16
188/21 193/18
193/22 194/5
200/17 201/6
205/12 205/16
209/21 213/3
213/4 213/9
213/11 213/15
214/13 214/15
214/22 235/11
249/4 253/8
253/9

**transcription**
**[1]**   1/24

**transcripts [3]**
194/3 213/14
214/2

**transfer [1]**
74/4

**transition [1]**
4/8

**translation [1]**
113/11

**transported [1]**
103/2

**travel [1]**
35/1

**traveling [3]**
12/22 17/3
209/2

**trial [13]**
1/11 83/4
87/23 112/21
119/22 175/3
210/14 215/9
221/10 243/1
249/12 249/14
249/17

**tried [1]**
170/1

**trigger [1]**
170/19

**triggered [1]**
184/4

**trim [12]**
169/19 170/19
170/21 170/25
192/12 192/15
192/21 195/7
200/19 204/1
204/4 208/5

**trimmed [14]**
170/24 192/20
194/8 194/17
195/5 195/8
195/10 200/23
201/1 201/2
205/24 211/6
229/14 234/3

**trimmed-down**
**[1]**   200/23

**trip [7]**   12/23
28/8 28/14
28/20 28/23
28/24 29/3

**tripod [1]**
247/10

**trips [1]**   22/5

**trouble [2]**
70/19 212/24

**true [6]**   87/15
87/17 87/17
150/12 247/13
253/7

**truly [1]**
150/6

**trunk [3]**
102/21 104/10
105/6

**trust [2]**
13/13 13/16

**try [9]**   64/17
70/25 91/2
131/15 150/9
151/20 173/14
221/4 233/25

**trying [5]**
4/16 150/1
211/8 217/21
236/10

**tub [1]**   203/6

**Tuesday [2]**
251/11 251/15

**turn [10]**   6/23
23/15 35/19
53/11 68/23
141/10 143/7
145/18 165/10
222/18

**turned [11]**

308

**turned...** [11]
8/5 88/5 92/24
93/8 96/9
96/19 97/25
98/5 101/7
104/23 151/20
**TV** [1] 6/23
**Twenty** [1]
54/2
**Twenty-four** [1]
54/2
**two** [56] 8/13
24/6 26/5
26/21 27/23
51/19 58/7
59/24 66/22
80/7 86/24
87/14 97/10
121/13 121/16
122/4 127/24
128/11 128/14
128/16 128/18
132/14 140/12
145/1 147/3
147/11 154/23
157/6 158/13
159/3 169/10
169/20 170/6
170/6 170/12
170/22 170/25
173/5 193/2
193/4 195/5
198/12 198/15
198/20 200/5
200/17 201/16
211/19 213/12
218/8 231/15
232/8 240/14
244/19 246/2
246/10
**Tyler** [5] 2/11
43/19 53/7
53/9 53/17
**type** [19] 30/7
39/11 40/2
54/5 57/3
72/14 89/15
121/15 129/10
131/2 131/9
131/17 131/20
133/20 141/2
142/23 170/23
172/13 197/7
**types** [8]

57/19 57/20
153/15 164/25
177/20 233/7
**typical** [1]
177/1
**typically** [21]
34/17 44/3
56/12 56/14
57/10 59/17
61/4 61/5
72/20 73/23
76/12 77/7
78/3 79/13
79/14 80/6
80/24 81/24
115/24 131/13
147/21

**U**

**U.S** [1] 173/22
**U.S.C** [1]
253/7
**Uh** [5] 70/9
77/21 78/15
82/8 109/11
**Uh-huh** [5]
70/9 77/21
78/15 82/8
109/11
**ultimately** [8]
79/10 124/23
125/15 126/11
129/3 170/3
171/13 183/20
**unallocated** [4]
149/3 149/4
149/16 149/17
**unaware** [1]
235/7
**uncommon** [3]
121/15 122/3
128/21
**under** [21]
18/12 21/4
74/16 117/8
154/20 154/20
154/21 154/22
164/18 164/18
164/18 164/20
164/22 166/13
167/6 177/1
177/16 209/24
217/19 226/15
232/8
**underbar** [1]

145/11
71/17 71/17
**underneath** [5]
96/22 100/20
101/5 106/5
132/9
**understand** [12]
3/23 5/23
15/12 26/17
70/13 81/13
130/6 145/13
173/4 216/7
236/2 246/17
**understanding**
[10] 3/3 3/11
3/21 3/25 4/3
120/5 127/24
213/15 217/24
243/20
**understood** [3]
186/21 215/20
215/20
**undetectably**
[1] 6/15
**unencrypted** [1]
128/3
**unfortunately**
[2] 8/2
215/12
**unique** [11]
72/22 123/4
123/14 123/15
125/11 138/21
139/16 140/2
145/12 154/24
155/4
**Unit** [2] 85/13
85/14
**UNITED** [6] 1/1
1/3 172/21
173/12 253/5
253/11
**Universal** [1]
138/7
**universe** [1]
132/24
**university** [6]
10/18 10/22
21/17 34/18
36/14 36/15
**unless** [1]
135/9
**until** [13]
25/7 55/4 57/1
78/3 79/2

130/15 145/14
145/19 145/21
175/7 184/10
213/20 252/6
**unusual** [4]
22/12 130/6
169/12 169/22
**up** [128] 6/12
7/18 8/10
14/15 19/1
23/14 32/10
32/24 35/17
35/18 44/18
44/20 48/4
49/10 49/19
50/12 50/13
50/25 51/7
51/11 52/19
53/10 53/10
59/16 59/17
61/10 63/17
68/9 68/21
73/10 73/13
73/16 73/16
73/20 73/24
74/12 74/14
74/15 74/20
74/22 74/23
75/1 75/2
77/18 78/1
78/3 78/4
78/17 79/14
80/3 80/6 80/7
80/12 80/12
80/24 83/5
84/1 86/6
87/18 96/20
102/13 103/25
112/23 116/13
117/15 127/7
127/14 130/17
133/3 137/8
143/25 144/1
144/16 144/17
145/22 145/25
146/7 146/15
146/24 146/25
149/1 149/8
154/12 154/23
155/7 155/10
155/14 155/22
161/11 163/19
164/25 165/19
167/8 168/14
172/16 175/5
176/2 186/12

187/25 190/5
192/8 192/9
194/11 195/19
197/21 198/3
198/14 201/12
202/11 202/18
203/10 206/25
207/6 210/16
218/20 223/2
225/2 227/6
227/25 229/18
230/11 230/25
231/16 233/23
236/21 240/3
241/5 246/6
247/10 251/3
**update** [2]
80/21 133/9
**updates** [1]
133/4
**updating** [1]
80/17
**upgrade** [2]
133/11 164/14
**uploaded** [1]
133/6
**upon** [14] 6/12
90/25 91/13
91/21 112/18
119/1 121/13
129/18 129/21
130/13 143/20
170/13 184/18
210/11
**upper** [7] 10/3
26/22 94/15
94/24 154/18
165/23 237/23
**upping** [1]
183/3
**us** [54] 5/15
6/12 9/18 10/7
25/16 26/8
43/24 44/5
54/5 56/8 56/9
57/1 59/11
59/17 60/17
61/8 61/17
70/1 70/7
70/21 84/25
85/4 87/22
90/22 93/3
93/25 94/3
96/1 96/12
97/19 112/14
115/24 116/22
117/7 117/12

**U**

us... **[19]**
121/14 121/16
128/25 130/5
134/10 134/17
148/16 166/4
180/6 187/8
196/23 197/10
202/2 207/1
211/2 219/6
226/2 249/6
251/7

USB **[1]**   143/14

use **[25]**   43/4
67/17 74/2
79/21 116/5
116/9 116/12
116/19 116/24
117/24 118/2
118/6 121/4
123/10 127/11
134/6 148/12
148/18 149/23
149/25 152/22
222/1 227/20
246/8 246/11

used **[23]**
29/14 115/15
117/1 117/13
125/7 131/20
134/2 138/12
139/13 139/25
141/2 149/6
149/13 149/14
155/13 158/4
159/21 162/1
162/25 192/3
203/21 207/18
232/13

user **[17]**
72/21 72/22
78/17 78/20
117/8 130/17
131/23 133/8
133/20 147/15
147/19 147/20
149/18 154/21
164/19 165/16
171/10

user's **[3]**
78/24 154/20
164/18

users **[2]**
126/20 133/4

uses **[1]**   29/19

using **[13]**
116/16 133/20
134/10 134/17
139/7 140/19
145/5 151/6
155/4 172/10
181/22

usually **[2]**
90/12 133/2

UTC **[12]**
137/22 137/24
137/25 165/21
166/1 166/4
166/14 169/10
169/17 170/7
242/18 242/20

utilized **[1]**
232/19

**V**

vacation **[1]**
17/9

Vaguely **[1]**
50/8

Vaio **[8]**
100/24 101/4
164/1 164/2
165/17 169/4
229/6 231/7

Valley **[1]**
69/15

value **[4]**
101/12 121/18
123/6 139/16

varied **[1]**
40/8

variety **[4]**
47/4 106/22
216/13 243/7

various **[7]**
90/2 116/6
117/2 117/9
117/24 118/2
148/6

vast **[3]**   5/4
5/7 5/18

vehicle **[23]**
89/1 102/3
102/13 102/16
102/19 102/21
102/23 102/23
103/1 103/5
103/18 104/12
104/14 105/7
187/12 190/19

191/3 193/3
191/11 193/15
196/21 197/14
236/8

vehicles **[1]**
101/24

Venmo **[6]**   29/8
29/14 32/14
33/12 34/7
34/11

Venmo'd **[1]**
29/11

verify **[2]**
116/4 171/20

verifying **[1]**
121/17

version **[24]**
81/17 116/25
133/9 133/14
133/17 144/9
157/4 157/13
158/17 159/11
159/24 160/13
160/18 160/19
168/8 168/22
169/10 169/13
170/17 170/17
194/8 194/17
205/25 210/5

versions **[11]**
73/20 128/14
128/17 128/18
145/1 168/3
168/4 171/3
201/4 234/3
234/5

versus **[2]**
73/8 138/8

very **[21]**   6/10
6/14 6/24
13/16 65/21
65/24 71/25
74/12 123/13
129/25 133/11
134/1 137/3
137/17 212/3
212/9 212/16
212/20 213/24
215/5 220/20

via **[3]**   33/12
48/14 172/14

victim **[14]**
5/1 46/24 64/7
66/8 135/20
152/4 153/8
161/15 179/13

217/4 220/9
225/25 230/23
230/23

victims **[1]**
124/5

VICTORIA **[1]**
1/20

video **[159]**
5/1 5/13 41/22
42/6 42/8
42/10 42/12
42/16 42/18
130/24 131/1
131/5 131/11
132/5 134/13
134/16 136/12
138/9 138/10
139/10 141/11
142/21 158/7
167/13 167/16
167/25 168/1
168/4 168/20
171/8 171/20
183/24 186/18
186/18 187/1
187/7 187/9
187/14 188/10
188/14 189/17
189/18 189/24
190/3 190/9
190/16 190/25
191/15 191/18
191/21 191/25
192/5 192/8
192/9 192/9
192/18 193/7
193/10 193/16
193/19 194/3
194/15 195/2
195/14 195/23
198/1 198/10
198/15 198/20
199/19 199/21
199/25 200/5
200/6 200/7
200/8 200/9
200/10 200/11
200/17 201/1
201/2 201/11
201/13 202/3
202/15 203/13
203/15 203/21
203/23 204/7
204/8 205/5
205/12 206/4
206/17 206/22

207/3 207/11
207/15 207/19
207/24 208/2
208/3 209/6
209/14 209/15
209/16 209/19
210/6 211/6
211/21 213/5
216/20 216/23
217/15 218/19
218/25 219/2
219/7 219/10
219/15 219/19
219/22 219/25
220/3 220/20
224/4 224/18
228/2 228/8
228/9 228/14
228/17 228/21
229/3 229/21
229/22 230/8
230/10 234/21
234/23 235/10
235/11 236/4
236/4 236/6
236/8 236/11
238/10 239/9
243/18 245/7
246/18 246/21
247/1 247/9

videos **[28]**
75/10 77/14
79/4 129/12
134/3 150/12
167/5 168/8
171/7 175/15
191/19 192/6
192/11 192/25
193/2 193/4
194/2 195/5
195/17 195/17
197/20 198/12
200/1 200/22
221/22 224/14
234/3 246/9

videotaped **[1]**
235/21

view **[17]**   3/16
4/11 5/22 17/7
136/7 153/21
156/18 157/12
159/3 159/23
160/12 168/8
187/4 188/6
188/9 197/22

**V**

view... [1]
199/4
viewed [6]
151/23 158/9
190/12 212/12
224/18 228/2
viewing [3]
129/10 129/18
129/21
Violate [1]
85/14
Virginia [7]
17/2 17/3 17/5
17/7 17/10
17/22 19/14
virtue [1]
212/12
visible [1]
92/15
visibly [2]
159/5 212/3
visited [2]
242/3 242/12
visiting [1]
243/6
vocabulary [1]
72/8
voice [4]
42/19 42/20
42/22 193/12
volleyball [7]
10/13 14/6
14/7 14/8
17/17 54/23
63/9
vote [1]   28/5
vs [1]   1/5
vulnerable [1]
133/13

**W**

W-A-L-K-E-R [1]
176/16
W-I-T-H-E-R-S-P
-O-O-N [1]
53/18
waist [2]
187/12 193/9
wait [2]   7/19
122/20
waited [1]
45/1
waiting [1]
122/8

walk [7]   44/18
70/21 70/25
70/6 85/4
90/22 94/18
WALKER [34]
1/19 2/19 5/6
5/19 113/17
113/19 128/6
141/8 175/11
175/25 176/8
176/16 176/25
177/13 177/15
183/15 186/14
190/2 191/12
195/4 195/16
198/4 201/15
203/11 206/7
207/7 218/23
221/15 222/5
227/13 231/10
234/12 248/7
250/6
wall [2]   98/20
226/8
Wallace [18]
9/19 10/9 11/9
11/25 12/1
12/9 14/1 14/3
14/5 15/25
16/2 16/8
17/11 17/17
17/25 18/11
22/8 40/23
Wallace's [1]
11/24
walls [1]   12/2
want [25]   5/21
5/24 6/2 49/10
63/17 73/25
75/24 77/16
81/13 81/20
87/19 87/19
119/22 124/19
132/6 133/11
147/21 173/2
211/10 212/18
215/8 222/5
228/25 234/18
239/22
wanted [16]
4/11 5/25 44/4
46/21 73/19
75/20 87/23
130/6 132/14
132/15 145/11
171/20 171/21

211/5 217/7
240/3 241/2
wants [1]
72/17
warrant [28]
5/5 88/8 88/12
88/13 89/3
89/9 90/23
90/24 90/25
101/25 102/3
106/9 106/13
106/15 107/2
107/6 115/25
124/15 128/24
129/3 144/23
179/17 180/15
185/9 191/2
196/19 197/13
231/10
warrant's [1]
90/7
warrants [7]
88/21 88/25
89/6 106/19
122/22 122/24
179/14
was [542]
washes [2]
204/10 209/17
Washington [1]
172/7
wasn't [12]
8/2 21/13
22/14 39/3
62/25 63/2
63/11 63/13
65/13 81/15
217/5 235/21
watch [6]   71/7
71/8 205/13
212/4 215/23
235/19
watched [10]
171/5 190/10
191/1 195/23
198/2 219/22
234/4 234/21
235/10 239/8
watching [4]
26/16 187/13
212/2 236/4
Water [1]   17/7
way [31]   3/9
23/14 33/18
34/7 53/10
68/21 72/13

73/9 74/4
83/25 91/20
107/13 125/2
127/6 127/9
127/21 173/15
173/17 211/7
211/9 211/9
211/10 212/6
216/20 217/6
227/18 227/22
233/12 250/5
ways [4]   50/11
117/2 118/4
148/17
wayside [1]
52/12
we [349]
We'd [1]   213/6
we'll [20]   6/3
6/19 112/10
112/25 135/16
136/13 136/17
143/13 161/22
174/20 175/7
189/12 210/8
213/14 216/1
218/8 251/1
251/2 251/4
251/22
we're [43]
4/16 4/16 5/2
6/10 8/11 8/11
8/15 71/25
87/21 96/24
116/4 116/16
131/25 136/15
143/6 150/1
152/5 154/15
154/17 164/10
164/12 166/11
166/13 175/11
184/9 185/5
187/19 194/10
195/11 200/24
202/2 205/13
211/25 215/4
215/13 220/18
221/7 224/3
224/11 225/24
226/11 228/1
242/20
we've [5]   7/5
47/13 47/13
121/17 219/11
wearing [3]

37/23 42/9
42/12 43/16
webinars [1]
118/5
website [4]
241/9 241/11
241/13 241/17
Wednesday [2]
251/8 251/16
week [7]   3/6
28/7 28/8 80/8
111/3 184/3
235/1
weekend [27]
8/4 15/5 15/5
15/8 15/12
15/15 17/3
17/22 21/7
22/7 22/8
22/10 22/19
29/12 110/21
110/22 199/7
199/17 208/18
208/22 209/2
225/14 225/20
230/19 236/18
238/15 239/12
weeks [3]
70/10 70/12
121/20
weighing [1]
120/6
weight [1]
120/11
well [64]   3/19
4/4 5/15 5/21
12/25 18/17
22/17 22/19
34/6 40/4
40/11 48/4
56/1 65/9
67/17 70/3
70/18 74/15
74/22 79/1
80/21 88/9
88/14 88/15
89/10 104/13
105/14 105/25
106/12 106/18
109/12 110/9
111/15 115/13
117/18 118/22
120/8 125/25
126/1 131/5
135/21 140/16
150/21 157/13

| W | | | | |
|---|---|---|---|---|
| | 66/22 67/16 | 223/11 223/15 | 40/6 44/6 | 242/6 246/18 |
| **well... [20]** | 88/4 88/5 | 224/7 224/23 | 44/23 44/25 | **where [107]** |
| 159/23 160/12 | 88/25 89/5 | 225/7 225/8 | 45/7 45/17 | 8/11 9/22 |
| 161/9 165/24 | 90/6 93/15 | 226/7 228/21 | 46/8 50/25 | 10/17 11/9 |
| 168/7 170/9 | 97/3 97/14 | 229/9 230/22 | 52/8 55/7 56/9 | 15/15 17/8 |
| 170/23 206/8 | 99/4 99/8 | 232/7 232/19 | 56/17 56/20 | 24/13 25/6 |
| 212/2 212/20 | 101/9 101/9 | 235/8 241/16 | 57/13 58/8 | 26/24 28/10 |
| 215/17 216/18 | 101/19 104/11 | 244/1 245/24 | 59/24 60/19 | 36/13 36/17 |
| 217/22 235/17 | 104/13 105/9 | 246/9 247/15 | 61/14 67/17 | 36/19 39/4 |
| 237/21 238/15 | 106/9 107/4 | 247/20 248/1 | 70/7 70/9 | 40/13 40/16 |
| 242/6 244/10 | 107/8 107/11 | 248/7 250/5 | 70/23 72/2 | 42/1 42/4 |
| 245/14 251/21 | 108/21 109/3 | **weren't [1]** | 72/4 72/17 | 43/12 44/14 |
| **well-being [1]** | 109/4 109/9 | 35/2 | 73/2 74/21 | 44/25 45/12 |
| 212/2 | 110/20 111/3 | **west [1]** 138/3 | 75/12 78/24 | 54/7 54/11 |
| **well-known [1]** | 115/12 123/16 | **what [347]** | 79/14 80/24 | 54/13 56/20 |
| 117/18 | 124/9 124/14 | **what's [35]** | 82/10 82/10 | 58/14 60/23 |
| **went [15]** | 124/22 124/23 | 17/5 32/14 | 86/11 87/19 | 61/5 61/18 |
| 10/22 12/10 | 126/4 126/23 | 32/24 41/19 | 89/3 89/8 93/5 | 63/13 67/4 |
| 15/15 15/20 | 129/10 129/18 | 71/1 77/11 | 106/12 107/20 | 75/13 75/17 |
| 40/6 44/19 | 130/8 135/11 | 77/12 82/9 | 113/20 115/9 | 75/21 78/8 |
| 60/23 62/25 | 135/19 135/25 | 92/5 93/12 | 115/24 116/7 | 79/12 79/19 |
| 67/18 70/7 | 136/7 136/9 | 94/14 94/23 | 118/10 119/5 | 79/25 80/12 |
| 76/9 76/22 | 137/18 138/15 | 98/10 100/18 | 119/8 120/9 | 81/19 86/9 |
| 131/17 178/10 | 140/12 141/4 | 100/23 107/19 | 122/2 123/12 | 93/25 94/3 |
| 182/11 | 141/18 142/11 | 122/17 123/11 | 123/22 127/20 | 94/10 105/19 |
| **were [199]** 3/5 | 143/1 144/21 | 167/11 183/14 | 127/22 128/25 | 108/12 110/22 |
| 10/1 12/21 | 145/5 149/14 | 185/19 196/1 | 129/3 130/11 | 114/25 119/5 |
| 12/22 14/2 | 149/19 153/6 | 197/4 207/1 | 131/4 132/7 | 120/22 121/12 |
| 17/5 18/9 | 153/6 153/7 | 207/2 211/16 | 134/22 134/25 | 126/18 127/2 |
| 22/10 24/13 | 153/9 155/1 | 216/17 216/24 | 139/10 143/19 | 127/23 135/6 |
| 25/2 26/12 | 155/9 155/19 | 217/17 219/14 | 144/15 144/17 | 135/24 135/25 |
| 26/19 27/25 | 156/16 161/8 | 219/14 226/2 | 145/1 145/16 | 137/11 138/2 |
| 34/24 34/24 | 161/15 161/19 | 244/1 244/23 | 146/6 146/23 | 147/23 149/20 |
| 35/3 36/25 | 162/7 162/12 | 245/4 | 149/25 151/8 | 151/11 151/13 |
| 38/18 40/9 | 163/2 164/4 | **whatever [7]** | 152/7 152/24 | 151/17 154/6 |
| 40/13 40/20 | 164/25 164/25 | 4/9 50/24 | 153/16 155/4 | 165/16 165/17 |
| 41/6 43/10 | 165/5 167/22 | 73/17 77/16 | 155/9 164/14 | 165/25 168/22 |
| 43/25 45/2 | 168/19 169/1 | 79/11 120/11 | 167/5 167/22 | 171/17 172/5 |
| 45/4 45/6 45/7 | 171/7 171/9 | 211/4 | 169/11 169/19 | 172/8 172/23 |
| 45/18 45/25 | 172/8 180/25 | **whatnot [2]** | 170/16 178/20 | 173/10 174/1 |
| 46/8 46/17 | 183/6 183/10 | 123/15 135/2 | 181/6 181/20 | 178/9 186/6 |
| 47/12 48/23 | 184/4 185/20 | **when [145]** 3/7 | 182/9 182/22 | 187/1 191/25 |
| 49/22 52/2 | 188/3 190/2 | 5/6 5/6 5/8 | 183/10 183/17 | 196/3 196/25 |
| 52/6 52/9 52/9 | 192/1 196/12 | 6/14 6/22 8/6 | 183/20 183/23 | 198/20 199/2 |
| 52/13 52/14 | 198/10 198/16 | 10/6 11/14 | 185/20 186/1 | 203/5 203/17 |
| 55/1 55/3 55/7 | 198/20 200/19 | 12/9 12/16 | 188/3 188/9 | 204/17 205/1 |
| 56/1 56/6 | 202/12 203/20 | 13/8 13/18 | 188/10 189/7 | 206/17 207/15 |
| 56/18 56/21 | 204/1 204/15 | 14/1 16/2 | 191/20 195/7 | 207/24 208/18 |
| 57/13 58/8 | 206/7 207/7 | 18/23 18/23 | 197/22 198/16 | 208/19 211/12 |
| 59/25 60/2 | 207/21 207/24 | 20/8 22/2 | 202/12 203/15 | 212/10 213/9 |
| 60/5 60/17 | 208/5 211/8 | 26/10 26/13 | 207/7 223/12 | 213/12 213/17 |
| 60/18 60/19 | 216/1 219/24 | 26/14 26/19 | 227/16 228/10 | 214/12 216/1 |
| 61/1 61/13 | 220/3 221/19 | 26/20 26/21 | 230/5 232/2 | 220/3 225/8 |
| 63/4 63/14 | 221/21 221/24 | 26/23 27/12 | 235/3 235/10 | 225/21 239/5 |
| 65/6 66/2 | 221/25 223/4 | 34/23 39/4 | 236/1 240/23 | 251/3 251/7 |
| | | | | 251/18 |

| W | | | | |
|---|---|---|---|---|

**Where's [1]**
61/19

**whereabouts [1]**
45/8

**whereas [1]**
147/16

**Whereupon [18]**
41/11 41/18
63/20 64/20
65/18 66/12
112/4 112/13
176/19 177/8
211/23 214/20
215/2 215/25
216/5 218/9
220/14 221/6

**wherever [3]**
60/17 61/13
147/21

**whether [18]**
26/24 29/2
29/17 34/17
42/24 45/4
48/20 58/11
61/23 62/1
68/7 68/8
87/19 117/11
120/10 131/16
172/14 172/14

**which [91]**
3/11 5/2 8/15
16/15 16/19
16/19 17/7
17/24 32/19
42/8 47/5 52/3
52/4 65/11
66/4 66/4
88/11 88/16
91/12 91/12
93/20 95/1
102/3 107/13
109/18 110/21
113/16 116/3
116/24 119/25
121/17 121/20
127/12 129/23
131/20 135/16
136/21 140/4
141/21 142/17
143/6 145/21
146/11 147/9
147/9 151/1
158/13 160/3
160/17 163/16

164/21 167/21
175/3 180/9
182/7 182/15
188/21 189/15
190/11 192/15
193/23 194/8
194/17 197/5
197/12 197/12
200/22 200/24
203/11 203/23
205/25 207/8
207/18 208/2
208/6 208/10
210/4 217/4
219/20 223/7
224/9 224/13
226/18 228/2
229/5 229/5
230/15 231/6
234/19 236/18
237/20

**while [20]**
7/19 20/25
36/25 38/11
38/18 43/7
60/2 60/5 63/4
63/18 64/21
76/16 81/16
85/6 86/13
103/1 122/15
122/23 176/23
200/11

**white [3]**
97/20 202/10
226/15

**who [59]** 5/20
14/7 15/20
16/22 25/25
40/22 42/14
42/16 42/18
42/22 43/18
44/6 46/24
47/21 52/9
56/9 58/23
60/23 64/13
70/21 75/9
86/18 89/8
90/13 90/15
90/17 91/17
112/8 113/15
113/19 119/22
120/4 126/8
126/11 137/1
137/24 140/9
144/19 151/3
152/12 152/20

153/4 154/13
160/25 161/9
178/17 179/5
180/6 184/22
188/13 201/23
204/9 218/4
218/4 222/9
227/11 228/22
231/4 249/4

**who's [10]** 5/9
7/10 48/2
83/11 91/4
112/6 112/8
151/3 222/12
222/14

**whoever [1]**
41/5

**whole [2]** 5/24
211/20

**whom [4]** 24/21
85/25 107/11
250/24

**whose [4]** 18/9
19/7 59/12
233/9

**why [16]** 5/2
17/5 43/25
57/25 80/17
90/1 93/18
130/7 145/13
153/14 166/7
170/11 195/10
210/24 217/24
248/13

**Wi [1]** 172/15
**Wi-Fi [1]**
172/15

**wife [4]** 24/22
25/25 26/2
28/2

**wife's [2]**
24/23 32/17

**will [60]** 3/7
3/10 3/12 3/13
3/15 5/18 5/19
6/24 7/1 7/4
17/11 38/4
43/19 50/25
76/11 76/15
77/25 78/2
80/4 81/24
83/7 83/22
84/3 87/11
87/12 90/11
90/12 90/13
90/14 91/2

91/4 91/9 91/9
99/16 111/14
113/16 113/17
114/6 128/25
131/4 133/1
134/18 134/20
138/4 164/16
175/15 176/5
189/6 194/16
204/8 204/9
209/15 214/3
214/4 216/16
229/25 233/21
249/4 250/4
250/9

**willing [2]**
108/15 216/21

**window [4]**
80/11 196/3
196/19 196/21

**Windows [7]**
147/15 147/20
152/23 164/2
164/14 164/15
223/11

**Windows.old [3]**
164/14 164/16
164/18

**winter [2]**
45/18 166/13

**wirelessly [1]**
74/4

**wish [2]**
121/14 250/18

**Withdrawn [1]**
241/24

**Witherspoon
[12]** 2/11
43/19 53/8
53/9 53/17
53/24 54/7
62/7 63/24
67/16 111/6
250/5

**within [31]**
39/21 63/10
72/4 76/11
76/20 77/6
78/6 78/18
109/15 115/3
120/23 121/10
121/13 122/8
125/5 128/1
130/2 132/24
135/19 135/24
137/10 137/10

137/19 149/12
150/24 151/24
154/19 155/19
156/8 168/1
231/7

**without [11]**
38/2 119/14
119/15 151/22
151/25 188/24
213/21 226/20
230/1 234/6
251/6

**witness [82]**
4/25 5/9 5/20
6/5 6/22 6/25
7/10 7/18 8/16
8/21 8/23 9/4
23/5 23/10
23/11 23/14
23/18 23/20
23/25 35/9
35/11 35/14
35/15 35/18
35/21 35/23
36/3 38/4 53/2
53/6 53/7
53/14 53/20
65/25 66/1
66/4 68/12
68/17 68/25
69/2 69/10
82/16 83/20
84/3 84/4 84/8
84/15 96/2
111/22 112/7
112/7 113/14
113/15 113/17
113/20 114/2
114/6 114/13
114/19 119/2
119/21 119/24
120/1 148/10
148/10 174/13
174/14 175/25
176/6 176/10
176/12 176/21
177/9 183/19
183/22 184/2
221/4 248/17
248/20 250/8
250/9 250/11

**witness's [2]**
120/10 120/14
**witnesses [6]**
2/4 64/12
113/9 124/3

**W**

witnesses...
[2] 179/13
250/4
word [4] 28/2
149/19 170/19
222/1
words [6] 72/8
155/7 156/24
166/10 170/11
222/1
work [24] 3/9
30/24 33/19
54/5 54/6
69/18 70/11
73/21 116/12
120/22 122/13
122/15 126/15
128/3 128/7
130/19 172/9
177/24 178/12
178/16 178/18
178/24 179/20
240/12
worked [6]
69/22 69/24
85/12 115/7
118/21 240/13
working [9]
34/25 72/2
72/4 113/19
121/23 122/14
128/5 177/18
178/21
works [3]
17/12 130/2
148/1
world [1]
138/2
worn [1]
195/24
worry [1]
126/22
worth [1]
116/23
would [184]
4/8 4/14 5/8
6/16 6/16 8/17
12/4 12/23
13/8 13/8
13/11 13/21
13/24 16/2
18/23 18/24
22/23 25/9
25/11 25/25

26/3 26/14
32/7 33/12
34/1 38/13
38/18 38/25
39/23 39/24
40/4 40/7 44/3
44/5 44/18
45/11 49/4
50/16 50/20
56/2 56/3 56/4
56/6 56/7 56/8
56/17 56/20
57/6 57/10
57/13 57/21
57/24 57/25
58/2 59/15
59/16 60/7
60/14 60/17
61/5 61/8 61/9
61/18 61/20
62/5 63/13
63/24 66/5
67/17 68/1
68/18 71/23
73/17 74/1
74/3 75/5
75/17 75/18
75/21 75/22
76/4 76/6 76/9
76/13 76/14
76/24 77/2
77/4 78/12
79/3 79/4 79/7
79/7 82/4
86/22 90/5
92/8 94/3
94/17 105/25
110/21 113/20
118/25 119/12
119/14 122/4
123/18 130/7
132/11 132/16
132/17 132/18
133/25 134/3
134/5 134/13
134/14 136/2
138/24 148/7
149/4 149/20
150/21 150/22
151/22 151/24
152/6 154/6
166/6 166/19
166/19 171/10
171/12 171/14
171/18 185/25

186/1 188/4
189/22 189/24
191/23 191/24
192/16 195/7
201/4 204/2
208/6 211/8
213/3 213/7
213/23 215/23
220/12 220/20
220/22 220/23
221/25 224/12
226/17 229/24
230/13 232/21
232/24 233/4
236/10 236/22
237/20 238/1
238/20 238/21
239/1 240/20
246/21 248/9
248/10 248/11
249/3 250/6
250/16 250/23
251/3 251/16
wouldn't [7]
4/9 22/12 57/1
61/21 211/10
246/7 246/22
wrist [1]
206/20
write [1]
135/7
writes [3]
90/14 170/7
170/9
writing [2]
17/2 32/18
written [7]
87/1 130/25
131/1 131/2
134/25 150/22
169/11
wrong [2]
17/14 225/17
wrote [1]
33/11
Wyoming [1]
28/11

**X**

X-Ways [3]
117/2 118/4
148/17
XS [9] 142/25
146/11 172/18
181/10 181/14
181/17 182/12

182/25 207/20
208/5 248/16
289/18

**Y**

Yale [4] 36/14
36/15 36/19
47/16
yeah [31] 4/20
11/3 12/11
13/5 13/16
13/20 18/17
19/13 32/1
33/7 33/20
34/5 35/5
39/21 48/3
49/14 50/2
52/4 58/25
66/3 73/4 76/1
92/10 92/12
106/3 166/19
166/20 178/16
179/12 195/7
198/12
year [24]
21/21 26/3
27/9 27/15
36/15 36/21
42/10 45/17
54/9 54/20
99/13 99/18
117/16 133/1
166/6 208/16
225/15 237/7
237/13 237/25
238/4 238/19
242/16 247/20
year's [1]
116/23
years [25]
9/25 12/14
24/11 30/4
31/7 34/3
36/10 38/16
63/4 69/23
71/13 84/24
115/8 115/21
117/25 151/7
177/16 186/25
191/24 198/19
204/13 207/14
230/14 242/20
248/10
yelling [1]
108/3
yellow [1]
173/21
yep [27] 6/13

28/17 32/12
45/10 47/11
48/11 50/3
62/10 106/25
110/2 139/6
139/22 139/24
147/8 156/14
158/16 173/24
174/10 180/20
189/9 191/5
191/9 230/12
230/21 231/21
236/25 244/18
yes [604]
yesterday [1]
8/5
yet [2] 149/13
242/8
you [1298]
you'd [2] 33/6
73/11
you'll [3]
3/16 209/14
209/15
you're [37]
16/20 17/1
19/22 20/25
34/17 34/18
34/19 47/18
47/20 50/25
72/4 74/19
74/20 79/18
80/24 82/2
119/20 120/9
121/12 121/22
130/18 131/3
132/7 132/8
138/19 150/8
151/6 151/8
153/16 155/4
170/5 174/16
177/9 184/13
236/9 246/13
250/17
you've [14]
32/2 47/8
48/13 52/19
71/13 77/19
98/25 99/14
100/14 101/8
106/8 115/9
122/11 219/5
younger [1]
227/11
youngest [1]
11/9

**Y**

**your [405]**
**yours [1]**   47/1
**yourself [4]**
 14/23 16/18
 65/9 210/10
**yourselves [8]**
 82/24 82/25
 112/16 112/17
 174/24 174/24
 210/10 249/10
**Yup [1]**   47/15

**Z**

**zero [1]**   138/1
**zeros [1]**
 116/8
**zone [2]**   66/7
 165/25
**zones [1]**
 138/4
**zoom [2]**
 125/20 183/11