```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                      NORTHERN DIVISION
   _____
 3                                     )
   UNITED STATES OF AMERICA,           )
 4                                     )
         Plaintiff,                    )
 5                                     )Criminal No. 23-cr-0278-JKB
   vs.                                 )
 6                                     )
   CHRISTOPHER KENJI BENDANN,          )
 7                                     )
         Defendant.                    )
 8 _____)

 9

10

11          TRANSCRIPT OF PROCEEDINGS – DAY 4 OF JURY TRIAL
               BEFORE THE HONORABLE JAMES K. BREDAR
12                  AUGUST 24, 2024 AT 9:45 a.m.

13

14 APPEARANCES:

15      ON BEHALF OF THE PLAINTIFF:
          COLLEEN E. MCGUINN, ESQUIRE
16        KIM Y. HAGAN, ESQUIRE

17      ON BEHALF OF THE DEFENDANT:
          CHRISTOPHER C. NIETO, ESQUIRE
18        GARY E. PROCTOR, ESQUIRE

19      ALSO PRESENT:
          CALISTA WALKER, FBI SPECIAL AGENT
20        VICTORIA LIU, PARALEGAL

21

22

23

24      (Computer-aided transcription of stenotype notes)
                      Reported by:
25             Ronda J. Thomas, RMR, CRR
```

1                              **<u>INDEX</u>**

2                          **<u>August 28, 2025</u>**

3

4    GOVERNMENT'S CLOSING ARGUMENT                8

5    DEFENSE'S CLOSING ARGUMENT                  39

6    GOVERNMENT'S REBUTTAL ARGUMENT              59

7    JURY INSTRUCTIONS                           68

8    JURY DELIBERATING                          123

9    VERDICT                                    125

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   (9:45 a.m.)

2        **THE COURT:**  Good morning.  Be seated, please.  Ready

3   to resume our jury trial.  It's now time for the Defendant to

4   present his case if he wishes to do so.

5      Mr. Nieto, will your client be presenting a case?

6        **MR. NIETO:**  Court's indulgence.

7      (Counsel conferring.)

8        **MR. NIETO:**  Thank you for your patience, Your Honor.

9   The defense has no witnesses.  We'll rest.

10       **THE COURT:**  Very well.  Let's go on the private

11  channel.

12     (Whereupon, the following conference was held at the

13  bench:)

14       **THE COURT:**  So no defense case.  No government

15  rebuttal.  Evidence is closed.  We're ready for argument.

16     Is the Government ready?

17       **MS. MCGUINN:**  Yes, Your Honor.  I mean, we need to set

18  up of course.

19       **THE COURT:**  We're going to take a moment and move the

20  standing desk into position.  And we have to get that monitor

21  repositioned.

22       **MS. MCGUINN:**  Yes.  It should just be turned.  It's

23  fine otherwise.

24       **THE COURT:**  Yes.  I think logistics, that's pretty

25  much it.  Let's see, Ms. Hagan, you go first?

4

```
1          MS. HAGAN:  Yes, Your Honor.
2          THE COURT:  And somebody else going to operate the
3  PowerPoint?
4          MS. HAGAN:  I have a clicker that I'm hoping works.
5          THE COURT:  You're going to use yourself.  Okay.
6  We'll get that up and operating.  Okay.
7          THE COURT REPORTER:  I can't hear you, Mr. Proctor.
8          MR. PROCTOR:  Your Honor, two things.
9          THE COURT:  Yes, Mr. Proctor.
10         MR. PROCTOR:  You said to remind you that the jury
11  instruction would need to be changed.
12         THE COURT:  We've already got that on board and that's
13  in process.  Thank you.
14         MR. PROCTOR:  Secondly, we would renew our motion for
15  Rule 29 and rest on our previous submission.
16         THE COURT:  You do move for judgment under Rule 29.
17  You rest on your prior submission.  The Court adopts its ruling
18  from previously finding that with respect to all elements of
19  all charged defenses the Government has presented sufficient
20  evidence, when taken in the light most favorable to the
21  Government, to sustain their burden of proof before the jury
22  and to support conviction.  Accordingly, the motion is denied.
23      Okay.  Let's go ahead and start moving the standing desk
24  and get everything hooked up.
25      (Whereupon, the bench conference was concluded.)
```

1          **THE COURT:**  The Defendant rests.  The evidence in this

2     case is closed.  We'll now proceed to closing arguments.

3          **LAW CLERK:**  Law clerk all rise.  This Court stands in

4     recess for five minutes.

5          (A recess was taken from 9:49 a.m. to 10:04 a.m.)

6          **THE COURT:**  Last night at the close of the Rule 30

7     conference, counsel for both sides approved the proposed

8     verdict form and the proposed jury instructions with the

9     understanding of the question of whether or not the Defendant

10    was going to testify or not testify was unknown at that point.

11    Now that the Defendant has made his election, I have amended

12    Jury Instruction Number 17.

13         The clerk will publish this instruction to the Government

14    and to the Defendant.  I just brought one copy in.

15         Is the new version of instruction 17 acceptable to the

16    Government?

17         **MS. MCGUINN:**  Yes, Your Honor.

18         **MR. PROCTOR:**  That's acceptable to the defense.  Thank

19    you, sir.

20         **THE COURT:**  Very well.  The instructions are so

21    amended.  Last night we neglected to have counsel sign off on

22    the table of contents.  I have copies of the table of contents

23    of the jury instructions for each of you.  Table of contents

24    will accompany the jury instructions when the instructions go

25    back to the jury.

6

```
 1          Is the table of contents acceptable to the Government?
 2               MS. MCGUINN:  Yes, Your Honor.
 3               MR. PROCTOR:  Yes, sir.
 4               THE COURT:  The table of contents is acceptable to the
 5     Defendant, Mr. Proctor.
 6               MR. PROCTOR:  It is.
 7               THE COURT:  You can keep those copies if you wish.
 8     Before I instruct the jury we'll have fresh sets of the table
 9     of contents, the instructions themselves, and the verdict form
10     for you.  But those are the only differences from last night.
11          Ms. Hagan, are you now ready to make your closing
12     argument?
13               MS. HAGAN:  Yes, Your Honor.
14               THE COURT:  A final proof detected that we don't have
15     instruction 35 listed in the table of contents that I just
16     handed to you.  We'll have that fixed before we finally
17     distribute the instructions.  I think we're ready for the jury.
18          I will advise the jury about the status of the trial and
19     call on you Ms. Hagan for your closing.  Please bring the jury
20     in.
21               THE CLERK:  All rise for the jury.
22          (Jury enters at 10:08 a.m.)
23               THE COURT:  Be seated, please.  Good morning, ladies
24     and gentlemen of the jury.
25          (Jurors - "Good morning.")
```

1      **THE COURT:**  Overnight, Juror No. 8 was excused.  The
2  juror who was Alternate Juror No. 1 now serves as Juror No. 8
3  and has relocated in the jury box accordingly.

4      When we were last together, the Government rested their
5  case.  We now turn to the Defendant and his lawyers and asked
6  whether the Defendant wishes to present a case.

7      Mr. Nieto.

8      **MR. NIETO:**  No, Your Honor.  The defense rests.

9      **THE COURT:**  The defense rests their case.  Very well.

10     Ladies and gentlemen, the evidence in this case is now
11 closed.  There will be no more testimony or exhibits presented
12 to you, but the trial is not over.  We have additional phases
13 of the trial that still must be completed.

14     The next phase of this trial will involve the lawyers'
15 closing arguments.  The Government will deliver a closing
16 argument, then the Defendant will deliver a closing argument,
17 then the Government will be given an opportunity to deliver a
18 brief rebuttal argument.

19     The Government gets the opportunity to speak twice
20 because, as I've explained to you previously, they have the
21 burden of proof.

22     Ms. Hagan, will you be presenting the closing argument for
23 the Government?

24     **MS. HAGAN:**  Yes, Your Honor.

25     **THE COURT:**  You may proceed, ma'am.

1     MS. HAGAN:  "I told you that I have a breaking point
2 and you are dangerously close.  I see that you are on snap and
3 texting so you clearly can respond.  Why do you get to set the
4 times?  You can do what I say now or deal with the
5 consequences.  I just put a sick picture of you up on
6 Instagram.  If you're going to go back to ignoring me, I think
7 it's time we add Pat and Riley to our group chat and see if
8 they can track you down on campus.  Please don't make me do
9 that."
10                         was a college student in 2022, or trying to
11 be one.  Juggling classes, studying abroad at the London School
12 of Economics, making new college friends, meeting a new
13 girlfriend, all the while quietly and privately dealing with
14 these messages.
15     Every hour of every day it seemed          was
16 receiving these threats, these constant messages from the
17 Defendant, Christopher Bendann.  Threats in exchange for
18 pictures and videos.  Threats to make public explicit images
19 and videos of          if he didn't continue to send more.
20 Every day.  Every single day.
21     In their opening statement, the defense alluded to
22      being in a relationship.              was not in a
23 relationship.              was in hell.
24     Good morning, ladies and gentlemen, my name is Kim Hagan,
25 and with my colleague, Colleen McGuinn, we represent the United

1    States in this case against the Defendant Christopher Bendann.

2        Christopher Bendann, the former school teacher, former

3    advisor of the Gilman School, and former wolf in sheep's

4    clothing because among the images and videos that Bendann

5    possessed of                were ones that he recorded himself

6    when               was a minor.

7        So not only was               the victim of cyberstalking,

8    he's also the victim of the crime sexual exploitation of a

9    minor.

10       And the Defendant maintained, kept these images and videos

11   of               as a minor on various devices and locations

12   within his control:  IPhones, laptops, iCloud.  So that he

13   could view them over and over again, these explicit images of

14               as a minor.  And that makes Mr. Bendann guilty of

15   possession of child pornography.

16       This was a side of Mr. Bendann that the Gilman community

17   did not see.

18       And in their opening statement and through some questions

19   of witnesses, the defense was a little critical of the Gilman

20   School and the Gilman community for being very expensive, very

21   private, very illustrious.  I believe "insular" was the word

22   that they used.  They highlighted the fact that the Gilman

23   School offers private networking opportunities that the

24   students move on to elite colleges, play division I sports as

25   if there's something bad about that?  Having Gilman students

1  graduate and attend college, Georgetown, Yale, Dartmouth,
2  playing division 1 sports.
3      And through their questioning, there was maybe a little
4  criticism as well or a spotlight on the Gilman families, the
5  Gilman students, because they're affluent.  But it doesn't
6  matter whether it's a private school or a public school.
7  Sexual exploitation of a child can occur in any community,
8  public or private school.  All it takes is a perpetrator with a
9  hidden agenda.  A perpetrator who can surround himself with
10  trusting individuals.  A perpetrator who can cultivate these
11  relationships, and more importantly, a perpetrator who can spot
12  vulnerability.
13      And, yes, even private school students at Gilman
14  experience vulnerability.  Students at Gilman experience the
15  same highs and lows and ups and downs that all teenage boys do.
16  And enter, Mr. Bendann or Mr. B; the fun teacher, the cool
17  advisor that everybody hoped that they would get assigned.  He
18  was the teacher who was handing out with the cool lacrosse
19  players.  Driving them around to get food, breakfast, dinner,
20  ice cream.  Everybody hoped to be assigned to Mr. Bendann.
21      And as early as eighth and ninth grade he used these
22  opportunities to get close to these young teens, to spend time
23  with them away from the staff of the school, away from the
24  supervision of their parents.  And over time he was able to
25  carve this place in their day-to-day lives in just the way that

1   he had hoped, like it was so normal, that he was part of their
2   every day lives.  Who's available to go to Bateman's?  Anybody
3   want to go get breakfast?

4        And then he started singling out one single boy.  A boy
5   that repeated seventh grade.  A boy that when he came back to
6   Gilman for eighth grade was now separated from his circle of
7   best friends, who had now moved on to high school and were
8   playing on different sports teams.  That's how the Defendant
9   first set his sights on his, quote, "      ."

10       You've heard several times during the trial that that was
11  the nickname that the Defendant had for          ,       , my
12  favorite      .

13       In the earlier text messages between              and the
14  Defendant -- and                 is only 14, 15 years old -- you
15  can see the increase in the frequency with which Mr. Bendann,
16  Mr. B, is trying to get time alone with              .

17       And you hear bravely last week from              about how
18  these simple meals with him and a group of friends, simple
19  favors that they got, rides home from the Defendant, eventually
20  led to these late-night naked runs in which the Defendant would
21  drive              , and other Gilman students, sometimes a
22  variation of who was present as you heard during the testimony,
23  to either Meadowood Park or St. Paul's School and tell them --
24  mind you it's 10:00 or 10:30 at night according to their
25  testimony, definitely dark, late.  I believe Will Godine was

1  the one that used the word "spooked" because realistically they

2  realized they could perhaps get expelled.  But according to the

3  Defendant, if they wanted to get home, they needed to strip and

4  run.

5      One of these runs you saw a clip of, that was the naked

6  run that occurred at Jack Stuzin's house, it was a very brief

7  clip, and it was a clip that involved -- Mr. Stuzin identified

8  himself in the background of the video.  It was about 10

9  seconds long.  And              is seen running in front of the

10 camera, the phone.  And you can hear the Defendant's voice

11 shout "Two    ."     was the nickname for              .

12      Mr. Stuzin identified the voice as Mr. Bendann's.  A

13 logical inference you can infer is that the Defendant is the

14 one recording             running a naked lap.

15      Now, that naked lap was located on the Defendant's Sony

16 Vaio laptop that was introduced into evidence.  It was seized

17 when the search warrant was executed in February of 2023.  And

18 according to the EXIF data, remember when Special Agent Eric

19 Oberly explained what EXIF data is?  It's that file information

20 that is written on the file.  It's like that unique digital

21 fingerprint.

22      The EXIF data for that naked run at the Stuzin residence

23 showed that the video was created on June 15th, 2017.

24              would have been only 16 years old at the time.

25 He is holding his hands in front of his genitals as he is

1  running this naked lap.

2      Now, not only was that file found on the Sony laptop, it

3  was also found on the MobileSync backup.  You probably remember

4  hearing that several times during the trial, of an iPhone 7,

5  and that MobileSync backup was within the Sony laptop.  So it

6  was found on both of those locations.

7      And as was explained to you, the MobileSync backup is the

8  process by which somebody takes their -- the contents of their

9  cell phone, the data, and they back it up to another device,

10 like a laptop or an iPad.

11     And so here the Sony Vaio had a MobileSync backup for an

12 iPhone 7.  And what's interesting about that is the videos that

13 serve as the basis for Counts 1 through 4, four of the sexual

14 exploitation of a child counts that we'll get to later, those

15 were created -- those files were created with an iPhone 7 as

16 well.  And what's interesting about that is that an iPhone 7

17 was the one type of iPhone that was not recovered at the

18 Defendant's residence when it was searched in February of 2023.

19 They found the Defendant's iPhone 11, older iPhone 6, iPhone

20 XS.  But not the iPhone 7.

21     Now,            told you that these naked runs eventually

22 led to, in his case, times when he was riding alone with

23 Mr. Bendann in the car, which over time led to

24 having to ride naked in the car while Bendann drove

25 to McDonald's or home.

14

```
1        And              , again, bravely told you that over time
2   those rides eventually led to him being asked to masturbate in
3   front of Bendann in the car which then also on occasion, as
4              told you, led to times where the Defendant touched
5   him in the car late at night in a parking lot.
6        And I'll remind you the testimony of Charlotte Hoffberger,
7   the Bryn Mawr graduate who, through her time at Bryn Mawr,
8   became friends with several Gilman students.  She hung out with
9   them frequently.  And she told you about a very distinct memory
10  that she had.  Her junior year, which would have been
11  2017/2016, when              -- I'm sorry 2017 to 2018 -- when
12              would have been 16 to 17 years old.
13       Now, Ms. Hoffberger, the way she described it, these
14  late-night runs to fast-food restaurants in the year were
15  pretty common place among her and her friends; but there's a
16  reason why this one stood out in her memory because she saw the
17  Defendant's car parked in the corner.  And when she testified
18  she couldn't recall which establishment her and her friends
19  were visiting that night for food, so when asked to mark where
20  she saw the Defendant's vehicle she placed an X in both
21  corners.  But the reason it struck her as odd was because it
22  was so far and she recognized the car as the Defendant's.
23       What made things even more strange was what happened next.
24  She saw the Defendant get out of his car and realized the
25  Defendant was with              , which struck Ms. Hoffberger as
```

```
 1   odd because they had seen them earlier in the evening.
 2   Hoffberger was with her friends, including Tyler Witherspoon.
 3   People that would have otherwise all gone out together to get
 4   food.  She thought it was strange that neither the Defendant
 5   nor              had mentioned to any of them that they were
 6   grabbing something to eat.  And that's why this particular
 7   occasion is burned in her memory.
 8                       told you that this went on for years with the
 9   Defendant.  I direct your attention to the 11th grade photo.
10       Look at the 11th grade photo and ask yourself, do you see
11   in his eyes what the Defendant had been subjecting him to?
12       The Defendant sexually exploited plaintiff who was a
13   minor.  The Defendant possessed child pornography, and he
14   cyberstalked            .  And despite his efforts to get rid
15   of the evidence of those crimes, it was captured.
16       Remember when Baltimore County Police Detective Shannon
17   Markel was testifying, she was asked on cross-examination by
18   the defense about how the Defendant was so cooperative and
19   willingly turned over the passcode to his iPhone 11 as if he
20   had nothing to hide.
21       This was in February of 2023, not long after the Defendant
22   had been fired from Gilman and was aware of the allegations.
23   So of course he willingly turned over the passcode.  He didn't
24   think they were going to find anything.  Unbeknownst to the
25   Defendant, when he deleted all of the images and the videos,
```

1  and they went into the deleted photo folder, and then he did

2  the double delete and deleted them again to get them off of his

3  device; unbeknownst to him they still sat in this Apple folder

4  called expunged.  And because of the foresight of the FBI

5  agents, experienced in investigating these types of cases, they

6  sent what's called a preservation letter to Apple for the

7  Defendant's account.  Essentially just freezing it so that it

8  wouldn't go away after 30 days.

9       And because of that, because that account was frozen and

10 the agents then obtained search warrants, they found their

11 treasure trove of materials that the Defendant had with

12           .  Again, materials that he kept, materials that

13 involve           as a minor, materials that constituted

14 child pornography.  It literally was a collection.

15      Before I highlight the evidence, I just want to briefly

16 review with you a quick summary of the elements of the charges

17 the Defendant faces.  Ms. McGuinn reviewed them summarily in

18 opening statements.  I'm just going to briefly do the same

19 thing.  I think it would help -- His Honor is going to read you

20 very detailed instructions on each of the charges; but I do

21 think it would be helpful to go over the elements for each of

22 the crimes.

23      The first five counts are all the same charge, sexual

24 exploitation of a minor.  Then there's three counts, possession

25 of child pornography, those are counts 6 through 8.  And the

1    final count, Count 9, is the cyberstalking count.

2         I'm just going to start with the cyberstalking count

3    because in the opening statement for the defense they did state

4    that they were conceding that charge, that count, that they

5    were not contesting it.  But this is still a trial and you have

6    to reach your conclusion beyond a reasonable doubt that the

7    Defendant committed the crime of cyberstalking upon

8                    .

9         So Count 9, the first element of cyberstalking is that the

10   Defendant used an interactive computer service or an electronic

11   communication system of interstate commerce.  This is the

12   easier or more obvious of the elements.  He used an iPhone to

13   communicate with            .  An iPhone that's not

14   manufactured in the state of Maryland or in the United States.

15   He used the internet service.  Both of those factors meet this

16   element.

17        The next element that the Government has to prove is that

18   Mr. Bendann engaged in a course of conduct, let's start there,

19   course of conduct.  Repeated, repeated, persistent, constant,

20   hounding text messages, demands, threats from May of 2022

21   through December of 2022.  That's the time range covered by

22   Count 9.  That is the time range covered by the chats,

23   Government's Exhibit 221 and 222.  221 is the large, full

24   version over 700 pages; 222 is the shorter version containing

25   the selected chats, many of which you heard yesterday read to

1    you in court.

2        So, engaged in a course of conduct.  And no problem in

3    this case.  Every day.  Every day.

4        With the intent to harass, intimidate or cause substantial

5    emotional distress.  So how do you as jurors determine what the

6    Defendant's intent was when you can't go back in time and you

7    can't read his mind as he was firing off these messages to

8                  ?

9        "I'm thinking if I make it a little uncomfortable maybe

10   you'll actually take this seriously.  What does that mean?  It

11   means maybe I find a way for this to be unpleasant slightly for

12   you or you can think of something.  And then you will try to

13   avoid that experience in the future and remember it to be more

14   communicative.  Okay.  Well let's do this then.  I'm going to

15   bed but I want to wake up to good ones.  Like good face, not

16   angry, interesting angles.  Let's say five tonight to buy extra

17   time to talk later.  Does not mean that this whole situation is

18   dealt with though.  If you don't want to send the five or

19   forget tonight, we're going to have a bigger problem."

20       And as you may have gleaned yesterday looking through the

21   messages and hearing them read, if you read even more of them

22   as you will have access to them during your deliberations, you

23   can sense the tone as the recipient or the reader of these

24   messages.

25       So ask yourself when you're deliberating, when you read

through these demands and these threats from the Defendant, do
you think when he sent them to           that intended to
brighten           's day and to wish him well?  Is that what
you would logically infer from reading through the series of
messages from the Defendant?  Or would you logically infer that
the Defendant's intent was to harass, intimidate, coerce, and
cause emotional distress?  Whether he was angry or where he was
jealous.  His intent was to always remind           , doesn't
matter where you go, it doesn't matter who you meet, or what
you do, the Defendant wanted           to know that with the
click of a button I will ruin you.  Whether it's your family,
new girlfriend, new job.  You name it, the Defendant wanted to
screw with it.  That was his intent; intimidate, harass, coerce
and cause substantial emotional distress.

      And lastly, you have to find that           did
experience substantial emotional distress.  And you can make
that finding several ways.

      From his testimony, I mean, just by way of example he used
words like panicked and scared to describe how he felt to
receive screenshots like this.  A fake Twitter account created
by the Defendant, one of the things he would threaten when he
would say going public, send me something, I'll take it down.

      You also saw the fake Instagram account that made it look
like it was           's, fd_tch, with photos, explicit photos
associated with that account.  The Defendant would send

screenshots of that, too, to          when he wasn't

responding timely, when he was refusing to meet.

    "You're asking for it.  Well, too late.  You're public.

How about I try to message Riley?  Wonder what she would think

about all this?"

    And then the Defendant would send a screenshot like that.

    "Okay.  It's done.  Bye fucker.  Just went and looked at

her story.  Sure she'll notice soon and do something."

    What would a reasonable and ordinary person in

        's position, how would they react?  Would they

suffer emotional distress, substantial emotional distress.  A

logical inference based on your common sense, your life

experiences, yes.  But you actually have the testimony from

        and just viewing.  And these are just snippets.

    We only read half of the selected chats binder.  There's

months and months worth, over 700 pages, and it's constant.

And eventually because          is so terrified, eventually

he always has to cave.

    "I'll be over at 7 if you can't wait till then.  I'll

literally do anything."

    The desperation in just that example.

    That response comes after the series of taunting, dangling

threats.

    "I'm going to do it.  Here we go.  Just messaged her.  Oh,

I think she's -- I think she's going to accept me."

It doesn't matter what time of day, where          is.
Defendant didn't care.  All he cares about is controlling
          , setting him, making him do what the Defendant
wants.  And so many times he succeeded because you remember
that date, June 7th, 2022:  "I'll be over at 7 if you can wait
until then I will literally do anything."

And June 7th you saw snippets of those videos yesterday of
what          would have to go through just to keep the rest
of his life from falling apart because of the Defendant's
actions.

The evidence against the Defendant on the cyberstalking
count is overwhelming.

Let's go back to Counts 1 through 5.  They are all charges
for sexual exploitation of a child on different dates which
we'll go through each one.  But the elements for sexual
exploitation of a child are as follows:  Using a minor.  Based
on some of the questions that you've heard through
cross-examination, this is the million-dollar question.  In the
videos covered by Counts 1 through 5, is          a minor?

And as we go through each one, you'll have multiple ways
that we can establish that          is a minor.  Most
importantly, his own testimony as he was shown stills from each
of the videos, but we'll go through other ways as we walk
through each count to prove how we know, in addition to
          's testimony, that he was under age at the time that

1  the Defendant recorded him.

2      Engaged in sexually explicit conduct.  And in this case,

3  in these videos, the sexually explicit conduct is either

4  masturbation or it's the showing of male genitalia in a way

5  that is suggestive of sexual activity.  That's what makes the

6  videos in Counts 1 through 5 sexually explicit conduct because

7  that's what the Defendant had          do.

8      And for the purpose of producing a visual depiction.

9  Well, you've seen the visual depictions.  We have them for each

10 count.  And, again, in interstate foreign commerce.  Satisfied

11 again because the images, the videos, the pictures are produced

12 using materials that were manufactured outside of the United

13 States.

14     So let's start with Count 1.  And this is just a

15 screenshot of the video depicted in Count 1.  Just to orient

16 you or remind you of which one we're discussing here.  If you

17 recall,            identified that Pollo shirt, the Princeton

18 Pollo shirt here, and indicated that he was a minor when this

19 video was taken.

20     Now, according to the EXIF data on this video it was

21 created September 16th, 2017.  It was located in the expunged

22 folder of the Defendant's iCloud, which is significant because

23 he tried to delete it.  And the reason he tried to delete it is

24 because he knew that it is evidence of a crime because

25            in September of 2017 was only 16 years old.

1    The EXIF data also showed that this video was created with
2  an iPhone 7, again, an iPhone 7 that was not recovered from
3  Mr. Bendann's residence during the execution of the search
4  warrant, but we know he obviously had one at some point.
5    This particular video was located in another location as
6  well.  So in the expunged folder of his iCloud account was also
7  located in the Dell laptop MobileSync backup of his iPhone 11.
8  So iPhone 11, at some point there was a MobileSync backup done
9  to this Dell laptop.  And the same video for Count 1 was
10  located in that MobileSync backup and the MobileSync backup for
11  the iPhone 11 was dated July 23rd, 2020.
12    The same video was also located in the Sony Vaio laptop.
13  The Dell laptop was the one found on the desk in the living
14  room of the Defendant's residence, and the Sony Vaio was the
15  one that was found under the stairs of the basement in that
16  storage area.
17    So the same video was found in all of those locations.
18  Here's the interesting thing that the defense suggests with no
19  basis, the EXIF data must be wrong.                    was 18 or
20  older.  EXIF data is wrong.
21    If it's some weird fluke, it's a weird fluke on every
22  single device.  That EXIF data is incorrect on the file that's
23  in the iCloud expunged folder, on the MobileSync backup on the
24  Dell, it's incorrect on the Sony Vaio.  Oddly, all of the files
25  that are same video on all of the devices have the same MD5

1  hash number and EXIF data and Agent Oberly explained that those

2  are unique pieces of information for a file.

3       And the fact that they are the same and consistent through

4  all of these locations and all of these devices establishes its

5  credibility, reliability.  How can they contest that?  How can

6  they contest that it's the same?  Every single device?

7       And, the fact that              told you that he was under

8  18.  And when you watch this video in Count 1, and it's not

9  shown here because it's just a still image, look at

10            , look at his face.  Does he look like an adult in

11 that picture?  Use your eyes when you look at these as well.

12      Count 2.  This is just to, again, orient you.  This was

13 another video where              is in the front passenger's

14 seat of the car being driven around.  And both Count 1 and

15 Count 2            is masturbating while he's being recorded

16 by the Defendant.  Those are our visual depictions of sexually

17 explicit material.

18      Count 2 consists of three different videos, three

19 different clips all dated June 21st, 2018.  All with

20            in the car.  All of these located in the expunged

21 folder of Mr. Bendann's iCloud account.

22      Again, he went out of his way not just to delete them, but

23 to double delete them.  All three photos created with an iPhone

24 7; again, also found on the Dell laptop; and, again, they all

25 have the same MD5 hash and EXIF data between the iCloud

1  expunged folder and as they're found on the Dell 1B4.  Again,

2  emphasizing the reliability in the EXIF data.  Again, that's on

3  top of just look at            , look at his face, look at his

4  chest.  Does he look like he's an adult?  Plus his testimony

5  that he was under 18.

6      And just another interesting piece of evidence to

7  consider.  Note in this image, in these videos in the car when

8            says that he was under 18, he's not wearing a

9  necklace.  He's not wearing a necklace in any of the videos for

10 Counts 1 through 5, the sexual exploitation of a minor.  He

11 testified that he received the Gilman necklace that he showed

12 you when he testified, he took it out from under his shirt,

13 that he received that the fall of his senior year when he was

14 18.

15     And if you go back and do watch the videos that you were

16 shown yesterday from the summer of 2022 when he is an adult,

17 you'll see that he's always wearing it.  Just another piece of

18 corroborative evidence that when the videos that serve as the

19 basis for Count 2 were made, contrary to what defense may

20 argue, he was in fact a minor.

21     Moving on to Count 3.  Count 3 consists of two videos.

22 This is just, again, one screenshot to orient you.  Both of

23 these videos covered in Count 3 depict            standing in

24 the shower while he's being recorded in the Halpert residence.

25     This screenshot reminds of those images where you're shown

a picture and some people immediately see one image and other

people might immediately see a different image.  The primary

image is               standing in the shower, no necklace again

by the way.  The other image you may have quickly noticed is

Mr. Bendann in the reflection as he's recording          .

     And at some point the Defendant records

masturbating in the shower.  This video too was located in the

Defendant's iCloud expunged folder, yet another one that he

attempted to get rid of.

     This is a side-by-side comparison of one of the videos

showing the tile on the bathroom floor, the rug, next to an

image taken by the FBI of the Halperts' residence.  And the

reason why that is important is because the EXIF data on these

two videos that were recovered in Mr. Bendann's iCloud expunged

folder showed that it occurred at the Halpert residence on

Malvern Avenue.  And we know that that's true, Stacy Halpert

identified that is her bathroom.  We know that the Defendant

was house-sitting for the Halperts that weekend of August 26,

2018.  We know that from Stacy Halpert's testimony, and we know

that from the monthly calendar that Mr. Bendann kept,

August 26, 2018.

     Friday, October 24th, Halpert; Saturday, October 25th,

Halpert.  Doesn't say Halpert on the 26th, but we know from

Ms. Halpert's testimony that he was house-sitting for them that

weekend.

1    So if the GPS data is correct on the EXIF data then isn't

2  the date correct as well, August 26th, 2018?                would

3  have only been 17 years old.  What are they going to say is

4  wrong with that one?  What basis will they have to say that the

5  EXIF data for these videos is wrong?

6    Again, these videos were created with an iPhone 7.  They

7  were also found on that Dell within the MobileSync backup on

8  the Dell laptop.

9    So all of these pieces of evidence corroborate the fact

10  that when these videos were made              was, in fact, a

11  minor.

12    Count 4.  Count 4 is a single video that was created at

13  the Feiss residence.  The left side of this screenshot, that is

14  a screenshot from the actual you video involving            .

15  And, again, he's standing in the shower of this residence.  The

16  Defendant actually proceeds to wash him during this video and

17  then masturbate him.  Recording it all.

18    So the left hand is just a screenshot to show you the tile

19  of that bathroom, shower, the floor of that bathroom, because

20  we then are able to match it to the photo taken by the FBI at

21  the Feiss residence.  And of course you recall Mr. Feiss

22  immediately recognized how he was familiar with the tile of the

23  floor and the shower and the shower wall because of the

24  remodeling that they did.  And how unique some of the tiling

25  was.

1    The notation there at the top, I've just zoomed in on the

2  list of written Venmo transactions that Mr. Feiss identified.

3  That's how they would typically pay the Defendant for the times

4  that he would house-sit. $350 for the weekend of January 2nd,

5  2019. Not the weekend, I'm sorry, this was an actual family

6  holiday vacation. So let's look at January 2nd, 2019.

7    Mr. Feiss told you that they went on a family vacation

8  leaving December 26th and they returned on January 2nd. They

9  had gone out to Wyoming, I believe he said.

10    And we have the Feiss's name here on -- this is

11  Government's Exhibit 90, Defendant's monthly planner. On the

12  28th there's an entry for Feiss; 29th, Feiss; 30th, Feiss;

13  31st, Feiss; January 1st, Feiss; January 2nd, Feiss.

14    And then the bottom screenshot is just the actual Venmo

15  records showing that Mr. Feiss's wife, Hadley, paid Mr. Bendann

16  through a transaction and paid him $350.

17    So, again, this is a single video. According to the EXIF

18  data this is dated January 2nd, 2019. So, again, this is one

19        is a minor. This, too, was located in the

20  Defendant's iCloud expunged folder. Again, this one was

21  created with an iPhone 7. This was also located on the Dell

22  MobileSync back up, and the GPS data in the EXIF information

23  puts it at the Feiss residence on Brightside Road. So, again,

24  if the GPS data in the EXIF data is accurate, how can the date

25  not be? What are they possibly going to argue to establish

1  that this information is faulty?  It's corroborated by

2  Mr. Feiss, the photographs, the calendar.              was a

3  minor here too in Count 4.  Which the calendar entries, I've

4  got to say, even if you were to entertain, even if you were to

5  entertain the possibility that for each of these videos on each

6  of these counts the EXIF data is wrong and somehow got wonky, I

7  mean, what a coincidence that he just happened to be

8  house-sitting at the actual locations on the dates where the

9  EXIF data is wrong.  Is that really a believable conclusion?

10      Count 5.  Count 5 is a single video.  The image on the

11  left is just a screenshot from the actual video itself.  And

12  the screenshot on the right is from the              residence

13  shower.

14      And in this particular very lengthy video, which I believe

15  you only saw a short portion of,              is in the shower

16  at his own residence and, again, the Defendant washes him and

17  masturbates him.

18      According to the EXIF data, this video is dated

19  February 9th, 2019.              is still a minor.  He doesn't

20  turn 18 until March 20th, I believe.  It's located in the

21  expunged folder, again, of the Defendant's iCloud.  So he did

22  the double-delete trying to get rid of this video as well.  It

23  was created -- this one was created with an iPhone XS.  There

24  was an iPhone XS recovered from the Defendant's residence

25  during the search warrant execution.  It was also -- this video

1    was located on the Dell MobileSync backup.

2        And the GPS data, the EXIF data shows the GPS data, he's

3    at the          residence on Overbrook Road.  And we know from

4               testimony, and she identified a travel ticket

5    that was introduced into evidence, that they were in fact away

6    that weekend in Nashville.

7        The EXIF data shows the time on the video as 10:54 a.m.,

8    10:54 a.m. was significant.  Ms. McGuinn brought it out during,

9    I think it was Agent Walker's part one testimony, that at some

10   point in the video          asked what time it is.  And the

11   Defendant responds 11:00 a.m.  The EXIF data is accurate for

12   the date, the location, the time.  How are they going to say

13   that that one is wrong?

14       The evidence against the Defendant on all five counts of

15   sexual exploitation of a child is overwhelming.  And your

16   verdict on those counts should be guilty.

17       I'll move on to possession of child pornography.

18       Although, one more thing on the EXIF data.  It didn't seem

19   from yesterday during Agent Walker's testimony that there's any

20   challenge to the EXIF data on the summer of 2022 videos.  There

21   is EXIF data on those videos.  That's how we know two were on

22   June 7th, 2022; two were on June 14th, 2022.  So is the

23   argument that those dates are right when          is an

24   adult, but the ones where he's a minor that would establish

25   proof of the Defendant's guilt, those are wrong, inaccurate,

1   not reliable.  How are they going to explain that.

2       Possession of child pornography --

3           MR. NIETO:  Your Honor.

4           THE COURT:  Private channel.

5       (Whereupon, the following conference was held at the

6   bench:)

7           THE COURT:  Mr. Nieto.

8           MR. NIETO:  We had let Ms. Hagan some leeway but she's

9   shifting the burden and explicitly asking the juror to have us

10  have to respond and that is problematic and inappropriate.

11          THE COURT:  Thank you, Mr. Nieto.  Ms. Hagan, you're

12  flirting with major trouble here.  The Defendant didn't object.

13  I didn't intervene on my own.  I was on the verge but didn't.

14      The reason that I think that this maybe just skates by at

15  this point is that there have been things said by defense

16  counsel both in cross and in opening that raised questions

17  about these timing issues, and, arguably, that gives you some

18  basis for reacting as you are now, as opposed to this being

19  viewed as some sort of a burden-shift or commenting with

20  respect to the Defendant's responsibility to present a defense.

21  All kinds of troublesome areas.

22      Save rebuttal for rebuttal.  See what happens in their

23  closing.  And Ms. McGuinn may find that certain doors swing

24  open by virtue of how Mr. Nieto argues.  But if you're at that

25  point now of entitlement, it's only just barely and thinly

1  based on what has been presented by the defense in their

2  opening and on cross.  And I admonish you that you cannot in

3  closing argument set up demands for the Defendant to prove or

4  disprove certain matters.  I am explicitly not finding that you

5  have done that yet, but you're close.

6          **MS. HAGAN:**  Yes, Your Honor.

7          (Whereupon, the bench conference was concluded.)

8          **THE COURT:**  You may continue, Ms. Hagan.

9          **MS. HAGAN:**  Thank you, Your Honor.

10      Count 6, 7 and 8 pertain to the charge of possession of

11  child pornography.  There are three elements to that offense:

12  To knowingly possess a visual depiction.  And in this case

13  Mr. Bendann actually created the videos and images that he

14  possessed, maintained them in his control.  And the visual

15  depictions involved sexual explicit material of          ,

16  who was a minor engaged in sexually explicit conduct.  Either

17  shown masturbating or his private genital area was exposed and

18  shown in such a way to be suggestive of sexual conduct.

19      And, again, it had to have been an interstate foreign

20  commerce.  And we'll discuss where each of these counts, where

21  the materials are found; but they were found on devices that

22  were made with materials outside of state of Maryland and the

23  United States.

24      Count 6 covers the possession of child pornography on

25  Mr. Bendann's iCloud account, cbendann@gmail.com.  And the

1  materials involved in Count 6 are the same videos that cover
2  Counts 1 through 5 but these were found in a different
3  location.  So possession of child pornography of these videos
4  on the iCloud account, cbendann@gmail.com.
5       Count 7 covers possession of child pornography that was
6  found on the Dell laptop.  And, again, it's the same videos
7  from Counts 1 through 5 just found here on the Dell.  And
8  that's a separate count of possession of child pornography.
9       Count 8, on Count 8, the Sony Vaio, the laptop found under
10  the stairs, there was the same video from Count 1 was found on
11  this laptop, so that's an additional count of child
12  pornography.
13       Which then brings us back to the last count, which is
14  Count 9.  And, again, the time frame for Count 9 is May through
15  December of 2022.  Within the messages from May through
16  December of 2022, there's examples of how the Defendant stalked
17          .  Always needed to know where he was and no matter
18  where he was Mr. Bendann would continue with his demands,
19  threats, and his coercion.
20       And he was successful with his threats and intimidation
21  and coercion and we know that, again, because from
22          's testimony, and we know from the videos, and these
23  are just two screenshots from two of the videos, that
24          would ultimately comply.
25       And if the look on          's face in those videos

1  isn't substantial emotional distress then I don't know what is.

2      Ladies and gentlemen, it took three days to present the

3  testimony and evidence in this case on the Government's behalf.

4  And we know that at times it's been difficult because you've

5  had a lot to watch, a lot to read, and some of it may have been

6  very difficult to digest.  And we appreciate your time and

7  attention in this very sensitive matter.

8      But there still is additional work to be done and focus to

9  be had because you need to go back and review the evidence

10 thoroughly, looking at the elements that the Government has to

11 meet.  And, you have to determine whether or not the Government

12 has met our burden of establishing the Defendant's guilt beyond

13 a reasonable doubt.  And there is insurmountable evidence based

14 on          's testimony, corroboration of former Gilman

15 students, his former friends, EXIF data, the digital forensics,

16 the Venmo transactions, the calendar entries, the videos

17 themselves.  All of that combined, when you look at all of that

18 evidence, what other logical verdict is there to reach other

19 than guilty?

20     One of the things that you will have to evaluate as you

21 discuss the evidence is witness credibility.  And when the

22 number of students, former students, testified, their

23 credibility was somewhat attacked in that they were asked about

24 a series of messages in a group chat.  A group chat that took

25 place after the Defendant had been terminated.  I believe the

1  group chat was in February of 2023.  And on cross-examination,

2  the allegation was that these former students, friends of

3        , had come together to communicate and figure out a

4  way to concoct stories, make the case better:  Just come

5  forward and say what you need to, to make the case stronger.

6      As if it was a conspiracy, a conspiracy to lie, a

7  conspiracy to corroborate            's lies.  But as

8  Mr. Schloeder explained it, that's not what was happening in

9  that group text message.  This was a group of former students

10  and friends that were in shock over what they learned about

11  their friend,          , but also about their friend

12  Mr. Bendann.

13      And if these former students came here and testified after

14  conspiring to make up stories, then why weren't they all the

15  same?  Or why didn't everybody come in with some impactful

16  story, like Will Godine and the towel incident.  A very

17  memorable incident for Mr. Godine, it took him by surprise when

18  it happened.  But an incident like that, and the Snapchats at

19  night that some of the other former students talked about from

20  Mr. Bendann where he would ask questions, like, "Are you

21  wearing pants," or "Why are you wearing a shirt?"  They're just

22  small examples of the Defendant testing the waters with these

23  relationships and how much trust there was.  How far could he

24  push the envelope.

25      And at the time maybe they thought it was weird, but it

1  was also Mr. Bendann, Mr. B., and maybe that's what

2  thought too when he found himself in the position.  He may have

3  found himself in a position on a number of occasions wondering

4  if he should tell somebody.  And he was asked that on

5  cross-examination.  "You never told a single person," "You say

6  this went on for years and you never told a single person?"

7          And              's response was something to the effect of

8  "being abused by your teacher for years isn't something that

9  you're proud of."

10         It appeared as though he felt some shame, embarrassment.

11  But not at last Friday, last Friday he came in to this very

12  public courtroom, this very public forum, and he answered some

13  very uncomfortable and difficult questions, very uncomfortable

14  and difficult questions.  And his testimony, again, it's

15  corroborated.  I mean, just from what happened in London,

16  corroborated from Riley Seelert,              , the text

17  messages.  Everything that            testified to is

18  corroborated.

19         And he was asked on cross-examination whether or not he

20  was just doing this to save his relationship because

21  Ms. Seelert realized in the summer when she made the discovery

22  and was going to end things.  He was asked whether or not he

23  just made this up to save the relationship.  He was going to

24  come in here in front of everyone and recount some of the worst

25  moments of his life for that reason?

```
 1          He was also asked on cross-examination whether or not he's
 2     doing this to sue, to get money.  And his response was, "I'm
 3     just here to get justice."
 4          And so despite having to relive these moments publicly,
 5                 really carried the weight of the Government's
 6     burden, the Government's burden.  We have to establish our case
 7     beyond a reasonable doubt and              carried the weight of
 8     that burden.  He said he's just doing this for justice.
 9          And, ladies and gentlemen, it's time.  It is time to find
10     the Defendant guilty of the crimes that he committed against
11             .  We ask that you find him guilty of Counts 1
12     through 5 for the sexual exploitation of a child; Counts 6
13     through 8 for the possession of child pornography; and Count 9
14     for cyberstalking.
15          Thank you.
16          THE COURT:  Ladies and gentlemen, we're going to take
17     a recess now.  During the recess do not discuss the case with
18     anyone.  Do not discuss it even among yourselves.  Do not allow
19     yourselves to be exposed to any news article or reports that
20     touch upon the case or the issues it presents or any articles
21     or reports that relate to any of the participants in the case.
22     Avoid all contact with any of the participants in the trial.
23     Do not make any independent investigation of the law or are the
24     facts of the case.  Do not look up anything pertaining to the
25     case or its participants on the internet.  Do not consult an
```

```
 1   encyclopedia or a dictionary.  Ten minutes.
 2       Take the jury out.
 3           THE CLERK:  All rise for the jury.
 4       (Jury exits at 11:24 a.m.)
 5           THE COURT:  Ten minutes.
 6           THE CLERK:  All rise.  This Honorable Court now stands
 7   in recess.
 8       (A recess was taken from 11:25 a.m. to 11:43 a.m.)
 9           THE COURT:  Be seated, please.  A few housekeeping
10   matters related to the jury instructions.  The table of
11   contents has now been corrected to show that there is an
12   instruction 35.
13       We found a typographical error in the table of contents in
14   the header for instruction number 39 as well as in the header
15   for the instruction itself.  The word "count" has been replaced
16   with "counts," plural.
17       And then the number 3, Mr. Proctor, you sent an email
18   actually to chambers raising a concern, but you've overlooked
19   instruction 22, paragraph number 2.  Please look at that and
20   then make your record on withdraw of your concern.
21           MR. PROCTOR:  Yes, we would withdraw that request,
22   Your Honor.  I wasn't working from this version.
23           THE COURT:  Got it.  Request withdrawn.
24       Ms. McGuinn, you may approach.
25       Mr. Proctor, you may approach.
```

1    Ms. McGuinn, I've provided the Government with a copy of

2  the instruction I intend to deliver at the conclusion of this

3  trial.  Are they acceptable to the Government?

4          **MS. MCGUINN:**  Yes, Your Honor.

5          **THE COURT:**  Mr. Proctor, I've supplied the Defendant

6  with a copy of the instructions that I plan to deliver to the

7  jury at the end of this trial.  Are they acceptable to the

8  Defendant?

9          **MR. PROCTOR:**  Yes, sir.

10          **THE COURT:**  Mr. Nieto, are you ready to proceed?

11          **MR. NIETO:**  Yes, Your Honor.

12          **THE COURT:**  Bring the jury in.

13          **THE CLERK:**  All rise for the jury.

14    (Jury enters at 11:45 a.m.)

15          **THE COURT:**  Be seated, please.

16    Mr. Nieto, on behalf of the Defendant do you wish to make

17  a closing argument?

18          **MR. NIETO:**  Yes, Your Honor.

19          **THE COURT:**  You may proceed.

20          **MR. NIETO:**  Thank you.

21    Well, good morning, again.  As I said in my opening, my

22  name is Christopher Nieto and with Gary Proctor, my co-counsel,

23  we are representing Christopher Bendann.

24    As we had said in our opening statement, we try to give

25  you a roadmap as to how we thought the case would go.

1  Specifically, for everyone's edification, right, we said that

2  we are not challenging the accusation about the cyberstalking.

3  Very clearly, Mr. Bendann lost his mind after          was

4  leaving high school and moving on with his life.  And he fully

5  accepts responsibility for that fact.

6      But, what we said in our opening, the reason why we're

7  here is because Mr. Bendann did not sexually exploit a minor or

8  knowingly possess child pornography.  The romantic relationship

9  with          came to fruition when he was 18 years old.

10 And the videos that were created occurred after the romantic

11 relationship began.

12     Again, Mr. Bendann did not sexually exploit a minor or

13 possess child pornography.

14     And as Ms. Hagan said, we can all fully appreciate and

15 understand this is a difficult case for everyone, specifically

16 jurors.  The actions of Mr. Bendann captured in the text

17 messages are unforgivable.  The inability to let go, in this

18 case, was criminal.  Nobody here is trying to make any excuses

19 in any way for that conduct.

20     But the Government is banking on the shocking nature of

21 the cyberstalking offense, the unsettling nature of the videos,

22 and your appropriate and collective moral outrage to make you

23 skip over some of the details, to skirt your responsibilities

24 and convict simply because of how offensive the way it was he

25 treated          after          left the state.

1        Again, about a week ago we conceded that count.  It was

2    never in dispute.  Yet, we spent hours during this trial

3    reviewing that.  And the majority, the bulk of the Government's

4    closing argument hinged on those accusations, accusations that,

5    again, we were not pushing back on in any way.

6        But, from the witness's testimony, right, we know that the

7    conduct of Mr. Bendann, once            was over 18, was

8    inconsistent with who he was.  The reputation he earned after

9    years of working hard and contributing to this community, the

10   reputation of being that go-to advisor in middle school, the

11   cool teacher that got along with all of the students.  All of

12   it gone with the push of that send button from his phone.

13       That's why I say, respectfully, we must put aside those

14   collateral and emotional thoughts from both sides and simply

15   focus on the evidence presented and not presented.  That is how

16   we can ensure this verdict will be fair and just.

17       So, again, just to reiterate what we said in the opening,

18   in case there's some confusion, we do not deny that he is

19   guilty of cyberstalking.

20       Now, I think the Government and we agree on that point but

21   that may be the last point in which we can fully agree.  But,

22   there might be a few things.

23       So one of the things that Ms. Hagan said in her closing,

24   which we acknowledge, was that            had repeated the

25   seventh grade.

1          Now, the testimony was that he had been re-classed.  I had
2     not heard that terminology.  I don't know if that's a Gilman
3     thing or not.  But as I had always heard it was that he was
4     held back or repeated a grade.  And so the significance of that
5     is only that he is older than the other students in his class.
6          He graduated high school at the age of 19, he turned 18 in
7     his junior year; and then of course when he left Maryland to go
8     to Pennsylvania he had already been in this relationship with
9     Mr. Bendann for about 18 months after he had turned 18.
10         Secondly, which I think we can all agree, is that
11              made no representations to his family, his friends,
12    his teachers, his coaches, his teammates, anyone, that there
13    was abuse occurring when he was in high school.
14         Now again, so there's no confusion, I'm not referencing
15    anything that happened during his senior year because again
16    we've conceded that point; but I am referencing the years of
17    abuse that              alleges occurred starting from the ages
18    of 14 or 15.  And the Government referred to it consistently as
19    under 18, under 18, but we cannot forget specifically what it
20    was              said as to when this abuse allegedly began.
21         What we also do know is that              's parents were
22    incredibly active in his upbringing, right.  They fought
23    enough, they had their finger on the pulse of what was going on
24    with their son well enough to know, well enough to know that
25    not for academic reasons but that he should be re-classed

because he just wasn't mature enough, right?  Again, I don't
say that in any way to embarrass him.  But what I'm saying is
that that is an attention and level of care and focus that I
don't know if many people's parents would do.

Now, we know that Gilman, through their report cards,
would have extensive notes from their teachers, right, but
that's all about grades.  To know your child well enough to
know that they would need an extra year to mature, that is a
decision that can only be made by involved parents.

And we could see that was not an easy decision to make
because, again, he's not failing academically.  He did well
throughout middle school and high school.  He was AP and taking
honors classes, right.

But                  struggle with that decision, again, that
is a continued reflection of her focus on her son.  So the
parents were observant and paying attention to know that

                needed more at that time, and they worked hard to
get him there.

Now, once he returned from Calvert, right, doesn't take a
rocket scientist to imagine they're going to be even more
focused on him, right, because now he's coming back to Gilman.
Did this year at Calvert serve the goal that it was aimed to
do?  Of course.  Why wouldn't they?  They want to make sure
that he's adjusting well socially, academically, athletically,
right?  They want to see him happy.  They want to see him doing

1  well.

2      While he struggles, they're going to want to see if

3  there's any changes that can be made, right?  They're going to

4  be following up.  These are super involved parents.  And yet,

5  they picked up on nothing.  They saw nothing wrong.  And that's

6  because there was nothing going on at that time.  There was

7  nothing wrong.

8      Once he gets to college, right, obviously his parents

9  aren't with him as much, right.  He's living in another state,

10 right.  They're not going to be able to see the signs and

11 issues that were clearly prevalent when he was in college.  But

12 that cannot be said for            when he was at Gilman.  It

13 cannot be said when he was living in their home, a house that's

14 a stone's throw away from the school where they both worked.

15 Nothing about the meticulous attention to their children or

16 well-being would suggest that they were unobservant.  And yet

17 there was nothing.

18     As I said, for God sakes, they worked at the same school.

19 Picked up on nothing?  No teacher said, "You know, he's

20 struggling at the age of 14 or 15.  He's lashing out."  No, we

21 didn't hear anything about that.

22     Now, based on common sense with the limited information we

23 have about this family that just doesn't make sense.  If

24 anything untoward were going on for an extended period of time,

25 as the testimony was three to four years of high school

1  education, the           would have known.

2       And from what we can tell about his best friend, James

3  Schloeder, is that Mr. Schloeder does not lack passion or

4  caring for his friend.  He was the one who figured out the

5  anonymous Gilman student at the heart of this case before

6  anyone else did.  He positioned himself within this community

7  to assist in whatever way he could.  He sort of lodged himself

8  in between the Gilman alum and the           , specifically to

9  try to help.  That kid, that kid would have noticed if his best

10 friend, one of the only two most important people on the planet

11 to him, he would have noticed if           changed his

12 deodorant much less be subjected to years of underage sexual

13 abuse by their mutual friend.  Of that, we should be

14 100 percent certain.

15      Now, to be candid, Mr. Schloeder may put his heart before

16 his head sometimes, but the friendship with

17 transcended their respective grades.  It goes back to when they

18 were childhood friends.  You could tell how upset he was that

19 he didn't know anything.  You could see how upset he was about

20 that because that's because of the misrepresentations about

21 what was actually going on between           and Mr. Bendann.

22      Again, Mr. Schloeder figured out who it was that was being

23 discussed for purposes of cyberstalking, but was gobsmacked

24 with the allegation of the underage abuse.  He knew

25        , he knew Christopher Bendann.  But he didn't know this

1   was happening at Gilman?  The sober kid at all these parties,
2   the kid who is not drinking.  He's not picking up on anything
3   weird going on?                 never made a drunken comment?  No
4   one made any statements.  There was no visual or nonverbal cues
5   that his best friend in the world would make that he's not
6   picking up on?  No, he would have known.  Somebody would have
7   known.
8        And, again, we know from                that Mr. Bendann was
9   not -- again, I'm not talking about the cyberstalking.  I'm
10  talking about when he said he was 15 when this happened, right.
11  The pressure points for the cyberstalking, the pressure points
12  on a 20 year old, it's very simple.  Continue sending me videos
13  or I will share the videos that I have of you.  That's how that
14  works.  But that doesn't apply when there's underage
15  accusations especially for someone as educated as             .
16       We heard from the testimony.  He was raised, he knew if
17  you see something, say something.  He was taught at the school
18  to say something if he saw something; but he would have
19  reported the abuse.  Because, again, it's not as if Mr. Bendann
20  was saying "don't tell anybody that I'm videotaping you
21  underage involved in sexual behavior because if you do I'm then
22  going to provide that to your friends."  No, of course not.  Of
23  course not.  That just doesn't make any sense because that
24  didn't happen.  In fact, nothing happened like that.
25                      did not testify that Mr. Bendann threatened

1    him or extorted him or cyberstalked him prior to turning 18.

2    You've seen no text messages or communications during that time

3    frame in support of what              testified to occurring.

4    And that is because it didn't happen before March 20th of 2019.

5         What else do we know?  Well, we had provided as an

6    exhibit, right, a picture of              from May 19th of 2022,

7    right?  This is when he was 21 years old.  The significance of

8    that is because in relation to the exhibit that the Government

9    has shown, which was I think the yearbook photos, the four of

10   them, right, there's no stark difference in the physical

11   appearance between the 18 year old and the 21 year old.

12   There's nothing there to help distinguish different ages from

13   watching the videos.  The hairstyle hasn't changed.  There's

14   nothing remarkable about the physical appearance.  No.

15        We have the photos and the videos of              when he

16   was 18.  But there is a stark difference from what he alleges

17   when this was, he said, was all happening in 2018 to when he

18   got older, right.  And we've seen that picture.  What do we see

19   in this photo, right?  We see glasses.

20        Indeed, from the Government's exhibit that they introduced

21   at the beginning of the case and in their closing we can see

22   unequivocally that he was wearing glasses at that age in 2018

23   when he's alleging this was happening.  But we don't see hide

24   nor hair of those glasses anywhere in the videos, purportedly

25   taken from that time frame, and that is incredibly relevant and

48

1   important because this is the time frame in which the

2   Government alleges two of these videos were created; but he's

3   not using glasses to view his phone or anywhere else in the

4   video do we see that.  And that simply doesn't make sense.

5        But, as the Government is going to repeat ad nauseam, pay

6   no attention to the man behind the curtain.  Don't worry about

7   that.  The EXIF data cures all the ills of our case.  It solves

8   any question that we can't explain within the narrative that

9   we've presented to you.

10       So, ladies and gentlemen, what I'm saying is, it's your

11  common sense to make a determination whether you can rely on

12  the EXIF data solely.  That is a problem.

13       And, primarily, one of the reasons is because Mr. Oberly,

14  when he testified, talked about the technology on this.  He

15  says, it's going at such a rapid pace, every six months

16  something new is going on.  We're struggling to keep up.  We

17  don't know what he's going to say in five months or 29 days

18  about EXIF data.  We have no idea because he even acknowledged

19  that the EXIF data can be corrupted.

20       But, most importantly, most interesting of his

21  testimony -- and I don't know if you folks remembered this --

22  but there was an issue with the EXIF data in this case in

23  relation to certain files where the creation date was a certain

24  date and the modification date preceded that, right.  That

25  doesn't make any chronological sense at all, right?  And the

1    Government astutely identified that as a problem and posed the

2    question to Mr. Oberly.  And his response was, "I don't know.

3    I don't know why that is."

4        The Government's forensic computer expert got on the stand

5    on a matter germane and specific to this case.  This was not an

6    abstract or hypothetical question.  This was the computer data

7    associated with the files in this case.  He did not know how to

8    explain them.  So what does he do?  You heard him, "I picked up

9    the phone and called Apple."

10        Again, this is the expertise that they're providing to you

11    on which they are basing the bulk of their arguments.  I'm

12    going to call the Apple line and the Apple line gave me a

13    possible explanation, one potential theory.  Obviously, he

14    didn't say EXIF isn't ironclad anymore.  He says, "Well, you

15    know, I called them, maybe it was recreated on a different

16    date."

17        Now, everything that we know about the forensics in this

18    case, right, phones, iPads, backups, iClouds, things that are

19    moving all over the place in terms of creation, modified, saved

20    dates, when this is happening.  No.  The EXIF data is flawed

21    because you can't say the EXIF data is not when your expert

22    himself did not understand it during his review of the evidence

23    in this case.

24        So, but that's just one issue, right.

25        Also, look at what common sense tells you.  Now, Defense

1  Exhibit 6 and 7, right.  I had introduced these through Special

2  Agent Walker, right.  And it was significant because, again,

3  the Government used one of these photos or a facsimile of it to

4  clarify potential EXIF issues during the direct testimony.  And

5  for Special Agent Walker, it did take her a bit to acknowledge,

6  we all know, which is that these have very different dates and

7  times on them.  Okay.

8       Now, to be sure, she was very quick to reply:  Don't

9  worry.  The EXIF data, that's what it is.  This is proof, the

10 EXIF data is proof.

11      They didn't provide any EXIF data to establish in these

12 videos if it occurred before              's 18th birthday.  If

13 they did have that data, trust and believe, it would have been

14 one of the indicted counts, right.  And we know that because we

15 sat through the Government's closing, which all it was was text

16 message after text message after text message from 2022, the

17 count to which we've already conceded.  They spend that much

18 time and energy hitting home those more salacious points for

19 your benefit.  If they could establish that this was under the

20 age of 18, they would have charged it.  But they didn't.  They

21 didn't.

22      This isn't child pornography.  It's not sexual

23 exploitation of a minor.  And it is good proof as to why the

24 EXIF data is fallible.  And again, as I said, we know this

25 because of the conflicting dates in the photos, right.  It

1  obviously can't be December of 2018 and March of 2017 at the
2  same time, obviously.  Maybe you're all thinking, right, what
3  would anyone think, but they both say it happened before March
4  of 2019.  It's a fair question.  Absolutely.

5      So, accordingly, what do we know?  Well, we know that
6  these videos were filmed surreptitiously.  We know they were
7  filmed through a spy camera, a nanny cam, if you will.  So, the
8  same witness, Special Agent Walker, we went through the Google
9  searches that they were able to find from Mr. Bendann's
10 electronic devices.

11     Two, not one, but two special agents from the FBI with
12 decades of experience working on these types of investigations
13 created this list of Google searches from the accounts.  The
14 search is important because what it shows is that Mr. Bendann
15 did some online research for spy cameras, the same cameras he
16 used in these videos.  He did these online searches in January
17 of 2020.  He did not do these searches when          was in
18 high school or before his graduation.          was already
19 18 years old and had been for almost a year in January of 2020.
20 And we see these types of cameras being used and they're dating
21 it 2017 and 2018.  That's obviously an impossibility.  It's
22 literally impossible that these were from pre-2019.  And the
23 frustrating thing about this, the frustrating thing about it is
24 that the case agent, the FBI, two qualified assistant United
25 States attorneys were wholly unaware.

```
 1           This Google search is a typed document.  This is not a
 2    printout, which meant someone, either Special Agent Corn or
 3    Special Agent Walker, sat there and typed this out:  "Ten best
 4    spy cameras you can buy in 2023," the search was in
 5    January 24th, 2020.  "The seven best nanny cams of 2023," the
 6    search was in January 24th of 2020.  "The 10 best sites to send
 7    anonymous text messages," which would be wholly relevant for
 8    cyberstalking, not for anything else, that was the 10 best
 9    sites in 2022, that search as well was in January of 2020.
10           They didn't even look at what they were writing.  They
11    didn't even look at what they were presenting to you.
12           Doesn't matter if it's UTC time, if it's Eastern Standard
13    Time, or it's some other time period, you cannot be searching
14    for the best anything three or four years in the future.  This
15    is an error.  This is a fatal flaw because, again, the
16    significance of this is directly in relation to some of the
17    images that we're seeing, right.  And they're just ignoring it.
18    That's all they're doing, ignoring it.
19           The Government had equally provided no testimony as to the
20    image file names in the sequential order.  And this is
21    significant because as you're going to see in the jury
22    instructions where we're talking about the first five counts,
23    right, each of the files in the indictment has a name, right.
24    And it's like -- it has numbers.
25           So from 2017, that's when it purportedly happened, that
```

1  filename is 6965.  What happens in 2018, it's sequential, 6966,
2  67 and 68.  We keep moving, now we're in 2018 later, and we so
3  those numbers -- now we're now in the 60s anymore, we've jumped
4  to 74 and 75.  We move forward to January of 2019, again,
5  according to the EXIF data, and now we go backwards to 6969.
6  And then lastly, in February of 2019, the nomenclature for that
7  file is 6976.  So it's not even in sequential order based on
8  the chronology that they're telling you is when these videos
9  were created.  That doesn't make any sense.

10     And the Government says, "Oh, well, you know, he was
11  house-sitting at these houses on certain dates.  We established
12  that on cross.  He was house-sitting the exact same dates in
13  different years, all after 2019."  But it's just the EXIF data,
14  EXIF data cures it all.

15     None of this computed data makes sense and it must make
16  sense or you cannot come to the conclusions that the Government
17  already came to a long time ago.  Irrespective of what the
18  actual evidence will show.

19     Now, we've heard from a variety of former students, all of
20  whom without a doubt are motivated to come here to court.  No
21  one, no one as much so as James Schloeder.  And one of the
22  things that he said that I do not have any quarrel with,
23  100 percent believable, is that, as he said, no one expected
24  the text conversations that he had to be revealed to anyone.
25  He is absolutely correct about that.  And the reason for that

1  is because it provides some insight, pulling back the curtain,

2  right.  It's illuminating because it shows what these guys are

3  actually saying and doing when they don't think anyone is

4  listening.  They're offensive.  They're crude.  They're

5  homophobic.  They're racists amongst each other.  God knows

6  what they would be like with people they don't know.

7       But it's illuminating because, again, what it does is it

8  shows you who they are when they don't think anyone is paying

9  attention.  The reason why we kept circling back to that wasn't

10 just, again, it's not for purposes of embarrassment, right.

11 It's because it's a major part of this case.  Notwithstanding

12 the intolerance for anyone that is different from them.

13      Mr. Schloeder importantly tried to get his friends to lie

14 about their experiences with Mr. Bendann.  He expressed

15 disbelief and even frustration, frustration when they didn't

16 have anything to offer.  I'm sorry, I've never had experiences

17 like with Mr. Bendann.  "Damn."  That was his response to

18 Mr. Witherspoon.  "Damn."  Damn, indeed.

19      And look, if this weren't such a serious case, right, all

20 right, if this revelation doesn't go to the core of what we've

21 got going on here then maybe we could just chalk this up to

22 young men being and saying stupid, dumb things.  But this is

23 not a joke.  This is a serious case.  Something that

24 Mr. Schloeder knew all too well.  And, candidly, would never

25 joke about his friend's abuse.  You saw him, that's not in

1  dispute.  He talked about the effect that this would have on
2  him.  How upset he was.  His frustration was palpable, right.
3  You could feel it.  But that doesn't look like the type of
4  emotionally affected best friend who's going to start cracking
5  jokes at the expense of what's going on to his friend.

6      In the same conversation where he's expressing concern
7  that we don't have enough evidence, we don't have enough
8  evidence, do you expect him to believe, in that same portion of
9  the conversation, he's just going to start joking?  No.  Proof
10 is in the text messages.

11     And, it wasn't just him trying to conjure up allegations
12 to help his friend that give us cause for pause.  No.  Another
13 troubling aspect was his futile attempt to explain away the
14 repeated offensive words like "gay" and "fag."  This is
15 relevant, right, because, in addition to the animus that he and
16 the other witnesses at trial have towards Mr. Bendann, but
17 because he couldn't own it.  That was one of the more awkward
18 explanations of homophobia that -- that I think has been heard
19 in a while.

20     I mean, he provided his phone.  He provided the phone that
21 had naked photos of his friends.  He provided the text in which
22 he tried to provoke his colleagues to lie for the benefit of
23 one of their brothers.  And he provided the text conversations
24 in which he's using this language.  When confronted, he lied.
25 Most stupid sort of way, too.

 1          To think that, well, when I use the word "gay" and "fag,"
 2   I'm not actually making a comment about their sexuality, I'm
 3   just using their sexuality as a term that's derogatory towards
 4   them and everyone else.  That's explanation for prejudice.
 5          I don't actually dislike gay people, I just use their
 6   sexuality to describe things I don't like.  That's called
 7   homophobia.  That's called offensive.  That is explicitly why
 8   Gilman needs DEI or CEI, or whatever acronym they want to use
 9   for that school.  Someone like Mr. Schloeder, who attended
10   pre-K all the way to 12, right, the quintessential Gilman man,
11   generational member of that community, his father being a
12   teacher before him.  He demonstrated precisely what a Gilman
13   man thinks and says when only other Gilman men are around.  He
14   acted as if it was a normal adjective, an adjective of course
15   that he would never use at work, which is exactly what I think
16   he said.  Totally normal.  He didn't see it to be a bad thing.
17          I think he did suggest it hadn't aged well, right, because
18   2022, you know, that's a generation ago.  But the dishonesty
19   and shame in his actions is precisely the dishonesty that we
20   see in those texts to create the fiction against Mr. Bendann
21   just without the appropriate shame.
22          Everything James Schloeder touched was tainted because
23   whether true or not he told them:  You need to come forward and
24   say something.  Maybe you get 20 or 30,000 out of it to boot.
25          Even              testified with regards to the destruction

1   of these images for them to be expunged, he had said it was
2   part of the conversation that he had with Mr. Bendann.  Asked
3   him to delete it.

4        He also said -- he testified, "I didn't know I was being
5   recorded."  For God sakes, the Government gave you videos in
6   which he's saying, "Please stop recording."  He's looking at
7   the camera.

8        But the strangest part of this case, right, neither
9        , James Schloeder, or any other Gilman alum has any
10  interest in suing the school.  Again, to be sure, per

11           , he had been habitually abused by a teacher at the
12  school while he was working there and while              was
13  attending the school, and we know that this school has deep
14  pockets, but they have no interest in being paid.  And that's
15  fine.  I'm not challenging that.  What I am challenging is that
16  common sense, if anyone had learned that a school's teacher
17  abused their son, they would take a flamethrower to that place.

18        It's a strange reaction that, indeed, abused as a minor at
19  this affluent school, no, we're not going to sue.  They're more
20  upset about what happened when       went to college, when it
21  wasn't a Gilman matter than anything else.  And that is more
22  indicative of this revisionist history than what they think
23  their friend was when they believed him to be a minor victim,
24  right.  That's what this is about, is that the cyberstalking
25  came to light abundantly clear.  And so they got angry, as well

1    they should.  It was an emotional abuse of their friend as an

2    adult, unacceptable.  And that's -- and then everything starts

3    going through that prism, right.  We start looking at things

4    that no one had any issues with and we start demonizing certain

5    actions in support.  That is the revisionist history.

6         This demonization of Mr. Bendann, however, years

7    afterwards.  And, again, only being presented in the way they

8    have because of what they believe occurred to their friend.  I

9    get it.  They're angry.  They're upset.  Wholly, wholly

10   appropriate.  But they didn't see anything in high school.

11   They didn't hear anything in high school.  There was no sign of

12   any malfeasance at all between Mr. Bendann and             .

13   But since the cyberstalking, they are too re-classing their

14   history with Mr. Bendann and that is the problem.

15        Now, ladies and gentlemen, the decisions you're going to

16   make in this case have real-life consequences.  This is a

17   serious case and it requires serious consideration.  The

18   credibility of the witnesses is at the forefront of that

19   determination and should be the focus of your considerations.

20   Please, please do so.  Because if you do, if you follow the

21   judge's instructions, you will see that there is reasonable

22   doubt in this case.

23        You have not been given the appropriate materials to

24   construct that bridge from the presumption of innocence to

25   guilty beyond a reasonable doubt.  You cannot make bricks

1   without clay.  They simply have not provided it to you.

2         I appreciate your willingness to listen to me throughout

3   this case.  On behalf of Mr. Bendann, Mr. Proctor and I thank

4   you all for your time and consideration.

5         We are confident, as we previously mentioned the reasons,

6   amongst others, the only appropriate verdict in this case with

7   regards to the sexual exploitation of a minor and the

8   possession of child pornography is not guilty.

9         Thank you.

10        **THE COURT:**  Thank you, Mr. Nieto.

11        Rebuttal, Ms. McGuinn.

12        **MS. MCGUINN:**  Yes, Your Honor.  Thank you.

13        **THE COURT:**  You may proceed.

14        **MS. MCGUINN:**  Thank you.

15        I'm going to talk about three categories of things:

16   First, who is on trial?  The Defendant, Christopher Benji

17   Bendann.  Not                    , not the Gilman School, not

18   James Schloeder, as much as the defense wants to villainize him

19   and make him the scapegoat in this case.  Not any one of those

20   young men that you saw come in and tell you some of the things

21   that they're not particularly proud of, they are not on trial

22   here.  And the fact that all of them missed this happening, I'm

23   sure, and as Mr. Schloeder said, is something that makes him

24   angry every single day.

25        And I'm sure every single one of you sitting here can only

1  imagine the guilt that you would feel if you found out your
2  best friend, your teammate, God forbid your child was sexually
3  abused on your watch.  And you know why it happens?  Because it
4  happens in secret, ladies and gentlemen.  There aren't an
5  audience going by while this is happening.  The bus full of
6  nuns coming back from the voter registration rights wasn't
7  going by the McDonald's parking lot on that particular night to
8  watch what was happening.  There were two people there.  Him
9  and              .  That's it.                weren't there.  I
10  hate to think what could have happened if they were.  None of
11  those boys were there.  He was.                was.  That's
12  it.  They are not on trial.
13       The second is EXIF data.  I'm not a computer person,
14  that's why there's an expert to help explain all of this for
15  all of us.  And, yeah, Agent Oberly told you he came across
16  something that he didn't understand, and he called Apple,
17  because the best thing about the smartest among us is we know
18  what we don't know.
19       And, Agent Oberly told you that when it came to Count 1,
20  those images, the date was a little funny.  Not off.  It said
21  September 16th, and then it said September 18th of 2017.  And
22  he told you, "I needed to figure out what was happening there,"
23  because the other four counts in the iCloud as well as the
24  mobile backup all had the exact same EXIF data.  No issues.
25       So he took Count 1, and he went back, and he looked and in

1  the oldest -- the oldest of the Defendant's computers, the

2  Sony, it says the word "trim."  Which Agent Oberly and his

3  expertise told you it implied to him that the movie had been

4  altered.

5       I remember the example I gave him.  I wanted to take a

6  selfie of me, Ms. Hagan and I believe it was -- I'm sorry,

7  Ms. Jarman and me.  And I said if I take it today it's going to

8  have one date, and if the next day I crop it it's going to have

9  different date in the EXIF data.  That's cropping, that's

10 trimming.

11      And that is a logical explanation that Agent Oberly

12 researched and found out so that he could explain that one

13 small difference to all of you.  It doesn't change the fact

14 that the EXIF data has the date and time, and as Ms. Hagan went

15 through for you, corroborated 15 ways to Sunday.

16      But the last thing I want to touch on is the timeline.

17 And I'm going to pretend I don't know anything about computers.

18 I'm going to pretend for a moment that Agent Oberly never

19 testified.  And let's show you why the EXIF data, therefore,

20 Counts 1 through 5, are in fact sexual exploitation of a child,

21 while 6 through 8 are possession of child pornography.  I'm not

22 even going to talk about the cyberstalking.  That's done and

23 done.  I'm not even going to talk about it.  We're not going to

24 worry about it.  And I'm not even going to rely, as counsel

25 suggests, on the horrible words that are in it to try to prove

1  to you or make you go backwards and say, well, if that's

2  horrible then this is horrible too.

3      Your Honor, if it's okay, can I move the pad?

4          **THE COURT:** You may.

5          **MS. MCGUINN:** Thank you.

6      This is going to be the non-EXIF data timeline. First,

7  let's go through            before I write anything. He

8  was 14 or 15 years old when this began. I encourage you,

9  please, please go look at the government's exhibit which shows

10  all of the texts from 2015. It's Government's Exhibit 122. It

11  included that picture of             sleeping and being

12  called     .

13      "Highlight of my evening was seeing you." Page 56, asking

14  to FaceTime him 10:00 at night while he was still his eighth

15  grade student. Asking him to go out for steak because it's

16  prime rib night, like a date, on Page 213.

17      He says, "I talked to your mom, you can come with me to

18  ice cream," on Page 216. Again, unfettered access and complete

19  trust to have access to this boy.

20      Page 222, "Did you hear me cheer for you today?"

21      Page 240, "Did you see me waive at you today?"

22      And lastly, check out Page 295 to 296.         is drunk.

23          is drunk. And the Defendant says, "You messed

24  up again,     ?" Not, I was just your teacher five months ago

25  and a freshman in high school is intoxicated so maybe I should

63

talk about this with him or his parents.  No.  Take a look at
that.  So that all makes sense.  Fourteen, 15 years old, this
behavior is starting.

    He says it started off with streaking.  And we know that
that's correct because we have the streaking video from
June 15th of 2017, which Mr. Stuzin told you occurred while
they were in high school, and you see                 running.
That's what he said came first.  That kind of, haha, this is so
funny, look what we're doing.  16 years old and three
months-ish.

    Then it moves on.  I'm by myself with him.  He starts
driving me back and forth in exchange for rides to McDonald's.
If you look closely in Count 2, there is a McDonald's bag in
the corner.  If you really want to watch the video again.
There's a McDonald bag in the corner and a McDonald's soda
sitting right there, consistent with what                 told
you.

    Count 3.  He said then it progressed.  We're now doing
showers at people's homes.  And the first one was the
Halperts', second one was the Feisses', and then we get to his
own home.  I'm not going to go through what Ms. Hagan did about
why we know it was those weekends, the calendars, the
information that Ms. Halpert and Mr. Feiss and                 told
you about.

    And then it goes from there that he kept making deals with

1    me.  There's a call on March 3rd of 2017, of those voicemail

2    calls that you have an opportunity to listen to.  So he is not

3    yet 18.  "Yo, can you fix what we talked about, please."  And

4                    told you that's that whole thing referencing

5    making a deal.  That's all before he turned 18.

6         That's                's timeline.

7         And then of course the rest of it when he moves on from

8    his life but never really completely clipped from the tentacles

9    of Chris Bendann.

10        But let's look at the timeline.

11        Counsel just told you the Defendant lost his mind when

12                   left for college, that would be the fall of

13   2020.  Okay.  So let's do this.

14                    was born March 20th of 2001.

15             turned 18 on March 20th of 2019.  That is the day, a

16   junior in high school, that a teacher began a relationship with

17   him, according to the defense.  Still a child at that school, a

18   student at that school, but 18.  And this went on for

19   approximately 18 months.  So when he graduated in 2020, he went

20   off to school -- let's give it September of 2020.  So between

21   this time frame, they were in a relationship.  That's why I put

22   a heart there.  Again,                is still a student.  And

23   you count the summer months, but nonetheless still a student.

24   And then he loses his mind, that's what we just heard, from

25   2020 forward is when he loses his mind.  Here's why this

65

1    doesn't add up.

2         Ms. Jarman, if you could please help me.  If you could

3    pull up Government's Exhibit 228.  Thank you.  Second page.

4    You can scroll the first five, April 2019.  If you could

5    highlight the bigger one.  I'm so sorry, Ms. Jarman.  Thank

6    you.

7         April 2019.  "Incomplete deal."

8         Sorry, my handwriting is absolutely atrocious, and I

9    apologize.

10         "Just unblock me and we won't talk till Friday."

11         I'm sure you're catching on what I'm putting down here,

12    which is, doesn't that all sound an awful lot like the texts in

13    2022 that are uncontested that they were cyberstalking or

14    extorting in nature?

15         But here's some other things that we know:  November of

16    2019, you can look at Government's Exhibit 91, which is this

17    calendar, he has the senior retreat written down.  That's when

18                      received that necklace that he wears all the

19    time.

20         So even if you want to ignore the Venmo, which I don't

21    suggest you do, as you saw he wore that necklace.  You saw him

22    on the stand with it and you see all of the adult videos and

23    the adult pictures, he's wearing it all of the time.  Look at

24    the five counts.  He doesn't have that necklace.

25         So only between March and November of 2019, when he was 18

to 18 and a half years old, all five of those videos were created according to the defense.  See if you can match the dates up for the Halperts, Feisses, and           between March 20th of 2019 and November of 2019.

And if you're still not sure -- if you can please put up that exhibit one more time, Ms. Jarman.  Do you need the number?  Thank you.  And you can go to the bottom three.  Senior in high school in the shutdown, if you can remember that at all.  We're all trying not to.

"My next step is to contact Emma," who           said was a girl he liked.  A girl, by the way, that he liked, not the Defendant, not someone else, not some other person in his life.  He liked Emma.  And the Defendant knew if I send stuff to Emma that's going to be pretty humiliating and end that experience.

So, without using any EXIF data, these are Venmo records, the Defendant's calendars, the relationship by consent, in love, would have had to occur from March 20th of 2019 to April 8th of 2019, before he sends "incomplete deal, unblock me on everything," when he sends money to him on Venmo.  Two weeks.  Two weeks of love.  Two weeks where he made five videos.

And when you watch the five videos, as Ms. Hagan pointed out, you can see           does get progressively a little bit bigger and a little bit older.  Two weeks of love.

```
 1        Try to find the          and the Feisses and the Halperts
 2   between March 20th of 2019 and April 8th of 2019.  It just
 3   doesn't happen that way.  That timeline makes no sense.
 4        He was extorting him and humiliating him and using him and
 5   sexually exploiting him from the jump.  The moment that little
 6   boy became his advisee in the eighth grade, vulnerable, worried
 7   about friends, not sure what to do, not sure how to manage it.
 8   And the parents of that little boy said:  Please, Chris
 9   Bendann, please help us.  Please help us get          moving in
10   the right direction.  He latched onto that kid, and he never
11   let go.
12        The time has come.  Make him let go, and find him guilty.
13        THE COURT:  Ladies and gentlemen, as I said
14   previously, the evidence is closed.  Now the arguments and
15   presentations of counsel have been made, but still, the trial
16   is not over and the case is not in your hands as I must
17   instruct you on the law that is relevant to your deliberations
18   and ultimately to the verdict that you will return.
19        Rather than instruct you now, we will stop and take a
20   lunch break.  Lunch will be provided to you.  During this lunch
21   break, do not discuss the case with anyone.  Do not discuss it
22   even among yourselves.  Do not allow yourselves to be exposed
23   to any news article or reports that touch upon the case or the
24   issues that it presents or any articles or reports that relate
25   to any participants in the case.  Avoid all contact with any of
```

```
 1   the participants in the trial.  Do not make an independent

 2   investigation of the law or the facts of the case.  Do not look

 3   up anything related to the case or its participants on the

 4   internet.  Do not consult an encyclopedia or a dictionary.

 5       We're going to take just a little over 45 minutes for

 6   lunch.  We will reconvene at 1:25 p.m.

 7       Take the jury out.

 8           THE CLERK:  All rise for the jury.

 9   (Jury exits at 12:38 p.m.)

10           THE COURT:  Recess until 1:25.

11           THE CLERK:  All rise.  This Honorable Court now stands

12   in recess.

13       (A recess was taken from 12:39 p.m. to 1:33 p.m.)

14           THE COURT:  Are we ready for the jury, Ms. McGuinn?

15       MS. MCGUINN:  Yes, Your Honor.

16           THE COURT:  Mr. Nieto?

17       MR. NIETO:  Yes, Your Honor.

18           THE COURT:  Bring the jury in.

19           THE CLERK:  All rise for the jury.

20   (Jury enters at 1:33 p.m.)

21           THE COURT:  Good afternoon, ladies and gentlemen.

22   Thank you for your patience and attention throughout this case.

23   I shall now instruct you on the law applicable to the case

24   before you.

25       Let me explain our respective roles, which are quite
```

different.  It's my duty as judge to instruct you as to the law that applies to the case.  It's your duty to decide the facts and in deciding these facts to comply with the rules of law and apply them as I state them to you without regard to what you think the law is or should be.

On these legal matters, you are required to follow the law exactly as I give it to you.  If any attorney has stated a legal principle different from any that I state to you in my instructions, it is my instructions that you must follow.

You should not single out any instruction as alone stating the law, but you should consider my instructions as a whole when you retire to deliberate in the jury room.

None of you should be concerned about the wisdom of any rule that I state.  Regardless of any opinion that you may have as to what the law may be or ought to be, it would violate your sworn duty to base a verdict upon any other view of the law than that which I give you.

Your duty is to pass upon and decide the factual issues that are in the case.  You, the members of the jury, are the sole and exclusive judges of the facts.  You must pass upon the weight of the evidence.  You determine the credibility of the witnesses.  You resolve such conflicts as there may be in the testimony.  And you draw whatever reasonable inferences you decide to draw from the facts as you have determined them.

If any expression of mine or anything I may or may not

1  have done would seem to indicate any opinion relating to any

2  factual matters, I instruct you to disregard it.

3       You're to perform the duty of finding the facts without

4  bias or prejudice as to any party.  You are to perform your

5  final duty in an attitude of complete fairness and

6  impartiality.

7       This case is important to the government, for the

8  enforcement of criminal laws is a matter of prime concern to

9  the community.  Equally, it is important to the Defendant who

10 is charged with serious crimes.  The fact that the prosecution

11 is brought in the name of the United States of America entitles

12 the government to no greater consideration than that accorded

13 to any other party in a case in litigation.  By the same token,

14 the government is entitled to no less consideration.

15      All parties, whether government or individuals, stand as

16 equals at the bar of justice.

17      It would be improper for you to consider in reaching your

18 decision as to whether the government sustained its burden of

19 proof any personal feeling that you may have about the

20 defendant's race, religion, national or ethnic origin, sex,

21 sexual orientation, or age.  All persons are entitled to the

22 presumption of innocence and the government has the burden of

23 proof, as I will discuss in a moment.

24      It would be equally improper for you to allow any feelings

25 you might have about the nature of the crimes charged to

71

1  interfere with your decision-making process.

2      Under your oath as jurors, it would be improper for you to

3  be swayed by sympathy.  You are to be guided solely by the

4  evidence in this case.  And the crucial question you must ask

5  yourselves, as you sift through the evidence, is has the

6  government proven the guilt of the defendant beyond a

7  reasonable doubt.

8      It is for you alone to decide whether the government has

9  proven the defendant guilty of the crimes charged solely on the

10 basis of the evidence and subject to the law as I instruct you.

11 If you let fear or prejudice or bias or sympathy interfere with

12 your thinking, there's a risk that you will not arrive at a

13 true and just verdict.

14     If you have a reasonable doubt as to the defendant's

15 guilt, you should not hesitate for any reason to find a verdict

16 of not guilty.

17     But, on the other hand, if you should find that the

18 government has met its burden of proofing the defendant's guilt

19 beyond a reasonable doubt, you should not hesitate because of

20 sympathy or other reason to render a verdict of guilty.

21     The statements, objections, and arguments of counsel are

22 not evidence and should not be considered by you as evidence.

23 The evidence in this case consists of the sworn testimony of

24 the witnesses, the exhibits received in evidence, and the

25 stipulation.

1    Exhibits that were marked for identification but not

2    received may not be considered by you as evidence.  Only those

3    exhibits received may be considered as evidence.  Admitted

4    exhibits will be available for your review, most in the jury

5    room, but some only upon your request and then in the

6    courtroom.

7    You are to disregard any testimony which I have ordered to

8    be stricken.

9    Only the witnesses' answers are evidence and you are not

10    to consider a question as evidence.

11    A stipulation is an agreement among the parties that a

12    certain fact is true.  You should regard such agreed facts as

13    true.

14    Anything you may have seen or heard outside the courtroom,

15    including any newspaper, media publicity of any kind is not

16    evidence.  It must be entirely disregarded.  You must limit the

17    information you get about the case to what came to you in the

18    courtroom through the rules of evidence.

19    I remind you, ladies and gentlemen, that questions are not

20    evidence but answers are.

21    It's the duty of the attorney for each side of a case to

22    object when the other side offers testimony or other evidence

23    that the attorney believes is not properly admissible.  The

24    attorneys also have the right and duty to ask me to make

25    rulings of law and to request conferences out of the hearing of

the jury.  All of these questions of law must be decided by me.
You should not hold any prejudice against any attorney, or the
client, because the attorney objected to the admissibility of
evidence, or asked for a conference out of the hearing of the
jury, or asked the court for a ruling on the law.

The Government has presented exhibits in the form of
charts and summaries.  I decided to admit these charts and
summaries in place of or in addition to the underlying
documents that they represent in order to save time and to
avoid unnecessary convenience.  The charts and summaries are no
better upon than the testimony or the documents upon which they
are based and are not themselves independent evidence.

So, while you're entitled to consider them, you are to
give no greater consideration to these charts or summaries than
you would give to the evidence upon which they are based.

It's for you to decide whether the charts, schedules, or
summaries correctly present the information contained in the
testimony and in the exhibits on which they were based.  You
are entitled to consider the charts, schedules, and summaries
if you feel that they are of assistance to you in analyzing the
evidence and understanding the evidence.

The defendant is charged in a charging instrument, a
superseding indictment, with nine crimes about which I will
instruct you shortly.  Each charge is called a count.  I will
refer to each count by the number assigned to it in the

superseding indictment, which I will refer to simply as the
indictment in these instructions.

You are reminded, however, an indictment is merely an
accusation, and it's not to be used by you as any proof of the
conduct charged.

Although the defendant has been indicted, you must
remember that an indictment is only an accusation to which the
defendant has pleaded not guilty.  The indictment itself is not
evidence.

As a result of the defendant's pleas of not guilty, the
burden is on the prosecution to prove guilt beyond a reasonable
doubt.  This burden never shifts to the defendant for the
simple reason that the law never imposes upon a defendant in a
criminal case the burden or duty of calling any witness or
producing any evidence.

The law presumes the defendant to be innocent of the
charges against him.  I, therefore, instruct you that the
defendant is presumed by you to be innocent throughout your
deliberations until such time, if ever, you as a jury are
satisfied that the government has proven him guilty beyond a
reasonable doubt.

The defendant begins the trial here with a clean slate.
This presumption of innocence alone is sufficient to acquit the
defendant unless you as jurors are you unanimously convinced
beyond a reasonable doubt of his guilt.  After a careful and

1    impartial consideration of all of the evidence in the case, if
2    the government fails to sustain its burden, you must find the
3    defendant not guilty.

4        This presumption was with the defendant when the trial
5    began, and remains with him even now as I speak to you, and
6    will continue with him into your deliberations unless and until
7    you are convinced that the government has proven the
8    defendant's guilt beyond a reasonable doubt.

9        The government has offered evidence tending to show on a
10   different occasion the defendant engaged in conduct similar to
11   the charges in the indictment.  In that connection, let me
12   remind you that the defendant is not on trial for committing
13   this act not alleged in the indictment.  Accordingly, you may
14   not consider this evidence of the similar act as a substitute
15   for proof that the defendant committed the crime charged.  Nor
16   may you consider this evidence as proof that the defendant has
17   a criminal personality or a bad character.  The evidence of the
18   other similar act was admitted for a much more limited purpose
19   and you may consider it only for that limited purpose.

20       If you determine that the defendant committed the acts
21   charged in the indictment, and the similar acts as well, then
22   you may, but you need not, draw an inference that in doing the
23   acts charged in the indictment the defendant acted knowingly
24   and intentionally and not because of some mistake, accident, or
25   other innocent reasons.

1    Evidence of similar acts may not be considered by you for

2  any other purpose.  Specifically, you may not use this evidence

3  to conclude that because the defendant committed the other act

4  he must have also committed the acts charged in the indictment.

5    As I said, there has been evidence received during the

6  trial that the defendant engaged in other conduct, which was

7  similar in nature to the conduct charged in the indictment.  If

8  you find that the defendant did engage in that other conduct,

9  and if you find that the other conduct has sufficiently similar

10  characteristics to that charged in the indictment, then you

11  may, but you need not, infer that the acts charged in this

12  indictment, and other conduct, were part of a common plan or

13  scheme committed by the defendant.

14    However, the evidence of similar conduct is to be

15  considered by you only on the issue of identity, common scheme,

16  plan or preparation.  It may not be considered by you for any

17  other purpose.  Specifically, you may not consider it as

18  evidence that the defendant is of bad character or has the

19  propensity to commit crime.

20    There are two types of evidence that you may properly use

21  in deciding whether a defendant is guilty or not guilty.  One

22  type of evidence is called direct evidence.  Direct evidence is

23  where a witness testifies to what he saw, heard, or observed.

24  In other words, when a witness testifies about what is known to

25  him of his own knowledge by virtue of his own senses, what he

1    sees, feels, touches or hears, then that's called direct
2    evidence.
3        Circumstantial evidence is evidence that tends to prove a
4    disputed fact by proof of other facts.  Let me give you a
5    simple example of circumstantial evidence.
6        Assume that when you came into the courthouse this
7    afternoon, or this morning I guess, that the sun was shining
8    and it was a nice day.  Assume that the courtroom blinds were
9    drawn, as they are, and you cannot see outside.  Some time
10   passes.  Then, as you're sitting here, someone walks in with an
11   umbrella that's dripping wet, and somebody else walks in with a
12   raincoat that's also dripping wet.  Now, you cannot look
13   outside of the courtroom and you cannot see whether or not it's
14   raining outside.  So, you have no direct evidence of that fact.
15   But, on the combination of facts that I've asked you to assume,
16   somebody walks in with a wet umbrella, and somebody walks in
17   with a dripping wet raincoat, on those facts it would be
18   reasonable and logical for you to conclude that it has started
19   raining outside.  That's all there is to circumstantial
20   evidence.
21       You infer on the basis of reason and experience and common
22   sense from an established fact, wet umbrella, wet raincoat, the
23   existence or the nonexistence of some other fact, it's raining
24   outside.
25       Circumstantial evidence is no less value than direct

1  evidence for it's a general rule that the law makes no

2  distinction between direct and circumstantial evidence.  But

3  simply requires that before convicting a defendant the jury

4  must be satisfied of the defendant's guilt beyond a reasonable

5  doubt from all of the evidence in the case.

6       During the trial you've heard the attorneys use the term

7  "inference," and in their arguments they may have asked you to

8  infer on the basis of your reason, experience, and common sense

9  from one or more established facts the existence of some other

10 fact.

11      An inference is not a suspicion or a guess, it's a

12 reasoned, logical decision to conclude that a disputed fact

13 exists on the basis of another fact that you know exists.

14      There are times when different inferences may be drawn

15 from facts, whether proved by direct or circumstantial

16 evidence.  The government asks you to draw one set of

17 inferences, while the defense asks you to draw another.  It's

18 for you, and you alone, to decide what inferences you will

19 draw.

20      The process of drawing inferences from facts and evidence

21 is not a matter of guesswork or speculation.  An inference is a

22 deduction or conclusion that you, the jury, are permitted to

23 draw, not required to draw, from the facts that have been

24 established by either direct or circumstantial evidence.  In

25 drawing inferences you should use your common sense.

1    So, while you are considering the evidence presented to

2  you, you are permitted to draw from the facts that you find to

3  be proven such reasonable inferences as would be justified in

4  light of your experience.

5    Here again, let me remind you, that whether based upon

6  direct or circumstantial evidence, or upon the logical,

7  reasonable inferences drawn from such evidence, you must be

8  satisfied of the guilt of the defendant beyond a reasonable

9  doubt before you may convict him.

10    Because you, the jurors, are the sole judges of the facts,

11  you're also the sole judges of the credibility of the

12  witnesses.  And it's up to you to decide what weight, if any,

13  should be given to a witness's testimony.

14    You're not required to believe any witness, even though

15  his or her testimony is uncontradicted.  In deciding whether or

16  not to believe a witness, you should carefully scrutinize all

17  of the testimony of each witness, the circumstances under which

18  each witness testified, and any other matter in evidence that

19  may help you to decide the truth and the importance of each

20  witness's testimony.

21    You should consider a witness's demeanor and manner of

22  testifying on the stand.  Was the witness candid, frank, and

23  forthright?  Or, did the witness seem as if he or she was

24  hiding something, being evasive or suspect in some way?  How

25  did the way the witness testified on direct examination compare

with the way the witness testified on cross examination?  Was
the witness consistent in his or her testimony?  Or, did he or
she contradict himself or herself?  Did the witness appear to
know what he or she was talking about?  And did the witness
strike you as someone who was trying to report his or her
knowledge accurately?

You should also consider whether a witness may have been
biased.  Does the witness have a relationship with the
government or the defendant that may affect how he or she
testified?  Does the witness have some incentive, loyalty, or
motive that might cause him or her to shade the truth?  Or,
does the witness have some bias, prejudice, or hostility that
may have caused the witness, consciously or not, to give you
something other than a completely accurate account of the facts
he or she testified to?

Another consideration is the witness's opportunity to
observe the matters about which he or she testified as well as
the witness's ability to express himself or herself.
Inconsistencies or discrepancies in the testimony of a witness
or between the testimonies of different witnesses may or may
not cause you to discredit such testimony.

Two or more persons witnessing an incident or a
transaction may see or hear it differently.  An innocent
misrecollection, like a failure of recollection, it's not an
uncommon experience.  In weighing the effect of a discrepancy,

```
1    always ask yourself whether it pertains to a matter of

2    importance or an unimportant detail and whether the discrepancy

3    results from innocent error or intentional falsehood.

4         You've heard the testimony of law enforcement official.

5    The fact that a witness may be employed as a law enforcement

6    official, or other government employee, does not mean that his

7    or her testimony is necessarily deserving of more or less

8    consideration or greater or lesser weight than that of an

9    ordinary witness.  It's your decision, after reviewing all of

10   the evidence, whether to accept the testimony of a law

11   enforcement witness and to give that testimony whatever weight,

12   if any, you find it deserves.

13        After you've considered all of the factors bearing upon

14   the credibility of a witness that I mentioned to you, you may

15   decide to accept all of the testimony of a particular witness,

16   none of the testimony of a particular witness, or part of the

17   testimony of a particular witness.  In other words, you may

18   give the testimony of any witness such credibility and weight,

19   if any, as you may think it deserves.

20        In this case, I've permitted a witness to express his

21   opinions about matters that are in issue.  A witness may be

22   permitted to testify to an opinion on those matters about which

23   he or she has special knowledge, skill, experience and

24   training.  Such testimony is presented to you on the theory

25   that someone who is experienced and acknowledgeable in the
```

1  field can assist you in understanding the evidence or in

2  reaching an independent decision on the facts.

3      On weighing this opinion testimony, you may consider the

4  witness's qualifications, his or her opinions, the reasons for

5  testifying as well as all of the other considerations that

6  ordinarily apply when you're deciding whether or not to believe

7  a witness's testimony.

8      You may give the opinion testimony whatever weight, if

9  any, you find it deserves in light of all of the evidence in

10 this case.  You should not, however, accept opinion testimony

11 merely because I allowed the witness to testify concerning his

12 or her opinion.  Nor should you substitute it for your own

13 reason, judgment and common sense.

14     The determination of the facts in this case rests solely

15 with you.

16     The defendant did not testify in this case.  Under our

17 Constitution, a defendant has no obligation to testify or to

18 present any other evidence because it is the prosecution's

19 burden to prove a defendant guilty beyond a reasonable doubt.

20 That burden remains with the prosecution throughout the entire

21 trial and never shifts to the defendant.  A defendant is never

22 required to prove that he is innocent.  You may not attach any

23 significance to the fact that the defendant did not testify.

24 No adverse inference against the defendant may be drawn by you

25 because he did not take the witness stand.  You may not

1  consider this against the defendant in any way in your
2  deliberations in the jury room.
3        You're instructed that there's no legal requirement for
4  the government to use any specific investigative technique to
5  prove its case.  The particular law enforcement techniques used
6  or not used in this case are not your concern.
7        Moreover, the law does not require the prosecution to call
8  as witnesses all persons who have been present at any time or
9  place involved in the case or who may appear to have some
10 knowledge of the matters at issue in this trial.  Nor does the
11 law require the prosecution to produce as exhibits all papers
12 and things mentioned in the evidence.
13       You should consider the evidence as a whole.  And you may
14 not find the defendant guilty unless the government has proven
15 his guilt beyond a reasonable doubt.
16       The government has been permitted to hand out a typed
17 document that is prepared containing the government's
18 interpretation of what appears on the video and audio
19 recordings which have been received as evidence.  These were
20 transcripts.  Those transcripts were given to you as an aid or
21 a guide to assist you in listening to the recordings.  However,
22 they're not in and of themselves evidence.  Therefore, when the
23 recordings were played I advised you to listen very carefully
24 to the recordings themselves.  You, alone, should make your own
25 interpretation of what appears on the recordings based on what

84

1   you heard.  If you think you heard something differently than

2   appeared on the transcript then what you heard is controlling.

3   Let me say again, you, the jury, are the sole judges of the

4   facts.

5         The law does not require the prosecution to call as

6   witnesses all persons who may have been present at any time or

7   place involved in the case or who may appear to have some

8   knowledge of the matters at issue in this trial.

9         We shall next consider the crimes with which the defendant

10  is charged in the indictment, and I shall discuss with you the

11  rules of law that govern whether the crimes charged have been

12  proven.  Each alleged crime is charged in what is called a

13  count.

14        The jury must consider each count against the defendant

15  separately.  And the burden is always upon the government to

16  prove each count beyond a reasonable doubt.

17        While we're on the subject of the indictment, I should

18  draw to your attention the fact that the indictment charges

19  that specific acts occurred on or about specific dates.  The

20  proof need not establish with any certainty the exact date of

21  the specific act charged.  It is sufficient if the evidence in

22  this case establishes that an offense was committed on a date

23  reasonably near the date alleged in the indictment.  The law

24  only requires a substantial similarity between the date alleged

25  in the indictment and the date established by testimony or

1    exhibits.

2        In order to sustain its burden of proof, the government
3    must prove that the defendant acted knowingly.  A person acts
4    knowingly if he acts intentionally and voluntarily and not
5    because of ignorance, mistake, accident, or carelessness.
6    Whether a defendant acted knowingly may be proven by a
7    defendant's conduct and by all of the facts and circumstances
8    surrounding the case.

9        You may infer that a defendant acted knowingly from
10   circumstantial evidence or from proof that the defendant
11   deliberately closed his eyes to what would otherwise have been
12   obvious to him.  Actual knowledge and deliberate or conscious
13   avoidance of knowledge are the same thing.  It's entirely up to
14   you whether you find that a defendant acted knowingly.

15       You've been instructed that in order to sustain its burden
16   of proof the government must prove that the defendant acted
17   willfully.  Willfully means to act with knowledge that one's
18   conduct is unlawful and with the intent to do something law
19   forbids, that is to say with the bad purpose to disobey or
20   disregard the law.  A defendant's conduct was not willful if it
21   was due to negligence, inadvertence or mistake.

22       The Government must prove beyond a reasonable doubt that
23   the defendant acted intentionally if and when he committed the
24   crimes charged in the indictment.  Before you can find that a
25   defendant acted intentionally, you must be satisfied beyond a

1    reasonable doubt that he acted deliberately and purposefully.

2    That is, a defendant's acts must have been the product of that

3    defendant's conscious objective rather than the product of a

4    mistake or an accident.

5         Intent ordinarily may not be proved directly because

6    there's no way of fathoming or scrutinizing the operations of

7    the human mind.  But you may infer the defendant's intent from

8    the surrounding circumstances.  You may consider any statement

9    made, any act done or omitted by the defendant and all other

10   facts and circumstances in evidence that indicate his state of

11   mind.  You may consider it reasonable to draw the inference and

12   find that a person intends the natural and probable

13   consequences of acts knowingly done or knowingly omitted.  As I

14   said, it's entirely up to you to decide what facts to find from

15   the evidence.

16        Knowledge, willfulness, and intent involve the state of a

17   person's mind.  The state of one's mind is a fact.

18   Accordingly, this is a fact you are called upon to decide.

19   Rarely is direct proof available to establish the state of

20   one's mind.  However, state of mind may be inferred from what

21   one says or does, one's words, one's actions, and one's conduct

22   as of the time of the occurrence of certain events.

23        The intent with which an act is done is often more clearly

24   and conclusively shown by the act itself or by a series of acts

25   than by words or explanations of the act uttered long after its

 1  occurrence.

 2       Accordingly, intent, willfulness and knowledge are usually

 3  attend by surrounding facts and circumstances as of the time

 4  the acts in question occurred or the acts took place, excuse

 5  me, or the events took place, and the reasonable inferences to

 6  be drawn from them.

 7       Willful intent or guilty knowledge may be inferred from

 8  the secretive or irregular manner in which a transaction is

 9  carried out.

10       Proof of motive is not a necessary element of the crimes

11  with which the defendant is charged.  Proof of motive does not

12  establish guilt, nor does a lack of proof of motive establish

13  that a defendant is innocent.

14       If the guilt of a defendant is shown beyond a reasonable

15  doubt, it is immaterial what the motive for the crime may be or

16  whether any motive was shown.  But, the presence or absence of

17  motive is a circumstance you may consider as bearing on the

18  intent of a defendant.

19       The instructions which I have just given to you are more

20  or less of a general nature applicable to all criminal cases

21  before the court.  We will next consider the crimes with which

22  the defendant is charged in the indictment.

23       The alleged crimes are charged in what is called a count.

24  A defendant may be charged in more than one count of the

25  indictment.

1    The Defendant is charged in Counts 1 through 5 with sexual

2    exploitation of a child in violation of 18 United States Code

3    § 2251(a).  The Defendant is charged in Count 6 through 8 with

4    possession of child pornography in violation of 18 United

5    States Code § 2252(a)(5)(B).  And the Defendant is charged in

6    Count 9 with cyberstalking in violation of 18 United States

7    Code § 2261(a)(2).  The Defendant has pleaded not guilty to

8    each of these charges.

9        Now, I'm going to give you specific instructions relevant

10   to this particular case.

11       Counts 1 through 5 charge the defendant with sexual

12   exploitation of a child.  Counts 1 through 5 of the indictment

13   read as follows:  Count 1, sexual exploitation of a child.  The

14   grand jury for the District of Maryland charges that on or

15   about September 16, 2017, in the District of Maryland, the

16   Defendant, Christopher Kenji Bendann, knowingly attempted to

17   and did employ, use, persuade, induce, entice, and coerce,

18   minor victim to engage in sexually explicit conduct as defined

19   in Title 18, United States Code § 2256(2) for the purpose of

20   producing visual depiction of such conduct, knowing and having

21   reason to know that such a visual depiction was produced and

22   transmitted using materials that were mailed, shipped, and

23   transported in interstate and foreign commerce by any means,

24   including by computer, and such visual depiction was actually

25   transported and transmitted using any means and facility of

1  interstate and foreign commerce and in and affecting interstate

2  and foreign commerce.  That is, a video file titled

3  IMG6965.mov, depicting the minor victim's genitals.  Said video

4  file having been made with an iPhone 7 and stored on the iCloud

5  account associated with DSTD: 105474467 and cbendann@gmail.com.

6      Count 2, sexual exploitation of a child.  The grand jury

7  for the District of Maryland further charges that on or about

8  June 21, 2018, in the District of Maryland, the Defendant

9  knowingly attempted to and did employ, use, persuade, induce,

10 entice, and coerce minor victim to engage in sexually explicit

11 conduct as defined in Title 18, United States Code § 2256(2)

12 for the purpose of producing visual depiction of such conduct,

13 knowing and having reason to know that such a visual depiction

14 was produced and transmitted using materials that were mailed,

15 shipped and transported in interstate and foreign commerce by

16 any means, including by computer, and such visual depiction was

17 actually transported and transmitted using any means and

18 facility of interstate and foreign commerce, that is, three

19 video files titled IMG6966.mov, 1MG6967.mov, and IMG6968.mov

20 depicting the minor victim's genitals.  Said video files having

21 been made with an iPhone 7 and stored on the iCloud account

22 associated with DSID:  105474467 and cbendann@gmail.com.

23     Count 3.  The grand jury for the District of Maryland

24 further charges that on or about August 26, 2018, in the

25 District of Maryland, the Defendant, Christopher Kenji Bendann,

1  knowingly attempted to and did employ, use, persuade, induce,

2  entice, and coerce minor victim to engage in sexually explicit

3  conduct as defined in Title 18, United States Code § 2256(2)

4  for the purpose of producing visual depiction of such conduct,

5  knowing and having reason to know that such a visual depiction

6  was produced and transmitted using materials that were mailed,

7  shipped, and transported in interstate and foreign commerce by

8  any means, including by computer, and such visual depiction was

9  actually transported and transmitted using any means and

10  facility of interstate and foreign commerce and in and

11  affecting interstate and foreign commerce, that is, two video

12  files entitled IMG6974.mov and IMG6975.mov, depicting the minor

13  victim's genitals, and video files having been made with an

14  iPhone 7 and stored on an iPhone account associated with DSID:

15  105474467 and cbendann@gmail.com.

16      Count 4, sexual exploitation of a child.  The grand jury

17  for the District of Maryland further charges that on or about

18  January 2, 2019, in the District of Maryland, the Defendant,

19  Christopher Kenji Bendann, knowingly attempted to and did

20  employ, use, persuade, induce, entice, and coerce minor victim

21  to engage in sexually explicit conduct as defined in Title 18

22  United States Code § 2256(2) for the purpose of producing

23  visual depiction of such conduct, knowing and having reason to

24  know that such a visual depiction was produced and transmitted

25  using materials that were mailed, shipped, and transported in

1  interstate and foreign commerce by any means, including by

2  computer, and such visual depiction was actually transported

3  and transmitted using any means and facility of interstate and

4  foreign commerce and in and affecting interstate and foreign

5  commerce, that is, a video filed titled 1MG6969.mov depicting

6  the Defendant touching minor victim's genitals, said video file

7  having been made with an iPhone 7 and stored on the iCloud

8  account associated with DSID:  105474467 and

9  cbendann@gmail.com.

10      Count 5, sexual exploitation of a child.  The grand jury

11  for the District of Maryland further charges that on or about

12  February 9, 2019, in the District of Maryland, the Defendant,

13  Christopher Kenji Bendann, knowingly attempted to and did

14  employ, use, persuade, induce, entice, and coerce minor victim

15  to engage in sexually explicit conduct as defined in Title 18

16  United States Code § 2256(2) for the purpose of producing

17  visual depiction of such conduct knowing and having reason to

18  know that such a visual depiction was produced and transmitted

19  using materials that were mailed, shipped, and transported in

20  interstate and foreign commerce by any means, including by

21  computer, and such visual depiction was actually transported

22  and transmitted using any means and facility of interstate and

23  foreign commerce, and in and affecting interstate and foreign

24  commerce, that is, a video file titled IMG6976.mov, depicting

25  the Defendant touching minor victim's genitals, and video file

1  having been made with an iPhone XS and stored on the iCloud

2  account associated with DSID:  105474467 and

3  cbendann@gmail.com.

4      The indictment charges the Defendant with violating § 2251

5  of Title 18 of the United States Code.  That section provides

6  in relevant part:  Any person who employs, uses, persuades,

7  induces, entices, or coerces any minor to engage in any

8  sexually explicit conduct for the purpose of producing any

9  visual depiction of such conduct or for the purpose of

10 transmitting a live, visual depiction of such conduct shall be

11 guilty of a crime.  If such person knows or has reason to know

12 that such visual depiction will be transported or transmitted

13 using any means or facility of interstate or foreign commerce,

14 or in or affecting interstate or foreign commerce, or mailed,

15 if that visual depiction was produced or transmitted using

16 materials that have been mailed, shipped, or transported in or

17 affecting interstate or foreign commerce by any means,

18 including by computer, or if such visual depiction has actually

19 been transported or transmitted using any means or facility of

20 interstate or foreign commerce or in or affecting interstate or

21 foreign commerce or mailed.

22     Any individual who violates or attempts to conspire to

23 violate this section shall be guilty of a crime.

24     In order to prove the Defendant guilty of Counts 1 through

25 5 of sexual exploitation of a child, the Government must prove

1  each of the following elements beyond a reasonable doubt:

2  First, that the minor victim alleged in the indictment was

3  under the age of eighteen; second, that the Defendant used or

4  employed or persuaded or induced or enticed or coerced the

5  person depicted to take part in sexually explicit conduct for

6  the purpose of producing or transmitting a visual depiction of

7  that conduct; and third, that the visual depiction was produced

8  using materials that had been mailed or transported in

9  interstate or foreign commerce.

10      The first element that the Government must prove beyond a

11  reasonable doubt is that the person depicted in the visual

12  depiction was less than 18 years old at the time of the acts

13  alleged in the indictment.  The Government does not have to

14  prove that the Defendant knew that the person in the visual

15  depiction was less than 18 years old.

16      The second element that the Government must prove beyond a

17  reasonable doubt is that the Defendant used or employed or

18  persuaded or induced or enticed or coerced the minor to take

19  part in sexually explicit conduct for the purpose of producing

20  or transmitting a visual depiction of that conduct or for the

21  purpose of transmitting a live, visual depiction of that

22  conduct.  A visual depiction includes any photograph, film,

23  video or picture, including undeveloped film and videotape, and

24  data stored on a computer disk, or by electronic means, that is

25  capable of conversion into a visual image.

1  In deciding whether the Government has proven that the
2  Defendant acted for the purpose of producing a visual depiction
3  of the sexually explicit conduct, or for the purpose of
4  transmitting a live, visual depiction of that conduct, you may
5  consider all of the evidence concerning the Defendant's
6  conduct.

7  The Government does not have to prove that the sole or
8  primary purpose of engaging in such conduct was to produce a
9  visual depiction or to transmit a live depiction, but the
10  government must prove that producing a visual depiction of the
11  sexually explicit conduct or transmitting a live, visual
12  depiction of the conduct was one of the Defendant's purposes
13  for using or employing or persuading or inducing or enticing or
14  coercing the victim to engage in sexually explicit conduct, and
15  that it was a significant or motivating purpose and was not
16  merely incidental to the sexually explicit conduct.

17  While the Government must prove that the Defendant acted
18  with the purpose of producing or transmitting a visual
19  depiction of the child engaging in sexually explicit conduct,
20  it is not required that the Government prove that the visual
21  depiction of that conduct was actually produced or transmitted.

22  Sexually explicit conduct means actual or simulated sexual
23  intercourse, including genital-genital, oral-genital, or
24  oral-anal, whether between persons of the same or opposite sex,
25  bestiality, masturbation, sadistic or masochistic abuse, or

lascivious exhibition of the genitals or pubic area by any person.

The term "lascivious exhibition" means a depiction that displays or brings to view to attract notice to the genitals or pubic area of children in order to excite lustfulness or sexual stimulation in the viewer. Not every exposure of the genitals or pubic area constitutes a lascivious exhibition.

In deciding whether the Government has proven that a particular visual depiction constitutes a lascivious exhibition, you should consider the following questions: Whether the focal point of the visual depiction is on the child's genitals or pubic area or whether there is some other focal area? Whether the setting of the visual depiction makes it appear to be sexually suggestive. For example, in a place or pose generally associated with sexual activity. Whether the child is displayed in an unnatural pose or inappropriate attire considering the age of the child. Whether the child is fully or partially clothed or nude, although nudity is not in and of itself lascivious. Whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity. And whether the visual depiction is intended or designed to elicit a sexual response in the viewer.

It's not required that a particular visual depiction involve all of these factors to be a lascivious exhibition. The importance that you give to any one factor is up to you to

decide.

The third element which the Government must prove beyond a reasonable doubt is, with respect to Counts 1 through 5, that the visual depiction was either produced using materials that had been mailed, shipped, or transported in interstate or foreign commerce by any means; or, that the visual depiction was actually transported or transmitted in or affecting interstate or foreign commerce; or, that defendant knew or had reason to know that the visual depiction would be transported or transmitted in or affecting interstate or foreign commerce.

Simply stated, the phrase "materials transported in interstate or foreign commerce" means that the materials used to produce the visual depiction had previously moved from one state to another or between the United States and another country.

Here, the Government alleges that the devices used to make the videos or images in question, or the electronic memory devices used to save the videos or images in question, were manufactured in another state or foreign country.

I instruct you that if you find that the devices were manufactured outside the United States or the state of Maryland, that is sufficient to satisfy this element.

The Government does not have to prove that the Defendant personally transported the items used to produce the depictions across a state line or that the defendant knew that the items

1    had previously crossed a state line.

2        As I mentioned, the indictment also alleges that the

3    visual depiction was actually transported or transmitted in or

4    affecting interstate or foreign commerce.  This means that the

5    Government must prove that the visual depiction crossed between

6    one state or another or between the United States and a foreign

7    countries.  Transmission of photographs or video by electronic

8    means via the internet constitutes transportation in interstate

9    commerce.

10       However, you must find beyond a reasonable doubt that the

11   specific depiction in question was actually transmitted by

12   means of the internet.

13       To prove that the defendant knew and intended that the

14   visual depiction would be transported or transmitted in or

15   affecting interstate or foreign commerce, or that the defendant

16   had reason to know that this transportation or transmission

17   would occur, the Government must establish that it was

18   reasonably foreseeable that the Defendant's activities would

19   result in the depiction's transportation or transmission in or

20   affecting interstate commerce or mailing.  The Government does

21   not have to prove that the depiction was actually mailed or

22   moved in interstate commerce.

23       Counts 6 through 8 of the indictment charge the Defendant

24   with possessing child pornography.  Count 6 through 8 of the

25   indictment read as follows:  Count 6, possession of child

1  pornography.  The grand jury for the District of Maryland

2  further charges that in and between September 1, 2017 and

3  January 23, 2023, in the District of Maryland, the Defendant,

4  Christopher Kenji Bendann, did knowingly possess any material

5  that contained an image of child pornography as defined in

6  Title 18, United States Code § 2256(8), which image had been

7  mailed, shipped, and transported using any means or facility of

8  interstate and foreign commerce by any means, including by

9  computer, and that was produced using materials that had been

10 mailed, shipped, and transported in and affecting interstate

11 and foreign commerce by any means, including by computer.  That

12 is, an internet-based iCloud account associated with DSID:

13 105474467 and cbendann@gmail.com, containing one or more visual

14 depictions of a minor engaged in sexually explicit conduct.

15      Count 7, possession of child pornography.  The grand jury

16 for the District of Maryland further charges that on or about

17 February 3, 2023, in the District of Maryland, the Defendant,

18 Christopher Kenji Bendann, did knowingly possess any material

19 that contained an image of child pornography as defined in

20 Title 18, United States Code § 2256(8), which image had been

21 mailed, shipped and transported using any means or facility of

22 interstate and foreign commerce and in and affecting interstate

23 and foreign commerce by any means, including by computer, and

24 that was produced using materials that had been mailed,

25 shipped, and transported in and affecting interstate and

1  foreign commerce by any means, including by computer.  That is,

2  Dell Inspiron 15 laptop, service tag HWSNXN2, containing one or

3  more visual depictions of a minor engaged in sexually explicit

4  conduct.

5       Count 8, possession of child pornography.  The grand jury

6  for the District of Maryland further charges that on or about

7  February 3, 2023, in the District of Maryland, the Defendant,

8  Christopher Kenji Bendann, did knowingly possess any material

9  that contained an image of child pornography as defined in

10  Title 18, United States Code § 2256(8), which image had been

11  mailed, shipped, and transported using any means or facility of

12  interstate and foreign commerce, and in and affecting

13  interstate and foreign commerce by any means, including by

14  computer, and that was produced using materials that had been

15  mailed, shipped, and transported in and affecting interstate

16  and foreign commerce by any means, including by computer.  That

17  is, Sony Vaio laptop, serial no. 3109183, containing one or

18  more visual depictions of a minor engaged in sexually explicit

19  conduct.

20       Count 6 through 8 of the indictment charged the Defendant

21  with violating § 2252(a) of Title 18 of the United States Code.

22  That section provides in relevant part, any person who

23  knowingly possesses or knowingly accesses with intent to view

24  any book, magazine, periodical, film, videotape, computer disk,

25  or any other material that contains an image of child

1   pornography that has been mailed or shipped or transported

2   using any means or facility of interstate or foreign commerce

3   or in or affecting interstate or foreign commerce by any means,

4   including by computer, or that was produced using materials

5   that have been mailed, or shipped, or transported in or

6   affecting interstate and foreign commerce by any means,

7   including by computer, shall be guilty of a crime.

8        In order to prove the Defendant guilty of possessing or

9   knowingly accessing child pornography, the Government must

10  prove each of the following elements beyond a reasonable doubt:

11  First, that the Defendant knowingly possessed or knowingly

12  accessed a visual depiction, as I will explain that term to

13  you; second, that the visual depiction was transported in or

14  affecting interstate or foreign commerce, or the visual

15  depiction was produced using materials that had been

16  transported in or affecting interstate or foreign commerce, or

17  that the offense was committed in the special maritime and

18  territorial jurisdiction of the United States; third, that the

19  visual depiction was child pornography, as I will define that

20  term; and fourth, that the Defendant knew of the sexually

21  explicit nature of the material and that the visual depiction

22  was of an actual minor engaged in that sexually explicit

23  conduct.

24       The first element that the Government must prove beyond a

25  reasonable doubt is that the Defendant knowingly possessed or

1  knowingly accessed with intent to view a visual depiction.  A

2  visual depiction includes any photograph, film, video, or

3  picture, including undeveloped film and videotape and data

4  stored on a computer disk or by electronic means that is

5  capable of conversion into a visual image.

6      To possess something means to have it within a person's

7  control.  This does not necessarily mean that the person must

8  hold it physically, that is have actual possession of it, as

9  long as the visual depiction is within the defendant's control,

10 he possesses it.

11     If you find that the defendant either had actual

12 possession of the depiction or that he had the power and

13 intention to exercise control over it, even though it was not

14 in his physical possession, you may find that the Government

15 has proven possession.

16     The law also recognizes that possession may be sole or

17 joint.  If one person alone possesses it, that's sole

18 possession.  However, it is possible that more than one person

19 may have the power and intention to exercise control over the

20 visual depiction.  This is called joint possession.  If you

21 find that the defendant had such power and intention and he

22 possessed the depiction, even if he possessed it jointly with

23 another person, the Government must prove that the Defendant

24 possessed or accessed the depiction knowingly.  An act is done

25 knowingly when it is done voluntarily and intentionally and not

1    because of accident, mistake, or some other innocent reason.

2         The second element that the government must prove beyond a

3    reasonable doubt is that either the child pornography was

4    mailed or transported in or affecting interstate or foreign

5    commerce, or the child pornography was produced using materials

6    that had been transported in or affecting interstate or foreign

7    commerce.

8         This means that the Government must prove either, one,

9    that the child pornography crossed between one state and

10   another or between the United States and a foreign country,

11   transmission of photographs or video by means of the internet

12   constitutes transportation in interstate commerce.  However,

13   you must find beyond a reasonable doubt that the specific

14   depiction in question was actually transmitted by means of the

15   internet; or, two, that the materials used to produce the child

16   pornography had previously moved from one state to another or

17   between the United States and another country.

18        Here, the Government alleges that the devices used to take

19   the videos or images in question or the electronic memory

20   devices used to save or store the video or images in question

21   were manufactured in another state or foreign country.  I

22   instruct you that if you find that the device was manufactured

23   outside the United States, or the state of Maryland, that is

24   sufficient to satisfy this element.  The Government does not

25   have to prove that the Defendant personally transported the

1  device across the state line or that the Defendant knew that

2  the device had previously crossed a state line.

3      The third element that the Government must prove beyond a

4  reasonable doubt is that the visual depiction was child

5  pornography.  Child pornography means any visual depiction, the

6  production of which involve the use of a minor engaging in

7  sexually explicit conduct, as I have explained that term to

8  you, and that portrays that minor engaged in that conduct.

9      The visual depiction must be of a real person under the

10 age of 18 engaging in sexually explicit conduct.  The

11 Government does not have to prove the identity of the minor or

12 the exact age of the minor.  You may consider all of the

13 evidence, including your viewing of the depiction in

14 determining whether the depiction portrayed an actual person

15 under the age of 18 engaging in sexually explicit conduct.

16     The fourth element that the Government must prove beyond a

17 reasonable doubt is that the Defendant knew that the material

18 he possessed was child pornography.  As I stated before, an act

19 is done knowingly when it is done voluntarily and intentionally

20 and not because of accident, mistake, or some other innocent

21 reason.

22     In this case, the term "knowingly" refers to an awareness

23 of the sexually explicit nature of the material and to the

24 knowledge that the visual depictions were, in fact, of actual

25 minors engaged in that sexually explicit conduct.

1    The Government must show that the Defendant had knowledge
2    of the general nature of the contents of the material.  The
3    Defendant need not have specific knowledge as to the identity
4    or actual age of the underage performer.  The Defendant must
5    have knowledge or an awareness that the material contained a
6    visual depiction of a minor engaging in sexually explicit
7    conduct.  Such knowledge may be shown by direct or
8    circumstantial evidence or both.  Eyewitness testimony of the
9    Defendant's viewing of the material is not necessary to prove
10   his awareness of its contents.  The circumstances may warrant
11   an inference that he was aware of what the material depicts.

12       Furthermore, the Defendant's belief as to the legality or
13   illegality of the material is irrelevant.

14       The indictment charges the defendant with use of
15   interstate facilities to engage in stalking.  The indictment
16   reads as follows:  Count 9.  Cyberstalking.  The grand jury for
17   the District of Maryland further charges that in and between
18   May '22 and December 2022, in the District of Maryland, the
19   Defendant, Christopher Kenji Bendann, did, with intent to
20   harass and intimidate another person, use interactive computer
21   services, electronic communication services, and electronic
22   communication systems of interstate commerce to engage in a
23   course of conduct that caused, attempted to cause, and would be
24   reasonably expected to cause substantial emotional distress to
25   a person, to wit:  Bendann sent electronic messages by way of

1    cellular phone to minor victim demanding contact and explicit

2    images of minor victim and threatening to expose sexually

3    explicit images of minor victim publicly if minor victim did

4    not comply.

5        The indictment charges the Defendant with violating

6    § 2261(a)(2) of Title 18 of the United States Code, that

7    section provides in relevant part:  Whoever, with the intent to

8    harass or intimidate uses any interactive computer service or

9    electronic communication system of interstate commerce, or any

10   other facility of interstate or foreign commerce, to engage in

11   a course of conduct that, A) places that person in reasonable

12   fear of the death of or serious injury to that person, or B)

13   causes, attempts to cause, or would reasonably be expected to

14   cause substantial emotional distress to a person shall be

15   guilty of a crime.

16       In order to prove the Defendant guilty of the use of

17   interstate facilities to engage in stalking, the Government

18   must prove each of the following elements beyond a reasonable

19   doubt:  First, that the Defendant used an interactive computer

20   service or an electronic communication service or an electronic

21   communication system or any other facility of interstate

22   commerce as charged in the indictment; second, that the

23   defendant did so to engage in a course of conduct with the

24   intent to harass, intimidate, or cause substantial emotional

25   distress to    . or a member of his immediate family or his

1  spouse or intimate person; third, that as a result of that

2  course of conduct     , or a member of his immediate family or

3  his spouse or intimate partner experienced substantial

4  emotional distress.

5       The first element which the Government must prove beyond a

6  reasonable doubt is that the Defendant used an interactive

7  computer services or an electronic communication service or any

8  electronic communication system or any other facility of

9  interstate commerce as charged in the indictment.

10      The indictment alleges that the communication was actually

11 transported in a facility of interstate or foreign commerce.

12 Transmissions of communications by means of the telephone or

13 internet constitutes transportation in a facility of interstate

14 commerce, regardless of whether the communication actually

15 crossed a state line.  However, you must find beyond a

16 reasonable doubt that the specific communication in question

17 was actually transmitted by means of the telephone or internet.

18      An interactive computer services is any information

19 service, system, or access software provider, that provides or

20 enables computer access by multiple users to a computer server,

21 including a service or system that provides access to the

22 internet and such systems operated are services offered by

23 libraries or educational institutions.  An electronic

24 communication service is any service which provides to users,

25 thereof, the ability to send or receive wire or electronic

1  communications.

2      An electronic communication system is any wire, radio,

3  electromagnetic, photo optical, or photo electronic facility

4  for the transmission of wire or electronic communications and

5  any computer facility or related electronic equipment for the

6  electronic storage of such communications.

7      The second element which the Government must prove beyond

8  a reasonable doubt is that the Defendant used an interactive

9  computer service to engage in a course of conduct with the

10 intent to harass, intimidate, or cause substantial emotional

11 distress to      A course of conduct means a pattern of

12 conduct composed of two or more acts evidencing a continuity of

13 purpose.

14     Thus, the Government must establish that the defendant

15 engaged in two or more acts which demonstrated a continuity of

16 purpose to place      in substantial emotional distress.

17     Direct proof of a person's intent is almost never

18 available.  It would be a rare case where it could be shown

19 that a person wrote or stated that as of a given time he

20 committed an act with a particular intent.  Such direct proof

21 is not required.

22     The ultimate fact of intent, though subjective, may be

23 established by circumstantial evidence based upon the

24 defendant's outward manifestations, his words, his conduct, his

25 acts, and all of the surrounding circumstances disclosed by the

1   evidence and the rational or logical inferences that may be

2   drawn from them.

3        The third element which the Government must prove beyond a

4   reasonable doubt is that as a result of that course of conduct

5        experienced substantial emotional distress.  To establish

6   this element, the Government must prove that as a result of the

7   Defendant's conduct an ordinary and reasonable person in

8   position would have experienced substantial emotional distress.

9        I have finished the Court's instructions on the specific

10  crimes charged.  As you deliberate, I caution you that the

11  question of possible punishment of the Defendant is of no

12  concern to you and should not in any sense enter into or

13  influence your deliberations.  The duty of imposing sentence,

14  if the Defendant is convicted, rests exclusively upon the

15  court.

16       Similarly, the possible consequences of a not guilty

17  verdict are of no concern to you.  Your duty is to weigh the

18  evidence in the case and to determine whether or not the

19  Defendant is guilty beyond a reasonable doubt solely upon the

20  evidence presented.

21       In conclusion, let me remind you that your verdict must be

22  unanimous, reflecting the judgment of each and every one of

23  you.  Consider it in the jury room deliberately and carefully

24  in light of the instructions I've given you and use the same

25  common sense and the same intelligence that you would use in

1    determining any important matter that you have to decide in the

2    course of your own affairs.  It's your duty as jurors to

3    consult with one another and to deliberate with a view to

4    reaching an agreement, if you can do so without violence to

5    individual judgment.

6         Each of you must decide the case for yourself but do so

7    only after an impartial consideration of the evidence with your

8    fellow jurors.  In the course of your deliberations, do not

9    hesitate to reexamine your own views and change your opinion if

10   convinced that it is erroneous.  But do not surrender your

11   honest conviction as to the weight or effect of evidence solely

12   because of the opinion of your fellow jurors or for the mere

13   purpose of returning a verdict.

14        If, after carefully considering all of the evidence and

15   the arguments of your fellow jurors, you entertain a

16   conscientious view that differs from the others, you are not to

17   yield your conviction simply because you are outnumbered.

18        Upon retiring to the jury room, your first duty will be to

19   elect a foreperson.  The foreperson has no extra vote, but he

20   or she will preside over your deliberations and be your

21   spokesperson in court.

22        If it becomes necessary during your deliberations to

23   communicate with the court, you may send a note to the court

24   security officer.  Never attempt to communicate with the court

25   except in writing.

1    You will note from the oath about to be taken by the court
2    security officer that he or she as well as all other persons
3    are forbidden to communicate in any way or manner with any
4    member of the jury on any subject touching upon the merits of
5    the case.
6        Bear in mind always that you are not to tell the court or
7    anyone else how you stand in terms of a numerical division
8    until after you have reached a unanimous verdict.
9        In order to record your verdict in this case, we have
10   prepared a verdict form for you.  I'm now going to read to you
11   the verdict form which you will have with you in the jury room.
12       It looks like other legal documents in this case for the
13   start.  It begins with the name of our court and it says, "In
14   the United States District Court for the District of Maryland."
15   Then it has the name of this case, "United States of America v.
16   Christopher Kenji Bendann, the Defendant."  Then it has the
17   case number, "JKB-23-278."  JKB are my initials.  The case is
18   assigned to me, that's why those initials are there.
19       "Verdict form."  And then there are a series of nine
20   paragraphs.  One paragraph for each count.
21       Number one, "How do you find Defendant Christopher Kenji
22   Bendann as to Count 1, sexual exploitation of a child, on or
23   about September 16, 2017?"  Then there's a place to mark "not
24   guilty" or "guilty."  That's where your verdict will be
25   recorded after you have reached it unanimously.

1    Question two, "How do you find Defendant Christopher Kenji
2    Bendann as to Count 2, sexual exploitation of a child on or
3    about June 21, 2018?"  Once again, the option of "not guilty"
4    or "guilty."
5        And then the verdict form goes on like that for all nine
6    counts.  Self-explanatory.
7        At the end of the verdict form there is this statement:
8    "The foregoing constitutes the unanimous verdict of the jury."
9    There's a place for the date.  And then the foreperson and the
10   foreperson alone, the foreperson you have elected, signs with
11   his or her signature.
12       Once all nine questions have been answered and the verdict
13   form has been dated and signed, the verdict form is complete.
14       When you have reached a unanimous agreement, the
15   foreperson shall fill out the verdict form in accordance with
16   your agreement.  Then the foreperson should sign and date the
17   form in the space provided at the end.
18       When you have agreed and finished completing the verdict
19   form, the foreperson should rap on the door and inform the
20   clerk or the Court security officer simply that you've agreed
21   upon a verdict.  The foreperson should not disclose or indicate
22   in any way what your verdict is at that time.  The verdict must
23   be announced for the first time in open court.  And what's
24   implicit in that statement I'll make explicit and that is,
25   while you are in the jury room in your deliberations, at all

1  times there will be a court security officer stationed outside

2  the door just as there is right now if you look to your left.

3       After you've announced that you've reached your verdict,

4  in due course you'll be returned to the courtroom.  When you

5  return to the jury box, following an ancient tradition and

6  protocol, the clerk will ask, "Have you agreed upon your

7  verdict?"  And we hope that you collectively will respond that

8  you have.  Then the clerk will ask, "Who shall say for you?"

9  And then all of you should respond "Our foreperson."

10      Your foreperson will then stand and present the verdict

11 form to the clerk.  She will take it from the foreperson, walk

12 across the courtroom and hand it to me.

13      After I review it, I shall read the verdict out loud here

14 in open court.

15      Ladies and gentlemen, I remind you that you may not

16 conduct any research by using any source whatsoever to learn

17 more about this case, the issues in the case, or anyone

18 associated with this case.  And I further caution you not to

19 communicate with anyone other than your fellow jurors in this

20 case about your deliberations.

21      Until the jury has rendered its verdict in open court, you

22 are prohibited from commenting whether in person, over the

23 telephone, through the internet, or through any other means

24 about this case except with each other in the jury room.

25      Now, ladies and gentlemen, while you are in the jury

deliberation room and while you are deliberating, all
electronic devices must remain completely off.  Only when you
are on break from your deliberations may you turn on your cell
phone or other electronic device to communicate with anyone
outside of your fellow jurors and of course only then to
discuss matters that have no relation to this trial.

So how does this work in actual practice?  Well, you will
have elected a foreperson and then with all 12 of you then
assembled around the table, the foreperson will announce, okay,
we're beginning deliberations.  At that moment all electronic
devices have to be turned off, put away, not on vibrate, not
buzzing you a little bit while the discussion is going on.  No.
Turned off and not a factor.

Now, during your deliberations, upon the agreement of all
of you, you're free to periodically take breaks.  And your
foreperson will be, you know, presiding over all of that.  And
it might be after you've gone on for an hour or two, somebody
needs to use a restroom and stretch or whatever.  And the
foreperson will announce, "Okay, we're stopping deliberations."
At that moment you stop talking about the case.  You can turn
on your devices, use the restroom, whatever.  The point is you
work as a group of 12.  When you're deliberating, you're all
deliberating.

Mr. Court Security Officer, please raise your right hand.
The clerk will swear the court security officer.

1            (Court security officer sworn.)

2            **THE CLERK:**  Sir, can you please state and spell your

3    first and last name.

4            **COURT SECURITY OFFICER:**  Peter Mongeli,

5    P-E-T-E-R-M-O-N-G-E-L-I.

6            **THE CLERK:**  Thank you.

7            **THE COURT:**  Alternate Juror No. 2, please rise.

8    Alternate Juror No. 3, please rise.  Alternate Juror No. 4,

9    please rise.

10           You were selected to serve as alternate jurors during the

11   trial of this case.  You served, you've listened, you've paid

12   attention, you've prepared yourself to deliberate in this case

13   in the event that you are called upon to serve as an actual

14   juror.  That could have happened if someone became ill or was

15   absent for some reason.  It one instance it did occur and

16   Alternate Juror No. 1 came to be a member of the jury.

17           However, at least to this point, that has not happened

18   beyond the one instant.  Accordingly, each of you will not be

19   deliberating as members of the jury at this time in this case.

20   We are deeply grateful for your service here as alternate

21   jurors.

22           You remain under the restrictions that I previously

23   imposed, that you're not to discuss the case with anyone,

24   you're not to have any exposure to the media, or any outside

25   sources or information about the case.  You're not to conduct

1  any independent investigation of this matter.  And those

2  restrictions will remain in place until a verdict has been

3  returned in this case.

4      In the meantime, though, you may travel to the jury room

5  with the clerk, gather up your belongings and your things, and

6  depart the courthouse.

7      The clerk will have further instructions in terms of how

8  she will remain in contact with you until the verdict has been

9  reached in this case.  With the Court's thanks, you're excused.

10     The clerk will take the alternates out.

11     (Alternates excused at 2:55 p.m.)

12         THE COURT:  I'll see counsel on the private channel.

13     (Whereupon, the following conference was held at the

14  bench:)

15         THE COURT:  Does the Government have any issues or

16  objections in reference to the instructions given to the jury?

17         MS. MCGUINN:  Yes, Your Honor.  There is one typo, two

18  typos under -- if I can direct Your Honor to page 37 as well as

19  Page 38.  When you were reading the names of the files, they

20  should all begin with the letter "I" and in two instances you

21  read number 1.  And just didn't see it because they kind of

22  looked the same until you read it.

23         THE COURT:  So there was a misreading or there's an

24  actual typographical --

25         MS. MCGUINN:  It's a typo.  So on 37, it should be

```
 1  1MG6966, not -- it should be "I," not "1," excuse me.
 2       And the second one should be IMG6967.
 3            THE COURT:  Which counts do these pertain to?
 4            MS. MCGUINN:  Count 2 on page 37.  And I did
 5  doublecheck the indictment.  It's correct in the indictment.
 6  It's just a typo.  I'm sorry, my eyes just didn't see it last
 7  night if it was there.
 8            THE COURT:  Right.  It's hard to understand because I
 9  think these documents were moved electronically.  All right.
10  What's your proposed solution?  I'm checking the indictment
11  right now, too.  When these instructions were prepared, my
12  understanding was that the counts were taken directly from the
13  docketed superseding indictment and dropped into the jury
14  instruction.
15            MS. MCGUINN:  I'm looking at ECF-96, Your Honor, and
16  it is the letter "I."  I double and triple checked it.
17            THE COURT:  Yeah, I'm looking at the indictment right
18  now and I see "I."  I think I do.  Yeah, it says "I."
19            MS. MCGUINN:  Yeah, so it's that count as well as in
20  Count 4 on Page 38, there is also a number 1 in Count 4.
21            THE COURT:  All right.  I propose that I clear this up
22  by just making the simplest of references to those two
23  instructions and indicating that the instruction reads "1MG"
24  but in fact should read "IMG."  Wherever there is a reference
25  to a .mov and an MG, it's IMG, not 1MG.  Is that satisfactory
```

1  to the Government?

2          **MS. MCGUINN:**  That's absolutely fine.

3          **THE COURT:**  Without objection?

4          **MR. PROCTOR:**  That's correct.

5          **THE COURT:**  Are the jury instructions otherwise

6  acceptable?

7          **MS. MCGUINN:**  They're otherwise fine, Your Honor.  I'm

8  sorry I didn't see that before.

9          **THE COURT:**  I'm sorry that it happened altogether and

10 curious as can be about how it is electronically possible that

11 it happened.

12     But we'll here from the defense, any objections or issues

13 with respect to the instructions as actually delivered?

14         **MR. PROCTOR:**  We would reiterate the objections

15 from --

16         **THE COURT:**  I can't hear you.

17         **MR. PROCTOR:**  We would just reiterate the objection we

18 made last night at the Rule 30.  We have no argument.

19         **THE COURT:**  My recollection is that we resolved all

20 objections during the Rule 30 conference to your satisfaction.

21         **MR. PROCTOR:**  My recollection is there was a

22 reasonable doubt instruction that wasn't given and there was an

23 argument about a similar pattern or scheme argument that you

24 decided to give over our objection, but other than that we have

25 nothing else.

1          THE COURT:  All right.  Very well.  That's consistent

2     with my recollection as well.

3          MS. MCGUINN:  Yes, Your Honor.

4          THE COURT:  Very good.  Those objections to the extent

5     it's necessary are noted as renewed and overruled once again.

6     Okay.  I'll have to clear this up now.

7          Anything else, Mr. Proctor?

8          PROSPECTIVE JUROR:  No, sir.

9          THE COURT:  Thank you.

10         (Whereupon, the bench conference was concluded.)

11         THE COURT:  Ladies and gentlemen, it's been brought to

12    my attention in two of the jury instructions that I read to you

13    when I was referring to counts in the indictment, and I was

14    describing references to particular electronic content, I read

15    to you that the descriptor was "1MG" instead of "IMG."  I did

16    that in probably two or three instances and, in fact, that

17    typographical error does appear in the jury instructions.

18         My view is that this is not particularly significant, and

19    accordingly it is sufficient to simply correct it by telling

20    you that wherever in these indictments, in your instructions,

21    you see references to content that ends in ".mov," that you

22    should understand that the beginning of that reference in all

23    cases is "IMG," not as it is in two or three instances where

24    it's listed here as "1MG."  That's erroneous.  It's a

25    typographical error.  The computer seems to have read the "I"

1  in one setting and placed a "1" there instead.

2      Now, ladies and gentlemen, once you retire to the jury

3  room, you will need to wait before you begin the process of

4  electing your foreperson and then begin to deliberate on the

5  charges.  You have to wait until we have had the opportunity

6  through the clerk to deliver certain items to the jury room,

7  which will include some of the exhibits, a copy of the jury

8  instructions, the verdict form, and a copy of the indictment.

9      So once you retire to the jury room, do not begin your

10  deliberations, do not begin to discuss your case; instead, wait

11  until the clerk makes these deliveries to you that I've just

12  described.  And once the clerk has finished bringing these

13  items to you and once it is appropriate for you to begin the

14  process of selecting your foreperson and deliberating, the

15  clerk will tell you.  So don't start until she says to do so.

16      With that, the jury will be taken out.

17          **THE CLERK:**  All rise for the jury.

18      (Jury exits at 3:03 p.m.)

19          **THE COURT:**  Okay.  Be seated, please.  Madam Clerk, I

20  have a copy of the jury instructions for the jury so labeled.

21  I have a copy of the verdict form for the jury.  Show these to

22  counsel, please.

23      And, Madam Clerk, also a copy of the indictment.  Why

24  don't you come get that.  Show this to counsel.

25          **MR. PROCTOR:**  Your Honor, I don't know why we need the

120

forfeiture allegation to go back to the jury.  That just seems
confusing to me.

        THE COURT:  Without objection we'll remove it.

        MS. MCGUINN:  That's fine.

        THE COURT:  Take it out.

        MR. PROCTOR:  I don't know, then it'll go straight
from page 9 to page 11.  It has substitute assets.  Maybe we
just stop at page 9.

        THE COURT:  Yeah, I don't know that the signature
pages have to go back.  So take out those pages.

        MR. PROCTOR:  I did.

        THE COURT:  Show it to the Government.

        MS. MCGUINN:  That's fine.

        THE COURT:  We've redacted the last portion of the
indictment by removing pages 10 and 11, forfeiture allegations,
substitute assets and signature pages, but all nine counts
still appear in the reduced version of the indictment.  That
will go out back.  Without objection from the Government?

        MS. MCGUINN:  Yes, Your Honor.

        THE COURT:  Without objection from the Defendant?

        MR. PROCTOR:  That's correct.

        THE COURT:  All right.  Then otherwise, Mr. Proctor,
are the documents that I've proposed to send back in the form
of the indictment, the jury instructions and the verdict form
all acceptable?

1    **MR. PROCTOR:** Yes, sir. Preserving all previous

2    objections.

3    **THE COURT:** Yes. And now turning to the exhibits

4    themselves. Have counsel and the clerk had an opportunity to

5    compare notes on exhibits and to ensure that the clerk's record

6    on exhibits is in agreement with your own?

7    **MS. MCGUINN:** Yes, Your Honor. I went through the

8    list with Ms. Maldeis at the end of each day, including today,

9    and I am satisfied that the list she has and the exhibits she

10   has are correct.

11   **THE COURT:** Mr. Proctor? Mr. Nieto?

12   **MR. NIETO:** Yes, Your Honor. We had reviewed our

13   exhibits. I had not gone through it with regards to the

14   Government, but otherwise we have no objection.

15   **THE COURT:** You have every opportunity to do that now

16   before we send the exhibits back. It's at your option. I

17   always give counsel the opportunity to check before we send the

18   exhibits back. Do you want to check further or are you

19   satisfied?

20   **MR. NIETO:** No, I'm satisfied, Your Honor.

21   **THE COURT:** Okay. Very good. Thank you. Actual

22   physical exhibits?

23   **THE CLERK:** They're all here.

24   **THE COURT:** Okay. Understanding that some of the

25   exhibits are in electronic form. If the jury wants to see them

1   as we indicated in the instructions, they would ask, and we

2   would view them here in the courtroom.

3       Accordingly, the clerk is now instructed to take the copy

4   of the indictment that we agreed on, the jury instructions, the

5   verdict form, and the admitted exhibits to the jury room to

6   leave those with the jurors.  And then to advise the jurors

7   that now they may begin the process of selecting a foreperson,

8   and they may begin deliberations on the verdict.

9       Please make the delivery.

10      Hold on, what have you got in your hand?

11          **THE CLERK:**  Those are all of the exhibits, Your Honor.

12          **THE COURT:**  Those are also of the exhibits, the

13  notebooks and so forth.

14          **THE CLERK:**  Yes.

15          **THE COURT:**  Off the record.

16      (There was a discussion held off the record.)

17          **THE COURT:**  I just want to formally confirm that

18  counsel reviewed with the courtroom deputy clerk her record of

19  the exhibits that were admitted and were to go back to the jury

20  room.

21      I think the record is that the Government did make that

22  review and agrees exactly with the content of her list.  And

23  the defense counsel reviewed that list with respect to the

24  defense exhibits and is satisfied otherwise that her list is

25  accurate with respect to the Government's exhibits.  And,

1    accordingly, there's no objection to the clerk's record of what

2    has been received in this case, and no objection to the court's

3    determination through the clerk as to which exhibits should be

4    taken to the jury room.

5            Does the Government agree?

6            **MS. MCGUINN:**  Yes, Your Honor.

7            **THE COURT:**  Does the Defendant agree?

8            **MR. NIETO:**  Yes, Your Honor.

9            **THE COURT:**  Ms. Maldeis, have you delivered the

10   indictment, the jury instructions, the verdict form, and the

11   exhibits that were appropriate for delivery to the jury room?

12   Have you delivered all of those items to the jury room?

13           **THE CLERK:**  I have, Your Honor.

14           **THE COURT:**  And did you instruct the jury that they

15   now may begin the process of selecting their foreperson and

16   then may begin deliberations in the case.

17           **THE CLERK:**  I have, Your Honor.

18           **THE COURT:**  Thank you.

19       (Jury deliberating - 3:13 p.m.)

20           **THE COURT:**  We're in recess subject to call.

21   Presumably counsel shared their cell phone numbers with the

22   clerk.

23       Counsel, I'm going to ask that defense counsel stay in the

24   building, attorney's lounge, somewhere in this building.

25       Government counsel, will you be in your space on this

```
 1   floor or are you going across the street?
 2          MS. MCGUINN:  No, we'll be on this floor.
 3          THE COURT:  Thank you.  So all counsel will remain in
 4   the building.  Recess subject to call.
 5          THE CLERK:  All rise.  This Honorable Court now stands
 6   in recess.
 7      (Recess at 3:13 p.m.)
 8          THE COURT:  Be seated, please.
 9      I've shared with counsel for both sides an affidavit
10   prepared by Courtroom Deputy Clerk Rebecca Maldeis.
11      Has the Government had an opportunity to review it?
12          MS. MCGUINN:  Yes, Your Honor.
13          THE COURT:  Do you have any issues or concerns you
14   want to raise?
15          MS. MCGUINN:  None, Your Honor.
16          THE COURT:  Has the Defendant had an opportunity to
17   review the affidavit?
18          MR. PROCTOR:  Yes, sir.
19          THE COURT:  Do you have any issues or concerns you
20   want to raise?
21          MR. PROCTOR:  No, sir.
22          THE COURT:  I received a communication from the jury
23   at 4:07 p.m.  It reads as follows:  "We've reached a verdict on
24   all nine counts."
25      Docket the note.
```

1      Bring in the jury.

2           THE CLERK:  All rise for the jury.

3      (Jury enters at 4:36 p.m.)

4           THE COURT:  Good afternoon, ladies and gentlemen.

5      Madam Clerk.

6           THE CLERK:  We are here to receive the verdict in

7      Criminal Docket No. JKB-23-0274.  United States of America v.

8      Christopher Kenji Bendann.

9      Members of the jury, will you please answer when I call

10     your juror number.

11     Juror No. 1.

12          **JUROR NO. 1:**  Here.

13          **THE CLERK:**  Juror No. 2.

14          **JUROR NO. 2:**  Here.

15          **THE CLERK:**  Juror No. 3.

16          **JUROR NO. 3:**  Here.

17          **THE CLERK:**  Juror No. 4.

18          **JUROR NO. 4:**  Here.

19          **THE CLERK:**  Juror No. 5.

20          **JUROR NO. 5:**  Here.

21          **THE CLERK:**  Juror No. 6.

22          **JUROR NO. 6:**  Here.

23          **THE CLERK:**  Juror No. 7.

24          **JUROR NO. 7:**  Here.

25          **THE CLERK:**  Juror No. 8.

1          **JUROR NO. 8:**  Here.

2          **THE CLERK:**  Juror No. 9.

3          **JUROR NO. 9:**  Here.

4          **THE CLERK:**  Juror No. 10.

5          **JUROR NO. 10:**  Here.

6          **THE CLERK:**  Juror No. 11.

7          **JUROR NO. 11:**  Here.

8          **THE CLERK:**  Juror No. 12.

9          **JUROR NO. 12:**  Here.

10         **THE CLERK:**  Members of the jury, have you agreed upon

11    your verdict.

12        (Jurors - "We have.")

13         **THE COURT:**  Who shall speak for you?

14        (Jurors - "Our foreperson.")

15         **THE CLERK:**  Will the foreperson please rise.

16        Has the verdict form which was submitted to the jury been

17    answered, signed, and dated by you?

18         **THE FOREPERSON:**  Yes.

19         **THE COURT:**  You may be seated, ma'am.

20        The verdict form has been passed from the foreperson of

21    the jury to me.

22        The verdict form has been signed and dated by the

23    foreperson.

24        Mr. Bendann and Counsel, please rise.

25        In the United States District Court for the District of

Maryland, The United States of America v. Christopher Kenji

Bendann, Defendant, Case Number JKB-23-278.  Verdict.

One:  How do you find the Defendant Christopher Kenji

Bendann as to Count 1, sexual exploitation of a child on or

about September 16, 2017?

Answer:  Guilty.

Two:  How do you find the Defendant Christopher Kenji

Bendann as to Count 2, sexual exploitation of a child on or

about June 21, 2018?

Answer:  Guilty.

Question three:  How do you find Defendant Christopher

Kenji Bendann as to Count 3, sexual exploitation of a child on

or about August 26th, 2018?

Answer:  Guilty.

Question four:  How do you find Defendant Christopher

Kenji Bendann as to Count 4, sexual exploitation of a child on

or about January 2, 2019?

Answer:  Guilty.

Question five:  How do you find the Defendant Christopher

Kenji Bendann as to Count 5, sexual exploitation of a child on

or about February 9, 2019?

Answer:  Guilty.

Question 6:  How do you find the Defendant Christopher

Kenji Bendann as to Count 6, possession of child pornography,

iCloud account, on or about September 1, 2017, through on or

1  about January 23, 2023?

2      Answer:  Guilty.

3      Question seven:  How do you find the Defendant Christopher

4  Kenji Bendann as to Count 7, possession of child pornography,

5  Dell Inspiron laptop, on or about February 3, 2023?

6      Answer:  Guilty.

7      Question eight:  How do you find the Defendant Christopher

8  Kenji Bendann as to Count 8, possession of child pornography,

9  Sony Vaio laptop, on or about February 3, 2023?

10      Answer:  Guilty.

11      Question nine:  How do you find the Defendant Christopher

12  Kenji Bendann as to Count 9, cyberstalking, from May 2022

13  through December 2022?

14      Answer:  Guilty.

15      I will poll the jury.

16      Juror No. 1, were these and are these your verdicts?

17          **JUROR NO. 1:**  Yes, sir.

18          **THE COURT:**  Juror No. 2, were these and are these your

19  verdicts?

20          **JUROR NO. 2:**  Yes, sir.

21          **THE COURT:**  Madam foreperson, were these and are these

22  your verdicts?

23          **MADAM FOREPERSON:**  Yes, Your Honor.

24          **THE COURT:**  Juror No. 4, were there and are these your

25  verdicts?

1              **JUROR NO. 4:**  Yes, sir.

2              **THE COURT:**  Juror No. 5, were these and are these your

3    verdicts?

4              **JUROR NO. 5:**  Yes, sir.

5              **THE COURT:**  Juror No. 6, were these and are these your

6    verdicts?

7              **JUROR NO. 6:**  Yes, sir.

8              **THE COURT:**  Juror No. 7, were these and are these your

9    verdicts?

10             **JUROR NO. 7:**  Yes, sir.

11             **THE COURT:**  Juror No. 8, were these and are these your

12   verdicts?

13             **JUROR NO. 8:**  Yes, Your Honor.

14             **THE COURT:**  Juror No. 9, were these and are these your

15   verdicts?

16             **JUROR NO. 9:**  Yes, sir.

17             **THE COURT:**  Juror No. 10, were these and are these

18   your verdicts?

19             **JUROR NO. 10:**  Yes, Your Honor.

20             **THE COURT:**  Juror No. 11, were these and are these

21   your verdicts?

22             **JUROR NO. 11:**  Yes, Your Honor.

23             **THE COURT:**  Juror No. 12, were these and are these

24   your verdicts?

25             **JUROR NO. 12:**  Yes, Your Honor.

1              **THE COURT:**  Thank you.

2        Madam Clerk.  Harken the jury.

3              **THE CLERK:**  Members of the jury, you have heard the

4   verdicts and answers thereto as delivered by your foreperson

5   and they have been recorded and each of you do agree?  If so,

6   please answer "We do."

7        (All jurors - "We do.")

8              **THE CLERK:**  Verdict recorded.

9              **THE COURT:**  Verdict recorded.

10       Ladies and gentlemen, this concludes your service as

11  jurors on this case.  Your community through me thanks you for

12  your service.

13       There is a rule that operates in this district which

14  forbids lawyers from contacting jurors after they have

15  delivered a verdict.  Accordingly, you will not be contacted by

16  any of the lawyers in this case.  The other restrictions that I

17  placed on you at the start of this trial are now vacated.

18  You're free to speak to anyone, or no one, about this as you

19  choose.  There's no longer any court-imposed restriction with

20  respect to this.

21       Also, the restrictions about otherwise inquiring into the

22  matter and so forth, all of those limitations that I've been

23  reciting to you at every break, those are all now vacated and

24  no longer in effect.

25       In a few moments, I will come to the jury room and greet

1   you informally and more informally thank you for your service

2   on this case.  You're not required to wait for me to arrive,

3   it'll take about five minutes or so, but I am eager to speak

4   with you, make sure that there aren't things that we can do in

5   our jury trials that make it easier for jurors to serve and so

6   forth.  Those would be the sorts of topics that I will cover

7   with you.  And I look forward to our conversation.

8          The jury has been discharged.  Take the jury out.

9               THE CLERK:  All rise for the jury.

10   (Jury exits at 4:44 p.m.)

11               THE COURT:  Publish the verdict to counsel.

12   Be seated, please.

13   Docket the verdict.

14          Post-trial motions will be due in 14 days.

15          The Defendant was previously ordered released on

16   conditions.  He was unable to satisfy those conditions.

17   Technically a release order remains in effect.

18          Government's position with respect to that release order?

19               MS. MCGUINN:  Your Honor, the Government would ask to

20   revoke his release conditions at this time.

21               MR. PROCTOR:  We'll defer to the court.

22               THE COURT:  The prior release order that was entered

23   but never complied with is revoked.  The Defendant is ordered

24   detained.  There will be a written order prepared after the

25   proceeding.

1        Off the record.

2        (Off the record.)

3        **THE COURT:**  The Government will arrange a conference

4   call with defense counsel and chambers tomorrow for the purpose

5   of scheduling sentencing.

6        Anything else that we can productively address today?

7        **MS. MCGUINN:**  So I make sure I understand, schedule

8   the conference call for tomorrow to then schedule sentencing?

9        **THE COURT:**  Yes.

10       **MS. MCGUINN:**  The call is tomorrow.

11       **THE COURT:**  Call chambers on a conference call with

12  defense counsel on the line, confer with my chambers' staff.

13       **MS. MCGUINN:**  Yes.

14       **THE COURT:**  And in that conference a sentencing date

15  will be set.

16       **MS. MCGUINN:**  Yes, Your Honor.

17       **THE COURT:**  And then an order will be entered tomorrow

18  noting when the sentencing is to occur.

19       Is there anything else from the Government?

20       **MS. MCGUINN:**  Nothing else from the Government, Your

21  Honor.

22       **THE COURT:**  Is there anything else from the Defendant?

23       **MR. NIETO:**  No, Your Honor.

24       **THE COURT:**  The Defendant is remanded.  Everyone else,

25  please stay in position.  The marshals will take the Defendant

 1  out.

 2       (Defendants exits.)

 3            THE COURT:  The sequence this afternoon will be,

 4  gentlemen, we'll clear the gallery first, I'll hold the jurors.

 5  So clear the gallery as soon as we adjourn court.

 6       Court is adjourned.

 7            THE CLERK:  All rise.  This Honorable Court now stands

 8  adjourned.

 9       (Court adjourned at 4:48 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          CERTIFICATE OF OFFICIAL REPORTER

2

3

4        I, Ronda J. Thomas, Registered Merit Reporter, Certified

5    Realtime Reporter, in and for the United States District Court

6    for the District of Maryland, do hereby certify, pursuant to 28

7    U.S.C. § 753, that the foregoing is a true and correct

8    transcript of the stenographically-reported proceedings held in

9    the above-entitled matter and the transcript page format is in

10   conformance with the regulations of the Judicial Conference of

11   the United States.

12                        Dated this 17th day of February 2024.

13

14

15                        _Ronda J. Thomas_____

16                        Ronda J. Thomas, RMR, CRR
                          Federal Official Reporter

17

18

19

20

21

22

23

24

25

JUROR NO. 10:
**[2]** 126/5
129/19
JUROR NO. 11:
**[2]** 126/7
129/22
JUROR NO. 12:
**[2]** 126/9
129/25
JUROR NO. 1:
**[2]** 125/12
128/17
JUROR NO. 2:
**[2]** 125/14
128/20
JUROR NO. 3:
**[1]** 125/16
JUROR NO. 4:
**[2]** 125/18
129/1
JUROR NO. 5:
**[2]** 125/20
129/4
JUROR NO. 6:
**[2]** 125/22
129/7
JUROR NO. 7:
**[2]** 125/24
129/10
JUROR NO. 8:
**[2]** 126/1
129/13
JUROR NO. 9:
**[2]** 126/3
129/16
**LAW CLERK: [1]**
5/3
**MR. NIETO:**
**[13]** 3/6 3/8
7/8 31/3 31/8
39/11 39/18
39/20 68/17
121/12 121/20
123/8 132/23
**MR. PROCTOR:**
**[20]** 4/8 4/10
4/14 5/18 6/3
6/6 38/21 39/9
117/4 117/14
117/17 117/21
119/25 120/6
120/11 120/21
121/1 124/18
124/21 131/21

**MS. HAGAN: [7]**
6/26 16/10 19/23
7/24 8/1 32/6
32/9
**MS. MCGUINN:**
**[31]** 3/17
3/22 5/17 6/2
39/4 59/12
59/14 62/5
68/15 115/17
115/25 116/4
116/15 116/19
117/2 117/7
118/3 120/4
120/13 120/19
121/7 123/6
124/2 124/12
124/15 131/19
132/7 132/10
132/13 132/16
132/20
**PROSPECTIVE**
**JUROR: [1]**
118/8
**THE CLERK:**
**[35]** 6/21
38/3 38/6
39/13 68/8
68/11 68/19
114/2 114/6
119/17 121/23
122/11 122/14
123/13 123/17
124/5 125/2
125/6 125/13
125/15 125/17
125/19 125/21
125/23 125/25
126/2 126/4
126/6 126/8
126/10 126/15
130/3 130/8
131/9 133/7
**THE COURT**
**REPORTER: [1]**
4/7
**THE COURT:**
**[112]** 3/2
3/10 3/14 3/19
3/24 4/2 4/5
4/9 4/12 4/16
5/1 5/6 5/20
6/4 6/7 6/14
6/23 7/1 7/9
7/25 31/4 31/7
31/11 32/8

37/16 38/5
39/5 39/10
39/12 39/15
39/19 59/10
59/13 62/4
67/13 68/10
68/14 68/16
68/18 68/21
114/7 115/12
115/15 115/23
116/3 116/8
116/17 116/21
117/3 117/5
117/9 117/16
117/19 118/1
118/4 118/9
118/11 119/19
120/3 120/5
120/9 120/12
120/14 120/20
120/22 121/3
121/11 121/15
121/21 121/24
122/12 122/15
122/17 123/7
123/9 123/14
123/18 123/20
124/3 124/8
124/13 124/16
124/19 124/22
125/4 126/13
126/19 128/18
128/21 128/24
129/2 129/5
129/8 129/11
129/14 129/17
129/20 129/23
130/1 130/9
131/11 131/22
132/3 132/9
132/11 132/14
132/17 132/22
132/24 133/3
**THE**
**FOREPERSON:**
**[1]** 126/18

**$**

**$350 [2]** 28/4
28/16

**'**

**'22 [1]** 104/18
**'s [12]** 19/3
19/24 20/10

21/25 33/22
35/7 36/7
42/21 50/12
64/6

**.**

**.mov [2]**
116/25 118/21

**0**

**0274 [1]** 125/7

**1**

**10 [6]** 12/8
52/6 52/8
120/15 126/4
129/17
**100 percent [2]**
45/14 53/23
**105474467 [6]**
89/5 89/22
90/15 91/8
92/2 98/13
**10:00 at [1]**
62/14
**10:00 or [1]**
11/24
**10:04 [1]** 5/5
**10:08 [1]** 6/22
**10:30 at [1]**
11/24
**10:54 a.m [2]**
30/7 30/8
**11 [9]** 13/19
15/19 23/7
23/8 23/11
120/7 120/15
126/6 129/20
**11:00 a.m [1]**
30/11
**11:24 [1]** 38/4
**11:25 [1]** 38/8
**11:43 [1]** 38/8
**11:45 [1]**
39/14
**11th [2]** 15/9
15/10
**12 [5]** 56/10
113/8 113/22
126/8 129/23
**122 [1]** 62/10
**123 [1]** 2/8
**125 [1]** 2/9
**12:38 [1]** 68/9
**12:39 [1]**

68/13
68/15] 11/14
42/18 44/20
62/8 131/14
**14th [1]** 30/22
**15 [8]** 11/14
42/18 44/20
46/10 61/15
62/8 63/2 99/2
**15th [2]** 12/23
63/6
**16 [7]** 12/24
14/12 22/25
63/9 88/15
110/23 127/5
**16th [2]** 22/21
60/21
**17 [4]** 5/12
5/15 14/12
27/3
**17th [1]**
134/12
**18 [43]** 23/19
24/8 25/5 25/8
25/14 29/20
40/9 41/7 42/6
42/9 42/9
42/19 42/19
47/1 47/11
47/16 50/20
51/19 64/3
64/5 64/15
64/18 64/19
65/25 66/1
88/2 88/4 88/6
88/19 89/11
90/3 90/21
91/15 92/5
93/12 93/15
98/6 98/20
99/10 99/21
103/10 103/15
105/6
**18th [2]** 50/12
60/21
**19 [1]** 42/6
**19th [1]** 47/6
**1:25 [1]** 68/10
**1:25 p.m [1]**
68/6
**1:33 [2]** 68/13
68/20
**1B4 [1]** 25/1
**1MG [4]** 116/23
116/25 118/15
118/24

135

**1**

**1MG6966 [1]**
116/1
**1MG6967.mov [1]**
89/19
**1MG6969.mov [1]**
91/5
**1st [1]** 28/13

**2**

**20 [2]** 46/12
56/24
**2001 [1]** 64/14
**2015 [1]** 62/10
**2016 [1]** 14/11
**2017 [15]**
12/23 14/11
22/21 22/25
51/1 51/23
52/25 60/21
63/6 64/1
88/15 98/2
110/23 127/5
127/25
**2017/2016 [1]**
14/11
**2018 [16]**
14/11 24/19
26/19 26/21
27/2 47/17
47/22 51/1
51/21 53/1
53/2 89/8
89/24 111/3
127/9 127/13
**2019 [25]** 28/5
28/6 28/18
29/19 47/4
51/4 51/22
53/4 53/6
53/13 64/15
65/4 65/7
65/16 65/25
66/4 66/4
66/18 66/19
67/2 67/2
90/18 91/12
127/17 127/21
**2020 [10]**
23/11 51/17
51/19 52/5
52/6 52/9
64/13 64/19
64/20 64/25
**2022 [18]** 8/10

**17/20 17/21**
30/20 30/22
30/22 33/15
33/16 47/6
50/16 52/9
56/18 65/13
104/18 128/12
128/13
**2023 [12]**
12/17 13/18
15/21 35/1
52/4 52/5 98/3
98/17 99/7
128/1 128/5
128/9
**2024 [2]** 1/12
134/12
**2025 [1]** 2/2
**20th [7]** 29/20
47/4 64/14
64/15 66/4
66/18 67/2
**21 [5]** 47/7
47/11 89/8
111/3 127/9
**213 [1]** 62/16
**216 [1]** 62/18
**21st [1]** 24/19
**22 [1]** 38/19
**221 [2]** 17/23
17/23
**222 [3]** 17/23
17/24 62/20
**2251 [2]** 88/3
92/4
**2252 [2]** 88/5
99/21
**2256 [8]** 88/19
89/11 90/3
90/22 91/16
98/6 98/20
99/10
**2261 [2]** 88/7
105/6
**228 [1]** 65/3
**23 [2]** 98/3
128/1
**23-cr-0278-JKB
[1]** 1/5
**23rd [1]** 23/11
**24 [1]** 1/12
**240 [1]** 62/21
**24th [3]** 26/22
52/5 52/6
**25th [1]** 26/22

**26 [3]** 26/18
26/23 26/23
**26th [4]** 26/23
27/2 28/8
127/13
**278 [2]** 110/17
127/2
**28 [2]** 2/2
134/6
**28th [1]** 28/12
**29 [3]** 4/15
4/16 48/17
**295 [1]** 62/22
**296 [1]** 62/22
**29th [1]** 28/12
**2:55 [1]**
115/11
**2nd [5]** 28/4
28/6 28/8
28/13 28/18

**3**

**30 [4]** 5/6
16/8 117/18
117/20
**30,000 [1]**
56/24
**30th [1]** 28/12
**3109183 [1]**
99/17
**31st [1]** 28/13
**35 [2]** 6/15
38/12
**37 [3]** 115/18
115/25 116/4
**38 [2]** 115/19
116/20
**39 [2]** 2/5
38/14
**3:03 [1]**
119/18
**3:13 [2]**
123/19 124/7
**3rd [1]** 64/1

**4**

**45 [1]** 68/5
**4:07 p.m [1]**
124/23
**4:36 [1]** 125/3
**4:44 [1]**
131/10
**4:48 [1]** 133/9

**5**

**56 [1]** 62/13

**59 [1]** 2/6

**6**

**60s [1]** 53/3
**67 [1]** 53/2
**68 [2]** 2/7
53/2
**6965 [1]** 53/1
**6966 [1]** 53/1
**6969 [1]** 53/5
**6976 [1]** 53/7

**7**

**700 [2]** 17/24
20/16
**74 [1]** 53/4
**75 [1]** 53/4
**753 [1]** 134/7
**7th [3]** 21/5
21/7 30/22

**8**

**8th [2]** 66/19
67/2

**9**

**90 [1]** 28/11
**91 [1]** 65/16
**96 [1]** 116/15
**9:45 [2]** 1/12
3/1
**9:49 [1]** 5/5
**9th [1]** 29/19

**A**

**a.m [12]** 1/12
3/1 5/5 5/5
6/22 30/7 30/8
30/11 38/4
38/8 38/8
39/14
**ability [2]**
80/18 106/25
**able [4]** 10/24
27/20 44/10
51/9
**about [94]**
6/18 9/25
11/17 12/8
13/12 13/16
14/9 15/18
20/4 20/5 21/2
31/17 34/23
35/10 35/11
35/19 40/2
41/1 42/9 43/7
44/15 44/21

**44/23 45/2
46/19 45/20
46/9 46/10
47/14 48/6
48/14 48/18
49/17 51/23
51/23 52/22
53/25 54/14
54/25 55/1
56/2 57/20
57/24 59/15
60/17 61/17
61/22 61/23
61/24 63/1
63/21 63/24
64/3 67/7
69/13 70/19
70/25 72/17
73/23 76/24
80/4 80/17
81/21 81/22
84/19 88/15
89/7 89/24
90/17 91/11
98/16 99/6
110/1 110/23
111/3 112/17
112/20 112/24
113/20 114/25
117/10 117/23
127/5 127/9
127/13 127/17
127/21 127/25
128/1 128/5
128/9 130/18
130/21 131/3
above [1]**
134/9
**above-entitled
[1]** 134/9
**abroad [1]**
8/11
**absence [1]**
87/16
**absent [1]**
114/15
**absolutely [4]**
51/4 53/25
65/8 117/2
**abstract [1]**
49/6
**abundantly [1]**
57/25
**abuse [9]**
42/13 42/17
42/20 45/13

**A**

**abuse... [5]**
45/24 46/19
54/25 58/1
94/25

**abused [5]**
36/8 57/11
57/17 57/18
60/3

**academic [1]**
42/25

**academically
[2]** 43/11
43/24

**accept [4]**
20/25 81/10
81/15 82/10

**acceptable [8]**
5/15 5/18 6/1
6/4 39/3 39/7
117/6 120/25

**accepts [1]**
40/5

**access [6]**
18/22 62/18
62/19 106/19
106/20 106/21

**accessed [3]**
100/12 101/1
101/24

**accesses [1]**
99/23

**accessing [1]**
100/9

**accident [5]**
75/24 85/5
86/4 102/1
103/20

**accompany [1]**
5/24

**accordance [1]**
111/15

**accorded [1]**
70/12

**according [9]**
11/24 12/2
12/18 22/20
28/17 29/18
53/5 64/17
66/2

**accordingly
[11]** 4/22 7/3
51/5 75/13
86/18 87/2
114/18 118/19

**account [17]**
16/7 16/9
19/20 19/23
19/25 23/6
24/21 32/25
33/4 80/14
89/5 89/21
90/14 91/8
92/2 98/12
127/25

**accounts [1]**
51/13

**accurate [4]**
28/24 30/11
80/14 122/25

**accurately [1]**
80/6

**accusation [3]**
40/2 74/4 74/7

**accusations [3]**
41/4 41/4
46/15

**acknowledge [2]**
41/24 50/5

**acknowledgeable
[1]** 81/25

**acknowledged
[1]** 48/18

**acquit [1]**
74/23

**acronym [1]**
56/8

**across [5]**
60/15 96/25
103/1 112/12
124/1

**act [13]** 75/13
75/14 75/18
76/3 84/21
85/17 86/9
86/23 86/24
86/25 101/24
103/18 107/20

**acted [12]**
56/14 75/23
85/3 85/6 85/9
85/14 85/16
85/23 85/25
86/1 94/2
94/17

**actions [5]**
21/10 40/16
56/19 58/5
86/21

**active [1]**
44/20

**activities [1]**
97/18

**activity [3]**
22/5 95/15
95/20

**acts [18]**
75/20 75/21
75/23 76/1
76/4 76/11
84/19 85/3
85/4 86/2
86/13 86/24
87/4 87/4
93/12 107/12
107/15 107/25

**actual [18]**
27/14 28/5
28/14 29/8
29/11 53/18
85/12 94/22
100/22 101/8
101/11 103/14
103/24 104/4
113/7 114/13
115/24 121/21

**actually [25]**
18/10 20/13
27/16 32/13
38/18 45/21
54/3 56/2 56/5
88/24 89/17
90/9 91/2
91/21 92/18
94/21 96/7
97/3 97/11
97/21 102/14
106/10 106/14
106/17 117/13

**ad [1]** 48/5

**add [2]** 8/7
65/1

**addition [3]**
21/24 55/15
73/8

**additional [3]**
7/12 33/11
34/8

**address [1]**
132/6

**adjective [2]**
56/14 56/14

**adjourn [1]**
133/5

**adjourned [3]**

133/6 133/8
134/22 134/25
134/25 135/9

**adjusting [1]**
43/24

**admissibility
[1]** 73/3

**admissible [1]**
72/23

**admit [1]** 73/7

**admitted [4]**
72/3 75/18
122/5 122/19

**admonish [1]**
32/2

**adopts [1]**
4/17

**adult [7]**
24/10 25/4
25/16 30/24
58/2 65/22
65/23

**adverse [1]**
82/24

**advise [2]**
6/18 122/6

**advised [1]**
83/23

**advisee [1]**
67/6

**advisor [3]**
9/3 10/17
41/10

**affairs [1]**
109/2

**affect [1]**
80/9

**affected [1]**
55/4

**affecting [23]**
89/1 90/11
91/4 91/23
92/14 92/17
92/20 96/7
96/10 97/4
97/15 97/20
98/10 98/22
98/25 99/12
99/15 100/3
100/6 100/14
100/16 102/4
102/6

**affidavit [2]**
124/9 124/17

**affluent [2]**
10/5 57/19

**after [26]**

15/21 16/8
21/22 34/25
35/13 40/3
40/10 40/25
41/8 42/9
50/16 50/16
53/13 74/25
81/9 81/13
86/25 109/7
109/14 110/8
110/25 112/3
112/13 113/17
130/14 131/24

**afternoon [4]**
68/21 77/7
125/4 133/3

**afterwards [1]**
58/7

**again [59]**
9/13 14/1 16/2
16/12 22/10
22/11 23/2
24/12 24/22
24/24 24/24
25/1 25/2
25/22 26/3
27/6 27/15
28/17 28/18
28/20 28/23
29/16 29/21
32/19 33/6
33/14 33/21
36/14 39/21
40/12 41/1
41/5 41/17
42/14 42/15
43/1 43/11
43/14 45/22
46/8 46/9
46/19 49/10
50/2 50/24
52/15 53/4
54/7 54/10
57/10 58/7
62/18 62/24
63/14 64/22
79/5 84/3
111/3 118/5

**against [10]**
9/1 21/11
30/14 37/10
56/20 73/2
74/17 82/24
83/1 84/14

**age [12]** 21/25
42/6 44/20

**A**

**age...** [9]
47/22 50/20
70/21 93/3
95/17 103/10
103/12 103/15
104/4
**aged** [1]  56/17
**agenda** [1]
10/9
**agent** [16]
1/19 12/18
24/1 30/9
30/19 50/2
50/5 51/8
51/24 52/2
52/3 60/15
60/19 61/2
61/11 61/18
**agents** [3]
16/5 16/10
51/11
**ages** [2]  42/17
47/12
**ago** [4]  41/1
53/17 56/18
62/24
**agree** [6]
41/20 41/21
42/10 123/5
123/7 130/5
**agreed** [6]
72/12 111/18
111/20 112/6
122/4 126/10
**agreement** [6]
72/11 109/4
111/14 111/16
113/14 121/6
**agrees** [1]
122/22
**ahead** [1]  4/23
**aid** [1]  83/20
**aided** [1]  1/24
**aimed** [1]
43/22
**all** [132]  4/18
4/19 5/3 6/21
8/13 10/8
10/15 15/3
15/25 16/23
20/5 21/2
21/13 23/17
23/24 23/25
24/4 24/4

24/19 24/19
23/2 23/23
24/24 27/9
27/17 30/14
31/21 34/17
34/17 35/14
37/22 38/3
38/6 39/13
40/14 41/11
41/11 42/10
43/7 46/1
47/17 48/7
48/25 49/19
50/6 50/15
51/2 52/18
53/13 53/14
53/19 54/19
54/24 56/10
58/12 59/4
59/22 60/14
60/15 60/24
61/13 62/10
63/2 64/5
65/12 65/18
65/22 65/23
66/1 66/9 66/9
67/25 68/8
68/11 68/19
70/15 70/21
73/1 75/1
77/19 78/5
79/16 81/9
81/13 81/15
82/5 82/9 83/8
83/11 84/6
85/7 86/9
87/20 94/5
95/24 103/12
107/25 109/14
110/2 111/5
111/12 111/25
112/9 113/1
113/8 113/10
113/14 113/16
113/22 115/20
116/9 116/21
117/19 118/1
118/22 119/17
120/16 120/22
120/25 121/1
121/23 122/11
123/12 124/3
124/5 124/24
125/2 130/7
130/22 130/23
131/9 133/7

**allegation** [3]
116/7 116/18
120/1
**allegations** [3]
15/22 55/11
120/15
**alleged** [7]
75/13 84/12
84/23 84/24
87/23 93/2
93/13
**allegedly** [1]
42/20
**alleges** [7]
42/17 47/16
48/2 96/16
97/2 102/18
106/10
**alleging** [1]
47/23
**allow** [3]
37/18 67/22
70/24
**allowed** [1]
82/11
**alluded** [1]
8/21
**almost** [2]
51/19 107/17
**alone** [9]
11/16 13/22
69/10 71/8
74/23 78/18
83/24 101/17
111/10
**along** [1]
41/11
**already** [5]
4/12 42/8
50/17 51/18
53/17
**also** [29]  1/19
9/8 13/3 14/3
19/23 23/1
23/6 23/12
24/24 27/7
28/21 29/25
35/11 36/1
37/1 42/21
49/25 57/4
72/24 76/4
77/12 79/11
80/7 97/2
101/16 116/20
119/23 122/12
130/21

**altered** [1]
116/23
**alternate** [7]
7/2 114/7
114/8 114/8
114/10 114/16
114/20
**alternates** [2]
115/10 115/11
**although** [3]
30/18 74/6
95/18
**altogether** [1]
117/9
**alum** [2]  45/8
57/9
**always** [9]
19/8 20/18
25/17 33/17
42/3 81/1
84/15 110/6
121/17
**am** [5]  32/4
42/16 57/15
121/9 131/3
**amended** [2]
5/11 5/21
**AMERICA** [5]
1/3 70/11
110/15 125/7
127/1
**among** [6]  9/4
14/15 37/18
60/17 67/22
72/11
**amongst** [2]
54/5 59/6
**anal** [1]  94/24
**analyzing** [1]
73/20
**ancient** [1]
112/5
**angles** [1]
18/16
**angry** [5]
18/16 19/7
57/25 58/9
59/24
**animus** [1]
55/15
**announce** [2]
113/9 113/19
**announced** [2]
111/23 112/3
**anonymous** [2]
45/5 52/7

**another** [22]
11/9 23/5
24/13 25/6
25/17 26/8
44/9 55/12
78/13 78/17
80/16 96/14
96/14 96/19
97/6 101/23
102/10 102/16
102/17 102/21
104/20 109/3
**answer** [11]
125/9 127/6
127/10 127/14
127/18 127/22
128/2 128/6
128/10 128/14
130/6
**answered** [3]
36/12 111/12
126/17
**answers** [3]
72/9 72/20
130/4
**any** [141]
**anybody** [2]
11/2 46/20
**anymore** [2]
49/14 53/3
**anyone** [16]
37/18 42/12
45/6 51/3
53/24 54/3
54/8 54/12
57/16 67/21
110/7 112/17
112/19 113/4
114/23 130/18
**anything** [24]
15/24 20/20
21/6 37/24
42/15 44/21
44/24 45/19
46/2 52/8
52/14 54/16
57/21 58/10
58/11 61/17
62/7 68/3
69/25 72/14
118/7 132/6
132/19 132/22
**anywhere** [2]
47/24 48/3
**AP** [1]  43/12
**apart** [1]  21/9

**A**

**apologize [1]**
65/9

**appear [6]**
80/3 83/9 84/7
95/14 118/17
120/17

**appearance [2]**
47/11 47/14

**APPEARANCES [1]**
1/14

**appeared [2]**
36/10 84/2

**appears [2]**
83/18 83/25

**Apple [6]**   16/3
16/6 49/9
49/12 49/12
60/16

**applicable [2]**
68/23 87/20

**applies [1]**
69/2

**apply [3]**
46/14 69/4
82/6

**appreciate [3]**
34/6 40/14
59/2

**approach [2]**
38/24 38/25

**appropriate [7]**
40/22 56/21
58/10 58/23
59/6 119/13
123/11

**approved [1]**
5/7

**approximately**
**[1]**   64/19

**April [4]**   65/4
65/7 66/19
67/2

**April 2019 [2]**
65/4 65/7

**April 8th [2]**
66/19 67/2

**are [132]**   5/20
6/10 6/11 8/2
8/2 16/23
16/25 20/14
21/13 21/16
22/11 23/25
24/2 24/3
24/16 27/3

27/20 28/25
29/19 29/23
29/24 29/25
30/25 31/1
31/18 32/11
32/21 33/1
33/23 35/20
35/21 37/23
39/3 39/7
39/10 39/23
40/2 40/17
44/4 49/11
49/18 53/20
54/2 54/8
56/13 58/13
59/5 59/21
60/12 61/20
61/21 61/25
65/13 66/16
68/14 68/25
69/6 69/19
69/19 70/4
70/21 71/3
71/21 72/7
72/9 72/9
72/19 72/20
73/10 73/12
73/12 73/13
73/15 73/19
73/20 74/3
74/19 74/24
75/7 76/20
77/9 78/14
78/22 79/1
79/2 79/10
81/21 83/6
84/3 85/13
86/18 87/2
87/19 87/23
106/22 108/17
109/16 109/17
110/3 110/6
110/17 110/18
110/19 111/25
112/22 112/25
113/1 113/3
114/13 114/20
117/5 118/5
120/23 121/10
121/18 121/25
122/11 122/12
124/1 125/6
128/16 128/18
128/21 128/24
129/2 129/5
129/8 129/11
129/14 129/17

129/20 129/23

**area [7]**   23/16
32/17 95/1
95/5 95/7
95/12 95/13

**areas [1]**
31/21

**aren't [3]**
44/9 60/4
131/4

**arguably [1]**
31/17

**argue [2]**
25/20 28/25

**argues [1]**
31/24

**argument [16]**
2/4 2/5 2/6
3/15 6/12 7/16
7/16 7/18 7/22
30/23 32/3
39/17 41/4
117/18 117/23
117/23

**arguments [7]**
5/2 7/15 49/11
67/14 71/21
78/7 109/15

**around [4]**
10/19 24/14
56/13 113/9

**arrange [1]**
132/3

**arrive [2]**
71/12 131/2

**article [2]**
37/19 67/23

**articles [2]**
37/20 67/24

**as [207]**

**aside [1]**
41/13

**ask [12]**   15/10
18/25 35/20
37/11 71/4
72/24 81/1
112/6 112/8
122/1 123/23
131/19

**asked [15]**   7/5
14/2 14/19
15/17 30/10
34/23 36/4
36/19 36/22
37/1 57/2 73/4

73/5 77/15

**asking [4]**
20/3 31/9
62/13 62/15

**asks [2]**   78/16
78/17

**aspect [1]**
55/13

**assembled [1]**
113/9

**assets [2]**
120/7 120/16

**assigned [4]**
10/17 10/20
73/25 110/18

**assist [3]**
45/7 82/1
83/21

**assistance [1]**
73/20

**assistant [1]**
51/24

**associated [10]**
19/25 49/7
89/5 89/22
90/14 91/8
92/2 95/15
98/12 112/18

**assume [3]**
77/6 77/8
77/15

**astutely [1]**
49/1

**athletically**
**[1]**   43/24

**atrocious [1]**
65/8

**attach [1]**
82/22

**attacked [1]**
34/23

**attempt [2]**
55/13 109/24

**attempted [7]**
26/9 88/16
89/9 90/1
90/19 91/13
104/23

**attempts [2]**
92/22 105/13

**attend [2]**
10/1 87/3

**attended [1]**
56/9

**attending [1]**

57/13

**attention [11]**
15/9 34/7 43/3
43/16 44/15
48/6 54/9
68/22 84/18
114/12 118/12

**attire [1]**
95/16

**attitude [1]**
70/5

**attorney [5]**
69/7 72/21
72/23 73/2
73/3

**attorney's [1]**
123/24

**attorneys [3]**
51/25 72/24
78/6

**attract [1]**
95/4

**audience [1]**
60/5

**audio [1]**
83/18

**AUGUST [7]**
1/12 2/2 26/18
26/21 27/2
89/24 127/13

**August 26 [3]**
26/18 26/21
89/24

**August 26th [2]**
27/2 127/13

**available [4]**
11/2 72/4
86/19 107/18

**Avenue [1]**
26/16

**avoid [4]**
18/13 37/22
67/25 73/10

**avoidance [1]**
85/13

**aware [2]**
15/22 104/11

**awareness [3]**
103/22 104/5
104/10

**away [7]**   10/23
10/23 16/8
30/5 44/14
55/13 113/11

**awful [1]**
65/12

**A**

**awkward [1]**
55/17

**B**

**back [26]** 5/25
8/6 11/5 13/9
18/6 21/13
25/15 28/22
33/13 34/9
41/5 42/4
43/21 45/17
54/1 54/9 60/6
60/25 63/12
120/1 120/10
120/18 120/23
121/16 121/18
122/19
**background [1]**
12/8
**backup [12]**
13/3 13/5 13/7
13/11 23/7
23/8 23/10
23/10 23/23
27/7 30/1
60/24
**backups [1]**
49/18
**backwards [2]**
53/5 62/1
**bad [5]** 9/25
56/16 75/17
76/18 85/19
**bag [2]** 63/13
63/15
**Baltimore [1]**
15/16
**banking [1]**
40/20
**bar [1]** 70/16
**barely [1]**
31/25
**base [1]** 69/16
**based [13]**
20/12 21/16
32/1 34/13
44/22 53/7
73/12 73/15
73/18 79/5
83/25 98/12
107/23
**basement [1]**
23/15
**basing [1]**
49/11
**basis [9]**
13/13 23/19
25/19 27/4
31/18 71/10
77/21 78/8
78/13
**Bateman's [1]**
11/2
**bathroom [4]**
26/11 26/17
27/19 27/19
**be [148]**
**Bear [1]** 110/6
**bearing [2]**
81/13 87/17
**became [3]**
14/8 67/6
114/14
**because [82]**
7/20 9/4 10/5
12/1 14/16
14/21 15/1
16/4 16/9 16/9
17/3 20/17
21/4 21/9 22/6
22/11 22/22
22/24 22/24
24/9 26/13
27/19 27/23
33/21 34/4
34/9 36/20
40/7 40/24
42/15 43/1
43/11 43/21
44/6 45/20
45/20 46/19
46/21 46/23
47/4 47/8 48/1
48/13 48/18
49/21 50/2
50/14 50/25
51/14 52/15
52/21 54/1
54/2 54/7
54/11 55/15
55/17 56/17
56/22 58/8
58/20 60/3
60/17 60/23
62/15 63/5
71/19 73/3
75/24 76/3
79/10 82/11
82/18 82/25
85/5 86/5
102/1 103/20
107/20 108/2
115/21 116/8
**becomes [1]**
109/22
**bed [1]** 18/15
**been [66]**
12/24 14/10
14/12 15/11
15/22 27/3
31/15 32/1
32/19 34/4
34/5 34/25
38/11 38/15
42/1 42/8
50/13 51/19
55/18 57/11
58/23 61/3
67/15 74/6
76/5 78/23
80/7 83/8
83/16 83/19
84/6 84/11
85/11 85/15
86/2 89/4
89/21 90/13
91/7 92/1
92/16 92/19
93/8 96/5 98/6
98/9 98/20
98/24 99/10
99/14 100/1
100/5 100/15
102/6 111/12
111/13 115/2
115/8 118/11
123/2 126/16
126/20 126/22
130/5 130/22
131/8
**before [25]**
1/11 4/21 6/8
6/16 16/15
45/5 45/15
47/4 50/12
51/3 51/18
56/12 62/7
64/5 66/19
68/24 78/3
79/9 85/24
87/21 103/18
117/8 119/3
121/16 121/17
**began [5]**
40/11 42/20
62/8 64/16
75/5
108/15 115/5
115/20 119/3
119/4 119/9
119/10 119/13
122/7 122/8
123/15 123/16
**beginning [3]**
47/21 113/10
118/22
**begins [2]**
74/22 110/13
**behalf [5]**
1/15 1/17 34/3
39/16 59/3
**behavior [2]**
46/21 63/3
**behind [1]**
48/6
**being [19]**
8/22 9/20 14/2
24/14 24/15
25/24 31/18
36/8 41/10
44/16 45/22
51/20 54/22
56/11 57/4
57/14 58/7
62/11 79/24
**belief [1]**
104/12
**believable [2]**
29/9 53/23
**believe [13]**
9/21 11/25
28/9 29/14
29/20 34/25
50/13 55/8
58/8 61/6
79/14 79/16
82/6
**believed [1]**
57/23
**believes [1]**
72/23
**belongings [1]**
115/5
**bench [6]** 3/13
4/25 31/6 32/7
115/14 118/10
**BENDANN [71]**
1/6 8/17 9/1
9/2 9/4 9/14
9/16 10/16
10/20 11/15
13/23 13/24
14/3 17/18
18/22 26/20
28/15 32/13
33/18 35/12
35/20 36/1
39/23 40/3
40/7 40/12
40/16 41/7
42/9 45/21
45/25 46/8
46/19 46/25
51/14 54/14
54/17 55/16
56/20 57/2
58/6 58/12
58/14 59/3
59/17 64/9
67/9 88/16
89/25 90/19
91/13 98/4
98/18 99/8
104/19 104/25
110/16 110/22
111/2 125/8
126/24 127/2
127/4 127/8
127/12 127/16
127/20 127/24
128/4 128/8
128/12
**Bendann's [6]**
12/12 23/3
24/21 26/14
32/25 51/9
**benefit [2]**
50/19 55/22
**Benji [1]**
59/16
**best [12]** 11/7
45/2 45/9 46/5
52/3 52/5 52/6
52/8 52/14
55/4 60/2
60/17
**bestiality [1]**
94/25
**better [2]**
35/4 73/11
**between [22]**
11/13 24/25
45/8 45/21
47/11 58/12
64/20 65/25
66/3 67/2 78/2
80/20 84/24
94/24 96/14

**B**

**between... [7]**
97/5 97/6 98/2
102/9 102/10
102/17 104/17

**beyond [36]**
17/6 34/12
37/7 58/25
71/6 71/19
74/11 74/20
74/25 75/8
78/4 79/8
82/19 83/15
84/16 85/22
85/25 87/14
93/1 93/10
93/16 96/2
97/10 100/10
100/24 102/2
102/13 103/3
103/16 105/18
106/5 106/15
107/7 108/3
108/19 114/18

**bias [3]**   70/4
71/11 80/12

**biased [1]**
80/8

**bigger [3]**
18/19 65/5
66/25

**binder [1]**
20/15

**birthday [1]**
50/12

**bit [4]**   50/5
66/25 66/25
113/12

**blinds [1]**
77/8

**board [1]**   4/12
**book [1]**   99/24
**boot [1]**   56/24
**born [1]**   64/14
**both [12]**   5/7
13/6 14/20
17/15 24/14
25/22 31/16
41/14 44/14
51/3 104/8
124/9

**bottom [2]**
28/14 66/7

**box [2]**   7/3
112/5

**boy [6]**   11/4
62/19 67/6
67/8

**boys [2]**   10/15
60/11

**bravely [2]**
11/17 14/1

**break [4]**
67/20 67/21
113/3 130/23

**breakfast [2]**
10/19 11/3

**breaking [1]**
8/1

**breaks [1]**
113/15

**BREDAR [1]**
1/11

**bricks [1]**
58/25

**bridge [1]**
58/24

**brief [2]**   7/18
12/6

**briefly [2]**
16/15 16/18

**brighten [1]**
19/3

**Brightside [1]**
28/23

**bring [4]**   6/19
39/12 68/18
125/1

**bringing [1]**
119/12

**brings [2]**
33/13 95/4

**brothers [1]**
55/23

**brought [4]**
5/14 30/8
70/11 118/11

**Bryn [2]**   14/7
14/7

**building [3]**
123/24 123/24
124/4

**bulk [2]**   41/3
49/11

**burden [20]**
4/21 7/21 31/9
31/19 34/12
37/6 37/6 37/8
70/18 70/22
71/18 74/11

74/12 74/14
76/20 82/15
82/20 84/15
85/2 85/15

**burden-shift
[1]**   31/19

**burned [1]**
15/7

**bus [1]**   60/5

**button [2]**
19/11 41/12

**buy [2]**   18/16
52/4

**buzzing [1]**
113/12

**Bye [1]**   20/7

**C**

**calendar [5]**
26/20 29/2
29/3 34/16
65/17

**calendars [2]**
63/22 66/17

**CALISTA [1]**
1/19

**call [13]**   6/19
49/12 64/1
83/7 84/5
123/20 124/4
125/9 132/4
132/8 132/10
132/11 132/11

**called [16]**
16/4 16/6 49/9
49/15 56/6
56/7 60/16
62/12 73/24
76/22 77/1
84/12 86/18
87/23 101/20
114/13

**calling [1]**
74/14

**calls [1]**   64/2

**Calvert [2]**
43/19 43/22

**cam [1]**   51/7

**came [12]**   11/5
35/13 36/11
40/9 53/17
57/25 60/15
60/19 63/8
72/17 77/6
114/16

**camera [3]**

12/10 51/7

**cameras [4]**
51/15 51/15
51/20 52/4

**campus [1]**   8/8

**cams [1]**   52/5

**can [50]**   6/7
8/3 8/4 8/8
10/7 10/9
10/10 10/11
11/15 12/10
12/13 18/12
18/23 19/16
21/5 21/21
24/5 24/5
28/24 40/14
41/16 41/21
42/10 43/9
44/3 45/2
47/21 48/11
48/19 52/4
59/25 62/3
62/17 64/3
65/4 65/16
66/2 66/5 66/7
66/8 66/24
82/1 85/24
109/4 113/20
114/2 115/18
117/10 131/4
132/6

**can't [8]**   4/7
18/6 18/7
20/19 48/8
49/21 51/1
117/16

**candid [2]**
45/15 79/22

**candidly [1]**
54/24

**cannot [10]**
32/2 42/19
44/12 44/13
52/13 53/16
58/25 77/9
77/12 77/13

**capable [2]**
93/25 101/5

**captured [2]**
15/15 40/16

**car [10]**   13/23
13/24 14/3
14/5 14/17
14/22 14/24
24/14 24/20

25/7

**cards [1]**   43/5

**care [2]**   21/2
43/3

**careful [1]**
74/25

**carefully [4]**
79/16 83/23
108/23 109/14

**carelessness
[1]**   85/5

**cares [1]**   21/2

**caring [1]**
45/4

**carried [3]**
37/5 37/7 87/9

**carve [1]**
10/25

**case [105]**   3/4
3/5 3/14 5/2
7/5 7/6 7/9
7/10 9/1 13/22
18/3 22/2
32/12 34/3
35/4 35/5 37/6
37/17 37/20
37/21 37/24
37/25 39/25
40/15 40/18
41/18 45/5
47/21 48/7
48/22 49/5
49/7 49/18
49/23 51/24
54/11 54/19
54/23 57/8
58/16 58/17
58/22 59/3
59/6 59/19
67/16 67/21
67/23 67/25
68/2 68/3
68/22 68/23
69/2 69/19
70/7 70/13
71/4 71/23
72/17 72/21
74/14 75/1
78/5 81/20
82/10 82/14
82/16 83/5
83/6 83/9 84/7
84/22 85/8
88/10 103/22
107/18 108/18
109/6 110/5

**C**

**case... [25]**
110/9 110/12
110/15 110/17
110/17 112/17
112/17 112/18
112/20 112/24
113/20 114/11
114/12 114/19
114/23 114/25
115/3 115/9
119/10 123/2
123/16 127/2
130/11 130/16
131/2
**cases [3]** 16/5
87/20 118/23
**catching [1]**
65/11
**categories [1]**
59/15
**cause [12]**
18/4 19/7
19/14 55/12
80/11 80/21
104/23 104/24
105/13 105/14
105/24 107/10
**caused [2]**
80/13 104/23
**causes [1]**
105/13
**caution [2]**
108/10 112/18
**cave [1]** 20/18
**cbendann [8]**
32/25 33/4
89/5 89/22
90/15 91/9
92/3 98/13
**CEI [1]** 56/8
**cell [3]** 13/9
113/3 123/21
**cellular [1]**
105/1
**certain [10]**
31/23 32/4
45/14 48/23
48/23 53/11
58/4 72/12
86/22 119/6
**certainty [1]**
84/20
**CERTIFICATE [1]**
133/11

**Certified [1]**
**certify [1]**
134/6
**chalk [1]**
54/21
**challenge [1]**
30/20
**challenging [3]**
40/2 57/15
57/15
**chambers [3]**
38/18 132/4
132/11
**chambers' [1]**
132/12
**change [2]**
61/13 109/9
**changed [3]**
4/11 45/11
47/13
**changes [1]**
44/3
**channel [3]**
3/11 31/4
115/12
**character [2]**
75/17 76/18
**characteristics
[1]** 76/10
**charge [6]**
16/23 17/4
32/10 73/24
88/11 97/23
**charged [30]**
4/19 50/20
70/10 70/25
71/9 73/22
74/5 75/15
75/21 75/23
76/4 76/7
76/10 76/11
84/10 84/11
84/12 84/21
85/24 87/11
87/22 87/23
87/24 88/1
88/3 88/5
99/20 105/22
106/9 108/10
**charges [20]**
16/16 16/20
21/13 74/17
75/11 84/18
88/8 88/14
89/7 89/24

90/17 91/11
90/17 92/1
98/16 99/6
104/14 104/17
105/5 119/5
**charging [1]**
73/22
**Charlotte [1]**
14/6
**charts [6]**
73/7 73/7
73/10 73/14
73/16 73/19
**chat [4]** 8/7
34/24 34/24
35/1
**chats [3]**
17/22 17/25
20/15
**check [3]**
62/22 121/17
121/18
**checked [1]**
116/16
**checking [1]**
116/10
**cheer [1]**
62/20
**chest [1]** 25/4
**child [67]**
9/15 10/7
13/14 15/13
16/14 16/25
21/14 21/16
30/15 30/17
31/2 32/11
32/24 33/3
33/5 33/8
33/11 37/12
37/13 40/8
40/13 43/7
50/22 59/8
60/2 61/20
61/21 64/17
88/2 88/4
88/12 88/13
89/6 90/16
91/10 92/25
94/19 95/16
95/17 95/17
97/24 97/25
98/5 98/15
98/19 99/5
99/9 99/25
100/9 100/19
102/3 102/5

102/9 102/15
103/18 110/22
111/2 127/4
127/8 127/12
127/16 127/20
127/24 128/4
128/8
**child's [1]**
95/12
**childhood [1]**
45/18
**children [2]**
44/15 95/5
**choose [1]**
130/19
**Chris [2]** 64/9
67/8
**CHRISTOPHER
[31]** 1/6 1/17
8/17 9/1 9/2
39/22 39/23
45/25 59/16
88/16 89/25
90/19 91/13
98/4 98/18
99/8 104/19
110/16 110/21
111/1 125/8
127/1 127/3
127/7 127/11
127/15 127/19
127/23 128/3
128/7 128/11
**chronological
[1]** 48/25
**chronology [1]**
53/8
**circle [1]**
11/6
**circling [1]**
54/9
**circumstance
[1]** 87/17
**circumstances
[7]** 79/23
85/7 86/8
86/10 87/3
104/10 107/25
**circumstantial
[11]** 77/3
77/5 77/19
77/25 78/2
78/15 78/24
79/6 85/10
104/8 107/23

**clarify [1]**
**class [1]** 42/5
**classed [2]**
42/1 42/25
**classes [2]**
8/11 43/13
**classing [1]**
58/13
**clay [1]** 59/1
**clean [1]**
74/22
**clear [5]**
57/25 116/21
118/6 133/4
133/5
**clearly [4]**
8/3 40/3 44/11
86/23
**clerk [24]** 5/3
5/13 111/20
112/6 112/8
112/11 113/21
115/5 115/7
115/10 119/6
119/11 119/12
119/15 119/19
119/23 121/4
122/3 122/18
123/3 123/22
124/10 125/5
130/2
**clerk's [2]**
121/5 123/1
**click [1]**
19/11
**clicker [1]**
4/4
**client [2]** 3/5
73/3
**clip [3]** 12/5
12/7 12/7
**clipped [1]**
64/8
**clips [1]**
24/19
**close [4]** 5/6
8/2 10/22 32/5
**closed [5]**
3/15 5/2 7/11
67/14 85/11
**closely [1]**
63/13
**closing [16]**
2/4 2/5 5/2
6/11 6/19 7/15

# C

closing... [10]
7/15 7/16
7/22 31/23
32/3 39/17
41/4 41/23
47/21 50/15

clothed [1]
95/18

clothing [1]
9/4

co [1]   39/22

co-counsel [1]
39/22

coaches [1]
42/12

Code [14]   88/2
88/5 88/7
88/19 89/11
90/3 90/22
91/16 92/5
98/6 98/20
99/10 99/21
105/6

coerce [7]
19/6 19/13
88/17 89/10
90/2 90/20
91/14

coerced [2]
93/4 93/18

coerces [1]
92/7

coercing [1]
94/14

coercion [2]
33/19 33/21

coincidence [1]
29/7

collateral [1]
41/14

colleague [1]
8/25

colleagues [1]
55/22

collection [1]
16/14

collective [1]
40/22

collectively
[1]   112/7

COLLEEN [2]
1/15 8/25

college [7]
8/10 8/12 10/1

44/8 44/11
45/12 45/14

colleges [1]
9/24

combination [1]
77/15

combined [1]
34/17

come [12]   35/3
35/4 35/15
36/24 53/16
53/20 56/23
59/20 62/17
67/12 119/24
130/25

comes [1]
20/22

coming [2]
43/21 60/6

comment [2]
46/3 56/2

commenting [2]
31/19 112/22

commerce [55]
17/11 22/10
32/20 88/23
89/1 89/2
89/15 89/18
90/7 90/10
90/11 91/1
91/4 91/5
91/20 91/23
91/24 92/13
92/14 92/17
92/20 92/21
93/9 96/6 96/8
96/10 96/12
97/4 97/9
97/15 97/20
97/22 98/8
98/11 98/22
98/23 99/1
99/12 99/13
99/16 100/2
100/3 100/6
100/14 100/16
102/5 102/7
102/12 104/22
105/9 105/10
105/22 106/9
106/11 106/14

commit [1]
76/19

committed [11]
17/7 37/10
75/15 75/20

76/3 76/4
78/12 78/25
85/23 100/17
107/20

committing [1]
75/12

common [13]
14/15 20/12
44/22 48/11
49/25 57/16
76/12 76/15
77/21 78/8
78/25 82/13
108/25

communicate [7]
17/13 35/3
109/23 109/24
110/3 112/19
113/4

communication
[14]   17/11
104/21 104/22
105/9 105/20
105/21 106/7
106/8 106/10
106/14 106/16
106/24 107/2
124/22

communications
[5]   47/2
106/12 107/1
107/4 107/6

communicative
[1]   18/14

community [8]
9/16 9/20 10/7
41/9 45/6
56/11 70/9
130/11

compare [2]
79/25 121/5

comparison [1]
26/10

complete [3]
62/18 70/5
111/13

completed [1]
7/13

completely [3]
64/8 80/14
113/2

completing [1]
111/18

complied [1]
131/23

comply [3]

33/24 69/3
composed [1]
107/12

computed [1]
53/15

computer [32]
1/24 17/10
49/4 49/6
60/13 88/24
89/16 90/8
91/2 91/21
92/18 93/24
98/9 98/11
98/23 99/1
99/14 99/16
99/24 100/4
100/7 101/4
104/20 105/8
105/19 106/7
106/18 106/20
106/20 107/5
107/9 118/25

Computer-aided
[1]   1/24

computers [2]
61/1 61/17

conceded [3]
41/1 42/16
50/17

conceding [1]
17/4

concern [7]
38/18 38/20
55/6 70/8 83/6
108/12 108/17

concerned [1]
69/13

concerning [2]
82/11 94/5

concerns [2]
124/13 124/19

conclude [3]
76/3 77/18
78/12

concluded [3]
4/25 32/7
118/10

concludes [1]
130/10

conclusion [5]
17/6 29/9 39/2
78/22 108/21

conclusions [1]
53/16

conclusively
[1]   86/24

concoct [1]

conditions [3]
131/16 131/16
131/20

conduct [73]
17/18 17/19
18/2 22/2 22/3
22/6 32/16
32/18 40/19
41/7 74/5
75/10 76/6
76/7 76/8 76/9
76/12 76/14
85/7 85/18
85/20 86/21
88/18 88/20
89/11 89/12
90/3 90/4
90/21 90/23
91/15 91/17
92/8 92/9
92/10 93/5
93/7 93/19
93/20 93/22
94/3 94/4 94/6
94/8 94/11
94/12 94/14
94/16 94/19
94/21 94/22
98/14 99/4
99/19 100/23
103/7 103/8
103/10 103/15
103/25 104/7
104/23 105/11
105/23 106/2
107/9 107/11
107/12 107/24
108/4 108/7
112/16 114/25

confer [1]
132/12

conference [14]
3/12 4/25 5/7
31/5 32/7 73/4
115/13 117/20
118/10 132/3
132/8 132/11
132/14 134/10

conferences [1]
72/25

conferring [1]
3/7

confident [1]
59/5

C

**confirm [1]**
122/17
**conflicting [1]**
50/25
**conflicts [1]**
69/22
**conformance [1]**
134/10
**confronted [1]**
55/24
**confusing [1]**
120/2
**confusion [2]**
41/18 42/14
**conjure [1]**
55/11
**connection [1]**
75/11
**conscientious
[1]** 109/16
**conscious [2]**
85/12 86/3
**consciously [1]**
80/13
**consent [1]**
66/17
**consequences
[4]** 8/5 58/16
86/13 108/16
**consider [25]**
25/7 69/11
70/17 72/10
73/13 73/19
75/14 75/16
75/19 76/17
79/21 80/7
82/3 83/1
83/13 84/9
86/11 87/17
87/21 94/5
95/10 103/12
108/23
**consideration
[9]** 58/17
59/4 70/12
70/14 73/14
75/1 80/16
81/8 109/7
**considerations
[2]** 58/19
82/5
**considered [7]**
71/22 72/2

72/3 76/1
81/13
**considering [3]**
79/1 95/17
109/14
**consistent [4]**
24/3 63/16
80/2 118/1
**consistently
[1]** 42/18
**consists [3]**
24/18 25/21
71/23
**conspiracy [3]**
35/6 35/6 35/7
**conspire [1]**
92/2
**conspiring [1]**
35/14
**constant [3]**
8/16 17/19
20/16
**constituted [1]**
16/13
**constitutes [6]**
95/7 95/9
97/8 102/12
106/13 111/8
**Constitution
[1]** 82/17
**construct [1]**
58/24
**consult [3]**
37/25 68/4
109/3
**contact [5]**
37/22 66/10
67/25 105/1
115/8
**contacted [1]**
130/15
**contacting [1]**
130/14
**contained [5]**
73/17 98/5
98/19 99/9
104/5
**containing [5]**
17/24 83/17
98/13 99/2
99/17
**contains [1]**
99/25
**content [3]**
118/14 118/21

122/22
**contents [2]**
5/22 5/22 5/23
6/1 6/4 6/9
6/15 13/8
38/11 38/13
104/2 104/10
**contest [2]**
24/5 24/6
**contesting [1]**
17/5
**continue [5]**
8/19 32/8
33/18 46/12
75/6
**continued [1]**
43/15
**continuity [2]**
107/12 107/15
**contradict [1]**
80/3
**contrary [1]**
25/19
**contributing
[1]** 41/9
**control [6]**
9/12 32/14
101/7 101/9
101/13 101/19
**controlling [2]**
21/2 84/2
**convenience [1]**
73/10
**conversation
[4]** 55/6 55/9
57/2 131/7
**conversations
[2]** 53/24
55/23
**conversion [2]**
93/25 101/5
**convict [2]**
40/24 79/9
**convicted [1]**
108/14
**convicting [1]**
78/3
**conviction [3]**
4/22 109/11
109/17
**convinced [3]**
74/4 75/7
109/10
**cool [3]** 10/16
10/18 41/11
**cooperative [1]**
15/18

**copies [2]**
**copy [9]** 5/14
39/1 39/6
119/7 119/8
119/20 119/21
119/23 122/3
**core [1]** 54/20
**Corn [1]** 52/2
**corner [3]**
14/17 63/14
63/15
**corners [1]**
14/21
**correct [10]**
27/1 27/2
53/25 63/5
116/5 117/4
118/19 120/21
121/10 134/7
**corrected [1]**
38/11
**correctly [1]**
73/17
**corroborate [2]**
27/9 35/7
**corroborated
[5]** 29/1
36/15 36/16
36/18 61/15
**corroboration
[1]** 34/14
**corroborative
[1]** 25/18
**corrupted [1]**
48/19
**could [17]**
9/13 12/2
35/23 43/10
45/7 45/18
45/19 50/19
54/21 55/3
60/10 61/12
65/2 65/2 65/4
107/18 114/14
**couldn't [2]**
14/18 55/17
**counsel [26]**
3/7 5/7 5/21
31/16 39/22
61/24 64/11
67/15 71/21
115/12 119/22
119/24 121/4
121/17 122/18
122/23 123/21

123/23 123/23
124/1 124/3
124/9 126/24
131/11 132/4
132/12
**count [84]**
17/1 17/1 17/1
17/2 17/4 17/9
17/22 21/12
21/24 22/10
22/14 22/15
23/9 24/8
24/12 24/14
24/15 24/18
25/19 25/21
25/21 25/23
27/12 27/12
29/3 29/10
29/10 32/10
32/24 33/1
33/5 33/8 33/9
33/9 33/10
33/11 33/13
33/14 33/14
37/13 38/15
41/1 50/17
60/19 60/25
63/13 63/18
64/23 73/24
73/25 84/13
84/14 84/16
87/23 87/24
88/3 88/6
88/13 89/6
89/23 90/16
91/10 97/24
97/25 98/15
99/5 99/20
104/16 110/20
110/22 111/2
116/4 116/19
116/20 116/20
127/4 127/8
127/12 127/16
127/20 127/24
128/4 128/8
128/12
**Count 6 [8]**
32/10 32/24
33/1 88/3
97/24 97/25
99/20 127/24
**Count 7 [3]**
33/5 98/15
128/4
**Count 8 [4]**

**C**

**Count 8... [4]**
33/9 33/9 99/5
128/8

**countries [1]**
97/7

**country [5]**
96/15 96/19
102/10 102/17
102/21

**counts [35]**
13/13 13/14
16/23 16/24
16/25 21/13
21/19 22/6
25/10 29/6
30/14 30/16
32/20 33/2
33/7 37/11
37/12 38/16
50/14 52/22
60/23 61/20
65/24 88/1
88/11 88/12
92/24 96/3
97/23 111/6
116/3 116/12
118/13 120/16
124/24

**County [1]**
15/16

**course [23]**
3/18 15/23
17/18 17/19
18/2 27/21
42/7 43/23
46/22 46/23
56/14 64/7
104/23 105/11
105/23 106/2
107/9 107/11
108/4 109/2
109/8 112/4
113/5

**court [36]** 1/1
4/17 5/3 18/1
38/6 53/20
68/11 73/5
87/21 108/15
109/21 109/23
109/23 109/24
110/1 110/6
110/13 110/14
111/20 111/23
112/1 112/14

112/21 113/24
114/4 124/5
126/25 130/19
131/21 133/5
133/6 133/7
133/9 134/5

**court's [4]**
3/6 108/9
115/9 123/2

**court-imposed [1]** 130/19

**courthouse [2]**
77/6 115/6

**courtroom [11]**
36/12 72/6
72/14 72/18
77/8 77/13
112/4 112/12
122/2 122/18
124/10

**cover [2]** 33/1
131/6

**covered [4]**
17/21 17/22
21/19 25/23

**covers [2]**
32/24 33/5

**coyness [1]**
95/20

**cr [1]** 1/5

**cracking [1]**
55/4

**cream [2]**
10/20 62/18

**create [1]**
56/20

**created [18]**
12/23 13/15
13/15 19/20
22/21 23/1
24/23 27/6
27/12 28/21
29/23 29/23
32/13 40/10
48/2 51/13
53/9 66/2

**creation [2]**
48/23 49/19

**credibility [8]**
24/5 34/21
34/23 58/18
69/21 79/11
81/14 81/18

**crime [11]** 9/8
17/7 22/24

75/15 76/19
92/11 92/23
100/7 105/15

**crimes [14]**
15/15 16/22
37/10 70/10
70/25 71/9
73/23 84/9
84/11 85/24
87/10 87/21
87/23 108/10

**criminal [7]**
1/5 40/18 70/8
74/14 75/17
87/20 125/7

**critical [1]**
9/19

**criticism [1]**
10/4

**crop [1]** 61/8

**cropping [1]**
61/9

**cross [10]**
15/17 21/18
31/16 32/2
35/1 36/5
36/19 37/1
53/12 80/1

**cross-examinati
on [6]** 15/17
21/18 35/1
36/5 36/19
37/1

**crossed [5]**
97/1 97/5
102/9 103/2
106/15

**CRR [2]** 1/25
134/16

**crucial [1]**
71/4

**crude [1]** 54/4

**cues [1]** 46/4

**cultivate [1]**
10/10

**cures [2]** 48/7
53/14

**curious [1]**
117/10

**curtain [2]**
48/6 54/1

**cyberstalked
[2]** 15/14
47/1

**cyberstalking
[21]** 9/7 17/1

17/2 17/7 17/9
40/2 40/21
41/19 45/23
46/9 46/11
52/8 57/24
58/13 61/22
65/13 88/6
104/16 128/12

**D**

**Damn [3]** 54/17
54/18 54/18

**dangerously [1]**
8/2

**dangling [1]**
20/22

**dark [1]** 11/25

**Dartmouth [1]**
10/1

**data [58]**
12/18 12/19
12/22 13/9
22/20 23/1
23/19 23/20
23/22 24/1
24/25 25/2
26/13 27/1
27/1 27/5
28/18 28/22
28/24 28/24
29/6 29/9
29/18 30/2
30/2 30/2 30/7
30/11 30/18
30/20 30/21
34/15 48/7
48/12 48/18
48/19 48/22
49/6 49/20
49/21 50/9
50/10 50/11
50/13 50/24
53/5 53/13
53/14 53/15
60/13 60/24
61/9 61/14
61/19 62/6
66/16 93/24
101/3

**date [21]** 21/5
27/2 28/24
30/12 48/23
48/24 48/24
49/16 60/20
61/8 61/9

61/14 62/16
83/20 84/22
84/23 84/24
84/25 111/9
111/16 132/14

**dated [8]**
23/11 24/19
28/18 29/18
111/13 126/17
126/22 134/12

**dates [10]**
21/14 29/8
30/23 49/20
50/6 50/25
53/11 53/12
66/3 84/19

**dating [1]**
51/20

**day [17]** 1/11
8/15 8/20 8/20
10/25 10/25
11/2 18/3 18/3
19/3 21/1
59/24 61/8
64/15 77/8
121/8 134/12

**days [4]** 16/8
34/2 48/17
131/14

**deal [4]** 8/4
64/5 65/7
66/19

**dealing [1]**
8/13

**deals [1]**
63/25

**dealt [1]**
18/18

**death [1]**
105/12

**decades [1]**
51/12

**December [7]**
17/21 28/8
33/15 33/16
51/1 104/18
128/13

**December 2022
[2]** 104/18
128/13

**December 26th
[1]** 28/8

**decide [14]**
69/2 69/18
69/24 71/8
73/16 78/18

**D**

**decide...** **[8]**
79/12 79/19
81/15 86/14
86/18 96/1
109/1 109/6
**decided [3]**
73/1 73/7
117/24
**deciding [6]**
69/3 76/21
79/15 82/6
94/1 95/8
**decision [8]**
43/9 43/10
43/14 70/18
71/1 78/12
81/9 82/2
**decision-making**
**[1]**  71/1
**decisions [1]**
58/15
**deduction [1]**
78/22
**deep [1]**  57/13
**deeply [1]**
114/20
**defendant [200]**

**defendant's**
**[42]**  12/10
12/15 13/18
13/19 14/17
14/20 14/22
16/7 18/6 19/6
21/9 22/22
23/14 26/8
28/11 28/20
29/21 29/24
30/25 31/20
34/12 61/1
66/17 70/20
71/14 71/18
74/10 75/8
78/4 85/7
85/20 86/2
86/3 86/7 94/5
94/12 97/18
101/9 104/9
104/12 107/24
108/7
**Defendants [1]**
133/2
**defense [25]**
3/9 3/14 5/18

7/8 7/9 8/21
8/22 8/24 11/8
11/25 13/2 14/4
17/3 23/18
25/19 31/15
31/20 32/1
49/25 59/18
64/17 66/2
78/17 117/12
122/23 122/24
123/23 132/4
132/12
**DEFENSE'S [1]**
2/5
**defenses [1]**
4/19
**defer [1]**
131/21
**define [1]**
100/19
**defined [8]**
88/18 89/11
90/3 90/21
91/15 98/5
98/19 99/9
**definitely [1]**
11/25
**DEI [1]**  56/8
**delete [7]**
16/2 22/23
22/23 24/22
24/23 29/22
57/3
**deleted [3]**
15/25 16/1
16/2
**deliberate [6]**
69/12 85/12
108/10 109/3
114/12 119/4
**deliberately**
**[3]**  85/11
86/1 108/23
**deliberating**
**[8]**  2/8 18/25
113/1 113/22
113/23 114/19
119/14 123/19
**deliberation**
**[1]**  113/1
**deliberations**
**[18]**  18/22
67/17 74/19
75/6 83/2
108/13 109/8
109/20 109/22
111/25 112/20

113/3 113/10
119/6 119/7
119/10 122/8
123/16
**deliver [6]**
7/15 7/16 7/17
39/2 39/6
119/6
**delivered [5]**
117/13 123/9
123/12 130/4
130/15
**deliveries [1]**
119/11
**delivery [2]**
122/9 123/11
**Dell [14]**  23/7
23/9 23/13
23/24 24/24
25/1 27/7 27/8
28/21 30/1
33/6 33/7 99/2
128/5
**demanding [1]**
105/1
**demands [4]**
17/20 19/1
32/3 33/18
**demeanor [1]**
79/21
**demonization**
**[1]**  58/6
**demonizing [1]**
58/4
**demonstrated**
**[2]**  56/12
107/15
**denied [1]**
4/22
**deny [1]**  41/18
**deodorant [1]**
45/12
**depart [1]**
115/6
**depict [1]**
25/23
**depicted [3]**
22/15 93/5
93/11
**depicting [5]**
89/3 89/20
90/12 91/5
91/24
**depiction [72]**
22/8 32/12
88/20 88/21

88/24 89/12
90/4 90/5 90/8
90/23 90/24
91/2 91/17
91/18 91/21
92/9 92/10
92/12 92/15
92/18 93/6
93/7 93/12
93/15 93/20
93/21 93/22
94/2 94/4 94/9
94/9 94/10
94/12 94/19
94/21 95/3
95/9 95/11
95/13 95/19
95/21 95/23
96/4 96/6 96/9
96/13 97/3
97/5 97/11
97/14 97/21
100/12 100/13
100/15 100/19
100/21 101/1
101/2 101/9
101/12 101/20
101/22 101/24
102/14 103/4
103/5 103/9
103/13 103/14
104/6
**depiction's [1]**
97/19
**depictions [8]**
22/9 24/16
32/15 96/24
98/14 99/3
99/18 103/24
**depicts [1]**
104/11
**deputy [2]**
122/18 124/10
**derogatory [1]**
56/3
**describe [2]**
19/19 56/6
**described [2]**
14/13 119/12
**describing [1]**
118/14
**descriptor [1]**
118/15
**deserves [3]**
81/12 81/19

82/9
**deserving [1]**
81/7
**designed [1]**
95/21
**desk [3]**  3/20
4/23 23/13
**desperation [1]**
20/21
**despite [2]**
15/14 37/4
**destruction [1]**
56/25
**detail [1]**
81/2
**detailed [1]**
16/20
**details [1]**
40/23
**detained [1]**
131/24
**detected [1]**
6/14
**Detective [1]**
15/16
**determination**
**[4]**  48/11
58/19 82/14
123/3
**determine [5]**
18/5 34/11
69/21 75/20
108/18
**determined [1]**
69/24
**determining [2]**
103/14 109/1
**device [8]**
13/9 16/3
23/22 24/6
102/22 103/1
103/2 113/4
**devices [13]**
9/11 23/25
24/4 32/21
51/10 96/16
96/18 96/20
102/18 102/20
113/2 113/11
113/21
**dictionary [2]**
38/1 68/4
**did [49]**  9/17
16/1 17/3
19/15 27/24
29/21 40/7

**D**

did... [42]
40/12 43/11
43/22 45/6
46/25 49/7
49/22 50/5
50/13 51/15
51/16 51/17
56/17 62/20
62/21 63/21
76/8 79/23
79/25 80/2
80/3 80/4
82/16 82/23
82/25 88/17
89/9 90/1
90/19 91/13
98/4 98/18
99/8 104/19
105/3 105/23
114/15 116/4
118/15 120/11
122/21 123/14

didn't [28]
8/19 15/23
21/2 30/18
31/12 31/13
31/13 35/15
44/21 45/19
45/25 46/24
47/4 49/14
50/11 50/20
50/21 52/10
52/11 54/15
56/16 57/4
58/10 58/11
60/16 115/21
116/6 117/8

difference [3]
47/10 47/16
61/13

differences [1]
6/10

different [17]
11/8 21/14
24/18 24/19
26/2 33/2
47/12 49/15
50/6 53/13
54/12 61/9
69/1 69/8
75/10 78/14
80/20

differently [2]
80/23 84/1

differs [1]

difficult [5]
34/4 34/6
36/13 36/14
40/15

digest [1]
34/6

digital [2]
12/20 34/15

dinner [1]
10/19

direct [17]
15/9 50/4
76/22 76/22
77/1 77/14
77/25 78/2
78/15 78/24
79/6 79/25
86/19 104/7
107/17 107/20
115/18

direction [1]
67/10

directly [3]
52/16 86/5
116/12

disbelief [1]
54/15

discharged [1]
131/8

disclose [1]
111/21

disclosed [1]
107/25

discovery [1]
36/21

discredit [1]
80/21

discrepancies
[1]  80/19

discrepancy [2]
80/25 81/2

discuss [11]
32/20 34/21
37/17 37/18
67/21 67/21
70/23 84/10
113/6 114/23
119/10

discussed [1]
45/23

discussing [1]
22/16

discussion [2]
113/12 122/16

dishonesty [2]
110/6 111/24
110/7

disk [3]  93/24
99/24 101/4

dislike [1]
56/5

disobey [1]
85/19

displayed [1]
95/16

displays [1]
95/4

disprove [1]
32/4

dispute [2]
41/2 55/1

disputed [2]
77/4 78/12

disregard [3]
70/2 72/7
85/20

disregarded [1]
72/16

distinct [1]
14/9

distinction [1]
78/2

distinguish [1]
47/12

distress [15]
18/5 19/7
19/14 19/16
20/11 20/11
34/1 104/24
105/14 105/25
106/4 107/11
107/16 108/5
108/8

distribute [1]
6/17

district [27]
1/1 1/1 88/14
88/15 89/7
89/8 89/23
89/25 90/17
90/18 91/11
91/12 98/1
98/3 98/16
98/17 99/6
99/7 104/17
104/18 110/14
110/14 126/25
126/25 130/13
134/5 134/6

division [4]
1/2 9/24 10/2

110/7

did [20]
4/16 8/3 8/4
8/8 10/15
15/10 16/18
16/20 18/5
18/14 19/1
19/10 20/8
20/20 20/24
21/3 21/6 22/7
25/15 37/17
37/18 37/18
37/23 37/24
37/25 39/16
41/18 42/21
43/4 43/23
46/21 47/5
47/18 48/4
49/8 51/5
51/17 53/22
55/8 58/20
58/20 64/13
65/21 66/6
67/7 67/21
67/21 67/22
68/1 68/2 68/4
85/18 109/4
109/6 109/8
109/10 110/21
111/1 116/3
116/18 119/9
119/10 119/15
121/15 121/18
124/13 124/19
127/3 127/7
127/11 127/15
127/19 127/23
128/3 128/7
128/11 130/5
130/6 130/7
131/4 134/6

Docket [3]
124/25 125/7
131/13

docketed [1]
116/13

document [2]
52/1 83/17

documents [5]
73/9 73/11
110/12 116/9
120/23

does [30]
18/10 18/17
24/10 25/4
45/3 49/8 54/7

66/24 80/8
80/12
81/6 83/7
83/10 84/5
86/21 87/11
87/12 93/13
94/7 96/23
97/20 101/7
102/24 103/11
113/7 115/15
118/17 123/5
123/7

doesn't [21]
10/5 19/8 19/9
21/1 26/23
29/19 43/19
44/23 46/14
46/23 48/4
48/25 52/12
53/9 54/20
55/3 61/13
65/1 65/12
65/24 67/3

doing [9]
36/20 37/2
37/8 43/25
52/18 54/3
63/9 63/18
75/22

dollar [1]
21/18

don't [30]
6/14 8/8 18/18
34/1 42/2 43/1
43/4 46/20
47/23 48/6
48/17 48/21
49/2 49/3 50/8
54/3 54/6 54/8
55/7 55/7 56/5
56/6 60/18
61/17 65/20
119/15 119/24
119/25 120/6
120/9

done [14]  20/7
23/8 32/5 34/8
61/22 61/23
70/1 86/9
86/13 86/23
101/24 101/25
103/19 103/19

door [2]
111/19 112/2

doors [1]
31/23

**D**

**double [4]**
16/2 24/23
29/22 116/16
**double-delete [1]** 29/22
**doublecheck [1]** 116/5
**doubt [39]**
17/6 34/13
37/7 53/20
58/22 58/25
71/7 71/14
71/19 74/12
74/21 74/25
75/8 78/5 79/9
82/19 83/15
84/16 85/22
86/1 87/15
93/1 93/11
93/17 96/3
97/10 100/10
100/25 102/3
102/13 103/4
103/17 105/19
106/6 106/16
107/8 108/4
108/19 117/22
**down [4]** 8/8
19/22 65/11
65/17
**downs [1]**
10/15
**draw [11]**
69/23 69/24
75/22 78/16
78/17 78/19
78/23 78/23
79/2 84/18
86/11
**drawing [2]**
78/20 78/25
**drawn [6]** 77/9
78/14 79/7
82/24 87/6
108/2
**drinking [1]**
46/2
**dripping [3]**
77/11 77/12
77/17
**drive [1]**
11/21
**driven [1]**
24/14

**driving [2]** 12/14 115/13
**dropped [1]**
116/13
**drove [1]**
13/24
**drunk [2]**
62/22 62/23
**drunken [1]**
46/3
**DSID [5]** 89/22
90/14 91/8
92/2 98/12
**DSTD [1]** 89/5
**due [3]** 85/21
112/4 131/14
**dumb [1]** 54/22
**during [22]**
11/10 11/22
13/4 18/22
23/3 27/16
29/25 30/8
30/19 37/17
41/2 42/15
47/2 49/22
50/4 67/20
76/5 78/6
109/22 113/14
114/10 117/20
**duty [13]** 69/1
69/2 69/16
69/18 70/3
70/5 72/21
72/24 74/14
108/13 108/17
109/2 109/18

**E**

**each [33]** 5/23
16/20 16/21
21/15 21/20
21/22 21/24
22/9 29/5 29/5
32/20 52/23
54/5 72/21
73/24 73/25
79/17 79/18
79/19 84/12
84/14 84/16
88/8 93/1
100/10 105/18
108/22 109/6
110/20 112/24
114/18 121/8
130/5
**eager [1]**

131/3
**earlier [2]**
11/13 15/1
**early [1]**
10/21
**earned [1]**
41/8
**easier [2]**
17/12 131/5
**Eastern [1]**
52/12
**easy [1]** 43/10
**eat [1]** 15/6
**ECF [1]** 116/15
**ECF-96 [1]**
116/15
**Economics [1]**
8/12
**edification [1]**
40/1
**educated [1]**
46/15
**education [1]**
45/1
**educational [1]**
106/23
**effect [6]**
36/7 55/1
80/25 109/11
130/24 131/17
**efforts [1]**
15/14
**eight [1]**
128/7
**eighteen [1]**
93/3
**eighth [4]**
10/21 11/6
62/14 67/6
**either [9]**
11/23 22/3
32/16 52/2
78/24 96/4
101/11 102/3
102/8
**elect [1]**
109/19
**elected [2]**
111/10 113/8
**electing [1]**
119/4
**election [1]**
5/11
**electromagnetic [1]** 107/3
**electronic [27]**
17/10 51/10

93/24 96/17
**electronically [2]** 116/9
117/10
**element [17]**
17/9 17/16
17/17 87/10
93/10 93/16
96/2 96/22
100/24 102/2
102/24 103/3
103/16 106/5
107/7 108/3
108/6
**elements [10]**
4/18 16/16
16/21 17/12
21/15 32/11
34/10 93/1
100/10 105/18
**elicit [1]**
95/22
**elite [1]** 9/24
**else [17]** 4/2
45/6 47/5 48/3
52/8 56/4
57/21 66/12
77/11 110/7
117/25 118/7
132/6 132/19
132/20 132/22
132/24
**email [1]**
38/17
**embarrass [1]**
43/2
**embarrassment [2]** 36/10
54/10
**Emma [3]** 66/10
66/13 66/14
**emotional [17]**
18/5 19/7
19/14 19/16

20/11 20/11
131/11 41/14
58/1 104/24
105/14 105/24
106/4 107/10
107/16 108/5
108/8
**emotionally [1]**
55/4
**emphasizing [1]**
25/2
**employ [5]**
88/17 89/9
90/1 90/20
91/14
**employed [3]**
81/5 93/4
93/17
**employee [1]**
81/6
**employing [1]**
94/13
**employs [1]**
92/6
**enables [1]**
106/20
**encourage [1]**
62/8
**encyclopedia [2]** 38/1 68/4
**end [6]** 36/22
39/7 66/14
111/7 111/17
121/8
**ends [1]**
118/21
**energy [1]**
50/18
**enforcement [5]**
70/8 81/4
81/5 81/11
83/5
**engage [15]**
76/8 88/18
89/10 90/2
90/21 91/15
92/7 94/14
95/20 104/15
104/22 105/10
105/17 105/23
107/9
**engaged [13]**
17/18 18/2
22/2 32/16
75/10 76/6
98/14 99/3

148

**E**

**engaged... [5]**
99/18 100/22
103/8 103/25
107/15

**engaging [6]**
94/8 94/19
103/6 103/10
103/15 104/6

**enough [7]**
42/23 42/24
42/24 43/1
43/7 55/7 55/7

**ensure [2]**
41/16 121/5

**enter [2]**
10/16 108/12

**entered [2]**
131/22 132/17

**enters [4]**
6/22 39/14
68/20 125/3

**entertain [3]**
29/4 29/5
109/15

**entice [5]**
88/17 89/10
90/2 90/20
91/14

**enticed [2]**
93/4 93/18

**entices [1]**
92/7

**enticing [1]**
94/13

**entire [1]**
82/20

**entirely [3]**
72/16 85/13
86/14

**entitled [6]**
70/14 70/21
73/13 73/19
90/12 134/9

**entitlement [1]**
31/25

**entitles [1]**
70/11

**entries [2]**
29/3 34/16

**entry [1]**
28/12

**envelope [1]**
35/24

**equally [3]**
52/19 70/9

**equals [1]**
70/16

**equipment [1]**
107/5

**Eric [1]**  12/18

**erroneous [2]**
109/10 118/24

**error [5]**
38/13 52/15
81/3 118/17
118/25

**especially [1]**
46/15

**ESQUIRE [4]**
1/15 1/16 1/17
1/18

**Essentially [1]**
16/7

**establish [13]**
21/21 28/25
30/24 37/6
50/11 50/19
84/20 86/19
87/12 87/12
97/17 107/14
108/5

**established [6]**
53/11 77/22
78/9 78/24
84/25 107/23

**establishes [2]**
24/4 84/22

**establishing
[1]**  34/12

**establishment
[1]**  14/18

**ethnic [1]**
70/20

**evaluate [1]**
34/20

**evasive [1]**
79/24

**even [22]**
10/13 14/23
18/21 29/4
29/4 37/18
43/20 48/18
52/10 52/11
53/7 54/15
56/25 61/22
61/23 61/24
65/20 67/22
75/5 79/14
101/13 101/22

**evening [2]**
16/11 122/1

**event [1]**
114/13

**events [2]**
86/22 87/5

**eventually [5]**
11/19 13/21
14/2 20/17
20/17

**ever [1]**  74/19

**every [16]**
8/15 8/15 8/20
8/20 11/2 18/3
18/3 23/21
24/6 48/15
59/24 59/25
95/6 108/22
121/15 130/23

**everybody [3]**
10/17 10/20
35/15

**everyone [4]**
36/24 40/15
56/4 132/24

**everyone's [1]**
40/1

**everything [6]**
4/24 36/17
49/17 56/22
58/2 66/20

**evidence [101]**
3/15 4/20 5/1
7/10 12/16
15/15 16/15
21/11 22/24
25/6 25/18
27/9 30/5
30/14 34/3
34/9 34/13
34/18 34/21
41/15 49/22
53/18 55/7
55/8 67/14
69/21 71/4
71/5 71/10
71/22 71/22
71/23 71/24
72/2 72/3 72/9
72/10 72/16
72/18 72/20
72/22 73/4
73/12 73/15
73/21 73/21
74/9 74/15
75/1 75/9

**75/14 75/16**
76/2 76/5
76/14 76/18
76/20 76/22
76/22 76/22
77/2 77/3 77/3
77/5 77/14
77/20 77/25
78/1 78/2 78/5
78/16 78/20
78/24 79/1
79/6 79/7
79/18 81/10
82/1 82/9
82/18 83/12
83/13 83/19
83/22 84/21
85/10 86/10
86/15 94/5
103/13 104/8
107/23 108/1
108/18 108/20
109/7 109/11
109/14

**evidencing [1]**
107/12

**exact [4]**
53/12 60/24
84/20 103/12

**exactly [3]**
56/15 69/7
122/22

**examination [8]**
15/17 21/18
35/1 36/5
36/19 37/1
79/25 80/1

**example [5]**
19/18 20/21
61/5 77/5
95/14

**examples [2]**
33/16 35/22

**except [2]**
109/25 112/24

**exchange [2]**
8/17 63/12

**excite [1]**
95/5

**exclusive [1]**
69/20

**exclusively [1]**
108/14

**excuse [2]**
87/4 116/1

**excused [3]**
114/24 115/9
115/11

**excuses [1]**
40/18

**executed [1]**
12/17

**execution [2]**
23/3 29/25

**exercise [2]**
101/13 101/19

**exhibit [11]**
17/23 28/11
47/6 47/8
47/20 50/1
62/9 62/10
65/3 65/16
66/6

**Exhibit 122 [1]**
62/10

**Exhibit 221 [1]**
17/23

**Exhibit 228 [1]**
65/3

**Exhibit 90 [1]**
28/11

**Exhibit 91 [1]**
65/16

**exhibition [5]**
95/1 95/3 95/7
95/10 95/24

**exhibits [27]**
7/11 71/24
72/1 72/3 72/4
73/6 73/18
83/11 85/1
119/7 121/3
121/5 121/6
121/9 121/13
121/16 121/18
121/22 121/25
122/5 122/11
122/12 122/19
122/24 122/25
123/3 123/11

**EXIF [50]**
12/18 12/19
12/22 22/20
23/1 23/19
23/20 23/22
24/1 24/25
25/2 26/13
27/1 27/5
28/17 28/22
28/24 29/6
29/9 29/18

**E**

**EXIF... [30]**
30/2 30/7
30/11 30/18
30/20 30/21
34/15 48/7
48/12 48/18
48/19 48/22
49/14 49/20
49/21 50/4
50/9 50/10
50/11 50/24
53/5 53/13
53/14 60/13
60/24 61/9
61/14 61/19
62/6 66/16
**existence [2]**
77/23 78/9
**exists [2]**
78/13 78/13
**exits [5]** 38/4
68/9 119/18
131/10 133/2
**expect [1]**
55/8
**expected [3]**
53/23 104/24
105/13
**expelled [1]**
12/2
**expense [1]**
55/5
**expensive [1]**
9/20
**experience [11]**
10/14 10/14
18/13 19/16
51/12 66/15
77/21 78/8
79/4 80/25
81/23
**experienced [5]**
16/5 81/25
106/3 108/5
108/8
**experiences [3]**
20/13 54/14
54/16
**expert [3]**
49/4 49/21
60/14
**expertise [2]**
49/10 61/3
**explain [8]**

31/1 48/8 49/8
51/19 56/14 57/15
61/12 68/25
100/12
**explained [6]**
7/20 12/19
13/7 24/1 35/8
103/7
**explanation [3]**
49/13 56/4
61/11
**explanations
[2]** 55/18
86/25
**explanatory [1]**
111/6
**explicit [37]**
8/18 9/13
19/24 22/2
22/3 22/6
24/17 32/15
32/16 88/18
89/10 90/2
90/21 91/15
92/8 93/5
93/19 94/3
94/11 94/14
94/16 94/19
94/22 98/14
99/3 99/18
100/21 100/22
103/7 103/10
103/15 103/23
103/25 104/6
105/1 105/3
111/24
**explicitly [3]**
31/9 32/4 56/7
**exploit [2]**
40/7 40/12
**exploitation
[26]** 9/8 10/7
13/14 16/24
21/14 21/16
25/10 30/15
37/12 50/23
59/7 61/20
88/2 88/12
88/13 89/6
90/16 91/10
92/25 110/22
111/2 127/4
127/8 127/12
127/16 127/20
**exploited [1]**
15/12

**exploiting [1]**
**expose [1]**
105/2
**exposed [3]**
32/17 37/19
67/22
**exposure [2]**
95/6 114/24
**express [2]**
80/18 81/20
**expressed [1]**
54/14
**expressing [1]**
55/6
**expression [1]**
69/25
**expunged [11]**
16/4 22/21
23/6 23/23
24/20 25/1
26/8 26/14
28/20 29/21
57/1
**extended [1]**
44/24
**extensive [1]**
43/6
**extent [1]**
118/4
**extorted [1]**
47/1
**extorted him
[1]** 47/1
**extorting [2]**
65/14 67/4
**extra [3]**
18/16 43/8
109/19
**eyes [4]** 15/11
24/11 85/11
116/6
**Eyewitness [1]**
104/8

**F**

**face [4]** 18/15
24/10 25/3
33/25
**faces [1]**
16/17
**FaceTime [1]**
62/14
**facilities [2]**
104/15 105/17
**facility [18]**

88/25 89/18
91/22 92/13
92/19 98/7
98/21 99/11
100/2 105/10
105/21 106/8
106/11 106/13
107/3 107/5
**facsimile [1]**
50/3
**fact [30]** 9/22
24/3 24/7
25/20 27/9
27/10 30/5
40/5 46/24
59/22 61/13
61/20 70/10
72/12 77/4
77/14 77/22
77/23 78/10
78/12 78/13
81/5 82/23
84/18 86/17
86/18 103/24
107/22 116/24
118/16
**factor [2]**
95/25 113/13
**factors [3]**
17/15 81/13
95/24
**facts [25]**
37/24 68/2
69/2 69/3
69/20 69/24
70/3 72/12
77/4 77/15
77/17 78/9
78/15 78/20
78/23 79/2
79/10 80/14
82/2 82/14
84/4 85/7
86/10 86/14
87/3
**factual [2]**
69/18 70/2
**fag [2]** 55/14
56/1
**failing [1]**
43/11
**fails [1]** 75/2
**failure [1]**
80/24
**fair [2]** 41/16

51/4
**fairness [1]**
70/5
**fake [2]** 19/20
19/23
**fall [2]** 25/13
64/12
**fallible [1]**
50/24
**falling [1]**
21/9
**falsehood [1]**
81/3
**familiar [1]**
27/22
**families [1]**
10/4
**family [7]**
19/11 28/5
28/7 42/11
44/23 105/25
106/2
**far [2]** 14/22
35/23
**fast [1]** 14/14
**fast-food [1]**
14/14
**fatal [1]**
52/15
**father [1]**
56/11
**fathoming [1]**
86/6
**faulty [1]**
29/1
**favorable [1]**
4/20
**favorite [1]**
11/12
**favors [1]**
11/19
**FBI [6]** 1/19
16/4 26/12
27/20 51/11
51/24
**fd [1]** 19/24
**fear [2]** 71/11
105/12
**February [13]**
12/17 13/18
15/21 29/19
35/1 53/6
91/12 98/17
99/7 127/21
128/5 128/9
134/12

**F**

**February 3 [4]**
98/17 99/7
128/5 128/9
**February 9 [2]**
91/12 127/21
**February 9th [1]** 29/19
**Federal [1]**
134/16
**feel [3]** 55/3
60/1 73/20
**feeling [1]**
70/19
**feelings [1]**
70/24
**feels [1]** 77/1
**Feiss [14]**
27/13 27/21
27/21 28/2
28/7 28/12
28/12 28/12
28/13 28/13
28/13 28/23
29/2 63/23
**Feiss's [2]**
28/10 28/15
**Feisses [2]**
66/3 67/1
**Feisses' [1]**
63/20
**fellow [5]**
109/8 109/12
109/15 112/19
113/5
**felt [2]** 19/19
36/10
**few [3]** 38/9
41/22 130/25
**fictition [1]**
56/20
**field [1]** 82/1
**figure [2]**
35/3 60/22
**figured [2]**
45/4 45/22
**file [12]**
12/19 12/20
13/2 23/22
24/2 52/20
53/7 89/2 89/4
91/6 91/24
91/25
**filed [1]** 91/5
**filename [1]**

53/1
13/11
13/15 23/24
48/23 49/7
52/23 89/19
89/20 90/12
90/13 115/19
**fill [1]**
111/15
**film [5]** 93/22
93/23 99/24
101/2 101/3
**filmed [2]**
51/6 51/7
**final [3]** 6/14
17/1 70/5
**finally [1]**
6/16
**find [41]**
15/24 18/11
19/15 31/23
37/9 37/11
51/9 67/1
67/12 71/15
71/17 75/2
76/8 76/9 79/2
81/12 82/9
83/14 85/14
85/24 86/12
86/14 96/20
97/10 101/11
101/14 101/21
102/13 102/22
106/15 110/21
111/1 127/3
127/7 127/11
127/15 127/19
127/23 128/3
128/7 128/11
**finding [4]**
4/18 19/17
32/4 70/3
**fine [6]** 3/23
57/15 117/2
117/7 120/4
120/13
**finger [1]**
42/23
**fingerprint [1]**
12/21
**finished [3]**
108/9 111/18
119/12
**fired [1]**
15/22
**firing [1]**

18/7
3/25 11/9
16/23 17/9
52/22 59/16
62/6 63/8
63/19 65/4
93/2 93/10
100/11 100/24
105/19 106/5
109/18 111/23
114/3 133/4
**five [15]** 5/4
16/23 18/16
18/18 30/14
48/17 52/22
62/24 65/4
65/24 66/1
66/21 66/23
127/19 131/3
**fix [1]** 64/3
**fixed [1]** 6/16
**flamethrower
[1]** 57/17
**flaw [1]** 52/15
**flawed [1]**
49/20
**flirting [1]**
31/12
**floor [5]**
26/11 27/19
27/23 124/1
124/2
**fluke [2]**
23/21 23/21
**focal [2]**
95/11 95/13
**focus [5]** 34/8
41/15 43/3
43/15 58/19
**focused [1]**
43/21
**folder [11]**
16/1 16/3
22/22 23/6
23/23 24/21
25/1 26/8
26/15 28/20
29/21
**folks [1]**
48/21
**follow [3]**
58/20 69/6
69/9
**following [9]**
3/12 31/5 44/4

93/1 95/10
110/19 112/9
112/5 115/13
**follows [5]**
21/16 88/13
97/25 104/16
124/23
**food [4]** 10/19
14/14 14/19
15/4
**forbid [1]**
60/2
**forbidden [1]**
110/3
**forbids [2]**
85/19 130/14
**forefront [1]**
58/18
**foregoing [2]**
111/8 134/7
**foreign [49]**
22/10 32/19
88/23 89/1
89/2 89/15
89/18 90/7
90/10 90/11
91/1 91/4 91/4
91/20 91/23
91/23 92/13
92/14 92/17
92/20 92/21
93/9 96/6 96/8
96/10 96/12
96/19 97/4
97/6 97/15
98/8 98/11
98/22 98/23
99/1 99/12
99/13 99/16
100/2 100/3
100/6 100/14
100/16 102/4
102/6 102/10
102/21 105/10
106/11
**forensic [1]**
49/4
**forensics [2]**
34/15 49/17
**foreperson [27]**
109/19 109/19
111/9 111/10
111/10 111/15
111/16 111/19
111/21 112/9
112/10 112/11

113/8 113/9
113/16 113/19
119/4 119/14
122/7 123/15
126/14 126/15
126/20 126/23
128/21 128/23
130/4
**foreseeable [1]**
97/18
**foresight [1]**
16/4
**forfeiture [2]**
120/1 120/15
**forget [2]**
18/14 42/19
**form [24]** 5/8
6/9 73/6
110/10 110/11
110/19 111/5
111/7 111/13
111/13 111/15
111/17 111/19
112/11 119/8
119/21 120/23
120/24 121/25
122/5 123/10
126/16 126/20
126/22
**formally [1]**
122/17
**format [1]**
134/9
**former [11]**
9/2 9/2 9/3
34/14 34/15
34/22 35/2
35/9 35/13
35/19 53/19
**forth [4]**
63/12 122/13
130/22 131/6
**forthright [1]**
79/23
**forum [1]**
36/12
**forward [5]**
35/5 53/4
56/23 64/25
131/7
**fought [1]**
42/22
**found [23]**
13/2 13/3 13/6
13/19 16/10
23/13 23/15

**F**

found... [16]
23/17 24/24
25/1 27/7
32/21 32/21
33/2 33/6 33/7
33/9 33/10
36/2 36/3
38/13 60/1
61/12

four [6]  13/13
44/25 47/9
52/14 60/23
127/15

Fourteen [1]
63/2

fourth [2]
100/20 103/16

frame [5]
33/14 47/3
47/25 48/1
64/21

frank [1]
79/22

free [2]
113/15 130/18

freezing [1]
16/7

frequency [1]
11/15

frequently [1]
14/9

fresh [1]  6/8

freshman [1]
62/25

Friday [4]
26/22 36/11
36/11 65/10

friend [14]
35/11 35/11
45/2 45/4
45/10 45/13
46/5 55/4 55/5
55/12 57/23
58/1 58/8 60/2

friend's [1]
54/25

friends [16]
8/12 11/7
11/18 14/8
14/15 14/18
15/2 34/15
35/2 35/10
42/11 45/18
46/22 54/13

55/21 67/7
friendship [1]
45/16

front [5]  12/9
12/25 14/3
24/13 36/24

frozen [1]
16/9

fruition [1]
40/9

frustrating [2]
51/23 51/23

frustration [3]
54/15 54/15
55/2

fucker [1]
20/7

full [2]  17/23
60/5

fully [4]  40/4
40/14 41/21
95/17

fun [1]  10/16

funny [2]
60/20 63/9

further [11]
89/7 89/24
90/17 91/11
98/2 98/16
99/6 104/17
112/18 115/7
121/18

Furthermore [1]
104/12

futile [1]
55/13

future [2]
18/13 52/14

**G**

gallery [2]
133/4 133/5

GARY [2]  1/18
39/22

gather [1]
115/5

gave [3]  49/12
57/5 61/5

gay [3]  55/14
56/1 56/5

general [3]
78/1 87/20
104/2

generally [1]
95/15

generation [1]

56/18
general... [1]
56/11

genital [4]
32/17 94/23
94/23 94/23

genital-genital
[1]  94/23

genitalia [1]
22/4

genitals [10]
12/25 89/3
89/20 90/13
91/6 91/25
95/1 95/4 95/6
95/12

gentlemen [19]
6/24 7/10 8/24
34/2 37/9
37/16 48/10
58/15 60/4
67/13 68/21
72/19 112/15
112/25 118/11
119/2 125/4
130/10 133/4

Georgetown [1]
10/1

germane [1]
49/5

get [29]  3/20
4/6 4/24 8/3
10/17 10/19
10/22 11/3
12/3 13/14
14/24 15/3
15/14 16/2
26/9 29/22
37/2 37/3
43/18 54/13
56/24 58/9
63/20 66/24
67/9 72/17
119/24

gets [2]  7/19
44/8

Gilman [30]
9/3 9/16 9/19
9/20 9/22 9/25
10/4 10/5
10/13 10/14
11/6 11/21
14/8 15/22
25/11 34/14
42/2 43/5

43/21 44/12
44/13 45/1
45/24 45/24
56/8 56/10
56/12 56/13
57/9 57/21
59/17

girl [2]  66/11
66/11

girlfriend [2]
8/13 19/12

give [16]
39/24 55/12
64/20 69/7
69/17 73/14
73/15 77/4
80/13 81/11
81/18 82/8
88/9 95/25
117/24 121/17

given [9]  7/17
58/23 79/13
83/20 87/19
107/19 108/24
115/16 117/22

gives [1]
31/17

glasses [4]
47/19 47/22
47/24 48/3

gleaned [1]
18/20

gmail.com [8]
32/25 33/4
89/5 89/22
90/15 91/9
92/3 98/13

go [38]  3/10
3/25 4/23 5/24
8/6 11/2 11/3
16/8 16/21
18/6 19/9
20/24 21/8
21/13 21/15
21/20 21/23
25/15 34/9
39/25 40/17
41/10 42/7
53/5 54/20
62/1 62/7 62/9
62/15 63/21
66/7 67/11
67/12 120/1
120/6 120/10
120/18 122/19

go-to [1]
41/10

goal [1]  43/22

gobsmacked [1]
45/23

God [4]  44/18
54/5 57/5 60/2

Godine [3]
11/25 35/16
35/17

goes [3]  45/17
63/25 111/5

going [64]
3/19 4/2 4/5
5/10 8/6 15/24
16/18 16/19
17/2 18/14
18/19 19/22
20/24 20/25
27/3 28/25
30/12 31/1
36/22 36/23
37/16 42/23
43/20 44/2
44/3 44/6
44/10 44/24
45/21 46/3
46/22 48/5
48/15 48/16
48/17 49/12
52/21 54/21
55/4 55/5 55/9
57/19 58/3
58/15 59/15
60/5 60/7 61/7
61/8 61/17
61/18 61/22
61/23 61/23
61/24 62/6
63/21 66/14
68/5 88/9
110/10 113/12
123/23 124/1

gone [5]  15/3
28/9 41/12
113/17 121/13

good [12]  3/2
6/23 6/25 8/24
18/15 18/15
39/21 50/23
68/21 118/4
121/21 125/4

Google [3]
51/8 51/13
52/1

got [11]  4/12
11/19 29/4
29/6 38/23

**G**

**got... [6]**
41/11 47/18
49/4 54/21
57/25 122/10

**govern [1]**
84/11

**government [100]** 3/14
3/16 4/19 4/21
5/13 5/16 6/1
7/4 7/15 7/17
7/19 7/23
17/17 34/10
34/11 39/1
39/3 40/20
41/20 42/18
47/8 48/2 48/5
49/1 50/3
52/19 53/10
53/16 57/5
70/7 70/12
70/14 70/15
70/18 70/22
71/6 71/8
71/18 73/6
74/20 75/2
75/7 75/9
78/16 80/9
81/6 83/4
83/14 83/16
84/15 85/2
85/16 85/22
92/25 93/10
93/13 93/16
94/1 94/7
94/10 94/17
94/20 95/8
96/2 96/16
96/23 97/5
97/17 97/20
100/9 100/24
101/14 101/23
102/2 102/8
102/18 102/24
103/3 103/11
103/16 104/1
105/17 106/5
107/7 107/14
108/3 108/6
115/15 117/1
120/12 120/18
121/14 122/21
123/5 123/25
124/11 131/19

**government's [18]** 2/4 2/6
17/23 28/11
34/3 37/5 37/6
41/3 47/20
49/4 50/15
62/9 62/10
65/3 65/16
83/17 122/25
131/18

**GPS [5]** 27/1
28/22 28/24
30/2 30/2

**grabbing [1]**
15/6

**grade [9]**
10/21 11/5
11/6 15/9
15/10 41/25
42/4 62/15
67/6

**grades [2]**
43/7 45/17

**graduate [2]**
10/1 14/7

**graduated [2]**
42/6 64/19

**graduation [1]**
51/18

**grand [9]**
88/14 89/6
89/23 90/16
91/10 98/1
98/15 99/5
104/16

**grateful [1]**
114/20

**greater [3]**
70/12 73/14
81/8

**greet [1]**
130/25

**group [8]** 8/7
11/18 34/24
34/24 35/1
35/9 35/9
113/22

**guess [2]** 77/7
78/11

**guesswork [1]**
78/21

**guide [1]**
83/21

**guided [1]**

71/3
quantum [14]
30/25 34/12
60/1 71/6
71/15 71/18
74/11 74/25
75/8 78/4 79/8
83/15 87/12
87/14

**guilty [44]**
9/14 30/16
34/19 37/10
37/11 41/19
58/25 59/8
67/12 71/9
71/16 71/20
74/8 74/10
74/20 75/3
76/21 76/21
82/19 83/14
87/7 88/7
92/11 92/23
92/24 100/7
100/8 105/15
105/16 108/16
108/19 110/24
110/24 111/3
111/4 127/6
127/10 127/14
127/18 127/22
128/2 128/6
128/10 128/14

**guys [1]** 54/2

**H**

**habitually [1]**
57/11

**had [69]** 11/1
11/7 11/11
13/11 14/10
15/1 15/5
15/11 15/20
15/22 16/11
22/7 23/4 28/9
31/8 32/19
34/5 34/9
34/25 35/3
39/24 41/24
42/1 42/1 42/3
42/8 42/9
42/23 47/5
50/1 51/19
52/19 53/24
54/16 55/21
57/1 57/2
57/11 57/16

58/4 60/24
93/8 96/5 96/8
96/13 97/1
97/16 98/6
98/9 98/20
98/24 99/10
99/14 100/15
101/11 101/12
101/21 102/6
102/16 103/2
104/1 119/5
121/4 121/12
121/13 124/11
124/16

**Hadley [1]**
28/15

**hadn't [1]**
56/17

**HAGAN [15]**
1/16 3/25 6/11
6/19 7/22 8/24
31/8 31/11
32/8 40/14
41/23 61/6
61/14 63/21
66/23

**haha [1]** 63/8

**hair [1]** 47/24

**hairstyle [1]**
47/13

**half [2]** 20/15
66/1

**Halpert [7]**
25/24 26/15
26/16 26/22
26/23 26/23
63/23

**Halpert's [2]**
26/19 26/24

**Halperts [3]**
26/18 66/3
67/1

**Halperts' [2]**
26/12 63/20

**hand [6]** 27/18
71/17 83/16
112/12 113/24
122/10

**handed [1]**
6/16

**handing [1]**
10/18

**hands [2]**
12/25 67/16

**handwriting [1]**
65/8

**happen [3]**
38/24 47/4
67/3

**happened [15]**
14/23 29/7
35/18 36/15
42/15 46/10
46/24 51/3
52/25 57/20
60/10 114/14
114/17 117/9
117/11

**happening [9]**
35/8 46/1
47/17 47/23
49/20 59/22
60/5 60/8
60/22

**happens [4]**
31/22 53/1
60/3 60/4

**happy [1]**
43/25

**harass [7]**
18/4 19/6
19/13 104/20
105/8 105/24
107/10

**hard [3]** 41/9
43/17 116/8

**Harken [1]**
130/2

**has [66]** 3/9
4/19 5/11 7/3
17/17 20/18
32/1 34/10
34/12 38/11
38/15 47/9
52/23 52/24
55/18 57/9
57/13 61/14
65/17 67/12
69/7 70/22
71/5 71/8
71/18 73/6
74/6 74/8
74/20 75/7
75/9 75/16
76/5 76/9
76/18 77/18
81/23 82/17
83/14 83/16
88/7 92/11
92/18 94/1
95/8 100/1
101/15 109/19

# H

**has... [18]**
110/15 110/16
111/13 112/21
114/17 115/2
115/8 119/12
120/7 121/9
121/10 123/2
124/11 124/16
126/16 126/20
126/22 131/8
**hash [2]** 24/1
24/25
**hasn't [1]**
47/13
**hate [1]** 60/10
**have [160]**
**having [13]**
9/25 13/24
37/4 88/20
89/4 89/13
89/20 90/5
90/13 90/23
91/7 91/17
92/1
**he [240]**
**he's [30]** 9/8
24/15 25/4
25/8 25/9
25/17 25/24
26/5 27/15
30/2 30/24
37/1 37/8
43/11 43/21
43/24 44/9
44/19 44/20
46/2 46/5
47/23 48/2
48/17 55/6
55/9 55/24
57/6 57/6
65/23
**head [1]** 45/16
**header [2]**
38/14 38/14
**hear [8]** 4/7
11/17 12/10
44/21 58/11
62/20 80/23
117/16
**heard [19]**
11/10 11/22
17/25 21/17
42/2 42/3
46/16 49/8

53/19 55/18
71/14 72/6
76/23 78/6
81/4 84/1 84/1
84/2 130/3
**hearing [4]**
13/4 18/21
72/25 73/4
**hears [1]** 77/1
**heart [3]** 45/5
45/15 64/22
**held [6]** 3/12
31/5 42/4
115/13 122/16
134/8
**hell [1]** 8/23
**help [9]** 16/19
45/9 47/12
55/12 60/14
65/2 67/9 67/9
79/19
**helpful [1]**
16/21
**her [28]** 14/7
14/10 14/15
14/15 14/16
14/18 14/18
14/21 15/2
15/7 20/8
20/24 26/17
41/23 43/15
43/15 50/5
79/15 80/2
80/5 80/11
81/7 82/4
82/12 111/11
122/18 122/22
122/24
**here [43]**
13/11 20/24
22/16 22/18
24/9 28/10
29/3 31/12
33/7 35/13
36/24 37/3
40/7 40/18
53/20 54/21
59/22 59/25
65/11 74/22
77/10 79/5
96/16 102/18
112/13 114/20
117/12 118/24
121/23 122/2
125/6 125/12
125/14 125/16

125/18 125/20
126/1 126/3
126/5 126/7
126/9
**here's [3]**
23/18 64/25
65/15
**hereby [1]**
134/6
**herself [2]**
80/3 80/18
**hesitate [3]**
71/15 71/19
109/9
**hidden [1]**
10/9
**hide [2]** 15/20
47/23
**hiding [1]**
79/24
**high [13]** 11/7
40/4 42/6
42/13 43/12
44/25 51/18
58/10 58/11
62/25 63/7
64/16 66/8
**highlight [3]**
16/15 62/13
65/5
**highlighted [1]**
9/22
**highs [1]**
10/15
**him [61]** 11/18
14/2 14/5
15/11 16/3
19/3 21/3 21/3
22/1 27/16
27/17 28/16
29/16 29/17
35/17 37/11
43/2 43/18
43/21 43/25
43/25 44/9
45/11 47/1
47/1 47/1 49/8
54/25 55/2
55/8 55/11
56/12 57/3
57/23 59/18
59/19 59/23
60/8 61/3 61/5
62/14 62/15
63/1 63/11

64/17 65/21
67/4 67/4 67/5
67/12 67/12
74/17 74/20
75/5 75/6
76/25 79/9
80/11 85/12
**himself [10]**
9/5 10/9 12/8
36/2 36/3 45/6
45/7 49/22
80/3 80/18
**hinged [1]**
41/4
**his [113]** 3/4
5/11 7/5 9/12
11/6 11/9 11/9
12/25 12/25
13/22 14/24
15/11 15/14
15/19 16/2
16/19 18/7
19/8 19/13
19/18 21/9
21/22 23/6
23/7 24/10
24/22 25/3
25/3 25/4
25/12 25/13
29/16 32/14
32/17 33/18
33/19 33/20
34/15 36/14
36/20 36/25
37/2 40/3 40/4
41/12 42/5
42/7 42/11
42/11 42/12
42/12 42/12
42/15 42/22
44/8 45/2 45/4
45/9 45/11
45/15 45/16
46/5 48/3
48/20 49/2
49/22 51/18
54/13 54/17
54/25 55/2
55/5 55/12
55/13 55/20
55/21 55/22
56/11 56/19
61/2 62/14
63/1 63/20
64/8 64/11

64/24 64/25
65/11 67/6
74/25 76/25
76/25 79/15
80/2 80/5 81/6
81/20 82/4
82/11 83/15
85/11 86/10
101/14 104/10
105/25 105/25
106/2 106/3
107/24 107/24
107/24 111/11
131/20
**history [3]**
57/22 58/5
58/14
**hitting [1]**
50/18
**Hoffberger [4]**
14/6 14/13
14/25 15/2
**hold [4]** 73/2
101/8 122/10
133/4
**holding [1]**
12/25
**holiday [1]**
28/6
**home [6]** 11/19
12/3 13/25
44/13 50/18
63/21
**homes [1]**
63/19
**homophobia [2]**
55/18 56/7
**homophobic [1]**
54/5
**honest [1]**
109/11
**Honor [47]** 3/8
3/17 4/1 4/8
5/17 6/2 6/13
7/8 7/24 16/19
31/3 32/6 32/9
38/22 39/4
39/11 39/18
59/12 62/3
68/15 68/17
115/17 115/18
116/15 117/7
118/3 119/25
120/19 121/7
121/12 121/20
122/11 123/6

**H**

Honor... [14]
123/8 123/13
123/17 124/12
124/15 128/23
129/13 129/19
129/22 129/25
131/19 132/16
132/21 132/23

HONORABLE [5]
1/11 38/6
68/11 124/5
133/7

honors [1]
43/13

hooked [1]
4/24

hope [1] 112/7

hoped [3]
10/17 10/20
11/1

hoping [1] 4/4

horrible [3]
61/25 62/2
62/2

hostility [1]
80/12

hounding [1]
17/20

hour [2] 8/15
113/17

hours [1] 41/2

house [8] 12/6
26/18 26/24
28/4 29/8
44/13 53/11
53/12

house-sit [1]
28/4

house-sitting
[5] 26/18
26/24 29/8
53/11 53/12

housekeeping
[1] 38/9

houses [1]
53/11

how [47] 11/8
11/17 15/18
18/5 19/19
20/4 20/10
21/24 24/5
24/5 27/22
27/24 28/3
28/24 30/12

30/21 31/1
32/8 34/6
35/23 35/23
39/25 40/24
41/15 45/18
45/19 46/13
49/7 55/2 67/7
79/24 80/9
110/7 110/21
111/1 113/7
115/7 117/10
127/3 127/7
127/11 127/15
127/19 127/23
128/3 128/7
128/11

however [11]
58/6 74/3
76/14 82/10
83/21 86/20
97/10 101/18
102/12 106/15
114/17

human [1] 86/7

humiliating [2]
66/14 67/4

hung [1] 14/8

HWSNXN2 [1]
99/2

hypothetical
[1] 49/6

**I**

I'll [10] 14/6
19/22 20/19
20/19 21/5
30/17 111/24
115/12 118/6
133/4

I'm [46] 4/4
14/11 16/18
17/2 18/9
18/14 20/24
28/5 37/2
42/14 43/2
46/9 46/9
46/20 46/21
48/10 49/11
54/16 56/2
56/2 57/15
59/15 59/22
59/25 60/13
61/6 61/17
61/18 61/21
61/23 61/24
63/11 63/21

65/5 65/11
65/16 65/18
110/10 116/6
116/10 116/15
116/17 117/7
117/9 121/20
123/23

I've [13] 7/20
28/1 29/3 39/1
39/5 54/16
77/15 81/20
108/24 119/11
120/23 124/9
130/22

ice [2] 10/20
62/18

iCloud [19]
9/12 22/22
23/6 23/23
24/21 24/25
26/8 26/14
28/20 29/21
32/25 33/4
60/23 89/4
89/21 91/7
92/1 98/12
127/25

iClouds [1]
49/18

idea [1] 48/18

identification
[1] 72/1

identified [7]
12/7 12/12
22/17 26/17
28/2 30/4 49/1

identity [3]
76/15 103/11
104/3

ignorance [1]
85/5

ignore [1]
65/20

ignoring [3]
8/6 52/17
52/18

ill [1] 114/14

illegality [1]
104/13

ills [1] 48/7

illuminating
[2] 54/2 54/7

illustrious [1]
9/21

image [18]
24/9 25/7 26/1

26/2 26/3 26/4
52/20 93/25
98/5 98/6
98/19 98/20
99/9 99/10
99/25 101/5

images [17]
8/18 9/4 9/10
9/13 15/25
22/11 25/25
32/13 52/17
57/1 60/20
96/17 96/18
102/19 102/20
105/2 105/3

imagine [2]
43/20 60/1

IMG [4] 116/24
116/25 118/15
118/23

IMG6965.mov [1]
89/3

IMG6966.mov [1]
89/19

IMG6967.mov [1]
116/2

IMG6968.mov [1]
89/19

IMG6974.mov [1]
90/12

IMG6975.mov [1]
90/12

IMG6976.mov [1]
91/24

immaterial [1]
87/15

immediate [2]
105/25 106/2

immediately [3]
26/1 26/2
27/22

impactful [1]
35/15

impartial [2]
75/1 109/7

impartiality
[1] 70/6

implicit [1]
111/24

implied [1]
61/3

importance [3]
79/19 81/2
95/25

important [7]

26/13 45/10
45/11 51/14
70/7 70/9
109/1

importantly [4]
10/11 21/22
48/20 54/13

imposed [2]
114/23 130/19

imposes [1]
74/13

imposing [1]
108/13

impossibility
[1] 51/21

impossible [1]
51/22

improper [3]
70/17 70/24
71/2

inability [1]
40/17

inaccurate [1]
30/25

inadvertence
[1] 85/21

inappropriate
[2] 31/10
95/16

incentive [1]
80/10

incident [4]
35/16 35/17
35/18 80/22

incidental [1]
94/16

include [1]
119/7

included [1]
62/11

includes [2]
93/22 101/2

including [22]
15/2 72/15
88/24 89/16
90/8 91/1
91/20 92/18
93/23 94/23
98/8 98/11
98/23 99/1
99/13 99/16
100/4 100/7
101/3 103/13
106/21 121/8

incomplete [2]
65/7 66/19

**Inconsistencies**
**[1]** 80/19
**inconsistent**
**[1]** 41/8
**incorrect [2]**
23/22 23/24
**increase [1]**
11/15
**incredibly [2]**
42/22 47/25
**indeed [3]**
47/20 54/18
57/18
**independent [5]**
37/23 68/1
73/12 82/2
115/1
**INDEX [1]** 2/1
**indicate [3]**
70/1 86/10
111/21
**indicated [2]**
22/18 122/1
**indicating [1]**
116/23
**indicative [1]**
57/22
**indicted [2]**
50/14 74/6
**indictment [50]**
52/23 73/23
74/1 74/2 74/3
74/7 74/8
75/11 75/13
75/21 75/23
76/4 76/7
76/10 76/12
84/10 84/17
84/18 84/23
84/25 85/24
87/22 87/25
88/12 92/4
93/2 93/13
97/2 97/23
97/25 99/20
104/14 104/15
105/5 105/22
106/9 106/10
116/5 116/5
116/10 116/13
116/17 118/13
119/8 119/23
120/15 120/17
120/24 122/4

123/10
118/20
**individual [2]**
92/22 109/5
**individuals [2]**
10/10 70/15
**induce [5]**
88/17 89/9
90/1 90/20
91/14
**induced [2]**
93/4 93/18
**induces [1]**
92/7
**inducing [1]**
94/13
**indulgence [1]**
3/6
**infer [8]**
12/13 19/4
19/5 76/11
77/21 78/8
85/9 86/7
**inference [9]**
12/13 20/12
75/22 78/7
78/11 78/21
82/24 86/11
104/11
**inferences [10]**
69/23 78/14
78/17 78/18
78/20 78/25
79/3 79/7 87/5
108/1
**inferred [2]**
86/20 87/7
**influence [1]**
108/13
**inform [1]**
111/19
**informally [2]**
131/1 131/1
**information**
**[10]** 12/19
24/2 28/22
29/1 44/22
63/23 72/17
73/17 106/18
114/25
**initials [2]**
110/17 110/18
**injury [1]**
105/12
**innocence [3]**

58/24 70/22
**innocent [9]**
74/16 74/18
75/25 80/23
81/3 82/22
87/13 102/1
103/20
**inquiring [1]**
130/21
**insight [1]**
54/1
**Inspiron [2]**
99/2 128/5
**Instagram [2]**
8/6 19/23
**instance [1]**
114/15
**instances [3]**
115/20 118/16
118/23
**instant [1]**
114/18
**instead [3]**
118/15 119/1
119/10
**institutions**
**[1]** 106/23
**instruct [12]**
6/8 67/17
67/19 68/23
69/1 70/2
71/10 73/24
74/17 96/20
102/22 123/14
**instructed [3]**
83/3 85/15
122/3
**instruction**
**[14]** 4/11
5/12 5/13 5/15
6/15 38/12
38/14 38/15
38/19 39/2
69/10 116/14
116/23 117/22
**instructions**
**[36]** 2/7 5/8
5/20 5/23 5/24
5/24 6/9 6/17
16/20 38/10
39/6 52/22
58/21 69/9
69/9 69/11
74/2 87/19
88/9 108/9

108/24 115/7
116/23 117/5
117/13 118/12
118/17 118/20
119/8 119/20
120/24 122/1
122/4 123/10
**instrument [1]**
73/22
**insular [1]**
9/21
**insurmountable**
**[1]** 34/13
**intelligence**
**[1]** 108/25
**intend [1]**
39/2
**intended [3]**
19/2 95/21
97/13
**intends [1]**
86/12
**intent [22]**
18/4 18/6 19/6
19/8 19/13
85/18 86/5
86/7 86/16
86/23 87/2
87/7 87/18
99/23 101/1
104/19 105/7
105/24 107/10
107/17 107/20
107/22
**intention [3]**
101/13 101/19
101/21
**intentional [1]**
81/3
**intentionally**
**[6]** 75/24
85/4 85/23
85/25 101/25
103/19
**interactive [7]**
17/10 104/20
105/8 105/19
106/6 106/18
107/8
**intercourse [1]**
94/23
**interest [2]**
57/10 57/14
**interesting [6]**
13/12 13/16

18/16 23/18
24/16 48/20
**interfere [2]**
71/1 71/11
**internet [12]**
17/15 37/25
68/4 97/8
97/12 98/12
102/11 102/15
106/13 106/17
106/22 112/23
**internet-based**
**[1]** 98/12
**interpretation**
**[2]** 83/18
83/25
**interstate [57]**
17/11 22/10
32/19 88/23
89/1 89/1
89/15 89/18
90/7 90/10
90/11 91/1
91/3 91/4
91/20 91/22
91/23 92/13
92/14 92/17
92/20 92/20
93/9 96/5 96/8
96/10 96/12
97/4 97/8
97/15 97/20
97/22 98/8
98/10 98/22
98/22 98/25
99/12 99/13
99/15 100/2
100/3 100/6
100/14 100/16
102/4 102/6
102/12 104/15
104/22 105/9
105/10 105/17
105/21 106/9
106/11 106/13
**intervene [1]**
31/13
**intimate [2]**
106/1 106/3
**intimidate [7]**
18/4 19/6
19/13 104/20
105/8 105/24
107/10
**intimidation**
**[1]** 33/20

# I

**intolerance [1]**
54/12

**intoxicated [1]**
62/25

**introduced [4]**
12/16 30/5
47/20 50/1

**investigating
[1]** 16/5

**investigation
[3]** 37/23
68/2 115/1

**investigations
[1]** 51/12

**investigative
[1]** 83/4

**involve [5]**
7/14 16/13
86/16 95/24
103/6

**involved [8]**
12/7 32/15
33/1 43/9 44/4
46/21 83/9
84/7

**involving [1]**
27/14

**iPad [1]** 13/10

**iPads [1]**
49/18

**iPhone [28]**
13/4 13/12
13/15 13/16
13/17 13/19
13/19 13/19
13/20 15/19
17/12 17/13
23/2 23/2 23/7
23/8 23/11
24/23 27/6
28/21 29/23
29/24 89/4
89/21 90/14
90/14 91/7
92/1

**IPhones [1]**
9/12

**ironclad [1]**
49/14

**irregular [1]**
87/8

**irrelevant [1]**
104/13

**Irrespective
[1]** 53/17

**is [365]**

**isn't [5]** 27/1
34/1 36/8
49/14 50/22

**issue [6]**
48/22 49/24
76/15 81/21
83/10 84/8

**issues [13]**
31/17 37/20
44/11 50/4
58/4 60/24
67/24 69/18
112/17 115/15
117/12 124/13
124/19

**it [235]**

**it'll [2]**
120/6 131/3

**it's [77]** 3/3
3/22 8/7 10/6
11/24 12/19
12/20 19/11
20/7 20/16
22/4 23/21
23/21 23/24
24/6 24/8 24/9
29/1 29/20
31/25 33/6
34/4 36/14
37/9 46/12
46/19 48/10
48/15 50/22
51/4 51/21
52/12 52/12
52/13 52/24
53/1 53/7
53/13 54/2
54/7 54/10
54/11 54/11
57/18 61/7
61/8 62/3
62/10 62/15
69/1 69/2
72/21 73/16
74/4 77/13
77/23 78/1
78/11 78/17
79/12 80/24
81/9 85/13
86/14 95/23
109/2 115/25
116/5 116/6
116/8 116/19
116/25 118/5

**items [5]**
96/24 96/25
119/6 119/13
123/12

**its [13]** 4/17
24/4 37/25
68/3 70/18
71/18 75/2
83/5 85/2
85/15 86/25
104/10 112/21

**itself [5]**
29/11 38/15
74/8 86/24
95/19

# J

**Jack [1]** 12/6

**JAMES [6]** 1/11
45/2 53/21
56/22 57/9
59/18

**January [16]**
28/4 28/6 28/8
28/13 28/13
28/18 51/16
51/19 52/5
52/6 52/9 53/4
90/18 98/3
127/17 128/1

**January 1st [1]**
28/13

**January 2 [1]**
127/17

**January 23 [2]**
98/3 128/1

**January 24th
[2]** 52/5 52/6

**January 2nd [5]**
28/4 28/6
28/8 28/13
28/18

**Jarman [4]**
61/7 65/2 65/5
66/6

**jealous [1]**
19/8

**JKB [5]** 1/5
110/17 110/17
125/7 127/2

**JKB-23-0274 [1]**
125/7

**JKB-23-278 [2]**
110/17 127/2

**job [1]** 19/12
101/17 101/20

**jointly [1]**
101/22

**joke [2]** 54/23
54/25

**jokes [1]** 55/5

**joking [1]**
55/9

**judge [1]** 69/1

**judge's [1]**
58/21

**judges [4]**
69/20 79/10
79/11 84/3

**judgment [4]**
4/16 82/13
108/22 109/5

**Judicial [1]**
134/10

**Juggling [1]**
8/11

**July [1]** 23/11

**July 23rd [1]**
23/11

**jump [1]** 67/5

**jumped [1]**
53/3

**June [10]**
12/23 21/5
21/7 24/19
30/22 30/22
63/6 89/8
111/3 127/9

**June 14th [1]**
30/22

**June 15th [2]**
12/23 63/6

**June 21 [3]**
89/8 111/3
127/9

**June 21st [1]**
24/19

**June 7th [3]**
21/5 21/7
30/22

**junior [3]**
14/10 42/7
64/16

**jurisdiction
[1]** 100/18

**juror [34]** 7/1
7/2 7/2 7/2
31/9 114/7
114/8 114/8

114/14 114/16
125/10 125/11
125/13 125/15
125/17 125/19
125/21 125/23
125/25 126/2
126/4 126/6
126/8 128/16
128/18 128/24
129/2 129/5
129/8 129/11
129/14 129/17
129/20 129/23

**jurors [23]**
6/25 18/5
40/16 71/2
74/24 79/10
109/2 109/8
109/12 109/15
112/19 113/5
114/10 114/21
122/6 122/6
126/12 126/14
130/7 130/11
130/14 131/5
133/4

**jury [112]**
1/11 2/7 2/8
3/3 4/10 4/21
5/8 5/23 5/23
5/24 5/25 6/8
6/17 6/18 6/19
6/21 6/22 6/24
7/3 38/2 38/3
38/4 38/10
39/7 39/12
39/13 39/14
52/21 68/7
68/8 68/9
68/14 68/18
68/19 68/20
69/12 69/19
72/4 73/1 73/5
74/19 78/3
78/22 83/2
84/3 84/14
88/14 89/6
89/23 90/16
91/10 98/1
98/15 99/5
104/16 108/23
109/18 110/4
110/11 111/8
111/25 112/5
112/21 112/24
112/25 114/16

**J**

**jury...** [46]
114/19 115/4
115/16 116/13
117/5 118/12
118/17 119/2
119/6 119/7
119/9 119/16
119/17 119/18
119/20 119/20
119/21 120/1
120/24 121/25
122/4 122/5
122/19 123/4
123/10 123/11
123/12 123/14
123/19 124/22
125/1 125/2
125/3 125/9
126/10 126/16
126/21 128/15
130/2 130/3
130/25 131/5
131/8 131/8
131/9 131/10

**just** [74]  3/22
5/14 6/15 8/5
10/25 16/7
16/15 16/18
17/2 19/18
20/7 20/14
20/14 20/21
20/24 21/8
22/14 22/15
24/9 24/12
24/22 25/3
25/6 25/17
25/22 27/18
28/1 28/14
29/7 29/11
31/14 31/25
33/7 33/23
35/4 35/21
36/15 36/20
36/23 37/3
37/8 41/16
41/17 43/1
44/23 46/23
49/24 52/17
53/13 54/10
54/21 55/9
55/11 56/3
56/5 56/21
62/24 64/11
64/24 65/10

67/2 68/5
69/19 112/17
112/2 115/21
116/6 116/6
116/22 117/17
119/11 120/1
120/8 122/17

**justice** [3]
37/3 37/8
70/16

**justified** [1]
79/3

**K**

**keep** [4]  6/7
21/8 48/16
53/2

**KENJI** [23]  1/6
88/16 89/25
90/19 91/13
98/4 98/18
99/8 104/19
110/16 110/21
111/1 125/8
127/1 127/3
127/7 127/12
127/16 127/20
127/24 128/4
128/8 128/12

**kept** [5]  9/10
16/12 26/20
54/9 63/25

**kid** [5]  45/9
45/9 46/1 46/2
67/10

**KIM** [2]  1/16
8/24

**kind** [3]  63/8
72/15 115/21

**kinds** [1]
31/21

**knew** [13]
22/24 45/24
45/25 46/16
54/24 66/13
93/14 96/8
96/25 97/13
100/20 103/1
103/17

**know** [69]
19/10 21/24
23/4 26/16
26/17 26/19
26/19 26/23
30/3 30/21
33/17 33/21

33/22 34/1
42/21 42/24
42/24 43/4
43/5 43/7 43/8
43/16 44/19
45/19 45/25
46/8 47/5
48/17 48/21
49/2 49/3 49/7
49/15 49/17
50/6 50/14
50/24 51/5
51/5 51/6
53/10 54/6
56/18 57/4
57/13 60/3
60/17 60/18
61/17 63/4
63/22 65/15
78/13 80/4
88/21 89/13
90/5 90/24
91/18 92/11
96/9 97/16
113/16 119/25
120/6 120/9

**knowing** [5]
88/20 89/13
90/5 90/23
91/17

**knowingly** [29]
32/12 40/8
75/23 85/3
85/4 85/6 85/9
85/14 86/13
86/13 88/16
89/9 90/1
90/19 91/13
98/4 98/18
99/8 99/23
99/23 100/9
100/11 100/11
100/25 101/1
101/24 101/25
103/19 103/22

**knowledge** [16]
76/25 80/6
81/23 83/10
84/8 85/12
85/13 85/17
86/16 87/2
87/7 103/24
104/1 104/3
104/5 104/7

**known** [4]  45/1

46/6 46/7

**knows** [2]  54/5
92/11

**L**

**labeled** [1]
119/20

**lack** [2]  45/3
87/12

**lacrosse** [1]
10/18

**ladies** [18]
6/23 7/10 8/24
34/2 37/9
37/16 48/10
58/15 60/4
67/13 68/21
72/19 112/15
112/25 118/11
119/2 125/4
130/10

**language** [1]
55/24

**lap** [3]  12/14
12/15 13/1

**laptop** [17]
12/16 13/2
13/5 13/10
23/7 23/9
23/12 23/13
24/24 27/8
33/6 33/9
33/11 99/2
99/17 128/5
128/9

**laptops** [1]
9/12

**large** [1]
17/23

**lascivious** [6]
95/1 95/3 95/7
95/9 95/19
95/24

**lashing** [1]
44/20

**last** [14]  5/6
5/21 6/10 7/4
11/17 33/13
36/11 36/11
41/21 61/16
114/3 116/6
117/18 120/14

**lastly** [3]
19/15 53/6
62/22

**latched** [1]
121/10

**late** [5]  11/20
11/25 14/5
14/14 20/3

**late-night** [2]
11/20 14/14

**later** [3]
13/14 18/17
53/2

**law** [31]  5/3
37/23 67/17
68/2 68/23
69/1 69/3 69/5
69/6 69/11
69/15 69/16
71/10 72/25
73/1 73/5
74/13 74/16
78/1 81/4 81/5
81/10 83/5
83/7 83/11
84/5 84/11
84/23 85/18
85/20 101/16

**laws** [1]  70/8

**lawyers** [3]
7/5 130/14
130/16

**lawyers'** [1]
7/14

**learn** [1]
112/16

**learned** [2]
35/10 57/16

**least** [1]
114/17

**leave** [1]
122/6

**leaving** [2]
28/8 40/4

**led** [5]  11/20
13/22 13/23
14/2 14/4

**leeway** [1]
31/8

**left** [7]  27/13
27/18 29/11
40/25 42/7
64/12 112/2

**legal** [4]  69/6
69/8 83/3
110/12

**legality** [1]
104/12

**lengthy** [1]

**L**

**lengthy... [1]**
29/14
**less [7]**   45/12
70/14 77/25
81/7 87/20
93/12 93/15
**lesser [1]**
81/8
**let [11]**   31/8
40/17 67/11
67/12 68/25
71/11 75/11
77/4 79/5 84/3
108/21
**let's [14]**
3/10 3/25 4/23
17/18 18/14
18/16 21/13
22/14 28/6
61/19 62/7
64/10 64/13
64/20
**letter [3]**
16/6 115/20
116/16
**level [1]**  43/3
**libraries [1]**
106/23
**lie [3]**   35/6
54/13 55/22
**lied [1]**   55/24
**lies [1]**   35/7
**life [7]**   20/12
21/9 36/25
40/4 58/16
64/8 66/13
**light [5]**   4/20
57/25 79/4
82/9 108/24
**like [26]**   11/1
12/20 13/10
18/15 19/10
19/20 19/24
20/6 24/10
25/4 35/16
35/18 35/20
46/24 52/24
54/6 54/17
55/3 55/14
56/6 56/9
62/16 65/12
80/24 110/12
111/5
**liked [3]**

66/11 66/11
**limit [1]**
72/16
**limitations [1]**
130/22
**limited [3]**
44/22 75/18
75/19
**line [8]**   49/12
49/12 96/25
97/1 103/1
103/2 106/15
132/12
**list [7]**   28/2
51/13 121/8
121/9 122/22
122/23 122/24
**listed [2]**
6/15 118/24
**listen [3]**
59/2 64/2
83/23
**listened [1]**
114/11
**listening [2]**
54/4 83/21
**literally [4]**
16/14 20/20
21/6 51/22
**litigation [1]**
70/13
**little [10]**
9/19 10/3 18/9
60/20 66/24
66/25 67/5
67/8 68/5
113/12
**LIU [1]**   1/20
**live [5]**  92/10
93/21 94/4
94/9 94/11
**lives [2]**
10/25 11/2
**living [3]**
23/13 44/9
44/13
**located [12]**
12/15 22/21
23/5 23/7
23/10 23/12
24/20 26/7
28/19 28/21
29/20 30/1
**location [3]**
23/5 30/12

33/3
**meant [1]**  5/4
9/11 13/6
23/17 24/4
29/8
**lodged [1]**
45/7
**logical [8]**
12/13 20/12
34/18 61/11
77/18 78/12
79/6 108/1
**logically [2]**
19/4 19/5
**logistics [1]**
3/24
**London [2]**
8/11 36/15
**long [5]**   12/9
15/21 53/17
86/25 101/9
**longer [2]**
130/19 130/24
**look [31]**
15/10 19/23
24/9 24/10
24/10 24/11
25/3 25/3 25/3
25/4 28/6
33/25 34/17
37/24 38/19
49/25 52/10
52/11 54/19
55/3 62/9 63/1
63/9 63/13
64/10 65/16
65/23 68/2
77/12 112/2
131/7
**looked [3]**
20/7 60/25
115/22
**looking [6]**
18/20 34/10
57/6 58/3
116/15 116/17
**looks [1]**
110/12
**loses [2]**
64/24 64/25
**lost [2]**   40/3
64/11
**lot [5]**   14/5
34/5 34/5 60/7
65/12
**loud [1]**

112/13
123/24
**love [3]**   66/18
66/21 66/25
**lows [1]**   10/15
**loyalty [1]**
80/10
**lunch [4]**
67/20 67/20
67/20 68/6
**lustfulness [1]**
95/5

**M**

**ma'am [2]**   7/25
126/19
**Madam [6]**
119/19 119/23
125/5 128/21
128/23 130/2
**made [22]**   5/11
14/23 19/23
25/19 27/10
32/22 36/21
36/23 42/11
43/9 44/3 46/3
46/4 66/21
67/15 86/9
89/4 89/21
90/13 91/7
92/1 117/18
**magazine [1]**
99/24
**mailed [20]**
88/22 89/14
90/6 90/25
91/19 92/14
92/16 92/21
93/8 96/5
97/21 98/7
98/10 98/21
98/24 99/11
99/15 100/1
100/5 102/4
**mailing [1]**
97/20
**maintained [2]**
9/10 32/14
**major [2]**
31/12 54/11
**majority [1]**
41/3
**make [38]**   6/11
8/8 8/18 18/9
19/16 35/4

35/5 35/14
37/23 38/20
39/16 40/18
40/22 43/10
43/23 44/23
46/5 46/23
48/4 48/11
48/25 53/9
53/15 58/16
58/25 59/19
62/1 67/12
68/1 72/24
83/24 96/16
111/24 122/9
122/21 131/4
131/5 132/7
**makes [9]**   9/14
22/5 53/15
59/23 63/2
67/3 78/1
95/13 119/11
**making [7]**
8/12 21/3 56/2
63/25 64/5
71/1 116/22
**Maldeis [3]**
121/8 123/9
124/10
**male [1]**   22/4
**malfeasance [1]**
58/12
**Malvern [1]**
26/16
**man [3]**   48/6
56/10 56/13
**manage [1]**
67/7
**manifestations**
**[1]**   107/24
**manner [3]**
79/21 87/8
110/3
**manufactured**
**[6]**   17/14
22/12 96/19
96/21 102/21
102/22
**many [3]**   17/25
21/4 43/4
**March [11]**
29/20 47/4
51/1 51/3 64/1
64/14 64/15
65/25 66/4
66/18 67/2
**March 20th [6]**

**M**

**March 20th...
[6]** 47/4
64/14 64/15
66/4 66/18
67/2

**March 3rd [1]**
64/1

**maritime [1]**
100/17

**mark [2]** 14/19
110/23

**marked [1]**
72/1

**Markel [1]**
15/17

**marshals [1]**
132/25

**MARYLAND [27]**
1/1 17/14
32/22 42/7
88/14 88/15
89/7 89/8
89/23 89/25
90/17 90/18
91/11 91/12
96/22 98/1
98/3 98/16
98/17 99/6
99/7 102/23
104/17 104/18
110/14 127/1
134/6

**masochistic [1]**
94/25

**masturbate [2]**
14/2 27/17

**masturbates [1]**
29/17

**masturbating
[3]** 24/15
26/7 32/17

**masturbation
[2]** 22/4
94/25

**match [2]**
27/20 66/2

**material [14]**
24/17 32/15
98/4 98/18
99/8 99/25
100/21 103/17
103/23 104/2
104/5 104/9
104/11 104/13

**materials [26]**
16/12 16/13
22/12 32/21
32/22 33/1
58/23 88/22
89/14 90/6
90/25 91/19
92/16 93/8
96/4 96/11
96/12 98/9
98/24 99/14
100/4 100/15
102/5 102/15

**matter [17]**
10/6 19/9 19/9
21/1 33/17
34/7 49/5
52/12 57/21
70/8 78/21
79/18 81/1
109/1 115/1
130/22 134/9

**matters [10]**
32/4 38/10
69/6 70/2
80/17 81/21
81/22 83/10
84/8 113/6

**mature [2]**
43/1 43/8

**Mawr [2]** 14/7
14/7

**may [93]** 7/25
17/20 18/20
25/19 26/4
31/23 32/8
33/14 33/15
34/5 36/2
38/24 38/25
39/19 41/21
45/15 47/6
59/13 62/4
69/14 69/15
69/22 69/25
69/25 70/19
72/2 72/3
72/14 75/13
75/16 75/19
75/22 76/1
76/2 76/11
76/16 76/17
76/20 78/7
78/14 79/9
79/19 80/7
80/9 80/13

**materials**

80/20 80/20
81/14 81/17
81/19 81/21
82/3 82/8
82/22 82/24
82/25 83/9
83/13 84/6
84/7 85/6 85/9
86/5 86/7 86/8
86/11 86/20
87/7 87/15
87/17 87/24
94/4 101/14
101/16 101/19
103/12 104/7
104/10 104/18
107/22 108/1
109/23 112/15
113/3 115/4
122/7 122/8
123/15 123/16
126/19 128/12

**May 19th [1]**
47/6

**May 2022 [1]**
128/12

**maybe [12]**
10/3 18/9
18/11 31/14
35/25 36/1
49/15 51/2
54/21 56/24
62/25 120/7

**McDonald [1]**
63/15

**McDonald's [5]**
13/25 60/7
63/12 63/13
63/15

**MCGUINN [9]**
1/15 8/25
16/17 30/8
31/23 38/24
39/1 59/11
68/14

**MD5 [2]** 23/25
24/25

**me [33]** 8/6
8/8 19/22
20/25 46/12
49/12 59/2
61/6 61/7
62/17 62/20
62/21 63/12
64/1 65/2

65/10 66/19
66/19 72/8
73/1 75/11
77/4 79/5 84/3
87/5 108/21
110/18 112/12
116/1 120/2
126/21 130/11
131/2

**Meadowood [1]**
11/23

**meals [1]**
11/18

**mean [9]** 3/17
18/10 18/17
19/18 29/7
36/15 55/20
81/6 101/7

**means [45]**
18/11 85/17
88/23 88/25
89/16 89/17
90/8 90/9 91/1
91/3 91/20
91/22 92/13
92/17 92/19
93/24 94/22
95/3 96/6
96/12 97/4
97/8 97/12
98/7 98/8
98/11 98/21
98/23 99/1
99/11 99/13
99/16 100/2
100/3 100/6
101/4 101/6
102/8 102/11
102/14 103/5
106/12 106/17
107/11 112/23

**meant [1]** 52/2

**meantime [1]**
115/4

**media [2]**
72/15 114/24

**meet [4]** 17/15
19/9 20/2
34/11

**meeting [1]**
8/12

**member [5]**
56/11 105/25
106/2 110/4
114/16

**members [5]**

69/19 114/19
119/9 126/10
130/3

**memorable [1]**
35/17

**memory [5]**
14/9 14/16
15/7 96/17
102/19

**men [3]** 54/22
56/13 59/20

**mentioned [5]**
15/5 59/5
81/14 83/12
97/2

**mere [1]**
109/12

**merely [3]**
74/3 82/11
94/16

**Merit [1]**
134/4

**merits [1]**
110/4

**message [5]**
20/4 35/9
50/16 50/16
50/16

**messaged [1]**
20/24

**messages [16]**
8/14 8/16
11/13 17/20
18/7 18/21
18/24 19/5
33/15 34/24
36/17 40/17
47/2 52/7
55/10 104/25

**messed [1]**
62/23

**met [2]** 34/12
71/18

**meticulous [1]**
44/15

**MG [1]** 116/25

**middle [2]**
41/10 43/12

**might [5]** 26/2
41/22 70/25
80/11 113/17

**million [1]**
21/18

**million-dollar
[1]** 21/18

**mind [13]**

**M**

**mind... [13]**
11/24 18/7
40/3 64/11
64/24 64/25
86/7 86/11
86/17 86/17
86/20 86/20
110/6

**mine [1]** 69/25

**minor [51]** 9/6
9/9 9/11 9/14
15/13 16/13
16/24 21/16
21/19 21/21
22/18 25/10
25/20 27/11
28/19 29/3
29/19 30/24
32/16 40/7
40/12 50/23
57/18 57/23
59/7 88/18
89/3 89/10
89/20 90/2
90/12 90/20
91/6 91/14
91/25 92/7
93/2 93/18
98/14 99/3
99/18 100/22
103/6 103/8
103/11 103/12
104/6 105/1
105/2 105/3
105/3

**minors [1]**
103/25

**minutes [5]**
5/4 38/1 38/5
68/5 131/3

**misreading [1]**
115/23

**misrecollection
[1]** 80/24

**misrepresentati
ons [1]** 45/20

**missed [1]**
59/22

**mistake [6]**
75/24 85/5
85/21 86/4
102/1 103/20

**mobile [1]**
60/24

**MobileSync [12]**
13/7 13/11
23/7 23/8
23/10 23/10
23/23 27/7
28/22 30/1

**modification
[1]** 48/24

**modified [1]**
49/19

**mom [1]** 62/17

**moment [6]**
3/19 61/18
67/5 70/23
113/10 113/20

**moments [3]**
36/25 37/4
130/25

**money [2]** 37/2
66/20

**Mongeli [1]**
114/4

**monitor [1]**
3/20

**monthly [2]**
26/20 28/11

**months [9]**
20/16 20/16
42/9 48/15
48/17 62/24
63/10 64/19
64/23

**months-ish [1]**
63/10

**moral [1]**
40/22

**more [30]** 7/11
8/19 10/11
14/23 17/12
18/13 18/21
30/18 43/17
43/20 50/18
55/17 57/19
57/21 66/6
75/18 78/9
80/22 81/7
86/23 87/19
87/24 98/13
99/3 99/18
101/18 107/12
107/15 112/17
131/1

**Moreover [1]**
83/7

**morning [6]**

3/2 6/23 6/25
44/22 46/24
77/7

**most [7]** 4/20
21/21 45/10
48/20 48/20
55/25 72/4

**motion [2]**
4/14 4/22

**motions [1]**
131/14

**motivated [1]**
53/20

**motivating [1]**
94/15

**motive [7]**
80/11 87/10
87/11 87/12
87/15 87/16
87/17

**move [6]** 3/19
4/16 9/24
30/17 53/4
62/3

**moved [5]** 11/7
96/13 97/22
102/16 116/9

**moves [2]**
63/11 64/7

**movie [1]** 61/3

**moving [6]**
4/23 25/21
40/4 49/19
53/2 67/9

**Mr [2]** 4/9
26/5

**Mr. [85]** 3/5
4/7 6/5 7/7
9/14 9/16
10/16 10/16
10/20 11/15
11/16 12/7
12/12 12/12
13/23 17/18
23/3 24/21
26/14 26/20
27/21 28/2
28/7 28/15
28/15 29/2
31/7 31/11
31/24 32/13
32/25 33/18
35/8 35/12
35/17 35/20
36/1 36/1
38/17 38/25

39/5 39/10
39/25 40/1
40/7 40/12
40/16 41/7
42/9 45/3
45/15 45/21
45/22 46/8
46/19 46/25
48/13 49/2
51/9 51/14
54/13 54/14
54/17 54/18
54/24 55/16
56/9 56/20
57/2 58/6
58/12 58/14
59/3 59/3
59/10 59/23
63/6 63/23
68/16 113/24
118/7 120/22
121/11 121/11
126/24

**Mr. B [3]**
10/16 11/16
36/1

**Mr. Bendann
[35]** 9/14
9/16 10/16
10/20 11/15
13/23 17/18
26/20 28/15
32/13 33/18
35/12 35/20
36/1 40/3 40/7
40/12 40/16
41/7 42/9
45/21 46/8
46/19 46/25
51/14 54/14
54/17 55/16
56/20 57/2
58/6 58/12
58/14 59/3
126/24

**Mr. Bendann's
[6]** 12/12
23/3 24/21
26/14 32/25
51/9

**Mr. Court [1]**
113/24

**Mr. Feiss [5]**
27/21 28/2
28/7 29/2
63/23

**Mr. Feiss's [1]**
35/17

**Mr. Godine [1]**
35/17

**Mr. Nieto [10]**
3/5 7/7 31/7
31/11 31/24
39/10 39/16
59/10 68/16
121/11

**Mr. Oberly [2]**
48/13 49/2

**Mr. Proctor [9]**
4/7 6/5 38/17
38/25 39/5
59/3 118/7
120/22 121/11

**Mr. Schloeder
[8]** 35/8 45/3
45/15 45/22
54/13 54/24
56/9 59/23

**Mr. Stuzin [3]**
12/7 12/12
63/6

**Mr. Witherspoon
[1]** 54/18

**Ms [1]** 31/11

**Ms. [30]** 3/25
6/11 6/19 7/22
14/13 14/25
16/17 26/24
30/8 31/8
31/23 32/8
36/21 38/24
39/1 40/14
41/23 59/11
61/6 61/7
61/14 63/21
63/23 65/2
65/5 66/6
66/23 68/14
121/8 123/9

**Ms. Hagan [12]**
3/25 6/11 6/19
7/22 31/8 32/8
40/14 41/23
61/6 61/14
63/21 66/23

**Ms. Halpert [1]**
63/23

**Ms. Halpert's
[1]** 26/24

**Ms. Hoffberger
[2]** 14/13
14/25

**M**

**Ms. Jarman [4]**
61/7 65/2 65/5
66/6
**Ms. Maldeis [2]**
121/8 123/9
**Ms. McGuinn [7]**
16/17 30/8
31/23 38/24
39/1 59/11
68/14
**Ms. Seelert [1]**
36/21
**much [8]** 3/25
35/23 44/9
45/12 50/17
53/21 59/18
75/18
**multiple [2]**
21/20 106/20
**must [54]** 7/13
23/19 41/13
53/15 67/16
69/9 69/20
71/4 72/16
72/16 73/1
74/6 75/2 76/4
78/4 79/7
84/14 85/3
85/16 85/22
85/25 86/2
92/25 93/10
93/16 94/10
94/17 96/2
97/5 97/10
97/17 100/9
100/24 101/7
101/23 102/2
102/8 102/13
103/3 103/9
103/16 104/1
104/4 105/18
106/5 106/15
107/7 107/14
108/3 108/6
108/21 109/6
111/22 113/2
**mutual [1]**
45/13
**my [23]** 8/24
8/25 11/11
31/13 39/21
39/21 39/22
62/13 65/8
66/10 69/1

69/8 69/9
69/14 116/1
116/6 116/11
117/19 117/21
118/2 118/12
118/18 132/12
**myself [1]**
63/11

**N**

**naked [9]**
11/20 12/5
12/14 12/15
12/22 13/1
13/21 13/24
55/21
**name [9]** 8/24
19/12 28/10
39/22 52/23
70/11 110/13
110/15 114/3
**names [2]**
52/20 115/19
**nanny [2]** 51/7
52/5
**narrative [1]**
48/8
**Nashville [1]**
30/6
**national [1]**
70/20
**natural [1]**
86/12
**nature [9]**
40/20 40/21
65/14 70/25
76/7 87/20
100/21 103/23
104/2
**nauseam [1]**
48/5
**near [1]** 84/23
**necessarily [2]**
81/7 101/7
**necessary [4]**
87/10 104/9
109/22 118/5
**necklace [7]**
25/9 25/9
25/11 26/3
65/18 65/21
65/24
**need [13]** 3/17
4/11 34/9 35/5
43/8 56/23
66/6 75/22

76/11 84/20
104/4 118/19
119/25
**needed [4]**
12/3 33/17
43/17 60/22
**needs [2]** 56/8
113/16
**neglected [1]**
5/21
**negligence [1]**
85/21
**neither [2]**
15/4 57/8
**networking [1]**
9/23
**never [17]**
36/5 36/6 41/2
46/3 54/16
54/24 56/15
61/18 64/8
67/10 74/12
74/13 82/21
82/21 107/17
109/24 131/23
**new [6]** 5/15
8/12 8/12
19/12 19/12
48/16
**news [2]** 37/19
67/23
**newspaper [1]**
72/15
**next [8]** 7/14
14/23 17/17
26/11 61/8
66/10 84/9
87/21
**nice [1]** 77/8
**nickname [2]**
11/11 12/11
**NIETO [12]**
1/17 3/5 7/7
31/7 31/11
31/24 39/10
39/16 39/22
59/10 68/16
121/11
**night [14]** 5/6
5/21 6/10
11/20 11/24
14/5 14/14
14/19 35/19
60/7 62/14
62/16 116/7
117/18

**nine [7]** 73/23
111/12 120/16
124/24 128/11
**ninth [1]**
10/21
**no [97]** 1/5
3/9 3/14 3/14
7/1 7/2 7/2
7/8 7/11 18/2
23/18 26/3
33/17 42/11
42/14 44/19
44/20 46/3
46/4 46/6
46/22 47/2
47/10 47/14
48/6 48/18
49/20 52/19
53/20 53/21
53/23 55/9
55/12 57/14
57/19 58/4
58/11 60/24
63/1 67/3
70/12 70/14
73/10 73/14
77/14 77/25
78/1 82/17
82/24 83/3
86/6 99/17
108/11 108/17
109/19 113/6
113/12 114/7
114/8 114/8
114/16 117/18
118/8 121/14
121/20 123/1
123/2 124/2
124/21 125/7
125/11 125/13
125/15 125/17
125/19 125/21
125/23 125/25
126/2 126/4
126/6 126/8
128/16 128/18
128/24 129/2
129/5 129/8
129/11 129/14
129/17 129/20
129/23 130/18
130/19 130/24
132/23
**Nobody [1]**
40/18

**nomenclature**
**[1]** 53/6
**non [1]** 62/6
**non-EXIF [1]**
62/6
**none [5]** 53/15
60/10 69/13
81/16 124/15
**nonetheless [1]**
64/23
**nonexistence**
**[1]** 77/23
**nonverbal [1]**
46/4
**normal [3]**
11/1 56/14
56/16
**NORTHERN [1]**
1/2
**not [222]**
**notation [1]**
28/1
**note [4]** 25/7
109/23 110/1
124/25
**notebooks [1]**
122/13
**noted [1]**
118/5
**notes [3]** 1/24
43/6 121/5
**nothing [13]**
15/20 44/5
44/5 44/6 44/7
44/15 44/17
44/19 46/24
47/12 47/14
117/25 132/20
**notice [2]**
20/8 95/4
**noticed [3]**
26/4 45/9
45/11
**noting [1]**
132/18
**Notwithstanding**
**[1]** 54/11
**November [3]**
65/15 65/25
66/4
**now [62]** 3/3
5/2 5/11 6/11
7/2 7/5 7/10
8/4 11/6 11/7
12/15 13/2
13/21 14/13

**N**

**now...** **[48]**
22/20 31/18
31/25 37/17
38/6 38/11
41/20 42/1
42/14 43/5
43/19 43/21
44/22 45/15
49/17 49/25
50/8 53/2 53/3
53/3 53/5
53/19 58/15
63/18 67/14
67/19 68/11
68/23 75/5
77/12 88/9
110/10 112/2
112/25 113/14
116/11 116/18
118/6 119/2
121/3 121/15
122/3 122/7
123/15 124/5
130/17 130/23
133/7
**nude [1]** 95/18
**nudity [1]**
95/18
**number [15]**
5/12 24/1
34/22 36/3
38/14 38/17
38/19 66/7
73/25 110/17
110/21 115/21
116/20 125/10
127/2
**numbers [3]**
52/24 53/3
123/21
**numerical [1]**
110/7
**nuns [1]** 60/6

**O**

**oath [2]** 71/2
110/1
**Oberly [9]**
12/19 24/1
48/13 49/2
60/15 60/19
61/2 61/11
61/18
**object [2]**

31/12 72/22
73/3
**objection [9]**
117/3 117/17
117/24 120/3
120/18 120/20
121/14 123/1
123/2
**objections [7]**
71/21 115/16
117/12 117/14
117/20 118/4
121/2
**objective [1]**
86/3
**obligation [1]**
82/17
**observant [1]**
43/16
**observe [1]**
80/17
**observed [1]**
76/23
**obtained [1]**
16/10
**obvious [2]**
17/12 85/12
**obviously [6]**
23/4 44/8
49/13 51/1
51/2 51/21
**occasion [3]**
14/3 15/7
75/10
**occasions [1]**
36/3
**occur [5]** 10/7
66/18 97/17
114/15 132/18
**occurred [9]**
12/6 26/15
40/10 42/17
50/12 58/8
63/6 84/19
87/4
**occurrence [2]**
86/22 87/1
**occurring [2]**
42/13 47/3
**October [2]**
26/22 26/22
**October 24th**
**[1]** 26/22
**October 25th**
**[1]** 26/22

**odd [2]** 14/21
**Oddly [1]**
23/24
**off [13]** 5/21
16/2 18/7
60/20 63/4
64/20 113/2
113/11 113/13
122/15 122/16
132/1 132/2
**offense [4]**
32/11 40/21
84/22 100/17
**offensive [4]**
40/24 54/4
55/14 56/7
**offer [1]**
54/16
**offered [2]**
75/9 106/22
**offers [2]**
9/23 72/22
**officer [8]**
109/24 110/2
111/20 112/1
113/24 113/25
114/1 114/4
**official [4]**
81/4 81/6
134/1 134/16
**often [1]**
86/23
**Oh [2]** 20/24
53/10
**okay [14]** 4/5
4/6 4/23 18/14
20/7 50/7 62/3
64/13 113/9
113/19 118/6
119/19 121/21
121/24
**old [17]** 11/14
12/24 14/12
22/25 27/3
40/9 46/12
47/7 47/11
47/11 51/19
62/8 63/2 63/9
66/1 93/12
93/15
**older [5]**
13/19 23/20
42/5 47/18
66/25
**oldest [2]**

61/1 61/1
86/9 86/13
**once [10]** 41/7
43/19 44/8
111/3 111/12
118/5 119/2
119/9 119/12
119/13
**one [80]** 5/14
8/11 11/4 12/1
12/5 12/14
13/17 14/16
19/21 21/15
21/20 22/16
23/4 23/13
23/15 25/22
26/1 26/8
26/10 27/4
28/18 28/20
29/23 30/9
30/13 30/18
34/20 41/23
45/4 45/10
46/4 48/13
49/13 49/24
50/3 50/14
51/11 53/21
53/21 53/21
53/23 55/17
55/23 58/4
59/19 59/25
61/8 61/12
63/19 63/20
65/5 66/6
76/21 78/9
78/16 86/21
87/24 94/12
95/25 96/13
97/6 98/13
99/2 99/17
101/17 101/18
102/8 102/9
102/16 108/22
109/3 110/20
110/21 114/15
114/18 115/17
116/2 119/1
127/3 130/18
**one's [6]**
85/17 86/17
86/20 86/21
86/21 86/21
**ones [3]** 9/5
18/15 30/24
**online [2]**

51/15 51/16
**only [28]** 6/10
9/7 11/14
12/24 13/2
20/15 22/25
27/3 29/15
31/25 42/5
43/9 45/10
56/13 58/7
59/6 59/25
65/25 72/2
72/5 72/9 74/7
75/19 76/15
84/24 109/7
113/2 113/5
**open [4]** 31/24
111/23 112/14
112/21
**opening [10]**
8/21 9/18
16/18 17/3
31/16 32/2
39/21 39/24
40/6 41/17
**operate [1]**
4/2
**operated [1]**
106/22
**operates [1]**
130/13
**operating [1]**
4/6
**operations [1]**
86/6
**opinion [9]**
69/14 70/11
81/22 82/3
82/8 82/10
82/12 109/9
109/12
**opinions [2]**
81/21 82/4
**opportunities**
**[2]** 9/23
10/22
**opportunity**
**[10]** 7/17
7/19 64/2
80/16 119/5
121/4 121/15
121/17 124/11
124/16
**opposed [1]**
31/18
**opposite [1]**
94/24

**O**

optical [1]
 107/3
option [2]
 111/3 121/16
oral [2]  94/23
 94/24
oral-anal [1]
 94/24
oral-genital
 [1]  94/23
order [15]
 52/20 53/7
 73/9 85/2
 85/15 92/24
 95/5 100/8
 105/16 110/9
 131/17 131/18
 131/22 131/24
 132/17
ordered [3]
 72/7 131/15
 131/23
ordinarily [2]
 82/6 86/5
ordinary [3]
 20/9 81/9
 108/7
orient [3]
 22/15 24/12
 25/22
orientation [1]
 70/21
origin [1]
 70/20
other [57]
 11/21 21/23
 26/1 26/4
 34/18 34/18
 35/19 42/5
 52/13 54/5
 55/16 56/13
 57/9 60/23
 65/15 66/12
 69/16 70/13
 71/17 71/20
 72/22 72/22
 75/18 75/25
 76/2 76/3 76/6
 76/8 76/9
 76/12 76/17
 76/24 77/4
 77/23 78/9
 79/18 80/14
 81/6 81/17

 82/5 82/18
 99/25 102/1
 103/20 105/10
 105/21 106/8
 110/2 110/12
 112/19 112/23
 112/24 113/4
 117/24 130/16
others [2]
 59/6 109/16
otherwise [9]
 3/23 15/3
 85/11 117/5
 117/7 120/22
 121/14 122/24
 130/21
ought [1]
 69/15
our [19]  3/3
 4/14 4/15 8/7
 24/16 34/12
 37/6 39/24
 40/6 48/7
 68/25 82/16
 110/13 112/9
 117/24 121/12
 126/14 131/5
 131/7
out [38]  10/18
 11/4 14/8
 14/16 14/24
 15/3 24/22
 25/12 28/9
 30/8 35/3 38/2
 44/20 45/4
 45/22 52/3
 56/24 60/1
 60/22 61/12
 62/15 62/22
 66/24 68/7
 69/10 72/25
 73/4 83/16
 87/9 111/15
 112/13 115/10
 119/16 120/5
 120/10 120/18
 131/8 133/1
outnumbered [1]
 109/17
outrage [1]
 40/22
outside [13]
 22/12 32/22
 72/14 77/9
 77/13 77/14

 77/19 77/24
 112/1 113/5
 114/24
outward [1]
 107/24
over [25]  7/12
 9/13 9/13
 10/24 13/23
 14/1 15/19
 15/23 16/21
 17/24 20/16
 20/19 21/5
 35/10 40/23
 41/7 49/19
 67/16 68/5
 101/13 101/19
 109/20 112/22
 113/16 117/24
Overbrook [1]
 30/3
overlooked [1]
 38/18
Overnight [1]
 7/1
overruled [1]
 118/5
overwhelming
 [2]  21/12
 30/15
own [12]  21/22
 29/16 31/13
 55/17 63/21
 76/25 76/25
 82/12 83/24
 109/2 109/9
 121/6

**P**

P-E-T-E-R-M-O-N
-G-E-L-I [1]
 114/5
p.m [13]  68/6
 68/9 68/13
 68/13 68/20
 115/11 119/18
 123/19 124/7
 124/23 125/3
 131/10 133/9
pace [1]  48/15
pad [1]  62/3
page [15]
 62/13 62/16
 62/18 62/20
 62/21 62/22
 65/3 115/18

 115/19 116/4
 120/7 120/8
 134/9
page 11 [1]
 120/7
Page 213 [1]
 62/16
Page 216 [1]
 62/18
Page 222 [1]
 62/20
Page 240 [1]
 62/21
Page 295 [1]
 62/22
page 37 [2]
 115/18 116/4
Page 38 [2]
 115/19 116/20
Page 56 [1]
 62/13
page 9 [1]
 120/7
pages [6]
 17/24 20/16
 120/10 120/10
 120/15 120/16
pages 10 [1]
 120/15
paid [4]  28/15
 28/16 57/14
 114/11
palpable [1]
 55/2
panicked [1]
 19/19
pants [1]
 35/21
papers [1]
 83/11
paragraph [2]
 38/19 110/20
paragraphs [1]
 110/20
PARALEGAL [1]
 1/20
parents [9]
 10/24 42/21
 43/4 43/9
 43/16 44/4
 44/8 63/1 67/8
Park [1]  11/23
parked [1]
 14/17
parking [2]

 14/5 60/7
 **Parkville [12]**  11/1
 30/9 54/11
 57/2 57/8
 76/12 81/16
 92/6 93/5
 93/19 99/22
 105/7
partially [1]
 95/18
participants
 [6]  37/21
 37/22 37/25
 67/25 68/1
 68/3
particular [13]
 15/6 23/5
 29/14 60/7
 81/15 81/16
 81/17 83/5
 88/10 95/9
 95/23 107/20
 118/14
particularly
 [2]  59/21
 118/18
parties [3]
 46/1 70/15
 72/11
partner [1]
 106/3
party [2]  70/4
 70/13
pass [2]  69/18
 69/20
passcode [2]
 15/19 15/23
passed [1]
 126/20
passenger's [1]
 24/13
passes [1]
 77/10
passion [1]
 45/3
Pat [1]  8/7
patience [2]
 3/8 68/22
pattern [2]
 107/11 117/23
Paul's [1]
 11/23
pause [1]
 55/12
pay [2]  28/3
 48/5

**P**

**paying [2]**
43/16 54/8
**Pennsylvania [1]** 42/8
**people [7]**
15/3 26/1 26/2
45/10 54/6
56/5 60/8
**people's [2]**
43/4 63/19
**per [1]** 57/10
**percent [2]**
45/14 53/23
**perform [2]**
70/3 70/4
**performer [1]**
104/4
**perhaps [1]**
12/2
**period [2]**
44/24 52/13
**periodical [1]**
99/24
**periodically [1]** 113/15
**permitted [5]**
78/22 79/2
81/20 81/22
83/16
**perpetrator [4]**
10/8 10/9
10/10 10/11
**persistent [1]**
17/19
**person [29]**
20/9 36/5 36/6
60/13 66/12
85/3 86/12
92/6 92/11
93/5 93/11
93/14 95/2
99/22 101/7
101/17 101/18
101/23 103/9
103/14 104/20
104/25 105/11
105/12 105/14
106/1 107/19
108/7 112/22
**person's [3]**
86/17 101/6
107/17
**personal [1]**
70/19

**personality [1]**
104/12
**personally [2]**
96/24 102/25
**persons [6]**
70/21 80/22
83/8 84/6
94/24 110/2
**persuade [5]**
88/17 89/9
90/1 90/20
91/14
**persuaded [2]**
93/4 93/18
**persuades [1]**
92/6
**persuading [1]**
94/13
**pertain [2]**
32/10 116/3
**pertaining [1]**
37/24
**pertains [1]**
81/1
**Peter [1]**
114/4
**phase [1]** 7/14
**phases [1]**
7/12
**phone [10]**
12/10 13/9
41/12 48/3
49/9 55/20
55/20 105/1
113/4 123/21
**phones [1]**
49/18
**photo [7]** 15/9
15/10 16/1
27/20 47/19
107/3 107/3
**photograph [2]**
93/22 101/2
**photographs [3]**
29/2 97/7
102/11
**photos [8]**
19/24 19/24
24/23 47/9
47/15 50/3
50/25 55/21
**phrase [1]**
96/11
**physical [4]**
47/10 47/14
101/14 121/22

**physically [1]**
101/14
**picked [3]**
44/5 44/19
49/8
**picking [2]**
46/2 46/6
**picture [8]**
8/5 24/11 26/1
47/6 47/18
62/11 93/23
101/3
**pictures [3]**
8/18 22/11
65/23
**piece [2]** 25/6
25/17
**pieces [2]**
24/2 27/9
**place [15]**
10/25 14/15
34/25 49/19
57/17 73/8
83/9 84/7 87/4
87/5 95/14
107/16 110/23
111/9 115/2
**placed [3]**
14/20 119/1
130/17
**places [1]**
105/11
**plaintiff [3]**
1/4 1/15 15/12
**plan [3]** 39/6
76/12 76/16
**planet [1]**
45/10
**planner [1]**
28/11
**play [1]** 9/24
**played [1]**
83/23
**players [1]**
10/19
**playing [2]**
10/2 11/8
**pleaded [2]**
74/8 88/7
**pleas [1]**
74/10
**please [33]**
3/2 6/19 6/23
8/8 38/9 38/19
39/15 57/6
58/20 58/20

62/9 62/9 64/3
66/17 66/23
67/9 67/9
113/24 114/2
114/7 114/8
114/9 119/19
119/22 122/9
124/8 125/9
126/15 126/24
130/6 131/12
132/25
**plural [1]**
38/16
**Plus [1]** 25/4
**pockets [1]**
57/14
**point [14]**
5/10 8/1 23/4
23/8 26/6
30/10 31/15
31/25 41/20
41/21 42/16
95/11 113/21
114/17
**pointed [1]**
66/23
**points [3]**
46/11 46/11
50/18
**Police [1]**
15/16
**poll [1]**
128/15
**Pollo [2]**
22/17 22/18
**pornography [39]** 9/15
15/13 16/14
16/25 30/17
31/2 32/11
32/24 33/3
33/5 33/8
33/12 37/13
40/8 40/13
50/22 59/8
61/21 88/4
97/24 98/1
98/5 98/15
98/19 99/5
99/9 100/1
100/9 100/19
102/3 102/5
102/9 102/16
103/5 103/5
103/18 127/24
128/4 128/8

**portion [3]**
51/15 55/8
120/14
**portrayed [1]**
103/14
**portrays [1]**
103/8
**pose [2]** 95/15
95/16
**posed [1]** 49/1
**position [7]**
3/20 20/10
36/2 36/3
108/8 131/18
132/25
**positioned [1]**
45/6
**possess [7]**
32/12 40/8
40/13 98/4
98/18 99/8
101/6
**possessed [9]**
9/5 15/13
32/14 100/11
100/25 101/22
101/22 101/24
103/18
**possesses [3]**
99/23 101/10
101/17
**possessing [2]**
97/24 100/8
**possession [26]**
9/15 16/24
30/17 31/2
32/10 32/24
33/3 33/5 33/8
37/13 59/8
61/21 88/4
97/25 98/15
99/5 101/8
101/12 101/14
101/15 101/16
101/18 101/20
127/24 128/4
128/8
**possibility [1]**
29/5
**possible [5]**
49/13 101/18
108/11 108/16
117/10
**possibly [1]**
28/25
**Post [1]**

P

**Post...** [1]
131/14

**Post-trial** [1]
131/14

**potential** [2]
49/13 50/4

**power** [3]
101/12 101/19
101/21

**PowerPoint** [1]
4/3

**practice** [1]
113/7

**pre** [2]   51/22
56/10

**pre-2019** [1]
51/22

**pre-K** [1]
56/10

**preceded** [1]
48/24

**precisely** [2]
56/12 56/19

**prejudice** [5]
56/4 70/4
71/11 73/2
80/12

**preparation** [1]
76/16

**prepared** [6]
83/17 110/10
114/12 116/11
124/10 131/24

**presence** [1]
87/16

**present** [11]
1/19 3/4 7/6
11/22 31/20
34/2 73/17
82/18 83/8
84/6 112/10

**presentations** [1]   67/15

**presented** [11]
4/19 7/11 32/1
41/15 41/15
48/9 58/7 73/6
79/1 81/24
108/20

**presenting** [3]
3/5 7/22 52/11

**presents** [2]
37/20 67/24

**preservation** [1]   16/6

**Preserving** [1]
12/19

**preside** [1]
109/20

**presiding** [1]
113/16

**pressure** [2]
46/11 46/11

**Presumably** [1]
123/21

**presumed** [1]
74/18

**presumes** [1]
74/16

**presumption** [4]
58/24 70/22
74/23 75/4

**pretend** [2]
61/17 61/18

**pretty** [3]
3/24 14/15
66/14

**prevalent** [1]
44/11

**previous** [2]
4/15 121/1

**previously** [10]
4/18 7/20
59/5 67/14
96/13 97/1
102/16 103/2
114/22 131/15

**primarily** [1]
48/13

**primary** [2]
26/2 94/8

**prime** [2]
62/16 70/8

**Princeton** [1]
22/17

**principle** [1]
69/8

**printout** [1]
52/2

**prior** [3]   4/17
47/1 131/22

**prism** [1]   58/3

**private** [9]
3/10 9/21 9/23
10/6 10/8
10/13 31/4
32/17 115/12

**privately** [1]
8/13

**probable** [1]
86/12

**probably** [2]
21/10 116/20

**problem** [5]
18/2 18/19
48/12 49/1
58/14

**problematic** [1]
31/10

**proceed** [5]
5/2 7/25 39/10
39/19 59/13

**proceeding** [1]
131/25

**proceedings** [2]
1/11 134/8

**proceeds** [1]
27/16

**process** [8]
4/13 13/8 71/1
78/20 119/3
119/14 122/7
123/15

**PROCTOR** [12]
1/18 4/7 4/9
6/5 38/17
38/25 39/5
39/22 59/3
118/7 120/22
121/11

**produce** [5]
83/11 94/8
96/13 96/24
102/15

**produced** [16]
22/11 88/21
89/14 90/6
90/24 91/18
92/15 93/7
94/21 96/4
98/9 98/24
99/14 100/4
100/15 102/5

**producing** [13]
22/8 74/15
88/20 89/12
90/4 90/22
91/16 92/8
93/6 93/19
94/2 94/10
94/18

**product** [2]
86/2 86/3

**production** [1]
103/6

**productively** [1]   132/6

**progressed** [1]
11/17

**progressively** [1]   66/24

**prohibited** [1]
112/22

**proof** [24]
4/21 6/14 7/21
30/25 50/9
50/10 50/23
55/9 70/19
70/23 74/4
75/15 75/16
77/4 84/20
85/2 85/10
85/16 86/19
87/10 87/11
87/12 107/17
107/20

**proofing** [1]
71/18

**propensity** [1]
76/19

**properly** [2]
72/23 76/20

**propose** [1]
116/21

**proposed** [4]
5/7 5/8 116/10
120/23

**prosecution** [6]
70/10 74/11
82/20 83/7
83/11 84/5

**prosecution's** [1]   82/18

**protocol** [1]
112/6

**proud** [2]   36/9
59/21

**prove** [44]
17/17 21/24
32/3 61/25
74/11 77/3
82/19 82/22
83/5 84/16
85/3 85/16
85/22 92/24
92/25 93/10
93/14 93/16
94/7 94/10
94/17 94/20
96/2 96/23
97/5 97/13
97/21 100/8
100/10 100/24

**101/23** 102/2
102/18 102/25
103/3 103/11
103/16 104/9
105/16 105/18
106/5 107/7
108/3 108/6

**proved** [2]
78/15 86/5

**proven** [11]
71/6 71/9
74/20 75/7
79/3 83/14
84/12 85/6
94/1 95/8
101/15

**provide** [2]
46/22 50/11

**provided** [10]
39/1 47/5
52/19 55/20
55/20 55/21
55/23 59/1
67/20 111/17

**provider** [1]
106/19

**provides** [7]
54/1 92/5
99/22 105/7
106/19 106/21
106/24

**providing** [1]
49/10

**provoke** [1]
55/22

**pubic** [4]   95/1
95/5 95/7
95/12

**public** [7]
8/18 10/6 10/8
19/22 20/3
36/12 36/12

**publicity** [1]
72/15

**publicly** [2]
37/4 105/3

**publish** [2]
5/13 131/11

**pull** [1]   65/3

**pulling** [1]
54/1

**pulse** [1]
42/23

**punishment** [1]
108/11

**purportedly** [2]
47/24 52/25

**P**

**purpose [25]**
22/8 75/18
75/19 76/2
76/17 85/19
88/19 89/12
90/4 90/22
91/16 92/8
92/9 93/6
93/19 93/21
94/2 94/3 94/8
94/15 94/18
107/13 107/16
109/13 132/4
**purposefully**
**[1]** 86/1
**purposes [3]**
45/23 54/10
94/12
**pursuant [1]**
134/6
**push [2]** 35/24
41/12
**pushing [1]**
41/5
**put [6]** 8/5
41/13 45/15
64/21 66/5
113/11
**puts [1]** 28/23
**putting [1]**
65/11

**Q**

**qualifications**
**[1]** 82/4
**qualified [1]**
51/24
**quarrel [1]**
53/22
**question [25]**
5/9 21/18 48/8
49/2 49/6 51/4
71/4 72/10
87/4 96/17
96/18 97/11
102/14 102/19
102/20 106/16
108/11 111/1
127/11 127/15
127/19 127/23
128/3 128/7
128/11
**questioning [1]**
10/3

**questions [10]**
31/16 35/20
36/13 36/14
72/19 73/1
95/10 111/12
**quick [2]**
16/16 50/8
**quickly [1]**
26/4
**quietly [1]**
8/13
**quintessential**
**[1]** 56/10
**quite [1]**
68/25
**quote [1]** 11/9

**R**

**race [1]** 70/20
**racists [1]**
54/5
**radio [1]**
107/2
**raincoat [3]**
77/12 77/17
77/22
**raining [3]**
77/14 77/19
77/23
**raise [3]**
113/24 124/14
124/20
**raised [2]**
31/16 46/16
**raising [1]**
38/18
**range [2]**
17/21 17/22
**rap [1]** 111/19
**rapid [1]**
48/15
**rare [1]**
107/18
**Rarely [1]**
86/19
**rather [2]**
67/19 86/3
**rational [1]**
108/1
**re [3]** 42/1
42/25 58/13
**re-classed [2]**
42/1 42/25
**re-classing [1]**
58/13

**reach [2]** 17/6
18/11
**reached [6]**
110/8 110/25
111/14 112/3
115/9 124/23
**reaching [3]**
70/17 82/2
109/4
**react [1]**
20/10
**reacting [1]**
31/18
**reaction [1]**
57/18
**read [18]**
16/19 17/25
18/7 18/21
18/21 18/25
20/15 34/5
88/13 97/25
110/10 112/13
115/21 115/22
116/24 118/12
118/14 118/25
**reader [1]**
18/23
**reading [2]**
19/4 115/19
**reads [3]**
104/16 116/23
124/23
**ready [7]** 3/2
3/15 3/16 6/11
6/17 39/10
68/14
**real [2]** 58/16
103/9
**real-life [1]**
58/16
**realistically**
**[1]** 12/1
**realized [3]**
12/2 14/24
36/21
**really [4]**
29/9 37/5
63/14 64/8
**Realtime [1]**
134/5
**reason [26]**
14/16 14/21
22/23 26/13
31/14 36/25
40/6 53/25
54/9 71/15

71/20 74/13
71/25
82/13 88/21
89/13 90/5
90/23 91/17
92/11 96/9
97/16 102/1
103/21 114/15
**reasonable [47]**
17/6 20/9
34/13 37/7
58/21 58/25
69/23 71/7
71/14 71/19
74/1 74/21
74/25 75/8
77/18 78/4
79/3 79/7 79/8
82/19 83/15
84/16 85/22
86/1 86/11
87/5 87/14
93/1 93/11
93/17 96/3
97/10 100/10
100/25 102/3
102/13 103/4
103/17 105/11
105/18 106/6
106/16 107/8
108/4 108/7
108/19 117/22
**reasonably [4]**
84/23 97/13
104/24 105/13
**reasoned [1]**
78/12
**reasons [5]**
42/25 48/13
59/5 75/25
82/4
**Rebecca [1]**
124/10
**rebuttal [6]**
2/6 3/15 7/18
31/22 31/22
59/11
**recall [3]**
14/18 22/17
27/21
**receive [3]**
19/20 106/25
125/6
**received [10]**
25/11 25/13
65/18 71/24

72/2 72/3 76/5
76/6 79/19 123/2
124/22
**receiving [1]**
8/16
**recess [13]**
5/4 5/5 37/17
37/17 38/7
38/8 68/10
68/12 68/13
123/20 124/4
124/6 124/7
**recipient [1]**
18/23
**reciting [1]**
130/23
**recognized [2]**
14/22 27/22
**recognizes [1]**
101/16
**recollection**
**[4]** 80/24
117/19 117/21
118/2
**reconvene [1]**
68/6
**record [10]**
38/20 110/9
121/5 122/15
122/16 122/18
122/21 123/1
132/1 132/2
**recorded [9]**
9/5 22/1 24/15
25/24 57/5
110/25 130/5
130/8 130/9
**recording [4]**
12/14 26/5
27/17 57/6
**recordings [5]**
83/19 83/21
83/23 83/24
83/25
**records [3]**
26/6 28/15
66/16
**recount [1]**
36/24
**recovered [4]**
13/17 23/2
26/14 29/24
**recreated [1]**
49/15
**redacted [1]**
120/14

**R**

**reduced [1]**
120/17

**reexamine [1]**
109/9

**refer [2]**
73/25 74/1

**reference [3]**
115/16 116/24
118/22

**references [3]**
116/22 118/14
118/21

**referencing [3]**
42/14 42/16
64/4

**referred [1]**
42/18

**referring [1]**
118/13

**refers [1]**
103/22

**reflecting [1]**
108/22

**reflection [2]**
26/5 43/15

**refusing [1]**
20/2

**regard [2]**
69/4 72/12

**regardless [2]**
69/14 106/14

**regards [3]**
56/25 59/7
121/13

**Registered [1]**
134/4

**registration
[1]** 60/6

**regulations [1]**
134/10

**reiterate [3]**
41/17 117/14
117/17

**relate [2]**
37/21 67/24

**related [3]**
38/10 68/3
107/5

**relating [1]**
70/1

**relation [4]**
47/8 48/23
52/16 113/6

**relationship
[11]** 8/22

8/23 36/20
40/11 42/8
64/16 64/21
66/17 80/8

**relationships
[2]** 10/11
35/23

**release [4]**
131/17 131/18
131/20 131/22

**released [1]**
131/15

**relevant [8]**
47/25 52/7
55/15 67/17
88/9 92/6
99/22 105/7

**reliability [2]**
24/5 25/2

**reliable [1]**
31/1

**religion [1]**
70/20

**relive [1]**
37/4

**relocated [1]**
7/3

**rely [2]** 48/11
61/24

**remain [5]**
113/2 114/22
115/2 115/8
124/3

**remains [3]**
75/5 82/20
131/17

**remanded [1]**
132/24

**remarkable [1]**
47/14

**remember [8]**
12/18 13/3
15/16 18/13
21/4 61/5 66/8
74/7

**remembered [1]**
48/21

**remind [9]**
4/10 14/6 19/8
22/16 72/19
75/12 79/5
108/21 112/15

**reminded [1]**
74/3

**reminds [1]**

25/25
remote [1]
27/24

**remove [1]**
120/3

**removing [1]**
120/15

**render [1]**
71/20

**rendered [1]**
112/21

**renew [1]** 4/14

**renewed [1]**
118/5

**repeat [1]**
48/5

**repeated [6]**
11/5 17/19
17/19 41/24
42/4 55/14

**replaced [1]**
38/15

**reply [1]** 50/8

**report [2]**
43/5 80/5

**reported [3]**
1/24 46/19
134/8

**REPORTER [4]**
134/1 134/4
134/5 134/16

**reports [4]**
37/19 37/21
67/23 67/24

**repositioned
[1]** 3/21

**represent [2]**
8/25 73/9

**representations
[1]** 42/11

**representing
[1]** 39/23

**reputation [2]**
41/8 41/10

**request [4]**
38/21 38/23
72/5 72/25

**require [3]**
83/7 83/11
84/5

**required [8]**
69/6 78/23
79/14 82/22
94/20 95/23
107/21 131/2

**requirement [1]**
83/3

requires [3]
84/24

**research [2]**
51/15 112/16

**researched [1]**
61/12

**residence [15]**
12/22 13/18
23/3 23/14
25/24 26/12
26/15 27/13
27/15 27/21
28/23 29/12
29/16 29/24
30/3

**resolve [1]**
69/22

**resolved [1]**
117/19

**respect [8]**
4/18 31/20
96/3 117/13
122/23 122/25
130/20 131/18

**respectfully
[1]** 41/13

**respective [2]**
45/17 68/25

**respond [4]**
8/3 31/10
112/7 112/9

**responding [1]**
20/2

**responds [1]**
30/11

**response [6]**
20/22 36/7
37/2 49/2
54/17 95/22

**responsibilitie
s [1]** 40/23

**responsibility
[2]** 31/20
40/5

**rest [5]** 3/9
4/15 4/17 21/8
64/7

**restaurants [1]**
14/14

**rested [1]** 7/4

**restriction [1]**
130/19

**restrictions
[4]** 114/22
115/2 130/16

130/21
restroom [2]
113/18 113/21

**rests [5]** 5/1
7/8 7/9 82/14
108/14

**result [5]**
74/10 97/19
106/1 108/4
108/6

**results [1]**
81/3

**resume [1]** 3/3

**retire [3]**
69/12 119/2
119/9

**retiring [1]**
109/18

**retreat [1]**
65/17

**return [2]**
67/18 112/5

**returned [4]**
28/8 43/19
112/4 115/3

**returning [1]**
109/13

**revealed [1]**
53/24

**revelation [1]**
54/20

**review [8]**
16/16 34/9
49/22 72/4
112/13 122/22
124/11 124/17

**reviewed [4]**
16/17 121/12
122/18 122/23

**reviewing [2]**
41/3 81/9

**revisionist [2]**
57/22 58/5

**revoke [1]**
131/20

**revoked [1]**
131/23

**rib [1]** 62/16

**rid [3]** 15/14
26/9 29/22

**ride [1]** 13/24

**rides [3]**
11/19 14/2
63/12

**riding [1]**
13/22

# R

**right [56]**
29/12 30/23
40/1 41/6
42/22 43/1
43/6 43/13
43/19 43/21
43/25 44/3
44/8 44/9
44/10 46/10
47/6 47/7
47/10 47/18
47/19 48/24
48/25 49/18
49/24 50/1
50/2 50/14
50/25 51/2
52/17 52/23
52/23 54/2
54/10 54/19
54/20 55/2
55/15 56/10
56/17 57/8
57/24 58/3
63/16 67/10
72/24 112/2
113/24 116/8
116/9 116/11
116/17 116/21
118/1 120/22
**rights [1]**
60/6
**Riley [3]** 8/7
20/4 36/16
**rise [18]** 5/3
6/21 38/3 38/6
39/13 68/8
68/11 68/19
114/7 114/8
114/9 119/17
124/5 125/2
126/15 126/24
131/9 133/7
**risk [1]** 71/12
**RMR [2]** 1/25
134/16
**Road [2]** 28/23
30/3
**roadmap [1]**
39/25
**rocket [1]**
43/20
**roles [1]**
68/25
**romantic [2]**

40/8 40/10
60/3 78/14
134/4 134/16
**room [20]**
23/14 69/12
72/5 83/2
108/23 109/18
110/11 111/25
112/24 113/1
115/4 119/3
119/6 119/9
122/5 122/20
123/4 123/11
123/12 130/25
**rug [1]** 26/11
**ruin [1]** 19/11
**rule [8]** 4/15
4/16 5/6 69/14
78/1 117/18
117/20 130/13
**rules [3]** 69/3
72/18 84/11
**ruling [2]**
4/17 73/5
**rulings [1]**
72/25
**run [3]** 12/4
12/6 12/22
**running [4]**
12/9 12/14
13/1 63/7
**runs [4]** 11/20
12/5 13/21
14/14

# S

**sadistic [1]**
94/25
**said [38]** 4/10
28/9 31/15
37/8 39/21
39/24 40/1
40/6 40/14
41/17 41/23
42/20 44/12
44/13 44/18
44/19 46/10
47/17 50/24
53/22 53/23
56/16 57/1
57/4 59/23
60/20 60/21
61/7 63/8
63/18 66/10
67/8 67/13
76/5 86/14

89/3 89/20
**sakes [2]**
44/18 57/5
**salacious [1]**
50/18
**same [29]**
10/15 16/18
16/23 23/9
23/12 23/17
23/25 23/25
24/3 24/6
24/25 33/1
33/6 33/10
35/15 44/18
51/2 51/8
51/15 53/12
55/6 55/8
60/24 70/13
85/13 94/24
108/24 108/25
115/22
**sat [3]** 16/3
50/15 52/3
**satisfaction**
**[1]** 117/20
**satisfactory**
**[1]** 116/25
**satisfied [9]**
22/10 74/20
78/4 79/8
85/25 121/9
121/19 121/20
122/24
**satisfy [3]**
96/22 102/24
131/16
**Saturday [1]**
26/22
**save [6]** 31/22
36/20 36/23
73/9 96/18
102/20
**saved [1]**
49/19
**saw [14]** 12/5
14/16 14/20
14/24 19/23
21/7 29/15
44/5 46/18
54/25 59/20
65/21 65/21
76/23
**say [23]** 8/4
18/16 19/22
26/23 27/3

27/4 29/4
30/22 31/15
36/5 41/13
43/2 46/17
46/18 48/17
49/14 49/21
51/3 56/24
62/1 84/3
85/19 112/8
**saying [6]**
43/2 46/20
48/10 54/3
54/22 57/6
**says [13]** 25/8
48/15 49/14
53/10 56/13
61/2 62/17
62/23 63/4
86/21 110/13
116/18 119/15
**scapegoat [1]**
59/19
**scared [1]**
19/19
**schedule [2]**
132/7 132/8
**schedules [2]**
73/16 73/19
**scheduling [1]**
132/5
**scheme [3]**
76/13 76/15
117/23
**Schloeder [13]**
35/8 45/3 45/3
45/15 45/22
53/21 54/13
54/24 56/9
56/22 57/9
59/18 59/23
**school [39]**
8/11 9/2 9/3
9/20 9/23 10/6
10/6 10/8
10/13 10/23
11/7 11/23
40/4 41/10
42/6 42/13
43/12 43/12
44/14 44/18
44/25 46/17
51/18 56/9
57/10 57/12
57/13 57/13
57/19 58/10
58/11 59/17

62/25 63/7
64/6 64/16 64/17
64/18 64/20
66/8
**school's [1]**
57/16
**scientist [1]**
43/20
**screenshot [10]**
20/6 22/15
25/22 25/25
27/13 27/14
27/18 28/14
29/11 29/12
**screenshots [3]**
19/20 20/1
33/23
**screw [1]**
19/13
**scroll [1]**
65/4
**scrutinize [1]**
79/16
**scrutinizing**
**[1]** 86/6
**search [9]**
12/17 16/10
23/3 29/25
51/14 52/1
52/4 52/6 52/9
**searched [1]**
13/18
**searches [4]**
51/9 51/13
51/16 51/17
**searching [1]**
52/13
**seat [1]** 24/14
**seated [8]** 3/2
6/23 38/9
39/15 119/19
124/8 126/19
131/12
**second [10]**
60/19 63/20
65/3 93/3
93/16 100/13
102/2 105/22
107/7 116/2
**Secondly [2]**
4/14 42/10
**seconds [1]**
12/9
**secret [1]**
60/4
**secretive [1]**

S

**secretive...**
**[1]** 87/8
**section [4]**
92/5 92/23
99/22 105/7
**section**
**provides [1]**
92/5
**security [8]**
109/24 110/2
111/20 112/1
113/24 113/25
114/1 114/4
**see [43]** 3/25
8/2 8/7 9/17
11/15 15/10
25/17 26/1
26/2 31/22
43/10 43/25
43/25 44/2
44/10 45/19
46/17 47/18
47/19 47/21
47/23 48/4
51/20 52/21
56/16 56/20
58/10 58/21
62/21 63/7
65/22 66/2
66/24 77/9
77/13 80/23
115/12 115/21
116/6 116/18
117/8 118/21
121/25
**seeing [2]**
52/17 62/13
**Seelert [2]**
36/16 36/21
**seem [3]** 30/18
70/1 79/23
**seemed [1]**
8/15
**seems [2]**
118/25 120/1
**seen [6]** 12/9
15/1 22/9 47/2
47/18 72/14
**sees [1]** 77/1
**seized [1]**
12/16
**selected [3]**
17/25 20/15
114/10

**selecting [3]**
123/15
**Self [1]** 111/6
**Self-explanator**
**y [1]** 111/6
**selfie [1]**
61/6
**send [13]** 8/19
18/18 19/22
19/25 20/6
41/12 52/6
66/13 106/25
109/23 120/23
121/16 121/17
**sending [1]**
46/12
**sends [2]**
66/19 66/20
**senior [4]**
25/13 42/15
65/17 66/8
**sense [21]**
18/23 20/12
44/22 44/23
46/23 48/4
48/11 48/25
49/25 53/9
53/15 53/16
57/16 63/2
78/8 78/25
82/13 108/12
108/25
**senses [1]**
76/25
**sensitive [1]**
34/7
**sent [4]** 16/6
19/2 38/17
104/25
**sentence [1]**
108/13
**sentencing [4]**
132/5 132/8
132/14 132/18
**separate [1]**
33/8
**separated [1]**
11/6
**separately [1]**
84/15
**September [10]**
22/21 22/25
60/21 60/21
64/20 88/15

98/2 110/23
123/15
**September 1 [2]**
98/2 127/25
**September 16**
**[3]** 88/15
110/23 127/5
**September 16th**
**[2]** 22/21
60/21
**September 18th**
**[1]** 60/21
**sequence [1]**
133/3
**sequential [3]**
52/20 53/1
53/7
**serial [1]**
99/17
**series [5]**
19/4 20/22
34/24 86/24
110/19
**serious [6]**
54/19 54/23
58/17 58/17
70/10 105/12
**seriously [1]**
18/10
**serve [6]**
13/13 25/18
43/22 114/10
114/13 131/5
**served [1]**
114/11
**server [1]**
106/20
**serves [1]** 7/2
**service [16]**
17/10 17/15
99/2 105/8
105/20 105/20
106/7 106/19
106/21 106/24
106/24 107/9
114/20 130/10
130/12 131/1
**services [5]**
104/21 104/21
106/7 106/18
106/22
**set [6]** 3/17
8/3 11/9 32/3
78/16 132/15
**sets [1]** 6/8
**setting [3]**

21/3 95/13
**seven [2]** 52/5
128/3
**seventh [2]**
11/5 41/25
**several [4]**
11/10 13/4
14/8 19/17
**sex [2]** 70/20
94/24
**sexual [38]**
9/8 10/7 13/13
16/23 21/14
21/15 22/5
25/10 30/15
32/15 32/18
37/12 45/12
46/21 50/22
59/7 61/20
70/21 88/1
88/11 88/13
89/6 90/16
91/10 92/25
94/22 95/5
95/15 95/20
95/20 95/22
110/22 111/2
127/4 127/8
127/12 127/16
127/20
**sexuality [3]**
56/2 56/3 56/6
**sexually [37]**
15/12 22/2
22/3 22/6
24/16 32/16
40/7 40/12
60/2 67/5
88/18 89/10
90/2 90/21
91/15 92/8
93/5 93/19
94/3 94/11
94/14 94/16
94/19 94/22
95/14 98/14
99/3 99/18
100/20 100/22
103/7 103/10
103/15 103/23
103/25 104/6
105/2
**shade [1]**
80/11
**shall [11]**

68/23 84/9
84/10 92/10
92/23 100/7
105/14 111/15
112/8 112/13
126/13
**shame [3]**
36/10 56/19
56/21
**Shannon [1]**
15/16
**share [1]**
46/13
**shared [2]**
123/21 124/9
**she [31]** 14/8
14/9 14/10
14/13 14/16
14/17 14/18
14/20 14/20
14/22 14/24
15/4 15/17
20/4 30/4
36/21 50/8
79/23 80/3
80/4 80/9
80/15 80/17
81/23 109/20
110/2 112/11
115/8 119/15
121/9 121/9
**she'll [1]**
20/8
**she's [3]**
20/25 20/25
31/8
**sheep's [1]**
9/3
**shift [1]**
31/19
**shifting [1]**
31/9
**shifts [2]**
74/12 82/21
**shining [1]**
77/7
**shipped [15]**
88/22 89/15
90/7 90/25
91/19 92/16
96/5 98/7
98/10 98/21
98/25 99/11
99/15 100/1
100/5
**shirt [4]**

**S**

**shirt... [4]**
22/17 22/18
25/12 35/21

**shock [1]**
35/10

**shocking [1]**
40/20

**short [1]**
29/15

**shorter [1]**
17/24

**shortly [1]**
73/24

**should [41]**
3/22 30/16
36/4 42/25
45/13 58/1
58/19 62/25
69/5 69/10
69/11 69/13
71/15 71/17
71/19 71/22
72/12 73/2
78/25 79/13
79/16 79/21
80/7 82/10
82/12 83/13
83/24 84/17
95/10 108/12
111/16 111/19
111/21 112/9
115/20 115/25
116/1 116/2
116/24 118/22
123/3

**shout [1]**
12/11

**show [9]** 27/18
38/11 53/18
61/19 75/9
104/1 119/21
119/24 120/12

**showed [4]**
12/23 23/1
25/11 26/15

**shower [9]**
25/24 26/3
26/7 27/15
27/19 27/23
27/23 29/13
29/15

**showers [1]**
63/19

**showing [3]**

22/4 26/11
29/10

**shown [12]**
21/22 24/9
25/16 25/25
32/17 32/18
47/9 86/24
87/14 87/16
104/7 107/18

**shows [6]** 30/2
30/7 51/14
54/2 54/8 62/9

**shutdown [1]**
66/8

**sick [1]** 8/5
**side [6]** 9/16
26/10 26/10
27/13 72/21
72/22

**sides [3]** 5/7
41/14 124/9
**sift [1]** 71/5
**sights [1]**
11/9

**sign [3]** 5/21
58/11 111/16
**signature [3]**
111/11 120/9
120/16

**signed [3]**
111/13 126/17
126/22

**significance
[4]** 42/4 47/7
52/16 82/23

**significant [6]**
22/22 30/8
50/2 52/21
94/15 118/18

**signs [2]**
44/10 111/10

**similar [9]**
75/10 75/14
75/18 75/21
76/1 76/7 76/9
76/14 117/23

**similarity [1]**
84/24

**Similarly [1]**
108/16

**simple [5]**
11/18 11/18
46/12 74/13
77/5

**simplest [1]**
116/22

**simply [10]**
14/19 22/8
48/4 59/1 74/1
78/3 96/11
109/17 111/20
118/19

**simulated [1]**
94/22

**since [1]**
58/13

**single [12]**
8/20 11/4
23/22 24/6
27/12 28/17
29/10 36/5
59/25 69/10

**singling [1]**
11/4

**sir [15]** 5/19
6/3 39/9 114/2
118/8 121/1
124/18 124/21
128/17 128/20
129/1 129/4
129/7 129/10
129/16

**sit [1]** 28/4
**sites [2]** 52/6
52/9
**sitting [8]**
26/18 26/24
29/8 53/11
53/12 59/25
63/16 77/10

**situation [1]**
18/17

**six [1]** 48/15
**skates [1]**
31/14
**skill [1]**
81/23
**skip [1]** 40/23
**skirt [1]**
40/23
**slate [1]**
74/22
**sleeping [1]**
62/11
**slightly [1]**
18/11
**small [2]**
35/22 61/13
**smartest [1]**
60/17
**snap [1]** 8/2

**Snapchats [1]**
40/22
**snippets [2]**
20/14 21/7
**so [88]** 3/4
3/14 5/20 8/3
9/7 9/12 11/1
13/5 13/11
14/19 14/22
15/18 15/23
16/7 17/9 18/2
18/5 18/25
20/17 21/4
22/14 23/6
23/8 23/17
27/1 27/9
27/18 28/6
28/17 28/18
28/23 29/21
30/22 33/3
33/11 37/4
41/17 41/23
42/4 42/14
43/15 48/10
49/8 49/24
51/5 51/7
52/25 53/2
53/7 53/21
57/25 58/20
60/25 61/12
62/25 63/2
63/8 64/2
64/13 64/19
64/20 65/5
65/20 65/25
66/16 73/13
77/14 79/1
105/23 109/4
109/6 113/7
115/23 115/25
116/19 119/9
119/15 119/15
119/20 120/10
122/13 124/3
130/5 130/22
131/3 131/5
132/7 133/5

**sober [1]** 46/1
**socially [1]**
43/24
**soda [1]** 63/15
**software [1]**
106/19
**sole [7]** 69/20
79/10 79/11
84/3 94/7

101/16 101/17
**solely [6]**
48/12 71/3
71/9 82/14
108/19 109/11
**solution [1]**
116/10
**solves [1]**
48/7
**some [43]** 9/18
21/17 23/4
23/8 23/21
26/1 26/6
27/24 30/9
31/8 31/17
31/19 34/5
35/15 35/19
36/10 36/12
36/24 40/23
41/18 51/15
52/13 52/16
54/1 59/20
65/15 66/12
72/5 75/24
77/9 77/23
78/9 79/24
80/10 80/12
83/9 84/7
95/12 102/1
103/20 114/15
119/7 121/24

**somebody [8]**
4/2 13/8 36/4
46/6 77/11
77/16 77/16
113/17

**somehow [1]**
29/6

**someone [8]**
46/15 52/2
56/9 66/12
77/10 80/5
81/25 114/14

**something [21]**
9/25 15/6
18/12 19/22
20/8 36/7 36/8
46/17 46/17
46/18 46/18
48/16 54/23
56/24 59/23
60/16 79/24
80/14 84/1
85/18 101/6

**sometimes [2]**
11/21 45/16

**S**

somewhat [1] 34/23

somewhere [1] 123/24

son [3] 42/24 43/15 57/17

Sony [11] 12/15 13/2 13/5 13/11 23/12 23/14 23/24 33/9 61/2 99/17 128/9

soon [2] 20/8 133/5

sorry [9] 14/11 28/5 54/16 61/6 65/5 65/8 116/6 117/8 117/9

sort [3] 31/19 45/7 55/25

sorts [1] 131/6

sound [1] 65/12

source [1] 112/16

sources [1] 114/25

space [2] 111/17 123/25

speak [5] 7/19 75/5 126/13 130/18 131/3

special [10] 1/19 12/18 50/1 50/5 51/8 51/11 52/2 52/3 81/23 100/17

specific [11] 49/5 83/4 84/19 84/19 84/21 88/9 97/11 102/13 104/3 106/16 108/9

specifically [6] 40/1 40/15 42/19 45/8 76/2 76/17

speculation [1]

spell [1] 114/2

spend [2] 10/22 50/17

spent [1] 41/2

spokesperson [1] 109/21

spooked [1] 12/1

sports [3] 9/24 10/2 11/8

spot [1] 10/11

spotlight [1] 10/4

spouse [1] 106/1 106/3

spy [3] 51/7 51/15 52/4

St [1] 11/23

Stacy [2] 26/16 26/19

staff [2] 10/23 132/12

stairs [2] 23/15 33/10

stalked [1] 33/16

stalking [2] 104/15 105/17

stand [7] 49/4 65/22 70/15 79/22 82/25 110/7 112/10

Standard [1] 52/12

standing [5] 3/20 4/23 25/23 26/3 27/15

stands [5] 5/3 38/6 68/11 124/5 133/7

stark [2] 47/10 47/16

start [11] 4/23 17/2 17/18 22/14 55/4 55/9 58/3 58/4 110/13 119/15 130/17

started [3] 11/4 63/4 77/18

starting [2]

42/17 63/3 someant [2] 58/2 63/11

state [27] 17/3 17/14 32/22 40/25 44/9 69/4 69/8 69/14 86/10 86/16 86/17 86/19 86/20 96/14 96/19 96/21 96/25 97/1 97/6 102/9 102/16 102/21 102/23 103/1 103/2 106/15 114/2

stated [4] 69/7 96/11 103/18 107/19

statement [7] 8/21 9/18 17/3 39/24 86/8 111/7 111/24

statements [3] 16/18 46/4 71/21

STATES [36] 1/1 1/3 9/1 17/14 22/13 32/23 51/25 70/11 88/2 88/5 88/6 88/19 89/11 90/3 90/22 91/16 92/5 96/14 96/21 97/6 98/6 98/20 99/10 99/21 100/18 102/10 102/17 102/23 105/6 110/14 110/15 125/7 126/25 127/1 134/5 134/11

stating [1] 69/10

stationed [1] 112/1

status [1] 6/18

stay [2] 123/23 132/25

steak [1] 62/15

stenographicall

stenographicall y-reported [1] 134/8

stenotype [1] 1/24

step [1] 66/10

still [13] 7/13 16/3 17/5 24/9 29/19 34/8 62/14 64/17 64/22 64/23 66/5 67/15 120/17

stills [1] 21/22

stimulation [1] 95/6

stipulation [2] 71/25 72/11

stone's [1] 44/14

stood [1] 14/16

stop [4] 57/6 67/19 113/20 120/8

stopping [1] 113/19

storage [2] 23/16 107/6

store [1] 102/20

stored [7] 89/4 89/21 90/14 91/7 92/1 93/24 101/4

stories [2] 35/4 35/14

story [2] 20/8 35/16

straight [1] 120/6

strange [3] 14/23 15/4 57/18

strangest [1] 57/8

streaking [2] 63/4 63/5

street [1] 124/1

stretch [1] 113/18

stricken [1]

strike [1] 80/5

strip [1] 12/3

stronger [1] 35/5

struck [2] 14/21 14/25

struggle [1] 43/14

struggles [1] 44/2

struggling [2] 44/20 48/16

student [6] 8/10 45/5 62/15 64/18 64/22 64/23

students [17] 9/24 9/25 10/5 10/13 10/14 11/21 14/8 34/15 34/22 34/22 35/2 35/9 35/13 35/19 41/11 42/5 53/19

studying [1] 8/11

stuff [1] 66/13

stupid [2] 54/22 55/25

Stuzin [4] 12/7 12/12 12/22 63/6

Stuzin's [1] 12/6

subject [5] 71/10 84/17 110/4 123/20 124/4

subjected [1] 45/12

subjecting [1] 15/11

subjective [1] 107/22

submission [2] 4/15 4/17

submitted [1] 126/16

substantial [14] 18/4 19/14 19/16

**S**

**substantial . . .**
**[11]** 20/11
34/1 84/24
104/24 105/14
105/24 106/3
107/10 107/16
108/5 108/8
**substitute [4]**
75/14 82/12
120/7 120/16
**succeeded [1]**
21/4
**successful [1]**
33/20
**such [37]**
32/18 48/15
54/19 69/22
72/12 74/19
79/3 79/7
80/21 81/18
81/24 88/20
88/21 88/24
89/12 89/13
89/16 90/4
90/5 90/8
90/23 90/24
91/2 91/17
91/18 91/21
92/9 92/10
92/11 92/12
92/18 94/8
101/21 104/7
106/22 107/6
107/20
**sue [2]** 37/2
57/19
**suffer [1]**
20/11
**sufficient [6]**
4/19 74/23
84/21 96/22
102/24 118/19
**sufficiently**
**[1]** 76/9
**suggest [3]**
44/16 56/17
65/21
**suggestive [3]**
22/5 32/18
95/14
**suggests [3]**
23/18 61/25
95/19
**suing [1]**

57/10
**summarized [6]** sworn [2]
73/7 73/8
73/10 73/14
73/17 73/19
**summarily [1]**
16/17
**summary [1]**
16/16
**summer [4]**
25/16 30/20
36/21 64/23
**sun [1]** 77/7
**Sunday [1]**
61/15
**super [1]** 44/4
**superseding [3]**
73/23 74/1
116/13
**supervision [1]**
10/24
**supplied [1]**
39/5
**support [3]**
4/22 47/3 58/5
**sure [12]** 20/8
43/23 50/8
57/10 59/23
59/25 65/11
66/5 67/7 67/7
131/4 132/7
**surprise [1]**
35/17
**surrender [1]**
109/10
**surreptitiously**
**[1]** 51/6
**surround [1]**
10/9
**surrounding [4]**
85/8 86/8
87/3 107/25
**suspect [1]**
79/24
**suspicion [1]**
78/11
**sustain [4]**
4/21 75/2 85/2
85/15
**sustained [1]**
70/18
**swayed [1]**
71/3
**swear [1]**
113/25
**swing [1]**

31/23
sworn [2]
69/16 71/23
114/1
**sympathy [3]**
71/3 71/11
71/20
**system [7]**
17/11 105/9
105/21 106/8
106/19 106/21
107/2
**systems [2]**
104/22 106/22

**T**

**table [10]**
5/22 5/22 5/23
6/1 6/4 6/8
6/15 38/10
38/13 113/9
**tag [1]** 99/2
**tainted [1]**
56/22
**take [27]** 3/19
18/10 19/22
37/16 38/2
43/19 50/5
57/17 61/5
61/7 63/1
67/19 68/5
68/7 82/25
93/5 93/18
102/18 112/11
113/15 115/10
120/5 120/10
122/3 131/3
131/8 132/25
**taken [12]**
4/20 5/5 22/19
26/12 27/20
38/8 47/25
68/13 110/1
116/12 119/16
123/4
**takes [2]** 10/8
13/8
**taking [1]**
43/12
**talk [6]** 18/17
59/15 61/22
61/23 63/1
65/10
**talked [5]**
35/19 48/14
55/1 62/17

64/3
46/9 46/10
52/22 80/4
113/20
**taught [1]**
46/17
**taunting [1]**
20/22
**tch [1]** 19/24
**teacher [11]**
9/2 10/16
10/18 36/8
41/11 44/19
56/12 57/11
57/16 62/24
64/16
**teachers [2]**
42/12 43/6
**teammate [1]**
60/2
**teammates [1]**
42/12
**teams [1]** 11/8
**Technically [1]**
131/17
**technique [1]**
83/4
**techniques [1]**
83/5
**technology [1]**
48/14
**teenage [1]**
10/15
**teens [1]**
10/22
**telephone [3]**
106/12 106/17
112/23
**tell [8]** 11/23
36/4 45/2
45/18 46/20
59/20 110/6
119/15
**telling [2]**
53/8 118/19
**tells [1]**
49/25
**Ten [3]** 38/1
38/5 52/3
**tending [1]**
75/9
**tends [1]** 77/3
**tentacles [1]**
64/8
**term [7]** 56/3

78/6 95/3
95/12 100/20
103/7 103/22
**terminated [1]**
34/25
**terminology [1]**
42/2
**terms [3]**
49/19 110/7
115/7
**terrified [1]**
20/17
**territorial [1]**
100/18
**testified [17]**
14/17 25/11
25/12 34/22
35/13 36/17
47/3 48/14
56/25 57/4
61/19 79/18
79/25 80/1
80/10 80/15
80/17
**testifies [2]**
76/23 76/24
**testify [8]**
5/10 5/10
46/25 81/22
82/11 82/16
82/17 82/23
**testifying [3]**
15/17 79/22
82/5
**testimonies [1]**
80/20
**testimony [53]**
7/11 11/22
11/25 14/6
19/18 20/13
21/22 21/25
25/4 26/19
26/24 30/4
30/9 30/19
33/22 34/3
34/14 36/14
41/6 42/1
44/25 46/16
48/21 50/4
52/19 69/23
71/23 72/7
72/22 73/11
73/18 79/13
79/15 79/17
79/20 80/2
80/19 80/21

**T**

testimony...
**[15]**   81/4
81/7 81/10
81/11 81/15
81/16 81/17
81/18 81/24
82/3 82/7 82/8
82/10 84/25
104/8

testing [1]
35/22

text [14]
11/13 17/20
35/9 36/16
40/16 47/2
50/15 50/16
50/16 52/7
53/24 55/10
55/21 55/23

texting [1]
8/3

texts [3]
56/20 62/10
65/12

than [21]
34/19 42/5
57/21 57/22
67/19 69/17
70/12 73/11
73/14 77/25
80/14 81/8
86/25 87/24
93/12 93/15
101/18 112/19
117/24

thank [24]   3/8
4/13 5/18
31/11 32/9
37/15 39/20
59/3 59/9
59/10 59/12
59/14 62/5
65/3 65/5 66/7
68/22 114/6
118/9 121/21
123/18 124/3
130/1 131/1

thanks [2]
115/9 130/11

that [764]

that's [69]
3/24 4/12 5/18
11/8 15/6

17/13 17/21
23/22 25/2
26/16 28/3
30/21 33/8
33/11 35/8
36/1 41/13
42/2 43/7 44/5
44/13 45/20
46/13 49/24
50/9 51/21
52/18 52/25
54/25 56/3
56/4 56/6 56/7
56/18 57/14
57/24 58/2
60/9 60/11
60/14 61/9
61/9 61/22
62/1 63/5 63/8
64/4 64/5 64/6
64/21 64/24
65/17 66/14
77/1 77/11
77/12 77/19
101/17 110/18
110/24 117/2
117/4 118/1
118/24 120/4
120/13 120/21

their [41]
4/21 7/4 7/9
8/21 9/18 10/3
10/24 10/25
11/1 11/24
13/8 13/8
16/10 31/22
32/1 34/22
35/11 35/11
42/23 42/24
43/5 43/6
44/13 44/15
45/13 45/17
47/21 49/11
54/14 55/23
56/2 56/3 56/5
57/17 57/23
58/1 58/8
58/13 78/7
123/15 123/21

them [36]   9/13
10/19 10/23
11/23 14/9
15/1 15/5 16/2
16/2 16/17
18/21 18/21

18/22 19/2
24/23 26/24
32/14 47/10
49/8 49/15
50/7 54/12
56/4 56/23
57/1 59/22
69/4 69/4
69/24 73/13
87/6 108/2
121/25 122/2

themselves [6]
6/9 34/17
73/12 83/22
83/24 121/4

then [60]   7/16
7/17 11/4 14/3
16/1 16/10
16/24 18/12
18/14 20/6
20/19 21/6
27/1 27/17
27/20 28/14
33/13 34/1
35/14 38/17
38/20 42/7
46/21 53/6
54/21 58/2
60/21 62/2
63/11 63/18
63/20 63/25
67/7 64/24
72/5 75/21
76/10 77/1
77/10 84/2
110/15 110/16
110/19 110/23
111/5 111/9
111/16 112/8
112/9 112/10
113/5 113/8
113/8 119/4
120/6 120/22
122/6 123/16
132/8 132/17

theory [2]
49/13 81/14

there [65]
7/11 10/3
17/18 23/8
28/1 29/23
30/20 31/15
32/11 33/10
34/8 34/13
34/18 35/23

38/11 41/22
44/6 44/6
44/17 46/4
47/12 47/16
48/22 52/3
57/12 58/11
58/21 60/4
60/8 60/8 60/9
60/11 60/22
63/13 63/16
63/25 64/22
69/22 76/5
76/20 77/19
78/14 95/12
110/18 110/19
111/7 112/1
112/2 115/17
115/23 116/7
116/20 116/24
117/21 117/22
119/1 122/16
128/24 130/13
131/4 131/24
132/19 132/22

there's [25]
9/25 14/15
16/24 20/15
28/12 30/19
33/16 41/18
42/14 44/3
46/14 47/10
47/12 47/13
60/14 63/15
64/1 71/12
83/3 86/6
110/23 111/9
115/23 123/1
130/19

therefore [3]
61/19 74/17
83/22

thereof [1]
106/25

thereto [1]
130/4

these [100]
8/14 8/16 8/16
9/10 9/13
10/10 10/21
10/22 11/18
11/20 12/5
13/21 14/13
16/5 18/7
18/23 19/1
19/1 20/14

22/3 24/4 24/4
24/11 24/20
25/7 25/23
26/13 27/5
27/6 27/9
27/10 29/5
29/6 31/17
32/20 33/2
33/3 33/22
35/2 35/13
35/22 37/4
44/4 46/1 48/2
50/1 50/3 50/6
50/11 51/6
51/12 51/16
51/16 51/17
51/20 51/22
53/8 53/11
54/2 57/1
66/16 69/3
69/6 73/1 73/7
73/14 74/2
83/19 88/8
95/24 116/3
116/9 116/11
118/20 119/11
119/12 119/21
128/16 128/16
128/18 128/18
128/21 128/21
128/24 129/2
129/2 129/5
129/5 129/8
129/8 129/11
129/11 129/14
129/14 129/17
129/17 129/20
129/20 129/23
129/23

they [118]
7/20 8/8 9/22
9/22 10/17
11/19 12/1
12/2 12/3 12/3
13/9 13/19
15/1 15/5
15/24 16/1
16/3 16/5
16/10 17/3
17/4 17/4
20/10 20/10
21/13 24/3
24/5 24/6
24/24 27/3
27/4 27/6
27/24 28/3

**T**

**they... [84]**
28/7 28/8 28/8
28/25 30/5
30/12 31/1
32/21 34/23
35/10 35/14
35/25 39/3
39/7 42/22
42/23 43/8
43/17 43/23
43/23 43/25
43/25 44/5
44/5 44/14
44/16 44/18
45/17 47/20
49/11 50/11
50/13 50/17
50/19 50/20
50/20 50/20
51/3 51/6 51/9
52/10 52/10
52/10 52/11
54/3 54/6 54/6
54/8 54/8
54/15 56/8
57/14 57/17
57/22 57/23
57/25 58/1
58/7 58/8
58/10 58/11
58/13 59/1
59/21 60/10
60/12 63/7
64/21 65/13
73/9 73/11
73/15 73/18
73/20 77/9
78/7 115/19
115/21 122/1
122/7 122/8
123/14 130/5
130/14

**they're [23]**
10/5 25/1
35/21 43/20
44/2 44/3
44/10 49/10
51/20 52/17
52/18 53/8
54/4 54/4 54/4
54/5 57/19
58/9 58/9
59/21 83/22
117/7 121/23

**thing [11]**
30/18 42/3
51/23 51/23
56/16 60/17
61/16 64/4
85/13

**things [19]**
4/8 14/23
19/21 31/15
34/20 36/22
41/22 41/23
49/18 53/22
54/22 56/6
58/3 59/15
59/20 65/15
83/12 115/5
131/4

**think [31]**
3/24 6/17 8/6
15/24 16/19
16/21 18/12
19/2 20/4
20/25 20/25
30/9 31/14
41/20 42/10
47/9 51/3 54/3
54/8 55/18
56/1 56/15
56/17 57/22
60/10 69/5
81/19 84/1
116/9 116/18
122/21

**thinking [3]**
18/9 51/2
71/12

**thinks [1]**
56/13

**thinly [1]**
31/25

**third [6]** 93/7
96/2 100/18
103/3 106/1
108/3

**this [232]**

**Thomas [3]**
1/25 134/4
134/16

**thoroughly [1]**
34/10

**those [48]** 6/7
6/10 13/6
13/14 13/15
14/2 15/15
16/25 17/15

21/7 23/17
24/11 24/14
25/25 30/16
30/21 30/23
30/25 33/25
41/4 41/13
47/24 50/18
53/3 56/20
59/19 60/11
60/20 63/22
64/1 66/1 72/2
77/17 81/22
83/20 110/18
115/1 116/22
118/4 120/10
122/6 122/11
122/12 123/12
130/22 130/23
131/6 131/16

**though [6]**
18/18 36/10
79/14 101/13
107/22 115/4

**thought [4]**
15/4 35/25
36/2 39/25

**thoughts [1]**
41/14

**threaten [1]**
19/21

**threatened [1]**
46/25

**threatening [1]**
105/2

**threats [8]**
8/16 8/17 8/18
17/20 19/1
20/23 33/19
33/20

**three [15]**
16/24 24/18
24/18 24/23
32/11 34/2
44/25 52/14
59/15 63/9
66/7 89/18
118/16 118/23
127/11

**through [58]**
9/18 10/3
13/13 14/7
16/25 17/21
18/20 19/1
19/4 21/8
21/13 21/15
21/17 21/19

21/20 21/23
24/3 25/10
28/16 33/2
33/7 33/14
33/15 37/12
37/13 43/5
50/1 50/15
51/7 51/8 58/3
61/15 61/20
61/21 62/7
63/21 71/5
72/18 88/1
88/3 88/11
88/12 92/24
96/3 97/23
97/24 99/20
112/23 112/23
119/6 121/7
121/13 123/3
127/25 128/13
130/11

**throughout [5]**
43/12 59/2
68/22 74/18
82/20

**throw [1]**
44/14

**Thus [1]**
107/14

**ticket [1]**
30/4

**tile [3]** 26/11
27/18 27/22

**tiling [1]**
27/24

**till [2]** 20/19
65/10

**time [55]** 3/3
8/7 10/22
10/24 11/16
12/24 13/23
14/1 14/7
17/21 17/22
18/6 18/17
21/1 21/25
30/7 30/10
30/12 33/14
34/6 35/25
37/9 37/9
43/17 44/6
44/24 47/2
47/25 48/1
50/18 51/2
52/12 52/13
52/13 53/17

59/4 61/14
61/21 65/19
65/23 66/6
67/12 73/9
74/19 77/9
83/8 84/6
86/22 87/3
93/12 107/19
111/22 111/23
114/19 131/20

**timeline [5]**
61/16 62/6
64/6 64/10
67/3

**timely [1]**
20/2

**times [11]** 8/4
11/10 13/4
13/22 14/4
21/4 28/3 34/4
50/7 78/14
112/1

**timing [1]**
31/17

**Title [11]**
88/19 89/11
90/3 90/21
91/15 92/5
98/6 98/20
99/10 99/21
105/6

**titled [4]**
89/2 89/19
91/5 91/24

**today [5]** 61/7
62/20 62/21
121/8 132/6

**together [3]**
7/4 15/3 35/3

**token [1]**
70/13

**told [20]** 8/1
13/21 14/1
14/4 14/9 15/8
24/7 28/7 36/5
36/6 56/23
60/15 60/19
60/22 61/3
63/6 63/16
63/23 64/4
64/11

**tomorrow [4]**
132/4 132/8
132/10 132/17

**tone [1]** 18/23

**tonight [2]**

**T**

**tonight... [2]**
18/16 18/19
**too [11]** 20/1
20/3 26/7
28/19 29/3
36/2 54/24
55/25 58/13
62/2 116/11
**took [7]** 25/12
34/2 34/24
35/17 60/25
87/4 87/5
**top [2]** 25/3
28/1
**topics [1]**
131/6
**Totally [1]**
56/16
**touch [3]**
37/20 61/16
67/23
**touched [2]**
14/4 56/22
**touches [1]**
77/1
**touching [3]**
91/6 91/25
110/4
**towards [2]**
55/16 56/3
**towel [1]**
35/16
**track [1]** 8/8
**tradition [1]**
112/5
**training [1]**
81/24
**transaction [3]**
28/16 80/23
87/8
**transactions**
**[2]** 28/2
34/16
**transcended [1]**
45/17
**transcript [4]**
1/11 84/2
134/8 134/9
**transcription**
**[1]** 1/24
**transcripts [2]**
83/20 83/20
**transmission**
**[5]** 97/7

97/16 97/19
**Transmissions**
**[1]** 106/12
**transmit [1]**
94/9
**transmitted**
**[21]** 88/22
88/25 89/14
89/17 90/6
90/9 90/24
91/3 91/18
91/22 92/12
92/15 92/19
94/21 96/7
96/10 97/3
97/11 97/14
102/14 106/17
**transmitting**
**[7]** 92/10
93/6 93/20
93/21 94/4
94/11 94/18
**transportation**
**[5]** 97/8
97/16 97/19
102/12 106/13
**transported**
**[35]** 88/23
88/25 89/15
89/17 90/7
90/9 90/25
91/2 91/19
91/21 92/12
92/16 92/19
93/8 96/5 96/7
96/9 96/11
96/24 97/3
97/14 98/7
98/10 98/21
98/25 99/11
99/15 100/1
100/5 100/13
100/16 102/4
102/6 102/25
106/11
**travel [2]**
30/4 115/4
**treasure [1]**
16/11
**treated [1]**
40/25
**trial [31]**
1/11 3/3 6/18
7/12 7/13 7/14
11/10 13/4

17/5 37/22
37/23 40/18
55/16 59/16
59/21 60/12
67/15 68/1
74/22 75/4
75/12 76/6
78/6 82/21
83/10 84/8
113/6 114/11
130/17 131/14
**trials [1]**
131/5
**tried [4]**
22/23 22/23
54/13 55/22
**trim [1]** 61/2
**trimming [1]**
61/10
**triple [1]**
116/16
**trouble [1]**
31/12
**troublesome [1]**
31/21
**troubling [1]**
55/13
**trove [1]**
16/11
**true [6]** 26/16
56/23 71/13
72/12 72/13
134/7
**trust [3]**
35/23 50/13
62/19
**trusting [1]**
10/10
**truth [2]**
79/19 80/11
**try [6]** 18/12
20/4 39/24
45/9 61/25
67/1
**trying [7]**
8/10 11/16
29/22 40/18
55/11 66/9
80/5
**turn [4]** 7/5
29/20 113/3
113/20
**turned [9]**
3/22 15/19
15/23 42/6
42/9 64/5

64/15 113/11
**turning [2]**
47/1 121/3
**twice [1]** 7/19
**Twitter [1]**
19/20
**two [33]** 4/8
12/11 25/21
26/14 30/21
30/22 33/23
33/23 45/10
48/2 51/11
51/11 51/24
60/8 66/20
66/21 66/21
66/25 76/20
80/22 90/11
102/15 107/12
107/15 111/1
113/17 115/17
115/20 116/22
118/12 118/16
118/23 127/7
**Tyler [1]** 15/2
**type [3]** 13/17
55/3 76/22
**typed [3]** 52/1
52/3 83/16
**types [4]** 16/5
51/12 51/20
76/20
**typically [1]**
28/3
**typo [3]**
115/17 115/25
116/6
**typographical**
**[4]** 38/13
115/24 118/17
118/25
**typos [1]**
115/18

**U**

**U.S.C [1]**
134/7
**ultimate [1]**
107/22
**ultimately [2]**
33/24 67/18
**umbrella [3]**
77/11 77/16
77/22
**unable [1]**
131/16

**unacceptable**
**[1]** 58/2
**unanimous [4]**
108/22 110/8
111/8 111/14
**unanimously [2]**
74/24 110/25
**unaware [1]**
51/25
**unbeknownst [2]**
15/24 16/3
**unblock [2]**
65/10 66/19
**uncomfortable**
**[3]** 18/9
36/13 36/13
**uncommon [1]**
80/25
**uncontested [1]**
65/13
**uncontradicted**
**[1]** 79/15
**under [19]**
4/16 21/25
23/15 24/7
25/5 25/8
25/12 33/9
42/19 42/19
50/19 71/2
79/17 82/16
93/3 103/9
103/15 114/22
115/18
**underage [5]**
45/12 45/24
46/14 46/21
104/4
**underlying [1]**
73/8
**understand [6]**
40/15 49/22
60/16 116/8
118/22 132/7
**understanding**
**[5]** 5/9 73/21
82/1 116/12
121/24
**undeveloped [2]**
93/23 101/3
**unequivocally**
**[1]** 47/22
**unfettered [1]**
62/18
**unforgivable**
**[1]** 40/17
**unimportant [1]**
81/2

**U**

**unique [3]**
12/20 24/2
27/24

**UNITED [36]**
1/1 1/3 8/25
17/14 22/12
32/23 51/24
70/11 88/2
88/4 88/6
88/19 89/11
90/3 90/22
91/16 92/15
96/14 96/21
97/6 98/6
98/20 99/10
99/21 100/18
102/10 102/17
102/23 105/6
110/14 110/15
125/7 126/25
127/1 134/5
134/11

**unknown [1]**
5/10

**unlawful [1]**
85/18

**unless [3]**
74/24 75/6
83/14

**unnatural [1]**
95/16

**unnecessary [1]**
73/10

**unobservant [1]**
44/16

**unpleasant [1]**
18/11

**unsettling [1]**
40/21

**until [13]**
21/6 29/20
68/10 74/19
75/6 110/8
112/21 115/2
115/8 115/22
119/5 119/11
119/15

**untoward [1]**
44/24

**up [33]**    3/18
4/6 4/24 8/5
13/9 18/15
28/22 32/3
35/14 36/23

37/24 44/4
46/2 46/6
48/16 49/8
54/21 55/11
62/24 65/1
65/3 66/3 66/5
68/3 79/12
85/13 86/14
95/25 115/5
116/21 118/6

**upbringing [1]**
42/22

**upon [26]**    17/7
37/20 67/23
69/16 69/18
69/20 72/5
73/11 73/11
73/15 74/13
79/5 79/6
81/13 84/15
86/18 107/23
108/14 108/19
109/18 110/4
111/21 112/6
113/14 114/13
126/10

**ups [1]**    10/15

**upset [5]**
45/18 45/19
55/2 57/20
58/9

**us [7]**    31/9
33/13 55/12
60/15 60/17
67/9 67/9

**use [24]**    4/5
24/11 56/1
56/5 56/8
56/15 76/2
76/20 78/6
78/25 83/4
88/17 89/9
90/1 90/20
91/14 103/6
104/14 104/20
105/16 108/24
108/25 113/18
113/21

**used [25]**    9/22
10/21 12/1
17/10 17/12
17/15 19/18
50/3 51/16
51/20 74/4
83/5 83/6 93/3

93/17 96/12
96/24 102/15
96/24 102/15
102/18 102/20
105/19 106/6
107/8

**users [2]**
106/20 106/24

**uses [2]**    92/6
105/8

**using [34]**
21/16 22/12
48/3 55/24
56/3 66/16
67/4 88/22
88/25 89/14
89/17 90/6
90/9 90/25
91/3 91/19
91/22 92/13
92/15 92/19
93/8 94/13
96/4 98/7 98/9
98/21 98/24
99/11 99/14
100/2 100/4
100/15 102/5
112/16

**usually [1]**
87/2

**UTC [1]**    52/12

**uttered [1]**
86/25

**V**

**vacated [2]**
130/17 130/23

**vacation [2]**
28/6 28/7

**Vaio [8]**    12/16
13/11 23/12
23/14 23/24
33/9 99/17
128/9

**value [1]**
77/25

**variation [1]**
11/22

**variety [1]**
53/19

**various [1]**
9/11

**vehicle [1]**
14/20

**Venmo [6]**    28/2
28/14 34/16

65/20 66/16
66/19
**verdict [56]**
2/9 5/8 6/9
30/16 34/18
41/16 59/6
67/18 69/16
71/13 71/15
71/20 108/17
108/21 109/13
110/8 110/9
110/10 110/11
110/19 110/24
111/5 111/7
111/8 111/12
111/13 111/15
111/18 111/21
111/22 111/22
112/3 112/7
112/10 112/13
112/21 115/2
115/8 119/8
119/21 120/24
122/5 122/8
123/10 124/23
125/6 126/11
126/16 126/20
126/22 127/2
130/8 130/9
130/15 131/11
131/13

**verdicts [13]**
128/16 128/19
128/22 128/25
129/3 129/6
129/9 129/12
129/15 129/18
129/21 129/24
130/4

**verge [1]**
31/13

**version [5]**
5/15 17/24
17/24 38/22
120/17

**very [25]**    3/10
5/20 7/9 9/20
9/20 9/21 12/6
14/9 16/20
29/14 34/6
34/7 35/16
36/11 36/12
36/13 36/13
40/3 46/12
50/6 50/8
83/23 118/1

118/4 121/21
of 181 [1]    97/8

**vibrate [1]**
113/11

**victim [14]**
9/7 9/8 57/23
88/18 89/10
90/2 90/20
91/14 93/2
94/14 105/1
105/2 105/3
105/3

**victim's [5]**
89/3 89/20
90/13 91/6
91/25

**VICTORIA [1]**
1/20

**video [46]**
12/8 12/23
22/15 22/19
22/20 23/1
23/5 23/9
23/12 23/17
23/25 24/8
24/13 26/7
27/12 27/14
27/16 28/17
29/10 29/11
29/14 29/18
29/22 29/25
30/7 30/10
33/10 48/4
63/5 63/14
83/18 89/2
89/3 89/19
89/20 90/11
90/13 91/5
91/6 91/24
91/25 93/23
97/7 101/2
102/11 102/20

**videos [55]**
8/18 8/19 9/4
9/10 13/12
15/25 21/7
21/19 21/23
22/3 22/6
22/11 24/18
25/7 25/9
25/15 25/18
25/21 25/23
26/10 26/14
27/5 27/6
27/10 29/5
30/20 30/21

# V

**videos... [28]**
32/13 33/1
33/3 33/6
33/22 33/23
33/25 34/16
40/10 40/21
46/12 46/13
47/13 47/15
47/24 48/2
50/12 51/6
51/16 53/8
57/5 65/22
66/1 66/22
66/23 96/17
96/18 102/19
**videotape [3]**
93/23 99/24
101/3
**videotaping [1]**
46/20
**view [10]** 9/13
48/3 69/16
95/4 99/23
101/1 109/3
109/16 118/18
122/2
**viewed [1]**
31/19
**viewer [2]**
95/6 95/22
**viewing [3]**
20/14 103/13
104/9
**views [1]**
109/9
**villainize [1]**
59/18
**violate [2]**
69/15 92/23
**violates [1]**
92/22
**violating [3]**
92/4 99/21
105/5
**violation [3]**
88/2 88/4 88/6
**violence [1]**
109/4
**virtue [2]**
31/24 76/25
**visiting [1]**
14/19
**visual [72]**
22/8 22/9

24/16 32/12
88/20 88/21
88/24 89/12
89/13 89/16
90/4 90/5 90/8
90/23 90/24
91/2 91/17
91/18 91/21
92/9 92/10
92/12 92/15
92/18 93/6
93/7 93/11
93/14 93/20
93/21 93/22
93/25 94/2
94/4 94/9
94/10 94/11
94/18 94/20
95/9 95/11
95/13 95/19
95/21 95/23
96/4 96/6 96/9
96/13 97/3
97/5 97/14
98/13 99/3
99/18 100/12
100/13 100/14
100/19 100/21
101/1 101/2
101/5 101/9
101/20 103/4
103/5 103/9
103/24 104/6
**voice [2]**
12/10 12/12
**voicemail [1]**
64/1
**voluntarily [3]**
85/4 101/25
103/19
**vote [1]**
109/19
**voter [1]** 60/6
**vs [1]** 1/5
**vulnerability
[2]** 10/12
10/14
**vulnerable [1]**
67/6

# W

**wait [6]** 20/19
21/5 119/3
119/5 119/10
131/2

**waive [1]**
wake [1] 18/15
**walk [2]** 21/23
112/11
**WALKER [5]**
1/19 50/2 50/5
51/8 52/3
**Walker's [2]**
30/9 30/19
**walks [4]**
77/10 77/11
77/16 77/16
**wall [1]** 27/23
**want [16]** 11/3
16/15 18/15
18/18 43/23
43/25 43/25
44/2 56/8
61/16 63/14
65/20 121/18
122/17 124/14
124/20
**wanted [4]**
12/3 19/10
19/12 61/5
**wants [3]** 21/4
59/18 121/25
**warrant [4]**
12/17 23/4
29/25 104/10
**warrants [1]**
16/10
**was [319]**
**wash [1]** 27/16
**washes [1]**
29/16
**wasn't [8]**
20/1 38/22
43/1 54/9
55/11 57/21
60/6 117/22
**watch [7]** 24/8
25/15 34/5
60/3 60/8
63/14 66/23
**watching [1]**
47/13
**waters [1]**
35/22
**way [27]** 10/25
14/13 18/11
19/18 22/4
24/22 26/4
32/18 35/4
40/19 40/24

41/5 43/2 45/7
47/8 57/23
58/7 66/11
67/3 79/24
79/25 80/1
83/1 86/6
104/25 110/3
111/22
**ways [4]** 19/17
21/20 21/23
61/15
**we [144]**
**we'll [14]** 3/9
4/6 5/2 6/8
6/16 13/14
21/15 21/23
32/20 117/12
120/3 124/2
131/21 133/4
**we're [22]**
3/15 3/19 6/17
18/19 22/16
37/16 40/6
48/16 52/17
52/22 53/2
53/3 57/19
61/23 63/9
63/18 66/9
68/5 84/17
113/10 113/19
123/20
**we've [10]**
4/12 42/16
47/18 48/9
50/17 53/3
53/19 54/20
120/14 124/23
**wearing [7]**
25/8 25/9
25/17 35/21
35/21 47/22
65/23
**wears [1]**
65/18
**week [2]** 11/17
41/1
**weekend [5]**
26/18 26/25
28/4 28/5 30/6
**weekends [1]**
63/22
**weeks [4]**
66/21 66/21
66/21 66/25
**weigh [1]**
108/17

**weighing [2]**
81/25 82/3
**weight [9]**
37/5 37/7
69/21 79/12
81/8 81/11
81/18 82/8
109/11
**weird [4]**
23/21 23/21
35/25 46/3
**well [42]** 3/10
5/20 7/9 10/4
13/16 18/14
19/3 20/3 22/9
23/6 24/11
27/2 29/22
38/14 39/21
42/24 42/24
43/7 43/11
43/24 44/1
44/16 47/5
49/14 51/5
52/9 53/10
54/24 56/1
56/17 57/25
60/23 62/1
75/21 80/17
82/5 110/2
113/7 115/18
116/19 118/1
118/2
**well-being [1]**
44/16
**went [13]** 15/8
16/1 20/7
24/22 28/7
36/6 51/8
57/20 60/25
61/14 64/18
64/19 121/7
**were [88]** 7/4
9/5 11/7 13/15
13/15 14/14
14/19 15/5
15/24 17/4
17/5 22/12
25/15 25/19
26/14 27/6
27/7 27/10
29/4 29/4 30/5
30/21 30/22
32/21 32/22
33/2 34/23
35/10 40/10
41/5 42/21

**W**

**were... [57]**
43/16 44/11
44/16 44/24
45/18 48/2
51/6 51/6 51/9
51/22 51/25
52/10 52/11
53/9 60/8
60/10 60/11
63/7 64/21
65/13 66/1
72/1 73/18
76/12 77/8
83/19 83/20
83/23 88/22
89/14 90/6
90/25 91/19
96/18 96/20
102/21 103/24
114/10 115/19
116/9 116/11
116/12 122/19
122/19 123/11
128/16 128/18
128/21 128/24
129/2 129/5
129/8 129/11
129/14 129/17
129/20 129/23

**weren't [3]**
35/14 54/19
60/9

**wet [6]**   77/11
77/12 77/16
77/17 77/22
77/22

**what [101]**   8/4
12/19 14/23
14/23 15/11
18/5 18/10
19/3 19/9 20/4
20/9 21/1 21/3
21/8 22/5 22/7
25/19 27/3
27/4 28/25
29/7 30/10
31/22 32/1
34/1 34/18
35/5 35/8
35/10 36/1
36/15 40/6
41/17 42/19
42/21 42/23
43/2 45/2

45/21 47/3
47/18 48/10
48/17 49/8
49/25 50/9
51/2 51/5
51/14 52/10
52/11 53/1
53/17 54/2
54/6 54/7
54/20 56/12
56/15 57/15
57/20 57/22
57/24 58/8
60/8 60/10
60/18 60/22
63/8 63/9
63/16 63/21
64/3 64/24
65/11 67/7
69/4 69/15
72/17 76/23
76/24 76/25
78/18 79/12
80/4 83/18
83/25 83/25
84/2 84/12
85/11 86/14
86/20 87/15
87/23 104/11
111/22 122/10
123/1

**what's [6]**
13/12 13/16
16/6 55/5
111/23 116/10

**whatever [7]**
45/7 56/8
69/23 81/11
82/8 113/18
113/21

**whatsoever [1]**
112/16

**when [99]**   4/20
5/24 7/4 9/6
11/5 12/17
12/18 13/18
13/22 14/11
14/11 14/17
14/19 15/16
15/25 18/6
18/25 18/25
19/2 19/21
20/1 20/2
22/18 24/8
24/11 25/7

25/12 25/13
27/10 30/23
34/17 34/21
35/17 36/2
36/21 40/9
42/7 42/13
42/20 44/11
44/12 44/13
45/17 46/10
46/10 46/14
47/7 47/15
47/17 47/17
47/23 48/14
49/20 49/21
51/17 52/25
53/8 54/3 54/8
54/15 55/24
56/1 56/13
57/20 57/20
57/23 60/19
62/8 64/7
64/11 64/19
64/25 65/17
65/25 66/20
66/23 69/12
72/22 75/4
76/24 77/6
78/14 82/6
83/22 85/23
101/25 103/19
111/14 111/18
112/4 113/2
113/22 115/19
116/11 118/13
125/9 132/18

**where [23]**
14/4 14/19
19/7 19/9 21/1
24/13 25/25
29/8 30/24
32/20 32/20
33/17 33/18
35/20 44/14
48/23 52/22
55/6 66/21
76/23 107/18
110/24 118/23

**Whereupon [6]**
3/12 4/25 31/5
32/7 115/13
118/10

**wherever [2]**
116/24 118/20

**whether [43]**
5/9 7/6 10/6

19/7 19/11
36/22 37/1
48/11 56/23
70/15 70/18
71/8 73/16
76/21 77/13
78/15 79/5
79/15 80/7
81/1 81/2
81/10 82/6
84/11 85/6
85/14 87/16
94/1 94/24
95/8 95/11
95/12 95/13
95/15 95/17
95/19 95/21
103/14 106/14
108/18 112/22

**which [73]**
11/15 11/20
13/8 13/23
14/3 14/10
14/18 14/25
17/25 21/14
22/16 22/22
29/3 29/14
33/13 33/13
41/21 41/24
42/10 47/9
48/1 49/11
50/6 50/15
50/17 52/2
52/7 55/21
55/24 56/15
57/6 61/2 62/9
63/6 65/12
65/16 65/20
68/25 69/17
72/7 73/11
73/15 73/18
73/23 74/1
74/7 76/6
79/17 80/17
81/22 83/19
84/9 86/23
87/8 87/11
87/19 87/21
96/2 98/6
98/20 99/10
103/6 106/5
106/24 107/7
107/15 108/3
110/11 116/3
119/7 123/3

126/16 130/13
**while [21]**
8/13 13/24
24/15 25/24
44/2 55/19
57/12 57/12
60/5 61/21
62/14 63/6
73/13 78/17
79/1 84/17
94/17 111/25
112/25 113/1
113/12

**who [31]**   7/2
10/9 10/10
10/11 10/18
11/7 11/22
14/7 15/12
19/9 32/16
41/8 45/4
45/22 46/2
54/8 56/9
59/16 66/10
70/9 80/5
81/25 83/8
83/9 84/6 84/7
92/6 92/22
99/22 112/8
126/13

**who's [2]**   11/2
55/4

**Whoever [1]**
105/7

**whole [4]**
18/17 64/4
69/11 83/13

**wholly [4]**
51/25 52/7
58/9 58/9

**whom [1]**   53/20

**why [23]**   8/3
14/16 15/6
26/13 35/14
35/15 35/21
40/6 41/13
43/23 49/3
50/23 54/9
56/7 60/3
60/14 61/19
63/22 64/21
64/25 110/18
119/23 119/25

**wife [1]**   28/15

**will [80]**   3/5
5/13 5/24 6/18
7/11 7/14 7/15

**W**

**will...** **[73]**
7/16 7/17 7/22
11/25 18/12
18/22 19/11
21/6 27/4
34/20 35/16
41/16 46/13
51/7 53/18
58/21 67/18
67/19 67/20
68/6 70/23
71/12 72/4
73/23 73/24
74/1 75/6
78/18 87/21
92/12 100/12
100/19 109/18
109/20 110/1
110/11 110/24
112/1 112/6
112/7 112/8
112/10 112/11
113/7 113/9
113/16 113/19
113/25 114/18
115/2 115/7
115/8 115/10
119/3 119/7
119/15 119/16
120/18 123/25
124/3 125/9
126/15 128/15
130/15 130/25
131/6 131/14
131/24 132/3
132/15 132/17
132/25 133/3
**willful** **[2]**
85/20 87/7
**willfully** **[2]**
85/17 85/17
**willfulness** **[2]**
86/16 87/2
**willingly** **[2]**
15/19 15/23
**willingness** **[2]**
59/2 95/20
**wire** **[3]**
106/25 107/2
107/4
**wisdom** **[1]**
69/13
**wish** **[3]** 6/7
19/3 39/16

**wishes** **[2]** 3/4
**wit** **[1]** 104/25
**withdraw** **[1]**
38/20 38/21
**withdrawn** **[1]**
38/23
**Witherspoon** **[2]**
15/2 54/18
**within** **[8]**
9/12 13/5 27/7
33/15 45/6
48/8 101/6
101/9
**without** **[11]**
53/20 56/21
59/1 66/16
69/4 70/3
109/4 117/3
120/3 120/18
120/20
**witness** **[34]**
34/21 51/8
74/14 76/23
76/24 79/14
79/16 79/17
79/18 79/22
79/23 79/25
80/1 80/2 80/3
80/4 80/7 80/8
80/10 80/12
80/13 80/19
81/5 81/9
81/11 81/14
81/15 81/16
81/17 81/18
81/20 81/21
82/11 82/25
**witness's** **[8]**
41/6 79/13
79/20 79/21
80/16 80/18
82/4 82/7
**witnesses** **[10]**
3/9 9/19 55/16
58/18 69/22
71/24 79/12
80/20 83/8
84/6
**witnesses'** **[1]**
72/9
**witnessing** **[1]**
80/22
**wolf** **[1]** 9/3
**won't** **[1]**
65/10

**Wonder** **[1]** 29/11
**wondering** **[1]**
36/3
**wonky** **[1]** 29/6
**word** **[5]** 9/21
12/1 38/15
56/1 61/2
**words** **[8]**
19/19 55/14
61/25 76/24
81/17 86/21
86/25 107/24
**wore** **[1]** 65/21
**work** **[4]** 34/8
56/15 113/7
113/22
**worked** **[3]**
43/17 44/14
44/18
**working** **[4]**
38/22 41/9
51/12 57/12
**works** **[2]** 4/4
46/14
**world** **[1]** 46/5
**worried** **[1]**
67/6
**worry** **[3]** 48/6
50/9 61/24
**worst** **[1]**
36/24
**worth** **[1]**
20/16
**would** **[77]**
4/11 4/14
10/17 11/20
12/24 14/10
14/12 15/3
16/19 16/21
19/4 19/5
19/21 19/22
19/25 20/4
20/6 20/9
20/10 20/10
21/8 27/2 28/3
28/4 30/24
33/18 33/24
35/20 38/21
39/25 43/4
43/6 43/8
44/16 45/1
45/9 45/11
46/5 46/6 46/6
46/18 50/13
50/20 51/3

52/7 54/6
54/7 55/18
56/15 57/17
60/1 64/12
66/18 69/15
70/1 70/17
70/24 71/2
73/15 77/17
79/3 85/11
96/9 97/14
97/17 97/18
104/23 105/13
107/18 108/8
108/25 117/14
117/17 122/1
122/2 131/6
131/19
**wouldn't** **[2]**
16/8 43/23
**write** **[1]** 62/7
**writing** **[2]**
52/10 109/25
**written** **[4]**
12/20 28/2
65/17 131/24
**wrong** **[10]**
23/19 23/20
27/4 27/5 29/6
29/9 30/13
30/25 44/5
44/7
**wrote** **[1]**
107/19
**Wyoming** **[1]**
28/9

**X**

**XS** **[4]** 13/20
29/23 29/24
92/1

**Y**

**Yale** **[1]** 10/1
**yeah** **[5]** 60/15
116/17 116/18
116/19 120/9
**year** **[11]**
14/10 14/14
25/13 42/7
42/15 43/8
43/22 46/12
47/11 47/11
51/19
**yearbook** **[1]**
47/9
**years** **[24]**

11/14 12/24
15/7 15/8
22/25 27/3
36/6 36/8 40/9
41/9 42/16
44/25 45/12
47/7 51/19
52/14 53/13
58/6 62/8 63/2
63/9 66/1
93/12 93/15
**yes** **[49]** 3/17
3/22 3/24 4/1
4/9 5/17 6/2
6/3 6/13 7/24
10/13 20/13
32/6 38/21
39/4 39/9
39/11 39/18
59/12 68/15
68/17 115/17
118/3 120/10
121/1 121/3
121/7 121/12
122/14 123/6
123/8 124/12
124/18 126/18
128/17 128/20
128/23 129/1
129/4 129/7
129/10 129/13
129/16 129/19
129/22 129/25
132/9 132/13
132/16
**yesterday** **[5]**
17/25 18/20
21/7 25/16
30/19
**yet** **[6]** 26/8
32/5 41/2 44/4
44/16 64/3
**yield** **[1]**
109/17
**Yo** **[1]** 64/3
**you** **[532]**
**you'll** **[4]**
18/10 21/20
25/17 112/4
**you're** **[31]**
4/5 8/6 18/25
20/3 20/3
25/25 31/11
31/24 32/5
36/9 51/2
52/21 58/15

# Y

**you're... [18]**
65/11 66/5
70/3 73/13
77/10 79/11
79/14 82/6
83/3 113/15
113/22 113/22
114/23 114/24
114/25 115/9
130/18 131/2
**you've [17]**
11/10 21/17
22/9 34/4
38/18 47/2
78/6 81/4
81/13 85/15
111/20 112/3
112/3 113/17
114/11 114/11
114/12
**young [3]**
10/22 54/22
59/20
**your [173]**
**yourself [6]**
4/5 15/10
18/25 81/1
109/6 114/12
**yourselves [5]**
37/18 37/19
67/22 67/22
71/5

# Z

**zoomed [1]**
28/1